Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ an individual and ISELA HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20,<br><br>Defendants. | CASE NO. 2:17-cv-003342<br><br>**DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE 7.1 AND LOCAL RULE 7.1-1**<br><br>Date Removed: May 3, 2017<br>[*Removed from Los Angeles County Superior Court Case No.* BC650229] |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 7.1-1, the undersigned, counsel of record for Precision Valve & Automation, Inc., certifies that listed below are the persons and other entities who may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. 1) Anthony J. Hynes, 2) Anthony J. Hynes Irrevocable Trust FBO Terence Hynes, 3) Anthony J. Hynes Irrevocable Trust FBO Riley Hynes, 4) One Beacon American Insurance Company, 5) The Charter Oak Fire Insurance

\\\

Company, and 6) Travelers Property Casualty Company of America.

Date: May 4, 2017　　　　　　　BECHERER KANNETT & SCHWEITZER

　　　　　　　　　　　　　　　By: /s/ Alex P. Catalona
　　　　　　　　　　　　　　　　　　Alex P. Catalona
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　PRECISION VALVE & AUTOMATION, INC.

# **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on the 4th day of May, 2017, a true and correct copy of **DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE 7.1 AND LOCAL RULE 7.1-1** has been served by mail to plaintiffs' attorney and via ECF upon all counsel of record in the Court's electronic filing system.

*Attorneys for Plaintiffs*

Teresa Li, Esq.
LAW OFFICES OF TERESA LI, PC
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone: (415) 423-3377
Facsimile: (888) 646-5493
Email: teresa@lawofficesofteresali.com

              /s/ Alex P. Catalona
                Alex P. Catalona

Becherer Kannett & Schweitzer
1255 Powell St.
Emeryville, CA 94608
510-658-3600

Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ an individual and ISELA HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20,<br><br>Defendants. | CASE NO. 2:17-cv-03342<br><br>[Los Angeles County Superior Court Case No. BC650229]<br><br>**CERTIFICATE OF SERVICE)** |

I, Jerry M. Dumlao, declare that I am employed in the County of Alameda, State of California; I am over the age of eighteen (18) years and not a party to the within entitled action; my business address is 1255 Powell Street, Emeryville, California 94608.

On **May 4, 2017**, I caused to be served the foregoing:

**DEFENDANT PRECSION VALVE & AUTOMATION, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE 7.1 AND LOCAL RULE 7.1-1**

In said action by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as follows:

///

-1-
CERTIFICATE OF SERVICE

*Attorneys for Plaintiff*

Teresa Li, Esq.
LAW OFFICES OF TERESA LI, PC
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone: (415) 423-3377
Facsimile: (888) 646-5493

☒ (By Mail) I deposited such envelope with postage thereon fully prepaid to be placed in the United States Mail at Emeryville, California. I am familiar with the mail collection practices of Becherer Kannett & Schweitzer Attorneys and pursuant to those practices the envelope would be deposited with the United States Postal Service the same day.

Executed on May 4, 2017.

Jerry M. Dumlao

-2-
DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S
NOTICE OF REMOVAL (28 U.S.C. § 1441(a))