Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ an individual and ISELA HERNANDEZ, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20,<br><br>    Defendants. | CASE NO. 2:17-cv-03342 ODW (GJSx)<br><br>**DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S FIRST AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE 7.1 AND LOCAL RULE 7.1-1**<br><br>Date Removed: May 3, 2017<br>[*Removed from Los Angeles County Superior Court Case No.* BC650229] |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 7.1-1, the undersigned, counsel of record for Precision Valve & Automation, Inc. ("PVA"), makes the following amendment to its Certification of its Interested Parties filed on May 4, 2017. On May 4, 2017, PVA certified that the following persons and other entities may have a pecuniary interest in the outcome of this case: 1) Anthony J. Hynes, 2) Anthony J. Hynes Irrevocable Trust FBO Terence Hynes, 3) Anthony J. Hynes Irrevocable Trust FBO Riley Hynes, 4) One Beacon American Insurance Company, 5) The Charter Oak Fire Insurance

Company, and 6) Travelers Property Casualty Company of America. One Beacon American Insurance Company should be corrected to read "One Beacon America Insurance Company."

Date: May 8, 2017          BECHERER KANNETT & SCHWEITZER


By: <u>  /s/ Alex P. Catalona                </u>
     Alex P. Catalona
     Attorneys for Defendant
     PRECISION VALVE & AUTOMATION, INC.

Becherer Kannett & Schweitzer
1255 Powell St.
Emeryville, CA 94608
510-658-3600


# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on the 8th day of May, 2017, a true and correct copy of **DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE 7.1 AND LOCAL RULE 7.1-1** has been served by mail to plaintiffs' attorney and via ECF upon all counsel of record in the Court's electronic filing system.

*Attorneys for Plaintiffs*

Teresa Li, Esq.
LAW OFFICES OF TERESA LI, PC
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone: (415) 423-3377
Facsimile: (888) 646-5493
Email: teresa@lawofficesofteresali.com

　　　　　　　　　　　　　*/s/ Alex P. Catalona*
　　　　　　　　　　　　　　Alex P. Catalona


**Becherer Kannett & Schweitzer**

1255 Powell St.
Emeryville, CA 94608
510-658-3600


---

1

FIRST AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE 7.1 AND LOCAL RULE 7.1-1

1  Shahrad Milanfar (SBN 201126)
   smilanfar@bkscal.com
2  Alex P. Catalona (SBN 200901)
   acatalona@bkscal.com
3  BECHERER KANNETT & SCHWEITZER
   1255 Powell Street
4  Emeryville, CA 94608
   Telephone: (510) 658-3600
5  Facsimile: (510) 658-1151

6  Attorneys for Defendant
   PRECISION VALVE & AUTOMATION, INC.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10 RUBEN JUAREZ an individual and ISELA    ) CASE NO. 2:17-cv-03342 ODW (GJSx)
   HERNANDEZ, an individual,               )
11                                         ) [Los Angeles County Superior Court
                  Plaintiffs,              ) Case No. BC650229]
12                                         )
   v.                                      ) **CERTIFICATE OF SERVICE**)
13                                         )
   PRECISION VALVE & AUTOMATION,           )
14 INC., a corporation and DOES 1-20,      )
                                           )
15                Defendants.              )
                                           )
16                                         )
                                           )
17 _____

18     I, Jerry M. Dumlao, declare that I am employed in the County of Alameda, State of
19 California; I am over the age of eighteen (18) years and not a party to the within entitled action;
20 my business address is 1255 Powell Street, Emeryville, California 94608.
21     On **May 4, 2017**, I caused to be served the foregoing:

22     **DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S FIRST
23     AMENDED CERTIFICATION OF INTERESTED ENTITIES OR
       PERSONS PURSUANT TO FEDERAL RULE 7.1 AND LOCAL RULE 7.1-
24     1**

25     In said action by placing a true copy thereof enclosed in a sealed envelope and served in
26 the manner and/or manners described below to each of the parties herein and addressed as
27 follows:
28

-1-
CERTIFICATE OF SERVICE

*Attorneys for Plaintiff*

Teresa Li, Esq.
LAW OFFICES OF TERESA LI, PC
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone: (415) 423-3377
Facsimile: (888) 646-5493

☒ (By Mail) I deposited such envelope with postage thereon fully prepaid to be placed in the United States Mail at Emeryville, California. I am familiar with the mail collection practices of Becherer Kannett & Schweitzer Attorneys and pursuant to those practices the envelope would be deposited with the United States Postal Service the same day.

Executed on May 4, 2017.

_____
Jerry M. Dumlao

Becherer Kannett & Schweitzer
1255 Powell St.
Emeryville, CA 94608
510-658-3600