NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Teresa Li, Esq., Law Offices of Teresa Li, PC
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Tel: (415) 423-3377

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Ruben Juarez

PLAINTIFF(S),

v.

Precision Valve and Automation, Inc.

DEFENDANT(S).

CASE NUMBER

2:17-cv-03342-ODW-GJS

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Alameda, State of California, and not a party to the above-entitled cause. On May 8, 20 17, I served a true copy of NOTICE OF CHANGE OF ATTORNEY BUSINESS OR CONTACT INFORMATION by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: Shahrad Milanfar, Becherer Kannett & Schweitzer, 1255 Powell Street, Emeryville, California 94608
Executed on May 8, 20 17 at Livermore, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☒ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

**ACKNOWLEDGEMENT OF SERVICE**

I, _____, received a true copy of the within document on _____.

_____          _____
Signature                                        Party Served

CV-40 (01/00)                    PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE