Teresa Li (Bar No. 278779)
teresa@lawofficesofteresali.com
LAW OFFICES OF TERESA LI, PC
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone:    415.423.3377
Facsimile:    888.646.5493

Attorneys for Plaintiffs
RUBEN JUAREZ and ISELA HERNANDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, Inc., a corporation and DOES 1-20<br><br>Defendants. | Case No. 2:17-cv-003342<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE 7.1 AND LOCAL RULE 7.1-1**<br><br>Dated Removed: May 3, 2017<br><br>*[Removed from Los Angeles County Superior Court Case No. BC650229]* |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 7.1-1,

the undersigned, counsel of record for Ruben Juarez and Isela Hernandez, certifies that the

following listed parties may have a pecuniary interest in the outcome of the case. These

representations are made to enable the Court to evaluate possible disqualification or recusal.

1) Ruben Juarez

2) Isela Hernandez

Dated: May 9, 2017                    LAW OFFICES OF TERESA LI, PC

Teresa Li
Attorneys for Plaintiffs
RUBEN JUAREZ and ISELA HERNANDEZ

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1                             **Certificate of Service**

2         I hereby certify that on      May 9     , 2017, I filed the foregoing through the CM/ECF

3 system, which will forward electronic copies to all counsel of record.

4

5 By:

6                             Leah Pasut

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2