1  Shahrad Milanfar (SBN 201126)
   smilanfar@bkscal.com
2  Alex P. Catalona (SBN 200901)
   acatalona@bkscal.com
3  BECHERER KANNETT & SCHWEITZER
   1255 Powell Street
4  Emeryville, CA 94608
   Telephone: (510) 658-3600
5  Facsimile: (510) 658-1151

6  Attorneys for Defendant
   PRECISION VALVE & AUTOMATION, INC.
7

8  Teresa Li (SBN 278779)
   Teresa@LawOfficesOfTeresaLi.com
   LAW OFFICES OF TERESA LI, PC
9  315 Montgomery Street, 9th Floor
   San Francisco, CA 94104
10 Phone: (415) 423-3377
11 Fax: (888) 646-5493

12 Attorneys for Plaintiffs
   RUBEN JUAREZ and ISELA HERNANDEZ
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ an individual and ISELA HERNANDEZ, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20,<br><br>    Defendants. | CASE NO. 2:17-cv-003342<br><br>**JOINT REPORT FOR JULY 10, 2017 SCHEDULING CONFERENCE**<br><br>Scheduling Conference Set For July 10, 2017 at 1:30 p.m. |

Pursuant to the Court's May 8, 2017 order, Local Rule 6 and Federal Rules of Civil Procedure 16 and 26, the parties hereby submit the following Joint Report after meeting and conferring on these issues as required by this Court:

(1)    The parties propose the following discovery plan:

    a. written discovery including third party subpoenas may begin on July 11, 2017,

    b. initial disclosures pursuant to Federal Rule 26(a)(1) shall be made on or before August 16, 2017,

    c. the parties will attempt to accomplish most or all written discovery by December 29, 2017,

    d. fact depositions will begin in January, 2018 and continue through March, 2018,

    e. fact discovery cutoff will be April 16, 2018,

    f. expert reports must be exchanged by May 15, 2018,

    g. rebuttal expert reports must be exchanged by June 5, 2018,

    h. expert discovery cutoff deadline is August 6, 2018.

    i. Law and Motion: The parties do not at this time foresee filing law and motion matters except PVA may file a motion for summary judgment. The parties propose that the last date to hear motions, including dispositive motions, be September 17, 2018.

(2) Current status of settlement discussions: Plaintiffs have made a settlement demand in this case. Defendant Precision Valve & Automation, Inc. ("PVA") needs to conduct written discovery regarding topics including the statute of limitations, medical causation and plaintiffs' workers' compensation action before responding to plaintiffs' settlement demand. Pursuant to Local Rule 16-15.4(2), the parties will attempt to agree to a neutral from the Attorney Settlement Officer Panel and, barring that, will resort to private mediation.

(3) Trial: The parties estimate that a trial will last 15 court days. The parties propose that the trial date be scheduled on Tuesday, October 23, 2018, and the Final Pretrial Conference be scheduled on October 2, 2018.

(4) Additional Parties: The parties do not anticipate that there will be additional parties to this litigation.

(5) Jury Trial: Both plaintiffs and defendant PVA request a jury trial.

(6) Other Issues: The parties are not aware of other issues which would affect the status or management of the case.

(7) Motion To Sever/Bifurcate: The parties do not anticipate that there will be a motion to sever, bifurcate or for other ordering of proof, except possibly a bifurcated trial on the issue of the statute of limitations. This will be determined after PVA conducts discovery on those issues.

The Court has also ordered the parties to provide the following information with their joint scheduling conference statement:

(1) Jointly submitted synopsis of factual issues in the case: "Plaintiff brought a product liability case against PVA for designing and manufacturing a benchtop coating system which was used to spray toxic chemicals on circuit boards at plaintiff's job. Plaintiff alleges that the system does not have an automatic shutoff or an alarm that would make noise when a ventilation system for the toxic chemicals is not in operation. In addition, Plaintiff alleges that based on the design, Plaintiff was forced to poke his head inside the coating machine in order to check the spray. Plaintiff alleges that he did not suspect that the chemicals may have caused his injuries until March of 2015 when he received the MSDS of the chemicals. Plaintiff alleges that he used the PVA benchtop system from 2012 to 2014 and has suffered catastrophic injuries from the use and has not been able to work since 2014. His wife has a loss of consortium claim. Plaintiffs filed their lawsuit regarding these claims on February 28, 2017. PVA denies plaintiffs' allegations and contends that if plaintiff was injured he, his employer, and potentially others are responsible for his alleged injury. PVA has asserted appropriate defenses to plaintiff's allegations."

(2) Pleading Amendments: The parties do not anticipate that their pleadings will be amended. The parties propose that the deadline for filing motions to amend pleadings be October 11, 2017.

Becherer
Kannett &
Schweitzer
_____
1255
Powell St.
Emeryville, CA
94608
510-658-3600

(3) Issues To Be Determined By Motions: The parties do not at this time foresee issues that may be determined by motion with the exception of a possible motion for summary judgment by PVA.

Dated: July 3, 2017     BECHERER KANNETT & SCHWEITZER

By:    *~Alex Catalona~*
Alex P. Catalona
Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

Dated: July 3, 2017     LAW OFFICES OF TERESA LI, PC

By:    *~Teresa Li~*
Teresa Li
Attorneys for plaintiffs
RUBEN JUAREZ and ISELA HERNANDEZ

Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ an individual and ISELA HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20,<br><br>Defendants. | CASE NO. 2:17-cv-03342<br><br>[Los Angeles County Superior Court Case No. BC650229]<br><br>**CERTIFICATE OF SERVICE)** |

I, Jerry M. Dumlao, declare that I am employed in the County of Alameda, State of California; I am over the age of eighteen (18) years and not a party to the within entitled action; my business address is 1255 Powell Street, Emeryville, California 94608.

On **July 3, 2017**, I caused to be served the foregoing:

**JOINT REPORT FOR JULY 10, 2017 SCHEDULING CONFERENCE**

In said action by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as follows:

///

///

-1-
CERTIFICATE OF SERVICE

*Attorneys for Plaintiff*

Teresa Li, Esq.
LAW OFFICES OF TERESA LI, PC
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone: (415) 423-3377
Facsimile: (888) 646-5493

☒ (By Mail) I deposited such envelope with postage thereon fully prepaid to be placed in the United States Mail at Emeryville, California. I am familiar with the mail collection practices of Becherer Kannett & Schweitzer Attorneys and pursuant to those practices the envelope would be deposited with the United States Postal Service the same day.

Executed on July 3, 2017.

_____
Jerry M. Dumlao

Becherer Kannett & Schweitzer
1255 Powell St.
Emeryville, CA 94608
510-658-3600

-2-
DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S
NOTICE OF REMOVAL (28 U.S.C. § 1441(a))