# LAW OFFICES OF TERESA LI, PC

TERESA LI, ESQ.
Teresa@LawOfficesOfTeresaLi.com

315 MONTGOMERY STREET, 9TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 423-3377
FACSIMILE (888) 646-5493

www.LawOfficesOfTeresaLi.com

August 24, 2017

United States District Court
Central District of California

**RE: Case 2:17-cv-03342-ODW-GJS
Ruben Juarez v. Precision Valve and Automation, Inc.**

To the Honorable Judge Otis D. Wright, II,

The parties have reviewed the Court's panel of mediators and would prefer to instead use private mediator Craig Needham with this Court's permission.  Please see enclosed ADR-01 form in which the parties have agreed to use Mr. Needham as mediator.  The parties request that mediation be completed on or before July 31, 2018.

If you have any questions or concerns, please contact the undersigned. Thank you.

Sincerely,

Teresa Li, Esq.

Name, Address and Telephone Number of Attorney(s):

Teresa Li, Esq. Law Offices of Teresa Li, PC
315 Montgomery St., 9th Floor, San Francisco, CA 94104
Tel: (415) 423-3377
Alex Cantalona, Esq., Becherer Kannett & Schweitzer
1255 Powell St., Emeryville, CA 94608, (510) 658-3600

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Ruben Juarez et al., | CASE NUMBER |
|---|---|
| | CV 17-03342-ODW (GJSx) |
| v.                              Plaintiff(s) | |
| Precision Valve and Automation, Inc., | **REQUEST:**<br>**ADR PROCEDURE SELECTION** |
| Defendant(s). | |

Pursuant to Civil L.R.16-15, the parties request that the Court approve the following ADR procedure:

☐     **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐     **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel for mediation.

☑     **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding. The parties have agreed to private mediation with mediator Craig Needham of San Jose, California which will be completed on or before July 31, 2018.

Dated: _____

Attorney for Plaintiff _____

Dated: August 25, 2017 _____ /s/ Teresa Li _____

Attorney for Plaintiff Ruben Juarez and Isela Hernandez

Dated: August 25, 2017 _____ /s/ Alex Catalona _____

Attorney for Defendant Precision Valve & Automation, Inc

Dated: _____ _____

Attorney for Defendant _____

NOTE: If additional signatures are required, attach an additional page to this request.

| ADR-01 (01/12) | REQUEST: ADR PROCEDURE SELECTION | Page  of |
|---|---|---|