UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 17-03342-ODW (GJSx) | Date | August 30, 2017 |
|---|---|---|---|
| Title | *Juarez et al. v. Precision Valve and Automation, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**             **In Chambers**

    Pending before the Court is the parties' request to elect ADR Procedure No. 3, using a private mediator.  (ECF No. 17.)  The Court **GRANTS** the parties' request.

    **IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |