# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, et al.,<br><br>PLAINTIFF(S)<br><br>v.<br><br>PRECISION VALUE AND AUTOMATION, INC.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 17-3342-ODW (GJSx)<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 11/29/2017 | 23 | Stipulation for Order |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed

☑ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .

☐ The hearing date has been rescheduled to _____ at _____

☑ Other

Counsel shall file a Stipulation for Protective Order, using the Court's model protective order, and resubmit to the Court, including submitting a redlined version for the Court's review.  Further, per L.R. 52-4: A separate proposed order shall be submitted with any stipulation, application, motion, or request of the parties requiring an order of the court. If the proposed order is the result of a stipulation, the pertinent elements requested in the stipulation shall be set forth in the order.

Clerk, U.S. District Court

Dated: 11/29/2017

By: E. Carson
Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge