Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ an individual and ISELA HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20,<br><br>Defendants. | CASE NO. 2:17-cv-03342<br><br>[Los Angeles County Superior Court Case No. BC650229]<br><br>**[PROPOSED] ORDER RE THE PARTIES' STIPULATED PROTECTIVE ORDER** |

The Court has reviewed the accompanying Stipulated Protective Order which was signed by the parties and contains agreed upon procedures for producing documents that contain proprietary information, software code, sensitive information regarding rocket propulsion and other confidential and/or private information. The Court finds there is good cause to enter the Stipulated Protective Order. Accordingly, the Stipulated Protective Order is hereby ENTERED and it now governs this action.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


Dated: _____, 2017        _____
                                  HON. GAIL J. STANDISH
                                  United States Magistrate Judge