Teresa Li (Bar No. 278779)
teresa@lawofficesofteresali.com
LAW OFFICES OF TERESA LI, PC
6701 Koll Center Parkway, Suite 250
Pleasanton, CA 94566
Telephone:    415.423.3377
Facsimile:    888.646.5493

Attorneys for Plaintiffs
RUBEN JUAREZ and ISELA HERNANDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RUBEN JUAREZ an individual and ISELA HERNANDEZ, an individual, Plaintiffs, v. PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20, Defendants. | Case No. 2:17-cv-03342<br><br>[Los Angeles County Superior Court Case No. BC650229]<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |
|---|---|

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs' counsel, Teresa Li, Law Offices of Teresa Li, PC, 6701 Koll Center Parkway, Suite 250, Pleasanton, CA 94566, hereby associates as counsel with Daniel K. Balaban of Balaban & Spielberger, LLP, on behalf of Plaintiffs Ruben Juarez and Isela Hernandez, in the above-captioned action. All pleadings and other papers served on Teresa Li should also be directed to the attention of Daniel K. Balaban:

Daniel K. Balaban

Balaban & Spielberger, LLP

11999 San Vicente Boulevard, Suite 345

Los Angeles, CA 90049

1 | Telephone: (424) 832-7677
2 | Facsimile: (424) 832-7702
3 | Email: Daniel@dbaslaw.com

LAW OFFICES OF TERESA LI, PC

DATED: April 5, 2018  /s/ Teresa Li
Teresa Li, Esq.,
Attorneys for Plaintiffs Ruben Juarez
and Isela Hernandez

Attorney Daniel K. Balaban hereby accepts the above association.

Balaban & Spielberger, LLP

DATED: April 5, 2018  Daniel K. Balaban
Daniel K. Balaban, Esq.,
Attorneys for Plaintiffs Ruben Juarez
and Isela Hernandez

|   |   |
|---|---|
| 1 | **Certificate of Service** |
| 2 | I hereby certify that on <u>April 5, 2018</u>, I filed the foregoing through the |
| 3 | CM/ECF system, which will forward electronic copies to all counsel of record. |

By:          */s/ Marina Harris*
            Mariana Harris

3
NOTICE OF ASSOCIATION OF COUNSEL