UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ an individual and ISELA HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20,<br><br>Defendants. | Case No. 2:17-cv-03342<br><br>[Los Angeles County Superior Court Case No. BC650229]<br><br>**[PROPOSED] ORDER REGARDING TRIAL CONTINUANCE AND OTHER DEADLINES** |

The parties entered into a stipulation to allow Plaintiffs to file an amended complaint and to continue the trial date and other deadlines by five months.

IT IS ORDERED that good cause appearing, the proposed Amended Complaint, attached to the Stipulation Regarding Trial Continuance and Other Deadlines, is deemed served and filed. Defendant PRECISION VALVE & AUTOMATION, INC. shall file an answer within 30 days of this Order.

IT IS FURTHER SITPULATED that the scheduling order is modified as follows:

1. Percipient/fact discovery cutoff is 12/9/2018;
2. Expert Discovery Cutoff is 12/23/2018;
3. Deadline to conduct settlement conference is 1/20/2019;

[PROPOSED] ORDER REGARDING TRIAL CONTINUANCE AND OTHER DEADLINES

| | | |
|---|---|---|
| 1 | 4. | Deadline for hearing motions is 1/27/2019; |
| 2 | 5. | Deadline to file pretrial documents is 2/17/2019; |
| 3 | 6. | Final pretrial conference is 2/24/2019; |
| 4 | 7. | Deadline to file oppositions to motions in limine is 3/1/2019; |
| 5 | 8. | Hearing on motions in limine is 3/15/2019; |
| 6 | 9. | Deadline to file final trial exhibit stipulation is 3/18/2019; and |
| 7 | 10. | Trial is 3/23/2019. |

DATED: _____ 2018

_____
The Honorable Otis D. Wright II.

2
[PROPOSED] ORDER REGARDING TRIAL CONTINUANCE AND OTHER DEADLINES