1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| RUBEN JUAREZ an individual and ISELA HERNANDEZ, an individual, Plaintiffs, v. PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20, Defendants. | Case No. 2:17-cv-03342 **ORDER REGARDING TRIAL CONTINUANCE AND OTHER DEADLINES** NOTE: CHANGES MADE BY THE COURT |
|---|---|

The parties entered into a stipulation to allow Plaintiff to file an amended complaint and to continue the trial date and other deadlines by five months.

IT IS ORDERED that good cause appearing, the Court **GRANTS** Plaintiff leave to amend the complaint. Plaintiff must comply with Local Rule 15-1 and file the amended complaint as a separate document within ten (10) days of this order. Defendant PRECISION VALVE & AUTOMATION, INC. shall file an answer within 30 days of the date Plaintiff files the amended complaint.

The Court also orders that the scheduling order is modified as follows:

1. Percipient/fact discovery cutoff is 12/10/2018;
2. Expert Discovery Cutoff is 12/24/2018;
3. Deadline to conduct settlement conference is 1/14/2019;

ORDER REGARDING TRIAL CONTINUANCE AND OTHER DEADLINES

4. Deadline for hearing motions is 1/28/2019;

5. Deadline to file pretrial documents is 2/18/2019;

6. **Final pretrial conference** and deadline to file motions in limine is **2/25/2019 at 1:30 p.m;**

7. Deadline to file oppositions to motions in limine is 3/4/2019;

8. **Hearing on motions in limine is 3/11/2019 at 1:30p.m.**;

9. Deadline to file final trial exhibit stipulation is 3/21/2019; and

10. **Trial is 3/26/2019 at 9:00 a.m.**

All dates not explicitly modified herein remain unchanged.

**IT IS SO ORDERED.**

DATED: April 30, 2018  _____
The Honorable Otis D. Wright II.