**BALABAN & SPIELBERGER, LLP**
11999 San Vicente Blvd. Suite 345
Los Angeles, CA 90049
Tel: (424) 832-7677
Fax: (424) 832-7702
Daniel K. Balaban, State Bar No. 243652
Andrew J. Spielberger, State Bar No. 120231
Tel: 424-832-7677
Fax: 424-832-7702

**LAW OFFICES OF TERESA LI, PC**
315 Montgomery Street, 9th Floor
San Francisco, California 94104
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Teresa Li (Bar No. 278779)
Tel: 415.423.3377
Fax: 888.646.5493

Attorneys for Plaintiff RUBEN JUAREZ , ET AL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual<br><br>        Plaintiff,<br><br>    v.<br><br>PRECISION VALVE & AUTOMATION, Inc., a corporation and DOES 1-20<br>        Defendants. | Case No. 2:17-cv-03342<br><br>[Los Angeles County Superior Court Case No. BC650229]<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Honorable Otis D. Wright II<br>First Street Courthouse, 350 W. 1st Street<br>Los Angeles, CA. 90012<br>Courtroom 5D, 5th Floor. |

1

**CERTIFICATE OF SERVICE**
CASE NO. 2:17-cv-03342

# SERVICE LIST
RUBEN JUARE , ET AL. v. PRECISION VALVE & AUTOMATION, ET AL.
CASE NO. 2:17-cv-03342

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Balaban & Spielberger, LLP, 11999 San Vicente Boulevard, Suite 345, Los Angeles, California 90049, (424) 832-7677.

I hereby certify that on May 8. 2018 I used the CM/ECF system for transmittal of a Notice of Electronic Filing to all attorneys of record in this case registered for CM/ECF service of the filing of: **PLAINTIFFS' FIRST AMENDED COMPLAINT**

I hereby certify that a copy of the above-listed document(s) were served electronically on May 8, 2018 by clerk of this court's CM/ECF system, on the following:

Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

I declare that I am employed in the office of a member of the Bar of California, or permitted to practice before this Court at whose direction the service was made and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of May 2018 at Los Angeles, California.

Drue Balaban                                /s/ Drue Balaban
Name                                        Signature