Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual, <br><br> Plaintiffs, <br><br> PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20, <br><br> Defendants. | CASE NO. CV17-03342-ODW (GJSX) <br> [L.A.S.C. Case No. BC650229] <br><br> **DECLARATION OF LYNETTE DHILLON IN SUPPORT OF DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date: September 24, 2018 <br> Time: 1:30 p.m. <br> Ctrm: 5D, 5th Floor <br> Judge: Hon. Otis D. Wright II <br><br> *This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 16, 2018. (Catalona Dec., ¶ 57, Ex. 57.) <br><br> **Defendant requests oral argument on this motion for summary judgment. |

DECLARATION OF LYNETTE DHILLON IN SUPPORT OF DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S MOTION FOR SUMMARY JUDGMENT

I, Lynette Dhillon, declare,

1. I have personal knowledge of the following facts and could competently testify to those facts if called as a witness.

2. I am currently employed as a Human Resources Compliance Manager with Space Exploration Technologies Corp., known as "SpaceX," in Hawthorne, California. I started working at SpaceX on July 11, 2011, and have held the following positions: (1) Human Resources Manager (7/11/11-1/26/14), (2) Human Resources Compliance Manager (1/26/14-present). As the Human Resources Manager, my responsibilities consisted of employee relations, employee engagement, performance management, and compliance. As the Compliance Manager, I advise on company policies, administer the Drug and Alcohol Policy, monitor the Compliance Hotline, conduct investigations, administer Affirmative Action compliance and government reporting, and assist the legal team.

3. During my employment with SpaceX, I have also periodically served as a Custodian of Records in litigation which is a role I have performed in this case. I have reviewed the records referred to herein, which SpaceX produced in response to subpoenas in this action, entitled Ruben Juarez and Isela Hernandez v. Precision Valve & Automation, Inc., et al., Case No. CV17-03342-ODW (GJSx). Based both on the knowledge and experience I have gained in my various roles at SpaceX and on my knowledge of how these records were created, stored, located or generated, and produced, I am aware that these records were made at or near the time of the statements, acts and events that are reported or contained in the records by persons with knowledge of and a business duty to record those matters. These records are kept in the course of SpaceX's regularly conducted business activities and made as a regular practice and custom of the business.

4. Attached hereto as Exhibit 90 is a true and correct copy of a document

Becherer Kannett & Schweitzer

1255 Powell St.
Emeryville, CA
94608
510-658-3600

-1-

produced by SpaceX in this matter which is bates stamped JUAREZ v PVA SPX 1235 to JUAREZ v PVA SPX 1236. This document is from SpaceX's human resources department and accurately reflects Ruben Juarez's hire date, dates of employment, dates actually spent working at SpaceX, the dates of Ruben Juarez's leave, and his final date working at SpaceX which was March 26, 2014.

5. SpaceX periodically provides relevant training to its employees. SpaceX has used various third-party software to manage its training program, and the software is able to record the training courses that each SpaceX employee takes, including when the employee completed the training. I was able to review the courses that Ruben Jaurez took as part of the training he received as a SpaceX employee, as well as the dates when he completed those courses. This table accurately reflects the records that SpaceX has maintained regarding Mr. Juarez's training:

| Course Name | Completed |
| --- | --- |
| Avionics ESD Awareness Training | 1/23/2012 |
| ESD Control Plan Training | 12/3/2013 |
| FOD Awareness Training | 1/23/2012 |
| FOD Awareness Training 2013 | 12/19/2013 |
| Hawthorne Fire Safety | 1/20/2012 |
| Hawthorne FOD Awareness Training | 1/23/2012 |
| Hawthorne Personal Protective Equipment | 1/23/2012 |
| Hazard Communication Training | 1/20/2012 |
| Hazard Communication Training 2013 | 12/17/2013 |
| Industrial Ergonomics Training | 1/21/2014 |
| Injury and Illness Prevention 2013 | 1/24/2014 |
| ITAR Training 2010 | 1/23/2012 |
| ITAR Training 2012 | 4/20/2013 |
| ITAR Training V4 | 1/21/2014 |
| Office Ergonomics Training | 12/29/2013 |
| Personal Protective Equipment 2013 | 12/3/2013 |
| SpaceX Fire Safety 2013 | 12/4/2013 |
| Waste Awareness Training 2013 | 12/26/2013 |

Becherer Kannett & Schweitzer
1255 Powell St.
Emeryville, CA 94608
510-658-3600

-2-
DECLARATION OF LYNETTE DHILLON IN SUPPORT OF DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S MOTION FOR SUMMARY JUDGMENT

6. Attached hereto as Exhibit 91 is a true and correct copy of a document produced by SpaceX in this matter which is bates stamped JUAREZ v PVA SPX 2044 to JUAREZ v PVA SPX 2074. This document contains portions of power point slides and presenter dialogue from the "Hazard Communication Training" course that, according to SpaceX's records, Ruben Juarez completed on January 20, 2012.

7. Mr. Juarez also took a later version of this course entitled "Hazard Communication Training 2013" which, according to SpaceX's records, Ruben Juarez completed on December 17, 2013. In order to complete both of these courses, Ruben Juarez was required to take and pass a multiple choice test covering the topics presented in each course.

8. Attached hereto as Exhibits 75-77 are true and correct copies of portions of three different revisions of a SpaceX document used by the Avionics department entitled "Avionics Standard Operating Procedure: Polymeric Application on Electronic Assemblies." These documents were produced in response to a subpoena in the above captioned action. As shown on the cover page of these documents, Exhibit 75 is Revision A, dated June 7, 2012, Exhibit 76 is Revision B, dated August 17, 2012, and Exhibit 77 is Revision C, dated May 17, 2013.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed on August 1, 2018 in Hawthorne, California.

*Lynette Dhillon*
Lynette Dhillon

Becherer Kannett & Schweitzer
1255 Powell St.
Emeryville, CA 94608
510-658-3600

-3-
DECLARATION OF LYNETTE DHILLON IN SUPPORT OF DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S MOTION FOR SUMMARY JUDGMENT