Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual, <br><br> Plaintiffs, <br><br> PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20, <br><br> Defendants. | CASE NO. CV17-03342-ODW (GJSX) <br> [L.A.S.C. Case No. BC650229] <br><br> **DECLARATION OF GREGORY E. MAXWELL IN SUPPORT OF DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date: September 24, 2018 <br> Time: 1:30 p.m. <br> Ctrm: 5D, 5th Floor <br> Judge: Hon. Otis D. Wright II <br><br> *This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 16, 2018. (Catalona Dec., ¶ 57, Ex. 57.) <br><br> **Defendant requests oral argument on this motion for summary judgment. |

I, Gregory E. Maxwell, declare,

1. I have personal knowledge of the following facts and could competently testify to those facts if called as a witness.

2. I was employed at Space Explorations Technologies Corp., known as "SpaceX," in Hawthorne, California from October, 2011 to June, 2016. SpaceX is and was a designer and manufacturer of advanced rockets and spacecraft. At SpaceX, I was the Avionics Department Supervisor which meant I was responsible for supervising all personnel in the Avionics Department including Ruben Juarez. One of the main duties of my job was to work with the engineering department and specialists such as Ruben Juarez to ensure that the PVA 350 machine was working properly and used correctly. The PVA 350 machine was the only conformal coating machine at SpaceX at that time. When I was hired, it was situated on the first floor of the main building in what was referred to as the "fish bowl" because workers could be observed inside the glass walls of this room when other employees walked by. The conformal coating room at that time was equipped with the PVA 350, a vent hood and two ovens. Within approximately eight (8) months of my joining SpaceX, the Avionics Department moved to the third-floor lab that was built specifically to house the Avionics Department. This lab was also equipped with the PVA 350, vent hood and two ovens in addition to other equipment.

3. During my employment with SpaceX, 100% of my time was spent within the Avionics lab which included the conformal coating room, and I would visit the conformal coating room at least once a day. I also sat within 25 feet of Ruben Juarez during the time he was employed by SpaceX.

4. Attached to this declaration as Exhibits 75-77 are true and correct copies of relevant portions of SpaceX's Standard Operating Procedures for the Avionics department entitled "Avionics Standard Operating Procedure: Polymeric Application on Electronic Assemblies."

5. Every SpaceX employee in the Avionics Department, including Ruben Juarez, had access and was made aware they had access, to SpaceX's standard operating

Becherer
Kannett &
Schweitzer

1255 Powell St.
Emeryville, CA
94608
510-658-3600

procedures, including Exhibits 75-77, specific job procedures, the MSDS sheets for chemicals used at SpaceX and other safety data. These documents were accessible, and known by SpaceX employees to be accessible, in online versions maintained on SpaceX's intranet site. In both of the Avionics Department labs described above, there was a computer at every operator's work station. When it was in the "fish bowl," there were at least 14 computers, and when the lab was on the 3rd floor, there were at least 18 computers. When the lab was on the third floor, there were also computers inside the conformal coating room. I know that Ruben Juarez had direct access to one of these computers because it sat on his work station desk which was in my direct line of sight in the Avionics Department, both when it was located in the "fish bowl" and also when it was located on the third floor. The conformal coating room of the Avionics Department, AKA the "clean room," maintained MSDS sheets in a three-ring binder stored on a shelf approximately 3-4 feet away from the PVA 350 machine. I believe that Ruben Juarez would have accessed the MSDS sheets numerous times as part of his job at SpaceX because that was something that someone in his position would have been required to do as a normal part of his job.

6. The MSDS sheets for Arathane and Humiseal materials including Humiseal thinner were kept in this three-ring binder, as well as on the SpaceX intranet site accessible on the computers in the Avionics Department labs described above. At one point, there was a problem with Arathane not curing properly on boards used in the Avionics department. The department engineers Doug Kuhn, Matt Bugby and David Hwang, along with Ruben Juarez and John Pena, were all involved in determining why this was occurring and finding a solution. During this process, Ruben Juarez mixed different quantities of chemicals including Arathane and Humiseal materials by hand. Before hand-mixing these materials, Ruben Juarez would have been required to review and, to the best of my knowledge, did review the MSDS sheets for these products, including Arathane and Humiseal to ensure they cured and "set up" properly so our desired result was achieved. When SpaceX started using Arathane materials for the first

Becherer Kannett & Schweitzer

1255 Powell St.
Emeryville, CA
94608
510-658-3600

time, Ruben Juarez would have also needed to know the correct Personal Protective Equipment ("PPE") to use for these materials which he also could have learned from the MSDS sheets.

7. Attached hereto as Exhibit 78 is a true and correct copy of relevant portions of power point slides and presenter dialogue from one of SpaceX's Hazard Communication training courses which I took at SpaceX. I took this course, and all Avionics Department employees including Ruben Juarez were required to take this course. This course was taken at a computer. After the presentation was concluded, the employee was required to pass a test by correctly answering enough questions about the course materials before the training would be considered complete. As the supervisor of the Avionics Department, I would have been notified if the course was not completed by anyone I was supervising, and I would have been required to counsel those people to complete the course. Because I do not remember ever counseling Ruben Juarez to complete this course, I believe that Ruben Juarez completed this course and passed this test to the best of my knowledge.

8. Based on my experience at SpaceX and having supervised Ruben Juarez and having interacted with him on a regular basis, I am confident that he was familiar with the MSDS sheets for the conformal coating materials which he used at SpaceX, including Humiseal and Arathane materials, either from the hard copies maintained in the three-ring binder, the several computers in the Avionics department mentioned above, including the computer at his workstation, or both.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed on August 1st, 2018 in Los Angeles, California.

Gregory E. Maxwell