1 Shahrad Milanfar (SBN 201126)
2 smilanfar@bkscal.com
  Alex P. Catalona (SBN 200901)
3 acatalona@bkscal.com
  BECHERER KANNETT & SCHWEITZER
4 1255 Powell Street
  Emeryville, CA 94608
5 Telephone: (510) 658-3600
6 Facsimile: (510) 658-1151

7 Attorneys for Defendant
8 PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20,<br><br>Defendants. | CASE NO. CV17-03342-ODW (GJSX)<br>[L.A.S.C. Case No. BC650229]<br><br>**ERRATA RE: SEPTEMBER 24, 2018 HEARING DATE IN SUPPORT OF DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 1, 2018<br>Time: 1:30 p.m.<br>Ctrm: 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II<br><br>*This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 16, 2018. (Catalona Dec., 9:9-17, 690-694.)<br><br>**Defendant requests oral argument on this motion for summary judgment. |

On August 24, 2018, Defendant Precision Valve & Automation, Inc. ("PVA") inadvertently filed its papers in support of its motion for summary judgment on 31-days notice, selecting the date of September 24, 2018 for the hearing on the motion.

On August 27, 2018, PVA will file papers in support of its motion for summary judgment on 35 days notice as provided in this Court's scheduling order, selecting the date of October 1, 2018 for the hearing on the motion. The correct date of the hearing is October 1, 2018. The papers which reference September 24, 2018 as the hearing date should be disregarded.

DATED: August 24, 2018					BECHERER KANNETT & SCHWEITZER

					By:	/s/	Alex P. Catalona
						Alex P. Catalona
						Attorneys for Defendant
						PRECISION VALVE & AUTOMATION, INC.

**Becherer Kannett & Schweitzer**
_____
1255 Powell St.
Emeryville, CA 94608
510-658-3600

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 27, 2018, a true and correct copy of **ERRATA RE: SEPTEMBER 24, 2018 HEARING DATE IN SUPPORT OF DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S MOTION FOR SUMMARY JUDGMENT** has been served via ECF upon all counsel of record in the Court's electronic filing system.

By: /s/ Jerry Dumlao

**Becherer Kannett & Schweitzer**

1255 Powell St.
Emeryville, CA 94608
510-658-3600