Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20,<br><br>Defendants. | CASE NO. CV17-03342-ODW (GJSX)<br>[L.A.S.C. Case No. BC650229]<br><br>**DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:       October 1, 2018<br>Time:      1:30 p.m.<br>Ctrm:      5D, 5th Floor<br>Judge:     Hon. Otis D. Wright II<br><br>*This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 16, 2018. (Catalona Dec., 9:9-17, 690-694.)<br><br>**Defendant requests oral argument on this motion for summary judgment. |

NOTICE IS HEREBY GIVEN that on September 24, 2018, at 1:30 p.m. or as

-1-
DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

soon thereafter as the matter may be heard in the above-entitled court located at the First Street Courthouse, 350 W. 1st Street, Los Angeles, CA. 90012 - Courtroom 5D, 5th Floor, defendant Precision Valve & Automation, Inc. ("PVA") will move the Court for an order granting summary judgment in favor of PVA on all claims.

This Motion is made pursuant to Federal Rule of Civil Procedure 56 on the ground that there is no triable issue of material fact, and that judgment should be entered in PVA's favor as a matter of law with respect to the application of California's 2-year statute of limitations found at Cal. Code of Civil Procedure ("C.C.P.") sections 340.8 and 335.1. As provided in the moving papers listed below, plaintiffs' lawsuit accrued no later than October, 2014 and plaintiffs cannot meet their burden to prove that this accrual may be delayed pursuant to California's delayed discovery rule. Plaintiff Juarez also filed a workers' compensation action on September 24, 2014 which by itself is "definitive proof" that his lawsuit accrued at that time. Plaintiffs' lawsuit was not filed until February 28, 2017 which was in violation of California's 2-year statute of limitations. Summary judgment is therefore required to be entered in favor of PVA under California law which governs plaintiffs' claims. PVA separately moves for summary judgment on the claims of both plaintiff Juarez and plaintiff Hernandez because the claims of each plaintiff are separately and independently barred by the statute of limitations. In addition, PVA has also moved for partial summary judgment on plaintiffs' failure to warn claims and strict product liability cause of action, which are prohibited because the undisputed evidence establishes that plaintiffs are unable to meet their burden of proof to establish these claims pursuant to California law.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Separate Statement of Uncontroverted Facts and Conclusions of Law, Declarations of Alex P. Catalona, Jonathan Urquhart, Gregory E. Maxwell, David Hwang, Duc Q. Phan, and Lynette Dhillon, together with exhibits attached thereto, Evidence With Table of Contents, [Proposed] Judgment, and

Becherer Kannett & Schweitzer
1255 Powell St.
Emeryville, CA 94608
510-658-3600

all files and pleadings in this action, and upon such further oral and/or documentary evidence as may be presented by PVA at or before the hearing of this Motion.

DATED: August 24, 2018          BECHERER KANNETT & SCHWEITZER

By: /s/    Alex P. Catalona
Alex P. Catalona
Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

**Becherer Kannett & Schweitzer**
_____
1255 Powell St.
Emeryville, CA 94608
510-658-3600

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 27, 2018, a true and correct copy of **DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** has been served via ECF upon all counsel of record in the Court's electronic filing system.

By: /s/ Jerry Dumlao

**Becherer Kannett & Schweitzer**
―――――
1255 Powell St.
Emeryville, CA 94608
510-658-3600