# EXHIBIT 65

COLOR

PVA-0002





PVA-0004



PVA-0238



PVA-0239



# EXHIBIT 66

CONFIDENTIAL – REDACTED

# SPACEX

Page Number     1

## PURCHASE ORDER

**Bill To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA 90250
Phone: (310) 363-6000  Fax: (310) 363-6001

**Purchase Order Number:**   <u>**49742**</u>

Issued Date:    4/20/2009
PO Revision Level:
Account Code:    **1550**

**Issued To:**

PVA - Precision Valve & Automation, Inc
15 Solar Drive
Halfmoon, NY 12065

Phone: 518.371.2684     Fax: 518.371.2688
Contact:

**Ship To:**

Space Exploration Technologies Corp.
1 Rocket Road
Avionics Department
Hawthorne, CA 90250
Contact E-Mail: pascale.roux@spacex.com
Phone #: 310-363-6336

| VENDOR ID / VENDOR CUSTOMER # / VENDOR QUOTE # / VENDOR CONTACT NAME | | | TAX TERMS Not For Resale | F.O.B. ORIGIN |
|---|---|---|---|---|
| PVAINC | | 09-059-B | DATE REQ. | PROMISED DATE |
| INVOICE TERMS | BUYER | SHIPPING METHOD | ORDER DATE | |
| 50% IN ADVANCE, 30% A | PROUX | Bestway | 4/20/2009 | 5/22/2009 |

| LINE | QTY | PART ID MFG PART ID | UM | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|---|
| 1 | 1 | PVA350 | EA | PVA350 Benchtop System Fully enclosed work area and doors with safety interlocks | ▆▆▆ | ▆▆▆ |
| 2 | 1 | PVA-CAMERA | EA | Programming Camera Slim programming camera with crosshair generator | ▆▆▆ | ▆▆▆ |
| 3 | 1 | PVA-PCB-FIX | EA | Adjustable Printed Circuit Board Fixture | ▆▆▆ | ▆▆▆ |
| 4 | 1 | FCS300-ES-M | EA | FCS300-ES Atomized Spray Valve Mount | ▆▆▆ | ▆▆▆ |
| 5 | 1 | FCM100-M | EA | FCM100 Micro Propulsion Valve Mount | ▆▆▆ | ▆▆▆ |
| 8 | 1 | PVA-2G | EA | 2 Gallon Flip-Top Style Material Reservoir | ▆▆▆ | ▆▆▆ |
| 7 | 1 | INTALL-2 | EA | Two Day Installation | ▆▆▆ | ▆▆▆ |

**ORDER SPECIFICATIONS:**
avionics
NICK WONG

$5000.00 DISCOUNT APPLIED

ORDER TOTAL:    ▆▆▆

Issued By:    **Pascale Roux**
Approved By:    **ELON MUSK**
Approved By:    **JEFF WARD**
Requested By:

**TERMS AND CONDITIONS:** Commencing this order is accepting this P.O., and supplier agrees to all terms and conditions listed here.
(1) All applicable certificates to be sent with each shipment. Inspection Reports, C of C and Material Certs as applicable.

PVA\

PVA-0008

# SPACEX

Page Number          2

## PURCHASE ORDER

**Bill To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA 90250
Phone: (310) 363-6000   Fax: (310) 363-6001

**Issued To:**

PVA - Precision Valve & Automation, Inc
15 Solar Drive
Halfmoon, NY 12065

Phone: 518.371.2684        Fax: 518.371.2688
Contact:

**Purchase Order Number:**   <u>49742</u>

**Issued Date:**   4/20/2009
PO Revision Level:
**Account Code:**   **1550**

**Ship To:**

Space Exploration Technologies Corp.
1 Rocket Road
Avionics Department
Hawthorne, CA 90250
Contact E-Mail: pascale.roux@spacex.com
Phone #: 310-363-6336

| VENDOR ID | / | VENDOR CUSTOMER # | / | VENDOR QUOTE # | / | VENDOR CONTACT NAME | TAX TERMS | F.O.B. |
|---|---|---|---|---|---|---|---|---|
| PVAINC | | | | 09-059-B | | | Not For Resale | ORIGIN |

| INVOICE TERMS | BUYER | SHIPPING METHOD | ORDER DATE | DATE REQ. | PROMISED DATE |
|---|---|---|---|---|---|
| 50% IN ADVANCE, 30% A | PROUX | Bestway | 4/20/2009 | 5/22/2009 | |

| LINE | QTY | PART ID | UM | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|---|
| | | MFG PART ID | | | | |

(2) Supplier acknowledges SPACEX, right of access to its facilities, product, and/or related quality records at any time, by SPACEX, its customer, or regulatory authorities in order to verify quality of products or work.

(3) All purchasing requirements shall be flowed down to sub-tier suppliers or subcontractors.

(4) Supplier to notify SPACEX immediately of unexpected anomalies, nonconformances, or changes to pre-approved processes.

(5) Supplier acknowledges it shall apply suitable corrective action when presented with SPACEX complaints or nonconformance reports.

(6) Suppliers will not use material purchased or certified by Western Titanium.

(7) Contains Sensitive Proprietary and Confidential Information - Not for Further Distribution without the Written Consent of Space Exploration Technologies

PVA\



# PVA350 Robot Proposal

## Reference #09-059

**Nicholas Wong**
**Space Exploration Technologies**
**1 Rocket Road**
**Hawthorne, CA 90250**
**Nicholas.wong@spacex.com**

**February 25, 2009**



15 Solar Drive
Halfmoon NY 12065
tel 518 371 2684
fx 518 371 2688
www.pva.net

PVA\

## ODUCTION

, was founded in 1992 by president Anthony Hynes. Hynes began selling dispensing valves for automated and manual dispensing applications out of his home prior to moving to Rensselaer Polytechnic Institute's (RPI) Incubator Center later that year. It was there that PVA began building XYZ robots to automate their growing valve technology. PVA's dispensing valve product line grew rapidly to include technology that proved superior for accurately applying conformal coating materials. In 1994, PVA debuted a selective conformal coating system that would later become the PVA2000. The PVA2000 improved on existing XYZ plotting systems by introducing a closed-loop servo controlled process that proved increasingly accurate and rugged.

PVA quickly began to claim local and national accolades by winning the 1995 National Incubator Tenant of the Year and the *Capital District Business Review's* Small Business of the year in 1996. PVA claimed *SMT Magazine's* Vision Award for innovative valve technology and *Circuits Assembly's* prestigious Service Excellence Award for three consecutive years.

PVA is now headquartered in a 30,000 square foot facility in Halfmoon, New York with regional sites stationed throughout North America, Europe, and Asia. PVA continues to bring our customers the finest quality in automated and manual dispensing solutions while servicing well over 2000 modules at many of the world's largest manufacturers.

PVA continues to be owned and operated by founder Anthony Hynes.

## PROGRAMMING

Each PVA robot is delivered with our proprietary Windows®-based programming software, PathMaster®. PathMaster is an intuitive point and click interface that allows programmers of various technical backgrounds to easily create paths of motion in minutes. PathMaster features numerous programming tools that are specifically tailored to coating and dispensing processes. Area fill functions, cut and paste array patterns, and line by line editing are but a few of the features you will enjoy.

PathMaster also comes with a free offline programming package that allows you to create motion at your desktop. Import CAD drawings to create bead or dot programs or utilize FastPath™ to quickly teach coating programs via digital images. Your purchase from PVA will include:

 - ▲  PathMaster® CD with offline programming package
 - ▲  **Free** lifetime software upgrades
 - ▲  Unlimited free programming support via our call center (518-371-2684)

For more information on PathMaster®, visit http://www.pva.net/PDF%20Files/PathMaster%20Sell%20Sheet.pdf.
For more information on FastPath™ offline programming, visit http://www.pva.net/PDF%20Files/FastPath%20Sell%20Sheet.pdf.

## CUSTOMER SUPPORT

At PVA we pride ourselves on providing every business partner with exceptional post sale support. *Circuits Assembly* magazine has recognized our commitment to this aim by awarding PVA with the prestigious Service Excellence Award for three consecutive years. PVA's support infrastructure is second to none in the industry with regional centers stationed throughout North America, Europe, and Asia providing immediate local response.

