Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20,<br><br>Defendants. | CASE NO. CV17-03342-ODW (GJSX)<br>[L.A.S.C. Case No. BC650229]<br><br>**DECLARATION OF DUC Q. PHAN IN SUPPORT OF DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    October 1, 2018<br>Time:    1:30 p.m.<br>Ctrm:    5D, 5th Floor<br>Judge:    Hon. Otis D. Wright II<br><br>*This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 16, 2018. (Catalona Dec., ¶ 57, Ex. 57.)<br><br>**Defendant requests oral argument on this motion for summary judgment. |

I, Duc Q. Phan, declare,

1. I have personal knowledge of the following facts and could competently testify to those facts if called as a witness.

2. I was employed at Space Explorations Technologies Corp., known as "SpaceX," in Hawthorne, California from 2013 to 2015. In 2013-2014, I worked in the Avionics Department which was located on the third floor of the main building. I stopped working in the Avionics Department in 2014 when I was transferred to the Structures Department. When I worked in the Avionics Department, I knew Ruben Juarez but do not recall working directly with him at that time.

3. As provided in SpaceX's standard operating procedures, employees operating the equipment at SpaceX were required to follow the product manufacturer's specifications and operating instructions which were available to Avionics Department employees. Every employee in the Avionics Department was required to follow SpaceX's Standard Operating Procedures including one entitled "Avionics Standard Operating Procedure: Polymeric Application on Electronic Assemblies." Attached to this declaration as Exhibits 76 and 77 are true and correct copies of relevant portions of this Standard Operating Procedure that was used in 2013 when I worked in that department. These documents contained SpaceX's instructions for operating the PVA 350 in addition to other equipment in the Avionics Department.

4. Attached hereto as Exhibit 78 is a true and correct copy of relevant portions of power point slides and presenter dialogue from one of SpaceX's Hazard Communication training courses which I took at SpaceX. I took multiple courses like this one during my time at SpaceX. All Avionics Department employees including Ruben Juarez were required to take these courses annually which were taken at a computer. After the presentation was concluded, the employee had to pass a test by correctly answering enough questions about the course materials before that training would be deemed complete.

Becherer
Kannett &
Schweitzer

1255 Powell St.
Emeryville, CA
94608
510-658-3600

-1-
DECLARATION OF DUC Q. PHAN

5. SpaceX maintained copies of MSDS sheets for all chemicals it used including Humiseal, Humiseal thinner and Arathane materials. These were kept in hard copy form in the Avionics Department and on SpaceX's intranet site both of which were easily accessible by every employee in SpaceX's Avionics Department including Ruben Juarez.

6. At the time I worked in the Avionics Department, the PVA 350 was the only conformal coating machine at SpaceX.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed on 6/2, 2018 in Torrance, California.

_____
Duc Q. Phan

-2-
DECLARATION OF DUC Q. PHAN