# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| RUBEN JUAREZ, et al. <br><br> Plaintiff(s), <br><br> v. <br><br> PRECISION VALVE AND AUTOMATION, INC., et al. <br><br> Defendant(s). | 2:17–cv–03342–ODW–GJS <br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:  __8/24/2018__

Document Number(s):  __38, 46__

Title of Document(s):  __statement, miscellaneous document (pdfs are proposed statement of uncontroverted facts and proposed order) by Preision Valve and Automation__

**ERROR(S) WITH DOCUMENT:**

Proposed Document was not submitted as separate attachment.

Incorrect event selected. Correct event to be used is: See below under Other

Other:

proposed statement of controverted facts and proposed orders are to be approved by the Judge, and should not be efiled, but submitted as a separate attachment to a main document. In alternative, prepare a formal document: A Notice of lodging as the main pdf document, to which the proposed statement of uncontroverted facts and the proposed order will be submitted as their separate respective pdf attachments thereto

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ August 27, 2018 _              By:  _/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov_
                                                  Deputy Clerk

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**