# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>PRECISION VALVE AND AUTOMATION, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:17–cv–03342–ODW–GJS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:  __8/27/2018__

Document Number(s):  __47, 48, 50__

Title of Document(s):  __Errata re S/J motion re incorrect 9/24/18 hearing; Miscellaneous document by Precision36; RE refiled S/J motion no. 47 with new hearing date__

**ERROR(S) WITH DOCUMENT:**

Local Rule 56–1 Statement of uncontroverted facts and/or proposed judgment lacking.

Incorrect event selected. Correct event to be used is: See below re No. 50

CLARIFICATION OF THE ABOVE: 1) Although filed an errata S/J no. 36, Filer should have filed a Notice of Withdrawal of Motion. Instead Filer refiled motion with new hearing date. Now filer has 2 summary judgments on Judge's Motion Calendar with 2 different hearing dates; 2) re new Summary Judgment is Missing proposed judgment; 3) re no. 50 the proposed statement of controverted facts: Both the proposed statement of controverted facts and the Missing proposed judgment are to be approved by the Judge, and should not be efiled, but submitted as a separate attachment to a main document. In alternative, prepare a formal document: A Notice of lodging as the main pdf document, to which the proposed statement of uncontroverted facts and proposed judgment will be submitted as their respective separate pdf attachments thereto.

Other:

Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

Clerk, U.S. District Court

Dated: August 28, 2018            By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS