**BALABAN & SPIELBERGER, LLP**
11999 San Vicente Blvd., Suite 345
Los Angeles, CA 90049
Tel: (424) 832-7677
Fax: (424) 832-7702
Daniel K. Balaban, SBN 243652
Andrew J. Spielberger, SBN 120231
Kahren Harutyunyan, SBN 298449
Vanessa Loftus-Brewer, SBN 265213

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual<br><br>Plaintiffs,<br>v.<br><br>PRECISION VALVE & AUTOMATION, Inc., a corporation and DOES 1-20<br><br>Defendants. | **Case No.: 2:17-cv-03342**<br><br>**NOTICE OF APPEARANCE OF COUNSEL VANESSA LOFTUS-BREWER** |

1

**NOTICE OF APPEARANCE OF COUNSEL VANESSA LOFTUS-BREWER**

1  PLEASE TAKE NOTICE that Vanessa Loftus-Brewer of Balaban and Spielberger LLP has been retained by and will appear on behalf of Plaintiffs Ruben Juarez and Isela Hernandez, in the above captioned matter and should be added to the docket in this case. Ms. Loftus-Brewer consents to receiving service of documents by electronic means in accordance with FED. R. CIV. P. 5(b)(2)(E) and 77(d).

Service of all papers by U.S. Mail should be addressed as follows:
Vanessa Loftus Brewer Esq. (CSB #265213)
**BALABAN & SPIELBERGER LLP**
11999 San Vicente Blvd. Ste. 345
Los Angeles, California 90049
Tel: (424) 832-7677
Fax: (424) 832-7702
vanessa@dbaslaw.com

DATED: September 7, 2018                    BALABAN & SPIELBERGER, LLP

*/s/ Vanessa Loftus-Brewer*
DANIEL K. BALABAN
ANDREW J. SPIELBERGER
KAHREN HARUTYUNYAN
VANESSA LOFTUS-BREWER
Attorneys for Plaintiffs

2

**NOTICE OF APPEARANCE OF COUNSEL VANESSA LOFTUS-BREWER**

# SERVICE LIST
**RUBEN JUAREZ, et al. v. PRECISION VALVE & AUTOMATION INC., et al**
CASE NO. 2:17-cv-03342

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Balaban & Spielberger, LLP, 11999 San Vicente Boulevard, Suite 345, Los Angeles, California 90049, (424) 832-7677.

I hereby certify that on September 7, 2018 I used the CM/ECF system for transmittal of a Notice of Electronic Filing to all attorneys of record in this case registered for CM/ECF service of the filing of: **NOTICE OF APPEARANCE OF COUNSEL VANESSA LOFTUS-BREWER**

I hereby certify that a copy of the above-listed document(s) were served electronically on September 7, 2018 by clerk of this court's CM/ECF system, on the following:

Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
**BECHERER KANNETT & SCHWEITZER**
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant

I declare that I am employed in the office of a member of the Bar of California, or permitted to practice before this Court at whose direction the service was made and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of September, 2018 at Los Angeles, California.

| Drue Balaban | /s/ Drue Balaban |
|---|---|
| Name | Signature |

**1**
**CERTIFICATE OF SERVICE**