Name & Address:
BALABAN & SPIELBERGER, LLP
11999 San Vicente Blvd., Suite 345
Tel: (424) 832-7677
Fax: (424) 832-7702
Vanessa L. Loftus-Brewer, SBN265213

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individua **PLAINTIFF(S)** | CASE NUMBER: 2:17-cv-03342 |
| v. | |
| PRECISION VALVE & AUTOMATION, Inc., a corporation and DOES 1-20 **DEFENDANT(S).** | **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☒ Filed ☐ Lodged: **(List Documents)**

EXHIBIT 5: video of the PVA 350 at https://www.youtube.com/watch?v=w9UpClxLyRo published on August 16, 2012.
EXHIBIT 6: video of the PVA machine at https://vimeo.com/283053359 downloaded on August 16, 2018.
EXHIBIT 7: video of the PVA machine taken on May 6, 2010 at https://www.youtube.com/watch?v=CummunnqWVs
EXHIBIT 8: PVA Inc. coating Video downloaded on August 16, 2018.
EXHIBIT 9: PVA Inc. video taken on April 11, 2012 during the PVA Inc. demonstration

**Reason:**
☐ Under Seal
☐ In Camera
☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

September 10, 2018
Date

Vanessa L. Loftus-Brewer
Attorney Name

Plaintiffs Ruben Juarez, Isela Hernandez
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)     NOTICE OF MANUAL FILING OR LODGING