**BALABAN & SPIELBERGER, LLP**
11999 San Vicente Blvd., Suite 345
Los Angeles, CA 90049
Tel: (424) 832-7677
Fax: (424) 832-7702
Daniel K. Balaban, SBN 243652
Andrew J. Spielberger, SBN 120231
Vanessa L. Loftus-Brewer, SBN 265213

**LAW OFFICES OF TERESA LI, PC**
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Tel: (415) 423-3377
Fax: (888) 646-5493
Teresa Li, SBN 278779

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual<br><br>Plaintiffs,<br>v.<br><br>PRECISION VALVE & AUTOMATION, Inc., a corporation and DOES 1-20<br><br>Defendants. | Case No.: 2:17-cv-03342<br><br>**DECLARATION OF CHRISTOPHER MENDOZA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 1, 2018<br>Time: 1:30 p.m.<br>Ctrm: 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II |

1

## DECLARATION OF CHRISTOPHER MENDOZA

I, Christopher Mendoza, hereby declare as follows:

1. I have personal knowledge of the facts stated herein and, if called to do so, could and would competently testify thereto under oath.

2. I am a former employee of Space X from May 20, 2010 to May 2014. Space X was using Humiseal in 2010 when I started working at Space X, and PVA Inc. had people come to Space X to perform maintenance on the machine. While working at Space X, my formal job title was "Technician." My job duties at Space X included assembly of batteries as well as working inside the conformal coating room under Francisco's supervision.

3. During the time I worked at Space X, I was never trained regarding how to read, interpret, and locate MSDS sheets.

4. During the time I worked at Space X, I never saw Ruben Juarez mix any chemicals.

5. During the time I worked at Space X, I was never provided with or trained to utilize any Standard Operating Procedures.

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 8th day of September, 2018, at Los Angeles, California.

_____
CHRISTOPHER MENDOZA

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

DECLARATION OF CHRISTOPHER MENDOZA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S MOTION FOR SUMMARY JUDGMENT