**BALABAN & SPIELBERGER, LLP**
11999 San Vicente Blvd., Suite 345
Los Angeles, CA 90049
Tel: (424) 832-7677
Fax: (424) 832-7702
Daniel K. Balaban, SBN 243652
Andrew J. Spielberger, SBN 120231
Vanessa L. Loftus-Brewer, SBN 265213

**LAW OFFICES OF TERESA LI, PC**
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Tel: (415) 423-3377
Fax: (888) 646-5493
Teresa Li, SBN 278779

Attorneys for <u>Plaintiffs</u>

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual<br><br>Plaintiffs,<br>v.<br><br>PRECISION VALVE & AUTOMATION, Inc., a corporation and DOES 1-20<br><br>Defendants. | Case No.: 2:17-cv-03342<br><br>**DECLARATION OF MANUEL GUTIERREZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 1, 2018<br>Time: 1:30 p.m.<br>Ctrm: 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II |

1

## DECLARATION OF MANUEL GUTIERREZ

I, MANUEL GUTIERREZ, hereby declare as follows:

1. I have personal knowledge of the facts stated herein and, if called to do so, could and would competently testify thereto under oath.

2. I am a former employee of Space X. While working at Space X in 2012, my formal job title was "Technician."

3. While working at Space X, I worked inside the conformal coating room helping Francisco.

4. Based on my experience working with Space X, there were no Standards of Practice documents available in the conformal coating area. Further, there were no MSDS sheets in the conformal coating area. Also, I do not recall ever seeing a binder of the MSDS sheets.

5. As a technician, I saw employees mix chemicals. In fact, I remember seeing Francisco mix chemicals, but I never saw Ruben Juarez mix chemicals. I saw Ruben Juarez assist with the fixtures and programming the PVA 350.

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 6th day of September, 2018, at Los Angeles, California.

_____
MANUEL GUTIERREZ

2

DECLARATION OF MANUEL GUTIERREZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S MOTION FOR SUMMARY JUDGMENT