**BALABAN & SPIELBERGER, LLP**
11999 San Vicente Blvd., Suite 345
Los Angeles, CA 90049
Tel: (424) 832-7677
Fax: (424) 832-7702
Daniel K. Balaban, SBN 243652
Andrew J. Spielberger, SBN 120231
Vanessa L. Loftus-Brewer, SBN 265213

**LAW OFFICES OF TERESA LI, PC**
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Tel: (415) 423-3377
Fax: (888) 646-5493
Teresa Li, SBN 278779

Attorneys for <u>Plaintiffs</u>

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual<br><br>Plaintiffs,<br>v.<br><br>PRECISION VALVE & AUTOMATION, Inc., a corporation and DOES 1-20<br><br>Defendants. | **Case No.: 2:17-cv-03342**<br><br>**PLAINTIFFS' EVIDENCE WITH TABLE OF CONTENTS IN SUPPORT OF PLAINTIFFS' OPPOSITION FOR MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 1, 2018<br>Time: 1:30 p.m.<br>Ctrm: 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II<br><br>*Plaintiffs request oral argument on this motion for summary judgement. |

1

**PLAINTIFFS' EVIDENCE WITH TABLE OF CONTENTS IN SUPPORT OF PLAINTIFFS' OPPOSITION FOR MOTION FOR SUMMARY JUDGMENT**

# EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITION
# FOR MOTION FOR SUMMARY JUDGMENT
# TABLE OF CONTENTS

|  | **Declaration of Vanessa L. Loftus-Brewer** |  |
|---|---|---|
| **EXHIBIT** | **EVIDENCE** | **TAB** |
| 1 | Deposition of Ruben Juarez Volume I taken on March 30, 2015 | 1 |
| 2 | Deposition testimony of Ruben Juarez Volume II taken on May 20, 2015 | 2 |
| 3 | Deposition testimony of Ruben Juarez Volume I taken on March 8, 2018 | 3 |
| 4 | Deposition testimony of Ruben Juarez Volume II taken on March 15, 2018 | 4 |
| 5 | Video of the PVA 350 at https://www.youtube.com/watch?v=w9UpClxLyRo published on August 16, 2012 | 5 |
| 6 | Video of the PVA machine at https://vimeo.com/283053359 downloaded on August 16, 2018 | 6 |
| 7 | Video of the PVA machine taken on May 6, 2010 at https://www.youtube.com/watch?v=CummunnqWVs | 7 |
| 8 | PVA Inc. coating Video downloaded on August 16, 2018 | 8 |
| 9 | PVA Inc. video taken on April 11, 2012 during the PVA Inc. demonstration | 9 |
| 10 | Pertinent portion of the Arathane MSDS sheet re PVA Inc. Engineering Duty | 10 |
| 11 | Product sheet PVA bate stamp 280 | 11 |
| 12 | Selective Coating Equipment Comparison chart PVA bate stamp number 0220 | 12 |
| 13 | System Debug dated March 1, 2009 served as PVA bate stamp number PVA 0277 | 13 |

**PLAINTIFFS' EVIDENCE WITH TABLE OF CONTENTS IN SUPPORT OF PLAINTIFFS' OPPOSITION FOR MOTION FOR SUMMARY JUDGMENT**

| | | |
|---|---|---|
| 14 | Hawthorne Hazard Communication produced in discovery SPX002075, 2132 | 14 |
| 15 | Operation and Maintenance Manual bate stamp PVA 69 | 15 |
| 16 | Final Shipment Sign-Off, bate stamp number 272 | 16 |
| 17 | Operations and Maintenance Manual, promotional material, and sales documents, bate stamp number 63, 64, 219, 220, 277, 279, 280 | 17 |
| 18 | Operation and Maintenance Manual, bate stamp number 40 | 18 |
| 19 | PVA manual bate stamp number 30, 31, 32, and 51 | 19 |
| 20 | Equipment Comparison Chart | 20 |
| 21 | Photographs produced by PVA Inc. bate stamp number 4540, 4539, 4538, and 4537 | 21 |
| 22 | Documents produced by PVA Inc. in discovery including bate stamp numbers 4463-4481, 23-24, 302-317, 340-347, 1689-1690, 1695-1702, 1747-1749, 1775-1776, 1812-1817, 1684, 1689, 1690, 1691, 1698-1702, 1708, 1714-1719, 1820-1826, 2263, 2131, 2153, 2169, 2080, 2084, and 1680 | 22 |
| 23 | Wet Film Thickness Gauge produced by PVA bate stamp number 1181 | 23 |
| 24 | PVA Non-Disclosure Statements on or about May 3, 2018 and emails bate stamp numbers 1669-1670 | 24 |
| 25 | Sales documents produced by PVA | 25 |
| 26 | MSDS sheets produced by PVA | 26 |
| 27 | Emails, diagrams, and MSDS sheets produced by PVA Inc. | 27 |
| 28 | Exemplar Xylene sheet | 28 |
| 29 | Documents produced by PVA Inc. PVA 0063, 0064, 0069, 0220, 279-280, 383-390, 1657-1661, 1747-1749 [emails (with attachments), photographs, additional PVA Inc. documents related to the subject machine, portions of the Operation and Maintenance Manual, and the Selective Coating Equipment Comparison Chart] | 29 |

