# EXHIBIT 1

EXHIBIT 1                    1

# BEFORE THE WORKERS' COMPENSATION APPEALS BOARD
# OF THE STATE OF CALIFORNIA



EXHIBIT 16
Ruben Juarez
03/08/2018
Elizabeth Schmidt
CSR#13598

RUBEN JUAREZ,

APPLICANT,

VS.

SPACE EXPLORATION TECH. CORP.;
CHUBB GROUP OF INS. CO.,

DEFENDANTS.

CASE NO.   ADJ9801824

VOLUME I

DEPOSITION OF RUBEN HERNANDEZ JUAREZ

LOS ANGELES, CALIFORNIA

MONDAY, MARCH 30, 2015

2:02 P.M.

**CERTIFIED COPY**

**PERANICH REPORTING**

*Certified Shorthand Reporters*
5241 E. Santa Ana Canyon Road, Suite 100
Anaheim Hills, CA 92807
(800) 956-4784
(714) 637-3774
Fax (714) 637-3023

REPORTED BY:   DANA M. DAVIS

CSR NO.:   10534

EXHIBIT 1    2

```
                BEFORE THE WORKERS' COMPENSATION APPEALS BOARD
                            OF THE STATE OF CALIFORNIA



    RUBEN JUAREZ,                    )
                                     )
                Applicant,           )
                                     )
          vs.                        )   No. ADJ9801824
                                     )        VOLUME I
    SPACE EXPLORATION TECH.          )
    CORP.; CHUBB GROUP OF INS.       )
    CO.,                             )
                                     )
                Defendants.          )
    _____)




                DEPOSITION OF RUBEN HERNANDEZ JUAREZ, taken

    on behalf of the Defendants, at 3600 Wilshire Boulevard,

    Suite 2100, Los Angeles, California, at 2:02 P.M. on

    Monday, March 30, 2015, before DANA M. DAVIS, CSR #10534,

    RPR, a Certified Shorthand Reporter within and for the

    State of California, pursuant to Notice.

                                   -oOo-
```

1     A     Yes.

2     Q     When did you last speak with her?

3     A     Probably about six, seven years ago.

4     Q     Do any of your siblings have high blood

5 pressure?

6     A     Not that I know of.

7     Q     What about your parents?

8     A     Not that I know of.

9     Q     Any of your siblings or parents ever had an

10 aneurysm?

11     A     No.

12     Q     Your attorney had requested that we provide him

13 with copies of an MSDS, Material Safety Data information.

14     A     Correct.

15     Q     Which we have done. Did you work with chemicals

16 of any type at SpaceX?

17     A     All the chemicals that I can remember.

18     Q     Listed where?

19     A     The MSDS. I sent an e-mail to my HR rep

20 requesting those MSDS forms, and she told me that we were

21 going to forward a copy.

22     Q     ==On the list given, there is something called==

23 ==thinner 527.== ==Do you know what this is?==

24     ==A==     ==It's a -- can be used as a cleaning agent, or==

25 ==it's also for coating purposes.==

49

1  Q  Did you work with this chemical?
2  A  Yes.
3  Q  When?
4  A  Through my time with SpaceX.
5  Q  What did you do with it?
6  A  You use that to soak parts to be cleaned. You
7  use that also to flush the equipment. You use that as a
8  part of a mixture or formula to --
9  Q  How often would you use this product?
10 A  Every day.
11 Q  I'm sorry?
12 A  On a daily basis.
13 Q  How much of this chemical would you use? Was it
14 a liquid?
15 A  It is a liquid.
16 Q  How is it stored? In a bottle of some sort?
17 A  It's stored in metal cans. I think it's
18 one-gallon containers.
19 Q  You'd use very little of it?
20 A  It depends. It depends. If I needed to flush
21 equipment, you'd probably use 20 to 30 ounces a unit to
22 soak parts to be cleaned, 40 ounces. It depends what you
23 were doing.
24 Q  If you would flush equipment, is this in an
25 enclosed system? It would be pushed into tubes or pipes

50

1  or something?
2     A    You have to fill up a canister with that, and
3  then the compressor would push to clear the lines.
4     Q    What kind of lines are these?
5     A    PVC hoses.
6     Q    Is this for hydraulic?
7     A    No. It is for coating material.
8     Q    How often would you do this?
9     A    Most every day.
10    Q    For how long?
11    A    For a couple minutes or up to a couple -- half
12 an hour or hour or so. The only problem with that is the
13 equipment, they bypass the emergency switch. So
14 sometimes you have to open it. And in normal conditions,
15 it should have shut down, not allow you to work on the
16 machine. But somebody will bypass the safety switch.
17    Q    So what does that mean? The machine would
18 operate while --
19    A    While you open it, while it's still open, which
20 is hazardous. But that's the way they work.
21    Q    You never got hurt or anything on a machine?
22    A    No. I did a request to operate the equipment in
23 there, but it never went over. I approved with my then
24 manager to look into acquiring new equipment for safety.
25    Q    Who was that?

