# EXHIBIT 3

EXHIBIT 3                                                40

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4   RUBEN JUAREZ, an individual and   )  CASE NO.

     ISELA HERNANDEZ, an individual,   )  CV17-03342-ODW(GJSX)

 5                                      )

                         Plaintiffs,   )

 6                                      )

 7                   vs.                )

                                        )

 8                                      )

     PRECISION VALVE & AUTOMATION,      )

 9   INC., a corporation and DOES 1-20, )

                                        )

10                       Defendants.    )

     _____ )

11

12

13

14              VIDEO-RECORDED DEPOSITION OF

15                     RUBEN JUAREZ

16                       VOLUME 1

17                  Burbank, California

18               Thursday, March 8, 2018

19

20

21

22

23   Reported By:

24   Elizabeth Schmidt

25   CSR No. 13598
```

Page 1

EXHIBIT 3                                                    41

1              UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3

4  RUBEN JUAREZ, an individual and  ) CASE NO.

    ISELA HERNANDEZ, an individual,  ) CV17-03342-ODW(GJSX)

5                        )

                 Plaintiffs,   )

6                        )

7            vs.          )

                        )

8                        )

    PRECISION VALVE & AUTOMATION,    )

9    INC., a corporation and DOES 1-20, )

                        )

10                Defendants.   )

    _____)

11

12

13

14

15        Deposition of RUBEN JUAREZ, Volume I, taken on

16  behalf of Defendant, at 2500 North Hollywood Way,

17  Room P125E, Burbank, California, beginning at 9:03 A.M.

18  and ending at 2:19 P.M., on March 8, 2018, before

19  Elizabeth Schmidt, Certified Shorthand Reporter

20  No. 13598.

21

22

23

24

25

                                         Page 2

1    the specifics of it.

2         Q    Can you remember any of the ones that you

3    took?

4         A    That was the same question.  I don't

5    remember.  I took some computer training, but I don't          09:38:30

6    remember the name of it and what they covered.

7         Q    So other than the AutoCAD training, the

8    computer training, what other types of training did

9    you get in your career?

10        A    You mean through my employers or through my          09:38:53

11   normal life or -- could you be more specific.

12        Q    Through your employers.

13        A    Through my employers, I got a couple

14   trainings for SMD or SMT technology.

15        Q    Anything else?                                       09:39:13

16        A    I got a training on this particular

17   equipment, the PVA350.  Not the 350.  It was a

18   different model, but it was a PVA.

19        Q    Anything else?

20        A    Not that I can remember.  Could be more.  I          09:39:41

21   mean, I don't know them by heart.

22        Q    You don't remember any others today.

23        A    Right now, no.

24        Q    Okay.  What was the PVA equipment that you

25   did the training on?                                           09:40:11

                                                      Page 30

```
1        A    That was a training for programming.

2        Q    You said it was not the PVA350.  So if it

3   was not the PVA350, what was it?

4        A    It was a different model.  I don't remember

5   the model.                                          09:40:31

6             Can we take a little break?  My eyes start

7   to twitch.

8             MR. CATALONA:  Yes.  Let's take a

9   five-minute break.

10            THE VIDEOGRAPHER:  The time is 9:40 and      09:40:46

11  we're going off the record.

12            (A recess was taken.)

13            THE VIDEOGRAPHER:  The time is 9:46 and

14  we're back on the record.

15  BY MR. CATALONA:                                     09:46:29

16       Q    Why did you decide to apply to work at

17  SpaceX?

18       A    I thought it was a company that it was

19  meaningful, something meaningful to my career.

20       Q    How far of a drive was SpaceX from your     09:46:46

21  house?

22       A    I have never counted the mileage.

23       Q    Isn't it 30 miles?

24       A    I don't know.

25       Q    How long did it take you to drive there?    09:46:57
```

Page 31

```
1        Q       So Gregory Maxwell was a supervisor over

2    John Pena?

3        A    No.   John Pena was the director of avionics.

4    Gregory Maxwell was some kind of supervisor position.

5    I don't know exactly what his position was because I      09:51:25

6    wasn't working for him.

7        Q    Did you report to John Pena directly the

8    entire time you worked for SpaceX?

9        A    Let me think about that one.   I did my

10   reports mostly with John Pena, but at one point -- it     09:51:55

11   is hard for me to explain the dynamics because SpaceX

12   is an evolving company.   So one day, you're one

13   position; the next day, another director comes over

14   and you're a different position.   So for the most

15   part, I know in my paper when I sign my original paper    09:52:24

16   when I was hired, I was to report directly to John

17   Pena.

18       Q    Okay.   Did you report to anyone else

19   directly after that?

20       A    I think for this period of time, I think I       09:52:41

21   reported to -- not reported to; more like let him know

22   what I was working on -- to Gregory Maxwell.

23       Q    Okay.   So those two are the only people you

24   remember that supervised you.

25       A    They were -- yeah.   Again, Gregory Maxwell       09:53:00
```

Page 35

1    was not my supervisor.  He was somebody who I would

2    just tell him what project I was working on.  John

3    Pena was the one who gave me the projects to work on,

4    and then Gregory Maxwell will ask me how you doing on

5    this project or what are you doing here, could you          09:53:19

6    help us here, and he would ask me for input.

7         Q    Right.  Was there anyone else that did any

8    of that?

9         A    Not that I can remember, no.

10        Q    And you stopped working at SpaceX at the end    09:53:30

11   of March 2014?

12        A    I think if that's what it says it is, the

13   paper says.  I don't remember the exact date or month.

14   I know it was 2014.

15        Q    You don't remember the month?                    09:53:53

16        A    No.

17        Q    Did you work in one room at SpaceX or at

18   different locations?

19        A    At first was one room, then thereafter, the

20   production area was moved to a different room.              09:54:18

21        Q    So you worked in one room for a while, and

22   then later you worked in another room; right?

23        A    Correct.

24        Q    And your job was either in the first room

25   you worked in or in the second room.                       09:54:31

                                                          Page 36

```
 1        A    Both.

 2        Q    Is that correct?

 3        A    Yes.  They moved production from one room --

 4   they were standing.

 5        Q    Right.  I totally get that.  So the work        09:54:45

 6   that you did in the first room, was it the same work

 7   that you did in the second room, it just changed

 8   locations?

 9        A    Correct.

10        Q    Okay.  And were the same types of machines       09:54:56

11   and equipment in both of those rooms?

12        A    No.

13        Q    How did it change?

14        A    We add more equipment.

15        Q    Okay.  So the second room had more              09:55:05

16   equipment.

17        A    Yes.

18        Q    And did the second room have the same kinds

19   of equipment that was in the first room but it added

20   some additional equipment?                                09:55:14

21        A    They added some additional equipment to the

22   room.

23        Q    Okay.  And other than going to lunch -- did

24   you go to lunch in a different room, or did you eat

25   lunch in the room that you were assigned to?              09:55:30
```

Page 37

1          A      I just said that earlier, yes.

2          Q      So the baths were only in the second room?

3          A      No, no.

4          Q      That was the room that had the outside work

5    station.                                               10:01:51

6          A      Okay.  So when we moved to the second floor

7    to the mezzanine, there was a conformal coating room

8    inside a production area.  A large -- the whole

9    second -- I think it was the second or the third

10   floor.  I'm not quite sure how do they call it.  But   10:02:18

11   inside the third floor, it was this conformal coating

12   room.  And my work station was outside the conformal

13   coating room, and the wash area was next to my

14   computer.  So it's a complete separate situation.

15         Q      Okay.  So was there a conformal coating room   10:02:41

16   in the first room that you worked in?

17         A      In the downstairs when I first started

18   working there --

19         Q      Yes.

20         A      -- it was a room within a room.              10:02:54

21         Q      So the first room that you worked in, they

22   had a separate conformal coating room inside that

23   room.

24         A      Correct.  It was the floor plan, and it was

25   a room.  And then inside that room, it was another    10:03:07

                                                         Page 43

```
 1    room that had the conformal coating machine.

 2         Q    Okay.  And the conformal coating machine is

 3    the PVA350.

 4         A    Correct.

 5         Q    And in the second room, was there a separate      10:03:15

 6    room for conformal coating inside the second room?

 7         A    No.  It was inside the production area.

 8         Q    So you primarily worked in a room on the

 9    mezzanine or the third floor, and there was a separate

10    room called the conformal coating room that you worked      10:03:34

11    in sometimes?

12         A    I will estimate about 60 percent of my time,

13    I worked inside that room.

14         Q    And the other time that you weren't working

15    inside that room, you had a computer that you worked        10:03:50

16    at.

17         A    Well, essentially, in the SpaceX, you can

18    log in and log out at any computer.

19         Q    Okay.  But there was a computer there and

20    you would use that one?                                     10:04:05

21              MS. LI:  Which room are we talking about?

22    BY MR. CATALONA:

23         Q    The second room.

24         A    I'm confused.  You confused me now.

25         Q    We were talking about the conformal coating       10:04:11
```

Page 44

```
 1    room that was next to the -- strike that.

 2              The second room that you worked at that you

 3    said was on the mezzanine; right?

 4        A    It's not a room.  It's a production floor.

 5        Q    Okay.  So the second area where you worked      10:04:29

 6    was called the production floor.

 7        A    Right.

 8        Q    And there was a conformal coating room that

 9    was not on the production floor?

