# EXHIBIT 4

EXHIBIT 4                    111

1           UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3

4    RUBEN JUAREZ, an individual and    ) CASE NO.
     ISELA HERNANDEZ, an individual,    ) CV17-03342-ODW(GJSX)
5                                       )
                      Plaintiffs,       )
6                                       )
                  vs.                   )
7                                       )
                                        )
8                                       )
     PRECISION VALVE & AUTOMATION,      )
9    INC., a corporation and DOES 1-20, )
                                        )
10                    Defendants.       )
     _____)

11

12

13

14          VIDEO-RECORDED DEPOSITION OF

15                  RUBEN JUAREZ

16                  VOLUME II

17             Burbank, California

18          Thursday, March 15, 2018

19

20

21   Reported By:

22   Elizabeth Schmidt

23   CSR No. 13598

24

25   PAGES 165 - 343

                                        Page 165

EXHIBIT 4                                          112

```
1              A     I don't remember.
2              Q     Ten years ago?  20 years ago?
3              A     I can't tell you exactly what date.
4              Q     What estimate?
5              A     I cannot estimate the date.
   09:04:58
6              Q     Can you estimate the decade?
7              A     Decade.  No.
8              Q     Okay.  Is your wife and your daughter an
9      American citizen?
10             A     They are.
   09:05:16
11             Q     Do you know when they became an American
12     citizen?
13             A     My wife, no.
14             Q     Daughter?  Was she born in this country?
15             A     When she was born.
   09:05:24
16             Q     Okay.
17                   Did SpaceX give you any written instructions
18     for how to do your job?
19             A     Did SpaceX -- when?
20             Q     At any time.
   09:05:35
21             A     Not that I can remember.
22             Q     What are SOPs?
23             A     SOP.  No idea.
24             Q     What are standard operating procedures?
25             A     I have no idea.
   09:05:54
```

Page 172

1        A    So you're saying the title of this is
2    procedure for polymeric assemblies on electronic
3    assemblies.   I don't see anywhere here on these three,
4    just looking by -- judging by the pages, the front
5    pages, I don't see anywhere does it say SMT.
     09:15:33
6        Q    Could you get in trouble if you did not
7    follow SpaceX's instructions?
8            MS. LI:  Vague and ambiguous.  Go ahead.
9    Hypothetical.
10           THE WITNESS:  Can I get in trouble?  I never
     09:15:48
11   got in trouble; so I don't know.  I actually was
12   recommended to get a raise pay a couple times, and I
13   was recommended to get a promotion.  Actually, I was
14   offered a promotion before I went off on disability.
15   BY MR. CATALONA:
     09:16:13
16       Q    So if you didn't follow their instructions,
17   you wouldn't get in trouble?
18       A    I didn't say that, sir.
19       Q    Well, then what is it?
20       A    I said I don't know.
     09:16:22
21       Q    You don't know if you could get in trouble
22   if you didn't follow their instructions?
23           MS. LI:  Objection.  Asked and answered,
24   harassing the witness.
25           THE WITNESS:  I just told you I never got in
     09:16:31

                                                   Page 182

```
1          A    Yes.

2          Q    What is a workcell?

3          A    I don't know what they mean about that.

4          Q    Did you ever call the machine a workcell?

5          A    Not the machine, no.
   09:41:50

6          Q    Okay.  Do you see that it says:

7               "If the equipment is used in a

8               manner not specified by PVA, the

9               protection provided by the

10              equipment may be impaired."
   09:42:05

11         A    Which paragraph?

12         Q    The paragraph that's in bold and has a big

13    exclamation point next to it.

14         A    Oh.  Yes.

15         Q    Okay.  Turn to page 45.  I'm going to talk
   09:42:19

16    about the operating safety section.  Do you see that?

17         A    Yes.

18         Q    It says:

19              "Basic safety practices are

20              reviewed.  The safety devices and
   09:42:40

21              guarding for the workcell are

22              described."

23              Are you familiar with that section?

24         A    No.

25         Q    Do you see -- let's turn to page 52.  Do you
   09:42:49
```

