# EXHIBIT 5

# MANUAL FILING