# EXHIBIT 6

# MANUAL FILING