# EXHIBIT 7

# MANUAL FILING