# EXHIBIT 8

# MANUAL FILING