# EXHIBIT 9

# MANUAL FILING