# EXHIBIT 10

EXHIBIT 10 148

**ARATHANE® 5750 A**

## 6. Accidental release measures

information and Section 13 for waste disposal.

## 7. Handling and storage

| | |
|---|---|
| Handling | : Put on appropriate personal protective equipment (see Section 8). Eating, drinking and smoking should be prohibited in areas where this material is handled, stored and processed. Workers should wash hands and face before eating, drinking and smoking. Remove contaminated clothing and protective equipment before entering eating areas. Persons with a history of skin sensitization problems or asthma, allergies or chronic or recurrent respiratory disease should not be employed in any process in which this product is used. Avoid exposure during pregnancy. Do not get in eyes or on skin or clothing. Do not breathe vapor or mist. Do not ingest. Use only with adequate ventilation. Wear appropriate respirator when ventilation is inadequate. Do not enter storage areas and confined spaces unless adequately ventilated. Keep in the original container or an approved alternative made from a compatible material, kept tightly closed when not in use. Store and use away from heat, sparks, open flame or any other ignition source. Use explosion-proof electrical (ventilating, lighting and material handling) equipment. Use non-sparking tools. Take precautionary measures against electrostatic discharges. To avoid fire or explosion, dissipate static electricity during transfer by grounding and bonding containers and equipment before transferring material. Empty containers retain product residue and can be hazardous. Do not reuse container. |
| Storage | : Store in accordance with local regulations. Store in a segregated and approved area. Store in original container protected from direct sunlight in a dry, cool and well-ventilated area, away from incompatible materials (see Section 10) and food and drink. Eliminate all ignition sources. Separate from oxidizing materials. Keep container tightly closed and sealed until ready for use. Containers that have been opened must be carefully resealed and kept upright to prevent leakage. Do not store in unlabeled containers. Use appropriate containment to avoid environmental contamination. |

## 8. Exposure controls/personal protection

| Ingredient | Exposure limits |
|---|---|
| Diphenylmethane 4,4'-diisocyanate | ACGIH TLV (United States, 3/2012).<br>　TWA: 0.005 ppm 8 hours.<br>OSHA PEL (United States, 6/2010).<br>　CEIL: 0.02 ppm<br>　CEIL: 0.2 mg/m³ |
| Toluene | OSHA PEL Z2 (United States, 11/2006).<br>　TWA: 200 ppm 8 hours.<br>　CEIL: 300 ppm<br>　AMP: 500 ppm 10 minutes.<br>ACGIH TLV (United States, 3/2012).<br>　TWA: 20 ppm 8 hours. |

| | |
|---|---|
| Recommended monitoring procedures | : If this product contains ingredients with exposure limits, personal, workplace atmosphere or biological monitoring may be required to determine the effectiveness of the ventilation or other control measures and/or the necessity to use respiratory protective equipment. Reference should be made to appropriate monitoring standards. Reference to national guidance documents for methods for the determination of hazardous substances will also be required. |
| Engineering measures | : ==Use only with adequate ventilation. Use process enclosures, local exhaust ventilation or other engineering controls to keep worker exposure to airborne contaminants below any recommended or statutory limits. The engineering controls also need to keep gas, vapor or dust concentrations below any lower explosive limits.== Use explosion-proof ventilation equipment. |

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 10
149
PVA-0304