# EXHIBIT 11

EXHIBIT 11

150

Protected by Stipulated Protective Order, v. Precision Valve and Automation Inc., CV 17-03342-ODW (GJSx) December 18, 2017, in Ruben Juarez, et al.,

| Guarding: | |
|---|---|
| Doors: | Yes ✓ |
| Interlocks: (y/n) | Yes |
| Light curtain: | No |
| Light tower: | No |
| **Process Controls:** | |
| Flow Monitor: | No |
| Remote transmitter: (y/n) | - |
| Gear style: (y/n) | - |
| Low level: | No |
| Auto Crossover: | No |
| Computer: | Yes |
| Portal OIT: (y/n) | No |
| Bar code reader: | No |
| A/B Box: (y/n) | No |
| Data Logging: | No |
| Needle Calibration: | No |
| Black light | No |
| Cycle rate (sec.) | Unknown |
| **Air Requirements:** | |
| PSI: | 80 – 100 ✓ |
| Dry: (y/n) | Yes |
| Lubricated: (y/n) | No |
| **CFM:** | < 10 |
| **Ventilation:** | |
| Minimum CFM: | 300 ✓ |
| Flange dia. : (4" or 5") | 5" ✓ |
| PVA blower: (y/n) | No |
| Blower exit diameter: | - |
| Exhaust switch: (y/n) | Yes ✓ |
| **Supply Voltage:** | |
| 120VAC: | Yes |
| 220VAC: | No |
| Frequency: | 60 Hz |
| Current: | 12A |
| Phase: | Single |
| **Coating Material:** | |
| Material A: | SCC NVOC |
| Material B: | |
| Solvent: | None |
| Kalrez O-rings? (y/n) | Yes |

Customer Supplied

4/27/2009