# EXHIBIT 13

EXHIBIT 13

154

