# EXHIBIT 16

EXHIBIT 16 161

Protected by Stipulated Protective Order, December 18, 2017, in Ruben Juarez, et al., v. Precision Valve and Automation, Inc. CV 17-03342-ODW (GJSx)

Final Shipment Sign-Off

Customer Service: _____  Inspector _____  Date: _____

Initials

- ==*Operating Manuals*== (x50)
- ___ Galil manual(s)
- ___ PathMaster CD
- ___ PathMaster Release cable(s)
- ___ SMEMA Cables (J1 & J2)
- ___ Pendant/Trackball
- ___ Bi-directional cable (If applicable) verified
- ___ Sample needles & Seat wrench
- √ ==Machine photos taken==
- ___ Galil Serial # matches QC doc

- ___ Box of Needles
- ___ Needle Brochure
- ___ Final Prog to server
- ___ Communications
- ___ Teach
- ___ ==Exhaust switch==
- ___ Low level verified
- ___ Galil operating voltage
- ___ Run at field voltage