# EXHIBIT 17

EXHIBIT 17

163

connected. The *DOOR BYPASS* key switch is provided to allow maintenance personnel access to the work area without disconnecting power. This bypass switch only allows access during Manual and Calibration modes.

### Light Curtain

Some machines are equipped with an optional light curtain. The light curtain is redundant and self-checking. The control signals from the light curtain are included as safety devices in the safety circuit. On machine power up, the light curtain must be reset by turning the key switch to 'Reset' for at least ½ second.

### Exhaust Fan

Some machines are equipped with an exhaust fan. The exhaust fan is provided to exhaust fumes from the work area. The exhaust flange should be connected to an appropriate ducting system that is capable of receiving 150 CFM (cubic feet per minute). Insufficient airflow through the exhaust system generates an error.



***NOTE: Installed safety devices vary from model to model.***

# Operation

## Startup Procedure

1) Check the fluid and air pressures.
2) Close all doors and turn the *DOOR BYPASS* key switch to the OFF position (If applicable).
3) Engage the *EMERGENCY STOP* button.
4) Turn on main power using the red rotary switch at the front or rear of the machine (Black "rocker" switch on PVA250™ and PVA250E™ models).

## Light Tower Operation

Three stacked indicator lights and a buzzer are used to indicate the status of the machine. The lights are green, amber, and red with green on the bottom, amber in the middle and red on top. The buzzer is located below the green light. The lights are visible from all sides of the machine. The indicators operate as follows. The light tower may help you be your first clue for solving a problem.

- The green indicator is on when the machine is in cycle and producing parts. It is off at all other times.
- The amber indicator is on when the machine is in Auto Cycle and ready to produce parts, but can not cycle due to an external material handling problem (no incoming parts or no room to unload parts). PVA750™ and PVA2000C™ models are equipped with a light tower but not an amber light.
- The red indicator is on steady when the machine is not in Auto Cycle due to operator intervention. It will flash when the machine is in cycle, but cycle is halted due to a machine problem. It is off at all other times.
- The buzzer cycles with the red indicator during machine errors.

Table 4 – Light Tower & Buzzer Status



| State | Red | Amber | Green | Buzzer |
|---|---|---|---|---|
| Cycle Stop | ON | OFF | OFF | OFF |
| Auto Cycle | OFF | ON | OFF | OFF |
| In Cycle | OFF | OFF | ON | OFF |
| Machine Error | FLASH | OFF | OFF | FLASH |

## Exhaust Verification

Once the workcell has initialized, most models will perform an exhaust flow verification process. If initialization fails, consult the section Startup Errors on page 44. During this process, and whenever the workcell is in operation the exhaust flow rate is monitored via the on board pressure differential switch. The workcell must exhaust at a rate no less than 150 cubic feet per minute, otherwise a critical fault will occur shutting the motors down. The verification process will also attempt to evacuate any potential vapors that may already exist in the work area of the work-






**WHERE PRECISION DRIVES PRODUCTION**

## PVA Product Overview



### About PVA
PVA is a global manufacturer of conformal coating systems, innovative fluid dispensing solutions and precision valve technology. Throughout the changing global manufacturing landscape, PVA remains committed to providing our customers with exceptional products and global support.

**Complimentary Array of Products**
Coating & Dispensing Systems • Valves • Curing Ovens • Consumables • Fume Filtration • More •

**Industries**
Electronics • Automotive • Aerospace • General Packaging • Medical Device • Renewable Energy Consumer Goods • Military / Defense

### Product Guide
**Selective Conformal Coating & General Dispensing**
PVA350    Tabletop Selective Coating System
PVA650    Selective Coating System
PVA2000   Selective Coating System
PVA3000   Automated Dispensing System
PVA6000   Coating and Dispensing System

**Microelectronics – (Underfill, Paste, Encapsulant)**
PVA350SMT    Tabletop SMT Dispensing System
PVA650SMT    SMT Dispensing System

