# EXHIBIT 18

EXHIBIT 18                                                                 171

# Operation and Maintenance Manual

## Warnings, Cautions, and Notes

Certain warning symbols are affixed to the machine and correspond to notations in this manual. Before operating the workcell, identify these warning labels and read the notices described below. Not all labels may be used on any specific system.



Always wear-approved safety glasses when operating or working near the workcell.

6040



In situations where inattention could cause either personal injury or damage to equipment a warning notice is used.

6014



Do not smoke near the workcell. Always have a fire extinguisher available for emergency use.

6019



Before operating the system, read and understand the manuals provided with the unit.

6017



Before performing any repairs or maintenance to the system, turn off power and lock out the power disconnect switch.

6011



Never place hands or tools in areas designated by this symbol when the machine is in operation. A dangerous condition may exist.

6008