# EXHIBIT 20

EXHIBIT 20

178

http://pva.net:80/Comparison.htm   Go   JAN APR MAY
3 captures                                 ◀ 06 ▶
11 Apr 2008 - 6 Apr 2009                   2008 2009 2010   ▼ About this capture

Where Precision Drives Production

- Home
- About PVA
- Products
- Trade Shows / Events
- Worldwide Support
- News Room
- Fast Break Fund
- Contact PVA

Data Sheet Library

Video Library

# Equipment Comparison Chart

|  | PVA350 | PVA650 | PVA2000 |
|---|---|---|---|
| **FACILITIES** | | | |
| Power | 120V-220V, 50-60Hz | 120V-220V, 50-60Hz | 120V-220V, 50-60Hz |
| Air supply | 80 psi dry, unlubricated air | 80 psi dry, unlubricated air | 80 psi dry, unlubricated air |
| Exhaust | 300cfm minimum | 300cfm minimum | 300cfm minimum |
| Closed-loop low level exhaust | Yes | Yes | Yes |
| | | | |
| **MECHANICAL FEATURES** | | | |
| Axes of motion (standard) | 3 | 3 | 3 |
| Rotary valve tilt available | Yes | Yes | Yes |
| Fourth-axis servo motion option | Yes | Yes | Yes |
| Motors | Brushless DC servo | Brushless DC servo | Brushless DC servo |
| Slides | Precision ball screw | Precision ball screw | Precision ball screw |
| Travel area (XY) | 400 mm x 400 mm | 500 mm x 500 mm | 500 mm x 500 mm |
| Travel area (Z) | 100 mm | 100 mm | 100 mm |
| XYZ repeatability | 25 microns (0.001") | 25 microns (0.001") | 25 microns (0.001") |
| Encoder resolution | 15 microns (0.0006") | 15 microns (0.0006") | 15 microns (0.0006") |
| Payload capacity | 11.36kg (25 pounds) | 11.36kg (25 pounds) | 11.36kg (25 pounds) |
| | | | |
| **SOFTWARE** | | | |
| Programming software | Windows®, Image offline | Windows®, Image offline | Windows®, Image offline |
| Teach mode | Remote trackball control | Remote trackball control | Remote trackball control |
| Program storage | 30 in memory; unlimited with computer connection | 30 in memory; Onboard PC | 30 in memory; unlimited with computer connection |
| Circle and path interpolation | Yes | Yes | Yes |
| | | | |
| **PART HANDLING** | | | |
| Conveyor option | No | Yes | Yes |
| Standard board sizes | 2" – 18" | 2" – 18" | 2" – 18" |
| Part clearance | 55 mm (2.17") | 55 mm (2.17") | 100 mm (4") |
| Communication protocol | None | SMEMA | SMEMA |