# EXHIBIT 21

EXHIBIT 21

180



PVA 4537
EXHIBIT 21
181





PVA 4539

EXHIBIT 21    183



EXHIBIT 21