# EXHIBIT 22

EXHIBIT 22

185

CONFIDENTIAL



# QUOTATION

1 Mustang Drive Cohoes NY, 12047
Tel 518 371 2684 ext 2421
Fax 518 371 2688
JConnelly@pva.net
www.pva.net

**DATE**
9/19/2013

**QUOTATION NUMBER**
131909W3267



TO:
Duc Q. Phan
**SpaceX**
1 Rocket Road
Hawthorne, CA 90250

*This fax is intended to be viewed only by the person that is addressed to. This fax is confidential in nature, and subject to copyright protection. If you are not the intended recipient or the agent of the intended or if you are unable to deliver this communication to the intended recipient, please do not read, copy, or use this communication to show it to any other person, but notify the sender immediately by telephone at (518) 371-2684.*

| QTY | MODEL | DESCRIPTION | Price/ea | Extended |
|---|---|---|---|---|
| 1 | B72-01433 | Rework the dispense system on machine serial number W3267 to connect one cartridge to (1) one gallon tank for automatic solvent flush of Arethane 5705.<br>• Includes all hoses and fittings needed for complete integration.<br>• Includes one pneumatic ball valve for automatic solvent flush.<br>• Includes hardware and software needed for integration.<br>• Includes new one gallon tank. | $4,175.00 | $4,175.00 |
| 1 | ON-SITE | On-site from PVA to travel o Space X and install the new auto solvent flush system<br>• Labor rate based on 8 10 hour work day Monday through Friday non-JS holiday. | $1,150.00 | $1,150.00 |
| 1 | Expenses | Estimate of the direct travel expenses to travel from Cohoes NY to Hawthorne CA for one full day on-site<br>• Expenses to include but not limited to airfare, lodging, ground transportation and meals.<br>• Estimate can be used as a not to exceed limit. | $1,750.00 | $1,750.00 |

**Total:   $7,075.00**

| TERMS | DELIVERY | SHIPMENT | WARRANTY |
|---|---|---|---|
| 100% Net 30 | 6 weeks ARO | FOB PVA Factory Cohoes NY USA, + crating charge of up to $500 (if applicable) | 1 Year on all parts and labor Excluding soft seals. |

**ORDER CANCELLATION POLICY**
Buyer may only cancel the order for equipment in writing with a cancel charge as per the following schedule:

| Cancellation Notice Received | Cancellation Fee Multiplier |
|---|---|
| 0 30 days from order date | 25% |
| 31-60 days from order date | 35% |
| More than 60 days from order date | 70% |

Page 1 of 2

EXHIBIT 22

# SPACEX

## PURCHASE ORDER

### APPROVED

Page 1 of 2

**Bill To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA 90250
Phone: (310)363-6000 Fax: (310)363-6001

| | |
|---|---|
| PO Number: | **258364** |
| Revision Number: | 0 |
| Order Date: | 9/24/2013 |

**Issued To:**

PVA - Precision Valve & Automation, Inc
1 Mustang Dr
Cohoes, NY 12047   US

Phone: 518.371.2684   Fax 518.371.2688
Contact:
Email:

**Ship To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA 90250
UNITED STATES

**Buyer Information:**

Buyer: Andrea Jarrett
Email: Andrea.Jarrett@spacex.com
Phone: (310) 970-8381

| Terms | Supplier ID | Tax Terms | F.O.B. | Shipping Method | Status |
|---|---|---|---|---|---|
| 50% IN ADVANCE, 30% AT SHIPPING, 20% NET 30 | PVAINC | Taxable | Destination | Bestway | Released |

| Line | Qty | UM | Part ID / *Mfg Part ID* | Supplier Part ID | Service ID | Current Promise Date | Original Promise Date | Need Date | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.00 | EA | | B72-01433 | | 11/7/13 | 11/7/13 | 11/7/13 | $ 4,175.0000 | $ 4,175.00 |

**Description**

Rework the dispense system on machine serial numberW3267 to connect one cartridge to (1) one gallon tank
for automatic solvent flush of Arethane 5750.
- Includes all hoses and fittings needed for complete integration.
- Includes one pneumatic ball valve for automatic solvent flush.
- Includes hardware and software needed for integration.
- Includes new one gallon tank.

| Line | Qty | UM | Part ID / *Mfg Part ID* | Supplier Part ID | Service ID | Current Promise Date | Original Promise Date | Need Date | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1.00 | EA | | ON-SITE | | 11/7/13 | 11/7/13 | 11/7/13 | $ 1,150.0000 | $ 1,150.00 |

**Description**

On-site from PVA to travel o Space X and install the new auto solvent flush system.
-Labor rate based on 8-10 hour work day Monday through Friday non-US holiday.

| Line | Qty | UM | Part ID / *Mfg Part ID* | Supplier Part ID | Service ID | Current Promise Date | Original Promise Date | Need Date | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 1.00 | EA | | Expenses | | 11/7/13 | 11/7/13 | 11/7/13 | $ 1,750.0000 | $ 1,750.00 |

POForm_ERP v1

PVA\

CONFIDENTIAL

EXHIBIT 22

187 PVA-0024

# Material Safety Data Sheet



## ARATHANE® 5750 A

## 1. Product and company identification

| | |
|---|---|
| Product name | : ARATHANE® 5750 A |
| Material uses | : Component used for the manufacture of electrical insulation parts |
| (M)SDS # | : 00052694 |
| Validation date | : 12/11/2013. |
| Supplier/Manufacturer | : Huntsman Advanced Materials Americas LLC<br>P.O. Box 4980<br>The Woodlands, TX 77387<br><br>Non-Emergency phone: (800) 257-5547<br><br>E-Mail: MSDS@huntsman.com |

| | |
|---|---|
| In case of emergency | : Chemtrec: (800) 424-9300 or (703) 527-3887 |

## 2. Hazards identification

| | |
|---|---|
| Physical state | : Liquid. |
| Odor | : Aromatic. |
| Color | : Yellow. |
| OSHA/HCS status | : This material is considered hazardous by the OSHA Hazard Communication Standard (29 CFR 1910.1200). |
| Emergency overview | : WARNING!<br><br>FLAMMABLE LIQUID AND VAPOR. CAUSES RESPIRATORY TRACT, EYE AND SKIN IRRITATION. MAY CAUSE ALLERGIC RESPIRATORY AND SKIN REACTION. CONTAINS MATERIAL THAT CAN CAUSE TARGET ORGAN DAMAGE. POSSIBLE DEVELOPMENTAL HAZARD - CONTAINS MATERIAL WHICH MAY CAUSE ADVERSE DEVELOPMENTAL EFFECTS, BASED ON ANIMAL DATA.<br><br>Flammable liquid. Keep away from heat, sparks and flame. Avoid exposure - obtain special instructions before use. Do not breathe vapor or mist. Do not get on skin or clothing. Avoid contact with eyes. Avoid exposure during pregnancy. Use only with adequate ventilation. Keep container tightly closed and sealed until ready for use. Wash thoroughly after handling. |

See toxicological information (Section 11)

| | |
|---|---|
| GENERAL INFORMATION | : Read the entire MSDS for a more thorough evaluation of the hazards. |

## 3. Composition/information on ingredients

| Name | CAS number | % |
|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | 101-68-8 | 60 - 100 |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | 39310-05-9 | 13 - 30 |
| Toluene | 108-88-3 | 7 - 13 |
| Methylenediphenyldiisocyanate (mixed isomers) | 26447-40-5 | 3 - 7 |
| triethyl phosphate | 78-40-0 | 1 - 3 |

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 22

188

PVA-0302

*ARATHANE® 5750 A*

## 4 . First aid measures

| | | |
|---|---|---|
| **Eye contact** | : | Check for and remove any contact lenses. Immediately flush eyes with plenty of water for at least 15 minutes, occasionally lifting the upper and lower eyelids. Get medical attention immediately. |
| **Skin contact** | : | In case of contact, immediately flush skin with plenty of water for at least 15 minutes while removing contaminated clothing and shoes. Wash clothing before reuse. Clean shoes thoroughly before reuse. Get medical attention immediately. |
| **Inhalation** | : | Move exposed person to fresh air. If not breathing, if breathing is irregular or if respiratory arrest occurs, provide artificial respiration or oxygen by trained personnel. Loosen tight clothing such as a collar, tie, belt or waistband. Get medical attention immediately. |
| **Ingestion** | : | Wash out mouth with water. Do not induce vomiting unless directed to do so by medical personnel. Never give anything by mouth to an unconscious person. Get medical attention immediately. |
| **Notes to physician** | : | No specific treatment. Treat symptomatically. Call medical doctor or poison control center immediately if large quantities have been ingested. |

## 5 . Fire-fighting measures

| | | |
|---|---|---|
| **Flash point** | : | Closed cup: 31°C (87.8°F) [ASTM D 93 (Pensky-Martens Closed Cup)] |
| **Hazardous thermal decomposition products** | : | Decomposition products may include the following materials: carbon dioxide carbon monoxide nitrogen oxides phosphorus oxides |
| **Extinguishing media** | | |
| **Suitable** | : | Use dry chemical, $CO_2$, water spray (fog) or foam. |
| **Not suitable** | : | Do not use water jet. |
| **Special exposure hazards** | : | Promptly isolate the scene by removing all persons from the vicinity of the incident if there is a fire. No action shall be taken involving any personal risk or without suitable training. Move containers from fire area if this can be done without risk. Use water spray to keep fire-exposed containers cool. |
| **Special protective equipment for fire-fighters** | : | Fire-fighters should wear appropriate protective equipment and self-contained breathing apparatus (SCBA) with a full face-piece operated in positive pressure mode. |

## 6 . Accidental release measures

| | | |
|---|---|---|
| **Personal precautions** | : | No action shall be taken involving any personal risk or without suitable training. Evacuate surrounding areas. Keep unnecessary and unprotected personnel from entering. Do not touch or walk through spilled material. Shut off all ignition sources. No flares, smoking or flames in hazard area. Do not breathe vapor or mist. Provide adequate ventilation. Wear appropriate respirator when ventilation is inadequate. Put on appropriate personal protective equipment (see Section 8). |
| **Environmental precautions** | : | Avoid dispersal of spilled material and runoff and contact with soil, waterways, drains and sewers. Inform the relevant authorities if the product has caused environmental pollution (sewers, waterways, soil or air). |
| **Methods for cleaning up** | : | Stop leak if without risk. Move containers from spill area. Use spark-proof tools and explosion-proof equipment. Approach release from upwind. Prevent entry into sewers, water courses, basements or confined areas. Wash spillages into an effluent treatment plant or proceed as follows. Contain and collect spillage with non-combustible, absorbent material e.g. sand, earth, vermiculite or diatomaceous earth and place in container for disposal according to local regulations (see Section 13). Dispose of via a licensed waste disposal contractor. Contaminated absorbent material may pose the same hazard as the spilled product. Note: see Section 1 for emergency contact |

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 22

189PVA-0303

*ARATHANE® 5750 A*

# 6 . Accidental release measures

information and Section 13 for waste disposal.

# 7 . Handling and storage

| | |
|---|---|
| Handling | : Put on appropriate personal protective equipment (see Section 8). Eating, drinking and smoking should be prohibited in areas where this material is handled, stored and processed. Workers should wash hands and face before eating, drinking and smoking. Remove contaminated clothing and protective equipment before entering eating areas. Persons with a history of skin sensitization problems or asthma, allergies or chronic or recurrent respiratory disease should not be employed in any process in which this product is used. Avoid exposure during pregnancy. Do not get in eyes or on skin or clothing. Do not breathe vapor or mist. Do not ingest. Use only with adequate ventilation. Wear appropriate respirator when ventilation is inadequate. Do not enter storage areas and confined spaces unless adequately ventilated. Keep in the original container or an approved alternative made from a compatible material, kept tightly closed when not in use. Store and use away from heat, sparks, open flame or any other ignition source. Use explosion-proof electrical (ventilating, lighting and material handling) equipment. Use non-sparking tools. Take precautionary measures against electrostatic discharges. To avoid fire or explosion, dissipate static electricity during transfer by grounding and bonding containers and equipment before transferring material. Empty containers retain product residue and can be hazardous. Do not reuse container. |
| Storage | : Store in accordance with local regulations. Store in a segregated and approved area. Store in original container protected from direct sunlight in a dry, cool and well-ventilated area, away from incompatible materials (see Section 10) and food and drink. Eliminate all ignition sources. Separate from oxidizing materials. Keep container tightly closed and sealed until ready for use. Containers that have been opened must be carefully resealed and kept upright to prevent leakage. Do not store in unlabeled containers. Use appropriate containment to avoid environmental contamination. |

# 8 . Exposure controls/personal protection

| Ingredient | Exposure limits |
|---|---|
| Diphenylmethane 4,4'-diisocyanate | **ACGIH TLV (United States, 3/2012).**<br> TWA: 0.005 ppm 8 hours.<br>**OSHA PEL (United States, 6/2010).**<br> CEIL: 0.02 ppm<br> CEIL: 0.2 mg/m³ |
| Toluene | **OSHA PEL Z2 (United States, 11/2006).**<br> TWA: 200 ppm 8 hours.<br> CEIL: 300 ppm<br> AMP: 500 ppm 10 minutes.<br>**ACGIH TLV (United States, 3/2012).**<br> TWA: 20 ppm 8 hours. |

| | |
|---|---|
| Recommended monitoring procedures | : If this product contains ingredients with exposure limits, personal, workplace atmosphere or biological monitoring may be required to determine the effectiveness of the ventilation or other control measures and/or the necessity to use respiratory protective equipment. Reference should be made to appropriate monitoring standards. Reference to national guidance documents for methods for the determination of hazardous substances will also be required. |
| Engineering measures | : Use only with adequate ventilation. Use process enclosures, local exhaust ventilation or other engineering controls to keep worker exposure to airborne contaminants below any recommended or statutory limits. The engineering controls also need to keep gas, vapor or dust concentrations below any lower explosive limits. Use explosion-proof ventilation equipment. |

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 22

190 PVA-0304

**ARATHANE® 5750 A**

## 8 . Exposure controls/personal protection

| | | |
|---|---|---|
| Hygiene measures | : | Wash hands, forearms and face thoroughly after handling chemical products, before eating, smoking and using the lavatory and at the end of the working period. Appropriate techniques should be used to remove potentially contaminated clothing. Contaminated work clothing should not be allowed out of the workplace. Wash contaminated clothing before reusing. Ensure that eyewash stations and safety showers are close to the workstation location. |

**Personal protection**

| | | |
|---|---|---|
| Respiratory | : | In case of inadequate ventilation wear respiratory protection. Respirator selection must be based on known or anticipated exposure levels, the hazards of the product and the safe working limits of the selected respirator. |
| Hands | : | Chemical-resistant, impervious gloves complying with an approved standard should be worn at all times when handling chemical products if a risk assessment indicates this is necessary. Considering the parameters specified by the glove manufacturer, check during use that the gloves are still retaining their protective properties. It should be noted that the time to breakthrough for any glove material may be different for different glove manufacturers. In the case of mixtures, consisting of several substances, the protection time of the gloves cannot be accurately estimated. > 8 hours (breakthrough time): Ethyl Vinyl Alcohol Laminate (EVAL), butyl rubber |
| Eyes | : | Safety eyewear complying with an approved standard should be used when a risk assessment indicates this is necessary to avoid exposure to liquid splashes, mists or dusts. If contact is possible, the following protection should be worn, unless the assessment indicates a higher degree of protection: chemical splash goggles. |
| Skin | : | Personal protective equipment for the body should be selected based on the task being performed and the risks involved and should be approved by a specialist before handling this product. When there is a risk of ignition from static electricity, wear anti-static protective clothing. For the greatest protection from static discharges, clothing should include anti-static overalls, boots and gloves. |
| Environmental exposure controls | : | Emissions from ventilation or work process equipment should be checked to ensure they comply with the requirements of environmental protection legislation. In some cases, fume scrubbers, filters or engineering modifications to the process equipment will be necessary to reduce emissions to acceptable levels. |

## 9 . Physical and chemical properties

| | | |
|---|---|---|
| **Appearance** | | |
| Physical state | : | Liquid. |
| Color | : | Yellow. |
| Odor | : | Aromatic. |
| pH | : | Not available. |
| Boiling/condensation point | : | >109°C (>228.2°F) |
| Melting/freezing point | : | Not available. |
| Flash point | : | Closed cup: 31°C (87.8°F) [ASTM D 93 (Pensky-Martens Closed Cup)] |
| Flammable limits | : | Not available. |
| Auto-ignition temperature | : | Not available. |
| Vapor pressure | : | Not available. |
| Specific gravity | : | Not available. |
| Water solubility | : | Reacts with water |
| Partition coefficient: n-octanol/water (log Kow) | : | Not available. |
| Viscosity | : | Dynamic (room temperature): 30 mPa·s (30 cP) |

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 22

PVA-0305

*ARATHANE® 5750 A*

## 9 . Physical and chemical properties

| | |
|---|---|
| Density | : 1.2 g/cm³ |
| Vapor density | : 8.6 |
| Evaporation rate (butyl acetate = 1) | : Not available. |

## 10 . Stability and reactivity

| | |
|---|---|
| Chemical stability | : The product is stable.<br>Under normal conditions of storage and use, hazardous reactions will not occur. |
| Hazardous polymerization | : Under normal conditions of storage and use, hazardous polymerization will not occur. |
| Conditions to avoid | : Avoid all possible sources of ignition (spark or flame). Do not pressurize, cut, weld, braze, solder, drill, grind or expose containers to heat or sources of ignition. |
| Materials to avoid | : strong acids, strong bases, strong oxidising agents |
| Hazardous decomposition products | : Under normal conditions of storage and use, hazardous decomposition products should not be produced. |

## 11 . Toxicological information

### Acute toxicity

| Product/ingredient name | Test | Endpoint | Species | Result |
|---|---|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | OECD 403 Acute Inhalation Toxicity | LC50 Inhalation Dusts and mists | Rat - Male, Female | 0.49 mg/l |
| | OECD 402 Acute Dermal Toxicity | LD50 Dermal | Rabbit - Male, Female | >9400 mg/kg |
| | OECD 401 Acute Oral Toxicity | LD50 Oral | Rat - Male | >10000 mg/kg |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | OECD 403 Acute Inhalation Toxicity | LC50 Inhalation Dusts and mists | Rat - Male, Female | 0.49 mg/l |
| | OECD 402 Acute Dermal Toxicity | LD50 Dermal | Rabbit - Male, Female | >9400 mg/kg |
| | OECD 425 Acute Oral Toxicity: Up-and-Down Procedure | LD50 Oral | Rat - Female | >5000 mg/kg |
| Toluene | OECD 403 Acute Inhalation Toxicity | LC50 Inhalation Vapor | Rat - Male, Female | 28.1 mg/l |
| | Unknown guidelines | LD50 Dermal | Rabbit | >5000 mg/kg |
| | EU EC B.1 Acute Toxicity (Oral) | LD50 Oral | Rat - Male | 5580 mg/kg |
| Methylenediphenyldiisocyanate (mixed isomers) | OECD 403 Acute Inhalation Toxicity | LC50 Inhalation Dusts and mists | Rat - Male, Female | >2.24 mg/l |
| | OECD 403 Acute Inhalation Toxicity | LC50 Inhalation Dusts and mists | Rat - Male, Female | 0.49 mg/m³ |
| | OECD 402 Acute Dermal Toxicity | LD50 Dermal | Rabbit - Male, Female | >9400 mg/kg |
| | No official guidelines | LD50 Oral | Rat - Male, Female | >2000 mg/kg |
| triethyl phosphate | OECD 403 Acute Inhalation Toxicity | LC50 Inhalation Dusts and mists | Rat - Male, Female | >8817 mg/m³ |
| | - | LD50 Dermal | Rabbit | >20000 mg/kg |
| | - | LD50 Oral | Rat | 1600 mg/kg |

| | | |
|---|---|---|
| Conclusion/ Summary | : Diphenylmethane 4,4'-diisocyanate | Irritating to respiratory system. |

