# EXHIBIT 23

EXHIBIT 23                                                                                               304

# Wet Film Thickness Gauge

For measuring wet film thickness of paints, enamels, laquers, adhesives & many other wet coatings that are sprayed, dipped or brushed on a smooth surface

**Instructions For Use**

1. Place gauge on wet film at 90° angle
2. Press into film
3. Withdraw and note deepest tooth having paint on it and next higher tooth that is not coated
4. The *wet film thickness* lies between these two readings
5. Clean gauge in any suitable solvent immediately after use

The drawing indicates that tooth marked 3 mils is covered with the wet paint and tooth marked 4 mils is not covered. This indicates that the true wet film thickness of the material is between 3 and 4 mils thick.

