# EXHIBIT 24

EXHIBIT 24                                                                 306

**From:** Nicholas Wong <Nicholas.Wong@spacex.com>
**Sent:** Monday, April 27, 2009 8:53 AM
**To:** Alex Duggan
**Cc:** Bill Burns
**Subject:** RE: PVA Machine Specifications

Alex,

Ship the machine to us as soon as it's completed as we have in house training as soon as it arrives and installed.

_____
Nicholas Wong
Avionics Production Manager
Space Exploration Technologies
1 Rocket Road
Hawthorne, CA 90250

http://www.spacex.com

---

**From:** Alex Duggan [mailto:ADuggan@PVA.net]
**Sent:** Monday, April 27, 2009 8:49 AM
**To:** Nicholas Wong
**Cc:** Bill Burns
**Subject:** RE: PVA Machine Specifications

Excellent. We have set a 5/20/09 completion date. Are you planning to travel here for a machine runoff and training, or do you want us to ship the machine to you as soon as it is completed?

Alex

---

**From:** Nicholas Wong [mailto:Nicholas.Wong@spacex.com]
**Sent:** Monday, April 27, 2009 11:49 AM
**To:** Alex Duggan
**Cc:** Bill Burns
**Subject:** RE: PVA Machine Specifications

Everything else looked ok.

_____
Nicholas Wong
Avionics Production Manager
Space Exploration Technologies
1 Rocket Road
Hawthorne, CA 90250

http://www.spacex.com

---

**From:** Alex Duggan [mailto:ADuggan@PVA.net]
**Sent:** Monday, April 27, 2009 5:48 AM

**To:** Nicholas Wong
**Cc:** Bill Burns
**Subject:** RE: PVA Machine Specifications

Nicholas,

Thanks for the information about the coating material. Did everything else on the specification sheet look alright?

Alex

---

**From:** Nicholas Wong [mailto:Nicholas.Wong@spacex.com]
**Sent:** Friday, April 24, 2009 6:49 PM
**To:** Alex Duggan
**Cc:** Bill Burns
**Subject:** RE: PVA Machine Specifications

Alex,

Coating Material is NVOC through Electrolube. Coating material is not solvent based, but they have an NVOC Machine Cleaner that is used to clean out the machine.

_____

Nicholas Wong
Avionics Production Manager
Space Exploration Technologies
1 Rocket Road
Hawthorne, CA 90250

http://www.spacex.com

---

**From:** Alex Duggan [mailto:ADuggan@PVA.net]
**Sent:** Friday, April 24, 2009 8:59 AM
**To:** Nicholas Wong
**Subject:** PVA Machine Specifications

Hi Nick,

I received your order for a PVA 350 from Frank Hart and I have created the preliminary machine specifications. Please look them over carefully for errors and fill in any missing information indicated by red text. Once the specifications have been completed and verified, we can begin production of your machine. If you have any questions, please let me know.

Thanks,
Alex

--

Alex Duggan
Project Engineer

PVA
15 Solar Drive
Halfmoon, NY 12065
518-371-2684 ext. 228

# WELCOME TO PVA

## Please sign Visitors Non-Disclosure Statement

By signing in, I hereby acknowledge that during my visit to the business premises of PVA. I may receive or be exposed to information that PVA considers to be confidential and/or proprietary and as a condition of being permitted to visit the PVA premises. I hereby agree that I will not disclose such information to any third party nor use it for any other purpose then the visit, as stated below, without the prior written consent of PVA.

| Name | Company | Date | Time in | Time Out | Purpose of Visit |
|---|---|---|---|---|---|
| Paul Carnack | Central NY Electric | 10-21 | 1:10 | 3:00 | Electric work |
| Stave Suto | NB Corp | 10-21 | 2:40 | | |
| Paul Carmack | Central NY Elec | 10/24 | 730 | 330 | Electric Work |
| Dave Foss | Central NY Elec | 10/24 | 730 | 330 | Electric work |
| Mike Male | PLESTILE | 10/24 | 8:35 | 9:02 | |
| Rob Barrett | UPS | 10/24 | 920 | 1045 | MTG |
| Frank Garrison | UPS | 10/24 | 920 | 1045 | MTG |
| Jeremy Prusly | Town Colonie | 10/24 | 9:20 | | Mtg |
| Ruben Jeorge | EMI | 10/24 | 9:20 | 4:00 | Training |
| Vincent Jones | EMI | 10/24 | 9:20 | 4:00 | TRAINING |

EXHIBIT 24

309

4458

# WELCOME TO PVA

## Please sign Visitors Non-Disclosure Statement

By signing in, I hereby acknowledge that during my visit to the business premises of PVA. I may receive or be exposed to information that PVA considers to be confidential and/or proprietary and as a condition of being permitted to visit the PVA premises. I hereby agree that I will not disclose such information to any third party nor use it for any other purpose then the visit, as stated below, without the prior written consent of PVA.