Your PVA order will include free initial process development at our facility prior to shipment and on-site installation and training at your facility upon request.* Advanced training at PVA's facility is always free for the life of your equipment.

| PVA Customer Support | PVA Parts Orders |
|---|---|
| Pedro Flores | Kevin Durante |
| Director of Customer Service | Inside Sales |
| (518) 371-2684 x235 | (518) 371-2684 x240 |
| pflores@pva.net | kdurante@pva.net |

For additional contact information for local PVA support managers, please visit http://www.pva.net/Worldwide%20Support.htm.

* PVA daily installation and/or training is billed at $350/day plus expenses.

CONFIDENTIAL –   REDACTED

## PVA350 DETAILS

The PVA350 is a programmable three or four-axis robot suitable for virtually any coating or adhesive dispensing application. The PVA350 employs a robust gantry system featuring precision ball screw slides driven by brushless DC servo motors. Every axis of motion features optical encoder feedback for a truly closed-loop process.

**Specifications**

| | |
|---|---|
| X-Axis Stroke | 400 mm (15.75") |
| Y-Axis Stroke | 400 mm (15.75") |
| Z-Axis Stroke | 100 mm (4") |
| Repeatability | 0.025 mm (0.001") |

**Facilities**

| | |
|---|---|
| Power | 120V-220V +/-10%, 50-60 Hz |
| Air | 80 psi, dry unlubricated |
| Exhaust | 300 cfm (coating applications only) |

For more information on the PVA350 and to download a data sheet, visit http://www.pva.net/PDF%20Files/PVA350.pdf.

| QTY | PART NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|---|
| 1 | PVA350 | **PVA350 Benchtop System** <br> ▲ Fully enclosed work area and doors with safety interlocks | $ ▉ | |
| | PVA-CAMERA | **Programming Camera** <br> ▲ Slim programming camera with crosshair generator | $ ▉ | |
| 1 | PVA-PCB-FIX | **Adjustable Printed Circuit Board Fixture** | $ ▉ | ▉ |

## VALVE MOUNT OPTIONS

The PVA350 can offer a variety of valve mount configurations to customize your process. Utilizing the robot's high payload capacity, multiple valves can be installed on the motion platform to process multiple assemblies simultaneously, apply multiple materials, or use multiple application heads to achieve the desired process results.

| Valve | FCS300-ES | FC100-C | FCM100 | FC100-MC | FCS300 |
|---|---|---|---|---|---|
| Application Type | Atomized spray | Non-atomized | Micro propulsion | Bead, dot | Atomized spray |
| Suitable Coatings | All coating types | Solvent-based | All coating types | All coating types | All coating types |
| Pattern | Circular | Film | Bead, dot | Bead, dot | Circular / fan |
| Pattern Width | 0.125" – 0.5" | 0.25" – 0.5" | 0.010" min | 0.010" min | 0.25" – 2"+ |

For more information on PVA's application heads and to download a data sheet, visit http://www.pva.net/Data%20Sheets.htm.

| QTY | PART NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|---|
| 1 | FCS300-ES-M | **FCS300-ES Atomized Spray Valve Mount** | $ ▉ | $ ▉ |
| | FC100-C-M | **FC100-C Non-Atomized Film Coat Mount** | $ ▉ | |
| 1 | FCM100-M | **FCM100 Micro Propulsion Valve Mount** | $ ▉ | $ ▉ |
| | FC100-MC-M | **FC100-MC Front Closing Valve Mount** | $ ▉ | |
| | FCS300-R-M | **FCS300 Atomized Spray Valve** <br> ▲ Round spray cap (0.25" – 1") | $ ▉ | |
| | FCS300-F-M | **FCS300 Atomized Spray Valve** <br> ▲ Flat spray cap (0.75" – 2"+) | $ ▉ | |

PVA\

## FOUR-AXIS MOTION

A programmable fourth axis option permits rotation of the dispense head in a 350° motion. With this option, an application valve can tilt at an adjustable angle and rotate. This is critical in instances where coating must be applied on all sides or underneath a component. This is an upgrade over more common single or dual tilt capabilities as these can only approach one or two sides of a component respectively. This is a fully controllable axis of motion with coordinated travel and acceleration and deceleration on the fly.



* PVA's fourth-axis configuration and rotational motion is protected under U.S patent number 8,132,809.

| QTY | PART NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|---|
| | PVA-4X | Optional Fourth Axis Upgrade | $ | |

## MATERIAL RESERVOIRS

Material tanks are available in one, two, and ten-gallon sizes. One and two gallon tanks contain an oval opening that requires material to be poured into the reservoir. Two and ten gallon pressure vessels are available with an open top that permit an entire material bucket to be dropped into the container. Alternatively, disposable plastic liners are available for these tanks and allow for quick cleaning in applications that warrant pouring of material. One pound and one liter tanks allow an entire bottle to be placed into the reservoir so clean up is minimal.



*Note:* Additional tank sizes and pump ratios available by request

| QTY | PART NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|---|
| | PVA-10G | 10 Gallon Top-Ported Material Reservoir | $ | |
| 1 | PVA-2G | 2 Gallon Flip-Top Style Material Reservoir | $ | $ |
| | PVA-1G | 1 Gallon Flip-Top Style Material Reservoir | $ | |

OTHER MATERIAL HANDLING OPTIONS

| QTY | PART NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|---|
| | PVA-OP-11 | Floating Low Level Material Sensor | $ | |
| | PVA-OP-11-S | Digital Scale Low Level Material Sensor | $ | |

## SPARE PARTS PACKAGE

PVA offers a kit of common spare parts for the PVA350 in standard package. This kit includes valve seals and needles, relays, cable assemblies, a brushless motor, and fuses. For a comprehensive list of components, please ask your PVA sales representative. A comprehensive, customized machine spare parts list will follow with your operating manual and will include all pertinent options selected for your process.

| QTY | PART NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|---|
| | PVA350-SP | Standard PVA350™ Spare Parts Kit | $ | |

| TOTAL PROJECT COST INCLUDING OPTIONS: | $ |
|---|---|

PVA\

## WARRANTY

PVA warrants your order from manufacturing defects and labor for one year. Soft seal wearable items such as o-rings, needle tips, and material lines are not included in the warranty. Unlike many warranties, PVA does not shorten the warranty period if the system is utilized in multiple shifts per day.

## TERMS & CONDITIONS

**PAYMENT**
50% down, 30% upon successful test at PVA and prior to shipment, 20% net 30

**DELIVERY**
7 weeks after receipt of deposit

**SHIPMENT**
Collect, FOB PVA Factory, Halfmoon, NY
Air ride van recommended

**INSTALLATION & TRAINING**
All training completed at PVA is free of charge. On site installation is billed at a cost of $950.00 per day plus expenses. Weekend and US holiday rates may vary.

**ORDER CANCELLATION POLICY**
Buyer may only cancel the order for equipment in writing with a cancel charge as per the following schedule:

| Cancellation Notice Received | Cancellation Fee Multiplier |
|---|---|
| 0-30 days from order date | 25% |
| 31-60 days from order date | 35% |
| More than 60 days from order date | 70% |

**AUTHORIZED SIGNATURE**

Frank R. Hart
Director of Marketing and Regional Sales

*This quotation is valid for 60 days from the date of issue and does not include any applicable federal, state, or local taxes. Prices are subject to change at anytime after this quotation has expired. This quotation can only be withdrawn or modified prior to expiration date by written notice from PVA to you. No terms and conditions stated on the Purchase Order shall modify the terms or conditions contained in this proposal.*

*This proposal is intended to be viewed only by the person that is addressed to. This proposal is confidential in nature, and subject to copyright protection. If you are not the intended recipient or the agent of the intended, or if you are unable to deliver this communication to the intended recipient, please do not read, copy, or use this communication or show it to any other person, but notify the sender immediately by telephone at (518) 371-2684.*

PVA\




## ORDER ACCEPTANCE & SHIPMENT RELEASE FORM

Thank you once again for your valued order of PVA products. For your records, each individual module and its corresponding serial number included in your order are listed below.

| MODULE | SERIAL NUMBER |
|--------|---------------|
| PVA 350 | W3267 |
| | |
| | |
| | |
| | |

We are sorry you are unable to visit PVA to evaluate your order prior to shipment. In lieu of your evaluation, PVA warrants that the above modules have been manufactured to meet each engineering build specification approved prior to commencement of production. In turn, _____SpaceX_____ , agrees to the following:

⚠ The information contained within the original engineering specification is correct. In the event that modifications to the equipment are requested, and such changes were not included in the original engineering specification, _____SpaceX_____ will be responsible for any installation, fabrication, and integration costs as these additions are not covered under PVA's warranty.