**PLAINTIFFS' EVIDENCE WITH TABLE OF CONTENTS IN SUPPORT OF PLAINTIFFS' OPPOSITION FOR MOTION FOR SUMMARY JUDGMENT**

| | | |
|---|---|---|
| 30 | Discovery process on or about January 11, 2017 including PVA 2237-2239 | 30 |
| 31 | Documents produced by PVA Inc. during the discovery process PVA 0030, 0031, 0032, 0040, 0041, 0051, which includes various sections of the electronic manual produced by PVA Inc. in the discovery process | 31 |
| 32 | Documents produced by PVA Inc. during the discovery process on or about January 11, 2017 PVA bate stamp number PVA 1883-1885, which includes emails between PVA Inc. employees titled a "Space X coating inspection." | 32 |
| 33 | pertinent emails produced by PVA Inc. in discovery on or about December 20, 2017 | 33 |
| 34 | Documents produced by PVA Inc. including bate stamp numbers PVA 420-423, and 1183-1304 which includes PVA materials being ordered by Space X, ongoing Services, and design specifications | 34 |
| 35 | Photographs of the PVA 350 produced by PVA Inc. on or about July 18, 2018 bate stamp PVA 4531 | 35 |
| 36 | documents produced by PVA Inc. in discovery including bate stamp numbers PVA 1680-1685, 1725-1731, 1812-1817, 1827 served on or about December 20, 2017 as well as 4449-4452 served on or about December 28, 2017 | 36 |
| 37 | the documents produced by Space X including SPC002075 and 2132 | 37 |
| 38 | First Amended Complaint dated April 24, 2018 | 38 |
| 39 | Plaintiffs' Initial Disclosures served on August 16, 2017 and Plaintiffs' Supplemental Disclosures served on July 10, 2018 | 39 |
| 40 | Plaintiff Ruben Juarez's Response to Defendant's Request for Interrogatories, Set One, served on September 8, 2017 | 40 |
| 41 | Plaintiff Isela Hernandez's Response to Defendant's Request for Interrogatories, Set One, served on September 8, 2017. | 41 |

**PLAINTIFFS' EVIDENCE WITH TABLE OF CONTENTS IN SUPPORT OF PLAINTIFFS' OPPOSITION FOR MOTION FOR SUMMARY JUDGMENT**

| 42 | Defendant Prevision Valve & Automation Inc.'s Interrogatories to Plaintiff Isela Hernandez, Set One, served on July 17, 2017 | 42 |
|---|---|---|
| 43 | Plaintiff Ruben Juarez's Response to Defendant's Request for Interrogatories, Set Two, served on May 8, 2018 | 43 |
| 44 | Plaintiff Isela Hernandez's Response to Defendant's Request for Interrogatories, Set Two, served May 8, 2018 | 44 |
| 45 | Complaint filed on February 28, 2017 | 45 |
| 46 | Emails to Space X dated March 3, 2015 produced by PVA Inc. | 46 |
| 47 | Toxicology report dated November 10, 2015 | 47 |
| 48 | Report Isaac Regev M.D. 2015 | 48 |
| 49 | Workers' Compensation Claim Forms dated September 24, 2014 | 49 |
| 50 | Patient Forms dated March 25, 2015 | 50 |
| 51 | Hamlin Psyche Center records date of evaluation listed as March 31, 2016 | 51 |
| 52 | Declaration of Jose Vasquez | 52 |
| 53 | Deposition of Ruben Juarez Volume III | 53 |

DATED: SEPTEMBER  10, 2018          **BALABAN & SPIELBERGER, LLP**

/s/ Vanessa L. Loftus-Brewer
Daniel K. Balaban, Esq.
Andrew J. Spielberger, Esq.
Vanessa L. Loftus-Brewer
Attorneys for Plaintiff

5

**PLAINTIFFS' EVIDENCE WITH TABLE OF CONTENTS IN SUPPORT OF PLAINTIFFS' OPPOSITION FOR MOTION FOR SUMMARY JUDGMENT**