51

1  A   John Pena referred me to New York. I don't
2  remember the date. Because this equipment, I believe,
3  doesn't have a -- doesn't have an alarm system whenever
4  the exhaust fan is not working. The new equipment does
5  have an alarm system whenever the exhaust fan is not
6  working. It will shut down or would not allow you to
7  operate the machine.
8      Q   Would the majority of time that you're doing
9  maintenance work using the thinner 527 be just a couple
10 or a few minutes?
11     A   For the most part, yes.
12     Q   Did you wear any type of mask or respirator or
13 anything like that?
14     A   No.
15     Q   Did you come in contact with this thinner 527?
16     A   Yes.
17     Q   How was this contact made?
18     A   Sometimes you are under -- literally you press
19 the button to flush the lines, and you stick your head to
20 make sure all the fluid is gone through it, and you get
21 an air bubble. Then you will inhale that thinking that
22 everything is being flushed out, and you still have
23 residue inside the air lines or liquid lines.
24     Q   How often would that happen where you would
25 take -- you'd smell it or --

52

1  A    Every day. It was part of the regimen.
2  Q    That would be a momentary exposure when you'd
3  smell it or possibly breathe some of it?
4  A    Yes, because you have to look inside the machine
5  to find out if all the material was bled out. And then
6  due to the fact that -- the way this is set up, sometimes
7  you will get an air pocket. And then you think that
8  everything is gone, and then you got the air pocket.
9  Then you get the spray of the mist, of the material, and
10 you just breathe out.
11 Q    How often would this occasional mist exposure
12 occur?
13 A    Once or twice a day you have to flush those
14 lines.
15 Q    But would that mean every time the line is
16 flushed, you get exposed to it, or would it just happen
17 occasionally?
18 A    No. Almost every time you bleed the lines,
19 because since it's a mist, you can't really see if you're
20 really finished bleeding the machine. So you kind of
21 have to stick your head inside the machine.
22 Q    This would happen for a moment daily?
23 A    Yeah, for a moment. It shouldn't have to be
24 that way, but they bypass the emergency mechanism.
25 Q    Is this product, this thinner 527, flammable?

53

1  A   As far as I know it is.
2  Q   When you work on these machines, are you working
3  with gloves, hand protection?
4  A   Sometimes. Sometimes you don't.
5  Q   It's up to you?
6  A   No, it's not up to me. It's just the material
7  is very -- not the thinner, but the material is mixed
8  with -- it's extremely sticky. So if you wear your
9  gloves, it will constantly break because they will stick
10 to the components or the part you are working with.
11 Q   Do you work with anything else when you're
12 working with the 527 thinner?
13 A   I was in charge of the sign-in, the tooling
14 for -- to cover the electronic devices that were to be
15 coated with this material. So I sometimes -- most of the
16 time I have to clean it up and review how much damage
17 they had and order new ones or design new fixtures to
18 help the operators. Whenever they have a new chemical
19 that they want to try out because they wanted to have
20 better protection for the electronic devices, they call
21 me to flush the system and put in new lines and set up
22 the machine basically.
23 Q   So they can test the new materials?
24 A   At that time I had to take the equipment apart,
25 clean it thoroughly with thinner, soak it up for a

54

```
1   couple -- up to an hour or more and then flush it with
2   the wire flush and put a new rebuild kit.
3       Q    Sort of like a carburetor on an old car?
4       A    Similar to that. It's just that some of the
5   chemicals, they cannot be mixed because they have a
6   chemical reaction. And you only have a certain period of
7   time to work with them before they start to dry out. So
8   you have to take the whole spray assembly apart and put a
9   new kit, put it back together, try the new chemical, and
10  do it over again. Pick it up or clean it up, put a new
11  kit together. So sometimes it's kind of essential that
12  you work very fast. Otherwise -- sometimes they used
13  two- to three-part chemicals. They start to settle.
14  They start to cure. So you only have a window of time of
15  about a half an hour to 40 minutes.
16      Q    Would you use this 527 -- strike that.
17           Would this 527 thinner come into your work in
18  any other manner than that which you've already
19  discussed?
20      A    Not that I can remember at this time, no.
21      Q    Did you work with a product called 63/67
22  eutectic solder wire?
23      A    I didn't work directly with the solder wire.
24  What I was in charge of was to replace the fume extractor
25  filters. Each workstation had a filter ventilation for
```