10        A    It was located in the production floor but    10:04:37

11    separated, isolated from the rest of the production

12    area.

13        Q    So similar to the first room where you had

14    the conformal coating room inside the first room, the

15    second room was a production floor that had a           10:04:49

16    conformal coating room inside of it, as well; right?

17        A    Similar to scale, yes.

18        Q    And your work station was outside of the

19    conformal coating room on the production floor, the

20    second area where you worked.                           10:05:06

21        A    Correct.

22        Q    And your work station had a computer?

23        A    Yes.

24        Q    And also the baths that you would use were

25    at your work station by your computer?                  10:05:17
```

Page 45

```
 1        A     They were next to it, but that was nothing

 2   to do with the PVA350.

 3        Q     Right.

 4        A     There's a separate --

 5        Q     Sure.                                          10:05:25

 6        A     -- completely separate -- two different

 7   items.

 8        Q     Sure.  But you worked with those items.

 9        A     I didn't work with those items.  I didn't --

10   the wash area was installed next to my work station.     10:05:36

11   I did not work on the wash area.  Does that make

12   sense?

13        Q     Okay.  You did not work on the wash area,

14   but other people were washing parts in that area;

15   right?                                                   10:05:54

16        A     Correct.

17        Q     Okay.  And that was 12 inches from your work

18   station?

19        A     Guesstimate more or less, yeah.

20        Q     Yes?  Okay.  How was the air filtration       10:06:03

21   system used on the production floor?

22        A     Which filtration system are we talking

23   about?

24        Q     The one that you purchased.

25        A     The one that I purchased was for the          10:06:30
```

Page 46

```
 1    change in the first room when you worked there?

 2         A    When you say "machinery," do you mean

 3    equipment itself --

 4         Q    Yes.

 5         A    -- or are you referring to tables, benches,      10:09:14

 6    tools?

 7         Q    Well, I'm not referring to tables; I'm not

 8    referring to tools.  I'm referring to --

 9         A    Equipment.

10         Q    -- equipment, machinery, computers, anything     10:09:23

11    like that.

12         A    Did it ever change.  Not that I can

13    remember.

14         Q    In the second room, did any of the

15    machinery, equipment, or computers change?  And by the    10:09:35

16    second room, I mean the production floor.

17         A    You're not talking about the -- the -- the

18    conformal coating.  You're talking about the

19    production area.

20         Q    Yes.                                             10:09:50

21         A    Well, we moved to the second floor to expand

22    our capacity.  So they add a production line.  That

23    was the whole purpose of the new layout.

24         Q    Okay.  Other than that, did it ever change?

25         A    Did it ever change?  It was constantly          10:10:10
```

Page 49

```
 1    changing.  They were bringing more equipment and

 2    different stuff.  So I didn't keep up with all the

 3    changes.

 4         Q    Okay.  When you were in the first room, were

 5    any changes made to the conformal coating area?          10:10:21

 6         A    No.

 7         Q    And when you were in the second room, the

 8    production floor, were any changes made to the

 9    conformal coating machine, the PVA350, the conformal

10    coating room, anything like that?                        10:10:42

11              MS. LI:  Overly broad, compound.

12              Go ahead.

13              THE WITNESS:  What do you refer?  When you

14    say the room, did they did something to the room or

15    did they did something to the machine or did they did   10:10:52

16    something to the equipment, it's a big spectrum.  Did

17    they did something to the room?  Yeah, they put some

18    cameras in it.  Did they did something to the machine?

19    Not that I know.

20    BY MR. CATALONA:                                         10:11:06

21         Q    Well, okay.  Other than the cameras, did

22    they do anything to the conformal coating room?

23         A    Not that I can think of it, no.

24         Q    In the second room, did they make any

25    changes to the PVA350?                                   10:11:21
```

Page 50

```
 1    little bit?  Because on the last question, I know --

 2    it's hard for me to -- a lot of things happened during

 3    the time that I worked at SpaceX; so it was always

 4    something new coming up.

 5        Q    Fine.  That's fine.                          10:19:15

 6        A    Okay.  So when you said did they ever modify

 7    the machine, it was a modification on the machine

 8    itself.

 9        Q    Okay.  Can we -- is that all you wanted to

10    say?  Because we have a ton of stuff to cover.        10:19:44

11        A    I just want to make sure because we did

12    modify the machine to be able to spray other new

13    products, new coating materials.

14        Q    Fine.  Okay.  Did you wear a mask or visor

15    or goggles or a hood at SpaceX?                       10:20:14

16        A    Just my regular glasses.

17        Q    Did you use any breathing protection?

18        A    No.

19        Q    Other than yourself, did any employees of

20    SpaceX ever have a work-related injury or illness?    10:20:27

21            MS. LI:  Calls for speculation.

22            THE WITNESS:  I don't know that.

23    BY MR. CATALONA:

24        Q    Did any employees of SpaceX ever complain

25    about exposure to any chemicals?                      10:20:39
```

Page 54

```
 1          A     I don't know that.

 2          Q     Are you aware of any workers' compensation

 3    claims by other SpaceX employees regarding exposure to

 4    chemicals?

 5          A     I don't know that.                              10:20:52

 6          Q     Are you aware of any lawsuits by other

 7    SpaceX employees regarding exposure to chemicals?

 8          A     I don't know that.

 9          Q     Do you know why you have not sued the

10    manufacturers of the chemicals that you were allegedly    10:21:06

11    exposed to such as HumiSeal and Arathane?

12               MS. LI:  I'm going to object based on

13    attorney-client privilege.  It's my custom and

14    practice to talk to my client about the theory of the

15    case, and I'm going to object based on the fact that     10:21:20

16    it's unfair and prejudicial to ask a layperson to come

17    up with a legal theory.

18               As a result, I'm going to instruct you not

19    to answer.

20    BY MR. CATALONA:                                          10:21:35

21          Q     Other than anything your attorney told you,

22    do you have any information or knowledge why you did

23    not sue the manufacturers of HumiSeal and Arathane or

24    any chemicals that you were allegedly exposed to?

25          A     Why didn't I sue the chemical company?       10:21:53
```

Page 55

| | | |
|---|---|---|
| 1 | Q    Yes. | |
| 2 | A    I'm not a chemistry.   I don't know what the | |
| 3 | chemics have in it.   How do I can come up with why?   I | |
| 4 | don't know that.   I'm not educated in that area.   It's | |
| 5 | not my area of expertise. | 10:22:13 |
| 6 | Q    What was your job title at SpaceX? | |
| 7 | A    Equipment specialist. | |
| 8 | Q    So back to my last question, you were saying | |
| 9 | that you don't know why you didn't sue the chemical | |
| 10 | companies because chemistry is not your area of | 10:22:42 |
| 11 | expertise? | |
| 12 | A    Correct. | |
| 13 | Q    Is there any other reason why you didn't sue | |
| 14 | them? | |
| 15 | A    I'm not a lawyer.   I don't know what it | 10:22:51 |
| 16 | takes to -- I'm not a doctor.   I'm not a lawyer.   I | |
| 17 | don't know what it takes.   I don't know how that | |
| 18 | works. | |
| 19 | Q    Okay.   Did your job title ever change? | |
| 20 | A    Yes.   They changed it to technician. | 10:23:05 |
| 21 | Q    Anything else? | |
| 22 | A    Not that I know. | |
| 23 | Q    Did your job duties change at SpaceX? | |
| 24 | A    No.   Just the title changed. | |
| 25 | Q    Okay.   What was the typical day for you at | 10:23:18 |

Page 56

1    area, did you set up the machine and hit go and then

2    it ran and you didn't have to be in the conformal

3    coating area while it was doing what it was doing?

4         A    No.  My job was to program the machine, not

5    to run the machine.  To program the machine so the          10:25:03

6    operators can run the machine.

7         Q    Oh, so you were never an operator?

8         A    No.  I was not an operator.

9         Q    And the operators actually worked inside the

10   room?                                                       10:25:16

11        A    The operators worked inside the room.

12        Q    So you didn't have to work inside the room

13   since you were not a operator?

14        A    Most of the time, it would take up to eight

15   to ten hours to develop a program.  So you have to be       10:25:27

16   there to do the work inside the room, inside the

17   machine itself.  The way the machine is built, by

18   nature it has flaws.  You cannot program the machine

19   on offline programming such as other CNC machines,

20   pick and place machines, or other where you can do          10:25:48

21   most of your programming offline or what they call

22   offline or at your work station and bring the machine

23   or transfer machine over to the -- the program over to

24   the machine and fine-tune it there.

25              The problem with the PVA350, it doesn't have     10:26:04

Page 58

1    a platform or a software to aid you to allow you to do

2    your rough work at your computer and transfer it over

3    to the machine and then fine-tune it.  Here, you're

4    dependent on a human factor.

5         Q    What's the dimension of the conformal          10:26:21

6    coating room?

7              MS. LI:  Which one?

8    BY MR. CATALONA:

9         Q    The conformal coating room that was inside

10   the first room and the conformal coating room that was    10:26:29

11   inside the second room.  Or were they different?

12             MS. LI:  Compound.  Go ahead.

13             THE WITNESS:  Okay.  Let's make something

14   clear.  We're talking about the first-floor room?  The

15   first-floor room, it would have been 12 by 18             10:26:47

16   footprint.  That's an estimate.

17   BY MR. CATALONA:

18        Q    Okay.  The first-floor room was 12 feet by

19   18 feet.

20        A    The conformal coating room.                     10:27:01

21        Q    Oh, the conformal coating room was 12 feet

22   by 18 feet.

23        A    Yes.  It was a small room.  It was

24   encapsulated inside another room which was a little

25   bit bigger room.  Would have been probably -- I don't     10:27:12

Page 59

```
 1    know.  I don't want to say something that I don't

 2    know.