                                          Page 204

```
 1        warnings on the packaging.
 2            A    Not that I can remember, no.
 3            Q    Okay.  Did the HumiSeal products come with
 4        any written materials?
 5            A    Did the HumiSeal come with written
   09:58:44
 6        materials.  What do you mean by that?  Can you re-word
 7        the question.  You mean, like, a paper?
 8            Q    Yeah.
 9            A    Those are -- they're shipped to our
10        warehouse, SpaceX warehouse, and then they deliver to
   09:59:00
11        the room.  I never seen a paper come with it.
12            Q    Okay.  You don't need to explain everything.
13            A    I have to backtrack on my memory.
14            Q    Did the Arathane products come with any
15        written materials?
   09:59:18
16            A    Same answer.
17            Q    Which is what?
18            A    I just told you the answer.  It comes to the
19        warehouse and the warehouse delivers to our storage
20        area, then that's it.
   09:59:23
21            Q    So you've never seen any written materials
22        that came with the HumiSeal products or the Arathane
23        products; is that true?
24            A    Correct, sir.
25            Q    Did anyone at SpaceX have any headaches or
   09:59:35
```

                                                    Page 220

```
 1     BY MR. CATALONA:
 2          Q    Well, tell me.
 3          A    Tell you what?
 4          Q    All the ways you were exposed to Arathane
 5     products at SpaceX.
       10:02:57
 6          A    Okay.  First of all, I'm not a chemist;
 7     right?  So I don't know what other compounds or
 8     chemicals are used there that have Arathane or what
 9     the chemical composition is.
10          Q    I'm just asking what you know.  I'm not
       10:03:16
11     asking what other people know that you don't know.
12          A    I'm trying to tell you.  You're telling me
13     about a certain product; right?
14          Q    Let me re-ask the question.  Tell me all the
15     ways that you know you were exposed to Arathane
       10:03:29
16     products at SpaceX.
17          A    Just by programming the machine.
18          Q    And you already explained that in the last
19     deposition; right?
20          A    No.  You never let me explain it.  You were
       10:03:41
21     keeping arguing.  So you're telling me how did your --
22     if I remember correctly, you're saying well, how was
23     it that you were unable to check a board with a
24     blacklight from outside seeing that the machine has
25     windows in it; right?  I remember something like that.
       10:04:03
```

Page 224

```
 1        order for me to be certain that the coverage is
 2        100 percent, I have to stick my head in there to
 3        verify that all components are completely covered and
 4        meet their specifications.
 5               Now, are you familiar with the shadow
   10:05:52
 6        effect, Mr. Catalona?  If you're not, I'm going to
 7        explain to you.  Whenever you're -- this is an object.
 8        Okay?  Mr. Catalona, are you looking?  Or I'm just
 9        talking.
10        Q    Sir, you're not answering the question.
   10:06:06
11               MS. LI:  Is the camera showing this?
12               THE WITNESS:  So this is a shadow effect;
13        right?  When the light goes to a part, you have a
14        shadow.  Always you have a shadow.  Okay?  So that
15        shadow, it has to be completely covered.  In order for
   10:06:24
16        me to be certain that the shadow effect is avoid or is
17        completely covered, you have to look from different
18        angles.  Okay?
19               So you cannot from outside get a blacklight
20        and shoot the light beam at a board and be certain
   10:06:43
21        that you have 100 percent coverage.  There is no way
22        possible.  Even if it is nothing but air between you.
23               Now, when you forget your keys at your car
24        and then you don't know if they're inside your car or
25        outside your car, what do you normally do,
   10:07:05
```

Page 226

1    Mr. Catalona?  You do this.  You try to put your hands
2    around your face to get away from the glare; right?
3    Because you cannot see it.  The reflection of the
4    light doesn't allow you to see 100 percent.  So what
5    you do?  You cover -- you put your hands around and
     10:07:22
6    you cover.  Even with that, you are not able to see.
7         Q    Did you get any training with the PVA350 in
8    San Diego?
9         A    No.  Now you understand, Mr. Catalona?
10        Q    What training did you get with the PVA350 in
     10:07:41
11   New York?
12        A    That was not 350.
13        Q    What training did you get with any PVA
14   equipment in New York?
15        A    Training on programming.
     10:07:54
16        Q    And do you remember the number of that PVA
17   machine?
18        A    I believe that was 650.
19        Q    Were there any written materials for that
20   training?
     10:08:04
21        A    Not that I can remember, no.
22        Q    Do you have any written materials from your
23   time doing that training?
24        A    You mean at home or at work or where?
25        Q    Well, let's first ask at home.
     10:08:19