**Meter-mix Dispensing**
MX3000 / MX4000 Gear Pump Meter-Mix Systems
MX1000 / MX1500 Rod Displacement Meter-Mix

**Optical Bonding**
PVA710    Optical Bonding System

**Dispensing Consumables**
Needles and Tips
Static Mixers

One Mustang Drive
Cohoes NY 12047
tel 518 371 2684
fx 518 371 2688
www.pva.net

PVA\350 Fume Filtration\

**Valve Options**
FCM Series Micro Dispense
FCS Series Atomized Spray
FC Series Needle Dispense
SVX Auger Valve
MV Series Shot Metering
CA Series Diaphragm Valves     FCS300-ES    FCM100
PC Series 2-part Mixing Valves
VPX Series Volumetric Pump
-CF Series Film Coating (Airless) Valves

**Manual/Benchtop Dispensers**    SVC100
Valve/Syringe Controllers
Valve/Syringe Stands
Custom Solutions



**Inline Curing Ovens**
IR2000    Infrared Heat Curing Chamber
UV1000    Ultraviolet Light Curing System
UV2000    Ultraviolet Light Curing Chamber
UV5000    UV Flood Lamp Curing System

**Custom Automation**
Selective Soldering
Odd-form Pick and Place
Automated Screw Driving            UV2000
Automated Optical Inspection

**Material Delivery Tanks / Pumps**
PVA-1LBCA  One Pound Bottle Pre
PVA-1LTUV  One Liter Bottle Pressure Reservoir    PVA-2LTUV
PVA-2LTUV  2 Liter Bottle Pressure Reservoir
PVA10G  Ten Gallon Stainless Steel Pressure Tank Assembly
DPCC  Fluid Delivery System
PVA-1GPU  One Gallon Hydraulic Metering Pump
CP Series Pumps for Medium to High Viscosity Materials

**Fume Filtration**
FX800    Fume Filtration System



FX800

Jan. 2013

EXHIBIT 17

166

PVA-0219

## Selective Coating Equipment Comparison



| | PVA350 | PVA650 | PVA2000 | PVA6000 |
|---|---|---|---|---|
| Repeatability | .025mm | .025mm | .025mm | .025mm |
| Max Speed | 500mm/sec | 670mm/sec | 670mm/sec | 670mm/sec |
| Encoder Resolution | 5 micron | 5 micron | 5 micron | 5 micron |
| Gantry Drive System | Closed Loop DC servo, Ballscrew Drive | Closed Loop DC servo, Ballscrew Drive | Closed Loop DC servo, Ballscrew Drive | Closed Loop DC servo, Ballscrew Drive |
| Max Acceleration | 0.25 g | 0.5 g | 0.5 g | 0.5 g |
| **Travel** | | | | |
| Initial XY Axis Travel | 400mm x 400mm | 500mm x 500mm | 500mm x 500mm | 500mm x 500mm |
| Z Axis Travel | 90mm | 90mm | 100mm | 100mm |
| **Board Handling** | | | | |
| Conveyor Type | N/A | Flat Edge Belt or Chain | Flat Edge Belt or Chain | Flat Edge Belt or Chain |
| Min Conveyor Width | N/A | 50mm | 50mm | 50mm |
| Above Board Clearance | 70mm | 70mm | 62mm (standard) 100+mm (optional) | 75mm (standard) 100+mm (optional) |
| Under Board Clearance | 80mm | 70mm | 100mm (standard) | 100mm (standard) |
| Transport Height | N/A | 940mm to 965mm | 940mm to 965mm | 940mm to 965mm |
| Conveyor Protocol | N/A | SMEMA | SMEMA | SMEMA |
| Standard Board Sizes | Up to 380mm Depending on Options | 50mm-457mm Depending on Options | 50mm-457mm Depending on Options | 50mm-457mm Depending on Options |
| **Facilities** | | | | |
| Power | 120 to 240 VAC, 50/60hz | 120 to 240 VAC, 50/60hz | 120 to 240 VAC, 50/60hz | 120 to 240 VAC, 50/60hz |
| Air Supply | <10 CFM at > 80 PSI (5.5 bar) Filtered @ 5microns | <10 CFM at > 80 PSI (5.5 bar) Filtered @ 5microns | <10 CFM at > 80 PSI (5.5 bar) Filtered @ 5microns | <10 CFM at > 80 PSI (5.5 bar) Filtered @ 5microns |
| Footprint | 945mm x 832mm x 794mm | 1219mm x 941mm x 1607mm | 1219mm x 1097mm x 1651mm | 1219mm x 1257mm x 1687mm |
| Exhaust | 300cfm minimum | 300cfm minimum | 300cfm minimum | 300cfm minimum |
| **Features** | | | | |
| Four-Axis | Option | Option | Option | Option |
| Bar Code Reading | Option | Option | Option | Option |
| Passive Programming Camera | Option | Option | Option | Option |
| XY Fiducial Camera | Option | Option | Option | Option |
| Part Shuttles | Option | Option | Option | Option |
| Exhaust Blower | Option | Option | Option | Option |
| PathMaster Software | Standard | Standard | Standard | Standard |
| Offline Programming | Standard | Standard | Standard | Standard |
| Onboard Computer | Option | Standard | Option | Standard |
| Flow Monitoring | Option | Option | Option | Option |
| Dual/Multi Head Tooling | Option | Option | Option | Option |