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 22

192 PVA-0306

**ARATHANE® 5750 A**

# 11. Toxicological information

## Irritation/Corrosion

| Product/ingredient name | Test | Species | Result |
|---|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | OECD 404 Acute Dermal Irritation/Corrosion | Rabbit | Skin - Irritant |
| | OECD 405 Acute Eye Irritation/Corrosion | Rabbit | Eyes - Non-irritant. |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | OECD 405 Acute Eye Irritation/Corrosion | Rabbit | Eyes - Non-irritant. |
| | - | Rabbit | Skin - Irritant |
| Toluene | EU | Rabbit | Skin - Irritant |
| | OECD 405 Acute Eye Irritation/Corrosion | Rabbit | Eyes - Mild irritant |
| triethyl phosphate | OECD 404 Acute Dermal Irritation/Corrosion | Rabbit | Skin - Non-irritant. |
| | OECD 405 Acute Eye Irritation/Corrosion | Rabbit | Eyes - Moderate irritant |

## Conclusion/Summary

**Skin** : 
| | |
|---|---|
| Diphenylmethane 4,4'-diisocyanate | Irritating to skin. |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | Irritating to skin. |
| Toluene | Irritating to skin. |
| Methylenediphenyldiisocyanate (mixed isomers) | No additional information. |
| triethyl phosphate | Non-irritating to the skin. |

**Eyes** :
| | |
|---|---|
| Diphenylmethane 4,4'-diisocyanate | Based on the human occupational exposure data, this substance is considered as irritating to eyes. |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | Based on the human occupational exposure data, this substance is considered as irritating to eyes. |
| Toluene | Non-irritating to the eyes. |
| Methylenediphenyldiisocyanate (mixed isomers) | No additional information. |
| triethyl phosphate | Irritating to eyes. |

**Respiratory** :
| | |
|---|---|
| Diphenylmethane 4,4'-diisocyanate | No additional information. |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | No additional information. |
| Toluene | No additional information. |
| Methylenediphenyldiisocyanate (mixed isomers) | No additional information. |
| triethyl phosphate | No additional information. |

## Sensitizer

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 22

193PVA-0307

*ARATHANE® 5750 A*

# 11 . Toxicological information

| Product/ingredient name | Test | Route of exposure | Species | Result |
|---|---|---|---|---|
| Diphenylmethane 4.4'-diisocyanate | OECD 429 Skin Sensitization: Local Lymph Node Assay | skin | Mouse | Sensitizing |
| | OECD 406 Skin Sensitization | skin | Guinea pig | Not sensitizing |
| | No official guidelines | Respiratory | Guinea pig | Sensitizing |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | OECD 406 Skin Sensitization | skin | Guinea pig | Sensitizing |
| | No official guidelines | Respiratory | Guinea pig | Sensitizing |
| Toluene | EU EC B.6 Skin Sensitisation | skin | Guinea pig | Not sensitizing |
| Methylenediphenyldiisocyanate (mixed isomers) | OECD 406 Skin Sensitization | skin | Guinea pig | Not sensitizing |
| | No official guidelines | Respiratory | Guinea pig | Sensitizing |
| | OECD 429 Skin Sensitization: Local Lymph Node Assay | skin | Mouse | Sensitizing |
| triethyl phosphate | OECD 429 Skin Sensitization: Local Lymph Node Assay | skin | Mouse | Not sensitizing |

### Mutagenicity

| Product/ingredient name | Test | Result |
|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | Experiment: In vitro Subject: Bacteria Metabolic activation: +/- | Negative |
| | Experiment: In vivo Subject: Mammalian-Animal | Negative |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | Experiment: In vitro Subject: Bacteria Metabolic activation: +/- | Negative |
| | Experiment: In vivo Subject: Mammalian-Animal | Negative |
| Toluene | Experiment: In vitro Subject: Mammalian-Animal Cell: Somatic Metabolic activation: +/- | Negative |
| | Experiment: In vivo Subject: Mammalian-Animal | Negative |
| Methylenediphenyldiisocyanate (mixed isomers) | Experiment: In vitro Subject: Bacteria Metabolic activation: +/- | Negative |
| | Experiment: In vivo Subject: Mammalian-Animal | Negative |
| triethyl phosphate | Experiment: In vitro Subject: Bacteria | Negative |
| | Experiment: In vitro Subject: Mammalian-Animal | Negative |

PVA\SPCX2115\Space X add auto flush system\   EXHIBIT 22   194 PVA-0308

| ARATHANE® 5750 A | | |
|---|---|---|

# 11 . Toxicological information

| | Metabolic activation: +/–<br>Experiment: In vitro<br>Subject: Mammalian-Animal<br>Cell: Somatic | Negative |
| | Experiment: In vivo<br>Subject: Mammalian-Animal | Negative |

| Conclusion/ Summary | : | Diphenylmethane 4,4'-diisocyanate | No mutagenic effect. |
|---|---|---|---|
| | | triethyl phosphate | No mutagenic effect. |

## Carcinogenicity

| Product/ingredient name | Test | Species | Dose | Exposure | Result/Result type |
|---|---|---|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | OECD 453 Combined Chronic Toxicity/ Carcinogenicity Studies | Rat - Male, Female | 1 mg/m³ | 2 years; 5 days per week | Positive - Inhalation - NOAEL |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | OECD 453 Combined Chronic Toxicity/ Carcinogenicity Studies | Rat - Male, Female | 1 mg/m³ | 2 years; 5 days per week | Negative - Inhalation - NOAEL |
| Toluene | OECD 453 Combined Chronic Toxicity/ Carcinogenicity Studies | Rat - Male, Female | 4522 mg/m³ | 103 weeks; 6. 5 hours per day | Negative - Inhalation - NOAEL |
| Methylenediphenyldiisocyanate (mixed isomers) | OECD 453 Combined Chronic Toxicity/ Carcinogenicity Studies | Rat - Male, Female | 1 mg/m³ | 2 years; 5 days per week | Negative - Inhalation - NOAEL |

## Carcinogenic class

| Product/ingredient name | ACGIH | IARC | EPA | NIOSH | NTP | OSHA |
|---|---|---|---|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | - | 3 | - | - | - | - |
| Toluene | A4 | 3 | - | - | - | - |

## Reproductive toxicity

| Product/ingredient name | Test | Species | Maternal toxicity | Fertility | Developmental effects |
|---|---|---|---|---|---|
| Toluene | OECD 416 Two-Generation Reproduction Toxicity Study | Rat - Male, Female | Positive | Negative | Positive |
| Methylenediphenyldiisocyanate (mixed isomers) | OECD 414 Prenatal Developmental Toxicity Study | Rat - Male, Female | Negative | Negative | Negative |

Conclusion/ Summary          :

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 22

195 PVA-0309

---

**ARATHANE® 5750 A**

# 11 . Toxicological information

| | Diphenylmethane 4,4'- diisocyanate | No known significant effects or critical hazards. |
| | triethyl phosphate | In accordance with column 2 of Annex VII - X of Regulation (EC) No 1907/2006, the test for this property of the substance does not need to be conducted. |

**Teratogenicity**

| Product/ingredient name | Test | Species | Result/Result type |
|---|---|---|---|
| Diphenylmethane 4,4'- diisocyanate | OECD 414 Prenatal Developmental Toxicity Study | Rat - Female | Negative - Inhalation |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | OECD 414 Prenatal Developmental Toxicity Study | Rat - Female | Negative - Inhalation |
| Toluene | EPA CFR | Rat - Female | Negative - Inhalation |
| Methylenediphenyldiisocyanate (mixed isomers) | OECD 414 Prenatal Developmental Toxicity Study | Rat - Female | Negative - Inhalation |
| triethyl phosphate | OECD 414 Prenatal Developmental Toxicity Study | Rat | Negative - Oral |

| Conclusion/ Summary | : | Diphenylmethane 4,4'- diisocyanate | No known significant effects or critical hazards. |
| | | triethyl phosphate | No known significant effects or critical hazards. |

**Potential acute health effects**

| Inhalation | : | Irritating to respiratory system.  May cause sensitization by inhalation. |
| Ingestion | : | No known significant effects or critical hazards. |
| Skin contact | : | Irritating to skin.  May cause sensitization by skin contact. |
| Eye contact | : | Irritating to eyes. |

**Potential chronic health effects**

| Product/ingredient name | Test | Endpoint | Species | Result |
|---|---|---|---|---|
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | OECD 453 Combined Chronic Toxicity/ Carcinogenicity Studies | Chronic NOEC Inhalation Dusts and mists | Rat - Male, Female | 0.2 mg/m³ |
| Toluene | EU | Sub-chronic NOAEL Oral | Rat - Male, Female | 625 mg/kg |
| | OECD 453 Combined Chronic Toxicity/ Carcinogenicity Studies | Chronic LOEC Inhalation Vapor | Rat - Male, Female | 600 ppm |
| Methylenediphenyldiisocyanate (mixed isomers) | OECD 453 Combined Chronic Toxicity/ Carcinogenicity Studies | Chronic NOEC Inhalation Dusts and mists | Rat - Male, Female | 0.2 mg/m³ |
| triethyl phosphate | EU | Sub-acute NOAEL Oral | Rat - Male, Female | 1000 mg/kg |
| | - | Sub-chronic NOEC | Rat - Male | 366 mg/m³ |

**12/11/2013.**                                    00052694                                          **9/16**

PVA\SPCX2115\Space X add auto flush
system\

*ARATHANE® 5750 A*

# 11 . Toxicological information

| | | Inhalation Dusts and mists | | |
|---|---|---|---|---|
| | | | | |

| General | : | Contains material that can cause target organ damage.  Once sensitized, a severe allergic reaction may occur when subsequently exposed to very low levels. |
|---|---|---|
| Target organs | : | Contains material which causes damage to the following organs: upper respiratory tract. Contains material which may cause damage to the following organs: kidneys, the nervous system, liver, brain, central nervous system (CNS). |
| Carcinogenicity | : | No known significant effects or critical hazards. |
| Mutagenicity | : | No known significant effects or critical hazards. |
| Teratogenicity | : | No known significant effects or critical hazards. |
| Developmental effects | : | Contains material which may cause developmental abnormalities, based on animal data. |
| Fertility effects | : | No known significant effects or critical hazards. |

Medical conditions aggravated by over-exposure

Pre-existing respiratory and skin disorders and disorders involving any other target organs mentioned in this MSDS as being at risk may be aggravated by over-exposure to this product.

# 12 . Ecological information

| Environmental effects | : | No known significant effects or critical hazards. |
|---|---|---|

Aquatic ecotoxicity

| Product/ingredient name | Test | Endpoint | Exposure | Species | Result | |
|---|---|---|---|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | OECD 202 *Daphnia* sp. Acute Immobilisation Test | Acute | EC50 | 24 hours Static | Daphnia | >1000 | mg/l |
| | OECD 203 Fish, Acute Toxicity Test | Acute | LC50 | 96 hours Static | Fish | >1000 | mg/l |
| | OECD 211 *Daphnia Magna* Reproduction Test | Chronic | NOEC | 21 days Semi-static | Daphnia | >10 | mg/l |
| | OECD 201 Alga, Growth Inhibition Test | Chronic | NOEC | 72 hours Static | Algae | 1640 | mg/l |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | OECD 201 Alga, Growth Inhibition Test | Acute | EC50 | 72 hours Static | Algae | >1640 | mg/l |
| | OECD 209 Activated Sludge, Respiration Inhibition Test | Acute | EC50 | 3 hours Static | Bacteria | >100 | mg/l |
| | OECD 202 *Daphnia* sp. Acute Immobilisation Test | Acute | EC50 | 24 hours Static | Daphnia | >1000 | mg/l |
| | OECD 203 Fish, Acute Toxicity Test | Acute | LC50 | 96 hours Static | Fish | >1000 | mg/l |
| | OECD 211 *Daphnia Magna* Reproduction Test | Chronic | NOEC | 21 days Semi-static | Daphnia | >10 | mg/l |
| | OECD 201 Alga, Growth Inhibition Test | Chronic | NOEC | 72 hours Static | Algae | 1640 | mg/l |
| Toluene | EPA CFR | Acute | EC50 | 48 hours Renewal | Daphnia | 3.78 | mg/l |

12/11/2013.                               00052694                               10/16

PVA\SPCX2115\Space X add auto flush system\

PVA-0311

EXHIBIT 22

197

**ARATHANE® 5750 A**

# 12 . Ecological information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | - | Acute | LC50 | 96 hours Flow-through | Fish | 5.5 | mg/l |
| | Unknown guidelines | Chronic | NOEC | 40 days Flow-through | Fish | 1.39 | mg/l |
| | EPA CFR | Chronic | NOEC | 7 days Renewal | Daphnia | 0.74 | mg/l |
| Methylenediphenyldiisocyanate (mixed isomers) | OECD 201 Alga, Growth Inhibition Test | Acute | EC50 | 72 hours Static | Algae | >1640 | mg/l |
| | OECD 209 Activated Sludge, Respiration Inhibition Test | Acute | EC50 | 3 hours Static | Bacteria | >100 | mg/l |
| | OECD 202 *Daphnia* sp. Acute Immobilisation Test | Acute | EC50 | 24 hours Static | Daphnia | >1000 | mg/l |
| | OECD 203 Fish, Acute Toxicity Test | Acute | LC50 | 96 hours Static | Fish | >1000 | mg/l |
| | OECD 211 *Daphnia Magna* Reproduction Test | Chronic | NOEC | 21 days Semi-static | Daphnia | >10 | mg/l |
| | OECD 201 Alga, Growth Inhibition Test | Chronic | NOEC | 72 hours Static | Algae | 1640 | mg/l |
| triethyl phosphate | - | Acute | EC50 | 72 hours Static | Algae | 901 | mg/l |
| | EPA OPPTS | Acute | LC50 | 96 hours Static | Daphnia | >100 | mg/l |
| | - | Acute | LC50 | 96 hours | Fish | >100 | mg/l |
| | EPA OPPTS | Acute | LC50 | 96 hours Static | Fish | >100 | mg/l |
| | - | Chronic | EC10 | 30 minutes Static | Bacteria | 2985 | mg/l |
| | OECD 211 *Daphnia Magna* Reproduction Test | Chronic | NOEC | 21 days | Daphnia | 31.6 | mg/l |

Conclusion/Summary    :    triethyl phosphate         Not toxic or harmful to aquatic organisms.

## Persistence and degradability

| Product/ingredient name | Test | Period | Result |
|---|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | OECD 302C Inherent Biodegradability: Modified MITI Test (II) | 28 days | 0 % |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | OECD 302C Inherent Biodegradability: Modified MITI Test (II) | 28 days | 0 % |
| Toluene | ASTM | 5 days | 81 % |
| Methylenediphenyldiisocyanate (mixed isomers) | OECD 302C Inherent Biodegradability: Modified MITI Test (II) | 28 days | 0 % |
| triethyl phosphate | EPA OPPTS 302B Inherent Biodegradability: Zahn-Wellens/EMPA Test | 28 days | 98 % |
| | OECD 301C Ready Biodegradability - Modified MITI Test (I) | 28 days | 0 % |

Conclusion/Summary    :    Diphenylmethane 4,4'-diisocyanate    Not biodegradable

triethyl phosphate    Inherently biodegradable

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 22

PVA-0312

*ARATHANE® 5750 A*

## 12 . Ecological information

| Product/ingredient name | Aquatic half-life | Photolysis | Biodegradability |
|---|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | Fresh water 0.83 days | - | Not readily |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | - | - | Not readily |
| Toluene | - | - | Readily |
| Methylenediphenyldiisocyanate (mixed isomers) | - | - | Not readily |
| triethyl phosphate | Fresh water 2007.5 days | - | Not readily |

**Bioaccumulative potential**

| Product/ingredient name | LogP$_{ow}$ | BCF | Potential |
|---|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | 4.51 | 200 | low |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | 8.56 | 200 | low |
| Toluene | 2.73 | - | low |
| Methylenediphenyldiisocyanate (mixed isomers) | 4.51 | 439 | low |
| triethyl phosphate | 1.11 | 0.5 to 0.8 | low |

Other adverse effects        :   No known significant effects or critical hazards.

Other ecological information

BOD5        :   Not Determined

COD        :   Not Determined

TOC        :   Not Determined

## 13 . Disposal considerations

Waste disposal        :   The generation of waste should be avoided or minimized wherever possible.  Disposal of this product, solutions and any by-products should at all times comply with the requirements of environmental protection and waste disposal legislation and any regional local authority requirements.  Dispose of surplus and non-recyclable products via a licensed waste disposal contractor.  Waste should not be disposed of untreated to the sewer unless fully compliant with the requirements of all authorities with jurisdiction. Waste packaging should be recycled.  Incineration or landfill should only be considered when recycling is not feasible.  This material and its container must be disposed of in a safe way.  Care should be taken when handling emptied containers that have not been cleaned or rinsed out.  Empty containers or liners may retain some product residues. Vapor from product residues may create a highly flammable or explosive atmosphere inside the container.  Do not cut, weld or grind used containers unless they have been cleaned thoroughly internally.  Avoid dispersal of spilled material and runoff and contact with soil, waterways, drains and sewers.

**Disposal should be in accordance with applicable regional, national and local laws and regulations.**

## 14 . Transport information

Proper shipping name

DOT        :   RESIN SOLUTION

TDG        :   RESIN SOLUTION

IMDG        :   RESIN SOLUTION

IATA        :   RESIN SOLUTION

*12/11/2013.*                    00052694                    *12/16*

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 22

PVA-0313

*ARATHANE® 5750 A*

## 14 . Transport information

| Regulatory information | UN number | Classes | PG* | Label | Additional information |
|---|---|---|---|---|---|
| DOT Classification | UN1866 | 3 | III |  | Reportable quantity 8234.5 lbs / 3738.5 kg [823 gal / 3115.4 L] Package sizes shipped in quantities less than the product reportable quantity are not subject to the RQ (reportable quantity) transportation requirements. |
| TDG Classification | UN1866 | 3 | III |  | - |
| IMDG Class | UN1866 | 3 | III |  | Emergency schedules (EmS) F-E, _S-E_ |
| IATA-DGR Class | UN1866 | 3 | III |  | Passenger and Cargo Aircraft Quantity limitation: 60 L Packaging instructions: 355 Cargo Aircraft Only Quantity limitation: 220 L Packaging instructions: 366 |

PG* : Packing group

## 15 . Regulatory information

**United States**

| | | |
|---|---|---|
| HCS Classification | : | Flammable liquid<br>Irritating material<br>Sensitizing material<br>Target organ effects |

**U.S. Federal regulations**

| | | |
|---|---|---|
| TSCA 8(b) inventory | : | **United States inventory (TSCA 8b)**: All components are listed or exempted. |
| TSCA 5(a)2 final significant new use rule (SNUR) | : | No ingredients listed. |
| TSCA 5(e) substance consent order | : | No ingredients listed. |
| TSCA 12(b) export notification | : | No ingredients listed. |

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 22

200 PVA-0314

**ARATHANE® 5750 A**

# 15 . Regulatory information

| | | |
|---|---|---|
| **SARA 311/312** | : | Fire hazard<br>Immediate (acute) health hazard<br>Delayed (chronic) health hazard |

| | | Product name | CAS number | Concentration % |
|---|---|---|---|---|
| **Clean Air Act  Section 112<br>(b) Hazardous Air<br>Pollutants (HAPs)** | : | Diphenylmethane 4,4'-diisocyanate<br>toluene | 101-68-8 | 60.72<br>8 |

**Clean Air Act - Ozone Depleting Substances (ODS)** : EPCRA Section 313 (40 CFR 372) CERCLA (Comprehensive Environmental Response, Compensation and Liability Act):   4,4-Methylene diphenyl diisocyanate (CAS 101-68-8) has a 5,000 lb. RQ (reportable quantity). Any spill or release  above the RQ must be reported to the National Response Center  (800-424-8802).