| Name | Company | Date | Time in | Time Out | Purpose of Visit |
|---|---|---|---|---|---|
| Jow B | Northeast Cow Int | 10/24 | 11: | | Pete / Flooring |
| Paul Carmack | Central NY Elec. | 10/25 | 7:15 | 330 | Electric |
| Dave McConkey | Adirondack fire | 10 25 | 8:10 | | sprinkler fire Inspections |
| Dennis McConkey | Same | 10 25 | 8:10 | | sprinkler fire Inspection |
| Rob Tobin | Sensata | 10/25 | 8:20 | | Machine Qual |
| Ruben Juarez | EMI | 10/25 | 8:55 | 4:15 | Training |
| VINCENT JONES | EMI | 10/25 | 8:55 | 4:15 | TRAINING |
| Roger Holmes | NWA | 10/25 | 1030 | 1035 | Drop Off |
| Paul Stockwell | CA | 10/25 | 11:05 | | Sales |
| Kerry Chayka | RPI | 10/25 | 12:15 | 1:15 | visit |

EXHIBIT 24

310

A  9

# WELCOME TO PVA

## Please sign Visitors Non-Disclosure Statement

By signing in, I hereby acknowledge that during my visit to the business premises of PVA. I may receive or be exposed to information that PVA considers to be confidential and/or proprietary and as a condition of being permitted to visit the PVA premises. I hereby agree that I will not disclose such information to any third party nor use it for any other purpose then the visit, as stated below, without the prior written consent of PVA.

| Name | Company | Date | Time in | Time Out | Purpose of Visit |
|---|---|---|---|---|---|
| 4West | RWE | 10/25 | 2:00 ~~10/26~~ | 3:10 | Sales |
| Paul Carmack | Central NY Elec. | 10/26 | 7:15 | 3:15 | Electric work |
| Gary Cotton | Cannonium.c | 10-26 | 7:45 | | Sales |
| M K | CMC | 10/26 | 8:45 | 9:00 | |
| ob Tobin | Sensata | 10/26 | 8:45 | 9:00 | Mech'l Qual |
| Dave Parker | NWA | 10/26 | 9:00 | | |
| Ruben Juarez | EMI | 10/26 | 9:10 | 3:00 | Training |
| Vincent Dones | EMI | 10/26 | 9:10 | 3:00 | Training |
| Ed Bennett | Adirondack Tree Surgeons | 10/26 | 11:35 | | |
| Annemarie S... | Adirondack Health & Wellness | 10/26 | 12:45 | 3:45 | Flu clinic |

EXHIBIT 24

311  A  0

# WELCOME TO PVA

## Please sign Visitors Non-Disclosure Statement

By signing in, I hereby acknowledge that during my visit to the business premises of PVA. I may receive or be exposed to information that PVA considers to be confidential and/or proprietary and as a condition of being permitted to visit the PVA premises. I hereby agree that I will not disclose such information to any third party nor use it for any other purpose then the visit, as stated below, without the prior written consent of PVA.

| Name | Company | Date | Time in | Time Out | Purpose of Visit |
|---|---|---|---|---|---|
| B Houdai | Ginsberg | 10/26/91 | 1:55 | 2:15 | Sales |
| MMOWRY MUGRIEN | 16 /S | 10/26 | 230 | 3:28 | SMC |
| KATE SWANSON | ALLIED | | | | |
| Ron Farr | Prestige | 10 26 | 4:00 | 5507 | |
| Paul Carmack | Central NY Elec. | 10/27 | 7:15 | 3:15 | Elec. Work |
| Eric Loy | Central NY Elec. | 10/27 | 7:15 | 3:15 | Elec work |
| Ruben Juarez | EMI | 10/27 | 9:00 | 8:00 | Training |
| VINCENT DONES | EMI | 10/27 | 9:00 | 4:00 | Training |
| Nick Stevens | Keyence | 10/27 | 10:00 | 10:35 | Sale |
| AIMEE LANG | Tougher | 10/27 | 10:00 | | |

EXHIBIT 24

312
A 61

# WELCOME TO PVA

## Please sign Visitors Non-Disclosure Statement

By signing in, I hereby acknowledge that during my visit to the business premises of PVA. I may receive or be exposed to information that PVA considers to be confidential and/or proprietary and as a condition of being permitted to visit the PVA premises. I hereby agree that I will not disclose such information to any third party nor use it for any other purpose then the visit, as stated below, without the prior written consent of PVA.

| Name | Company | Date | Time in | Time Out | Purpose of Visit |
|---|---|---|---|---|---|
| CM Leong | Pacific | 11/4 | 8.00 | 6.00 | M/C runoff |
| D Waldman | Reliable | 4/11 | 10⁰⁰ | 10¹⁵ | Field Service |
| JOHN PENA | SpaceX | 4/11 | 10.00 | | DEMO |
| RUBEN JUAREZ | ↓ | 4/11 | 10.00 | | ↓ |
| Scott Lufkin | CR Bard | 4/11 | 10:30 | 11:00 | Eng. |
| CM Leong | Pacific | 12/4 | 8.05 | | M/C runoff |
| Paul Carter | NBES | 4/12 | 10:30 | | |
| Allen King | KPI | 4/12 | 10:40 | | Eng. |
| Erika Williā | HRCCU | 4/12 | 10:40 | 10:50 | Benefits |
| Jennifer Revozel | HRCCU | 4/12/12 | 10:45 | 10:50 | Benefits |

EXHIBIT 24

313

A 62