⚠ PVA offers, free of charge, process development during my equipment evaluation prior to shipment of said modules. By foregoing my evaluation of this equipment, PVA cannot be held liable for assuring that my process parameters are met. Any costs incurred to modify the original process are the responsibility of _____SpaceX_____.

⚠ Any term payments tied to successful evaluation at PVA prior to shipment and/or shipment of your order may be executed.

⚠ Shipment per arrangements set forth in the purchase order agreement is granted.

This document in no way affects the conditions of your original PVA equipment warranty.

In the event you wish to schedule a PVA service technician to support your installation and provide operator training at your facility, please contact Pedro Flores at 518-371-2684 x235 (pflores@pva.net).

Signed:

Precision Valve & Automation, Inc. (PVA)

_____Alex Duggan_____
SIGNATURE

_____Alex Duggan_____
NAME

_____Project Engineer_____
TITLE

Space Exploration Technologies
COMPANY NAME

_Nicholas Wong_
SIGNATURE

Nicholas Wong
NAME

Avionics Production Manager
TITLE

15 Solar Drive, Halfmoon, NY 12065, P: 518-371-2688, F: 518-371-2688



*Where Precision Drives Production*

Dear Nick,

Thank you for your recent order # 49742. We take pride in providing the finest dispensing and automation products available and trust you will be a loyal, long-standing customer. In follow up to your order, I wanted to offer you my personal thanks, while also providing you with a few recommendations for assuring your project is completed in an accurate and timely fashion. Each sales order is assigned to an engineering team here at PVA. The engineers assigned to your project are:

**Project Engineer**
Alex Duggan
518-371-2684 ext. 228
aduggan@pva.net

**Controls Engineer**
Mark Kniese
518-371-2684 ext. 215
mkniese@pva.net

Your project engineer will be in touch with you shortly to confirm all project specifications. Your prompt approval of these specifications will assure that your order is completed in a timely fashion. Tentatively, your order is scheduled to be complete on 5/20/09. As this date approaches, it is advisable to schedule your trip to PVA for final evaluation and training. This trip can be scheduled by contacting:

**Customer Service Manager**
Pedro Flores
518-371-2684 ext. 235
pflores@pva.net

Please attempt to schedule this trip up to two weeks in advance to allow the greatest flexibility in available training dates. While we do strongly suggest visiting PVA prior to shipment, if you decide to forego this opportunity, Pedro Flores will still be a vital asset in scheduling installations, service trips, or troubleshooting our equipment.

Further, there are a couple of other key contacts at PVA that may be in contact with you during the build process and throughout our working relationship. These contacts are:

**Spare Parts Orders and Pricing**
Kevin Durante
518-371-2684 ext. 240
kdurante@pva.net

**Accounts Receivable**
Amy Wu
518-371-2684 ext. 223
awu@pva.net

**Shipping Logistics**
Robert Deerfield
518-371-2684 ext. 238
rdeerfield@pva.net

If there are any other outstanding issues or questions you may have that we can assist with, please feel free to contact your salesman **Frank Hart** or myself at any time as well. Again, thank you for your order. We look forward to working with you on this order.

Best regards,

Jeremy Prusky
Operations Manager
PVA
518-371-2684 ext. 250
jprusky@pva.net

PVA\SPCX2115\

## CONSTRUCTION CHECKLIST

### Frame

- ☑ Workcell frame visually inspected
- ☑ Frame members are properly squared
- ☑ All exposed connectors have Bosch covers in place

### Pneumatics

- ☑ Pneumatic tubing visually inspected
- ☑ Pneumatic solenoids actuated
- ☑ All solenoids are labeled on manifold
- ☑ All tubing is labeled with labels facing the same direction
- ☑ Rotary actuators are adjusted to allow 0-45-degree motion
- ☑ Air regulators confirmed operational

### Mechanical Inspection

- ☑ Confirm system is mechanically built to approved engineering specification

### Top Frame / Motion Platform Inspection



- ☑ X and Y axes are confirmed square with appropriate calibration fixture
- ☑ Guide rail has been aligned with the frame utilizing appropriate calibration fixture
- ☑ Gantry has been aligned with the guide rail
- ☑ Slide motion is visually inspected as smooth

### Electrical Check

- ☑ All wires are run in proper order and labeled correctly
- ☑ Electrical debug completed

### Material Line Inspection



- ☑ All material lines visually inspected and free of kinks
- ☑ Material lines are labeled with labels facing the same direction
- ☑ Material lines pressure tested to confirm quality

### Safety Inspection




- ☑ All guarding visually inspected and installation confirmed
- ☑ Low level exhaust sensor tested and confirmed operational
- ☑ All interlocks tested and confirmed operational
- ☑ Emergency stop tested and confirmed operational
- ☑ System startup safety check tested

PVAISPCX2115\

## CONTINUITY CHECK

☑ Point to point continuity check completed to confirm no wiring errors

## POWER CHECK

☑ Terminal voltage confirmed to match approved engineering specification
☑ All fuses installed and manually inspected
☑ Emergency stop voltage confirmed
    Supply voltage required

## DOCUMENTATION CHECK

☐ Serial number documented in PVA database
☐ Electronic copy of Production & Quality Control Manual completed
☐ Hard copy of Production & Quality Control Manual completed

## PRE-DEBUG CHECKLIST

☑ Basic de-bug program installed
☑ I/O check completed
☑ Conveyors calibrated and flow direction confirmed
☑ All pneumatics cycled and confirmed operational
☑ Flow controls are set
☑ Serial tag number confirmed to match machine
☑ Axes homed and amps confirmed operational
☑ Power to all motors confirmed
☑ Encoders confirmed operational
☑ Touch pendant installed and confirmed operational
☐ Operator interface toggled and manually inspected
☑ All pneumatic stops and locators toggled and confirmed operational
☑ Fluid lines, regulators, and fittings inspected and tested
☒ AB box / Computer / Monitor installed and operational (if applicable)
☒ Blower Hz matches correct frequency (if applicable)
☐ QC Burn cycle completed to 1500 counts

## GALIL MOTION CONTROLLER TUNED

☒ Tuned controller to five volts

This PVA system has been inspected to meet all quality standards as outlined above and has been found to match the approved engineering specification, and has passed all electrical and mechanical inspections.



Lorenzo Ramirez
**PVA Quality Control**

PVA\SPCX2115\

Precision Valve & Automation, Inc.

**** SHIPPING INSTRUCTIONS ****

**Company:** Space X      **PO No.** 49742

**Contact:** Nick Wong      **Contact Phone No.** 310-363-6000

**Project:** SPCX2115/W3267      **Email Address:** nicholas.wong@spacex.com

**Ship Date:** 5/22/2009

**Ship To:**

Space Exploration Technologies Corp.

1 Rocket Road

Avionics Department

Hawthorne, CA  90250

**Shipper Information**

Company:

Telephone:

Contact:

Method: Collect

FOB: Halfmoon

**Driver Signature:**

**Driver ID:**

**Special Instructions:**

**PVA Employee Signature:**

PVA-0297

23

PVA\SPCX2115\

**Ship To:**     **Space Exploration Technologies Corp.**

**1 Rocket Road**
**Avionics Department**
**Hawthorne, CA  90250**

**Attn:**     **Nicholas Wong**

**PO#:**     **49742**

PVA-0298 24

PVA\SPCX2115\W3267\Doc\

PVA-0384

## Workcell Specification

Customer:   SpaceX                                    Rev.: A
Job Number: SPCX2115                                  Rev. Date:
Rev. Description:
Date Created: 04/24/09   Date Completed: 04/27/09        Engineer: AFD

| Options | #1 W3267 | Notes |
|---|---|---|
| Machine Type | | |
| 250,350,650,850,2000,3000 | 350 | |
| Custom (y/n) | No | |
| Motion Axes: | 3 | |
| Controller Axes: | 4 | |
| Controller: (1500/2000) | 2000 | |
| X-Stroke: | ~400 mm | |
| Y-Stroke: | ~400 mm | |
| Z-Stroke: | ~90 mm | |
| CE required: (y/n) | No | |
| Outlet type(Country) | N/A | |
| Head 1: | Spray Valve | |
| Z-slide (y/n): | Yes | |
| Stroke Adjust: (y/n) | No | |
| Rotary (y/n): | No | |
| Size 7 or 10: | - | |
| Valve: | FCS300-ES | |
| Atom Air range: | 0 – 5 psi | |
| O-ring material: | Kalrez | |
| Head 2: | Dispense Valve | |
| Z-slide (y/n): | Yes | |
| Stroke Adjust: (y/n) | No | |
| Rotary (y/n): | Yes | |
| Size 7 or 10: | 7 | |
| Valve: | FCM100-22G | |
| Atom Air range: | - | |
| O-ring material: | Kalrez | |
| Head 3: | | |
| Z-slide (y/n): | | |
| Stroke Adjust: (y/n) | | |
| Rotary (y/n): | | |
| Size 7 or 10: | | |
| Valve: | | |
| Atom Air range: | | |
| O-ring material: | | |