55

1  the operators. So whenever they're working doing
2  soldering, the fumes will not go to them. So we had a
3  smoke system, and then I was in charge of replacing those
4  filters.
5      Q   What's involved in replacing the filters?
6      A   Opening up the -- like a backpack-size device
7  that you have to remove the cover and replace -- manually
8  replace filters and dispose them for chemical hazard.
9      Q   Did you wear gloves?
10     A   Just the regular nitrile gloves, yes.
11     Q   Nitrile gloves?
12     A   Yeah, something like that. I don't know if they
13 were nitrile gloves or they were just latex.
14     Q   So you wouldn't be exposed to the solder wire,
15 just the cleaning fumes?
16     A   The fume filters. It's not part of that MSDS.
17 I did some of the cleaning for the workstation which uses
18 the same type of solder, 63/67 eutectic solder.
19     Q   You'd clean workstations?
20     A   No. It's a re-workstation. It's like a
21 fountain, eutectic solder.
22     Q   You're talking about a fountain?
23     A   Yes. It's a device to rework electronic
24 devices. It's melted solder that would use a submotor to
25 propel the solder to go up like a fountain.

56

```
 1    Q    What would you do with this device?
 2    A    I didn't do it.  I did the maintenance on them.
 3    Q    What does the maintenance require?
 4    A    You have to remove the soldering tools, remove
 5  the pump and propeller and reassemble it.
 6    Q    When you did this, you wore gloves?
 7    A    You had to wear high-heat gloves.
 8    Q    Is the solder liquid at that point?
 9    A    It's 500 Fahrenheit, yes.
10    Q    When you're working, is it still that hot?
11    A    You have to.
12    Q    You have to work at that heat level?
13    A    Yes.  Otherwise, the pump is submerged into
14  the --
15    Q    The solder?
16    A    If you let that cool down, you won't be able to
17  take it out.
18    Q    I see.  So you use these high-heat gloves,
19  correct?  You pull the pump out of the drawer?
20    A    Out of the bath.
21    Q    Out of the bath, the solder.  What do you do
22  with the pump?
23    A    Disassembled it, remove the solder doors.
24    Q    As you're disassembling, what keeps the solder
25  heated?
```

57

1  A    Well, you remove it from the belt. You remove
2  the pump. The solder still continues to be heated up by
3  electrical heaters. The pump is just assembly of that.
4  Q    So these electrical heaters keep the solder hot
5  while you're disassembling?
6  A    The liquid, remove the pump. You have to
7  disassemble very quickly before it cools down.
8  Q    Solder cools very quickly.
9  A    They give you enough time because it takes about
10 five to ten minutes before the pump -- whatever is
11 melted, solder melted inside the screws, it will become
12 solid again. So you have to move fast.
13 Q    How much time do you have?
14 A    Not much time.
15 Q    30 seconds?
16 A    About a minute, minute and a half before you
17 have to take everything apart. Then it will take a
18 couple hours to clean all the solder drawers.
19      MR. ROBIN: Off the record.
20      (Discussion held off the record.)
21      MR. ROBIN: Back on.
22 Q    Would you do any other work with solder?
23 A    No. Just train the operators on how to use it.
24 Q    How to use the machine?
25 A    Correct.

58

PERANICH REPORTING, INC.   (800) 956-4784   (714) 637-3774

EXHIBIT 1   13

1   Q   So that's all your involvement with 63/67
2   eutectic solder?
3   A   Yes.
4   Q   The next item is described as HumiSeal 1A33
5   conformal coating. Is that coding or coating?
6   A   Coating.
7   Q   With a "t." What is this? A liquid?
8   A   It's similar to a nail polish.
9   Q   Similar to nail polish?
10  A   Uh-huh, yes.
11  Q   Nail polish remover or the --
12  A   The paint. It's similar to it on their
13  application.
14  Q   So it's some kind of a paint, correct?
15  A   It's more like a protective --
16  Q   Coating?
17  A   -- coating, yes.
18  Q   Is that a color?
19  A   Clear.
20  Q   And how do you come in contact with this
21  product?
22  A   Similar to what I described before. I have to
23  use that on the equipment. I do most of the prototypes
24  and programming for the machine and tooling.
25  Q   How often do you use it?