 3         Q    So the conformal coating room was 12 feet by

 4    18 feet.

 5         A    Guesstimate.                          10:27:25

 6         Q    And how big was the conformal coating room

 7    in the production --

 8              MS. LI:  Floor.

 9    BY MR. CATALONA:

10         Q    -- floor, which is also the second room?  10:27:35

11         A    Bit bigger.  I don't want to give you a

12    wrong number; so I don't want to guesstimate.

13         Q    About how much bigger was it than 12 feet by

14    18 feet?

15         A    It was bigger.                         10:27:51

16         Q    Twice as big or less than twice as big?

17         A    It was big.

18         Q    What equipment was in the conformal coating

19    room in the first room that you worked in?

20         A    We already --                          10:28:06

21         Q    Okay.  So all the equipment that you already

22    talked about was actually inside the conformal coating

23    room?

24         A    The first one.  And then when we moved to

25    the second floor to expand our production           10:28:17
```

Page 60

```
 1    capabilities, we add some equipment, that station that

 2    I told you about it and the filtration system that I

 3    told you about it and the PCB rack that I told you

 4    about.

 5         Q    Okay.  Okay.  So all the equipment that          10:28:28

 6    we've already talked about, that was inside the

 7    conformal coating room.  It wasn't outside the

 8    conformal coating room; right?

 9         A    It was inside the conformal coating room.

10         Q    And that's true for both of the conformal        10:28:43

11    coating rooms that you talked about, the one on the

12    first room and then the one on the production floor.

13    All the equipment was inside the conformal coating

14    room.

15         A    Let me see if I follow your question.  On        10:28:58

16    the first floor, we have the conformal coating

17    machine, we have some equipment; and then when we move

18    to the second floor, we have whatever we had on the

19    first floor plus some other equipment that I just

20    described we purchased.                                    10:29:12

21         Q    Right.  And what were the types of things

22    you had to do inside the conformal coating room in

23    either location where it was?

24         A    Programming.

25         Q    Okay.  Anything else?                            10:29:46
```

Page 61

1          A     That was the main part of my job to get a

2     board, set up the board inside the machine, make sure

3     the pattern is correct, that the coating is correct,

4     do a dry run, do a wet run, make sure to put my head

5     inside there and check the thickness of the layer,                    10:30:08

6     clean it up, rerun it again until I got the desired

7     thickness and width.   Because it varies.   The spray

8     valve has an adjustment that it can change the width

9     and the thickness of the conformal coating.   So you

10    have to fine-tune it.                                                  10:30:31

11            And then in order for you to fine-tune it,

12    the machine has to switch to bypass the door so you

13    can access.   There is no other way to program the

14    machine, unfortunately.   You have to eyeball it.   And

15    you have to stick your head in there and look inside          10:30:48

16    and make sure that your spraying head is parallel with

17    the board and see where the board starts and where it

18    ends and then do the same thing to the board.

19            Then you will run a dry run, which that only

20    goes through movements.   And then you go through a wet        10:31:07

21    run, and the machine starts to spray.   Then what you

22    do is you get a wet gauge to make sure what the

23    thickness of the film is to verify that you have been

24    accurate.   We're talking about 1.5 thousandths of an

25    inch.   So it was very thin mist of material.                  10:31:30

Page 62

```
 1        Q     What you just described was what you did
 2   60 percent of the time as part of your job; right?
 3        A     That along with the designing some fixtures
 4   for the machine and so forth, yes.   But I was the main
 5   support for that machine.                              10:31:51
 6        Q     And that was sort of your job as far as the
 7   conformal coating work that you did; right?
 8        A     It became my job.
 9        Q     When did it become your job?
10        A     When I start working there, they saw me that   10:32:04
11   I --
12        Q     So immediately after you started working
13   there, that was your job.
14        A     Yes.   The reason I was --
15        Q     I didn't ask a question.   I need to cover a   10:32:16
16   lot of ground.   I know you want to explain things, but
17   we'll get to everything.   Okay?
18        A     I understand, but I just don't want to be
19   misunderstood.   The reason they hired me was to be a
20   equipment specialist looking forward to purchase a new   10:32:31
21   assembly line for SMT.
22        Q     That's fine.   I didn't ask that.   I will ask
23   the questions, and we'll go through this
24   systematically.   I want to cover a lot of ground.
25   Okay?                                                  10:32:47
```

Page 63

```
 1        Q     Do you know them by name?

 2        A     No.  I wouldn't be able to tell you.

 3        Q     Do you know if they were kept in containers?

 4        A     They came from the manufacturer, I think, in

 5   one gallon or something like that.  I don't remember        10:35:11

 6   the package.

 7        Q     Weren't they in metal cans?

 8              MS. LI:  All of them?

 9   BY MR. CATALONA:

10        Q     Any of them?                                     10:35:22

11        A     I don't remember, to be honest.  I don't

12   remember.

13        Q     Where were the chemicals kept?

14        A     We had a chemical cabinet inside the

15   conformal coating room.                                     10:35:39

16        Q     Inside the cabinet, do you remember what

17   they were contained in?

18        A     I don't remember.

19        Q     The chemicals that were in the baths, do you

20   know what chemicals those were?                             10:35:52

21        A     At first, no, I didn't.  Afterwards, I find

22   that out, but it had nothing to do with the PVA350.

23        Q     I know.  But it was there; so I'm going to

24   ask questions about that.

25        A     I understand.                                    10:36:11
```

Page 66

```
 1    different, this is different.  I cannot go into my

 2    head.

 3         Q    Just tell me.  I mean, if you can't do it,

 4    that's fine.

 5         A    No, I don't --

 6              MS. LI:  He already said that he can't do

 7    it.

 8    BY MR. CATALONA:

 9         Q    If you can't do it, that's fine.  What I'm

10    trying to -- "I don't know" is a perfectly acceptable      10:39:45

11    answer.

12         A    I don't know.

13         Q    I'm asking you looking at the picture, can

14    you tell me anything in that picture that's different

15    from the one you used?                                     10:39:53

16              MS. LI:  Objection.  Asked and answered and

17    harassing the client.  And lacks foundation.

18              THE WITNESS:  I don't know.

19    BY MR. CATALONA:

20         Q    Okay.  That's fine.  The one that you used,     10:40:07

21    were there lights inside of the machine?

22         A    No.

23              (Exhibit 5, Exhibit 6, and Exhibit 7 were

24              marked for identification.)

25    ///
```

Page 70

EXHIBIT 3                                                      64

```
 1        Q     Yes.  Your attorney gave us the one --

 2        A     I don't know.

 3        Q     It's Exhibit 7.  Why did you provide that?

 4   That's about the PVA650.

 5              MS. LI:  Objection.  Calls for              10:42:11

 6   attorney-client privilege, work product.

 7              THE WITNESS:  I don't know.

 8   BY MR. CATALONA:

 9        Q     Did you ever work with the PVA650?

10        A     I was trained.                              10:42:20

11        Q     Do you know if you were trained on a PVA650?

12        A     I just said I was trained.

13        Q     On the PVA650?

14        A     Correct.

15        Q     Okay.  Did you ever work at SpaceX on a     10:42:32

16   PVA650?

17        A     No.

18        Q     When was the first time you used the PVA350

19   at SpaceX?

20        A     It would have been within the first few     10:42:46

21   weeks after I start my employment.

22        Q     And there was only one PVA350 at SpaceX?

23        A     Correct.

24              MS. LI:  Objection.  Lacks foundation, calls

25   for speculation.
```

Page 72

```
 1              MS. LI:  Overly broad.  Go ahead.

 2              THE WITNESS:  It's a machine.

 3    BY MR. CATALONA:

 4      Q     What kind of machine?

 5      A     Conformal coating machine.                    10:44:19

 6      Q     What are its dimensions?

 7      A     I don't know the dimensions.

 8      Q     Is it 2 feet wide by 2 feet long?

 9      A     I don't know the dimensions.

10      Q     Could you walk inside of it?                  10:44:33

11      A     No.  You can stick your head inside it.

12      Q     Is that -- okay.  You can't walk inside of

13    it?

14      A     No.  You have to -- you're able to stick

15    your head inside there to do the programming, but to  10:44:46

16    walk inside there, no.

17      Q     Was the PVA350 connected to a computer?

18      A     Can you specify.

19      Q     Was the PVA connected to a desktop computer?

20      A     I believe it was.  But I'm not quite          10:45:17

21    100 percent certain.