                                        Page 227

```
 1                    Do you have any documentation from your
 2        actual training at PVA in 2011?
 3              A    What do you mean by "documentation"?
 4              Q    Like instructions, manuals, sheets that they
 5        gave you to teach you things.
          10:13:27
 6              A    Mainly all the training was done was
 7        hands-on.
 8              Q    You said "mainly."
 9              A    That I remember.
10              Q    So I was asking about written materials.
          10:13:41
11        Was there any?
12              A    I don't remember.
13              Q    Okay.  That's fine.  And I've handed you an
14        exhibit, Exhibit 25.
15                   (Exhibit 25 was marked for identification.)
16        BY MR. CATALONA:
17              Q    Does that exhibit show when you went to PVA
18        for this training?
19              A    To the best of my recollection, that's the
20        dates.
          10:14:09
21              Q    Okay.
22              A    Those are the dates.
23              Q    Have you ever had any training anywhere
24        regarding working with hazardous chemicals?
25              A    No.  Not that I remember, no.
          10:14:20
```

                                                        Page 232

```
 1          A    If I remember correct to the best of my
 2     recollection was that I called Francisco to get a --
 3     we went over this before in our last deposition,
 4     Mr. Catalona.  I called Francisco to requesting him
 5     that I didn't know what kind of alcohol were used on
10:17:01
 6     the wash area.  And I don't know whether he provide me
 7     the rest of the chemicals or I ask him.  I don't know
 8     how the conversation came about.  So he gave me --
 9     like I say, I don't know how that came about.  So he
10     gave me the list of materials, I requested it from HR
10:17:24
11     department.
12          Q    Why did you request the MSDS sheets for
13     these materials?
14               MS. LI:  Asked and answered.
15               THE WITNESS:  Like I said, per my
10:17:41
16     conversation with Francisco, I'm not quite sure if he
17     offered or I requested him; so he gave me the list,
18     and I forward over to -- to Jane.
19     BY MR. CATALONA:
20          Q    Why?
10:18:01
21               MS. LI:  Same objection.  Go ahead.
22               THE WITNESS:  Because it was given to me.
23     So I wanted to get the MSDS.
24     BY MR. CATALONA:
25          Q    Why?  Why did you want the MSDS?
10:18:09
```

Page 235

1          A    To find out what's going on.  To be able to
2     provide it to my attorney at workers' compensation.
3          Q    And why did you want to provide the MSDS to
4     your attorney at workers' compensation?
5          A    For them to investigate what, if anything,
10:18:27
6     had occurred with these chemicals.
7          Q    And what did you think had occurred?
8          A    I don't know.  I don't speculate.  That's
9     why I hire an attorney, because I don't know.
10         Q    Why did you wait until March 2015 to ask for
10:18:48
11    the MSDS sheets?
12         A    When I first started getting sick,
13    Mr. Catalona, my main goal was to get better.  I am
14    trained as an engineer.  Your mind-set is to think
15    about not what already had happened but a containment
10:19:14
16    action and probably looking down the road, see what
17    had occurred to you.
18              Because I was a healthy person.  And all of
19    a sudden for no reason, I became sick.  So it had to
20    be a reason.  It couldn't be just because of no
10:19:33
21    reason.  Everything has a explanation in this life.
22         Q    I'm sorry, sir.  That didn't answer the
23    question.
24         A    It did.
25         Q    I just asked why you waited until
10:19:43

                                                   Page 236

```
 1        March 2015.
 2              A     In the meantime, I was looking -- I was
 3        focused on getting better.  There's no other answer.
 4              Q     Okay.  So you delayed because you weren't
 5        paying attention to it because you were focusing on
10:20:00
 6        getting better?
 7              A     I was focusing to get my health to
 8        100 percent so I would be able to return back to work.
 9        When you're sick, Mr. Catalona -- I don't know if you
10        understand when you're sick --
10:20:17
11              Q     There's no question pending.  You're arguing
12        with me.
13              A     No, I'm not arguing with you, sir.
14              Q     Please don't argue with me.
15              A     Are you --
16              Q     I move --
17                    (Simultaneous crosstalk.)
18        BY MR. CATALONA:
19              Q     Don't argue with me.
20              A     I'm not arguing with you.
10:20:26
21              Q     Yes, you are.
22              A     I'm trying to explain to you you've never
23        been on a traumatic event.
24              Q     Look, we can't argue like this, sir.
25              A     I'm not arguing with you.
10:20:34
```