### PVA Patents
PVA holds four US patents, including the only **TRUE** four-axis motion capability featuring patented tilt and servo rotation control (4 axis patent – #6447847), and the atomized spray valve technology (ES Valve patent – #6523757).



www.pva.net



PVA\SPCX2115\

EXHIBIT 17

168

PVA-0277



**Head 4:**
- Z-slide (y/n):
- Stroke Adjust (y/n):
- Rotary (y/n):
- Size 7 or 10:

**Valve:**
- Atom Air range:
- O-ring material:

- Laser Height (y/n): No
- Laser Pointer (y/n): No
- Prog. Camera (y/n): Yes ✓

**Head tooling:** Standard 3 Axis, 2 Valve ✓
- Custom: No
- Double tooled: No
- Other:

**Conveyors:** None
- Type: (Belt/Chain)
- Direction (Lto R, R to L)
- Conveyor length:
- Conveyor height:

**SMEMA:**
- Bi-Directional: (y/n)
- Upstream/Downstream
- PIP Sensors:
- Auto width adj.:
- Hand crank width adj.:
- Lift and locate:
- Board locators:

**Board stops: (Type)**
- Quantity on front rail:
- Quantity on back rail:

**Part Fixturing:** Yes ✓
- Flex Fixture: Yes ✓
- Part present sensor: No
- Custom Fixture: No
- Work height:

**Cycle Start:** Hand Start ✓
- Hand start: Yes ✓
- Single zero force: No
- Double zero force: No
- Controller (y/n):
- Push button: Yes

4/27/2009



| | | |
|---|---|---|
| **Guarding** | | |
| Doors: | Yes | |
| Interlocks: (y/n) | Yes | |
| Light curtain: | No | |
| Light tower: | No | |
| **Process Controls:** | | |
| Flow Monitor: | No | |
| Remote transmitter: (y/n) | -- | Customer Supplied |
| Gear style: (y/n) | | |
| Low level: | No | |
| Auto Crossover: | No | |
| Computer: | Yes | |
| Portal OIT: (y/n) | No | |
| Bar code reader: | No | |
| A/B Box: (y/n) | No | |
| Data Logging: | No | |
| Needle Calibration: | Yes/No | |
| Black light | No | |
| Cycle rate (sec.) | Unknown | |
| **Air Requirements:** | | |
| PSI: | 80 - 100 | |
| Dry: (y/n) | Yes | |
| Lubricated: (y/n) | No | |
| CFM: | <10 | |
| **Ventilation:** | | |
| Minimum CFM: | 500 | |
| Flange dia.: (4" or 5") | 5" | |
| PVA blower: (y/n) | No | |
| Blower exit dimeter: | | |
| Exhaust switch: (y/n) | Yes | |
| **Supply Voltage:** | | |
| 120VAC: | Yes | |
| 220VAC: | No | |
| Frequency: | 60 Hz | |
| Current: | 12A | |
| Phase: | Single | |
| **Coating Material:** | | |
| Material A: | SCC NV(H | |
| Material B: | | |
| Solvent: | None | |
| Kalrez O-rings? (y/n) | Yes | |

4/27/2009