This product does not contain nor is it manufactured with ozone depleting substances.

| | | Product name | CAS number | Concentration % |
|---|---|---|---|---|
| **SARA 313<br>Form R - Reporting requirements** | : | Diphenylmethane 4,4'-diisocyanate<br>Toluene | 101-68-8<br>108-88-3 | 60.72<br>7.9928 |

| | |
|---|---|
| **CERCLA Hazardous substances** | : |

| Components | Concentration % | Section 304 CERCLA Hazardous Substance | CERCLA Reportable Quantity (Lbs) | Product Reportable Quantity (Lbs) |
|---|---|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | 60.72 | Listed | 5000 | 8235 |
| Toluene | 7.9928 | Listed | 1000 | 12511 |

**State regulations**

| | | |
|---|---|---|
| **PENNSYLVANIA - RTK** | : | Diphenylmethane 4,4'-diisocyanate, toluene |
| **California Prop 65** | : | **WARNING:** This product contains a chemical known to the State of California to cause birth defects or other reproductive harm. |

| Ingredient name | Cancer | Reproductive |
|---|---|---|
| Toluene | No | Yes |

**International regulations**

**Canada**

| | | |
|---|---|---|
| **WHMIS (Canada)** | : | Class B-2: Flammable liquid<br>Class D-2A: Material causing other toxic effects (Very toxic).<br>Class D-2B: Material causing other toxic effects (Toxic). |
| **CEPA DSL** | : | All components are listed or exempted. |

**This product has been classified in accordance with the hazard criteria of the Controlled Products Regulations and the MSDS contains all the information required by the Controlled Products Regulations.**

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 22

PVA-0315

*ARATHANE® 5750 A*

## 15 . Regulatory information

**International lists**　　　　:　**Australia inventory (AICS):** All components are listed or exempted.
**China inventory (IECSC):** All components are listed or exempted.
**Japan inventory.** All components are listed or exempted.
**Korea inventory:** All components are listed or exempted.
**Malaysia Inventory (EHS Register)·** Not determined.
**New Zealand Inventory of Chemicals (NZIoC):** All components are listed or exempted.
**Philippines inventory (PICCS):** All components are listed or exempted.
**Taiwan inventory (CSNN):** Not determined.

## 16 . Other information

**Label requirements**　　　:　FLAMMABLE LIQUID AND VAPOR.  CAUSES RESPIRATORY TRACT, EYE AND SKIN IRRITATION.  MAY CAUSE ALLERGIC RESPIRATORY AND SKIN REACTION. CONTAINS MATERIAL THAT CAN CAUSE TARGET ORGAN DAMAGE.  POSSIBLE DEVELOPMENTAL HAZARD - CONTAINS MATERIAL WHICH MAY CAUSE ADVERSE DEVELOPMENTAL EFFECTS, BASED ON ANIMAL DATA.

**Hazardous Material
Information System (U.S.A.)**　:



| Health | 2 |
| Flammability | 3 |
| Physical hazards | 1 |
| Personal protection | |

**The customer is responsible for determining the PPE code for this material.**

**National Fire Protection
Association (U.S.A.)**　　:



**Date of printing**　　　　:　**12/11/2013.**
**Date of issue**　　　　　:　**12/11/2013.**
**Date of previous issue**　:　8/08/2008
**Version**　　　　　　　:　**3**

▼ **Indicates information that has changed from previously issued version.**

**Notice to reader**

*While the information and recommendations in this publication are to the best of our knowledge, information and belief accurate at the date of publication, NOTHING HEREIN IS TO BE CONSTRUED AS A WARRANTY, EXPRESS OR OTHERWISE.*

*IN ALL CASES, IT IS THE RESPONSIBILITY OF THE USER TO DETERMINE THE APPLICABILITY OF SUCH INFORMATION AND RECOMMENDATIONS AND THE SUITABILITY OF ANY PRODUCT FOR ITS OWN PARTICULAR PURPOSE.*

*THE PRODUCT MAY PRESENT HAZARDS AND SHOULD BE USED WITH CAUTION. WHILE CERTAIN HAZARDS ARE DESCRIBED IN THIS PUBLICATION, NO GUARANTEE IS MADE THAT THESE ARE THE ONLY HAZARDS*

PVA\SPCX2115\Space X add auto flush
system\

EXHIBIT 22

202　PVA-0316

*ARATHANE® 5750 A*

# 16 . Other information

*THAT EXIST.*

*Hazards, toxicity and behaviour of the products may differ when used with other materials and are dependent upon the manufacturing circumstances or other processes.  Such hazards, toxicity and behaviour should be determined by the user and made known to handlers, processors and end users.*

*NO PERSON OR ORGANIZATION EXCEPT A DULY AUTHORIZED HUNTSMAN EMPLOYEE IS AUTHORIZED TO PROVIDE OR MAKE AVAILABLE DATA SHEETS FOR HUNTSMAN PRODUCTS.  DATA SHEETS FROM UNAUTHORIZED SOURCES MAY CONTAIN INFORMATION THAT IS NO LONGER CURRENT OR ACCURATE. NO PART OF THIS DATA SHEET MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM, OR BY ANY MEANS, WITHOUT PERMISSION IN WRITING FROM HUNTSMAN.  ALL REQUESTS FOR PERMISSION TO REPRODUCE MATERIAL FROM THIS DATA SHEET SHOULD BE DIRECTED TO HUNTSMAN, MANAGER, PRODUCT SAFETY AT THE ABOVE ADDRESS.*

*12/11/2013.*                    00052694                    *16/16*

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 22

203 PVA-0317

**PVA**

## BILL OF MATERIAL

**B72-0898**

| | |
|---|---|
| SHEET | 1 of 1 |
| REVISION | A |

**PART/ASSEMBLY:** Technosoft drive upgrade on machine serial number R1012

**ISSUE DATE** 8/27/2012

**REV. DATE**

| ITEM | DESCRIPTION | SYMBOL | QTY | UNIT | REC SP | DATE | REMARKS |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |
| 8. | | | | | | | |
| 9. | | | | | | | |
| 10. | | | | | | | |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |
| 18. | | | | | | | |
| 19. | | | | | | | |
| 20. | | | | | | | |
| 21. | | | | | | | |
| 22. | | | | | | | |

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 22

204PVA-0340



# QUOTATION

**DATE**
9/19/2013

**QUOTATION NUMBER**
131909W3267

1 Mustang Drive Cohoes NY, 12047
Tel 518 371 2684 ext 3421
Fax 518 371 2688
JConnelly@pva.net
www.pva.net

**TO:**
Duc Q. Phan
**SpaceX**
1 Rocket Road
Hawthorne, CA 90250

*This fax is intended to be viewed only by the person that is addressed to. This fax is confidential in nature, and subject to copyright protection. If you are not the intended recipient or the agent of the intended or if you are unable to deliver this communication to the intended recipient, please do not read, copy, or use this communication to show it to any other person, but notify the sender immediately by telephone at (518) 371-2684.*

| QTY | MODEL | DESCRIPTION | Price/ ea | Extended |
|---|---|---|---|---|
| 1 | B72-01433 | Rework the dispense system on machine serial number W3267 to connect one cartridge to (1) one gallon tank for automatic solvent flush of Arethane 5705.<br>• Includes all hoses and fittings needed for complete integration<br>• Includes one pneumatic ball valve for automatic solvent flush<br>• Includes hardware and software needed for integration.<br>• Includes new one gallon tank. | $4,175.00 | $4,175.00 |
| 1 | ON-SITE | On-site from PVA to travel o Space X and install the new auto solvent flush system.<br>• Labor rate based on 8-10 hour work day Monday through Friday non-US holiday. | $1,150.00 | $1,150.00 |
| 1 | Expenses | Estimate of the direct travel expenses to travel from Cohoes NY to Hawthorne CA for one full day on-site.<br>• Expenses to include but not limited to airfare, lodging, ground transportation and meals.<br>• Estimate can be used as a not to exceed limit. | $1,750.00 | $1,750.00 |

**Total:   $7,075.00**

| TERMS | DELIVERY | SHIPMENT | WARRANTY |
|---|---|---|---|
| 100% Net 30 | 6 weeks ARO | FOB PVA Factory Cohoes NY USA, + crating charge of up to $500 (if applicable) | 1 Year on all parts and labor Excluding soft seals. |

**ORDER CANCELLATION POLICY**
Buyer may only cancel the order for equipment in writing with a cancel charge as per the following schedule:

| Cancellation Notice Received | Cancellation Fee Multiplier |
|---|---|
| 0-30 days from order date | 25% |
| 31-60 days from order date | 35% |
| More than 60 days from order date | 70% |

Page 1 of 2

PVA\SPCX2115\Space X add auto flush system\

Proprietary Information: CONFIDENTIAL
EXHIBIT 22

205 PVA-0341



This quotation is valid for 60 days from the date of issue and does not include any applicable federal, state, or local taxes. Prices are subject to change at anytime after this quotation has expired. This quotation can only be withdrawn or modified prior to expiration date by written notice from PVA to you. No terms and conditions stated on the Purchase Order shall modify the terms or conditions contained in this proposal.

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 22



Run mixed and diluted material for spraying

Three way pneumatic ball valve for selection between material or solvent.

Arathane 5705

One gallon tank for solvent

PVA\SPCX2115\Space X add auto flush system\

PVA-0343

EXHIBIT 22

207



Run mixed and diluted material for spraying

Three way pneumatic ball valve for selection between material or solvent.

Arethane 5705

One gallon tank for solvent



Run mixed and diluted material for spraying

Run mixed material for dispensing

Urethane 5705

Urethane 5705

Pneumatic ball valves for automatic solvent flush

One gallon tank for solvent

PVA\SPCX2115\Space X add auto flush system\

PVA-0345

EXHIBIT 22

209



EXHIBIT 22

PVA\SPCX2115\Space X add auto flush system\

210PVA-0346

CONFIDENTIAL



Company Name:
Equipment Name:
Date _____

**Quote work sheet**

| line | Description | Part Number | Qty | Cost | Ext cost | Price | Ext price |
|------|-------------|-------------|-----|------|----------|-------|-----------|
| 1 | | | | $  -  | $  -  | $  -  | $  -  |
| 2 | | | | $  -  | $  -  | $  -  | $  -  |
| 3 | | | | $  -  | $  -  | $  -  | $  -  |
| 4 | ASSEMBLY ACTUATED AIR 3-WAY BALL VALVE | ss-43GxF4-51D | 1 | | | $ 1,081.98 | $ 1,081.98 |
| 5 | Pressure Tank, 1-Gallon Stainless Steel Reservoir Assy. | PVA01 | 1 | $ 360.96 | $ 360.96 | $ 825.00 | 825.00 |
| 6 | Hoses and fittings - misc | Hoses and fittings | 1 | $ 469.53 | $ 825.00 | $ 825.00 | 825.00 |
| 7 | VALVE SLND,3 POS,CNTER CLOSED | VQ1301-51 | 1 | $ 450.00 | $ 450.00 | $ 1,350.00 | 1,350.00 |
| 8 | Programming and engineering | P+E | 8 | $ 52.20 | $ 52.20 | $ 156.60 | 156.60 |
| 9 | | | | $ 95.00 | $ 760.00 | $ 95.00 | 760.00 |
| 10 | | | | $  -  | $  -  | $  -  | $  -  |
| 11 | | | | $  -  | $  -  | $  -  | $  -  |
| 12 | | | | $  -  | $  -  | $  -  | $  -  |
| 13 | | | | $  -  | $  -  | $  -  | $  -  |
| 14 | | | | $  -  | $  -  | $  -  | $  -  |
| 15 | | | | $  -  | $  -  | $  -  | $  -  |
| 16 | | | | $  -  | $  -  | $  -  | $  -  |
| 17 | | | | $  -  | $  -  | $  -  | $  -  |
| 18 | | | | $  -  | $  -  | $  -  | $  -  |
| 19 | | | | $  -  | $  -  | $  -  | $  -  |
| 20 | | | | $  -  | $  -  | $  -  | $  -  |
| 21 | | | | $  -  | $  -  | $  -  | $  -  |
| 22 | | | | $  -  | $  -  | $  -  | $  -  |
| 23 | | | | $  -  | $  -  | $  -  | $  -  |
| 24 | | | | $  -  | $  -  | $  -  | $  -  |
| 25 | | | | $  -  | $  -  | $  -  | $  -  |
| 26 | | | | $  -  | $  -  | $  -  | $  -  |
| 27 | | | | $  -  | $  -  | $  -  | $  -  |
| 28 | | | | $  -  | $  -  | $  -  | $  -  |
| 29 | | | | $  -  | $  -  | $  -  | $  -  |
| 30 | | | | $  -  | $  -  | $  -  | $  -  |
| | Totals | | | $ 1,427.39 | $ 2,447.88 | $ 3,508.58 | 4,173.58 |

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 22

PVA-0347

| | |
|---|---|
| **Subject:** | RE: Customer |
| **Start:** | Thu 8/1/2013 10:00 AM |
| **End:** | Thu 8/1/2013 10:30 AM |
| **Recurrence:** | (none) |
| **Organizer:** | David Gomez |

---

| | |
|---|---|
| **From:** | Brian Ignaut <Brian.Ignaut@spacex.com> |
| **Sent:** | Wednesday, January 09, 2013 1:24 PM |
| **To:** | David Gomez |
| **Subject:** | RE: Customer |

David,

Thanks for your email and the follow-up. This purchase would happen in the second half of 2013 at the earliest so we have some time to wait. We'll continue to stay in touch as the year progresses and we better understand our exact technical requirements and timeline.

Sincerely,

Brian


-----Original Message-----
From: David Gomez [mailto:DGomez@PVA.net]
Sent: Wednesday, January 09, 2013 10:38 AM
To: Brian Ignaut
Subject: RE: Customer

Dear Brian,

Hope you had a joyful Holliday season and that such delight had provided you with the necessary energy to begin this new year.

I just wanted to do some follow up on the two part material application project you were working on and kindly presented us with.

You think there'd be any new developments on this matter during the first months of 2013?.....

If we can be of service to you regarding this or other new products ,please let me know.

I look forward to hearing from you.

PVA-1680

I will call you Wednesday and discuss this further.

Brian, it would help to have a minimum and maximum shot size parameters. Since this is not a production line, I would assume cycle time is not an issue. I will call you first thing Wednesday.

Best regards,

Scott Abarta
Engineered Sales
Ellsworth Adhesives
Cell: 949-742-9827

On Dec 3, 2012, at 12:01 PM, "David Gomez" <DGomez@PVA.net<mailto:DGomez@PVA.net>> wrote:

Hi Scott

It's nice to hear from you.

Can you please provide me with two part material brand and part # (if you have MSDs and data sheets even better) Also I'd need shot size and cycle time per part if possible

Regards,
David Gomez



Sent via BlackBerry by AT&T

From: Scott Abarta <sabarta@Ellsworth.com<mailto:sabarta@Ellsworth.com>>
Date: Mon, 3 Dec 2012 18:19:32 +0000
To: DGomez@PVA.net<mailto:DGomez@PVA.net><DGomez@PVA.net<mailto:DGomez@PVA.net>>
Cc:
'Brian.Ignaut@spacex.com<mailto:Brian.Ignaut@spacex.com>'<Brian.Ignaut@spacex.com<mailto:Brian.Ignaut@spacex.com>>
Subject: Customer

Hello Dave,

Hope all is well. I have a customer whom I have been working with that needs a quote for the following PVA equipment:

Mx 3000 MMD machine

PVA 200 dispense valve

PVA 3000 dispense robot

Please address the quote to Brian Ignaut (below) and call me if you have any questions.


Brian Ignaut
Responsible Engineer, Solar Arrays
<image001.jpg>
1 Rocket Road
Hawthorne, CA 90250

PVA-1684

213

| | |
|---|---|
| **From:** | David Gomez |
| **Sent:** | Tuesday, September 10, 2013 11:04 AM |
| **To:** | Jonathan Connelly; Richard Bievenue |
| **Cc:** | David Filbert; Michael R. Leonard; Jonathan Urquhart |
| **Subject:** | RE: meter-mix application |

Hey mang,

No need for Dave and his metering mix systems.

Looks like they only want a 20oz cartridge retainer&cap with spray & needle valve for the pre-mix material and a 6oz cartridge retainer&cap for the solvent ,so it can flush the premixed material out right after doing a batch of boards.

I've done this fluid delivery line several times.

Let me know if you need a project # for reference,Urquhart can also tell you how this is done

Regarding options for spraying two part coatings –we are not there yet.

David E Gomez
PVA
Account Executive
281 217 7247

**From:** Jonathan Connelly
**Sent:** Tuesday, September 10, 2013 10:10 AM
**To:** Richard Bievenue
**Cc:** David Filbert; David Gomez; Michael R. Leonard
**Subject:** RE: meter-mix application

It is going to be a long time before I could do any real work on a full MMX system for them...  unless Dave f wants to work on that part.

I could set them up with a quote for a syringe system for premixed material...

**From:** Richard Bievenue
**Sent:** Monday, September 09, 2013 2:12 PM
**To:** Jonathan Connelly
**Cc:** David Filbert; David Gomez; Michael R. Leonard
**Subject:** meter-mix application

Jon,

1
EXHIBIT 22

PVA-1689

**214**

I just spoke with an engineer from SpaceX named Duc Phan (pronounced "Dook Fawn"). They have one of our 350 machines, s/n W3267. They want to switch to a 2-part material, Huntsman Arathane 5750. They are currently considering just pre-mixing the material and then flushing it out after a couple hours, using a series of valves and solvent tanks. Mike Leonard may be assisting them with getting the electrical schematics and discussing program options with them in case they try to do this on their own.

They would also like to hear what options we have for them as far as a 2-component meter-mix system. Can you contact Duc and let him know you would be the man to pick up the ball on this? Then we can discuss what the best configuration would be.

Contact info:

Duc.phan@spacex.com
Ph: 310-363-6316

Best Regards,

Rich Bievenue
Fluid Systems Engineer



1 Mustang Drive
Cohoes, NY 12047
Ph: 518-371-2684 x2203
rbievenue@pva.net

| | |
|---|---|
| **From:** | David Filbert |
| **Sent:** | <mark>Tuesday, September 10, 2013 11:05 AM</mark> |
| **To:** | David Gomez; Jonathan Connelly; Richard Bievenue |
| **Cc:** | Michael R. Leonard; Jonathan Urquhart |
| **Subject:** | RE: meter-mix application |

<mark>Now I feel unwanted and useless..............</mark>☹

**From:** David Gomez
**Sent:** Tuesday, September 10, 2013 2:04 PM
**To:** Jonathan Connelly; Richard Bievenue
**Cc:** David Filbert; Michael R. Leonard; Jonathan Urquhart
**Subject:** RE: meter-mix application

Hey mang,

No need for Dave and his metering mix systems.

Looks like they only want a 20oz cartridge retainer&cap with spray & needle valve for the pre-mix material and a 6oz cartridge retainer&cap for the solvent ,so it can flush the premixed material out right after doing a batch of boards.

I've done this fluid delivery line several times.

Let me know if you need a project # for reference,Urquhart can also tell you how this is done

Regarding options for spraying two part coatings –we are not there yet.

David E Gomez
PVA
Account Executive
281 217 7247

**From:** Jonathan Connelly
**Sent:** Tuesday, September 10, 2013 10:10 AM
**To:** Richard Bievenue
**Cc:** David Filbert; David Gomez; Michael R. Leonard
**Subject:** RE: meter-mix application

It is going to be a long time before I could do any real work on a full MMX system for them... unless Dave f wants to work on that part.

I could set them up with a quote for a syringe system for premixed material...

| | |
|---|---|
| **From:** | Jonathan Connelly |
| **Sent:** | Tuesday, September 10, 2013 11:20 AM |
| **To:** | David Gomez; David Filbert; Richard Bievenue |
| **Cc:** | Michael R. Leonard; Jonathan Urquhart |
| **Subject:** | RE: meter-mix application |

♪♫ Take a load off Mang! Take a load for free, Take a load off Mang! And (and) (and) you put the load right on me (You put the load right on me)! ♪♫

**From:** David Gomez
**Sent:** Tuesday, September 10, 2013 2:08 PM
**To:** David Filbert; Jonathan Connelly; Richard Bievenue
**Cc:** Michael R. Leonard; Jonathan Urquhart
**Subject:** RE: meter-mix application

Hey mang, Im just taking some load off your back which by the way it's already pretty heavy

David E Gomez
PVA
Account Executive
281 217 7247

**From:** David Filbert
**Sent:** Tuesday, September 10, 2013 1:05 PM
**To:** David Gomez; Jonathan Connelly; Richard Bievenue
**Cc:** Michael R. Leonard; Jonathan Urquhart
**Subject:** RE: meter-mix application

Now I feel unwanted and useless...............☹

**From:** David Gomez
**Sent:** Tuesday, September 10, 2013 2:04 PM
**To:** Jonathan Connelly; Richard Bievenue
**Cc:** David Filbert; Michael R. Leonard; Jonathan Urquhart
**Subject:** RE: meter-mix application

Hey mang,

No need for Dave and his metering mix systems.

Looks like they only want a 20oz cartridge retainer&cap with spray & needle valve for the pre-mix material and a 6oz cartridge retainer&cap for the solvent ,so it can flush the premixed material out right after doing a batch of boards.