8/25/2017

| Head 4: | | |
|---|---|---|
| Z-slide (y/n): | | |
| Stroke Adjust: (y/n) | | |
| Rotary (y/n): | | |
| Size 7 or 10: | | |
| Valve: | | |
| Atom Air range: | | |
| O-ring material: | | |
| | | |
| Laser Height (y/n): | No | |
| Laser Pointer (y/n): | No | |
| Prog. Camera (y/n): | Yes | |
| Head tooling: | Standard 3 Axis, 2 Valve | |
| Custom: | No | |
| Double tooled: | No | |
| Other: | - | |
| Conveyor: | None | |
| Type: (Belt/Chain) | | |
| Direction (LtoR, RtoL) | | |
| Conveyor length: | | |
| Conveyor height: | | |
| | | |
| SMEMA: | | |
| Bi-Directional: (y/n) | | |
| Upstream/Downstream | | |
| PIP Sensors: | | |
| | | |
| Auto width adj.: | | |
| Hand crank width adj.: | | |
| | | |
| Lift and locate: | | |
| Board locators: | | |
| | | |
| Board stops: (Type) | | |
| Quantity on front rail: | | |
| Quantity on back rail: | | |
| | | |
| Part Fixturing: | Yes | |
| Flex Fixture: | Yes | |
| Part present sensor: | No | |
| Custom Fixture: | No | |
| Work height: | - | |
| | | |
| Cycle Start: | Hand Start | |
| Hand start: | Yes | |
| Single zero force: | No | |
| Double zero force: | No | |
| Controller: (y/n) | No | |
| Push button: | Yes | |
| | | |

8/25/2017

| *Guarding:* | | |
|---|---|---|
| **Doors:** | Yes | |
| **Interlocks: (y/n)** | Yes | |
| **Light curtain:** | No | |
| *Light tower:* | No | |
| | | |
| *Process Controls:* | | |
| **Flow Monitor:** | No | |
| **Remote transmitter: (y/n)** | - | |
| **Gear style: (y/n)** | - | |
| | | |
| **Low level:** | No | |
| **Auto Crossover:** | No | |
| **Computer:** | Yes | Customer Supplied |
| **Portal OIT: (y/n)** | No | |
| **Bar code reader:** | No | |
| **A/B Box: (y/n)** | No | |
| **Data Logging:** | No | |
| | | |
| **Needle Calibration:** | No | |
| **Black light** | No | |
| **Cycle rate (sec.)** | Unknown | |
| | | |
| | | |
| *Air Requirements:* | | |
| **PSI:** | 80 – 100 | |
| **Dry:  (y/n)** | Yes | |
| **Lubricated:  (y/n)** | No | |
| **CFM:** | < 10 | |
| | | |
| *Ventilation:* | | |
| **Minimum CFM:** | 300 | |
| **Flange dia. : (4" or 5")** | 5" | |
| **PVA blower: (y/n)** | No | |
| **Blower exit diameter:** | - | |
| **Exhaust switch: (y/n)** | Yes | |
| | | |
| *Supply Voltage:* | | |
| **120VAC:** | Yes | |
| **220VAC:** | No | |
| *Frequency:* | 60 Hz | |
| *Current:* | 12A | |
| *Phase:* | Single | |
| | | |
| *Coating Material:* | | |
| **Material A:** | SCC NVOC | |
| **Material B:** | | |
| | | |
| **Solvent:** | None | |
| **Kalrez O-rings? (y/n)** | Yes | |

8/25/2017

| Material Delivery: | | |
|---|---|---|
| Pressure vessel: | | |
| 1gal: | | |
| 2gal: | 1 | Feeding both valves |
| 5gal: | | |
| 10gal: | | |
| Cartridge Supply: | | |
| 2.5oz: | | |
| 6oz: | | |
| 12oz: | | |
| 20oz: | | |
| 32oz: | | |
| Cartridge drive: | | |
| Servo: | | |
| Pneumatic: | | |
| Syringe Supply: | | |
| 3cc: | | |
| 5cc: | | |
| 10cc: | | |
| 30cc: | | |
| 50cc: | | |
| 5 gal. Pumping System: | | |
| Pump ratio: | | |
| | | |
| Solvent Cup(s): | 2 | |
| Purge Pan/Cup(s): | 2 | |
| Other: | | |
| Spare parts kit: | | |

8/25/2017

| | |
|---|---|
| **From:** | Nicholas Wong <Nicholas.Wong@spacex.com> |
| **Sent:** | Friday, April 24, 2009 3:49 PM |
| **To:** | Alex Duggan |
| **Cc:** | Bill Burns |
| **Subject:** | RE: PVA Machine Specifications |

Alex,

Coating Material is NVOC through Electrolube.  Coating material is not solvent based, but they have an NVOC Machine Cleaner that is used to clean out the machine.

---

Nicholas Wong
Avionics Production Manager
Space Exploration Technologies
1 Rocket Road
Hawthorne, CA 90250

http://www.spacex.com

....................................................................................................

**From:** Alex Duggan [mailto:ADuggan@PVA.net]
**Sent:** Friday, April 24, 2009 8:59 AM
**To:** Nicholas Wong
**Subject:** PVA Machine Specifications

Hi Nick,

I received your order for a PVA 350 from Frank Hart and I have created the preliminary machine specifications.  Please look them over carefully for errors and fill in any missing information indicated by red text.  Once the specifications have been completed and verified, we can begin production of your machine.  If you have any questions, please let me know.

Thanks,
Alex

--

Alex Duggan
Project Engineer

PVA
15 Solar Drive
Halfmoon, NY 12065
518-371-2684 ext. 228

1

| | |
|---|---|
| **From:** | Alex Duggan |
| **Sent:** | Monday, April 27, 2009 5:48 AM |
| **To:** | 'Nicholas Wong' |
| **Cc:** | Bill Burns |
| **Subject:** | RE: PVA Machine Specifications |

Nicholas,

Thanks for the information about the coating material.  Did everything else on the specification sheet look alright?

Alex

**From:** Nicholas Wong [mailto:Nicholas.Wong@spacex.com]
**Sent:** Friday, April 24, 2009 6:49 PM
**To:** Alex Duggan
**Cc:** Bill Burns
**Subject:** RE: PVA Machine Specifications

Alex,

Coating Material is NVOC through Electrolube.  Coating material is not solvent based, but they have an NVOC Machine Cleaner that is used to clean out the machine.

_____

Nicholas Wong
Avionics Production Manager
Space Exploration Technologies
1 Rocket Road
Hawthorne, CA 90250

http://www.spacex.com

**From:** Alex Duggan [mailto:ADuggan@PVA.net]
**Sent:** Friday, April 24, 2009 8:59 AM
**To:** Nicholas Wong
**Subject:** PVA Machine Specifications

Hi Nick,

I received your order for a PVA 350 from Frank Hart and I have created the preliminary machine specifications.  Please look them over carefully for errors and fill in any missing information indicated by red text.  Once the specifications have been completed and verified, we can begin production of your machine.  If you have any questions, please let me know.

Thanks,
Alex

--

Alex Duggan
Project Engineer

1

PVA-1663

31

| | |
|---|---|
| **From:** | Nicholas Wong <Nicholas.Wong@spacex.com> |
| **Sent:** | Monday, April 27, 2009 8:49 AM |
| **To:** | Alex Duggan |
| **Cc:** | Bill Burns |
| **Subject:** | RE: PVA Machine Specifications |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Everything else looked ok.

_____

Nicholas Wong
Avionics Production Manager
Space Exploration Technologies
1 Rocket Road
Hawthorne, CA 90250

http://www.spacex.com

**From:** Alex Duggan [mailto:ADuggan@PVA.net]
**Sent:** Monday, April 27, 2009 5:48 AM
**To:** Nicholas Wong
**Cc:** Bill Burns
**Subject:** RE: PVA Machine Specifications

Nicholas,

Thanks for the information about the coating material.  Did everything else on the specification sheet look alright?