59

```
 1     A     Every day.
 2     Q     Do you wear gloves when you use this product?
 3     A     You have to.
 4     Q     Gloves are always worn.  Okay.
 5           Is it applied to the machine?
 6     A     You have to fill up the canister, mix the
 7  formula of thinner, the one we talked about before and
 8  this.  You have to adjust the thickness.
 9     Q     For the --
10     A     For the coating.
11     Q     Viscosity?
12     A     You have to do the mixing for the viscosity.
13  And then after the viscosity is made, then you have to
14  adjust the machine to get the thickness of -- layer of
15  thickness -- the thickness of the layer that you want to
16  apply to the electronic devices.
17     Q     That would be the thickness of the coating?
18     A     Correct.  Approximately five-thousandths of an
19  inch.
20     Q     .015 inch.  Okay.
21     A     .001.
22     Q     One-thousandth.  Okay.
23           How often do you engage in this type of work?
24     A     On a daily basis, through experiment or
25  assistant operator to achieve the goal.
```

                                                              60

```
 1      Q    Would your exposure be contact if it touched
 2   your skin or something?
 3      A    Yes.  Contact, debriding it, because when we
 4   talk about one-thousandth of an inch, we're talking about
 5   mistlike material, so --
 6      Q    Very fine vapor?
 7      A    Very fine.  So you have to kind of stick your
 8   head in there and see if it's actually applied.  That's
 9   why I request my management for some samples so we don't
10   have to go in there.  But they never allow me to purchase
11   a machine to check the thickness of that.  We do have
12   coupons that we spray on, and then we check the thickness
13   on the coupons.
14      Q    Coupons?
15      A    Correct.
16      Q    So there's like test materials?
17      A    Correct, since it's very critical.  Those
18   dimensions are also very critical.  I order some coupons
19   to match up so they can prevent any error in spraying
20   material.
21      Q    When you're spraying and -- the machine is
22   spraying this coating, that vapor is spraying like in
23   microns?
24      A    Correct.  Sometimes you can't even see it,
25   sometimes.
```

61

1  Q    Any other contact with this product, this
2  HumiSeal?
3  A    I was introducing the programming to use the
4  machine, to program it to do certain areas only.  So I
5  did spend quite a bit of time doing some programs on it.
6  Q    But when you're programming the machine, you're
7  not using the chemicals?
8  A    Yes, you are, because you have a dry run and a
9  wet run.  Dry run is the machine goes through the
10 exercises without applying any material, and wet run is
11 when you do the machine, the routine and spraying as
12 well.
13 Q    The dry run is to make sure the area is correct;
14 the wet is actually to use the coupons to check?
15 A    Correct.
16      MR. ROBIN:  Off the record.
17      (Discussion held off the record.)
18      MR. ROBIN:  At this point, the parties will
19 stipulate to finish the deposition of Volume II --
20 actually continue the depo to Volume II.  Volume I, we
21 will stipulate to relieve the court reporter of her
22 obligations of the transcript, waiving CCP 2025 (q) and
23 (s).  Original and one to applicant's attorney, copy to
24 myself, four-to-one condensed to me.  Any changes,
25 amendments, deletions, or corrections to the testimony of

```
 1      I, DANA M. DAVIS, CSR #10534, RPR, a Certified
 2  Shorthand Reporter within and for the State of
 3  California, do hereby declare:
 4      That pursuant to 2093(b) CCP, I administered the oath
 5  to the deponent;
 6      That the foregoing deposition was taken before me at
 7  the time and place set forth and was taken down by me in
 8  shorthand and thereafter transcribed into typewriting
 9  under my direction and supervision;
10      That the foregoing deposition is a full, true and
11  correct transcript of my shorthand notes so taken.
12      I further declare that I am neither counsel for nor
13  related to any of the parties to said action nor in any
14  way interested in the outcome thereof.
15      I declare under penalty of perjury this  9th  day
16  of       April          , 2015, that the foregoing is
17  true and correct.
```

_____
CERTIFIED SHORTHAND REPORTER
FOR THE STATE OF CALIFORNIA

PERANICH REPORTING     (800) 956-4784     (714) 637-3774

EXHIBIT 1            18