22      Q     How did you program it?

23      A     Via handheld controller.

24      Q     How big was the handheld controller?

25      A     I don't know the dimensions.                  10:45:36
```

Page 74

| | | |
|---|---|---|
| 1 | Q | What kind of interface was it? |
| 2 | A | It was through a wire interface. |
| 3 | Q | Did it have keys on it? |
| 4 | A | Had buttons and a tracking ball. |
| 5 | Q | Did it have a touch screen? |

10:45:50

6    A    No.   It was a very rudimentary type of

7 interface.

8    Q    And was there a screen that the tracking

9 ball would have you guide a cursor around?

10    A    Oh, gosh.  No.  That, you're talking about    10:46:06

11 high tech.  This is not something.

12    Q    Please list all the different materials that

13 were used with the PVA350.

14         MS. LI:  Objection.  Lacks foundation, asked

15 and answered.    10:46:21

16         Go ahead.

17         THE WITNESS:  I don't know all the materials

18 that were used.

19 BY MR. CATALONA:

20    Q    Do you know any of them?    10:46:26

21    A    I know the ones you mentioned earlier.

22    Q    What did I mention?

23    A    You mentioned some materials.

24    Q    I don't think I did.

25    A    You don't think you did?  Then I don't know.    10:46:38

Page 75

```
 1    it?

 2              MR. CATALONA:  Anything.

 3              MS. LI:  Overly broad.

 4    BY MR. CATALONA:

 5        Q    I'm going to ask all those questions.  Don't        10:47:53

 6    worry.  I'm asking a simple question.  Did the PVA350

 7    have ventilation?

 8              MS. LI:  Objection.  Vague and ambiguous and

 9    overly broad.

10              THE WITNESS:  Ventilation as a fan?               10:48:06

11    Ventilation as a suction duct?  Ventilation as a --

12    BY MR. CATALONA:

13        Q    Anything.  What did it have?

14              MS. LI:  Same objections.  Go ahead.

15              THE WITNESS:  We're talking about on the          10:48:16

16    first floor?  Second floor?  Before, after it was

17    moved?

18    BY MR. CATALONA:

19        Q    Did it change?  Did the ventilation change?

20        A    Yes.                                               10:48:25

21        Q    Okay.  What did it start out with and how

22    did it change?

23        A    It was a manual switch on the first floor.

24        Q    That's the switch.  I'm talking about the

25    ventilation.                                               10:48:36
```

Page 77

1       A    That's the switch to turn on the

2    ventilation.

3       Q    Okay.  Let's ignore the switch for a second.

4    What was the ventilation?

5       A    I don't know.  I know it was a switch for          10:48:43

6    the ventilation.

7       Q    Did it have, like, piping or tubes?

8       A    I don't remember.

9       Q    Okay.  So it could have had ventilation, you

10   just don't remember?                                       10:48:58

11           MS. LI:  Objection.

12           THE WITNESS:  It could have.

13           MS. LI:  Misstates his statement.

14           THE WITNESS:  I don't know.

15           MS. LI:  Wait for my objection before you          10:49:02

16   answer.  Okay?

17   BY MR. CATALONA:

18       Q    And do you remember if it had ventilation in

19   the second room?

20           MS. LI:  Same objection as to vague and            10:49:15

21   ambiguous and overly broad.

22           THE WITNESS:  I was not part of the move

23   with the machine, as I stated before.  So I don't

24   remember if a ventilation was installed.

25           MS. LI:  Can we take a break?  I want to           10:49:44

                                                                Page 78

```
 1    take a break.

 2                MR. CATALONA:  Okay.  Can we do another

 3    quick break?  We're not going very fast.

 4                THE VIDEOGRAPHER:  The time is 10:48 and

 5    we're going off the record.                        10:49:57

 6                (A recess was taken.)

 7                THE VIDEOGRAPHER:  The time is 11:01 and

 8    we're back on the record.

 9    BY MR. CATALONA:

10        Q    Okay.  We were talking about the ventilation   11:02:01

11    for the PVA350.  Do you remember if it had any kind of

12    piping or duct work or anything like that that

13    ventilated the machine or possibly the conformal

14    coating room?

15                MS. LI:  Objection.  Vague and ambiguous as  11:02:19

16    to which room.  Are you talking about the machine that

17    was in the first room or the second room?

18                MR. CATALONA:  Either one.

19                MS. LI:  Compound.  Go ahead.

20                THE WITNESS:  Okay.  In the first room --    11:02:32

21    BY MR. CATALONA:

22        Q    Yeah.

23        A    -- we had a ventilation system that's

24    manually switched off and on.

25        Q    How about the second room?                     11:02:42
```

Page 79

```
 1        A    In the second room, I later found out when

 2    they moved the machine to the second room to have an

 3    automated ventilation system that it was on all the

 4    time.

 5        Q    And so there was piping from the machine          11:02:58

 6    outside of the work area?

 7        A    Correct.

 8        Q    And that was true for both the first room

 9    and the second room?

10        A    The first room, let me see.  The first room      11:03:16

11    had a manual switch that you have to turn off and on.

12        Q    I got that.  I'm just asking about the

13    piping.

14        A    Yeah.  It was connected to the exhaust, yes.

15        Q    Okay.  And so the air was piped out of the       11:03:32

16    conformal coating room and out of SpaceX?

17        A    I don't know what it was ducted to.  I don't

18    know.

19        Q    And that was true for both rooms.

20        A    Correct.                                         11:03:53

21        Q    So can I call the first room that you were

22    in that had the PVA350 the first conformal coating

23    room and the later one the second conformal coating

24    room?  Does that make sense?

25        A    If that's what you want to do.                   11:04:09
```

Page 80

```
 1        A     Besides the ducting, if it was -- not that I

 2   can remember being, no.

 3        Q     Okay.  That's fine.  These are really easy

 4   questions.

 5        A     No, they're not easy questions.           11:07:39

 6        Q     The second conformal coating room, we

 7   already talked about the fact that the PVA350 had an

 8   exhaust system.  A ventilation system.  Now I'm asking

 9   did the room have a separate ventilation system

10   besides the one for the PVA350.                      11:07:54

11        A     I think it had positive pressure.

12        Q     Positive pressure what?

13        A     System.

14        Q     Okay.  And that was a ventilation system?

15        A     I don't know if that's considered a        11:08:37

16   ventilation system or not.

17        Q     Well, okay.  What happened if you opened the

18   door to the PVA350 in the first conformal coating room

19   and it was in operation?

20        A     What will happen?                           11:08:56

21        Q     Yes.

22        A     It depends.

23        Q     Okay.  Tell me the different things that

24   could happen.

25        A     No.  It depends on the circumstance when you  11:09:03
```

Page 84

```
 1    for the PVA350?

 2              MS. LI:  Asked and answered.

 3              THE WITNESS:  Can you reword the question.

 4    BY MR. CATALONA:

 5         Q    Do you know what the safety switch is?          11:11:31

 6         A    I know --

 7         Q    Do you know what the safety switch is for

 8    the PVA350?

 9              MS. LI:  Asked and answered.

10              THE WITNESS:  I'm getting confused here          11:11:49

11    because I know what a safety switch is.

12    BY MR. CATALONA:

13         Q    Do you know if the PVA350 had a safety

14    switch?

15         A    A safety switch can be -- it's a wide          11:11:56

16    variety of switches.  I don't know whether this safety

17    switch that you're referring to, if it was there, if

18    it was there, what it looked like.  That's what I'm

19    trying to tell you.

20         Q    Did it have one or not?                         11:12:08

21         A    I don't know.

22         Q    Okay.  If you wanted to bypass the safety

23    mechanisms, how would you do that?

24         A    Stick a key and put it in the bypass mode.

25         Q    And why did you do that?                        11:12:39
```

Page 87

1      A    To program the machine.

2      Q    And when you programmed the machine, you

3 weren't supposed to operate the machine; right?

4      A    What do you mean by that?

5      Q    When you programmed the machine, that was     11:12:57

6 before you would operate the machine; correct?

7        MS. LI:  Objection.  Vague and ambiguous as

8 to "operate."

9        THE WITNESS:  Can you reword the question,

10 please.                                     11:13:10

11 BY MR. CATALONA:

12      Q    When you programmed the machine, you weren't

13 supposed to operate it at the same time; correct?

14        MS. LI:  Objection.  Vague and ambiguous as

15 to "operate."                                     11:13:23

16        THE WITNESS:  Operate is part of the

17 programming.

18 BY MR. CATALONA:

19      Q    Could you answer the question.

20        MS. LI:  He did.                            11:13:36

21 BY MR. CATALONA:

22      Q    I think it's a yes-or-no question.

23      A    I just did.

24      Q    So you were supposed to operate the machine

25 when you were programming it?                    11:13:44

Page 88

```
 1        A    You program it, and you operate the machine

 2   to verify that your program is correct.

 3        Q    And when you operate the machine after

 4   programming it, you're supposed to put it back in

 5   operations mode and remove the bypass key; correct?          11:13:59

 6             MS. LI:  Objection.  Compound.  There's a

 7   lot of words in there.

 8             Can I get the question read back, please.

 9             (Record read.)

10             MS. LI:  Compound, vague and ambiguous,           11:14:24

11   lacks foundation.

12   BY MR. CATALONA:

13        Q    Correct?

14        A    Not according to what I learned from PVA.

15        Q    So that is not correct?                           11:14:37

16        A    That is not correct.  During the training of

17   PVA, they did showed us how to bypass the machine and

18   to --

19        Q    I haven't asked a question.

20             MS. LI:  No.  He's responding to your             11:14:57

21   question.  You need to let him finish his answer.