                                            Page 237

```
 1            Q    You are.
 2            A    I'm trying to explain -- you're asking me a
 3      question.   Why did you wait until this time; right?
 4      Was that the question?   Yes or no, Mr. Catalona?
 5            Q    Don't argue with me.
        10:20:44
 6            A    You're saying why did you --
 7                 MR. CATALONA:   This is improper.   You need
 8      to instruct your client --
 9                 THE WITNESS:   -- why did you wait until
10      this --
11                 (Simultaneous crosstalk.)
12                 MS. LI:   Can we take a break?
13                 MR. CATALONA:   Yeah.
14                 THE VIDEOGRAPHER:   We are off the record at
15      10:19 A.M.
        10:20:55
16                 (A recess was taken.)
17                 THE VIDEOGRAPHER:   We are back on the record
18      at 10:21 A.M.
19                 THE WITNESS:   Can we go back a little bit on
20      this, Mr. Catalona.
        10:22:58
21      BY MR. CATALONA:
22            Q    No.   We're done with this.
23                 Do you know whether PVA had any samples of
24      the chemicals that were going to be sprayed at SpaceX?
25            A    I don't know that.
        10:23:07
```

Page 238

```
 1          Q    Any other reason that you think that any
 2     chemicals were a factor in your development of
 3     headaches or other symptoms?
 4          A    Well, at first, when I started workers'
 5     compensation claim, at first I thought alcohol was the
       10:26:10
 6     cause of my problems.  Alcohol and solder wire.  Later
 7     down the road, I find out it was lead-free solder wire
 8     used.  And that's how it came about that I asked
 9     Francisco for the MSDS and he provided the rest of the
10     chemicals.  And those MSDS, I sent it over to my
       10:26:40
11     attorney so he can investigate furthermore.
12               So to answer your question, yes, that I
13     remember right at the top of my head, there were
14     three -- at least three doctors that linked my
15     symptoms to a chemical exposure.
       10:27:04
16          Q    Do you have any other reasons to think --
17     strike that.
18               Other than these three doctors, are there
19     any other reasons that cause you to connect your
20     headaches and other symptoms to chemical exposure?
       10:27:18
21          A    I don't want to speculate.  I don't know.
22          Q    Okay.
23               When did you first meet your attorney for
24     this case, Teresa Lee?
25               MS. LI:  Objection.  Attorney-client
       10:27:31
```

Page 241

```
 1        BY MR. CATALONA:
 2              Q    I've handed you Exhibit 28.
 3              A    Yes.
 4              Q    This is the document that offered you the
 5        job at SpaceX; right?
   10:33:18
 6              A    That's what it says.
 7              Q    On page 322, that is your signature; right?
 8              A    Yes, sir.
 9              Q    Okay.  Please give me that back.
10              (Exhibit 29 was marked for identification.)
11        BY MR. CATALONA:
12              Q    This is a history and physical dated
13        March 14, 2013.  Do you see that it says that you had
14        coil embolization for nonruptured ACA aneurysm?
15              A    Where does it say that, Mr. Catalona?  Which
   10:34:14
16        paragraph?
17              Q    The first paragraph.
18              A    Oh, yeah.
19              Q    It indicates that that procedure was done in
20        January 2013.  Do you see that?
   10:34:31
21              A    Yes, sir.
22              Q    When do you remember having that done?
23              A    What done?
24              Q    The procedure.
25              A    The --
   10:34:43
```

Page 246

```
 1              Q     Have you ever had medical treatment for
 2       breathing problems.
 3              A     The toxicologist recommend to use a spray.
 4              Q     Have you ever used a spray?
 5              A     Yes.
         10:37:51
 6              Q     When did you start using a spray?
 7              A     After I saw the toxicologist.  I don't
 8       remember what date.
 9              Q     Is that listed on this list of medications
10       that you gave us?
         10:38:05
11              A     No.
12              Q     When was the last time you used the spray?
13              A     I use it from time to time but not that
14       often.
15              Q     I'm marking your list of medications as
         10:38:18
16       Exhibit 31.
17              (Exhibit 31 was marked for identification.)
18       BY MR. CATALONA:
19              Q     Has anyone ever told you why you're taking
20       this spray?
         10:38:31
21              A     To clear my airways.
22              Q     And has anyone ever told you what medical
23       problem you have that causes you to take the spray?
24              A     Not precisely, no.
25              Q     Has anyone ever told you --
         10:38:52
```