I've done this fluid delivery line several times.

Let me know if you need a project # for reference,Urquhart can also tell you how this is done

Regarding options for spraying two part coatings –we are not there yet.

PVA-1695

David E Gomez
PVA
Account Executive
281 217 7247

**From:** Jonathan Connelly
**Sent:** Tuesday, September 10, 2013 10:10 AM
**To:** Richard Bievenue
**Cc:** David Filbert; David Gomez; Michael R. Leonard
**Subject:** RE: meter-mix application

It is going to be a long time before I could do any real work on a full MMX system for them... unless Dave f wants to work on that part.

I could set them up with a quote for a syringe system for premixed material...

**From:** Richard Bievenue
**Sent:** Monday, September 09, 2013 2:12 PM
**To:** Jonathan Connelly
**Cc:** David Filbert; David Gomez; Michael R. Leonard
**Subject:** meter-mix application

Jon,

I just spoke with an engineer from SpaceX named Duc Phan (pronounced "Dook Fawn"). They have one of our 350 machines, s/n W3267. They want to switch to a 2-part material, Huntsman Arathane 5750. They are currently considering just pre-mixing the material and then flushing it out after a couple hours, using a series of valves and solvent tanks. Mike Leonard may be assisting them with getting the electrical schematics and discussing program options with them in case they try to do this on their own.

They would also like to hear what options we have for them as far as a 2-component meter-mix system. Can you contact Duc and let him know you would be the man to pick up the ball on this? Then we can discuss what the best configuration would be.

Contact info:

Duc.phan@spacex.com
Ph: 310-363-6316

Best Regards,

Rich Bievenue
Fluid Systems Engineer

PVA-1696

218



1 Mustang Drive
Cohoes, NY 12047
Ph: 518-371-2684 x2203
rbievenue@pva.net

PVA-1697

| | |
|---|---|
| **From:** | David Gomez |
| **Sent:** | Wednesday, September 18, 2013 12:41 PM |
| **To:** | Jonathan Connelly; Richard Bievenue; David Filbert |
| **Subject:** | RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267 |

Guys,

FYI – this is not the first time we have done this (fluid delivery for a two part coating),i really think we are putting too much resources in this.

REF - project SEAK3101


David E. Gomez
PVA
Account Executive
281 217 7247

**From:** Jonathan Connelly
**Sent:** Wednesday, September 18, 2013 2:17 PM
**To:** Richard Bievenue; David Filbert
**Cc:** David Gomez
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Ok let me send my sketch over to Duc and see if he is ok with running two different dilutions out of two different cartridges with a third tank or cartridge for solvent flush..


**From:** Richard Bievenue
**Sent:** Wednesday, September 18, 2013 2:50 PM
**To:** Jonathan Connelly; David Filbert
**Cc:** David Gomez
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

I think conceptually that will work, but I would want to minimize the overall number of fittings, eliminate elbows where possible, and optimize the hose/tubing size to keep the volume of mixed material to a minimum and maximize the effectiveness of the solvent flush.


**From:** Jonathan Connelly
**Sent:** Wednesday, September 18, 2013 1:43 PM
**To:** Richard Bievenue; David Filbert
**Cc:** David Gomez
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Rich,

PVA-1698

220

This is what I want to offer Mr. Duc based on this e-mail.  See my sketch attached.  He should be able to run the diluted mixture with one cartridge and the undiluted mixture with the other then have a tank full of solvent to flush the whole thing out when he wants to..

Let me know what you think..

Thanks,


From: Duc Phan [mailto:Duc.Phan@spacex.com]
Sent: Friday, September 13, 2013 11:20 AM
To: Jonathan Connelly; Michael R. Leonard
Cc: Richard Bievenue; David Filbert
Subject: RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Hello Jon,
The current process we removed the hoses from the spray dispensing head and connect the hoses from the Arethane material and Solvent to it. When the Arethane material not in use we caped the Solvent hose and connect the Arethane material hose to the other head just for place holder.  The Arethane 5750, part A and part B is mixed together and poured in the first reservoir and the second reservoir is the solvent use to thin out the mixed Arethane for spray requirement.
If you have three parts metering spray valve please provide a quote also.



Spray Head

Arethane and solvent hoses

Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Friday, September 13, 2013 6:07 AM
**To:** Duc Phan; Michael R. Leonard
**Cc:** Richard Bievenue; David Filbert
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Hi Duc,

I have this almost complete.  Looking at your pictures.  It looks like our drawings do not match what you run on that machine.

Are you running both the Arethane and the solvent out of the cartridges mounted on the side of the machine?

Could you send me a picture from the back of the machine where the material connections connect and flow inside the work area?

Thanks,

-Jon


**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Thursday, September 12, 2013 11:09 AM
**To:** Jonathan Connelly; Michael R. Leonard
**Cc:** Richard Bievenue; David Filbert
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Hello Jon,
I am following up on the quote for the air actuator valves and the new program to implement rinse and purge changes.
We are very exciting to get this Arethane 5750 material automate.

Thank you,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Tuesday, September 10, 2013 8:55 AM
**To:** Duc Phan; Michael R. Leonard
**Cc:** Richard Bievenue; David Filbert
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Hi Duc,

I am copying some other people here that you may have talked to or not.

Looking at your request..  We could put pneumatic ball valves to control the material and flush.  I think it will waste a good amount of material and solvent.   You will need to flush out the material with each rinse cycle and then purge out the solvent until the material starts flowing again...

We could add timers to the machine to stop and alarm every 30 minutes or hour to remind the operators to flush and fill the system..

Do you already have 24 VDC actuator valves that  you are planning to use?  Why do you need analog control for these?  Do you have a data sheet on them?

Best regards,

Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688

From: Duc Phan [mailto:Duc.Phan@spacex.com]
Sent: Tuesday, September 10, 2013 11:35 AM
To: Michael R. Leonard; Jonathan Connelly
Subject: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Hello John,
I am a Process engineer for SpaceX located in Hawthorne, CA. We have the PVA 350, P/N: SPCX2115 S/N: W3267. We are using the Arethane 5750 material that have 2 hours cure time, which we are concern that operator may forgot to purge and rinse the material when the job is done. To avoid this problem I am hoping to automate the purge and rinse process. The plan is to have the 24VDC actuator valves to turn on/off the purge and rinse reservoirs after the coating program.
I need help writing the subroutine program for rinse and purge and identify which analog signals can I connect the 24VDC actuator valves and the which digital signals to turn them on?

Thank you in-advance for helping!

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Michael R. Leonard [mailto:MLeonard@PVA.net]
**Sent:** Monday, September 09, 2013 10:53 AM
**To:** Duc Phan
**Subject:** schematic

Duc,
    Here is the electrical schematic for your machine. Also here is Jon Connelly's information. jconnelly@pva.net and his number is (518)371-2684 ext 2421.

Thanks,
Mike

PVA-1702

**From:** David Gomez
**Sent:** Wednesday, September 18, 2013 1:05 PM
**To:** Richard Bievenue
**Cc:** Jonathan Connelly
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267



CON GRAN GÜE

RECONO

AL SR. (A): _____

COMO GH

POR SU PERSEVERANTE CONST
ESFUERZO DE NO HACER NADA
COORDINACIÓN DE
PRIMERO MUNE

_____ DE

DE ORO

David E Gomez
PVA
Account Executive
281 217 7247

**From:** Richard Bievenue
**Sent:** Wednesday, September 18, 2013 2:50 PM
**To:** David Gomez
**Cc:** Jonathan Connelly
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Connelly ain't got shit to do anyway Mang.

**From:** David Gomez
**Sent:** Wednesday, September 18, 2013 3:48 PM
**To:** Jonathan Connelly; Richard Bievenue; David Filbert
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

1
EXHIBIT 22

PVA-1708

| | |
|---|---|
| **From:** | Jonathan Connelly |
| **Sent:** | Wednesday, September 25, 2013 9:02 AM |
| **To:** | Craig Tuttle; Ed Borzon; Jason McCreary; Jeffrey Van Norden; Jeremy Prusky; Rex Ellis; Rodrigo Gutierrez |
| **Subject:** | RE: New one Space X |
| **Attachments:** | Sales Order-SPCX2115 rework 9-25-2013.pdf |



## SALES ORDER FORM

| | | | |
|---|---|---|---|
| Date: | 9/25/2013 | | |
| PVA Sales: | Connelly | Sales Rep: | - |
| Company Name: | Space X | | |
| Contact Name: | Duc Phan | Email: | Duc.Phan@spacex.com |
| Phone: | 31-363-6316 | Fax: | - |
| PVA Job #: | SPCX2115 W3267 | | |
| Work Order# | W3267R1 | PO #: | 258364 |
| | | Terms: | 100% net 30 |
| Project Start Date | 9/25/2013 | | |
| Quoted Delivery: | 6 weeks ARO | | |
| Ship Date Commit: | They need this before week of Oct 21rst | | |

**DELIVERY**
PVA Arranged Shipment:          -
Customer Arranged Shipment:    X
Shipping Company:               -

**Scope:**
Mechanical
Electrical
Programming
Fluid Delivery

On-site support

**SALES ORDER ADDITIONS:**
PO Hardcopy:           X
Spare Parts PO:        -
Application Form:      -
Quotation:             X
Other Communications:  X

**List all machine options or special requirements that are not included in the quotation:**

Rework the dispense system to add (1) one gallon tank and pneumatic ball valve for automatic solvent flush by number of cycles or can be started from cycle stop.  Number of cycles needs to be variable.

Ref: B72-01433

Under Six Weeks Craig: _____    Date: _____

Tony/Jayson Authorization: _____    Date: _____

EXHIBIT 22                              PVA-1715
227

Trade Secrets: Proprietary costs and pricing
CONFIDENTIAL



# QUOTATION

| DATE |
|------|
| 9/19/2013 |

| QUOTATION NUMBER |
|------|
| 131909W3267 |

1 Mustang Drive Cohoes NY, 12047
Tel 518 371 2684 ext 2421
Fax 518 371 2688
JConnelly@pva.net
www.pva.net

**TO:**
Duc Q. Phan
**SpaceX**
1 Rocket Road
Hawthorne, CA 90250

*This fax is intended to be viewed only by the person that is addressed to. This fax is confidential in nature, and subject to copyright protection. If you are not the intended recipient or the agent of the intended or if you are unable to deliver this communication to the intended recipient, please do not read, copy, or use this communication to show it to any other person, but notify the sender immediately by telephone at (518) 371-2684.*

| QTY | MODEL | DESCRIPTION | Price/ ea | Extended |
|-----|-------|-------------|-----------|----------|
| 1 | B72-01433 | Rework the dispense system on machine serial number W3267 to connect one cartridge to (1) one gallon tank for automatic solvent flush of Arethane 5705.<br>• Includes all hoses and fittings needed for complete integration.<br>• Includes one pneumatic ball valve for automatic solvent flush.<br>• Includes hardware and software needed for integration.<br>• Includes new one gallon tank. | $4,175.00 | $4,175.00 |
| 1 | ON-SITE | On-site from PVA to travel o Space X and install the new auto solvent flush system.<br>• Labor rate based on 8-10 hour work day Monday through Friday non-US holiday. | $1,150.00 | $1,150.00 |
| 1 | Expenses | Estimate of the direct travel expenses to travel from Cohoes NY to Hawthorne CA for one full day on-site.<br>• Expenses to include but not limited to airfare, lodging, ground transportation and meals.<br>• Estimate can be used as a not to exceed limit. | $1,750.00 | $1,750.00 |

**Total:  $7,075.00**

| TERMS | DELIVERY | SHIPMENT | WARRANTY |
|-------|----------|----------|----------|
| 100% Net 30 | 6 weeks ARO | FOB PVA Factory Cohoes NY USA, + crating charge of up to $500 (if applicable) | 1 Year on all parts and labor Excluding soft seals. |

**ORDER CANCELLATION POLICY**
Buyer may only cancel the order for equipment in writing with a cancel charge as per the following schedule:

| Cancellation Notice Received | Cancellation Fee Multiplier |
|------------------------------|------------------------------|
| 0-30 days from order date | 25% |
| 31-60 days from order date | 35% |
| More than 60 days from order date | 70% |

EXHIBIT 22

PVA-1716

# SPACE X

## PURCHASE ORDER
### APPROVED

Trade Secrets: Proprietary costs and pricing

CONFIDENTIAL

Page 1 of 2

**Bill To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA  90250
Phone: (310)363-6000  Fax: (310)363-6001

| | |
|---|---|
| PO Number: | **258364** |
| Revision Number: | 0 |
| Order Date: | 9/24/2013 |

**Issued To:**

PVA - Precision Valve & Automation, Inc
1 Mustang Dr
Cohoes, NY  12047   US

Phone: 518.371.2684   Fax: 518.371.2688
Contact:
Email:

**Ship To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA  90250
UNITED STATES

**Buyer Information:**

Buyer: Andrea Jarrett
Email: Andrea.Jarrett@spacex.com
Phone: (310) 970-8381

| Terms | Supplier ID | Tax Terms | F.O.B. | Shipping Method | Status |
|---|---|---|---|---|---|
| 50% IN ADVANCE, 30% AT SHIPPING, 20% NET 30 | PVAINC | Taxable | Destination | Bestway | Released |

| Line | Qty | UM | Part ID / Mfg Part ID | Supplier Part ID | Service ID | Current Promise Date | Original Promise Date | Need Date | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.00 | EA | | B72-01433 | | 11/7/13 | 11/7/13 | 11/7/13 | $ 4,175.0000 | $ 4,175.00 |

**Description**

Rework the dispense system on machine serial number W3267 to connect one cartridge to (1) one gallon tank
for automatic solvent flush of Arethane 5750.
- Includes all hoses and fittings needed for complete integration.
- Includes one pneumatic ball valve for automatic solvent flush.
- Includes hardware and software needed for integration.
- Includes new one gallon tank.

| Line | Qty | UM | Part ID / Mfg Part ID | Supplier Part ID | Service ID | Current Promise Date | Original Promise Date | Need Date | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1.00 | EA | | ON-SITE | | 11/7/13 | 11/7/13 | 11/7/13 | $ 1,150.0000 | $ 1,150.00 |

**Description**

On-site from PVA to travel o Space X and install the new auto solvent flush system.
-Labor rate based on 8-10 hour work day Monday through Friday non-US holiday.

| Line | Qty | UM | Part ID / Mfg Part ID | Supplier Part ID | Service ID | Current Promise Date | Original Promise Date | Need Date | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 1.00 | EA | | Expenses | | 11/7/13 | 11/7/13 | 11/7/13 | $ 1,750.0000 | $ 1,750.00 |

# SPACEX

## PURCHASE ORDER

Page 2 of 2

**APPROVED**

**Bill To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA 90250
Phone: (310)363-6000  Fax: (310)363-6001

| | |
|---|---|
| PO Number: | **258364** |
| Revision Number: | 0 |
| Order Date: | 9/24/2013 |

**Issued To:**

PVA - Precision Valve & Automation, Inc
1 Mustang Dr
Cohoes, NY  12047   US

Phone: 518.371.2684      Fax: 518.371.2688
Contact:
Email:

**Ship To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA 90250
UNITED STATES

**Buyer Information:**

Buyer: Andrea Jarrett
Email: Andrea.Jarrett@spacex.com
Phone: (310) 970-8381

| Terms | Supplier ID | Tax Terms | F.O.B. | Shipping Method | Status |
|---|---|---|---|---|---|
| 50% IN ADVANCE, 30% AT SHIPPING, 20% NET 30 | PVAINC | Taxable | Destination | Bestway | Released |

**Description**

Estimate of the direct travel expenses to travel from Cohoes NY to Hawthorne CA for one full day on-site.
- Expenses to include but not limited to airfare, lodging, ground transportation and meals.
- Estimate is a not to exceed limit.

**ORDER TOTAL:     $7,075.00**

## Order Specifications

Reference PVA quotation # 131909W3267

*Please include PO number on all shipping information and invoices.*
*Please submit all invoices to accountspayable@spacex.com*

**Terms and Conditions.** Commencing with this order signifies supplier's acceptance of this P.O. and its agreement with all SpaceX Terms and Conditions, any applicable SpaceX Quality Clauses, and any applicable Federal Acquisition Regulations (FAR).  The SpaceX Terms and Conditions, applicable Quality Clauses and applicable FAR and FAR Supplement clauses are incorporated by reference.  The SpaceX Terms and Conditions, applicable Quality Clauses, and applicable FAR and FAR Supplement clauses may be viewed at the following link: http://www.spacex.com/legal

POForm_ERP v1

EXHIBIT 22

PVA-1718

230



Run mixed and diluted material for spraying

Three way pneumatic ball valve for selection between material or solvent.

Arethane 5705

One gallon tank for solvent

EXHIBIT 22

# PVA

## BILL OF MATERIAL

**B72-01433**

| ISSUE DATE | 10/8/13 | PART/ASSEMBLY: SPCX2115/ W3267R2 |
|---|---|---|
| REV. DATE | | |

| SHEET | 1 | of | 1 |
|---|---|---|---|
| REVISION | | | A |

| ITEM | DESCRIPTION | PART NUMBER | QTY | UNIT | ECN# | REMARKS |
|---|---|---|---|---|---|---|
| | | | | Ref | | |
| 1 | One gallon pressure tank assembly | B62-2719 | 1 | Ea | | Alloy. 163-2204 |
| 2 | Fitting: 3/8fnpt x -06mjic. SS | 6-6 GTX-SS | 1 | Ea | | |
| 3 | Urethane coated S braided Teflon hose assembly: -06 x 8ft | B62-2365 | 1 | Ea | | Includes two 1069 1N-6-6C hose ends |
| 4 | Fitting: 1/4mnpt x -06mjic 90. SS | 6-6 CTX-SS | 1 | Ea | | |
| 5 | Ball valve: 1/4fnpt. 3 way. pneumatically operated | SS-43GXF4-51D | 1 | Ea | | |
| 6 | Air fitting: 1/8mnpt x 1/4tube 90 | KQ2L07-34S | 2 | Ea | | |
| 7 | Fitting: 1/4mnpt x 1/4tube 90 | 4MSEL4N-316 | 2 | Ea | | |
| 8 | Teflon material tubing: black. 1/4od x 10ft | TFETB01870250B | 3 | Ea | | Trim as needed |
| 9 | Fitting: 1/4mnpt x 1/4tube | 4MSC4N-316 | 1 | Ea | | |
| 10 | Material cartridge: hose clamp | 5388KI6 | 1 | Ea | | |
| 11 | Fitting: 1/4tube x 1/4tube bulkhead | 4BC4-316 | 1 | Ea | | |
| 12 | Fitting: 1/8mnpt x 1/4tube 90 | 4MSEL2N-316 | 1 | Ea | | |
| 13 | Air tubing: red. 1/4od x 15ft | TU0604R | 1 | Ea | | Trim as needed. not shown |
| 14 | Air tubing: blue. 1/4od x 15ft | TU0604BU | 1 | Ea | | Trim as needed. not shown |
| 15 | | | | Ea | | |
| 16 | | | | Ea | | |
| 17 | | | | Ea | | |
| 18 | | | | Ea | | |
| 19 | | | | Ea | | |
| 20 | | | | Ea | | |
| 22 | | | | Ea | | |
| 23 | | | | Ea | | |
| 24 | | | | Ea | | |
| 25 | | | | Ea | | |

EXHIBIT 22

232

PVA-1746

| | |
|---|---|
| From: | Ted St. Marie |
| Sent: | Monday, October 14, 2013 1:34 PM |
| To: | Mark Kniese; Rex Ellis; Rodrigo Gutierrez |
| Cc: | Kyle Crane; Jonathan Connelly; Mark Kniese; Jamie Blender |
| Subject: | RE: SPCX2115 W3267R2 |
| Attachments: | W3267R2.xls |

Mark,

Here's what I have for this pneumatic, adding the pneumatic ball valve for the auto solvent flush to the 7th manifold station with a 2-position solenoid.
All other dispense, pneumatic schematics & documentation are completed in the project rework folders.

Thanks,

Ted


**From:** Ted St. Marie
**Sent:** Monday, October 14, 2013 1:08 PM
**To:** Kyle Crane; Jeffrey Van Norden
**Cc:** Jonathan Connelly; Mark Kniese; Jamie Blender
**Subject:** RE: SPCX2115 W3267R2

Kyle,

I just got this back and I'm finishing up on it now, I'll let you know when I'm done.