Alex

**From:** Nicholas Wong [mailto:Nicholas.Wong@spacex.com]
**Sent:** Friday, April 24, 2009 6:49 PM
**To:** Alex Duggan
**Cc:** Bill Burns
**Subject:** RE: PVA Machine Specifications

Alex,
        Coating Material is NVOC through Electrolube.  Coating material is not solvent based, but they have an NVOC Machine Cleaner that is used to clean out the machine.

_____

Nicholas Wong
Avionics Production Manager
Space Exploration Technologies
1 Rocket Road
Hawthorne, CA 90250

1

32

| | |
|---|---|
| **From:** | Alex Duggan |
| **Sent:** | Monday, April 27, 2009 8:49 AM |
| **To:** | 'Nicholas Wong' |
| **Cc:** | Bill Burns |
| **Subject:** | RE: PVA Machine Specifications |

Excellent.  We have set a 5/20/09 completion date.  Are you planning to travel here for a machine runoff and training, or do you want us to ship the machine to you as soon as it is completed?

Alex

**From:** Nicholas Wong [mailto:Nicholas.Wong@spacex.com]
**Sent:** Monday, April 27, 2009 11:49 AM
**To:** Alex Duggan
**Cc:** Bill Burns
**Subject:** RE: PVA Machine Specifications

Everything else looked ok.

_____

Nicholas Wong
Avionics Production Manager
Space Exploration Technologies
1 Rocket Road
Hawthorne, CA 90250

http://www.spacex.com

**From:** Alex Duggan [mailto:ADuggan@PVA.net]
**Sent:** Monday, April 27, 2009 5:48 AM
**To:** Nicholas Wong
**Cc:** Bill Burns
**Subject:** RE: PVA Machine Specifications

Nicholas,

Thanks for the information about the coating material.  Did everything else on the specification sheet look alright?

Alex

**From:** Nicholas Wong [mailto:Nicholas.Wong@spacex.com]
**Sent:** Friday, April 24, 2009 6:49 PM
**To:** Alex Duggan
**Cc:** Bill Burns
**Subject:** RE: PVA Machine Specifications

Alex,
        Coating Material is NVOC through Electrolube.  Coating material is not solvent based, but they have an NVOC Machine Cleaner that is used to clean out the machine.

PVA-1667

33

| | |
|---|---|
| **From:** | David Gomez |
| **Sent:** | Tuesday, September 10, 2013 11:04 AM |
| **To:** | Jonathan Connelly; Richard Bievenue |
| **Cc:** | David Filbert; Michael R. Leonard; Jonathan Urquhart |
| **Subject:** | RE: meter-mix application |

Hey mang,

No need for Dave and his metering mix systems.

Looks like they only want a 20oz cartridge retainer&cap with spray & needle valve for the pre-mix material and a 6oz cartridge retainer&cap for the solvent ,so it can flush the premixed material out right after doing a batch of boards.

I've done this fluid delivery line several times.

Let me know if you need a project # for reference,Urquhart can also tell you how this is done

Regarding options for spraying two part coatings –we are not there yet.

David E Gomez
PVA
Account Executive
281 217 7247

**From:** Jonathan Connelly
**Sent:** Tuesday, September 10, 2013 10:10 AM
**To:** Richard Bievenue
**Cc:** David Filbert; David Gomez; Michael R. Leonard
**Subject:** RE: meter-mix application

It is going to be a long time before I could do any real work on a full MMX system for them... unless Dave f wants to work on that part.

I could set them up with a quote for a syringe system for premixed material...

**From:** Richard Bievenue
**Sent:** Monday, September 09, 2013 2:12 PM
**To:** Jonathan Connelly
**Cc:** David Filbert; David Gomez; Michael R. Leonard
**Subject:** meter-mix application

Jon,

PVA-1689

34

I just spoke with an engineer from SpaceX named Duc Phan (pronounced "Dook Fawn").  They have one of our 350 machines, s/n W3267.  They want to switch to a 2-part material, Huntsman Arathane 5750.  They are currently considering just pre-mixing the material and then flushing it out after a couple hours, using a series of valves and solvent tanks.  Mike Leonard may be assisting them with getting the electrical schematics and discussing program options with them in case they try to do this on their own.

They would also like to hear what options we have for them as far as a 2-component meter-mix system.  Can you contact Duc and let him know you would be the man to pick up the ball on this?  Then we can discuss what the best configuration would be.

Contact info:

Duc.phan@spacex.com
Ph: 310-363-6316

Best Regards,

Rich Bievenue
Fluid Systems Engineer



1 Mustang Drive
Cohoes, NY 12047
Ph: 518-371-2684 x2203
rbievenue@pva.net

PVA-1690

35

**From:** Richard Bievenue
**Sent:** Monday, September 09, 2013 2:12 PM
**To:** Jonathan Connelly
**Cc:** David Filbert; David Gomez; Michael R. Leonard
**Subject:** meter-mix application

Jon,

I just spoke with an engineer from SpaceX named Duc Phan (pronounced "Dook Fawn"). They have one of our 350 machines, s/n W3267. They want to switch to a 2-part material, Huntsman Arathane 5750. They are currently considering just pre-mixing the material and then flushing it out after a couple hours, using a series of valves and solvent tanks. Mike Leonard may be assisting them with getting the electrical schematics and discussing program options with them in case they try to do this on their own.

They would also like to hear what options we have for them as far as a 2-component meter-mix system. Can you contact Duc and let him know you would be the man to pick up the ball on this? Then we can discuss what the best configuration would be.

Contact info:

Duc.phan@spacex.com
Ph: 310-363-6316

Best Regards,

Rich Bievenue
Fluid Systems Engineer



1 Mustang Drive
Cohoes, NY 12047
Ph: 518-371-2684 x2203
rbievenue@pva.net

PVA-1692

Looking at your request.. We could put pneumatic ball valves to control the material and flush. I think it will waste a good amount of material and solvent. You will need to flush out the material with each rinse cycle and then purge out the solvent until the material starts flowing again...

We could add timers to the machine to stop and alarm every 30 minutes or hour to remind the operators to flush and fill the system..

Do you already have 24 VDC actuator valves that you are planning to use? Why do you need analog control for these? Do you have a data sheet on them?

Best regards,

Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Tuesday, September 10, 2013 11:35 AM
**To:** Michael R. Leonard; Jonathan Connelly
**Subject:** Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Hello John,
I am a Process engineer for SpaceX located in Hawthorne, CA. We have the PVA 350, P/N: SPCX2115 S/N: W3267. We are using the Arethane 5750 material that have 2 hours cure time, which we are concern that operator may forgot to purge and rinse the material when the job is done. To avoid this problem I am hoping to automate the purge and rinse process. The plan is to have the 24VDC actuator valves to turn on/off the purge and rinse reservoirs after the coating program.
I need help writing the subroutine program for rinse and purge and identify which analog signals can I connect the 24VDC actuator valves and the which digital signals to turn them on?

Thank you in-advance for helping!

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

PVA-1701          37





# PVA6000 Robot Proposal

### Reference #12529

**Scott Vorhies**

**SPACE EXPLORATION**

**TECHNOLOGIES**

**1 ROCKET ROAD**

**HAWTHORNE, CA  90250**

**USA**

**Phone: (310) 363-6000**

**Fax: (310) 363-6001**

**January 14, 2015**

One Mustang Drive
Cohoes NY 12047
tel 518 371 2684
fx 518 371 2688
www.pva.net

38





# PVA6000 Robot Proposal

### Reference #12529

**Scott Vorhies**

**SPACE EXPLORATION**

**TECHNOLOGIES**

**1 ROCKET ROAD**

**HAWTHORNE, CA  90250**

**USA**

**Phone: (310) 363-6000**

**Fax: (310) 363-6001**

**January 14, 2015**

One Mustang Drive
Cohoes NY 12047
tel 518 371 2684
fx 518 371 2688
www.pva.net

PVA-2369

39

| | |
|---|---|
| **From:** | Cory Jacobs <cjrestronics@gmail.com> |
| **Sent:** | Tuesday, January 20, 2015 2:40 PM |
| **To:** | David DiDomenico |
| **Cc:** | Gavin Matupang |
| **Subject:** | Re: PVA Masking Equipment PO |

David,

I will get with Gavin on this. Thanks

Cory

On Tue, Jan 20, 2015 at 2:34 PM, David DiDomenico <David.DiDomenico@spacex.com> wrote:

Cory/Gavin,


Can one of you please send me the following info (or what you can) that our maintenance department has requested in order to get the PMs and spares plan in place before the machine arrives?