22             Go ahead.

23             MR. CATALONA:  That wasn't an answer.  I

24   haven't asked a question.

25             MS. LI:  No.  That was the answer to the          11:15:06
```

Page 89

```
 1    prior question.  Let him finish.

 2              MR. CATALONA:  What was the prior question?

 3         (Record read as follows:

 4              "QUESTION:  So that is not

 5              correct?")                              11:15:21

 6    BY MR. CATALONA:

 7         Q    Yes or no.

 8         A    That is not correct because then you have to

 9    move it and adjust your head inside there to do the

10    programming as part of what your training is at PVA.    11:15:31

11    That's what they taught us how to do it.

12         Q    Are you a computer programmer?

13         A    A computer programmer?  No.  I'm an

14    equipment programmer.

15         Q    Can you write software code?              11:15:40

16         A    No.

17         Q    Did you ever complain to anyone at SpaceX

18    about how the PVA350 was operated?

19         A    What do you mean by that?

20         Q    Any kind of complaint.  For instance,     11:15:59

21    regarding your safety.

22              MS. LI:  It's vague.  Go ahead.

23              THE WITNESS:  I have no reason to complain.

24    BY MR. CATALONA:

25         Q    So you didn't?                            11:16:10
```

Page 90

```
 1        A    Not that I remember, no.  I remember -- no.

 2   Not that I remember, no.

 3        Q    Did you ever read the manual for the PVA350?

 4        A    I don't think the manual was available.

 5        Q    Do you remember ever looking at the manual?        11:16:48

 6             MS. LI:  Asked and answered.

 7             THE WITNESS:  Have I ever looked at the

 8   manual?

 9   BY MR. CATALONA:

10        Q    No.  That's not what I asked.  Did you ever       11:17:04

11   look at the manual for the PVA350?

12             MS. LI:  Asked and answered.  Go ahead.

13             THE WITNESS:  I just said it was not

14   available.  The manual was not available.

15   BY MR. CATALONA:                                            11:17:16

16        Q    Did you ever look at it anywhere, perhaps at

17   PVA?

18             MS. LI:  Same objections.

19             THE WITNESS:  For the 350?  No.

20   BY MR. CATALONA:                                            11:17:26

21        Q    For the PVA350.  So your testimony is you've

22   never looked at the manual for this machine that you

23   were operating for over a year?

24        A    No.

25        Q    Is that correct?                                  11:17:38
```

Page 91

```
 1        A     Correct.

 2        Q     And you never read the manual for the PVA350

 3   when you did training at PVA?

 4        A     I went for a different equipment.

 5        Q     Okay.  I just want to get this straight.        11:17:54

 6   You worked on this piece of equipment for, what,

 7   18 months and you never looked at the manual?

 8            MS. LI:  Objection.  Asked and answered.

 9   Now it's harassing and argumentative.

10            I'm instructing you not to answer.  The       11:18:12

11   question has been asked three times.

12            MR. CATALONA:  You're ruining the record.

13   We don't have a clear record because the answers are

14   ambiguous.  So I need an actual yes or no answer.

15            MS. LI:  It is not ambiguous.  He already      11:18:26

16   testified I think three times about he hasn't read --

17            MR. CATALONA:  No.  He just said it wasn't

18   available.  He won't give a straight answer on this.

19   I need a straight answer.

20   BY MR. CATALONA:                                        11:18:38

21        Q     Is it true that you have never looked at the

22   manual for the PVA350 at any time in your life?

23        A     I have never.

24        Q     Okay.  Thank you.  Did you ever think that

25   the manual might have instructions in it that were      11:18:55
```

Page 92

```
 1   important to operate the PVA350?

 2        A     What do you mean by that?

 3        Q     For instance, it would tell you how to

 4   operate it.

 5        A     I learned how to operate it while I was at     11:19:13

 6   PVA.

 7        Q     I didn't ask that.  Did you think that the

 8   manual would have instructions for how to operate the

 9   machine?

10        A     The machine is similar in the platform as     11:19:24

11   the 650.  The programming process is the same.

12        Q     You said you didn't -- you never used the

13   650 --

14             MS. LI:  That's not what he said.

15   BY MR. CATALONA:

16        Q     -- just a few minutes ago.

17        A     I said I went to training for the 650.  I

18   just said that.  I went to New York for a training for

19   the 650.

20        Q     I asked you, you said you didn't know if it    11:19:46

21   was a 650 that you used in New York.

22        A     No, no, no.  I didn't say that.  I said I

23   went to training for the 650 for training for

24   programming and the platform.

25        Q     That's different.  Okay.                       11:19:57
```

Page 93

```
 1              machine?")
 2         MS. LI:  Same objections.
 3         THE WITNESS:  And my answer is the 350 and
 4   the 650 are similar.
 5   BY MR. CATALONA:                              11:22:12
 6      Q    Did you ever read the manual for the PVA650?
 7      A    I don't believe so.
 8      Q    Wouldn't you want to read some kind of
 9   manual to know how to operate the PVA350?
10      A    All the training I had was from PVA.  So I    11:22:26
11   relied on PVA knowledge that was transferred to me
12   during my training at New York.
13      Q    Didn't they tell you to read the manual?
14      A    No.
15      Q    Did they say that the manual was unimportant  11:22:39
16   and you never had to read it?
17      A    I don't recall them saying that.  But they
18   never referred to a manual.  They only referred to how
19   to operate the machine itself.
20      Q    So if the manual told you how to operate the  11:22:56
21   machine safely, you would have no idea about that;
22   right?
23         MS. LI:  Objection.  Lacks foundation,
24   argumentative, improper hypothetical.  He's a lay
25   witness.                                      11:23:16
```

Page 96

```
 1              MS. LI:  No.  I need to object.  Your

 2      questions are not proper.  You could ask a better

 3      question.  So I need to object to the question.

 4              What was the question?

 5              MR. CATALONA:  No.  No.  I'm not going to      11:24:08

 6      waste more time with that.  I'll ask another question

 7      and you can say an objection.

 8      BY MR. CATALONA:

 9         Q    If the manual told you how to operate the

10      machine safely, you wouldn't know anything about that;  11:24:21

11      correct?

12              MS. LI:  Objection.  Lacks foundation,

13      assumes facts not in evidence.  It's argumentative.

14              Go ahead.

15              THE WITNESS:  I relied on the information       11:24:34

16      that was given to me during my training at PVA.

17      BY MR. CATALONA:

18         Q    And you didn't rely on anything in the

19      manual?

20         A    I relied on the information that was given     11:24:45

21      to me during my training at PVA.

22         Q    Not the manual.

23         A    I relied --

24         Q    You're not answering the question.  I'm

25      asking about the manual.                               11:24:57
```

Page 98

```
 1        questions.  Okay?
 2     BY MR. CATALONA:
 3            Q     Did the manual say anything about safety?
 4            A     And I just respond to you all the
 5     information they taught me at PVA headquarters, I
       11:26:04
 6     apply the same knowledge to do the programming on the
 7     machine.  They taught us how to load the board, they
 8     taught us how to program the board, they taught us how
 9     to handle the machine.
10            Q     I got all that.  I'm not asking about that.
       11:26:23
11     I'm asking about the manual.
12            A     I don't know.  You're asking something that
13     I don't know.
14            Q     Okay.  That's fine.  Say, "I don't know."
15            A     You're asking --
       11:26:30
16            Q     Did the manual say anything about safety?
17            MS. LI:  Objection.  Lacks foundation,
18     argumentative --
19     BY MR. CATALONA:
20            Q     Do you know or not?
21            MS. LI:  Let me finish.  Okay.  Another
22     question.  Asked and answered, argumentative,
23     harassing the witness, lacks foundation, and calls for
24     speculation.
25            You can answer one more time and we'll move
       11:26:52
```

Veritext Legal Solutions
866 299-5127

EXHIBIT 3

```
 1              Q    If the manual said, "Do not bypass the
 2       safety mechanisms," you wouldn't know that because you
 3       didn't read the manual.
 4                   MS. LI:  Same objections.
 5                   THE WITNESS:  So I did what I was taught to
11:28:35
 6       do.
 7       BY MR. CATALONA:
 8              Q    That's not what I asked.  I said if the
 9       manual said, "Do not bypass the safety mechanisms,"
10       you would not know that because you did not read the
11:28:51
11       manual; correct?
12                   MS. LI:  Same objections.
13       BY MR. CATALONA:
14              Q    Is that correct?
15                   MS. LI:  Same objections.
11:28:57
16                   THE WITNESS:  I don't know.
17       BY MR. CATALONA:
18              Q    Okay.  Was the PVA350 ever modified when you
19       worked at SpaceX?
20              A    Yes.
11:29:16
21              Q    Tell me all the different modifications to
22       the PVA that happened at SpaceX.
23              A    I'm going to tell you what I remember.
24              Q    That's fine.
25              A    We modified the machine so it can spray the
11:29:30
```

                                                    Page 103