Page 249

```
 1          A    I take that back.  I also use a nasal spray
 2     to clean out my airways, too.
 3          Q    Other than the nasal spray and the --
 4          A    Inhaler.
 5          Q    -- inhaler, have you ever had any medical
    10:39:10
 6     treatment for breathing problems?
 7          A    Prior to me working with SpaceX, no, not
 8     that I remember.
 9          Q    How about after you started working with
10     SpaceX?
    10:39:20
11          A    I started, yes, some problems.  But they
12     were not -- they were not able to pinpoint what causes
13     it.
14          Q    I didn't ask that.  I asked other than the
15     nasal spray and the inhaler, have you had any medical
    10:39:34
16     treatment for breathing problems at any time before or
17     after you started working at SpaceX.
18          A    Not that I can remember, no.
19          Q    Please don't talk over me.  Okay?  Please
20     wait until I'm finished with my question.
    10:39:48
21          And has anyone ever told you why you're
22     using the inhaler or the nasal spray?
23          A    I just answered your question, Mr. Catalona.
24          Q    I didn't hear that.
25          A    Well, can we ask the court reporter to read
    10:40:12
```

Page 250

```
 1              A     Yes.
 2              Q     You stated you were not given any training
 3         on how to use the equipment; correct?
 4              A     Yes.
 5              Q     The question was were you given any --
      11:05:53
 6         strike that.
 7                    The question was, "Were you given any safety
 8         training," and the answer was "no"; is that correct?
 9              A     Correct.
10              Q     The question was, "Were you told that the
      11:06:02
11         chemicals are dangerous/hazardous," and you circled
12         the word "no"; is that correct?
13              A     Correct.
14              Q     And you wrote that the size of your work
15         area at first was 20 feet by 10 feet and later it was
      11:06:16
16         30 feet by 15 feet; correct?
17              A     Yes.
18              Q     Then why did you file a workers'
19         compensation claim for toxic exposure?
20              A     Referring to your Exhibit 32?
      11:06:51
21              Q     Not necessarily.   I just want to know why
22         you filed your workers' compensation claim for toxic
23         exposure.
24              A     At first, as I explained to you in our last
25         meeting, a wash area was installed right next to my
      11:07:05
```

                                              Page 262

```
 1        computer station.  So I thought the chemicals were
 2        used in that bath for wash area to wash electronic
 3        devices, PCBAs and PCBs, and the solder wire was used,
 4        I thought that was the cause of my problems.
 5              Q    And --
        11:07:34
 6              A    I later find out that it was only alcohol
 7        being used to wash those parts and also it was a
 8        lead-free solder wire used to -- in that bath wash.
 9              Q    And those parts were being soaked in those
10        bath -- what do you call them, bathtubs?
        11:07:54
11              A    It's similar, yeah.
12              Q    And they were being soaked so they could be
13        cleaned?
14              A    I don't know.  I don't know what they did to
15        them.  I guess that's what they did, yes.  Like I say,
        11:08:10
16        I didn't pay much attention of -- my main focus was to
17        do programming, not to see what they were doing with
18        that.
19              Q    Did you get your aneurysm and headaches
20        after you were exposed to different chemicals at
        11:08:28
21        SpaceX?
22              A    Can you re-word the question for me, please.
23              Q    What did you not understand about it?
24              A    I didn't understand the time.
25              Q    Did you get your aneurysm after you were
        11:08:43
```

Page 263

```
 1         had been working in a toxic work environment at
 2         SpaceX?
 3              A    I don't remember.
 4              Q    So it was after you stopped working there?
 5              A    I don't remember.
      11:33:26
 6              Q    Was it during your workers' compensation
 7         claim?
 8              A    Again, I don't remember.  I mean, it's got
 9         to be a reason for a healthy person to go just from
10         being healthy, nothing wrong with them, then just to
      11:33:41
11         go and being in the emergency room all the time.
12         There's got to be a reason.  I mean, things doesn't
13         happen for no reason.
14              Q    And you thought the reason was it was a
15         toxic work environment.
      11:33:55
16              A    I didn't know what was the reason, sir.
17              Q    You didn't think it was because you were in
18         a toxic work environment?
19              A    Like I said, I was under the assumption that
20         PVA and SpaceX, there were nothing wrong with it.  I
      11:34:08
21         have no reason to speculate otherwise.
22              Q    At some point, you probably said you know
23         what, I think that I was working in a toxic work
24         environment.  Right?
25              A    Again --
      11:34:22
```