Thanks,

Ted


**From:** Kyle Crane
**Sent:** Monday, October 14, 2013 10:57 AM
**To:** Jeffrey Van Norden
**Cc:** Jonathan Connelly; Mark Kniese; Jamie Blender; Ted St. Marie
**Subject:** RE: SPCX2115 W3267R2

Jeff,
        Is the pneumatic BOM going to be updated for the pneumatic ball valve or is that not going to be controlled by the manifold?

Best Regards,
        Kyle Crane

PVA-1747



Production-Reworks

☎ : (518) 371-2684 Ext: 2433

✉ : KCrane@pva.net

**From:** Ted St. Marie
**Sent:** Monday, October 14, 2013 10:50 AM
**To:** Kyle Crane
**Cc:** Jeffrey Van Norden; Jonathan Connelly; Mark Kniese; Jamie Blender
**Subject:** RE: SPCX2115 W3267R2

I no longer have that paperwork, I'm guessing that project was reassigned when I was out last week?

Thanks,

Ted

**From:** Kyle Crane
**Sent:** Monday, October 14, 2013 10:46 AM
**To:** Ted St. Marie
**Subject:** SPCX2115 W3267R2

Is SPCX fully updated?

Best Regards,
          Kyle Crane



Production-Reworks

☎ : (518) 371-2684 Ext: 2433

✉ : KCrane@pva.net

PVA-1748

PVA-1749

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B32-0149R2 | | | | | | | | | | | |
| 2 | MACHINE 2300 | | | | | | | | | | | |
| 3 | 8 STATION | | | | | | | | | | | |
| 4 | Station | Description | A-port Function | A-port Label | B-port Function | B-port Label | Regulator Label | Solenoid Type | Head Pos. | Sensor Number | Output Number | Material |
| 5 | 1 | | | | | | | | | | | |
| 6 | 2 | Z-SLIDE | DOWN | 950 | UP | 951 | | 2POSS | VLV1 | 53 | 25 | |
| 7 | 3 | ATOM | ON | 952 | PLUG | 954 | 953 | 2POSS | VLV1 | | 26 | |
| 8 | 4 | VALVE | OPEN | 955 | CLOSE | 956 | | 2POSS | VLV1 | | 27 | |
| 9 | 5 | Z-SLIDE | DOWN | 957 | UP | 958 | | 2POSS | VLV2 | 54 | 28 | |
| 10 | 6 | ROTARY | 450EG | 959 | 0DEG | 960 | | 3POSS | VLV2 | 55,56 | 29,30 | |
| 11 | 7 | VALVE | OPEG | 961 | CLOSE | 962 | | 2POSS | VLV2 | | 31 | |
| 12 | 8 | BALL VALVE | OPEN | 963 | CLOSE | 964 | | 2POSS | VLV2 | | 32 | |
| 13 | | SPARE | ******* | 965 | ******* | 966 | | BLANK | | | | |
| 14 | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | |
| 16 | | Rules for Sensor | Sensor | | | VALVE LAYOUT | | | | | | |
| 17 | | Input # | Number | | | | | | | | | |
| 18 | | Low Level (melt) | 49 | | | VLV1 | | VLV2 | | | | |
| 19 | | PIP (Conveyor) | 50,51,52 | | | FCS100 ES | | FC100 | | | | |
| 20 | | Pneumatic | 53+ | | | | | | | | | |
| 21 | | PIP (fixture) | Next | | | LEFT | FRONT | RIGHT | | | | |
| 22 | | SPARE | 65,66,67 | | | | | | | | | |
| 23 | | Needle Coil | 61,62,63 | | | | PIP LAYOUT | | | | | |
| 24 | | Needle Coil in place | 64 | | | PIP #1 | PIP #2 | PIP #3 | | | | |
| 25 | | Low Exhaust Flow | 71 | | | 50 | 51 | 52 | | | | |
| 26 | | | | | | FRONT | FRONT | | | | | |

EXHIBIT 22

235

| | |
|---|---|
| From: | Ted St. Marie |
| Sent: | Wednesday, October 16, 2013 8:56 AM |
| To: | Rex Ellis; Jonathan Connelly; Michael R. Leonard; Kyle Crane |
| Cc: | Mark Kniese; Wendy Wen; David Lesperence; Randall Allen; Jeffrey Van Norden |
| Subject: | RE: SPCX2115 W3267R2 rework |

I guess I'm not familiar enough with pneumatic ball valves to justify this.
Can anyone else suggest how the solenoid outputs should be assigned to the ball valve on an automatic solvent flush?

Thanks,

Ted


**From:** Rex Ellis
**Sent:** Wednesday, October 16, 2013 11:49 AM
**To:** Ted St. Marie; Jonathan Connelly; Michael R. Leonard; Kyle Crane
**Cc:** Mark Kniese; Wendy Wen
**Subject:** RE: SPCX2115 W3267R2 rework

Ted,
        Is #32 open to the solvent or open to the material?
Rex


**From:** Ted St. Marie
**Sent:** Wednesday, October 16, 2013 11:42 AM
**To:** Rex Ellis; Jonathan Connelly; Michael R. Leonard; Kyle Crane
**Cc:** Mark Kniese; Wendy Wen
**Subject:** RE: SPCX2115 W3267R2 rework

I listed the following on the pneumatics for the ball valve,

Solenoid outputs:
#32 open
#33 closed

Wendy – did you show the same in the electrical?


**From:** Rex Ellis
**Sent:** Wednesday, October 16, 2013 11:33 AM
**To:** Ted St. Marie; Jonathan Connelly; Michael R. Leonard; Kyle Crane
**Cc:** Mark Kniese; Wendy Wen
**Subject:** RE: SPCX2115 W3267R2 rework

Wendy/Ted,
        Which position of the solenoid is opening the ball valve to solvent?
Rex

**From:** Ted St. Marie
**Sent:** Wednesday, October 16, 2013 10:53 AM
**To:** Jonathan Connelly; Rex Ellis; Michael R. Leonard; Kyle Crane
**Cc:** Mark Kniese; Wendy Wen
**Subject:** RE: SPCX2115 W3267R2 rework

Wendy has updated the electrical for the pneumatic ball valve to be controlled by a 3-position solenoid for the auto solvent flush.

Thanks,

Ted


**From:** Wendy Wen
**Sent:** Wednesday, October 16, 2013 10:47 AM
**To:** Ted St. Marie
**Subject:** SPCX2115

Hi Ted,

I have updated the electrical Schematic 123-2435R2, and the Bom B72-01433.  It is all set on electrical end.

Thanks,
Wendy

| | |
|---|---|
| **From:** | Jonathan Connelly |
| **Sent:** | Wednesday, October 23, 2013 9:20 AM |
| **To:** | Rex Ellis |
| **Subject:** | FW: Release of Purchase Order 258364 Space X |

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Wednesday, October 23, 2013 12:07 PM
**To:** Jonathan Connelly
**Cc:** Rodrigo Gutierrez; David Filbert; Michael R. Leonard
**Subject:** RE: Release of Purchase Order 258364

Hello John and Michael,
Thank you for you great service of installing the automatic flush system.  Few bugs to work out.
1. In automatic mode the spray valve is not dropping down.
2. In rinse location we need to drop the valve down to make it the same as auto rinse and flush.
Thank you,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Thursday, October 17, 2013 12:13 PM
**To:** Duc Phan
**Cc:** Rodrigo Gutierrez; David Filbert; Michael R. Leonard
**Subject:** RE: Release of Purchase Order 258364

Hi Duc,

The parts are leaving today via Fed Ex standard overnight tracking number 558400575653  can you please confirm to me
when you receive them tomorrow?

Mike Leonard has arrangements made to fly out Monday and be at your facility Tuesday the 22nd.

Anything else please feel free to ask.

Best regards,

Jon Connelly
Technical Sales
PVA
1 Mustang Drive

PVA-1812

Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688


**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Wednesday, October 16, 2013 5:34 PM
**To:** Jonathan Connelly
**Cc:** Rodrigo Gutierrez; David Filbert
**Subject:** RE: Release of Purchase Order 258364

Hello Jonathan and Rodrigo,
Please let me know your arrive schedule for next week Oct. 21st.
Also what do I need to do to prepare for your onsite work?

Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320


**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Tuesday, October 08, 2013 8:05 AM
**To:** Duc Phan
**Cc:** Rodrigo Gutierrez; David Filbert
**Subject:** RE: Release of Purchase Order 258364

Thanks Duc,

Attached is a picture of the new dispense system we are planning to build you.

Let me know if this looks ok to you and I will work on getting these out to your asap.

We have you penciled in for service the week of the 21rst for the service trip.  Let us know which day is best for you that week.

Best regards,

Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Tuesday, October 08, 2013 10:55 AM
**To:** Jonathan Connelly
**Subject:** RE: Release of Purchase Order 258364

Please see below.

FedEx Accounts for Hawthorne:
Small parcel and air freight account #: 251204527
Main freight account #: 414707149

Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Monday, October 07, 2013 8:15 AM
**To:** Duc Phan
**Subject:** RE: Release of Purchase Order 258364

Hi Duc,

Give me a call today when you get a chance? The status of your current order is dependent on what you want to with the 2nd material.

Thanks,

-Jon

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Wednesday, October 02, 2013 11:42 AM
**To:** Jonathan Connelly
**Subject:** RE: Release of Purchase Order 258364

Hello Jonathan,

I am waiting to talk with my manager but as for the original plan must stay on schedule for October 21 because I am reserve the from production that day.
I will call you this afternoon for sure.
Thanks

PVA-1814

240

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Wednesday, October 02, 2013 8:39 AM
**To:** Duc Phan
**Subject:** RE: Release of Purchase Order 258364

Hi Duc,

I'm not sure where we left off with this.

Can you give me a call later this afternoon to discuss?

Thanks and best regards,


Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688



**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Thursday, September 26, 2013 3:02 PM
**To:** Jonathan Connelly; warpdrive
**Cc:** Rodrigo Gutierrez
**Subject:** RE: Release of Purchase Order 258364

Hello Jonathan and Rod,
We are interest in having second pneumatic valve adding to the existing changes.
Please give me a call to go over the program and control.
Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

PVA-1815

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Wednesday, September 25, 2013 8:50 AM
**To:** Duc Phan; warpdrive
**Cc:** Rodrigo Gutierrez
**Subject:** RE: Release of Purchase Order 258364

Hi Duc,

Rod has you penciled in for a day of support on the week of the 21rst.

You can work with Rod to get a specific day confirmed.

Best regards,


Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688




**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Wednesday, September 25, 2013 11:26 AM
**To:** Jonathan Connelly; warpdrive
**Subject:** RE: Release of Purchase Order 258364

Hello Jonathan,
Per our conversation the sooner the better.
On reserve Oct. 21-25 any one of these date will be fine.

Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Wednesday, September 25, 2013 5:12 AM
**To:** warpdrive
**Cc:** Duc Phan
**Subject:** RE: Release of Purchase Order 258364

Thanks Guys,

We will get started on this.

Duc,

Do you have a date that would be good for the on-site support to integrate this?

Best regards,

Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688


**From:** Warp Drive [mailto:warpdrive@spacex.com]
**Sent:** Tuesday, September 24, 2013 7:57 PM
**To:** Jonathan Connelly
**Cc:** Duc.Phan@spacex.com
**Subject:** Release of Purchase Order 258364

Attached please find approved purchase order 258364. Please acknowledge receipt of Purchase Order by
sending an email to Andrea Jarrett at Andrea.Jarrett@spacex.com. This message was automatically generated;
Please contact the Buyer if the order requires any further clarification at the address mentioned above.

| | |
|---|---|
| **From:** | Jonathan Connelly |
| **Sent:** | Tuesday, July 22, 2014 8:22 AM |
| **To:** | Gavin Matupang |
| **Subject:** | FW: Release of Purchase Order 258364 Space X |

Hi Gavin,

Duc is going to be looking for a quote on a new machine.   He has some boards that are 30" x 18"  he would need a huge oversized machine to do this in one step.   Or he could index the part on conveyors.

Maybe you can get in touch with him to work on the new machine quote.   I am helping him with this thing.

Thanks,

-Jon

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Monday, July 21, 2014 6:48 PM
**To:** Rex Ellis; Jonathan Connelly; David Filbert; Michael R. Leonard
**Subject:** RE: Release of Purchase Order 258364 Space X

Hello Rex,
PVA350
S/N:W3267
P/N: SPCX2115
Our current machine configuration is to use two materials ( Humiseal and Arathane) We have one spray valve for both material. Each material have it's own pressure container that control by different solenoid valve, when we use the teach pendant purge button only the Humiseal material activate. We need this teach pendant purge button to work for both material by selecting material from main menu.

Thank you,
Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 310-363-6316
C PH: 310-940-9320

**From:** Rex Ellis [mailto:REllis@PVA.net]
**Sent:** Wednesday, October 23, 2013 10:10 AM
**To:** Jonathan Connelly; Duc Phan; David Filbert; Michael R. Leonard
**Subject:** RE: Release of Purchase Order 258364 Space X

Duc,

PVA-1820

244

==I've attached an updated main program (3267_M07.txt) that will drop the valves down when doing the flush
and refill.==

Let me know if you run into any issues or need assistance in downloading the program.

Thanks,

**Rex Ellis**



**Production Programming Manager**
1 Mustang Drive
Cohoes, NY 12047
**Phone:** (518) 371-2684 EXT 2305
**Cell:**   (518) 466-8044
http://www.pva.net


**From:** Jonathan Connelly
**Sent:** Wednesday, October 23, 2013 12:20 PM
**To:** Rex Ellis
**Subject:** FW: Release of Purchase Order 258364 Space X



**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Wednesday, October 23, 2013 12:07 PM
**To:** Jonathan Connelly
**Cc:** Rodrigo Gutierrez; David Filbert; Michael R. Leonard
**Subject:** RE: Release of Purchase Order 258364

Hello John and Michael,
Thank you for you great service of installing the automatic flush system.  Few bugs to work out.
1.   In automatic mode the spray valve is not dropping down.
2.   In rinse location we need to drop the valve down to make it the same as auto rinse and flush.
Thank you,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320


**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Thursday, October 17, 2013 12:13 PM
**To:** Duc Phan
**Cc:** Rodrigo Gutierrez; David Filbert; Michael R. Leonard
**Subject:** RE: Release of Purchase Order 258364

Hi Duc,

PVA-1821

The parts are leaving today via Fed Ex standard overnight tracking number 558400575653  can you please confirm to me when you receive them tomorrow?

Mike Leonard has arrangements made to fly out Monday and be at your facility Tuesday the 22nd.

Anything else please feel free to ask.

Best regards,

Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Wednesday, October 16, 2013 5:34 PM
**To:** Jonathan Connelly
**Cc:** Rodrigo Gutierrez; David Filbert
**Subject:** RE: Release of Purchase Order 258364

Hello Jonathan and Rodrigo,
Please let me know your arrive schedule for next week Oct. 21st.
Also what do I need to do to prepare for your onsite work?

Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Tuesday, October 08, 2013 8:05 AM
**To:** Duc Phan
**Cc:** Rodrigo Gutierrez; David Filbert
**Subject:** RE: Release of Purchase Order 258364

Thanks Duc,

Attached is a picture of the new dispense system we are planning to build  you.

Let me know if this looks ok to you and I will work on getting these out to your asap.

We have you penciled in for service the week of the 21rst for the service trip.  Let us know which day is best for you that week.

Best regards,

Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Tuesday, October 08, 2013 10:55 AM
**To:** Jonathan Connelly
**Subject:** RE: Release of Purchase Order 258364

  Please see below.

FedEx Accounts for Hawthorne:
Small parcel and air freight account #: 251204527
Main freight account #: 414707149

Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Monday, October 07, 2013 8:15 AM
**To:** Duc Phan
**Subject:** RE: Release of Purchase Order 258364

Hi Duc,

Give me a call today when you get a chance? The status of your current order is dependent on what you want to with the 2nd material.

Thanks,

-Jon


**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Wednesday, October 02, 2013 11:42 AM
**To:** Jonathan Connelly
**Subject:** RE: Release of Purchase Order 258364

Hello Jonathan,

I am waiting to talk with my manager but as for the original plan must stay on schedule for October 21 because I am
reserve the from production that day.
I will call you this afternoon for sure.
Thanks

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Wednesday, October 02, 2013 8:39 AM
**To:** Duc Phan
**Subject:** RE: Release of Purchase Order 258364

Hi Duc,

I'm not sure where we left off with this.

Can you give me a call later this afternoon to discuss?

Thanks and best regards,


Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688



**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Thursday, September 26, 2013 3:02 PM

PVA-1824

**To:** Jonathan Connelly; warpdrive
**Cc:** Rodrigo Gutierrez
**Subject:** RE: Release of Purchase Order 258364

Hello Jonathan and Rod,
We are interest in having second ==pneumatic valve adding to the existing changes.==
Please give me a call to go over the program and control.
Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Wednesday, September 25, 2013 8:50 AM
**To:** Duc Phan; warpdrive
**Cc:** Rodrigo Gutierrez
**Subject:** RE: Release of Purchase Order 258364

Hi Duc,

Rod has you penciled in for a day of support on the week of the 21rst.

You can work with Rod to get a specific day confirmed.

Best regards,


Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688




**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Wednesday, September 25, 2013 11:26 AM
**To:** Jonathan Connelly; warpdrive
**Subject:** RE: Release of Purchase Order 258364

Hello Jonathan,
Per our conversation the sooner the better.
On reserve Oct. 21-25 any one of these date will be fine.

PVA-1825

249

Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Wednesday, September 25, 2013 5:12 AM
**To:** warpdrive
**Cc:** Duc Phan
**Subject:** RE: Release of Purchase Order 258364

Thanks Guys,

We will get started on this.

Duc,

Do you have a date that would be good for the on-site support to integrate this?

Best regards,

Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688

**From:** Warp Drive [mailto:warpdrive@spacex.com]
**Sent:** Tuesday, September 24, 2013 7:57 PM
**To:** Jonathan Connelly
**Cc:** Duc.Phan@spacex.com
**Subject:** Release of Purchase Order 258364

Attached please find approved purchase order 258364. Please acknowledge receipt of Purchase Order by
sending an email to Andrea Jarrett at Andrea.Jarrett@spacex.com. This message was automatically generated;
Please contact the Buyer if the order requires any further clarification at the address mentioned above.

Trade Secrets: Proprietary costs and pricing

CONFIDENTIAL

**From:** Jonathan Connelly
**Sent:** Tuesday, July 22, 2014 2:28 PM
**To:** Stephanie King
**Cc:** Justin Potyrala
**Subject:** RE: RFQ 43777

HI Stephanie,

Part number FCS3-ES-SP are in stock at $350.00 each.

**From:** Stephanie King [mailto:Stephanie.King@spacex.com]
**Sent:** Tuesday, July 22, 2014 4:20 PM
**To:** Jonathan Connelly
**Subject:** RFQ 43777

Good afternoon,

I'm looking for the following Part Numbers:

FCS300-es - PVA FCS3-ES-SP FCS300-ES SPARE PARTS KIT
Qty: 2ea

Thank you,



Stephanie King
Purchasing Coordinator
Space Exploration Technologies Corporation
12651 Crenshaw Blvd., Hawthorne, CA 90250
w:310.219.7994
www.spacex.com

Mission highlights: http://youtu.be/QwDCWTgNceQ Turn the sound up!