Maintenance & Operational Manual.

- Schematics: Electrical, Hydraulic, pneumatic, Ladder logic, etc.

- Spare Parts List with cost and lead-times.

- Preventive Maintenance program

- Operational & maintenance training offered

- Condition Monitoring options

- Warrantee

- Local service company information

- Failure Mode and Effect Analysis


Thanks,

1

PVA-2391

**40**



# MX4000 Meter Mix Dispensing System Proposal

## Reference #15-060

**<Name>**
**<Corporation>**
**<Street Address>**
**<City, State, Postal>**
**<Fax>**



**March 6, 2015**

One Mustang Drive
Cohoes, NY 12047
tel 518 371 2684
fx 518 371 2688
www.pva.net

PVA-2493

41



WHERE

PRECISION

DRIVES

PRODUCTION

  

  

# PVA Workcell

## Installation and General Guidelines

**Rev A**

PVA | Workcell Installation and General Guidelines

## 1.3   Safety

Certain warning symbols are affixed to the machine and correspond to notations in this
manual. Before operating the system, identify these warning labels and read the notices
described below. Not all labels may be used on any specific system. Read the workcell
manual for additional safety information related to the workcell and its components.



*Always wear approved safety glasses when you operate or
work near the workcell.*



*Before you operate the system, read and understand the
manuals provided with the unit.*



*Never put hands or tools in areas with this symbol when the
machine is in operation. A dangerous condition may exist.*



*Read and understand the manuals provided with the unit
before any repairs or maintenance is done. Only a qualified
individual should do service.*



*Use caution when there are pressurized vessels. Find and
repair any leaks immediately. Always wear appropriate safety
equipment when you work with pressurized vessels or vessels
that contain chemicals.*



*Shear hazard from moving parts. Avoid contact.*



*In situations where inattention could cause either personal
injury or damage to equipment a warning notice is used.*

PVA-3373

43

## 1.4    System Description

This manual applies to the following Precision Valve & Automation, Inc. workcells:

| | |
|---|---|
| PVA350™ | PVA6000™ |
| PVA650™ | Delta 6 |
| PVA2000™ | Delta 8 |
| PVA3000™ | |

The valves are mounted to the end effector of a two, three, or four axis Cartesian robot. All dispensing is done in the work area enclosed with safety glass or polycarbonate. The axes have limits to prevent damage to the machine. The dispense path and active heads are controlled by a program stored in the motion controller. The motion controller can save up to 30 programs at one time.

The operator controls the workcell with PVA Portal software. This includes machine setup, manual operation, program selection, and automatic operation. Machine status and error messages are shown in the program window and the light tower. The operator(s) must have read this manual, or have been trained and understand the operation of the machine.

Any uses that are not approved could result in dangerous conditions that the safety features on the system cannot prevent.



**Figure 1: Workcell Functional Block Diagram**

PVA-3375

44

PVA | Workcell Installation and General Guidelines

## 3.6 Notices and Warnings

- You must wear safety glasses, gloves, and long sleeves.

- Lock-out and tag the air and power supplies before you service or clean any part of this equipment

- Release the pressure before any hose (air or fluid) is removed

- All hoses must have the correct pressure rating

- Use only replacement parts recommended or supplied by the manufacturer

- Stay away from all parts that move when the system is in operation

# 4. Table of Figures

Figure 1: Workcell Functional Block Diagram ....................................................................... 5
Figure 2: Adjust the Feet................................................................................................ 9
Figure 3: Light Tower Connection.................................................................................... 11
Figure 4: Light Tower Cable Connected ........................................................................... 11
Figure 5: Teach Pendant Connection ............................................................................... 12
Figure 6: Example of a Red Air Lockout Valve .................................................................. 14
Figure 7: Example of a Main Power Switch ....................................................................... 15
Figure 8: SMEMA Diagram .............................................................................................. 16
Figure 9: SMEMA Machine Plugs ..................................................................................... 16

CONFIDENTIAL

**From:** David DiDomenico <David.DiDomenico@spacex.com>
**Date:** May 29, 2015 at 2:08:27 PM EDT
**To:** Alex Corliss <Alex.Corliss@spacex.com>, Michael Carter <mcarter@PVA.net>
**Subject:** RE: PVA install

Michael,

Will you handle the uncrating and installation, and if so, what tools do we need to have ready on Monday?  Or do we need to have it uncrated and in its place ahead of time, and if so, do you have instructions for how to uncrate it?

Thanks,

**David DiDomenico | Manufacturing Engineer, Avionics**



**1 Rocket Rd, Hawthorne CA 90250**
**Office: 310-970-3467**
**Mobile: 850-544-5767**

-- This Email Contains Sensitive Proprietary and Confidential Information - Not for Further Distribution Without the Express Written Consent of Space Exploration Technologies --

**From:** Alex Corliss
**Sent:** Wednesday, May 27, 2015 12:00 PM
**To:** Michael Carter; David DiDomenico
**Subject:** RE: PVA install

The machine is arriving this afternoon so we're planning having everything ready to go by the end of the week. Are you available Monday of next week? How is the time split up between installation and training?

The address you listed is correct.

Thanks,



**Alex Corliss |** Manufacturing Engineer, Avionics
**Space Exploration Technologies** | 1 Rocket Road, Hawthorne, CA 90250
☎P: 310.363.6660   ☎C: 805.689.8410   Alex.Corliss@spacex.com

**From:** Michael Carter [mailto:mcarter@PVA.net]
**Sent:** Wednesday, May 27, 2015 6:54 AM
**To:** David DiDomenico; Alex Corliss
**Subject:** PVA install

Hello Alex and David,

I'll be coming to your facility to install the new PVA equipment.
When will you be ready for me?
Please keep in mind the machine will need power, compressed air and exhaust hooked up in order to run.

CONFIDENTIAL

Also, please verify that this is the correct address:
1 Rocket Road Hawthorne, CA.

Thank you.


*Michael Carter*

PVA Customer Service
1 Mustang Drive.
Cohoes, NY 12047.
Cell: (518) 728-1964

PVA-3392

47

CONFIDENTIAL

| | |
|---|---|
| **From:** | David DiDomenico <David.DiDomenico@spacex.com> |
| **Sent:** | Tuesday, June 02, 2015 9:28 AM |
| **To:** | Andrew Haraburda; Michael Yanulavich |
| **Cc:** | Rex Ellis; Alex Corliss; Gavin Matupang; David Filbert |
| **Subject:** | RE: PVA install |

Sorry, I meant Mike.

**David DiDomenico | Manufacturing Engineer, Avionics**



**1 Rocket Rd, Hawthorne CA 90250**
**Office: 310-970-3467**
**Mobile: 850-544-5767**

-- This Email Contains Sensitive Proprietary and Confidential Information - Not for Further Distribution Without the Express Written Consent of Space Exploration Technologies --

**From:** Andrew Haraburda [mailto:AHaraburda@PVA.net]
**Sent:** Tuesday, June 02, 2015 9:27 AM
**To:** David DiDomenico; Michael Yanulavich
**Cc:** Rex Ellis; Alex Corliss; Gavin Matupang; David Filbert
**Subject:** RE: PVA install

Mike,

Did you make it to LAX yesterday?

Best regards,

**Drew Haraburda**
Regional Service Manager
Precision Valve & Automation
One Mustang Drive
Cohoes, NY 12047
tel 1 518-371-2684 x2422
aharaburda@pva.net
www.pva.net

**From:** David DiDomenico [mailto:David.DiDomenico@spacex.com]
**Sent:** Tuesday, June 02, 2015 12:25 PM
**To:** Andrew Haraburda
**Cc:** Michael Carter; Michael Yanulavich; Rex Ellis; Alex Corliss; Gavin Matupang
**Subject:** RE: PVA install

Andrew, what's your ETA?

**David DiDomenico | Manufacturing Engineer, Avionics**

**1 Rocket Rd, Hawthorne CA 90250**
**Office: 310-970-3467**
**Mobile: 850-544-5767**

PVA-3407

48

CONFIDENTIAL

| From: | David DiDomenico <David.DiDomenico@spacex.com> |
|---|---|
| Sent: | Tuesday, June 02, 2015 10:08 AM |
| To: | Michael Yanulavich |
| Cc: | Alex Corliss |
| Subject: | RE: PVA install |

Okay cool, Alex will pick you up in the lobby and I will join you guys upstairs shortly.