```
 1        different coating material.
 2              Q      So just one modification?
 3              A      It's one modification that encumbers a lot
 4        of parts with that modification.
 5              Q      And that happened one time?
          11:29:49
 6              A      As far as I remember, yes.
 7              Q      When did that happen?
 8              A      Let me think about this.  It's quite some
 9        time ago.  Probably about the first quarter of 2012.
10        Approximately.
          11:30:46
11              Q      So in January, February, or March of 2012.
12        That's what you mean by first quarter; right?
13              A      Yeah.  Sometimes that or could be a little
14        bit later.
15              Q      That's your best estimate; correct?
          11:31:00
16              A      A guesstimate, yes.
17              Q      Is it a guess or is it an estimate?
18              A      It's an estimate.
19              Q      It's your best estimate; correct?  Correct?
20              A      As far as I can remember.
          11:31:16
21              Q      Thank you.  Who at SpaceX decided to make
22        this modification?
23              A      I don't know who decided to make that
24        modification.
25              Q      Were you there when they did the
          11:31:28
```

Page 104

```
 1      modification?
 2           A    I did the modification.
 3           Q    And the modification was done at SpaceX?
 4           A    With the support of PVA.
 5           Q    Who at PVA was there when this modification
11:31:45
 6      was done?
 7           A    The support was via phone, I believe.
 8           Q    Who was on the phone?
 9           A    I don't know.
10           Q    Do you know their names?
11:32:03
11           A    No.
12           Q    Who helped you do the modification at
13      SpaceX?
14           A    Nobody.
15           Q    How long did the modification take to do?
11:32:11
16           A    You mean time-wise?
17           Q    Yeah.
18           A    From finish to end, it's hard to estimate
19      because it was in stages.
20           Q    More than one day?
11:32:32
21           A    I don't know the exact time it took.
22           Q    Was it more than one day?
23           A    You mean working without stop?  Or one day
24      over calendar day, 24 hours of work?  Can you specify
25      by "one day."
11:32:57
```

Page 105

```
 1          A    I don't know.
 2          Q    So the machine was out of commission this
 3     entire time that it was being modified?
 4          A    No.
 5          Q    And what exactly did you do to the machine
11:33:51
 6     to modify it?
 7          A    I install some hardware.
 8          Q    What hardware?
 9          A    I don't remember the list of hardware by
10     heart.  I don't remember the exact part by part by
11:34:14
11     part.
12          Q    How about any?  Can you remember any of it?
13          A    Yeah.  I installed two canisters.  One
14     canister -- I don't remember the name of the parts; so
15     I don't want to speculate that.
11:34:30
16          Q    So two canisters.  Do you remember any other
17     parts that you installed?
18          A    A pressure tank.
19          Q    Anything else?
20          A    Tubing.
11:34:43
21          Q    Anything else?
22          A    I think two valves.
23          Q    Two valves?
24          A    Uh-huh.  Yes.
25          Q    Anything else?
11:35:05
```

Page 107

```
1              A    Not that I can remember right now.
2              Q    Was any software for the machine changed at
3         all when you did the modification?
4              A    No.
5              Q    So the only modification was changing some
   11:35:19
6         of the parts on the outside of the machine?
7              A    Not changing.  Adding.
8              Q    Adding parts to the machine?
9              A    Correct.
10             Q    And you didn't do any other modifications to
   11:35:31
11        the machine other than this one modification that we
12        just talked about; right?
13             A    As far as I can remember, yes.
14             Q    Okay.
15                  When you were in your workers' comp case and
   11:35:45
16        you asked for the MSDS sheets, did you ask for all of
17        the chemicals that you used at SpaceX or just the
18        chemicals that were used with the PVA350?
19             A    Can you reword the question again, please.
20             Q    When you asked for the MSDS sheets in your
   11:36:06
21        workers' comp case, were you asking for MSDS sheets
22        for all the chemicals you used at SpaceX or just the
23        chemicals that you used with the PVA350?
24             A    Did I ask to whom?
25             Q    You asked your HR person at SpaceX to e-mail
   11:36:21
```

                                                      Page 108

1      the MSDS sheets for the chemicals that you worked

2      with.  Do you remember that?

3          A     Correct.

4          Q     And did you ask for MSDS sheets for all the

5      chemicals that you worked with at SpaceX or just the

11:36:41

6      chemicals that you used with the PVA350?

7          A     If I remember correctly, to the best of my

8      recollection, I called a coworker to find out what was

9      the chemical used in the wash area.  I don't remember

10     whether he offer to give me the name of the rest of

11:37:05

11     the chemicals on the conformal coating area.  That was

12     how I got the list of those chemicals.

13         Q     Okay.  I'm going to attach these MSDS sheets

14     as exhibits.

15             MS. LI:  Are you okay?

11:38:01

16             THE WITNESS:  No.  I'm not doing good.

17             MS. LI:  Do you want to take a break?

18             THE WITNESS:  Yeah.  Can we take a break

19     while you're --

20             MR. CATALONA:  Yeah.  Can we please make it

11:38:15

21     a short break.  The last break was very long.

22             MS. LI:  It was only ten minutes.

23             THE VIDEOGRAPHER:  The time is 11:37 and

24     we're going off the record.

25             (A recess was taken.)

11:41:45

Page 109

1        Q      Which of these chemicals on these MSDS
2    sheets did you use in connection with the PVA350?
3        A      The HumiSeal, Arathane, that's it.
4        Q      HumiSeal and Arathane and that's it?  Is
5    that what you said?
     11:46:35
6        A      The brand?  HumiSeal.  And from what I can
7    see, the Huntsman Arathane.
8        Q      Okay.  HumiSeal and Arathane.  Is that it?
9        A      Let me look at this.  Be patient with me,
10   please.  My thinking process is not like yours.
     11:46:58
11           So alcohol is not part of the 350.  The
12   solder wire is not part of the 350.  The lead-free
13   flux cored solder is not part of the 350.  So that
14   leaves us with the other four MSDS.
15       Q      So the Arathane 5750 B(LV) is part of the
     11:47:41
16   PVA350?
17       A      57 A/B.  Part A and part B.
18       Q      There's also one that is Arathane 5750 B.
19   Is that for the PVA350?
20       A      Which one are you referring to?  These two?
     11:48:02
21   Part A and part B?
22       Q      This one.
23       A      As far as I know, these are the same, part A
24   and part B.  These two are the same.  These two are
25   the same.
     11:48:20

                                        Page 113

```
 1          Q    Any parts or any things that you would wash
 2     in the chemical baths or the chemical washes.
 3          A    Okay.  Now we're talking about two different
 4     entities.  Chemical baths were right next to my work
 5     station.  Okay?
       11:51:34
 6          Q    Right.
 7          A    Those were used -- they were separate.  Two
 8     separate.
 9          Q    That's fine.  I totally understand that.
10          A    Their technicians use ise alcohol to wash
       11:51:43
11     the assemblies and subassemblies.  Electronic
12     assemblies, subassemblies.  Okay?  That's what they
13     did there.  I personally never washed any parts.  I
14     just happened to sit right next to the bath wash area.
15          Q    I've read your deposition transcripts from
       11:52:19
16     your workers' compensation case, and you talked about
17     the chemicals you used at SpaceX when you were
18     deposed.  Do you remember that?
19          A    It's been a long time.  I don't remember the
20     entire thing, no.
       11:52:36
21          Q    You don't remember that.  Okay.  We're going
22     to talk about that.
23          A    Are we done with this?
24          Q    Yes.  We can put those there.
25               Actually, I may have given you the wrong
       11:52:49
```

Page 116

```
 1          A    When the operator runs a program.
 2          Q    And you said at SpaceX that this did not
 3     happen because they would bypass the safety switch.
 4     Who were you talking about when you said they would
 5     bypass the safety switch?
       11:58:32
 6               MS. LI:  No.  Sorry.  It says, "Somebody
 7     will bypass the safety switch."
 8     BY MR. CATALONA:
 9          Q    Wait a minute.  Who is this somebody that
10     bypassed the safety switch?
       11:59:01
11          A    The operator.
12          Q    And why would the operator bypass the safety
13     switch?
14          A    I'm not them.  You have to ask them that
15     question.
       11:59:12
16          Q    And then so did you ever bypass the safety
17     switch?
18          A    Part of my job is to bypass the safety
19     switch to do programming.
20          Q    You said that -- they said -- strike that.
       11:59:36
21               The question was:
22                    "The machine would operate
23                    while -- "
24               And the answer was:
25                    "While you open it, while it's
       11:59:49
```

Page 121

```
 1                              still open, which is hazardous.
 2                              But that's the way they work."
 3                    So why did you say that?
 4          A        Could you reword the question.
 5          Q        You said that it would operate while it's
   12:00:06
 6     still open, which is hazardous.  What did you mean by
 7     that?
 8          A        When you open it, it will still -- doesn't
 9     make sense.  I don't know.
10          Q        So it wasn't hazardous to operate the
   12:00:31
11     machine while the door was open?
12          A        No.  Not that I know.  Because we did that
13     in PVA training, and it was -- I was under the
14     impression it was okay.
15          Q        Then why did you say it was hazardous?
   12:00:50
16               MS. LI:  Vague, ambiguous as to time.
17               THE WITNESS:  I don't know.  But as far as I
18     know, when you do programming, you have to open the
19     door and do the programming, and that's what I -- they
20     did that in PVA.  That's how I was taught.
   12:01:07
21     BY MR. CATALONA:
22          Q        And you said, "that's the way they work."
23     Who worked that way?
24          A        PVA.
25          Q        But you never mentioned PVA at your
   12:01:21
```

Page 122

```
 1      deposition.