                                                    Page 282

```
 1      asking me when did you learn?  Did you think now?

 2           Q    Yeah.  Did you know now?

 3           A    Do you think after reading the MSDS, I know

 4      that there is -- that I was exposed to chemicals that

 5      I shouldn't have been exposed to?

     11:38:51

 6           Q    Yeah.  When did you first learn that you

 7      were working in a toxic work environment?

 8           A    I request -- you're going to let me answer

 9      or you just going to keep doing this?  I request the

10      MSDS from SpaceX.  Right?  You asked me that question.

     11:39:08

11      After I request it, I forward those MSDS to my

12      attorney, to my workers' compensation attorney.  They

13      did the digging.  They tried to figure out the

14      investigation.  I don't have a degree in chemistry.  I

15      don't know what all those chemicals were.

     11:39:32

16           Then they find out the baths were only

17      alcohol and lead-free solder.  Okay?  So that's --

18      when I received those MSDS, I didn't even open it.  I

19      forwarded that to my attorney.  Afterwards, I read

20      about it and I start to read about the MSDS, but that

     11:39:53

21      was after I received the MSDS.  And I did send it, if

22      you see the e-mails, I requested it, the MSDS.

23           Q    So you're saying you first learned that you

24      were working in a toxic work environment after you

25      requested the MSDS.

     11:40:13
```

                                                    Page 287

```
 1          A     I suspected there was the bath wash
 2     installed right next to me.  You keep shaking your
 3     head.  You were not me, Mr. Catalona.  You --
 4          Q     I'm just trying to get an answer to that
 5     question.
       11:40:30
 6          A     Listen.  There's no black and white.  You
 7     don't wake up and one day you say gee, you know what,
 8     I think today I feel like I'm going to know.  It's a
 9     process.  It's a process.  Do you work in a process,
10     Mr. Catalona, or would you just start --
       11:40:46
11          Q     Can I ask a question, please?  Okay.  So
12     when was it that you finally knew?
13          A     After -- a few months after I received the
14     MSDS from SpaceX.
15          Q     Okay.  So you received the MSDS from SpaceX
       11:41:01
16     in March of 2015.
17          A     I don't remember the date.  I don't know the
18     date.
19               MR. CATALONA:  Can I have the exhibits back.
20     Are these all of them?
       11:41:23
21               THE WITNESS:  Are we finished with this,
22     Mr. Catalona?
23     BY MR. CATALONA:
24          Q     Maybe not.  Hold on.  Here is Exhibit 26.
25     At the bottom of the page, it shows that you requested
       11:41:32
```

                                                        Page 288

```
 1      the MSDS on March 3, 2015.  Do you agree?
 2           A    That's what it says here.
 3           Q    Okay.  So you found out that you were
 4      working in a toxic work environment at some point
 5      after March 3, 2015; correct?
        11:41:55
 6           A    Sometime after, yes.
 7           Q    Okay.  Who is Mike Lynch?
 8           A    Mike Lynch is the HR -- director of HR.  He
 9      was.  I don't know.  It's a high turnover with SpaceX.
10           Q    So Mike Lynch is the HR director or was the
        11:42:23
11      HR director at SpaceX; correct?
12           A    I don't know at this time.  I don't know his
13      title.
14           Q    Mike Lynch was the HR director at SpaceX
15      when you worked there; correct?
        11:42:40
16           A    I never met the person.  I don't know what
17      his title was.
18           Q    Okay.  Let me -- Mike Lynch worked at HR at
19      SpaceX when you worked there; correct?
20           A    No.  Not that I know.
        11:42:51
21           Q    I thought you just said that.
22           A    No, no.  I learned via communication e-mails
23      that he was Mike Lynch.  The main person, my contact
24      person was another HR, I don't know if personnel or
25      whatever.  Afterwards, I came to find out about Mike
        11:43:12
```

Page 289

```
 1          last session of your deposition.   Remember that?
 2          A    No.  But if you say, yeah.
 3          Q    For the second conformal coating room, I
 4     asked you about the equipment that was in that
 5     conformal coating room, and you said you purchased a
   12:17:22
 6     air filtration system.
 7          A    Yes.
 8          Q    Okay.  And did you have to get approval from
 9     anyone to purchase the air filtration system?
10          A    I just turn in the work order.  I mean the
   12:17:37
11     purchase order.
12          Q    And that air filtration system was in the
13     conformal coating room 2; correct?
14          A    That's correct.
15          Q    Okay.  And why did you purchase a air
   12:17:49
16     filtration system for conformal coating room 2?
17          A    To get rid of the smell.
18          Q    And what was wrong with the smell?
19          A    It bothers.  It's annoying.
20          Q    So let me read this again.
   12:18:20
21                    "A few months after he began
22                    working at SpaceX, Mr. Juarez
23                    developed symptoms of migraine
24                    headaches, dizziness, difficulty
25                    walking, and sinus symptoms due
   12:18:36
```