**Please note:** This email message, including any attachments, contains or may contain confidential information intended only for the addressee. If you are not an intended recipient of this message, be advised that any reading, dissemination, forwarding, printing, copying, or other use of this message or its attachments is strictly prohibited. Moreover, this email may contain technical data as defined in the International Traffic in Arms Regulations (ITAR) and re-export or transfer of this information to a third party or foreign entity requires the approval of SpaceX and the U.S. Department of State prior to export, transport, or re-export.

| | |
|---|---|
| **From:** | Gavin Matupang |
| **Sent:** | Monday, November 17, 2014 6:31 AM |
| **To:** | Jonathan Urquhart |
| **Subject:** | Re: SpaceX visit and lab trials |

Ok

Regards,

Gavin Matupang
Precision Valve & Automation
Regional Sales Manager
Cell: (612) 720-1441
www.pva.net

Sent via iPhone

On Nov 17, 2014, at 8:30 AM, "Jonathan Urquhart" <JUrquhart@PVA.net> wrote:

> Maybe 2nd week of December.
>
> Do they want to mix and spray on the fly with the 5750?  I know Asymtek is pushing that lately.  Also, an older email mentions dispensing a Bergquist out of a 400ml bi-pack?  Just want to make sure I don't miss one of the apps.
>
> Let me give you a call later before we commit.
>
> Thanks,
> Jon
>
> **From:** Gavin Matupang
> **Sent:** Monday, November 17, 2014 8:13 AM
> **To:** Jonathan Urquhart
> **Subject:** SpaceX visit and lab trials
>
> Jon,
>
> What does the first couple of weeks of December look like for SpaceX.  Probably need two days.  Let me know.  I will come out for this one.  Scott from SpaceX visited Asymtek already.  Need to blow them away with PVA.
>
> Regards,
>
> **Gavin Matupang**
> **<image001.jpg>**
> Regional Sales Manager
> 1 Mustang Drive,
> Cohoes, NY 12047
> **Cell:** (612) 720-1441

PVA-2080

**From:** Scott Vorhies <Scott.Vorhies@spacex.com>
**Sent:** Monday, November 17, 2014 8:15 AM
**To:** Gavin Matupang
**Cc:** Cory Jacobs
**Subject:** RE: Dispensing equipment

Gavin,

Let me know when you confirm the available dates.  The Bergquist material is a future need that can be looked into later but there are some other materials I wish to review.  When I get the data available I will send it along.  Also for the Arathane I would like to look at both possibilities since I have yet to see anyone consistently dispense and mix this material.

**From:** Gavin Matupang [mailto:gmatupang@PVA.net]
**Sent:** Monday, November 17, 2014 6:50 AM
**To:** Scott Vorhies
**Cc:** Cory Jacobs
**Subject:** FW: Dispensing equipment

Scott,

Let me confirm with factory for availability.  Right now it looks good for the second week of December.

What about the Bergquist material you inquired about dispensing?  Do you need to include it in the mix?

Also, with Arathane, do you want to continue to pre-mix and spray or would you like to see a mix on demand option?

Regards,

**Gavin Matupang**



Regional Sales Manager
1 Mustang Drive,
Cohoes, NY 12047
**Cell:** (612) 720-1441
gmatupang@pva.net
www.pva.net

**From:** Cory Jacobs [mailto:cjrestronics@gmail.com]
**Sent:** Friday, November 14, 2014 4:58 PM
**To:** Gavin Matupang
**Subject:** Fwd: Dispensing equipment

Looks like i caught him just in time for the Dispensing equipment.....

PVA-2084

253

**From:** Frank Hart
**Sent:** Monday, December 01, 2014 12:31 PM
**To:** Gavin Matupang
**Subject:** RE: Next week

Sounds good.  See you then.

**Frank Hart**
**PVA**
Sales and Marketing Manager
One Mustang Drive
Cohoes, NY 12047
**Phone:** (518) 371-2684 **EXT** 2101
**Cell:** (518) 225-2203
http://www.pva.net
fhart@pva.net

**From:** Gavin Matupang
**Sent:** Monday, December 01, 2014 3:27 PM
**To:** Frank Hart
**Subject:** Next week

Frank,

I will be at PVA next week.  Scott Vorhies from SpaceX is visiting to perform a number of trials for a couple of days (Tues & Wed).  I have also scheduled Larry Aderman's son, LaPa Ent in Nocal, for a training visit. Nick Aderman will be in on Wed. He is moving out to Ca to join the business in 2015.  He is currently in Philly.

My schedule is Tuesday-Thursday at PVA.  See you next week.

My schedule

Regards,

**Gavin Matupang**



Regional Sales Manager
1 Mustang Drive,
Cohoes, NY 12047
**Cell:** (612) 720-1441
gmatupang@pva.net
www.pva.net

1
EXHIBIT 22

PVA-2131

254

| | |
|---|---|
| **From:** | Jonathan Urquhart |
| **Sent:** | Tuesday, December 02, 2014 9:03 AM |
| **To:** | Gavin Matupang |
| **Subject:** | RE: spacex |

Ok.

I'll split it up into 2 types of demos then:
- Coating with the Arathane 2-part mix and spray.
- SMT type dispensing using a 650 or Delta 6 with board heat, JDX (underfill), SVX (paste), FC100 (solder mask)

Sound about right?

**From:** Gavin Matupang
**Sent:** Tuesday, December 02, 2014 11:59 AM
**To:** Jonathan Urquhart
**Subject:** Re: spacex

Yup.

Regards,

Gavin Matupang
Precision Valve & Automation
Regional Sales Manager
Cell: (612) 720-1441
www.pva.net

Sent via iPhone

On Dec 2, 2014, at 10:58 AM, Jonathan Urquhart <JUrquhart@PVA.net> wrote:

Ah OK.  Confirmed for 9th-10th then (Tues-Wed)?

**From:** Gavin Matupang
**Sent:** Tuesday, December 02, 2014 11:56 AM
**To:** Jonathan Urquhart
**Subject:** Re: spacex

9th and 10th.

Regards,

Gavin Matupang
Precision Valve & Automation
Regional Sales Manager

1
EXHIBIT 22

PVA-2153

| | |
|---|---|
| **From:** | Gavin Matupang |
| **Sent:** | Saturday, December 06, 2014 7:49 AM |
| **To:** | Jonathan Urquhart |
| **Subject:** | Re: Spacex |

Yeah. Last time I visited SpaceX, they were masking more than they should. They are only spraying using 3 axis now.

Regards,

Gavin Matupang
Precision Valve & Automation
Regional Sales Manager
Cell: (612) 720-1441
www.pva.net

Sent via iPhone

> On Dec 6, 2014, at 9:46 AM, Jonathan Urquhart <JUrquhart@PVA.net> wrote:
>
> A question on the coating demo portion, we will have a mix on the fly demo setup to just spray on our 3 axis oversize in the lab but would it also make sense to demo a 4 axis Delta 6 and premix the coating?
>
> Jon Urquhart
> Director - Global Applications Engineering PVA
> 518-371-2684 x2275

PVA-2169

256

| From: | David DiDomenico <David.DiDomenico@spacex.com> |
|---|---|
| Sent: | Tuesday, December 23, 2014 10:28 AM |
| To: | Matt Lilla |
| Subject: | RE: Battery Dispense questions |

Nice, I figured you'd seen this before.  The applications I'm interested in are:

- Using this super-fast curing latex mask in place of this material we currently use (the pink stuff we brought with us).  It cures in 5 mins at ambient.
- Using a highly-catalyzed version of Arathane 5750, that would cure in a few mins at 65C.  This doesn't exist yet but basically I would just get our vendor to jack up the catalyst level.  This probably wouldn't be too difficult to dispense, as it would still take some time to set up at ambient, but way quicker than the 90 mins it takes now.  I can probably have them whip up a batch to test.

Thanks,

**David DiDomenico | Manufacturing Engineer, Avionics**



1 Rocket Rd, Hawthorne CA 90250
Office: 310-970-3467
Mobile: 850-544-5767

-- This Email Contains Sensitive Proprietary and Confidential Information - Not for Further Distribution Without the Express Written Consent of Space Exploration Technologies --

**From:** Matt Lilla [mailto:MLilla@PVA.net]
**Sent:** Tuesday, December 23, 2014 4:47 AM
**To:** David DiDomenico
**Subject:** RE: Battery Dispense questions

Hi David,

Yes it is possible and like you said there would be purging going on to keep the system "fresh" or you will have to make sure that your consistently running parts.

Some 2 part materials have a tack time of 3 minutes that we have run, key is to watch pressure feedback from the transducers along with purging to normalize the system. There has been a big market for this lately so I've been doing quite a bit of testing with 2 part spraying, a lot of it just depends on the material. If you can give me some info on the material I could take it up with my boss and see what he thinks as well.

Thanks,
Matthew Lilla
Applications Engineer
1 Mustang Drive
Cohoes, NY 12047
Ph. 518-371-2684 Ext.2813
mlilla@pva.net

PVA-2263

| From: | David Gomez |
|---|---|
| Sent: | Tuesday, September 10, 2013 11:04 AM |
| To: | Jonathan Connelly; Richard Bievenue |
| Cc: | David Filbert; Michael R. Leonard; Jonathan Urquhart |
| Subject: | RE: meter-mix application |

Hey mang,

No need for Dave and his metering mix systems.

Looks like they only want a 20oz cartridge retainer&cap with spray & needle valve for the pre-mix material and a 6oz cartridge retainer&cap for the solvent ,so it can flush the premixed material out right after doing a batch of boards.

I've done this fluid delivery line several times.

Let me know if you need a project # for reference,Urquhart can also tell you how this is done

Regarding options for spraying two part coatings –we are not there yet.

David E Gomez
PVA
Account Executive
281 217 7247

**From:** Jonathan Connelly
**Sent:** Tuesday, September 10, 2013 10:10 AM
**To:** Richard Bievenue
**Cc:** David Filbert; David Gomez; Michael R. Leonard
**Subject:** RE: meter-mix application

It is going to be a long time before I could do any real work on a full MMX system for them... unless Dave f wants to work on that part.

I could set them up with a quote for a syringe system for premixed material...

**From:** Richard Bievenue
**Sent:** Monday, September 09, 2013 2:12 PM
**To:** Jonathan Connelly
**Cc:** David Filbert; David Gomez; Michael R. Leonard
**Subject:** meter-mix application

Jon,

PVA-1689

I just spoke with an engineer from SpaceX named Duc Phan (pronounced "Dook Fawn"). They have one of our 350 machines, s/n W3267. They want to switch to a 2-part material, Huntsman Arathane 5750. They are currently considering just pre-mixing the material and then flushing it out after a couple hours, using a series of valves and solvent tanks. Mike Leonard may be assisting them with getting the electrical schematics and discussing program options with them in case they try to do this on their own.

They would also like to hear what options we have for them as far as a 2-component meter-mix system. Can you contact Duc and let him know you would be the man to pick up the ball on this? Then we can discuss what the best configuration would be.

Contact info:

Duc.phan@spacex.com
Ph: 310-363-6316

Best Regards,

Rich Bievenue
Fluid Systems Engineer



1 Mustang Drive
Cohoes, NY 12047
Ph: 518-371-2684 x2203
rbievenue@pva.net

| | |
|---|---|
| **From:** | Jonathan Connelly |
| **Sent:** | Tuesday, September 10, 2013 11:20 AM |
| **To:** | David Gomez; David Filbert; Richard Bievenue |
| **Cc:** | Michael R. Leonard; Jonathan Urquhart |
| **Subject:** | RE: meter-mix application |

♫♫ Take a load off Mang!  Take a load for free,  Take a load off Mang! And (and) (and) you put the load right on me
(You put the load right on me)!  ♫♫

**From:** David Gomez
**Sent:** Tuesday, September 10, 2013 2:08 PM
**To:** David Filbert; Jonathan Connelly; Richard Bievenue
**Cc:** Michael R. Leonard; Jonathan Urquhart
**Subject:** RE: meter-mix application

Hey mang, Im just taking  some load off your back which by the way it's already pretty heavy

David E Gomez
PVA
Account Executive
281 217 7247

**From:** David Filbert
**Sent:** Tuesday, September 10, 2013 1:05 PM
**To:** David Gomez; Jonathan Connelly; Richard Bievenue
**Cc:** Michael R. Leonard; Jonathan Urquhart
**Subject:** RE: meter-mix application

Now I feel unwanted and useless...............☹

**From:** David Gomez
**Sent:** Tuesday, September 10, 2013 2:04 PM
**To:** Jonathan Connelly; Richard Bievenue
**Cc:** David Filbert; Michael R. Leonard; Jonathan Urquhart
**Subject:** RE: meter-mix application

Hey mang,

No need for Dave and his metering mix systems.

Looks like they only want a 20oz cartridge retainer&cap with spray & needle valve for the pre-mix material and a 6oz
cartridge retainer&cap for the solvent ,so it can flush the premixed material out right after doing a batch of boards.

I've done this fluid delivery line several times.

Let me know if you need a project # for reference,Urquhart can also tell you how this is done

Regarding options for spraying two part coatings –we are not there yet.

PVA-1695

David E Gomez
PVA
Account Executive
281 217 7247

**From:** Jonathan Connelly
**Sent:** Tuesday, September 10, 2013 10:10 AM
**To:** Richard Bievenue
**Cc:** David Filbert; David Gomez; Michael R. Leonard
**Subject:** RE: meter-mix application

It is going to be a long time before I could do any real work on a full MMX system for them... unless Dave f wants to
work on that part.

I could set them up with a quote for a syringe system for premixed material...

**From:** Richard Bievenue
**Sent:** Monday, September 09, 2013 2:12 PM
**To:** Jonathan Connelly
**Cc:** David Filbert; David Gomez; Michael R. Leonard
**Subject:** meter-mix application

Jon,

I just spoke with an engineer from SpaceX named Duc Phan (pronounced "Dook Fawn"). They have one of our 350
machines, s/n W3267. They want to switch to a 2-part material, Huntsman Arathane 5750. They are currently
considering just pre-mixing the material and then flushing it out after a couple hours, using a series of valves and solvent
tanks. Mike Leonard may be assisting them with getting the electrical schematics and discussing program options with
them in case they try to do this on their own.

They would also like to hear what options we have for them as far as a 2-component meter-mix system. Can you
contact Duc and let him know you would be the man to pick up the ball on this? Then we can discuss what the best
configuration would be.

Contact info:

Duc.phan@spacex.com
Ph: 310-363-6316

Best Regards,

Rich Bievenue
Fluid Systems Engineer



1 Mustang Drive
Cohoes, NY 12047
Ph: 518-371-2684 x2203
rbievenue@pva.net

PVA-1697
262

| | |
|---|---|
| **From:** | David Gomez |
| **Sent:** | Wednesday, September 18, 2013 12:41 PM |
| **To:** | Jonathan Connelly; Richard Bievenue; David Filbert |
| **Subject:** | RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267 |

Guys,

FYI – this is not the first time we have done this (fluid delivery for a two part coating), I really think we are putting too much resources in this.

REF - project SEAK3101


David E Gomez
PVA
Account Executive
281 217 7247


**From:** Jonathan Connelly
**Sent:** Wednesday, September 18, 2013 2:17 PM
**To:** Richard Bievenue; David Filbert
**Cc:** David Gomez
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Ok let me send my sketch over to Duc and see if he is ok with running two different dilutions out of two different cartridges with a third tank or cartridge for solvent flush..


**From:** Richard Bievenue
**Sent:** Wednesday, September 18, 2013 2:50 PM
**To:** Jonathan Connelly; David Filbert
**Cc:** David Gomez
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

I think conceptually that will work, but I would want to minimize the overall number of fittings, eliminate elbows where possible, and optimize the hose/tubing size to keep the volume of mixed material to a minimum and maximize the effectiveness of the solvent flush.


**From:** Jonathan Connelly
**Sent:** Wednesday, September 18, 2013 1:43 PM
**To:** Richard Bievenue; David Filbert
**Cc:** David Gomez
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Rich,

PVA-1698

263

This is what I want to offer Mr. Duc based on this e-mail.   See my sketch attached.   He should be able to run the diluted mixture with one cartridge and the undiluted mixture with the other then have a tank full of solvent to flush the whole thing out when he wants to..

Let me know what you think..

Thanks,

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Friday, September 13, 2013 11:20 AM
**To:** Jonathan Connelly; Michael R. Leonard
**Cc:** Richard Bievenue; David Filbert
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Hello Jon,
The current process we removed the hoses from the spray dispensing head and connect the hoses from the Arethane material and Solvent to it. When the Arethane material not in use we caped the Solvent hose and connect the Arethane material hose to the other head just for place holder.  The Arethane 5750, part A and part B is mixed together and poured in the first reservoir and the second reservoir is the solvent use to thin out the mixed Arethane for spray requirement.
If you have three parts metering spray valve please provide a quote also.



Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Friday, September 13, 2013 6:07 AM
**To:** Duc Phan; Michael R. Leonard
**Cc:** Richard Bievenue; David Filbert
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Hi Duc,

I have this almost complete.  Looking at your pictures.  It looks like our drawings do not match what you run on that machine.

Are you running both the Arethane and the solvent out of the cartridges mounted on the side of the machine?

Could you send me a picture from the back of the machine where the material connections connect and flow inside the work area?

Thanks,

-Jon

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Thursday, September 12, 2013 11:09 AM
**To:** Jonathan Connelly; Michael R. Leonard
**Cc:** Richard Bievenue; David Filbert
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Hello Jon,
I am following up on the quote for the air actuator valves and the new program to implement rinse and purge changes. We are very exciting to get this Arethane 5750 material automate.

Thank you,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Tuesday, September 10, 2013 8:55 AM
**To:** Duc Phan; Michael R. Leonard
**Cc:** Richard Bievenue; David Filbert
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Hi Duc,

I am copying some other people here that you may have talked to or not.

Looking at your request.. We could put pneumatic ball valves to control the material and flush.  I think it will waste a good amount of material and solvent.   You will need to flush out the material with each rinse cycle and then purge out the solvent until the material starts flowing again...

We could add timers to the machine to stop and alarm every 30 minutes or hour to remind the operators to flush and fill the system..

Do you already have 24 VDC actuator valves that  you are planning to use?  Why do you need analog control for these?  Do you have a data sheet on them?

Best regards,

Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688

From: Duc Phan [mailto:Duc.Phan@spacex.com]
Sent: Tuesday, September 10, 2013 11:35 AM
To: Michael R. Leonard; Jonathan Connelly
Subject: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Hello John,
I am a Process engineer for SpaceX located in Hawthorne, CA. We have the PVA 350, P/N: SPCX2115 S/N: W3267. We are using the Arethane 5750 material that have 2 hours cure time, which we are concern that operator may forgot to purge and rinse the material when the job is done. To avoid this problem I am hoping to automate the purge and rinse process.  The plan is to have the 24VDC actuator valves to turn on/off the purge and rinse reservoirs after the coating program.
I need help writing the subroutine program for rinse and purge and identify which analog signals can I connect the 24VDC actuator valves and the which digital signals to turn them on?

Thank you in-advance for helping!

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Michael R. Leonard [mailto:MLeonard@PVA.net]
**Sent:** Monday, September 09, 2013 10:53 AM
**To:** Duc Phan
**Subject:** schematic

Duc,

    Here is the electrical schematic for your machine. Also here is Jon Connelly's information. jconnelly@pva.net and his number is (518)371-2684 ext 2421.

Thanks,
Mike

# BILL OF MATERIAL

**PVA**

**B72-01433**

| ISSUE DATE | 10/8/13 | PART/ASSEMBLY: SPCX2115/ W3267R2 |
| REV. DATE | | |

| SHEET | 1 | of | 1 |
| REVISION | | | A |

| ITEM | DESCRIPTION | PART NUMBER | QTY | UNIT | ECN# | REMARKS |
|---|---|---|---|---|---|---|
| 1 | One gallon pressure tank assembly | | | Ref | | |
| 2 | Fitting: 3/8fnpt x -06mjic, SS | B62-2719 | 1 | Ea | | Alloy, 163-2204 |
| 3 | Urethane coated SS braided Teflon hose assembly: -06 x 8ft | 6-6 GTX-SS | 1 | Ea | | Includes two 10691N-6-6C hose ends |
| 4 | Fitting: 1/4mnpt x -06mjic 90, SS | B62-2365 | 1 | Ea | | |
| 5 | Ball valve: 1/4fnpt, 3 way, pneumatically operated | 6-6 CTX-SS | 1 | Ea | | |
| 6 | Air fitting: 1/8mnpt x 1/4tube 90 | SS-43GXF4-51D | 1 | Ea | | |
| 7 | Fitting, 1/4mnpt x 1/4tube 90 | KQ2L07-34S | 2 | Ea | | |
| 8 | Teflon material tubing: black, 1/4od x 10ft | 4MSEL4N-316 | 2 | Ea | | Trim as needed |
| 9 | Fitting: 1/4mnpt x 1/4tube | TFETB01870250B | 3 | Ea | | |
| 10 | Material cartridge, hose clamp | 4MSC4N-316 | 1 | Ea | | |
| 11 | Fitting: 1/4tube x 1/4tube bulkhead | 5388K16 | 1 | Ea | | |
| 12 | Fitting: 1/8mnpt x 1/4tube 90 | 4BC4-316 | 1 | Ea | | |
| 13 | Air tubing: red, 1/4od x 15ft | 4MSEL2N-316 | 1 | Ea | | Trim as needed, not shown |
| 14 | Air tubing: blue, 1/4od x 15ft | TU0604R | 1 | Ea | | Trim as needed, not shown |
| 15 | | TU0604BU | | Ea | | |
| 16 | | | | Ea | | |
| 17 | | | | Ea | | |
| 18 | | | | Ea | | |
| 19 | | | | Ea | | |
| 20 | | | | Ea | | |
| 22 | | | | Ea | | |
| 23 | | | | Ea | | |
| 24 | | | | Ea | | |
| 25 | | | | Ea | | |

EXHIBIT22

268

PVA-1746

| | |
|---|---|
| **From:** | Ted St. Marie |
| **Sent:** | Monday, October 14, 2013 1:34 PM |
| **To:** | Mark Kniese; Rex Ellis; Rodrigo Gutierrez |
| **Cc:** | Kyle Crane; Jonathan Connelly; Mark Kniese; Jamie Blender |
| **Subject:** | RE: SPCX2115 W3267R2 |
| **Attachments:** | W3267R2.xls |

Mark,

Here's what I have for this pneumatic, adding the pneumatic ball valve for the auto solvent flush to the 7th manifold station with a 2-position solenoid.
All other dispense, pneumatic schematics & documentation are completed in the project rework folders.