Thanks,
David

**From:** Michael Yanulavich [mailto:MYanulavich@PVA.net]
**Sent:** Tuesday, June 02, 2015 10:07 AM
**To:** David DiDomenico
**Subject:** Re: PVA install

I'm back, just parked should be in the lobby shortly.

Sent from my iPhone

On Jun 2, 2015, at 9:35 AM, David DiDomenico <David.DiDomenico@spacex.com> wrote:

> Okay, let us know when you're back on site.
>
> Thanks,
>
> **David DiDomenico | Manufacturing Engineer, Avionics**



> **1 Rocket Rd, Hawthorne CA 90250**
> **Office: 310-970-3467**
> **Mobile: 850-544-5767**
>
> -- This Email Contains Sensitive Proprietary and Confidential Information - Not for Further Distribution Without the Express Written Consent of Space Exploration Technologies --

**From:** Michael Yanulavich [mailto:MYanulavich@PVA.net]
**Sent:** Tuesday, June 02, 2015 9:32 AM
**To:** David DiDomenico
**Cc:** Andrew Haraburda
**Subject:** Re: PVA install

David,

My apologies, I was signing into the lobby but my driver's license is missing. I'm going to run back to my hotel and hopefully it should be there, or at least I'll have my passport.

Sent from my iPhone

On Jun 2, 2015, at 9:25 AM, David DiDomenico <David.DiDomenico@spacex.com> wrote:

1

CONFIDENTIAL

| | |
|---|---|
| **From:** | Gavin Matupang |
| **Sent:** | Tuesday, June 02, 2015 2:41 PM |
| **To:** | David Filbert; Andrew Haraburda; Michael Yanulavich |
| **Cc:** | Rex Ellis |
| **Subject:** | RE: PVA install |

Yes he is there with SpaceX.

Regards,

**Gavin Matupang**



Regional Sales Manager
1 Mustang Drive,
Cohoes, NY 12047
**Cell:** (612) 720-1441
gmatupang@pva.net
www.pva.net

**From:** David Filbert
**Sent:** Tuesday, June 02, 2015 4:37 PM
**To:** Andrew Haraburda; Michael Yanulavich
**Cc:** Rex Ellis; Gavin Matupang
**Subject:** RE: PVA install

Did he make it?

**From:** Andrew Haraburda
**Sent:** Tuesday, June 02, 2015 12:27 PM
**To:** David DiDomenico; Michael Yanulavich
**Cc:** Rex Ellis; Alex Corliss; Gavin Matupang; David Filbert
**Subject:** RE: PVA install

Mike,

Did you make it to LAX yesterday?

**Best regards,**

**Drew Haraburda**
Regional Service Manager
Precision Valve & Automation
One Mustang Drive
Cohoes, NY 12047
**tel** 1 518-371-2684 x2422
aharaburda@pva.net
www.pva.net

**From:** David DiDomenico [mailto:David.DiDomenico@spacex.com]
**Sent:** Tuesday, June 02, 2015 12:25 PM
**To:** Andrew Haraburda

PVA-3424

50

CONFIDENTIAL

| | |
|---|---|
| **From:** | Alex Corliss <Alex.Corliss@spacex.com> |
| **Sent:** | Monday, June 08, 2015 7:11 PM |
| **To:** | Michael Yanulavich |
| **Cc:** | David DiDomenico |
| **Subject:** | Masking machine info |

Hi Michael,

Hope your return trip was smooth. Did you find out which vendor you use for the transparent polyester sheets yet? Also can you send over documentation for programming, PM, etc. when you get a chance?

Thanks,

SPΛCEX

**Alex Corliss |** Manufacturing Engineer, Avionics
**Space Exploration Technologies |** 1 Rocket Road, Hawthorne, CA 90250
☎P: 310.363.6660  ☎C: 805.689.8410  Alex.Corliss@spacex.com

PVA-3702

51

CONFIDENTIAL

| | |
|---|---|
| **From:** | David DiDomenico <David.DiDomenico@spacex.com> |
| **Sent:** | Monday, June 15, 2015 9:18 AM |
| **To:** | Gavin Matupang; Alex Corliss |
| **Subject:** | RE: SpaceX Supplier Update Tool - PVA - Precision Valve & Automation, Inc |

Done.  When will we receive the manual and documentation for the machine?

**David DiDomenico | Manufacturing Engineer, Avionics**



**1 Rocket Rd, Hawthorne CA 90250**
**Office: 310-970-3467**
**Mobile: 850-544-5767**

-- This Email Contains Sensitive Proprietary and Confidential Information - Not for Further Distribution Without the Express Written
Consent of Space Exploration Technologies --

**From:** Gavin Matupang [mailto:gmatupang@PVA.net]
**Sent:** Monday, June 15, 2015 6:20 AM
**To:** David DiDomenico; Alex Corliss
**Subject:** Fwd: SpaceX Supplier Update Tool - PVA - Precision Valve & Automation, Inc

Can you please update purchasing that these were delivered with the machine?  Sent them a note last week but
still getting this notification.

Regards,

Gavin Matupang
Regional Sales Manager
PVA
Cell (612) 720-1441
gmatupang@pva.net
www.pva.net

Sent from iPad.

Begin forwarded message:

> **From:** Jonathan Connelly <JConnelly@PVA.net>
> **Date:** June 15, 2015 at 5:05:09 AM PDT
> **To:** Gavin Matupang <gmatupang@PVA.net>
> **Subject: FW: SpaceX Supplier Update Tool - PVA - Precision Valve & Automation, Inc**

> **From:** Supplier Update [mailto:Supplier.Update@SpaceX.com]
> **Sent:** Monday, June 15, 2015 7:32 AM