 2                MS. LI:  Argumentative.  Do not answer that.

 3      BY MR. CATALONA:

 4           Q    In this deposition transcript, who are you

 5      referring to when you said, "that's the way they

12:01:40

 6      work"?

 7                MS. LI:  Asked and answered.  Objection.

 8      BY MR. CATALONA:

 9           Q    You see on line 20?

10           A    20?

12:01:52

11           Q    Line 20.  "But that's the way they work."

12      Who are you referring to?  Line 20.

13                MS. LI:  Objection.  Assume that it's a

14      person.  Lacks foundation.

15      BY MR. CATALONA:

12:02:13

16           Q    Can you answer the question.

17           A    I'm trying to think.  Give me a second,

18      would you?  That's the way PVA works.

19           Q    And why was that hazardous?

20                MS. LI:  Objection.  Vague and ambiguous as

12:02:50

21      to time when he made that statement wherever or

22      currently or at the time that he was actually using

23      the PVA.

24                THE WITNESS:  To the best of my

25      recollection, that's hazardous because that could

12:03:08
```

                                                Page 123

```
 1      injure somebody if they put their hand in there or
 2      something.
 3      BY MR. CATALONA:
 4           Q    So it's not about breathing the material?
 5           A    I never had that impression.
12:03:21
 6           Q    And you still don't have that impression
 7      today.
 8           A    I don't have a background in chemistry.  So
 9      I wouldn't know whether a chemical was harmful or not.
10      I was under the impression that it was okay to work
12:03:36
11      with chemicals based on the training that I acquired
12      from PVA.
13           Q    And you still think it's okay.  You think it
14      was safe, everything that happened to you.
15           A    I have no other reason to believe that there
12:03:47
16      was not.
17                MS. LI:  Objection.  Vague and ambiguous as
18      to time.  Are we talking about today?
19                MR. CATALONA:  Yes.
20                MS. LI:  Or back then?
12:03:55
21                MR. CATALONA:  I'm talking about today.
22      That's what I said.
23                MS. LI:  Okay.  Then please put a time frame
24      because his brain is not really -- we were talking
25      about the deposition which was taken on March 30,
12:04:02
```

Page 124

1          THE WITNESS:   When we first -- I first
2      approached my manager to get new equipment was to
3      satisfy our production and including to have more
4      features that will help us to warn the operator.
5      Okay?   That was the main purpose of the request.
   12:07:33
6      BY MR. CATALONA:
7          Q    Okay.   The testimony was, beginning at
8      line 11:
9                   "For a couple of minutes or up to
10                  a couple, half an hour or hour or
   12:08:01
11                  so.   The only problem with that
12                  is the equipment.   They bypass
13                  the emergency switch; so
14                  sometimes you have to open it.
15                  And in normal conditions, it
   12:08:12
16                  should have shut down, not allow
17                  you to work on the machine.   But
18                  somebody will bypass the safety
19                  switch.
20                  "QUESTION:   So what does that
   12:08:21
21                  mean?   The machine would operate
22                  while --
23                  "ANSWER:   While you open it.
24                  While it's still open, which is
25                  hazardous.   But that's the way
   12:08:31

Page 127

```
 1                    they work.
 2                    "QUESTION:   You never got hurt or
 3                    anything on the machine.
 4                    "ANSWER:  No.  I did a request to
 5                    operate the equipment in there,
      12:08:37
 6                    but it never went over.  I
 7                    approved with my then-manager to
 8                    look into acquiring new equipment
 9                    for safety."
10               So the safety equipment you were trying to
      12:08:48
11        operate had to do with the fact that somebody will
12        bypass the safety switch; correct?
13            A    The safety that I was talking about, this is
14        a standalone machine, meaning you have to reach in
15        there and grab the product and take it out.
      12:09:09
16            Q    You're talking about the PVA350?
17            A    350.  So what I was referring to on this
18        safety issue is there is a more modern version that is
19        a passthrough.
20            Q    Okay.
21            A    The board goes inside, it comes outside the
22        other side.  So I was referring to the safety of not
23        only the operator but overall safety.  So that's --
24        and we talk about acquiring the entire production
25        line.  And instead of the operator or me as a
      12:09:41


                                                    Page 128
```

```
 1        programmer to stick my head or whatever, you put the
 2        board in one side of the machine, it comes out on the
 3        other side of the machine.  Here, it's a standalone
 4        machine where you have to --
 5             Q    Got it.
     12:09:58
 6             A    -- reach inside.
 7                  MS. LI:  Let him finish.
 8    BY MR. CATALONA:
 9             Q    That makes total sense.  So it had nothing
10    do with the exhaust or the fact that the alarm system
     12:10:06
11    wouldn't operate.  It was about hurting your hand?
12             A    It has to do with both.  It was part of when
13    you upgrade, you want to consider everything, not just
14    one.  It's like when you purchase a car, you don't
15    just purchase a car just to have four wheels.  You
     12:10:32
16    purchase a car that you may be able to have new
17    technology in it.  You purchase a car based on what
18    your needs are.  When we purchase a car, when we're
19    looking at this particular upgrade, we were looking at
20    the overall picture.  Not only the safety but other
     12:10:46
21    elements.
22             Q    Right.  And the other elements had to do
23    with the exhaust.
24             A    Correct.
25             Q    Right.  And you said on page 52:
     12:11:03
```

Page 129

```
 1              Q     Okay.  Turn to page 53.  The testimony
 2         begins at line 18.  You said:
 3                        "No.  Almost every time you bleed
 4                        the lines because since it's a
 5                        mist, you can't really see if
       12:14:13
 6                        you're really finished bleeding
 7                        the machine; so you kind of have
 8                        to stick your head inside the
 9                        machine.
10                        "QUESTION:  This would happen for
       12:14:22
11                        a moment daily?
12                        "ANSWER:  Yeah.  For a moment.
13                        It shouldn't have to be that way,
14                        but they bypassed the emergency
15                        mechanism."
       12:14:35
16                   So who bypassed the emergency mechanism
17         besides yourself?
18              A     Sometimes I would walk there and the bypass
19         key was on.  I don't know who.
20              Q     So someone at SpaceX?
       12:14:46
21              A     I don't know.  I'm assuming.  I don't know.
22         You're asking me something that I never witnessed.  I
23         just...
24              Q     You mean SpaceX would just leave the bypass
25         key in there 24/7 and never use it in normal
       12:15:01
```

Page 132

```
 1          A     Before we went out for lunch break --
 2          Q     Uh-huh?
 3          A     -- my Ritalin was wearing off.  Ritalin is a
 4     drug that I take to help me to concentrate.
 5     Backtracking, I was looking -- I was thinking about
       01:35:05
 6     the question that you asked me regarding the
 7     equipment.  And I got confused when you said it was
 8     hazardous to body parts versus hazardous to the fumes.
 9     The main reason we were looking to upgrade our
10     equipment was to have the suction or the exhaust
       01:35:31
11     sensor to get rid of the fumes.  I didn't know at that
12     time that the fumes were hazardous to humans.  That's
13     what I got confused because you went from body parts
14     to fumes.
15              MR. CATALONA:  Okay.  I'll object.  No
       01:35:57
16     question pending and leading on the part of
17     Plaintiff's counsel.
18     BY MR. CATALONA:
19          Q     So you're saying that everything you said
20     about the hazards of sticking your hand into the
       01:36:12
21     machine was just made up?
22          A     No.  I'm clarifying.  Clarifying that you
23     asked me a question regarding being hazardous to body
24     parts.
25          Q     And you said when you stick your hand in,
       01:36:25
```

Page 135

```
 1              MS. LI:   What is the thing about the fume

 2      that you wanted to get rid of?

 3              THE WITNESS:   Just the smell.

 4      BY MR. CATALONA:

 5          Q    Okay.  Your prior deposition transcript, the
        01:37:47

 6      testimony on page 49 and page 50, starting with

 7      line 24, is:

 8                  "ANSWER:  It's a can" --

 9              Wait.  Actually, back up.  Page 49, line 22.

10      Starting at that line.
        01:38:08

11                  "QUESTION:  On the list given,

12                  there's something called thinner

13                  527.  Do you know what that is?

14                  "ANSWER:  It's a -- can be used

15                  as a cleaning agent, or it's also
        01:38:15

16                  for coating purposes.

17                  "Did you work with this chemical?

18                  "Yes.

19                  "QUESTION:  When?

20                  "ANSWER:  Through my time with
        01:38:22

21                  SpaceX.

22                  "QUESTION:  What did you do with

23                  it?