                                                    Page 317

1    knowing.  I speculated that that could be the cause of

2    that.  Okay?  I later found that out after I got the

3    MSDS from SpaceX that -- and I forward that to my

4    workers' compensation lawyer, they did the

5    discoveries.

   12:46:28

6    BY MR. CATALONA:

7        Q    Okay.  If you didn't think that the Arathane

8    and the HumiSeal could have caused your problems, why

9    did you ask for the MSDS sheets for Arathane and

10   HumiSeal?

   12:46:42

11       A    Again, we talk about this before.  This is

12   the -- I don't know how many times -- ten times you

13   have asked me the same question.  And I told you that

14   at the beginning, I thought the bath wash was a

15   problem.  We established that; right?  There's no

   12:46:56

16   doubt about that.  And we established also that the

17   bath wash was installed on the second conformal

18   coating, not in the first conformal coating.  Right?

19   The first conformal coating, there was no bath wash

20   right next to me.  In the second conformal coating,

   12:47:12

21   there was a bath wash.

22            So I thought there were chemicals in there

23   that might be the cause of my problems.  Down the line

24   after the lawyer did the discoveries, they found out

25   on the bath wash, it was just isopropyl alcohol.  And

   12:47:37

                                              Page 332

```
 1        the solder was just lead-free solder wire.
 2              Q     If that's all you thought, then why did you
 3        ask about Arathane and HumiSeal?
 4              A     And then I didn't know what they were using.
 5        So I called Francisco.  And I told you this, like, ten
          12:47:57
 6        times already.  This is the tenth time I told you that
 7        during that phone conversation, I asked him about the
 8        specific name of the alcohol.  And I'm not quite sure
 9        whether he provide or I ask, I don't know how it came
10        about that he gave me the rest of the chemicals.
          12:48:13
11              That was during the -- you mentioned that in
12        one of your papers that you gave me.  You asked me
13        this question before.  You said oh, but you say here,
14        you sent an e-mail asking the HR department for this,
15        and I said yes.  And it's in the record.  I said I had
          12:48:33
16        a conversation with Francisco.
17              Q     Right.
18              A     And I said hey, you know what, I'm having
19        this problem.  HR is not cooperating with me.  I need
20        to find out.  Can you do me a favor and find out what
          12:48:50
21        kind of alcohol they using.  So I don't know if he put
22        me on hold.  It's been a while since we had this
23        conversation.  Either he put me on hold or whatever,
24        and he went and asked and he told me oh, they're using
25        only alcohol.
          12:49:09
```

Page 333

1          And I said you know what else they might be
2     using?  He said -- and this is where I'm not quite
3     sure whether he offer or it was a conversation and all
4     these chemicals came up.  And that's how I -- and at
5     that time, I wrote this e-mail and I wrote that down,
12:49:27
6     wrote the list -- handwrited the list, and then after
7     that, I mailed it to HR.
8          Q    Okay.  So I get why you asked about alcohol
9     to HR.  Why did you ask about HumiSeal and Arathane?
10         A    Again, I don't know how it came about, the
12:49:46
11    conversation with Francisco.  Francisco worked in
12    the -- just on the -- hang on.  Hang on.  Let me
13    answer your question.
14         Q    I heard that.  I'm asking a different
15    question now.
12:50:01
16         A    But you're saying you don't know why.  He
17    works in the conformal coating area.  So he sees me
18    all the time there.  Okay?  So he said do you want me
19    to give you -- I don't know if he said do you want me
20    to give you or I said -- I don't know how the
12:50:15
21    conversation came about.  But he provide me with this.
22    I didn't know -- at this time, we were not in good
23    terms -- I was not in good terms with SpaceX.  They
24    were not trying to give any anything.  Okay?
25              Even if you see that here, they say we'll
12:50:34