Thanks,

Ted


**From:** Ted St. Marie
**Sent:** Monday, October 14, 2013 1:08 PM
**To:** Kyle Crane; Jeffrey Van Norden
**Cc:** Jonathan Connelly; Mark Kniese; Jamie Blender
**Subject:** RE: SPCX2115 W3267R2

Kyle,

I just got this back and I'm finishing up on it now, I'll let you know when I'm done.

Thanks,

Ted


**From:** Kyle Crane
**Sent:** Monday, October 14, 2013 10:57 AM
**To:** Jeffrey Van Norden
**Cc:** Jonathan Connelly; Mark Kniese; Jamie Blender; Ted St. Marie
**Subject:** RE: SPCX2115 W3267R2

Jeff,
        Is the pneumatic BOM going to be updated for the pneumatic ball valve or is that not going to be controlled by the manifold?

Best Regards,
        Kyle Crane



Production-Reworks

: (518) 371-2684 Ext: 2433

: KCrane@pva.net

**From:** Ted St. Marie
**Sent:** Monday, October 14, 2013 10:50 AM
**To:** Kyle Crane
**Cc:** Jeffrey Van Norden; Jonathan Connelly; Mark Kniese; Jamie Blender
**Subject:** RE: SPCX2115 W3267R2

I no longer have that paperwork, I'm guessing that project was reassigned when I was out last week?

Thanks,

Ted

**From:** Kyle Crane
**Sent:** Monday, October 14, 2013 10:46 AM
**To:** Ted St. Marie
**Subject:** SPCX2115 W3267R2

Is SPCX fully updated?

Best Regards,
        Kyle Crane



Production-Reworks

: (518) 371-2684 Ext: 2433

: KCrane@pva.net

PVA-1748

PVA-1749

**B32-0149R2**
**MACHINE 2300**
**8 STATION**

| Station | Description | A-port Function | A-port Label | B-port Function | B-port Label | Regulator Label | Solenoid Type | Head Pos. | Sensor Number | Output Number | Material |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Z-SLIDE | DOWN | 950 | UP | 951 | | 2POSS | VLV1 | 53 | 25 | |
| 2 | ATOM | ON | 952 | PLUG | 954 | 953 | 2POSS | VLV1 | | 26 | |
| 3 | VALVE | OPEN | 955 | CLOSE | 956 | | 2POSS | VLV1 | | 27 | |
| 4 | Z-SLIDE | DOWN | 957 | UP | 958 | | 2POSS | VLV2 | 54 | 28 | |
| 5 | ROTARY | 45DEG | 959 | 0DEG | 960 | | 3POSC | VLV2 | 55,56 | 29,30 | |
| 6 | VALVE | OPEN | 961 | CLOSE | 962 | | 3POSC | vLV2 | | 31 | |
| 7 | BALL VALVE | OPEN | 963 | CLOSE | 964 | | 2POSS | | | 32 | |
| 8 | SPARE | **** | 965 | ***** | 966 | | BLANK | | | | |

**Rules for Sensor**

| Input # | Sensor Number |
|---|---|
| Low Level (mat.) | 49 |
| PIP (Conveyor) | 50,51,52 |
| Pneumatic | 53* |
| PIP (Fixture) | Next |
| SPARE | 65,66,67 |
| Needle Ctrl in Place | 64 |
| Low Exhaust Flow | 71 |

**VALVE LAYOUT**

| VLV1 | | VLV2 |
|---|---|---|
| PCS100-ES | | FC100 |

| LEFT | FRONT | RIGHT |
|---|---|---|
| | TO | |
| | PIP LAYOUT | |
| PIP #1 | PIP #2 | PIP #3 |
| 50 | 51 | 52 |
| | FRONT | |

EXHIBIT 22

271

| | |
|---|---|
| **From:** | Ted St. Marie |
| **Sent:** | Wednesday, October 16, 2013 8:56 AM |
| **To:** | Rex Ellis; Jonathan Connelly; Michael R. Leonard; Kyle Crane |
| **Cc:** | Mark Kniese; Wendy Wen; David Lesperence; Randall Allen; Jeffrey Van Norden |
| **Subject:** | RE: SPCX2115 W3267R2 rework |

I guess I'm not familiar enough with pneumatic ball valves to justify this.
Can anyone else suggest how the solenoid outputs should be assigned to the ball valve on an automatic solvent flush?

Thanks,

Ted


**From:** Rex Ellis
**Sent:** Wednesday, October 16, 2013 11:49 AM
**To:** Ted St. Marie; Jonathan Connelly; Michael R. Leonard; Kyle Crane
**Cc:** Mark Kniese; Wendy Wen
**Subject:** RE: SPCX2115 W3267R2 rework

Ted,
        Is #32 open to the solvent or open to the material?
Rex


**From:** Ted St. Marie
**Sent:** Wednesday, October 16, 2013 11:42 AM
**To:** Rex Ellis; Jonathan Connelly; Michael R. Leonard; Kyle Crane
**Cc:** Mark Kniese; Wendy Wen
**Subject:** RE: SPCX2115 W3267R2 rework

I listed the following on the pneumatics for the ball valve,

Solenoid outputs:
#32 open
#33 closed

Wendy – did you show the same in the electrical?


**From:** Rex Ellis
**Sent:** Wednesday, October 16, 2013 11:33 AM
**To:** Ted St. Marie; Jonathan Connelly; Michael R. Leonard; Kyle Crane
**Cc:** Mark Kniese; Wendy Wen
**Subject:** RE: SPCX2115 W3267R2 rework

Wendy/Ted,
        Which position of the solenoid is opening the ball valve to solvent?
Rex

**From:** Ted St. Marie
**Sent:** Wednesday, October 16, 2013 10:53 AM
**To:** Jonathan Connelly; Rex Ellis; Michael R. Leonard; Kyle Crane
**Cc:** Mark Kniese; Wendy Wen
**Subject:** RE: SPCX2115 W3267R2 rework

Wendy has updated the electrical for the pneumatic ball valve to be controlled by a 3-position solenoid for the auto solvent flush.

Thanks,

Ted


**From:** Wendy Wen
**Sent:** Wednesday, October 16, 2013 10:47 AM
**To:** Ted St. Marie
**Subject:** SPCX2115

Hi Ted,

I have updated the electrical Schematic 123-2435R2, and the Bom B72-01433.  It is all set on electrical end.

Thanks,
Wendy

| | |
|---|---|
| **From:** | Jonathan Connelly |
| **Sent:** | Wednesday, October 23, 2013 9:20 AM |
| **To:** | Rex Ellis |
| **Subject:** | FW: Release of Purchase Order 258364 Space X |

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Wednesday, October 23, 2013 12:07 PM
**To:** Jonathan Connelly
**Cc:** Rodrigo Gutierrez; David Filbert; Michael R. Leonard
**Subject:** RE: Release of Purchase Order 258364

Hello John and Michael,
Thank you for you great service of installing the automatic flush system.  Few bugs to work out.
1. In automatic mode the spray valve is not dropping down.
2. In rinse location we need to drop the valve down to make it the same as auto rinse and flush.
Thank you,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Thursday, October 17, 2013 12:13 PM
**To:** Duc Phan
**Cc:** Rodrigo Gutierrez; David Filbert; Michael R. Leonard
**Subject:** RE: Release of Purchase Order 258364

Hi Duc,

The parts are leaving today via Fed Ex standard overnight tracking number 558400575653  can you please confirm to me when you receive them tomorrow?

Mike Leonard has arrangements made to fly out Monday and be at your facility Tuesday the 22nd.

Anything else please feel free to ask.

Best regards,

Jon Connelly
Technical Sales
PVA
1 Mustang Drive

PVA-1812

Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Wednesday, October 16, 2013 5:34 PM
**To:** Jonathan Connelly
**Cc:** Rodrigo Gutierrez; David Filbert
**Subject:** RE: Release of Purchase Order 258364

Hello Jonathan and Rodrigo,
Please let me know your arrive schedule for next week Oct. 21st.
Also what do I need to do to prepare for your onsite work?

Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Tuesday, October 08, 2013 8:05 AM
**To:** Duc Phan
**Cc:** Rodrigo Gutierrez; David Filbert
**Subject:** RE: Release of Purchase Order 258364

Thanks Duc,

Attached is a picture of the new dispense system we are planning to build you.

Let me know if this looks ok to you and I will work on getting these out to your asap.

We have you penciled in for service the week of the 21rst for the service trip.  Let us know which day is best for you that week.

Best regards,

Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688

2
EXHIBIT 22

PVA-1813

275

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Tuesday, October 08, 2013 10:55 AM
**To:** Jonathan Connelly
**Subject:** RE: Release of Purchase Order 258364

  Please see below.

FedEx Accounts for Hawthorne:
Small parcel and air freight account #: 251204527
Main freight account #: 414707149

Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Monday, October 07, 2013 8:15 AM
**To:** Duc Phan
**Subject:** RE: Release of Purchase Order 258364

Hi Duc,

Give me a call today when you get a chance? The status of your current order is dependent on what you want to with the 2nd material.

Thanks,

-Jon

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Wednesday, October 02, 2013 11:42 AM
**To:** Jonathan Connelly
**Subject:** RE: Release of Purchase Order 258364

Hello Jonathan,

I am waiting to talk with my manager but as for the original plan must stay on schedule for October 21 because I am reserve the from production that day.
I will call you this afternoon for sure.
Thanks

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Wednesday, October 02, 2013 8:39 AM
**To:** Duc Phan
**Subject:** RE: Release of Purchase Order 258364

Hi Duc,

I'm not sure where we left off with this.

Can you give me a call later this afternoon to discuss?

Thanks and best regards,


Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688




**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Thursday, September 26, 2013 3:02 PM
**To:** Jonathan Connelly; warpdrive
**Cc:** Rodrigo Gutierrez
**Subject:** RE: Release of Purchase Order 258364

Hello Jonathan and Rod,
We are interest in having second pneumatic valve adding to the existing changes.
Please give me a call to go over the program and control.
Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

PVA-1815

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Wednesday, September 25, 2013 8:50 AM
**To:** Duc Phan; warpdrive
**Cc:** Rodrigo Gutierrez
**Subject:** RE: Release of Purchase Order 258364

Hi Duc,

Rod has you penciled in for a day of support on the week of the 21rst.

You can work with Rod to get a specific day confirmed.

Best regards,


Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2420
Cell (518) 487-9611
Fax (518) 371-2688




**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Wednesday, September 25, 2013 11:26 AM
**To:** Jonathan Connelly; warpdrive
**Subject:** RE: Release of Purchase Order 258364

Hello Jonathan,
Per our conversation the sooner the better.
On reserve Oct. 21-25 any one of these date will be fine.

Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Wednesday, September 25, 2013 5:12 AM
**To:** warpdrive
**Cc:** Duc Phan
**Subject:** RE: Release of Purchase Order 258364

Thanks Guys,

We will get started on this.

Duc,

Do you have a date that would be good for the on-site support to integrate this?

Best regards,

Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688


**From:** Warp Drive [mailto:warpdrive@spacex.com]
**Sent:** Tuesday, September 24, 2013 7:57 PM
**To:** Jonathan Connelly
**Cc:** Duc.Phan@spacex.com
**Subject:** Release of Purchase Order 258364

Attached please find approved purchase order 258364. Please acknowledge receipt of Purchase Order by sending an email to Andrea Jarrett at Andrea.Jarrett@spacex.com. This message was automatically generated; Please contact the Buyer if the order requires any further clarification at the address mentioned above.

**Sent:** Monday, October 17, 2011 11:37 AM
**To:** Ruben Juarez
**Cc:** <mark>Andrew Lechuga</mark>
**Subject:** RE: PVA-Conformal Coating machine---need your support---spec of the connector

Ruben,

Here are the specifications of the connector. Also please ask the PVA vendor to see what kind of underfill epoxy that can be used on the machine.

Thank you,

Dong N. Nguyen



3519 West Warner Avenue
Santa Ana, CA 92704
Telephone: 714.979.2228, ext. 134
Fax: 714.556.0575
Email: dnguyen@eminc.com
Website: http://www.eminc.com
**Celebrating nearly 30 years of experience in the EMS Industry!**

EMI's Confidentiality Warning: This e-mail message, and any files transmitted with it, have been sent by Express Manufacturing, Inc. ("EMI") and are for the use of the intended recipients only. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete or destroy any copy of this message.

**From:** <mark>Dong Nguyen</mark>
**Sent:** Monday, October 17, 2011 10:56 AM
**To:** Ruben Juarez
**Cc:** Andrew Lechuga
**Subject:** PVA-Conformal Coating machine---need your support
**Importance:** High

Ruben,

Need some quick info from you:

- Can our PVA machines be used to underfill fine pitch SMT connectors about 3" wide?

- If our PVA machines can't perform the underfill in their existing stages, can we upgrade them to do so? The underfill process requires special underfill epoxy and the heat/temperature needs to be controlled accurately to ensure the epoxy's flow, etc., so what we need to upgrade on our PVA machines to make it work flawlessly?

- What underfill methods, types and dispensing patterns can the PVA machines do if at all?

This is urgent, so please talk to your PVA contacts to see if it's doable or not w/ our machines and let me know ASAP.

EXHIBIT 22

280 PVA-4463

Thank you.

Dong N. Nguyen



3519 West Warner Avenue
Santa Ana, CA 92704
Telephone. 714.979.2228, ext. 134
Fax: 714.556.0575
Email: dnguyen@eminc.com
Website: http://www.eminc.com
**Celebrating nearly 30 years of experience in the EMS Industry!**

EMI's Confidentiality Warning: This e-mail message, and any files transmitted with it, have been sent by Express Manufacturing, Inc. ("EMI") and are for the use of the intended recipients only. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete or destroy any copy of this message.

EXHIBIT 22

281

IVA-4464

**From:** Jonathan Urquhart
**To:** Rodrigo Gutierrez
**Subject:** Re: PVA-Conformal Coating machine---need your support---spec of the connector
**Date:** Tuesday, October 18, 2011 10:40:17 AM
**Attachments:** image002.gif
image001.gif

Rod,

I'm sure we can do something for them as have the technology and are familiar with underfilling different types of components. Can they get us the material info?

I'll take a closer look tomorrow afternoon.

Jon

**From:** Rodrigo Gutierrez
**Sent:** Monday, October 17, 2011 02:50 PM
**To:** Jonathan Urquhart
**Subject:** FW: PVA-Conformal Coating machine---need your support---spec of the connector

Jon,

Have we ever done underfill on a connector that is angled? See attached.

Rod

**From:** Ruben Juarez [mailto:RJuarez@eminc.com]
**Sent:** Monday, October 17, 2011 2:46 PM
**To:** Rodrigo Gutierrez
**Subject:** FW: PVA-Conformal Coating machine---need your support---spec of the connector

Hello Rodrigo,

Attach is more information on the project.

Regards,

Ruben Juarez
Manufacturing Engineer



3519 West Warner Avenue
Santa Ana, CA 92704
714 247 9797- Cell
714.979.2228, ext. 185
714.556.0575 - Fax
Website: http://www.eminc.com
Celebrating nearly 30 years of experience in the EMS Industry!

**From:** Dong Nguyen

EXHIBIT 22

PVA-4465

Fw Arathane 5750 Spec

From:       restronicsbill@verizon.net
Sent:       Tuesday, March 13, 2012 3:21 PM
To:         Jonathan Urquhart
Cc:         David Gomez
Subject:        Fw: Arathane 5750 Spec
Attachments:    5750-Arathane_5750AB-LV_TDS.pdf

Hello John. I would like to talk to you about this material for conformal coating approved by
NASA to help eliminate out gassing with parts going into space. I think David has spoken to you
about our customer SpaceX. They build full blown rocket ships. They plan on pre-mixing this
material part A part B and a 3rd part, thinner in small batches apply to board and the purge
system because of shelf life once mixed. Sounds screwy to me. They first were looking at the
20th of this month but time is too short now so the 27th is next date to consider for demo. They
will be send this material and boards soon. Do they send to your attention? Call me when you
can. Thanks
Bill Burns, Restronics So Cal, 310-634-7472 Sent from Wireless BlackBerry

From: David Hwang <David.Hwang@spacex.com>
Date: Tue, 13 Mar 2012 18:08:17 +0000
To: restronicsbill@verizon.net<restronicsbill@verizon.net>
Subject: Arathane 5750 Spec


David Hwang
Avionics Materials & Process Engineer| Space Exploration Technologies
1 Rocket Road  | Hawthorne, CA 90250  | tel. 310.363.6400 x21267 |
david.hwang@spacex.com

* This Email Contains Sensitive Proprietary and Confidential Information - Not for Further Distribution Without the Express
Written Consent of Space Exploration Technologies.

EXHIBIT 22

VA-4466

FW Arathane 5750 Spec 2

```
From:       Bill Burns [restronicsbill@verizon.net]
Sent:       Thursday, March 15, 2012 1:17 PM
To:         Jonathan Urquhart
Cc:         David Gomez
Subject:    FW: Arathane 5750 Spec
Attachments: 5750-Arathane_5750AB-LV_TDS.PDF
```

Hello Jon, Below is an email I sent to SpaceX about upcoming visit to see a demo on 650.  I also
want them to learn all the capabilities PVA has.

Sending this because I want you both to know what was said.  I did not tell them you were
working on exact material just indicated it was similar.  I have attached a copy of the product
they will be sending to you.

Any questions or comments, let me know.
Bill


Bill Burns
REStronics
27126A Paseo Espada, Suite 1602
San Juan Capistrano, CA 92675
cell: 310-634-7472; office 949-443-2211
fax:949-661-0990
bburns@restronics.com

```
From: Bill Burns [mailto:restronicsbill@verizon.net]
Sent: Thursday, March 15, 2012 10:12 AM
To: 'David Hwang'; John Pena (John.Pena@spacex.com)
Cc: Jose Bernabe (jose.bernabe@spacex.com)
Subject: RE: Arathane 5750 Spec
```

Thanks David.

Hey John, not sure who will be going with you or if you will be going alone, but I spoke with Jon
Urquhart of PVA and the 27th is still a viable date, but will be somewhat contingent on getting
sample material.  More boards are better, but two boards is also better than one.

I also learned PVA is currently doing some application work on a 3 part delivery system.  I asked
if this was a year away or a month away, and he came back with closer to a month as they are
working on it right now.  He knows the material and from the sounds of what he said
it is similar
material.  If this is of interest, it will be possible to learn more about it when
you visit PVA.

If SpaceX still plans on presenting the 650 with pre-mixed material, that is a non-issue.  PVA
point of view will consider it as a single material application.