1





## Quote Reference #16-032



**Scott Vorhies**
**Space Exploration Technologies**
**One Rocket Road**
**Hawthorne, CA 90250**
**USA**

**January 21, 2016**



One Mustang Drive
Cohoes NY 12047
tel 518 371 2684
fx 518 371 2688
www.pva.net

PVA-4275

53





**Quote Reference #16-034**

**Scott Vorhies**
**Space Exploration Technologies**
**One Rocket Road**
**Hawthorne, CA 90250**
**USA**

**January 21, 2016**



One Mustang Drive
Cohoes NY 12047
tel 518 371 2684
fx 518 371 2688
www.pva.net

PVA-4283

54





## Quote Reference #16-032



**Scott Vorhies**
**Space Exploration Technologies**
**One Rocket Road**
**Hawthorne, CA 90250**
**USA**

**January 21, 2016**



One Mustang Drive
Cohoes NY 12047
tel 518 371 2684
fx 518 371 2688
www.pva.net

PVA-4309





## Quote Reference #16-032

**Scott Vorhies**
**Space Exploration Technologies**
**One Rocket Road**
**Hawthorne, CA 90250**
**USA**

**January 21, 2016**



One Mustang Drive
Cohoes NY 12047
tel 518 371 2684
fx 518 371 2688
www.pva.net

PVA-4318

56





## Quote Reference #16-032

**Scott Vorhies**
**Space Exploration Technologies**
**One Rocket Road**
**Hawthorne, CA 90250**
**USA**

**January 21, 2016**

One Mustang Drive
Cohoes NY 12047
tel 518 371 2684
fx 518 371 2688
www.pva.net

PVA-4318





**Reference #16185-B**

**SPACE EXPLORATION**

**TECHNOLOGIES**

**1 ROCKET ROAD**

**HAWTHORNE, CA  90250**

**USA**

**Phone: (310) 363-6000**

**Fax: (310) 363-6001**



**March 08, 2016**

One Mustang Drive
Cohoes NY 12047
tel 518 371 2684
fx 518 371 2688
www.pva.net

PVA-4429

58





## Quote Reference #16-032-B



**Scott Vorhies**
**Space Exploration Technologies**
**One Rocket Road**
**Hawthorne, CA 90250**
**USA**

**January 21, 2016**

One Mustang Drive
Cohoes NY 12047
tel 518 371 2684
fx 518 371 2688
www.pva.net

PVA-4436

59

SPCX2115

# P.V.A. SYSTEM KIT – PVA350

5/25/09

Company Name: **SPACE EXPLORATION TECHNOLOGIES CORP.**

Serial # **W3267**

| | |
|---|---|
| ☑ Teach Pendant | ☐ Pump System |
| ☑ Rs232 Cable | ☐ Syringe Pump |
| ☑ Door Bypass Key | ☐ Light Tower |
| ☑ Purge Pan / Cups ✓ | ☐ Sample Production Parts |
| ☑ Main Air Regulator (ON THE SYSTEM) | ☐ Misc. Cables and Parts |
| ☑ Pressure Tank (1) 2 GAL. | ☑ (1) FFMV-03MTC-60 |
| ☐ 5-Gallon Pail Pump | ☑ (1) Acc-01-1000 |
| ☑ Hose & Tubing | ☑ (1) SAMPLE NOZZLE. |
| ☑ Pathmaster - CD | ☐ |
| ☑ Operating Guide - CD W3567 | ☐ |
| ☐ Scale & Controller | ☐ |
| ☐ Table | ☐ |
| ☐ System Spare Part Kit (YES / NO) | ☐ |
| ☐ CE Certification | ☐ |
| ☐ Calibration Plate w/ Pointers ( ) | ☐ |
| ☐ Battery Backup | ☐ |
| ☐ Computer /Keyboard/Monitor | ☑ (Picture Taken) |

PVA 4551

60

7z U:\Legal-Ins-Acctng\R&K\Space...

File  Edit  View  Favorites  Tools  Help

Add  Extract  Test  Copy  Move  Delete  Info

U:\Legal-Ins-Acctng\R&K\SpaceX\Pictures and Video.zip\Pictures\SPCX2115\W3267\

| Name | Size | Packed Size | Modified | Created | Accessed |
|---|---|---|---|---|---|
| REWORK- ADDITIONAL PARTS 06-26-2012 | 7 134 698 | 7 080 901 | 2018-05-22 12:56 | | |
| REWORK- DISPENSE UPGRADE 06-19-2012 | 26 966 843 | 26 770 991 | 2018-05-22 12:56 | | |
| Rework-Added two black lights and supply new lexan side panels 05-15-2013 | 1 637 243 | 1 512 215 | 2018-05-22 12:56 | | |
| CIMG5785.JPG | 356 038 | 353 562 | 2009-05-20 08:36 | | |
| CIMG5786.JPG | 355 195 | 352 617 | 2009-05-20 08:36 | | |
| CIMG5787.JPG | 353 455 | 351 114 | 2009-05-20 08:36 | | |
| CIMG5788.JPG | 372 372 | 369 558 | 2009-05-20 08:36 | | |
| CIMG5789.JPG | 361 119 | 358 434 | 2009-05-20 08:36 | | |
| CIMG5790.JPG | 346 584 | 344 130 | 2009-05-20 08:36 | | |
| CIMG5791.JPG | 362 879 | 360 286 | 2009-05-20 08:36 | | |
| CIMG5792.JPG | 340 758 | 338 244 | 2009-05-20 08:36 | | |
| CIMG5793.JPG | 342 010 | 339 402 | 2009-05-20 08:36 | | |
| CIMG5794.JPG | 349 213 | 346 764 | 2009-05-20 08:36 | | |
| CIMG5795.JPG | 332 679 | 330 155 | 2009-05-20 08:36 | | |
| CIMG5796.JPG | 345 174 | 342 708 | 2009-05-20 08:37 | | |
| CIMG5797.JPG | 331 630 | 329 168 | 2009-05-20 08:37 | | |
| CIMG5798.JPG | 343 710 | 341 176 | 2009-05-20 08:37 | | |
| CIMG5799.JPG | 324 034 | 321 270 | 2009-05-20 08:37 | | |
| CIMG5800.JPG | 329 904 | 327 412 | 2009-05-20 08:37 | | |
| CIMG5801.JPG | 343 859 | 341 449 | 2009-05-20 08:37 | | |
| CIMG5803.JPG | 323 949 | 321 432 | 2009-05-20 08:37 | | |
| CIMG5804.JPG | 326 573 | 324 065 | 2009-05-20 08:38 | | |
| CIMG5818.JPG | 338 098 | 335 387 | 2009-05-20 11:41 | | |
| CIMG5820.JPG | 337 778 | 335 096 | 2009-05-20 11:41 | | |
| Thumbs.db | 378 880 | 334 062 | 2017-02-07 16:09 | | |
| W3267.pdf | 43 585 | 37 286 | 2009-06-24 15:44 | | |

PVA4582

61

1 object(s) selected     43 585     43 585     2009-06-24 15:44

# EXHIBIT 67

SIACEX MATERIAL

Revision 1

# Provisional Technical Data Sheet



# NVOC
# Non-VOC Conformal Coating

## Product Description

A flexible, moisture cure, conformal coating based on polyurethane technology for the protection of electronic circuitry. NVOC has been specifically designed to eliminate the use of volatile organic solvents and is suitable for use in selective spray equipment.

## Features

- Excellent adhesion to a wide variety of substrates
- Wide operating temperature range
- Resistant to mould growth
- Excellent solvent resistance
- Cured coating can be removed with Electrolube Remover Gel (DRG)
- Contains a UV trace for ease of inspection
- Very low vapour pressure

| | | |
|---|---|---|
| **Approvals** | RoHS Compliant (2002/95/EC): | Yes |
| | IPC-CC-830 | Meets |
| | | |
| **Liquid Properties** | Appearance: | Amber Liquid |
| | Specific Gravity (Density) @ 20°C: | 1.12g/ml |
| | Vapour Pressure (Calculated): | < 0.01 KPa |
| | Solids content: | 100% |
| | Viscosity @ 20°C: | 85-95cPs |
| | Touch Dry: | 70 minutes @ 20°C |
| | (Humidity Dependent) | 30 minutes @ 60°C |
| | | 20 minutes @ 80°C |
| | Recommended Drying Time: | 36 Hours @ 20°C |
| | | 4 Hours @ 60°C |
| | | 2 Hours @ 80°C |
| | | |
| **Dry Film Coating** | Colour: | Amber |
| | Operating Temperature Range: | -60°C to +125°C |
| | Max Temperature Range (30 mins) | +150°C |
| | Pencil Hardness | 7H |
| | Flammability: | Meets UL94 V-0 |
| | Thermal Cycling (MIL-1-46058C): | Meets approval |
| | Insulation Resistance: | $> 1 \times 10^{13}$ |
| | Moisture Resistance (MIL-1-46058C): | Meets Approval |

Electrolube, A division of H K Wentworth, Kingsbury Park, Midland Road, Swadlincote, Derbyshire, DE11 0AN
Tel: +44(0) 1283-222111  Fax: +44(0) 1283-550177  www.electrolube.com
BS EN ISO 9001:2000  Certificate No. FM 32082

**Page 1 of 2**

PVA\

PVA-0015

63

Revision 1

## Directions For Use

Substrates should be thoroughly cleaned before coating.  This is required to ensure that satisfactory adhesion to the substrate is achieved.  Also, all flux residues must be removed as they may become corrosive if left on the PCB.  Electrolube manufacture a range of cleaning products using both hydrocarbon solvent and aqueous technology.  Electrolube cleaning products produce results within Military specification.
Please refer to the material safety data sheet for health and safety information.

## Spraying – Bulk

NVOC is supplied in a ready to use viscosity for spraying.

NVOC is suitable for use in both PVA and Asymmtek Select Coat equipment.



## Drying

NVOC can be dried at room temperature or accelerated via drying in either a convection or IR oven.  A typical IR profile with the PCB set to a constant temperature of 80°C will achieve an initial cure time of approximately 30 minutes.  Increasing the humidity of the surrounding area will also reduce the cure time of the coating.

## Cleaning

Electrolube's NVMC has been designed as a suitable cleaner for use with NVOC. Machines should be flushed through thoroughly with NVMC prior to coating use.

Copyright Electrolube 2007
All information is given in good faith but without warranty.  Properties are given as a guide only and should not be taken as a specification.
Electrolube cannot be held responsible for the performance of its products within any application determined by the customer, who must satisfy themselves as to the suitability of the product.

Electrolube, A division of H K Wentworth, Kingsbury Park, Midland Road, Swadlincote, Derbyshire, DE11 0AN
Tel: +44(0) 1283-222111  Fax: +44(0) 1283-550177  www.electrolube.com
BS EN ISO 9001:2000  Certificate No. FM 32082

**Page 2 of 2**

PVA\