24                  "ANSWER:  You use that to soak

25                  parts to be cleaned."
        01:38:34
```

                                                        Page 137

```
 1              THE WITNESS:  That I know?
 2    BY MR. CATALONA:
 3         Q    Yeah.
 4         A    As far as I know, it was to change the
 5    viscosity on the HumiSeal and to clean parts, to
      01:46:17
 6    soak -- to flush the lines on the machine.  I just
 7    told you the thinner was compatible with HumiSeal.  In
 8    order for you to spray the chemical, it has to have
 9    some certain density.  To change the density, you use
10    the thinner.  Other than that, I don't know if anybody
      01:46:49
11    else uses it anywhere else.
12         Q    Okay.  So the only ways that you used
13    HumiSeal thinner at SpaceX was flushing the lines,
14    cleaning the parts, and when it was combined with the
15    HumiSeal conformal coating; is that correct?
      01:47:10
16         A    As far as I know, yes.
17         Q    Thank you.  Okay.  And there was only one
18    kind of HumiSeal conformal coating at SpaceX; correct?
19         A    I cannot testify about that.
20         Q    Did you use more than one HumiSeal conformal
      01:47:33
21    coating at SpaceX?
22         A    It's been a while since I worked there.  So
23    I don't exactly remember if there were others.
24         Q    Okay.  So other than the HumiSeal conformal
25    coating and the HumiSeal thinner, were there any other
      01:47:58
```

                                                    Page 144

```
 1        HumiSeal products at SpaceX?
 2             A     Not that I know.
 3             Q     And you discussed using the HumiSeal
 4        conformal coating material at your prior deposition.
 5        Other than using it in combination with the thinner in
   01:48:15
 6        the PVA350, what other uses did you have for it at
 7        SpaceX?
 8             A     Did I?
 9             Q     Yes.
10             A     None.
   01:48:33
11             Q     What?
12             A     None.
13             Q     And in the PVA350, it was sprayed onto PCBs?
14             A     Printed circuit boards.
15             Q     PCBs are printed circuit boards; correct?
   01:48:49
16             A     Correct.  And PCBAs.
17             Q     What's a PCBA?
18             A     Printed circuit board assembly.
19             Q     So the only things that were used -- strike
20        that.
21             The only products that were put inside the
22        PVA350 were printed circuit boards and printed circuit
23        board assemblies; correct?
24             A     To my knowledge, yes.
25             Q     And once you had programmed the machine --
   01:49:24
```

                                                       Page 145

EXHIBIT 3                                              102

1      and I'm talking about the PVA350 -- and the operators
2      were using it, you no longer had contact with the
3      PVA350 until they were finished; correct?
4           A     Incorrect.
5           Q     So once the machine was being operated by
01:49:46
6      operators, what were you doing with the PVA350?
7           A     There is a lot that you have to check so
8      often, the thickness.  To be consistent with the
9      thickness of the material.
10          Q     Right.
01:50:06
11          A     As the tank, the level of the tank goes
12     below a certain level, the machine -- the quantity the
13     machine sprayed onto the boards will vary.  So you
14     have to check it periodically to have the consistency.
15          Q     And the operators didn't do that?
01:50:32
16          A     No.  As far as I remember, sometimes they
17     did it, sometimes I go ahead and did it because that
18     was the area it was assigned to me.
19          Q     So once the consistency was confirmed and
20     everything was fine, then you were done with that
01:50:53
21     until the operators were done; right?
22               MS. LI:  Objection.  Vague and ambiguous and
23     misstates the prior testimony.
24               Go ahead.
25               THE WITNESS:  There is more into it than
01:51:08

                                                    Page 146

```
 1      just programming.  There is fixtures involved.

 2      There's not just programming.

 3      BY MR. CATALONA:

 4          Q    I get that.  But at some point, the machine

 5      is operating and it doesn't need to be programmed

01:51:34

 6      anymore; right?

 7              MS. LI:  Objection.  Misstates the prior

 8      testimony.

 9              Go ahead.

10              THE WITNESS:  I just told you sometimes you

01:51:42

11      need to be there.

12      BY MR. CATALONA:

13          Q    Sometimes.  But sometimes you don't.

14              MS. LI:  Objection.  Misstates the prior

15      testimony.

01:51:52

16              Go ahead.

17              THE WITNESS:  You need to be there.

18      BY MR. CATALONA:

19          Q    Sometimes.

20          A    Most of the time.  Like I said before,

01:51:58

21      60 percent of my time, I spent working with that

22      machine.

23          Q    The amount that's sprayed in the machine is

24      how small?

25          A    What do you mean?

01:52:14
```

Page 147

```
 1              At some point, the operator takes over
 2      operating the machine and you don't have to be
 3      involved anymore; right?
 4              MS. LI:  Same objection.  Go ahead.
 5              THE WITNESS:  The main purpose of me being
   01:59:28
 6      there was to oversee production on that area.  I was
 7      the primary person to support that area.  So it is not
 8      completely true what you just stated.
 9      BY MR. CATALONA:
10          Q    How is it partially true?
   01:59:52
11          A    That sometimes I have to step out, and when
12      I finish the program, I will turn that over to the
13      operators.  However, our company has such a wide
14      variety of assemblies and subassemblies that I was
15      often called back for a new product.
   02:00:20
16          Q    So you would not stick your head in the
17      machine while it was still operating, would you?
18              MS. LI:  Objection.  Vague and ambiguous as
19      to "operating."  Are you talking about operating by
20      the operator or operating process of programming?
   02:00:35
21      BY MR. CATALONA:
22          Q    No.  I mean actually spraying materials.
23              MS. LI:  Still vague and ambiguous.  You
24      spray even during programming.
25              MR. CATALONA:  You're making it vague and
   02:00:47
```

Page 152

1       programming for many, many years.  When you get a
2       Gerber file, okay, from a printer circuit board, you
3       know what your X and Ys are.  You know X and Y, you
4       know what component is in X position, what component
5       is in Y position, you know all this.  Here, you're
02:05:15
6       talking about a platform that is floating.  You don't
7       have a reference point.
8               Does that make sense to you?
9          Q    It doesn't make any sense.  I just asked why
10      can't you turn the machine off?
02:05:28
11         A    For the same reason.  You don't have a fixed
12      point.  How can you go by when you don't have a fixed
13      point?
14         Q    You can't explain that?
15         A    Your board is coming in here.  If you have
02:05:38
16      an automated board loader, you have a stopper.  The
17      stopper is always in the same position.  You know
18      where your 00 is.  You know 00 is for X, you know 00
19      is for Y.  Period.  There's no doubt about it.
20              Here, it changes.  If the board is a little
02:05:54
21      bit bigger, then you have to move it a little bit.  So
22      then guess what happened to your 00.  It's gone.  Then
23      you have to move it here.  Then what you gonna do?
24      You're going to look from outside?  No.  You have to
25      go in there, stick your head, look at the board, make
02:06:15

                                                    Page 156

1      sure that the valve is aligned because you don't have

2      anything to go by.

3              Q     And the machine is spraying when your head

4      is going in?

5              A     No.

02:06:26

6              Q     No.  It stopped.

7              A     No.  This is prior.  See, you don't

8      understand the concept.  You keeping saying it will

9      stop, it will stop.  You don't understand the concept.

10     You're not -- seems like you never have programmed

02:06:38

11     equipment.

12             Q     I'm trying to understand it from you, and I

13     don't understand why you can't turn off the machine.

14             A     I'm going to do baby steps with you.  I'm

15     going to do baby steps with you so you can understand.

02:06:54

16             Q     Well, we could do baby steps, but --

17             A     I want to do baby steps because it seems

18     like you don't know -- you're asking questions --

19             Q     Are you able to explain -- just can you give

20     me a thumbnail?

02:07:07

21             A     No.  Because you're asking a question that

22     is more complex than what you make it seem like.

23     You're asking oh, why do you put your head in there.

24             Q     No.  I never said that.

25             A     What was your question again?

02:07:20

Page 157

1          Q    Why can't you turn the machine off before
2     sticking your head in?
3          A    Okay.  And again, I'm going to tell you.
4     Because whenever you do programming, you have to have
5     your door open and you have to look where the spray
      02:07:32
6     is -- what area is spraying.  That's how I was taught
7     by PVA.  There is no other -- you know, it just seem
8     like you could have done this, no.  By nature this
9     machine has flaws.
10         Q    How would you design the machine so it
      02:07:53
11    didn't have flaws?
12              MS. LI:  Objection.  Lacks foundation, calls
13    for expert opinion.
14              THE WITNESS:  I'm not a design engineer.
15    BY MR. CATALONA:
      02:08:08
16         Q    So you can't tell me how you'd fix the
17    machine so it wouldn't be dangerous?
18              MS. LI:  Objection.  Argumentative,
19    harassing the witness.  And same objection as before.
20              Go ahead.
      02:08:21
21              THE WITNESS:  I don't work in designing
22    machines.  I can only tell you what I can see.  It's
23    like you when you see a tree is in the middle of the
24    road.  You know it should not be there.  But that's
25    not your job to develop where the tree is going to be
      02:08:34

                                                Page 158

1          Certification of Court Reporter

2                Federal Jurat

3

4          I, the undersigned, Certified Shorthand

5    Reporter of the State of California, do hereby

6    certify:

7          That the foregoing proceedings were taken before

8    me at the time and place herein set forth; that any

9    witnesses in the foregoing proceedings, prior to

10   testifying, were placed under oath; that a verbatim

11   record of the proceedings was made by me using machine

12   shorthand which was thereafter transcribed under my

13   direction; further, that the foregoing is an accurate

14   transcription thereof.

15         That before completion of the deposition, a review

16   of the transcript [ ] was [X] was not requested.

17         I further certify that I am neither financially

18   interested in the action nor a relative or employee of

19   any attorney of any of the parties.

20

21         IN WITNESS WHEREOF I have hereunto subscribed my

22   name on March 19, 2018.

23

24                    Elizabeth Schmidt

25                    CSR No. 13598

                                              Page 164

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

EXHIBIT 3                                             110