                                              Page 334

```
 1        send it to your attorney.  Okay?  Because I ask them
 2        can you please provide -- I talked to -- over the
 3        phone with one of the reps in HR, I'm not quite sure
 4        if it was Heather or one of them, but I asked them can
 5        you please provide me with a list of chemicals that I
   12:50:54
 6        interface.  And they said what chemicals?  I don't
 7        remember what was -- they were not willing to do it.
 8                So I contact Francisco, and he was the one
 9        who provide me with -- I said hey, do you know what
10        kind of alcohol or chemical they use in the bath.  And
   12:51:09
11        he say oh, they're just alcohol or whatever.  And he
12        said by the way, you want me to give you the rest?  I
13        don't know how it came about.  I don't know the exact
14        conversation that I had with him.
15                So I wrote it down and I sent this e-mail
   12:51:25
16        for them to provide me with the MSDS.  After I go
17        about this, I sent it over to my workers' compensation
18        for discovery.
19            Q    Okay.
20            A    I'm being very clear.  I mean, I don't know
   12:51:36
21        how much clear --
22            Q    You're not being clear.
23            A    What you want me to --
24            Q    Wait, wait.  Sir, don't interrupt.  You
25        asked about the alcohol because you thought you were
   12:51:45
```

Page 335

```
 1        being exposed to alcohol.
 2             A     I asked --
 3             Q     Wait.  Wait.  Wait.  Is that true?  Can you
 4        answer that without explaining, without spending two
 5        paragraphs explaining?
      12:51:58
 6             A     I have to explain to you.  I didn't know
 7        what was in the bath wash.  Do we understand that?
 8             Q     No, we don't, actually.  Because this just
 9        says -- let me just read this.
10                        "Hello, Jane.  I need a copy of
      12:52:12
11                        the following MSDS.  How do I
12                        need to contact to obtain them?
13                        1, Arathane two-part mix; 2,
14                        thinner 521; 3, 63-37 eutectic
15                        solder wire; 4, HumiSeal 1A33
      12:52:26
16                        conformal coating; 5, isopropyl
17                        alcohol (IPA).  Thank you."
18                  So you asked for MSDS information for all
19        five of those chemicals.
20             A     Correct.
      12:52:41
21             Q     And you asked for the isopropyl alcohol
22        because you thought you had been exposed to it.
23             A     Not precisely for that particular chemical.
24        I asked Francisco what do they use on the chemical
25        bath wash area to clean the parts.  I didn't know what
      12:53:01
```

                                                          Page 336

```
 1        they used.  I never clean it.
 2              Q    That's a different thing.
 3              A    It is part of it.
 4              Q    No.  I'm not asking about Francisco.  I'm
 5        asking about your e-mail to Jane.
   12:53:12
 6              A    Yes, sir.
 7              Q    So the reason you wanted these parts --
 8        strike that.
 9                   The reason you wanted the information on
10        these substances is that your doctor that we were just
   12:53:21
11        talking about said he thought you could have toxic
12        exposure, and he said we need to get the MSDS sheets.
13        So you went to HR and said what are the MSDS sheets so
14        you could find out if there was toxic exposure.
15             A    You're making an assumption.  I'm telling
   12:53:44
16        you what I remember.  You're saying the doctor told
17        you this, so you must have done this.
18             Q    No.  I'm saying that's what the doctor --
19             A    But this --
20             Q    Hold on.
   12:53:52
21                  MS. LI:  Lacks foundation.  Lacks
22        foundation.  We haven't established that's what the
23        doctor told him.
24                  THE WITNESS:  Here it is, Mr. Catalona.
25        ///
   12:54:23
```

                                                    Page 337

1          Certification of Court Reporter

2                  Federal Jurat

3

4        I, the undersigned, Certified Shorthand

5    Reporter of the State of California, do hereby

6    certify:

7        That the foregoing proceedings were taken before

8    me at the time and place herein set forth; that any

9    witnesses in the foregoing proceedings, prior to

10   testifying, were placed under oath; that a verbatim

11   record of the proceedings was made by me using machine

12   shorthand which was thereafter transcribed under my

13   direction; further, that the foregoing is an accurate

14   transcription thereof.

15       That before completion of the deposition, a review

16   of the transcript [ ] was [X] was not requested.

17       I further certify that I am neither financially

18   interested in the action nor a relative or employee of

19   any attorney of any of the parties.

20

21       IN WITNESS WHEREOF I have hereunto subscribed my

22   name on March 28, 2018.

23

24

25       Elizabeth Schmidt, CSR No. 13598

                                  Page 343