Please send material and boards to:
PVA
One Mustang Drive
Cohoes, NY 12047
1-518-371-2684
Attn: Jon Urquhart
Senior Applications Eng

EXHIBIT 22

PVA-4467

FW Arathane 5750 Spec 2

Thanks,
Bill


Bill Burns
REStronics
27126A Paseo Espada, Suite 1602
San Juan Capistrano, CA 92675
cell: 310-634-7472; office 949-443-2211
fax:949-661-0990
bburns@restronics.com

From: David Hwang [mailto:David.Hwang@spacex.com]
Sent: Tuesday, March 13, 2012 11:08 AM
To: restronicsbill@verizon.net
Subject: Arathane 5750 Spec


David Hwang
Avionics Materials & Process Engineer| Space Exploration Technologies
1 Rocket Road  | Hawthorne, CA 90250  | tel. 310.363.6400 x21267 |
david.hwang@spacex.com

* This Email Contains Sensitive Proprietary and Confidential Information - Not for
Further Distribution Without the Express
Written Consent of Space Exploration Technologies.

Page 2

EXHIBIT 22

285  SVA-4468

| | |
|---|---|
| **From:** | Jonathan Urquhart |
| **To:** | "restronicsbill@verizon.net" |
| **Subject:** | Re: Arathane 5750 Spec |
| **Date:** | Monday, March 19, 2012 1:06:54 PM |

Hi Bill,

Yes, the 27th is good. Let me know if anything changes.

Thanks,
Jon


Jon Urquhart
Director - Global Applications Engineering
PVA

**From:** restronicsbill@verizon.net [mailto:restronicsbill@verizon.net]
**Sent:** Monday, March 19, 2012 03:31 PM
**To:** Jonathan Urquhart
**Subject:** Fw: Arathane 5750 Spec

Will this work out ok for the 27th? See below
Bill Burns, Restronics So Cal, 310-634-7472 Sent from Wireless BlackBerry

**From:** John Pena <John.Pena@spacex.com>
**Date:** Mon, 19 Mar 2012 19:13:24 +0000
**To:** Bill Burns<restronicsbill@verizon.net>
**Cc:** Jose Bernabe<Jose.Bernabe@spacex.com>; David Hwang<David.Hwang@spacex.com>
**Subject:** RE: Arathane 5750 Spec

Bill, the materials were dropped shipped Friday ground, should be there by the 27th, and I will 2nd day air the sample boards by tomorrow. Let me know if that will be enough time to set everything up.

Thanks

John Pena
Avionics Clean Room Manager
310-363-6992

**From:** Bill Burns [mailto:restronicsbill@verizon.net]
**Sent:** Monday, March 19, 2012 11:47 AM
**To:** John Pena
**Cc:** Jose Bernabe; David Hwang
**Subject:** RE: Arathane 5750 Spec

Hello John, just touching base to see if sample material and boards have been sent to PVA??

EXHIBIT 22

288
PVA-4469

Let me know if the 27th still seems like a good date too.

Please send material and boards to:
PVA
One Mustang Drive
Cohoes, NY 12047
1-518-371-2684
Attn: Jon Urquhart
Senior Applications Eng


**Bill Burns**
*REStronics*
27126A Paseo Espada, Suite 1602
San Juan Capistrano, CA 92675
cell: 310-634-7472; office 949-443-2211
fax:949-661-0990
bburns@restronics.com

**From:** Bill Burns [mailto:restronicsbill@verizon.net]
**Sent:** Thursday, March 15, 2012 10:12 AM
**To:** 'David Hwang'; John Pena (John.Pena@spacex.com)
**Cc:** Jose Bernabe (jose.bernabe@spacex.com)
**Subject:** RE: Arathane 5750 Spec

Thanks David.

Hey John, not sure who will be going with you or if you will be going alone, but I spoke with Jon Urquhart of PVA and the 27th is still a viable date, but will be somewhat contingent on getting sample material. More boards are better, but two boards is also better than one.

I also learned PVA is currently doing some application work on a 3 part delivery system. I asked if this was a year away or a month away, and he came back with closer to a month as they are working on it right now. He knows the material and from the sounds of what he said it is similar material. If this is of interest, it will be possible to learn more about it when you visit PVA.

If SpaceX still plans on presenting the 650 with pre-mixed material, that is a non-issue. PVA point of view will consider it as a single material application.

Please send material and boards to:
PVA
One Mustang Drive
Cohoes, NY 12047
1-518-371-2684
Attn: Jon Urquhart
Senior Applications Eng

EXHIBIT 22

287 PVA-4470

Thanks.
Bill


**Bill Burns**
*REStronics*
27126A Paseo Espada, Suite 1602
San Juan Capistrano, CA 92675
cell: 310-634-7472; office 949-443-2211
fax:949-661-0990
bburns@restronics.com

**From:** David Hwang [mailto:David.Hwang@spacex.com]
**Sent:** Tuesday, March 13, 2012 11:08 AM
**To:** restronicsbill@verizon.net
**Subject:** Arathane 5750 Spec


**David Hwang**
Avionics Materials & Process Engineer | Space Exploration Technologies
1 Rocket Road | Hawthorne, CA 90250 | tel. 310.363.6400 x21267 | david.hwang@spacex.com

* *This Email Contains Sensitive Proprietary and Confidential Information. Not for Further Distribution Without the Express Written Consent of Space Exploration Technologies.*

EXHIBIT 22

| | |
|---|---|
| From: | Jonathan Urquhart |
| To: | "restronicsbill@verizon.net" |
| Subject: | RE: SpaceX NDA |
| Date: | Tuesday, March 20, 2012 2:00:11 PM |

Bill,

Either our Operations Mgr or myself will send them back to Tony Figueroa.

Jon

**From:** restronicsbill@verizon.net [mailto:restronicsbill@verizon.net]
**Sent:** Tuesday, March 20, 2012 4:59 PM
**To:** Jonathan Urquhart
**Subject:** Re: SpaceX NDA

That is good news. Will you be emailing them back? And do you know who they will be sent
to at spacex?
Bill Burns, Restronics So Cal, 310-634-7472 Sent from Wireless BlackBerry

**From: Jonathan Urquhart <JUrquhart@PVA.net>**
**Date: Tue, 20 Mar 2012 20:49:47 +0000**
**To: 'Bill Burns'<restronicsbill@verizon.net>**
**Cc: David Gomez<DGomez@PVA.net>**
Subject: RE: SpaceX NDA

Bill,

We already got these documents to sign.  If they don't get back today, they will be returned
tomorrow morning.

Thanks,
Jon

**From: Bill Burns [mailto:restronicsbill@verizon.net]**
**Sent:** Tuesday, March 20, 2012 4:34 PM
**To:** Jonathan Urquhart
**Cc:** David Gomez
**Subject:** FW: SpaceX NDA

Jon, will you please get these signed and emailed back as soon as possible.  SpaceX
needs these before they can send boards.  Sorry for this coming at you late.

Thanks,
Bill


**Bill Burns**
*REStronics*
27126A Paseo Espada, Suite 1602

EXHIBIT 22

289  PVA-4472

San Juan Capistrano, CA 92675
cell: 310-634-7472: office 949-443-2211
fax:949-661-0990
bburns@restronics.com

**From:** Antonio Figueroa [mailto:Antonio.Figueroa@spacex.com]
**Sent:** Thursday, February 23, 2012 3:24 PM
**To:** Jose Bernabe; Bill Burns (restronicsbill@verizon.net)
**Subject:** RE: SpaceX NDA

Bill,
Please see attached  NDA and ITAR.


Thanks
Tony


**From:** Jose Bernabe
**Sent:** Thursday, February 23, 2012 1:33 PM
**To:** Bill Burns (restronicsbill@verizon.net)
**Cc:** Antonio Figueroa
**Subject:** SpaceX NDA

Bill,

I need your help getting a NDA signed by Scienscope before a can show our PCBA at the Expo.


Tony,

Please forward Bill our NDA form.


Thanks
Jose

EXHIBIT 22

290 VA-4473

Fw PVA Test Demonstration Trials

From:     restronicsbill@verizon.net
Sent:     Thursday, March 22, 2012 8:19 PM
To:       Jonathan Urquhart
Cc:       David Gomez
Subject:      Fw: PVA Test Demonstration Trials

Hi Jon let me know your thoughts and if there is still time to get this done on the 27th. I told
them yesterday we were still a go for that day. Now with these desires not sure. They are very
interested in your efforts to three part mix in line rather than mix a small batch and purge their
life away. They do understand they may have to do it that way but are excited to have a more
automated method
Bill Burns, Restronics So Cal, 310-634-7472 Sent from Wireless BlackBerry

From: John Pena <John.Pena@spacex.com>
Date: Fri, 23 Mar 2012 00:02:31 +0000
To: Bill Burns<restronicsbill@verizon.net>
Subject: PVA Test Demonstration Trials

Bill please forward to PVA our desired test witness plan


Planned Test Demonstration to include witnessing of the following
- Mixing materials to correct ratio and viscosity
- Setting up of the materials and machine
- Programming of machine to apply material with selective coating for keep out areas to mitigate
masking
- Examination of any over spray in keep out areas
- Examination of coated boards and process to NASA 8739.1 standards 10.2 - 10.5
- Verify thickness (.0003 +/- .0001) of coating application with aluminum coupons
- A hardness coupon (aluminum weighing dish with at least 0.25" of material)
- PVA's recommendations on how often to purge the machine and scheduled maintenance
- Purging of the machine valves, nozzles, canisters and lines
Forwarded to PVA were
- PWB unpopulated for set up trials
- PCBA populated for set up trials
- PCBA populated for Test Demonstration
- Arathane 5750 kit

Thanks,

John Pena
Avionics Clean Room Manager
310-363-6992

Page 1

EXHIBIT 22

PVA-4474

Fw PVA Test Demonstration Trials 2

From:      restronicsbill@verizon.net
Sent:      Friday, March 23, 2012 12:08 PM
To:        Jonathan Urquhart
Cc:        David Gomez
Subject:       FW: PVA Test Demonstration Trials

See spaceX reply to my email below
Bill Burns, Restronics So Cal, 310-634-7472 Sent from Wireless BlackBerry

-----Original Message-----
From: John Pena <John.Pena@spacex.com>
Date: Fri, 23 Mar 2012 15:59:29
To: <restronicsbill@verizon.net><restronicsbill@verizon.net>
Subject: Re: PVA Test Demonstration Trials

Bill, thanks for the email, I wasn't wholly counting on the automated mixing
system but would of liked to have seen both processes. I am ok with a
demonstration involving the premixing of the materials to see how involved the
process is from start to finish with the purging of the system.

We have some time before making our final selection process and anticipate
delivery will be required some time in Q3.

As far as the Arathane materials they are new to us and we have not tried them
yet and was hoping to learn from this trip the process to bring back to try
out on our 350 machine or learn if any modifications would be required,
wouldn't anticipate any but you never know.

As far as the meter mixing of a three part system dispersed at the nozzle I
would be interested to hear about what is planned or being proposed and what
would be the delta equipment and cost necessary to go from a premixing to a
auto mix spray system.

Thanks
John Pena

Sent from my iPad

On Mar 23, 2012, at 8:18 AM,
"restronicsbill@verizon.net<mailto:restronicsbill@verizon.net>"
<restronicsbill@verizon.net<mailto:restronicsbill@verizon.net>> wrote:

Morning John. I just want to clarify what you will not see. We cannot
demonstrate a fully automated mixing system for the 3 part process yet nor can
we even put together a test while you are there. We can show equipment with
mixing capability for 2 part materials but 3 part is such a special
application that there is nothing available to run this process yet. We are
looking into it but there will be much testing required. As I said, presenting
pre-mixed material to the machine, is doable because it will be as if it is a
single material.

If SpaceX is putting a lot of weight on the automated mix process, then it
will be best to postpone the visit until we have some testing completed. As I
mentioned we are planning on testing the 3 part system soon but this will not
something we will show potential customers until we get it down.

Right now it is a "science project", and as I am sure SpaceX understands, we
will not launch until we have the confidence of a high probability of success.

I have a few questions; have you guys mixed any of this material yet
yourselves? Have you tried to coat boards in any fashion once you have mixed
it? And if so what test results did you get?
Bill Burns, Restronics So Cal, 310-634-7472 Sent from Wireless BlackBerry
Page 1

EXHIBIT 22

292

PVA-4475

Fw PVA Test Demonstration Trials 2

From: John Pena <John.Pena@spacex.com<mailto:John.Pena@spacex.com>>
Date: Fri, 23 Mar 2012 00:02:31 +0000
To: Bill Burns<restronicsbill@verizon.net<mailto:restronicsbill@verizon.net>>
Subject: PVA Test Demonstration Trials

Bill please forward to PVA our desired test witness plan


Planned Test Demonstration to include witnessing of the following
- Mixing materials to correct ratio and viscosity
- Setting up of the materials and machine
- Programming of machine to apply material with selective coating for keep out areas to mitigate masking
- Examination of any over spray in keep out areas
- Examination of coated boards and process to NASA 8739.1 standards 10.2 - 10.5
- Verify thickness (.0003 +/- .0001) of coating application with aluminum coupons
- A hardness coupon (aluminum weighing dish with at least 0.25" of material)
- PVA's recommendations on how often to purge the machine and scheduled maintenance
- Purging of the machine valves, nozzles, canisters and lines

Forwarded to PVA were
- PWB unpopulated for set up trials
- PCBA populated for set up trials
- PCBA populated for Test Demonstration
- Arathane 5750 kit

Thanks,

John Pena
Avionics Clean Room Manager
310-363-6992

Page 2

EXHIBIT 22
298    PVA-4476

**From:** Bill Burns [mailto:restronicsbill@verizon.net]
**Sent:** Wednesday, March 28, 2012 6:06 PM
**To:** Jonathan Urquhart
**Subject:** SpaceX

Hi Jon.  You should have parts and material as of today.  Let me know if the dates below will work for you and how your testing on 3 part is going

Bill Burns
Restronics Southern California
Cell 310-634-7472
Office 949-443-2211
Sent from my iPad

Begin forwarded message:

> **From:** John Pena <John.Pena@spacex.com>
> **Date:** March 28, 2012 2:21:52 PM PDT
> **To:** "<restronicsbill@verizon.net>" <restronicsbill@verizon.net>
> **Subject: Re: Pva Visit**
>
> Bill how about the following week the 10th or 11th?
>
> John Pena
>
> Sent from my iPad
>
> On Mar 27, 2012, at 1:13 PM, "restronicsbill@verizon.net" <restronicsbill@verizon.net> wrote:
>
> Hi John any word on eta of samples?  Next available date would be April 5th or 6th and I assume samples will be there. Let me know your thoughts
>> Bill Burns, Restronics So Cal, 310-634-7472 Sent from Wireless BlackBerry

EXHIBIT 22

WA-4477

| From: | Jonathan Urquhart |
|---|---|
| To: | "restronicsbill@verizon.net" |
| Subject: | Re: New scheduled SpaceX Visit |
| Date: | Friday, March 30, 2012 1:34:16 PM |

Sounds good. I'll put it in the calendar.

Thanks,
Jon


Jon Urquhart
Director - Global Applications Engineering
PVA

**From:** Bill Burns [mailto:restronicsbill@verizon.net]
**Sent:** Friday, March 30, 2012 04:27 PM
**To:** Jonathan Urquhart
**Subject:** RE: New scheduled SpaceX Visit

SpaceX will be there on 4-11-12

Please let me know this will still be a good date.
Thanks,
Bill


**Bill Burns**
*REStronics*
27126A Paseo Espada, Suite 1602
San Juan Capistrano, CA 92675
cell: 310-634-7472; office 949-443-2211
fax:949-661-0990
bburns@restronics.com

**From:** Jonathan Urquhart [mailto:JUrquhart@PVA.net]
**Sent:** Thursday, March 29, 2012 5:18 AM
**To:** 'Bill Burns'
**Subject:** RE: SpaceX

Hi Bill,

Yes, we got the material a few days ago and got the boards yesterday. The 11th would work best for their visit. Please confirm when you can.

We have the test unit setup and hope to have a good idea of capability by mid next week.

Thanks,
Jon

EXHIBIT 22

PVA-4478

| | |
|---|---|
| **From:** | Jonathan Urquhart |
| **To:** | David Gomez |
| **Cc:** | Bill Burns |
| **Subject:** | RE: PVA Contact |
| **Date:** | Friday, May 11, 2012 11:14:43 AM |

Hi David,

Yes, I spoke to David Hwang a few days ago and we talked about having the below items on their machine to be able to duplicate what we did during their visit to PVA.

Jon

**From:** David Gomez
**Sent:** Friday, May 11, 2012 2:11 PM
**To:** Jonathan Urquhart
**Cc:** Bill Burns
**Subject:** FW: PVA Contact

Hi Jon,

Has anyone from Space X CA talked to you about a possible retrofit on their existing PVA350?..

They have provided us with the below list of items they want us to integrate to the machine and I wanted to confirm this is something we recommended or this is something they came up with themselves.

Thanks

David E Gomez
Regional Sales
281 217 7247

**From:** restronicsbill@verizon.net [mailto:restronicsbill@verizon.net]
**Sent:** Friday, May 11, 2012 12:02 PM
**To:** David Gomez
**Subject:** Fw: PVA Contact

Need your help with quote. Would also like to discuss. Call when you can.
Bill Burns, Restronics So Cal, 310-634-7472 Sent from Wireless BlackBerry

**From:** David Hwang <David.Hwang@spacex.com>
**Date:** Thu, 10 May 2012 23:22:20 +0000
**To:** restronicsbill@verizon.net<restronicsbill@verizon.net>
**Cc:** Jose Bernabe<Jose.Bernabe@spacex.com>
**Subject:** RE: PVA Contact

Hi Bill,

EXHIBIT 22

296 PVA-4479

Can you get me prices on the following for upgrading our PVA350 setup:
1.  FC100-MC needle dispense valve.
2.  6 oz cartridges for the reservoir
3.  12 oz cartridges for the reservoir
4.  Two reservoir systems
5.  Solvent tank for purge cleaning
6.  Switching valve to switch to the solvent tank
7.  4th axis servo (I know this is **NOT** a field install, but just a rough estimate)

We can discuss this in person or over the phone tomorrow.  Let me know if you have time.

Thanks,

**David Hwang**
Avionics Materials & Process Engineer | Space Exploration Technologies
1 Rocket Road  |  Hawthorne, CA 90250  |  tel. 310.363.6400 x21267  |  david.hwang@spacex.com

*\* This Email Contains Sensitive Proprietary and Confidential Information - Not for Further Distribution Without the Express Written Consent of Space Exploration Technologies.*

**From:** restronicsbill@verizon.net [mailto:restronicsbill@verizon.net]
**Sent:** Wednesday, May 09, 2012 9:20 AM
**To:** David Hwang
**Subject:** Re: PVA Contact

Might consider adding a 4th axis upgrade too.
Bill Burns, Restronics So Cal, 310-634-7472 Sent from Wireless BlackBerry

**From:** David Hwang <David.Hwang@spacex.com>
**Date:** Wed, 09 May 2012 15:55:28 +0000
**To:** restronicsbill@verizon.net<restronicsbill@verizon.net>
**Subject:** RE: PVA Contact

Thanks!

**From:** restronicsbill@verizon.net [mailto:restronicsbill@verizon.net]
**Sent:** Wednesday, May 09, 2012 8:55 AM
**To:** David Hwang
**Cc:** Jon Urquhart
**Subject:** Re: PVA Contact

I would start with contacting Jon Urquhart 518-371-2684. He is the person that did demo for the guys that went back to PVA and is senior in applications. I have cc'ed Jon so you will also have his email address.
Bill Burns, Restronics So Cal, 310-634-7472 Sent from Wireless BlackBerry

**From:** David Hwang <David.Hwang@spacex.com>
**Date:** Wed, 09 May 2012 15:43:52 +0000
**To:** restronicsbill@verizon.net<restronicsbill@verizon.net>

EXHIBIT 22
297

PVA-4480

**Subject:** PVA Contact

Bill,

As part of our current conformal coating system downselect, I think we'll be picking up the needed valves and dispense/spray heads to better utilize our PVA 350. Do you have a contact I can talk to for some guidance on valves?

Thanks,

**David Hwang**
Avionics Materials & Process Engineer | Space Exploration Technologies
1 Rocket Road  |  Hawthorne, CA 90250  |  tel. 310.363.6400 x21267  |  david.hwang@spacex.com

* This Email Contains Sensitive Proprietary and Confidential Information - Not for Further Distribution Without the Express Written Consent of Space Exploration Technologies.

EXHIBIT 22

296 PVA-4481



PVA 4537



PVA 4538

EXHIBIT 22



PVA 4539

301

PVA 4540



EXHIBIT 22

302



PVA 4542

EXHIBIT 22