# EXHIBIT 25

EXHIBIT 25

314

*Alex/Mark*

6636



### SALES ORDER FORM

Date: _22 April 09_

PVA Sales: _FH_

Sales Rep: BILL BURNS @ ReStronics SoCal

Company Name: _SpaceX_

Contact Name: _Nick Wong_        Email: _Nicholas.wong@spacex.com_

Phone: _310-363-10000_        Fax: _____

PVA Job #: _SPCX 2115_

Project Start Date: _____        PO #: _43742_

Quoted Delivery: _4 weeks_  ⓢ/4        Payment Terms: _50%_
                                                    _30%_
Ship Date Commit: _____                      _20%_

S/N: W3267 → B00-3158

**DELIVERY**
PVA Arranged Shipment: _____
Customer Arranged Shipment: _X_
Shipping Company: _____

**SALES ORDER ADDITIONS:**
PO Hardcopy: _2_
Spare Parts PO: _____
Application Form: _____
Quotation: _X_
Other Communications: _____

List all machine options or special requirements that are not included in the quotation:

PVA350 w/adj pcb fixture
- FCS300·ES
- FCM100      } 2g tank
- Programming camera        → 22 GAUGE NEEDLE

2 day installation

Under Six Weeks Craig: _____        Date: _____

Tony/Jayson Authorization: _____        Date: _____

PVA\        EXHIBIT 25        315  PVA-0007

CONFIDENTIAL

# SPACEX

Page Number        1

## PURCHASE ORDER

**Bill To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA 90250
Phone: (310) 363-6000    Fax: (310) 363-6001

**Issued To:**

PVA - Precision Valve & Automation, Inc
15 Solar Drive
Halfmoon, NY 12065

Phone: 518.371.2684        Fax: 518.371.2688
Contact:

| **Purchase Order Number:** | **49742** |
|---|---|

| | |
|---|---|
| **Issued Date:** | 4/20/2009 |
| **PO Revision Level:** | |
| **Account Code:** | **1550** |

**Ship To:**

Space Exploration Technologies Corp.
1 Rocket Road
Avionics Department
Hawthorne, CA 90250
Contact E-Mail: pascale.roux@spacex.com
Phone #: 310-363-6336

| VENDOR ID / PVAINC | VENDOR CUSTOMER # / | VENDOR QUOTE # / 09-059-B | VENDOR CONTACT NAME | TAX TERMS Not For Resale | F.O.B. ORIGIN |
|---|---|---|---|---|---|
| INVOICE TERMS 50% IN ADVANCE, 30% A | BUYER PROUX | | SHIPPING METHOD Bestway | DATE REQ. 5/22/2009 ORDER DATE 4/20/2009 | PROMISED DATE |
| LINE QTY | PART ID MFG PART ID | UM | DESCRIPTION | UNIT | TOTAL |

| LINE | QTY | PART ID | UM | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|---|
| 1 | 1 | PVA350 | EA | PVA350 Benchtop System Fully enclosed work area and doors with safety interlocks | 25,000.00 | $20,000.00 |
| 2 | 1 | PVA-CAMERA | EA | Programming Camera Slim programming camera with crosshair generator | 2,500.00 | $2,500.00 |
| 3 | 1 | PVA-PCB-FIX | EA | Adjustable Printed Circuit Board Fixture | 1,920.00 | $1,920.00 |
| 4 | 1 | FCS300-ES-M | EA | FCS300-ES Atomized Spray Valve Mount | 3,500.00 | $3,500.00 |
| 5 | 1 | FCM100-M | EA | FCM100 Micro Propulsion Valve Mount | 2,500.00 | $2,500.00 |
| 6 | 1 | PVA-2G | EA | 2 Gallon Flip-Top Style Material Reservoir | 850.00 | $850.00 |
| 7 | 1 | INTALL-2 | EA | Two Day Installation | 2,500.00 | $2,500.00 |

**ORDER SPECIFICATIONS:**
avionics
NICK WONG

$5000.00 DISCOUNT APPLIED

| | |
|---|---|
| **ORDER TOTAL:** | **$33,770.00** |

| | |
|---|---|
| **Issued By:** | Pascale Roux |
| **Approved By:** | ELON MUSK |
| **Approved By:** | JEFF WARD |
| **Requested By:** | |

**TERMS AND CONDITIONS:** Commencing this order is accepting this P.O., and supplier agrees to all terms and conditions listed here.
(1) All applicable certificates to be sent with each shipment. Inspection Reports, C of C and Material Certs as applicable.

PVA\

EXHIBIT 25

316 PVA-0008

# SPACEX

Page Number     2

**PURCHASE ORDER**

**Bill To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA 90250
Phone: (310) 363-6000   Fax: (310) 363-6001

**Issued To:**

PVA - Precision Valve & Automation, Inc
15 Solar Drive
Halfmoon, NY 12065

Phone: 518.371.2684     Fax: 518.371.2688
Contact:

**Purchase Order Number:**   <u>49742</u>

| | |
|---|---|
| **Issued Date:** | 4/20/2009 |
| **PO Revision Level:** | |
| **Account Code:** | 1550 |

**Ship To:**

Space Exploration Technologies Corp.
1 Rocket Road
Avionics Department
Hawthorne, CA 90250
Contact E-Mail: pascale.roux@spacex.com
Phone #: 310-363-6336

| VENDOR ID / VENDOR CUSTOMER # / | VENDOR QUOTE # / | VENDOR CONTACT NAME | TAX TERMS | F.O.B. |
|---|---|---|---|---|
| PVAINC | 09-059-B | | Not For Resale | ORIGIN |
| **INVOICE TERMS** | **BUYER** | **SHIPPING METHOD** | **ORDER DATE** | **DATE REQ.** | **PROMISED DATE** |
| 50% IN ADVANCE, 30% A | PROUX | Bestway | 4/20/2009 | 5/22/2009 | |

| LINE | QTY | PART ID | UM | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|---|
| | | **MFG PART ID** | | | | |

(2) Supplier acknowledges SPACEX, right of access to its facilities, product, and/or related quality records at any time, by SPACEX, its customer, or regulatory authorities in order to verify quality of products or work.

(3) All purchasing requirements shall be flowed down to sub-tier suppliers or subcontractors.

(4) Supplier to notify SPACEX immediately of unexpected anomalies, nonconformances, or changes to pre-approved processes.

(5) Supplier acknowledges it shall apply suitable corrective action when presented with SPACEX complaints or nonconformance reports.

(6) Suppliers will not use material purchased or certified by Western Titanium.

(7) Contains Sensitive Proprietary and Confidential information - Not for Further Distribution without the Written Consent of Space Exploration Technologies

 

## ORDER ACCEPTANCE & SHIPMENT RELEASE FORM

Thank you once again for your valued order of PVA products. For your records, each individual module and its corresponding serial number included in your order are listed below.

| MODULE | SERIAL NUMBER |
|--------|---------------|
| PVA 350 | W3267 |
|  |  |
|  |  |
|  |  |

We are sorry you are unable to visit PVA to evaluate your order prior to shipment. In lieu of your evaluation, PVA warrants that the above modules have been manufactured to meet each engineering build specification approved prior to commencement of production. In turn, _____SpaceX_____ agrees to the following:

- ⚖ The information contained within the original engineering specification is correct. In the event that modifications to the equipment are requested, and such changes were not included in the original engineering specification, _____SpaceX_____ will be responsible for any installation, fabrication, and integration costs as these additions are not covered under PVA's warranty.

- ⚖ PVA offers, free of charge, process development during my equipment evaluation prior to shipment of said modules. By foregoing my evaluation of this equipment, PVA cannot be held liable for assuring that my process parameters are met. Any costs incurred to modify the original process are the responsibility of _____SpaceX_____.

- ⚖ Any term payments tied to successful evaluation at PVA prior to shipment and/or shipment of your order may be executed.

- ⚖ Shipment per arrangements set forth in the purchase order agreement is granted.

This document in no way affects the conditions of your original PVA equipment warranty.

In the event you wish to schedule a PVA service technician to support your installation and provide operator training at your facility, please contact Pedro Flores at 518-371-2684 x235 (pflores@pva.net).

Signed:

**Precision Valve & Automation, Inc. (PVA)**

_____Alex Duggan_____
SIGNATURE

_____Alex Duggan_____
SIGN

_____Project Engineer_____

Space Exploration Technologies

SIGNATURE

Nicholas Wong

Avionics Production Manager

15 Solar Drive, Halfmoon, NY 12065, P: 518-371-2688, F: 518-371-2688



## SALES ORDER FORM

| | | | |
|---|---|---|---|
| Date: | 5/10/2013 | | |
| PVA Sales: | Connelly | Sales Rep: | - |
| Company Name: | SpaceX | | |
| Contact Name: | Ruben Juarez | Email: | Ruben.Juarez@spacex.com |
| Phone: | (310) 363-6000 | Fax: | - |
| PVA Job #: | SPCX2115 W3267 | | |
| Work Order# | W3267R1 | PO #: | 222317 |
| | | Terms: | 100% net 30 |
| Project Start Date | 5/10/2013 | | |
| Quoted Delivery: | 2 weeks ARO | | |
| Ship Date Commit: | 5/24/2013 | | |

**DELIVERY**
PVA Arranged Shipment:    -
Customer Arranged Shipment:    X
Shipping Company:    UPS ground collect acct# 98Y2F2

**Scope:**    Mechanical
Electrical

**SALES ORDER ADDITIONS:**
PO Hardcopy:    X
Spare Parts PO:    -
Application Form:    -
Quotation:    X
Other Communications:    X

**List all machine options or special requirements that are not included in the quotation:**

Kevin sold them two black light strips (part number LED18X1-B).   We need to follow up with a switch, Velcro, wires, and schematic to integrate them.

Ref: B72-1242

Also ship (2) 114-3546 ordered on the PO.

Under Six Weeks Craig: _____    Date: _____

Tony/Jayson Authorization: _____    Date: _____

CONFIDENTIAL



# QUOTATION

| DATE |
|------|
| 5/6/2013 |

| QUOTATION NUMBER |
|------------------|
| 130605W3267 |

1 Mustang Drive Cohoes NY, 12047
Tel 518 371 2684 ext 2421
Fax 518 371 2688
JConnelly@pva.net
www.pva.net

TO:

**Ruben Juarez**
**Space X**

*This fax is intended to be viewed only by the person that is addressed to. This fax is confidential in nature, and subject to copyright
protection. If you are not the intended recipient or the agent of the intended or if you are unable to deliver this communication to the
intended recipient, please do not read, copy, or use this communication to show it to any other person, but notify the sender immediately by
telephone at (518) 371-2684.*

| QTY | MODEL | DESCRIPTION | Price/ea | Extended |
|-----|-------|-------------|----------|----------|
| 1 | B72-1242 | Integration parts tow wire two black light LED strips to the machine serial number W3267 with on / off switch.<br>• Includes switch with cables, schematic updates and Velcro to attached LED strips.<br>• Does not include LED strips. | $250.00 | $250.00 |

| | | | Total: | $250.00 |
|--|--|--|--------|----------|

| TERMS | DELIVERY | SHIPMENT | WARRANTY |
|-------|----------|----------|----------|
| 100% Net 30 | 2 weeks ARO | FOB PVA Factory Cohoes NY USA, + crating charge of up to $500 (if applicable) | 1 Year on all parts and labor Excluding soft seals. |

| AUTHORIZED SIGNATURE |
|----------------------|
|  |

Jon Connelly
Technical Sales

This quotation is valid for 60 days from the date of issue
and does not include any applicable federal, state, or local
taxes. Prices are subject to change at anytime after this
quotation has expired. This quotation can only be
withdrawn or modified prior to expiration date by written
notice from PVA to you. No terms and conditions stated
on the Purchase Order shall modify the terms or conditions
contained in this proposal.

Page 1 of 1

# SPACEX

## PURCHASE ORDER
### APPROVED

Page 1 of 2

**Bill To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA  90250
Phone: (310)363-6000  Fax: (310)363-6001

| | |
|---|---|
| **PO Number** | **222317** |
| **Revision Number** | 0 |
| **Order Date** | 5/7/2013 |

**Issued To:**

PVA - Precision Valve & Automation, Inc
1 Mustang Dr
Cohoes, NY  12047   US

Phone: 518.371 2684    Fax  518 371 2688
Contact:
Email:

**Ship To:**

Space Exploration Technologies
12520 Wilkie Ave
Hawthorne, CA  90250
UNITED STATES

**Buyer Information:**

Buyer: Adam Protano
Email: Adam.Protano@spacex.com
Phone: (310) 970-8295

| Terms | Supplier ID | Tax Terms | F.O.B. | Shipping Method | Status |
|---|---|---|---|---|---|
| 50% IN ADVANCE, 30% AT SHIPPING, 20% NET | PVAINC | Taxable | Origin | UPS Ground - 98Y2F2 | Released |

| Line | Qty | UM | Part ID / *Mfg Part ID* | Supplier Part ID | Service ID | Current Promise Date | Original Promise Date | Need Date | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.00 | EA | | B72-1242 | | 5/24/13 | 5/24/13 | 5/24/13 | 250.0000 | $250.00 |

**Description**

Integration parts tow wire two black light LED strips to the
machine serial number W3267 with on / off switch
? includes switch with cables, schematic updates and
Velcro to attached LED strips.
? Does not include LED strips.

| Line | Qty | UM | Part ID / *Mfg Part ID* | Supplier Part ID | Service ID | Current Promise Date | Original Promise Date | Need Date | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 2 00 | EA | | 114-3546 | | 5/24/13 | 5/24/13 | 5/24/13 | 134.0000 | $268.00 |

**Description**

Lexan windows

**ORDER TOTAL:**    **$518.00**

## Order Specifications

**Avionics**
**Ruben Juarez**

POForm_ERP v1

CONFIDENTIAL

EXHIBIT 25

321  PVA-0020

# SPACEX

## PURCHASE ORDER
### APPROVED

Page 2 of 2

**Bill To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA  90250
Phone: (310)363-6000  Fax: (310)363-6001

| | |
|---|---|
| PO Number: | **222317** |
| Revision Number: | 0 |
| Order Date: | 5/7/2013 |

**Issued To:**

PVA - Precision Valve & Automation, Inc
1 Mustang Dr
Cohoes, NY  12047   US

Phone: 518 371 2684    Fax  518 371 2688
Contact:
Email:

**Ship To:**

Space Exploration Technologies
12520 Wilkie Ave
Hawthorne, CA  90250
UNITED STATES

**Buyer Information:**

Buyer: Adam Protano
Email· Adam.Protano@spacex com
Phone  (310) 970-8295

| Terms | Supplier ID | Tax Terms | F.O.B. | Shipping Method | Status |
|---|---|---|---|---|---|
| 50% IN ADVANCE, 30% AT SHIPPING, 20% NET | PVAINC | Taxable | Origin | UPS Ground - 98Y2F2 | Released |

*Please include PO number on all shipping information and invoices.*
*Please submit all invoices to accountspayable@spacex.com*

**Terms and Conditions.** Commencing with this order signifies supplier's acceptance of this P.O. and its agreement with all SpaceX Terms and Conditions, any applicable SpaceX Quality Clauses, and any applicable Federal Acquisition Regulations (FAR).  The SpaceX Terms and Conditions, applicable Quality Clauses and applicable FAR and FAR Supplement clauses are incorporated by reference.  The SpaceX Terms and Conditions, applicable Quality Clauses, and applicable FAR and FAR Supplement clauses may be viewed at the following link: http://www.spacex.com/legal

POForm_ERP v1

PVA\

EXHIBIT 25

322 PVA-0021



## SALES ORDER FORM

| | | | |
|---|---|---|---|
| Date: | 9/25/2013 | | |
| PVA Sales: | Connelly | Sales Rep: | - |
| Company Name: | Space X | | |
| Contact Name: | Duc Phan | Email: | Duc.Phan@spacex.com |
| Phone: | 3!-363-6316 | Fax: | - |
| PVA Job #: | SPCX2115 W3267 | | |
| Work Order# | W3267R2 | PO #: | 258364 |
| | | Terms: | 100% net 30 |
| Project Start Date | 9/25/2013 | | |
| Quoted Delivery: | 6 weeks ARO | | |
| Ship Date Commit: | They need this before week of Oct 21rst | | |

**DELIVERY**
PVA Arranged Shipment: -
Customer Arranged Shipment: X
Shipping Company: -

**SALES ORDER ADDITIONS:**
PO Hardcopy: X
Spare Parts PO: -
Application Form: -
Quotation: X
Other Communications: X

**Scope:**
Mechanical
Electrical
Programming
Fluid Delivery
On-site support

**List all machine options or special requirements that are not included in the quotation:**

Rework the dispense system to add (1) one gallon tank and pneumatic ball valve for automatic solvent flush by number of cycles or can be started from cycle stop.  Number of cycles needs to be variable.

Ref: B72-01433

| | | | |
|---|---|---|---|
| Under Six Weeks Craig: | | Date: | |
| Tony/Jayson Authorization: | | Date: | |

CONFIDENTIAL



# QUOTATION

**DATE**
9/19/2013

**QUOTATION NUMBER**
131909W3267

1 Mustang Drive Cohoes NY, 12047
Tel 518 371 2684 ext 2421
Fax 518 371 2686
JConnelly@pva.net
www.pva.net

**TO:**
Duc Q. Phan
**SpaceX**
1 Rocket Road
Hawthorne, CA 90250

*This fax is intended to be viewed only by the person that is addressed to. This fax is confidential in nature, and subject to copyright protection. If you are not the intended recipient or the agent of the intended or if you are unable to deliver this communication to the intended recipient, please do not read, copy, or use this communication to show it to any other person, but notify the sender immediately by telephone at (518) 371-2684.*

| QTY | MODEL | DESCRIPTION | Price/ea | Extended |
|-----|-------|-------------|----------|----------|
| 1 | B72-01433 | Rework the dispense system on machine serial number W3267 to connect one cartridge to (1) one gallon tank for automatic solvent flush of Arethane 5705.<br>• Includes all hoses and fittings needed for complete integration.<br>• Includes one pneumatic ball valve for automatic solvent flush.<br>• Includes hardware and software needed for integration.<br>• Includes new one gallon tank. | $4,175.00 | $4,175.00 |
| 1 | ON-SITE | On-site from PVA to travel o Space X and install the new auto solvent flush system<br>• Labor rate based on 8-10 hour work day Monday through Friday non-JS holiday. | $1,150.00 | $1,150.00 |
| 1 | Expenses | Estimate of the direct travel expenses to travel from Cohoes NY to Hawthorne CA for one full day on-site<br>• Expenses to include but not limited to airfare, lodging, ground transportation and meals.<br>• Estimate can be used as a not to exceed limit. | $1,750.00 | $1,750.00 |

**Total:  $7,075.00**

| TERMS | DELIVERY | SHIPMENT | WARRANTY |
|-------|----------|----------|----------|
| 100% Net 30 | 6 weeks ARO | FOB PVA Factory Cohoes NY USA, + crating charge of up to $500 (if applicable) | 1 Year on all parts and labor Excluding soft seals. |

**ORDER CANCELLATION POLICY**
Buyer may only cancel the order for equipment in writing with a cancel charge as per the following schedule:

| Cancellation Notice Received | Cancellation Fee Multiplier |
|---|---|
| 0-30 days from order date | 25% |
| 31-60 days from order date | 35% |
| More than 60 days from order date | 70% |

Page 1 of 2

# SPACEX

## PURCHASE ORDER

### APPROVED

Page 1 of 2

**Bill To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA  90250
Phone: (310)363-6000  Fax: (310)363-6001

| | |
|---|---|
| PO Number: | **258364** |
| Revision Number: | 0 |
| Order Date: | 9/24/2013 |

**Issued To:**

PVA - Precision Valve & Automation, Inc
1 Mustang Dr
Cohoes, NY  12047  US

Phone: 518.371.2684   Fax  518.371.2688
Contact:
Email:

**Ship To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA  90250
UNITED STATES

**Buyer Information:**

Buyer: Andrea Jarrett
Email: Andrea.Jarrett@spacex.com
Phone: (310) 970-8381

| Terms | Supplier ID | Tax Terms | F.O.B. | Shipping Method | Status |
|---|---|---|---|---|---|
| 50% IN ADVANCE, 30% AT SHIPPING, 20% NET 30 | PVAINC | Taxable | Destination | Bestway | Released |

| Line | Qty | UM | Part ID / *Mfg Part ID* | Supplier Part ID | Service ID | Current Promise Date | Original Promise Date | Need Date | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.00 | EA | | B72-01433 | | 11/7/13 | 11/7/13 | 11/7/13 | $ 4,175.0000 | $ 4,175.00 |

**Description**

Rework the dispense system on machine serial numberW3267 to connect one cartridge to (1) one gallon tank for automatic solvent flush of Arethane 5750.
- Includes all hoses and fittings needed for complete integration.
- Includes one pneumatic ball valve for automatic solvent flush.
- Includes hardware and software needed for integration.
- Includes new one gallon tank.

| Line | Qty | UM | Part ID / *Mfg Part ID* | Supplier Part ID | Service ID | Current Promise Date | Original Promise Date | Need Date | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1.00 | EA | | ON-SITE | | 11/7/13 | 11/7/13 | 11/7/13 | $ 1,150.0000 | $ 1,150.00 |

**Description**

On-site from PVA to travel o Space X and install the new auto solvent flush system.
-Labor rate based on 8-10 hour work day Monday through Friday non-US holiday.

| Line | Qty | UM | Part ID / *Mfg Part ID* | Supplier Part ID | Service ID | Current Promise Date | Original Promise Date | Need Date | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 1.00 | EA | | Expenses | | 11/7/13 | 11/7/13 | 11/7/13 | $ 1,750.0000 | $ 1,750.00 |

POForm_ERP v1

PVA\

CONFIDENTIAL

EXHIBIT 25

# SPACEX

## PURCHASE ORDER

**APPROVED**

**Bill To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA  90250
Phone: (310)363-6000  Fax: (310)363-6001

| | |
|---|---|
| **PO Number:** | **258364** |
| **Revision Number:** | 0 |
| **Order Date:** | 9/24/2013 |

**Issued To:**

PVA - Precision Valve & Automation, Inc
1 Mustang Dr
Cohoes, NY  12047   US

Phone: 518 371 2684    Fax  518 371 2688
Contact:
Email:

**Ship To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA  90250
UNITED STATES

**Buyer Information:**

Buyer: Andrea Jarrett
Email: Andrea.Jarrett@spacex.com
Phone: (310) 970-8381

| Terms | Supplier ID | Tax Terms | F.O.B. | Shipping Method | Status |
|---|---|---|---|---|---|
| 50% IN ADVANCE, 30% AT SHIPPING, 20% NET 30 | PVAINC | Taxable | Destination | Bestway | Released |

**Description**

Estimate of the direct travel expenses to travel from Cohoes NY to Hawthorne CA for one full day on-site.
- Expenses to include but not limited to airfare, lodging, ground transportation and meals.
- Estimate is a not to exceed limit.

**ORDER TOTAL:**       **$7,075.00**

## Order Specifications

Reference PVA quotation # 131909W3267

*Please include PO number on all shipping information and invoices.*
*Please submit all invoices to accountspayable@spacex.com*

Terms and Conditions. Commencing with this order signifies supplier's acceptance of this P.O. and its agreement with all SpaceX Terms and Conditions, any applicable SpaceX Quality Clauses, and any applicable Federal Acquisition Regulations (FAR).  The SpaceX Terms and Conditions, applicable Quality Clauses and applicable FAR and FAR Supplement clauses are incorporated by reference.  The SpaceX Terms and Conditions, applicable Quality Clauses, and applicable FAR and FAR Supplement clauses may be viewed at the following link: http://www.spacex.com/legal

POForm_ERP v1

**CONFIDENTIAL**

EXHIBIT 25



Run mixed and diluted material for spraying

Three way pneumatic ball valve for selection between material or solvent.

Arethane 5705

One gallon tank for solvent



# Invoice

Page:  1

| | |
|---|---|
| Invoice Number: | 0031454-IN |
| Invoice Date: | 8/3/2009 |

PRECISION VALVE & AUTOMATION, INC.
15 SOLAR DRIVE
HALFMOON, NY  12065
(518) 371-2684

| | |
|---|---|
| Order Number: | 9830241 |
| Order Date | 8/3/2009 |
| Salesperson: | PIF |
| Customer Number: | SPCX |

| Sold To: | Ship To: |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES<br>1 ROCKET ROAD<br>HAWTHORNE, CA  90250  United States | SPACE EXPLORATION TECHNOLOGIES<br>1 ROCKET ROAD<br>HAWTHORNE, CA  90250  United States |

Confirm To:   ART GETTLER                                           ONSITE SUPPORT

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 55001 | | HALFMOON NY USA   Net 30 | |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| *ONSITE SUPPORT | EACH | 3.0 | 3.0 | 0.0 | 950.000 | 2,850.00 |
| *AIRFARE | EACH | 1.0 | 1.0 | 0.0 | 923.000 | 923.00 |
| * CAR RENTAL | EACH | 1.0 | 1.0 | 0.0 | 381.000 | 381.00 |
| *MEALS | EACH | 1.0 | 1.0 | 0.0 | 125.420 | 125.42 |

ALL AMOUNTS ARE US DOLLAR

| | |
|---|---|
| Net Invoice: | 4,279.42 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 4,279.42 |

## CONFIDENTIAL

Page: 1



## Packing List

**PVA**

15 Solar Drive, Halfmoon, New York 12065
Phone (518) 371.2684 Fax (518) 371.2688
DUNS # 79-515-6504 Fed ID# 14-1758317

Order Date: 8/3/2009
Order Number: 9830241
Customer Number: SPCX
Salesperson: PIF

| Sold To: | Ship To: |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES<br>1 ROCKET ROAD<br>HAWTHORNE, CA 90250 | SPACE EXPLORATION TECHNOLOGIES<br>1 ROCKET ROAD<br>HAWTHORNE, CA 90250 |

Confirm To: ART GETTLER

| Customer P.O. | Ship VIA | F. O. B. | Terms |
|---|---|---|---|
| 55001 | | HALFMOON NY USA | Net 30 |

| Location | Item Number | Unit | Ordered | Shipped | Backordered |
|---|---|---|---|---|---|
| | *ONSITE SUPPORT | EACH | 3.0 | 3.0 | 0 |
| | *AIRFARE | EACH | 1.0 | 1.0 | 0 |
| | * CAR RENTAL | EACH | 1.0 | 1.0 | 0 |
| | *MEALS | EACH | 1.0 | 1.0 | 0 |

PACKED BY _____        TOTAL WEIGHT _____        NO. OF CARTONS _____

PVA\                                                    EXHIBIT 25

329 PVA-0028

# SPACEX

Page Number     1

**PURCHASE ORDER**

**Bill To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA 90250
Phone: (310) 363-6000   Fax: (310) 363-6001

**Issued To:**

PVA - Precision Valve & Automation, Inc
15 Solar Drive
Halfmoon, NY 12065
US
Phone: 518.371.2684     Fax: 518.371.2688
Contact:

**PO Number:**     **55001**

| Issued Date: | 7/13/2009 |
|---|---|

**PO Revision Level:**     0
**Account Code:**

**Ship To:**

Space Exploration Technologies Corp.
1 Rocket Road
Avionics Department
Hawthorne, CA 90250
Contact E-Mail: pascale.roux@spacex.com
Phone #: 310-363-6336

| LINE | QTY | UM | PART ID / MFG PART ID | VENDOR PART ID | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | **VENDOR ID / VENDOR CUSTOMER # / VENDOR QUOTE # / VENDOR CONTACT NAME** PVAINC | | 140 | **TAX TERMS** Not For Resale | **F.O.B.** ORIGIN |
| | | | **INVOICE TERMS** Net 30 Days | **BUYER** PROUX | **SHIPPING METHOD** Bestway **ORDER DATE** 7/13/2009 | **DATE REQ.** 7/31/2009 | **PROMISED DATE** 07/31/2009 |
| 1. | 3 | EA | | ONSITE SUPPORT | 3 DAY- ONSITE TRAINING | $950.00 | $2,850.00 |
| 2 | 1 | EA | | AIRFARE | | 600.00 | $600.00 |
| 3. | 4 | EA | | CAR RENTAL | CAR RENTAL- 4 DAYS | 110.00 | $440.00 |
| 4. | 4 | EA | | MEALS | MEALS- 4 DAYS | 38.00 | $152.00 |
| 5. | 3 | EA | | HOTEL | HOTEL- 3 NIGHTS | 112.00 | $336.00 |

**ORDER SPECIFICATIONS:**
avionics

**CONFIRMAL COATING TRAINING**

**ORDER TOTAL:**     **$4,378.00**

**Issued By:**    **Pascale Roux**
**Approved By:**
**Approved By:**    **JUAN LOPEZ**
**Requested By:**    Juan.lopez@spacex.com

**TERMS AND CONDITIONS: Commencing this order is accepting this P.O. and supplier agrees to all terms and conditions listed here.**
(1) All applicable certificates to be sent with each shipment. Inspection Reports, C of C and Material Certs as applicable.
(2) Supplier acknowledges SPACEX right of access to its facilities, product, and/or related quality records at any time, by SPACEX,
its customer, or regulatory authorities in order to verify quality of products or work.
(3) All purchasing requirements shall be flowed down to sub-tier suppliers or subcontractors.
(4) Supplier to notify SPACEX immediately of unexpected anomalies, nonconformances, or changes to pre-approved processes.
(5) Supplier acknowledges it shall apply suitable corrective action when presented with SPACEX complaints or nonconformance reports.
(6) Suppliers will not use material purchased or certified by Western Titanium.
(7) Contains Sensitive Proprietary and Confidential Information - Not for Further Distribution without the Written Consent of Space Exploration Technologies



**Invoice**

Page: 1

| | |
|---|---|
| Invoice Number: | 0043393-IN |
| Invoice Date: | 6/19/2012 |

PRECISION VALVE & AUTOMATION, INC.
1 Mustang Dr.
Cohoes, NY  12047
(518) 371-2684

| | |
|---|---|
| Order Number: | 9844487 |
| Order Date | 6/18/2012 |
| Salesperson: | JC |
| Customer Number: | SPCX |

| Sold To: | Ship To: |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES<br>1 ROCKET ROAD<br>HAWTHORNE, CA  90250  UNITED STATES | SPACE EXPLORATION TECHNOLOGIES<br>1 ROCKET ROAD<br>HAWTHORNE, CA  90250  UNITED STATES |

Confirm To:   ANTONIO FIGUEROA                                      REWORK

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 156915 | UPS GND COLLECT | COHOES NY USA | 100% Net 30 Days |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| FC100-MC | EACH | 1.0000 | 1.0000 | 0.0000 | 1,150.0000 | 1,150.00 |
| FC100 , WITH MICROMETER ADJUST | | | Whse:  000 | | | |
| PVA-202-060 | EACH | 2.0000 | 2.0000 | 0.0000 | 165.0000 | 330.00 |
| 6 oz. Cartridge Retainer w/ Ai | | | Whse:  000 | | | |
| B12-2546 | EACH | 2.0000 | 2.0000 | 0.0000 | 70.0000 | 140.00 |
| BRACKET, CARTRIDGE CLAMP MOUNT | | | Whse:  000 | | | |
| B72-0549 | EACH | 2.0000 | 2.0000 | 0.0000 | 350.0000 | 700.00 |
| Fittings and hoses to connect | | | Whse:  000 | | | |
| PVA-60C | EACH | 20.0000 | 20.0000 | 0.0000 | 1.8500 | 37.00 |
| CARTRIDGE, 6 oz. Plastic Inser | | | Whse:  000 | | | |
| B62-2719 | EACH | 1.0000 | 1.0000 | 0.0000 | 795.0000 | 795.00 |
| assembly,BOM,pressure pot,1g,A | | | Whse:  000 | | | |
| B72-0550 | EACH | 1.0000 | 1.0000 | 0.0000 | 995.0000 | 995.00 |
| Fittings and hoses to connect | | | Whse:  000 | | | |

  SHIP UPS GROUND COLLECT ACCT# 98Y2F2

| | |
|---|---|
| Net Invoice: | 4,147.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 362.86 |
| Invoice Total: | 4,509.86 |

CONFIDENTIAL

EXHIBIT 25

PVA-0222

Page:   1



## Packing List



| | |
|---|---|
| Order Date: | 6/18/2012 |
| Order Number: | 9844487 |
| Customer Number: | SPCX |
| Salesperson: | JC |

1 Mustang Dr.,Cohoes, New York  12047
Phone (518) 371.2684 Fax (518) 371.2688
DUNS # 79-515-6504 Fed ID# 14-1758317

| Sold To | Ship To |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES<br>1 ROCKET ROAD<br>HAWTHORNE, CA  90250 | SPACE EXPLORATION TECHNOLOGIES<br>1 ROCKET ROAD<br>HAWTHORNE, CA  90250 |

Confirm To:   ANTONIO FIGUEROA

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 156915 | UPS GND COLLECT | COHOES NY USA | 100% Net 30 Days |

| Location | Item Number | Unit | Ordered | Shipped | Backordered |
|---|---|---|---|---|---|
| V400-40 | FC100-MO | EACH | 1.0000 | 1 | O |
| FC100 , WITH MICROMETER ADJUST | | | | | |
| V1700-30 | PVA-202-060 | EACH | 2.0000 | 2 | O |
| 6 oz. Cartridge Retainer w/ Ai | | | | | |
| V1700-40 | B12-2546 | EACH | 2.0000 | 2 | O |
| BRACKET, CARTRIDGE CLAMP MOUNT | | | | | |
| | B72-0549 | EACH | 2.0000 | 2 | O |
| Fittings and hoses to connect | | | | | |
| BB1-00 | PVA-60C | EACH | 20.0000 | 20 | O |
| CARTRIDGE, 6 oz. Plastic Inser | | | | | |
| | B62-2719 | EACH | 1.0000 | 1 | O |
| assembly,BOM,pressure pot,1g,A | | | | | |
| | B72-0550 | EACH | 1.0000 | 1 | O |
| Fittings and hoses to connect | | | | | |

SHIP UPS GROUND COLLECT ACCT# 98Y2F2

```
125327   JUN 18, 2012   ACT WT  29.0 LBS  #PK 1
SVC GNDCOM                BL WT   29.0 LBS
TRACKING# 1Z1253270350868885      ALL CURRENCY USD
REF 1: PO#156915
REF 2:
HC 0.00              CNS 0.00          FRT: REC
SHIPMENT PUB RATE CHARGES:            SVC F/C USD
DV 0.00              COD   0.00        RS  0.00
DC 0.00              DGD   0.00
AH 0.00              PR    0.00        ROD 0.00
TOT PUB CHG  30.78   PUB+HANDLING      30.78
```

PACKED BY   KC          TOTAL WEIGHT   29LBS          NO. OF CARTONS   1



**PURCHASE ORDER**

**APPROVED**

Page 1 of 2

**Bill To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA 90250
Phone: (310)363-6000 Fax: (310)363-6001

PO Number: **156915**

Rev No: 0

Order Date: 5/29/2012

**Issued To:**

PVA - Precision Valve & Automation, Inc
1 Mustang Dr
Cohoes, NY 12047 US

Phone: 518.371.2684  Fax: 518.371.2688
Contact:
Email:

**Ship To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA 90250

Contact: Antonio Figueroa
Email: Antonio.Figueroa@spacex.com
Phone: 3103836264

| Terms | Supplier ID | Tax Terms | F.O.B. | Shipping Method | Due Date | Promise Date | Status |
|---|---|---|---|---|---|---|---|
| Net 30 Days | PVAINC | Taxable | Origin | UPS Ground - 98Y2F2 | 7/6/2012 | 7/6/2012 | Released |

| Line | Qty | UM | Part ID / Mfg Part ID | Supplier Part ID | Service ID | Description | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|
| 1 | 1.00 | EA | | FC100-MC | | Stainless steel front closing dispense valve with micrometer adjust. | 1,150.0000 | $1,150.00 |
| 2 | 2.00 | EA | | PVA-202-060 | | 6 ounce metal cartridge retainer with threaded air cap assembly. | 165.0000 | $330.00 |
| 3 | 2.00 | EA | | B12-2546 | | Mounting bracket for 6 and 12 oz cartridge retainers. | 70.0000 | $140.00 |
| 4 | 2.00 | EA | | B72-0549 | | Fittings package to connect one cartridge retainer to one valve on machine serial number W3267.  ? Includes 0-60 psi precision air pressure regulator and all fittings and tubing needed to connect one cartridge retainer to one valve | 350.0000 | $700.00 |
| 5 | 20.00 | EA | | PVA-60C | | 6 oz plastic cartridge HD. | 1.8500 | $37.00 |
| 6 | 1.00 | EA | | B62-2719 | | Standard one gallon pressure tank to be used for manual solvent flush system. | 795.0000 | $795.00 |
| 7 | 1.00 | EA | | B72-0550 | | Hoses and fittings needed to connect (1) one gallon tank to two cartridges for manual solvent flush. | 995.0000 | $995.00 |

ORDER TOTAL:  $4,147.00

**Order Specifications**

**Avionics**

**Jeffrey Baxter**

**Quote# 122205W3267**

POForm_ERP v1

PVA\SPCX2115\

CONFIDENTIAL

EXHIBIT 25

333 PVA-0224

# SPACEX

**PURCHASE ORDER**

**APPROVED**

Page 2 of 2

**Bill To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA  90250
Phone: (310)363-6000  Fax: (310)363-6001

**PO Number:** **156915**

Rev No:  0

**Order Date:** 5/29/2012

**Issued To:**

PVA - Precision Valve & Automation, Inc
1 Mustang Dr
Cohoes, NY  12047   US

Phone: 518.371.2684   Fax: 518.371.2688
Contact:
Email:

**Ship To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA  90250

Contact: Antonio Figueroa
Email: Antonio.Figueroa@spacex.com
Phone: 3103636264

| Terms | Supplier ID | Tax Terms | F.O.B. | Shipping Method | Due Date | Promise Date | Status |
|---|---|---|---|---|---|---|---|
| Net 30 Days | PVAINC | Taxable | Origin | UPS Ground - 98Y2F2 | 7/6/2012 | 7/6/2012 | Released |

*Please include PO number on all shipping information and invoices.*

**Terms and Conditions.** Commencing with this order signifies supplier's acceptance of this P.O. and its agreement with all SpaceX Terms and Conditions, any applicable SpaceX Quality Clauses, and any applicable Federal Acquisition Regulations (FAR).  The SpaceX Terms and Conditions, applicable Quality Clauses and applicable FAR and FAR Supplement clauses are incorporated by reference.  The SpaceX Terms and Conditions, applicable Quality Clauses, and applicable FAR and FAR Supplement clauses may be viewed at the following link: http://www.spacex.com/legal/

POForm_ERP v1

PVA\SPCX2115\

EXHIBIT 25

334 PVA-0225



Invoice                                                                      Page:      1

PRECISION VALVE & AUTOMATION, INC.
1 Mustang Dr.
Cohoes, NY  12047
(518) 371-2584

| | |
|---|---|
| Invoice Number: | 0047923-IN |
| Invoice Date: | 5/23/2013 |
| Order Number: | 9850505 |
| Order Date | 5/17/2013 |
| Salesperson: | JC |
| Customer Number: | SPCX |

| Sold To: | Ship To: |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES<br>1 ROCKET ROAD<br>HAWTHORNE, CA  90250  UNITED STATES | SPACE EXPLORATION TECHNOLOGIES<br>12520 Wilkie ave<br>HAWTHORNE, CA  90250  UNITED STATES |

Confirm To:    Ruben Juarez                                          rework

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 222317 | UPS GND COLLECT | cohoes ny usa | 100% Net 30 Days |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| *672-1242 | EACH | 1.0000 | 1.0000 | 0.0000 | 250.0000 | 250.00 |
| rework kit | | | | | | |
| *114-3546 | EACH | 2.0000 | 2.0000 | 0.0000 | 134.0000 | 268.00 |
| side lexan window | | | | | | |
| Ref: Work order # W3267R1 | | | | | | |
| ship UPS ground collect Acct# 98Y2F2 | | | | | | |

| | | |
|---|---|---|
| | Net Invoice: | 518.00 |
| CURRENCY IS IN US DOLLARS | Less Discount: | 0.00 |
| | Freight: | 0.00 |
| | Sales Tax: | 0.00 |
| | Invoice Total: | 518.00 |

Page: 1



## Packing List



Order Date: 5/17/2013
Order Number: 9850505
Customer Number: SPCX
Salesperson: JC

1 Mustang Dr.,Cohoes, New York 12047
Phone (518) 371.2684 Fax (518) 371.2688
DUNS # 79-515-6504 Fed ID# 14-1758317

| Sold To: | Ship To: |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES<br>1 ROCKET ROAD<br>HAWTHORNE, CA 90250 | SPACE EXPLORATION TECHNOLOGIES<br>12520 Wilkie ave<br>HAWTHORNE, CA 90250 |

Confirm To: Ruben Juarez

| Customer P.O. | Ship VIA | F. O. B. | Terms |
|---|---|---|---|
| 222317 | UPS GND COLLECT | cohoes ny usa | 100% Net 30 Days |

| Location | Item Number | Unit | Ordered | Shipped | Backordered | Comments / Work Order No. |
|---|---|---|---|---|---|---|
| | *H72-1242 | EACH | 1.0000 | 1 | 0 | rework |
| rework kit | | | | | | |
| | *114-3546 | EACH | 2.0000 | 2 | 0 | rework |
| side lexan window | | | | | | |

Ref: Work order # W3267R1

ship UPS ground collect Acct# 98Y2F2

```
125327    MAY 17, 2013    ACT WT  16.0 LBS   #PK 1
SVC GNDCOM          BL WT   16.0 LBS
TRACKING# 1Z1253270349370718        ALL CURRENCY USD
REF 1:PO#222317
REF 2:

HC 0.00          CNS 0.00        FRT: REC
SHIPMENT PUB RATE CHARGES:        SVC F/C USD
IV 0.00              COD  0.00        RS  0.00
OC 0.00              DGD  0.00
FH 0.00              PR   0.00        RDD 0.00
TOT PUB CHG  19.21        PUB+HANDLING    19.21
```

PACKED BY _____       TOTAL WEIGHT _____      NO. OF CARTONS _____

# SPACEX

**PURCHASE ORDER**

**APPROVED**

Page 1 of 2

**Bill To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA  90250
Phone: (310)363-6000  Fax: (310)363-6001

| PO Number: | **222317** |
|---|---|
| Revision Number: | 0 |
| Order Date: | 5/7/2013 |

**Issued To:**

PVA - Precision Valve & Automation, Inc
1 Mustang Dr
Cohoes, NY  12047   US

Phone: 518.371.2684    Fax: 518.371.2688
Contact:
Email:

**Ship To:**

Space Exploration Technologies
12520 Wilkie Ave
Hawthorne, CA  90250
UNITED STATES

**Buyer Information:**

Buyer: Adam Protano
Email: Adam.Protano@spacex.com
Phone: (310) 970-8295

| Terms | Supplier ID | Tax Terms | F.O.B. | Shipping Method | Status |
|---|---|---|---|---|---|
| 50% IN ADVANCE 30% AT SHIPPING, 20% NET | PVAINC | Taxable | Origin | UPS Ground - 98Y2F2 | Released |

| Line | Qty | UM | Part ID / Mfg Part ID | Supplier Part ID | Service ID | Current Promise Date | Original Promise Date | Need Date | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.00 | EA | | B72-1242 | | 5/24/13 | 5/24/13 | 5/24/13 | 250.0000 | $250.00 |

**Description**

Integration parts tow wire two black light LED strips to the machine serial number W3267 with on /off switch.
? includes switch with cables, schematic updates and Velcro to attached LED strips
? Does not include LED strips

| Line | Qty | UM | Part ID / Mfg Part ID | Supplier Part ID | Service ID | Current Promise Date | Original Promise Date | Need Date | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 2.00 | EA | | 114-3546 | | 5/24/13 | 5/24/13 | 5/24/13 | 134.0000 | $268.00 |

**Description**

Lexan windows

**ORDER TOTAL:**   **$518.00**

**Order Specifications**

Avionics
Ruben Juarez

POForm_FRP v1



**PURCHASE ORDER**

**APPROVED**

**Bill To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA  90250
Phone: (310)363-6000  Fax: (310)363-6001

| | |
|---|---|
| PO Number: | **222317** |
| Revision Number: | 0 |
| Order Date: | 5/7/2013 |

**Issued To:**

PVA - Precision Valve & Automation, Inc
1 Mustang Dr
Cohoes, NY  12047  US

Phone: 518.371.2684    Fax: 518.371.2688
Contact:
Email:

**Ship To:**

Space Exploration Technologies
12520 Wilkie Ave
Hawthorne, CA  90250
UNITED STATES

**Buyer Information:**

Buyer: Adam Protano
Email: Adam.Protano@spacex.com
Phone: (310) 970-8295

| Terms | Supplier ID | Tax Terms | F.O.B. | Shipping Method | Status |
|---|---|---|---|---|---|
| 50% IN ADVANCE, 30% AT SHIPPING  20% NET | PVAINC | Taxable | Origin | UPS Ground - 98V2F2 | Released |

*Please include PO number on all shipping information and invoices.*
*Please submit all invoices to accountspayable@spacex.com*

Terms and Conditions. Commencing with this order signifies supplier's acceptance of this P.O. and its agreement with all SpaceX Terms and Conditions, any applicable SpaceX Quality Clauses, and any applicable Federal Acquisition Regulations (FAR). The SpaceX Terms and Conditions, applicable Quality Clauses and applicable FAR and FAR Supplement clauses are incorporated by reference. The SpaceX Terms and Conditions, applicable Quality Clauses and applicable FAR and FAR Supplement clauses may be viewed at the following link: http://www.spacex.com/legal

POForm_ERP v1



Page:                                    1

Invoice

Invoice Number:  0060599 IN
Invoice Date:   10/21/2013

PRECISION VALVE & AUTOMATION, INC
1 Mustang Dr.
Cohoes, NY   12047
(518) 371-2684

Order Number:  9853406
Order Date   10/11/2013
Salesperson:  JC
Customer Number:  SPCX

| Sold To: | Ship To: |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES<br>1 ROCKET ROAD<br>HAWTHORNE, CA  90250   UNITED STATES | SPACE EXPLORATION TECHNOLOGIES<br>1 ROCKET ROAD<br>HAWTHORNE, CA  90250   UNITED STATES |

| Confirm To: | Duc Phan | | | Rework | | |
|---|---|---|---|---|---|---|
| Customer P.O. | | Ship VIA | F.O.B. | | Terms | |
| 258364 | | FEDEX COLLCT | | 100% Net 30 Days | | |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| *B72-01433 | EACH | 1.0000 | 1.0000 | 0.0000 | 4,175.0000 | 4,175.00 |
| auto solvent flush | | | | | | |
| Solvent flush on machine W3267 | | | | | | |
| *ON-SITE | EACH | 1.0000 | 1.0000 | 0.0000 | 1,150.0000 | 1,150.00 |
| on-site support | | | | | | |
| *EXPENSES | EACH | 1.0000 | 1.0000 | 0.0000 | 1,750.0000 | 1,750.00 |
| travel expenses | | | | | | |
| Ship fed Ex standard overnight col ect acct# 251204527 | | | | | | |
| Ref. Work order # W3267R2 | | | | | | |

CURRENCY IS IN US DOLLARS

| | |
|---|---|
| Net Invoice: | 7,075.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 619.06 |
| Invoice Total: | 7,694.06 |



**Packing List**



Page: 1

Order Date: 10/11/2013
Order Number: 9853406
Customer Number: SPCX
Salesperson: JC

1 Mustang Dr.,Cohoes, New York 12047
Phone (518) 371 2684 Fax (518) 371.2688
DUNS # 79-515-6504 Fed ID# 14-1758317

| Sold To: | Ship To: |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES<br>1 ROCKET ROAD<br>HAWTHORNE, CA 90250 | SPACE EXPLORATION TECHNOLOGIES<br>1 ROCKET ROAD<br>HAWTHORNE, CA 90250 |

Confirm To: Duc Phan

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 258364 | FEDEX COLLECT | | 100% Net 30 Days |

| Location | Item Number | Unit | Ordered | Shipped | Backordered | Comments / Work Order No. |
|---|---|---|---|---|---|---|
| | *B72-01433 | EACH | 1.0000 | | | Rework |
| auto solvent flush | | | | | | |
| | Solvent flush on machine W3267 | | | | | |
| | *ON-SITE | EACH | 1.0000 | | | Rework |
| on site support | | | | | | |
| | *EXPENSES | EACH | 1.0000 | | | Rework |
| travel expenses | | | | | | |

Ship fed Ex standard overnight collect acct# 251204527

Ref: Work order # W3267R2

Ref Dep

Date  17Oct13        SHIPPING:    0.00
Wgt  22.00 LBS        SPECIAL :    0.00
                      HANDLING:    0.00
DV:              0.00 TOTAL:       0.00

Svcs: STANDARD OVERNIGHT
     TRCK: 5584 0057 5653

PACKED BY _____     TOTAL WEIGHT _____     NO. OF CARTONS _____



**PURCHASE ORDER**

**APPROVED**

Page 1 of 2

| | | | |
|---|---|---|---|
| **Bill To:** | | **PO Number:** | **258364** |
| Space Exploration Technologies | | **Revision Number:** | 0 |
| 1 Rocket Road | | **Order Date:** | 9/24/2013 |
| Hawthorne, CA  90250 | | | |
| Phone: (310)363-6000  Fax: (310)363-6001 | | | |

**Issued To:**

PVA - Precision Valve & Automation, Inc
1 Mustang Dr
Cohoes, NY  12047   US

Phone: 518.371.2684    Fax: 518.371.2688
Contact:
Email:

**Ship To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA  90250
UNITED STATES

**Buyer Information:**

Buyer: Andrea Jarrett
Email: Andrea.Jarrett@spacex.com
Phone: (310) 970-8381

| Terms | Supplier ID | Tax Terms | F.O.B. | Shipping Method | Status |
|---|---|---|---|---|---|
| 50% IN ADVANCE, 30% AT SHIPPING, 20% NET 30 | PVAINC | Taxable | Destination | Bestway | Released |

| Line | Qty | UM | Part ID / Mfg Part ID | Supplier Part ID | Service ID | Current Promise Date | Original Promise Date | Need Date | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.00 | EA | | B72-01433 | | 11/7/13 | 11/7/13 | 11/7/13 | $ 4,175.0000 | $ 4,175.00 |

**Description**

Rework the dispense system on machine serial number W3267 to connect one cartridge to (1) one gallon tank for automatic solvent flush of Arathane 5750.
- Includes all hoses and fittings needed for complete integration.
- Includes one pneumatic ball valve for automatic solvent flush.
- Includes hardware and software needed for integration.
- Includes new one gallon tank.

| Line | Qty | UM | Part ID / Mfg Part ID | Supplier Part ID | Service ID | Current Promise Date | Original Promise Date | Need Date | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1.00 | EA | | ON-SITE | | 11/7/13 | 11/7/13 | 11/7/13 | $ 1,150.0000 | $ 1,150.00 |

**Description**

On-site from PVA to travel o Space X and install the new auto solvent flush system.
-Labor rate based on 8-10 hour work day Monday through Friday non-US holiday.

| Line | Qty | UM | Part ID / Mfg Part ID | Supplier Part ID | Service ID | Current Promise Date | Original Promise Date | Need Date | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 1.00 | EA | | Expenses | | 11/7/13 | 11/7/13 | 11/7/13 | $ 1,750.0000 | $ 1,750.00 |

POForm_ERP v1

CONFIDENTIAL

EXHIBIT 25



**PURCHASE ORDER**

**APPROVED**

Page 2 of 2

**Bill To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA  90250
Phone: (310)363-6000  Fax: (310)363-6001

**Issued To:**

PVA · Precision Valve & Automation, Inc
1 Mustang Dr
Cohoes, NY  12047   US

Phone: 518.371.2684    Fax: 518.371.2688
Contact:
Email:

| PO Number: | **258364** |
|---|---|
| Revision Number: | 0 |
| Order Date: | 9/24/2013 |

**Ship To:**

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA  90250
UNITED STATES

**Buyer Information:**

Buyer: Andrea Jarrett
Email: Andrea.Jarrett@spacex.com
Phone: (310) 970-8381

| Terms | Supplier ID | Tax Terms | F.O.B. | Shipping Method | Status |
|---|---|---|---|---|---|
| 50% IN ADVANCE, 30% AT SHIPPING, 20% NET 30 | PVAINC | Taxable | Destination | Bestway | Released |

**Description**

Estimate of the direct travel expenses to travel from Cohoes NY to Hawthorne CA for one full day on-site.
- Expenses to include but not limited to airfare, lodging, ground transportation and meals.
- Estimate is a not to exceed limit.

ORDER TOTAL:   $7,075.00

**Order Specifications**

Reference PVA quotation # 131909W3267

*Please include PO number on all shipping information and invoices.*
*Please submit all invoices to accountspayable@spacex.com*

Terms and Conditions. Commencing with this order signifies supplier's acceptance of this P.O. and its agreement with all SpaceX Terms and Conditions, any applicable SpaceX Quality Clauses, and any applicable Federal Acquisition Regulations (FAR).  The SpaceX Terms and Conditions, applicable Quality Clauses and applicable FAR and FAR Supplement clauses are incorporated by reference.  The SpaceX Terms and Conditions, applicable Quality Clauses, and applicable FAR and FAR Supplement clauses may be viewed at the following link  http://www.spacex.com/legal

POForm_ERP v1



# ORDER ACCEPTANCE & SHIPMENT RELEASE FORM

Thank you once again for your valued order of PVA products. For your records, each individual module and its corresponding serial number included in your order are listed below.

| MODULE | SERIAL NUMBER |
|--------|---------------|
| PVA 350 | W3267 |

We are sorry you are unable to visit PVA to evaluate your order prior to shipment. In lieu of your evaluation, PVA warrants that the above modules have been manufactured to meet each engineering build specification approved prior to commencement of production. In turn, _____SpaceX_____ , agrees to the following:

- The information contained within the original engineering specification is correct. In the event that modifications to the equipment are requested, and such changes were not included in the original engineering specification, _____SpaceX_____ will be responsible for any installation, fabrication, and integration costs as these additions are not covered under PVA's warranty.

- PVA offers, free of charge, process development during my equipment evaluation prior to shipment of said modules. By foregoing my evaluation of this equipment, PVA cannot be held liable for assuring that my process parameters are met. Any costs incurred to modify the original process are the responsibility of _____SpaceX_____ .

- Any term payments tied to successful evaluation at PVA prior to shipment and/or shipment of your order may be executed.

- Shipment per arrangements set forth in the purchase order agreement is granted.

This document in no way affects the conditions of your original PVA equipment warranty.

In the event you wish to schedule a PVA service technician to support your installation and provide operator training at your facility, please contact Pedro Flores at 518-371-2684 x235 (pflores@pva.net).

Signed:

**Precision Valve & Automation, Inc. (PVA)**

_____Alex Duggan_____

_____Alex Duggan_____

_____Project Engineer_____

15 Solar Drive, Halfmoon, NY 12065, P: 518-371-2686, F: 518-371-2688

6636



## SALES ORDER FORM

Date: **22 April 09**

PVA Sales: FH                                    Sales Rep: REStronics SoCal

Company Name: SpaceX

Contact Name: Nick Wong                          Email: nicholas.wong@spacex.com

Phone: 310-363-6000                              Fax:

PVA Job #: SPCX 2115

Project Start Date: _____                      PO #: 49742

Quoted Delivery: 4 weeks                         Payment Terms: 50%
                                                               30%
Ship Date Commit: _____                                      20%

**DELIVERY**
PVA Arranged Shipment: _____
Customer Arranged Shipment: X
Shipping Company: _____

**SALES ORDER ADDITIONS:**
PO Hardcopy: ∂
Spare Parts PO: _____
Application Form: _____
Quotation: ∂
Other Communications: _____

List all machine options or special requirements that are not included in the quotation:

PVA350 w/adj pcb fixture
• FCS300-ES  ⟩ 2g tank
• FCM100
• Programming camera

2 day installation

Under Six Weeks Craig: _____        Date: _____

Tony/Jayson Authorization: _____     Date: _____

PVA\SPCX2115\                    EXHIBIT 25

344  PVA-0250



Page Number          1

**PURCHASE ORDER**

Bill To:

Space Exploration Technologies
1 Rocket Road
Hawthorne, CA 90250
Phone: (310) 363-6000   Fax: (310) 363-6001

Issued To:

PVA - Precision Valve & Automation, Inc
15 Solar Drive
Halfmoon, NY 12065

Phone: 518.371.2684      Fax: 518.371.2688
Contact:

| Purchase Order Number: | **49742** |
|---|---|
| Issued Date: | **4/20/2009** |
| PO Revision Level: | |
| Account Code: | **1550** |

Ship To:

Space Exploration Technologies Corp.
1 Rocket Road
Avionics Department
Hawthorne, CA 90250
Contact E-Mail: pascale.roux@spacex.com
Phone #: 310-363-6336

| VENDOR ID / | VENDOR CUSTOMER # / | VENDOR QUOTE # / | VENDOR CONTACT NAME | TAX TERMS | F.O.B. |
|---|---|---|---|---|---|
| PVAINC | | 09-059-B | | Not For Resale | ORIGIN |
| INVOICE TERMS | BUYER | SHIPPING METHOD | ORDER DATE | DATE REQ'D | PROMISED DATE |
| 50% IN ADVANCE, 30% A | PROUX | Bestway | 4/20/2009 | 5/22/2009 | |

| LINE | QTY | PART ID / MFG PART ID | UM | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|---|---|
| 1 | 1 | PVA350 | EA | PVA350 Benchtop System<br>Fully enclosed work area and doors with safety interlocks | 25,000.00 | $20,000.00 |
| 2 | 1 | PVA-CAMERA | EA | Programming Camera<br>Slim programming camera with crosshair generator | 2,500.00 | $2,500.00 |
| 3 | 1 | PVA-PCB-FIX | EA | Adjustable Printed Circuit Board Fixture | 1,920.00 | $1,920.00 |
| 4 | 1 | FCS300-ES-M | EA | FCS300-ES Atomized Spray Valve Mount | 3,500.00 | $3,500.00 |
| 5 | 1 | FCM100-M | EA | FCM100 Micro Propulsion Valve Mount | 2,500.00 | $2,500.00 |
| 6 | 1 | PVA-2G | EA | 2 Gallon Flip-Top Style Material Reservoir | 850.00 | $850.00 |
| 7 | 1 | INTALL-2 | EA | Two Day Installation | 2,500.00 | $2,500.00 |

**ORDER SPECIFICATIONS:**
avionics
NICK WONG

$5000.00 DISCOUNT APPLIED

ORDER TOTAL:          $33,770.00

Issued By:    **Pascale Roux**
Approved By:  **ELON MUSK**
Approved By:  **JEFF WARD**
Requested By:

TERMS AND CONDITIONS: Commencing this order is accepting this P.O., and supplier agrees to all terms and conditions listed here.
(1) All applicable certificates to be sent with each shipment. Inspection Reports, C of C and Material Certs as applicable.



**BECHERER
KANNETT &
SCHWEITZER**
ATTORNEYS

THE WATER TOWER
1255 POWELL STREET    EMERYVILLE, CA 94608
(510) 658-3600 • FAX (510) 658-1151
WWW.BKSCAL.COM

December 28, 2017

Teresa Li, Esq.
LAW OFFICES OF TERESA LI, PC
6701 Koll Center Parkway, Suite 250
Pleasanton, CA  94566

      Re:    Ruben Juarez, et al. v. Precision Valve & Automation, et al.
              Los Angeles County Superior Court, Case No. BC650229
              Additional Production of Documents.

Dear Ms. Li,

      Enclosed, please find an additional production of documents in this matter from defendant PVA.  The attached documents are marked PVA-4449 to PVA-4452.  Please contact me if you have any questions.

              Very truly yours,

              Alex P. Catalona

Enclosures

EXHIBIT 25

346



15 Solar Drive, Halfmoon NY
tel 518-371-2684
fx 518-371-2688
cs@pva.net
www.pva.net

**Customer Service Workorder**

**Customer Company Name:** SpaceX                    **PVA Service Engineer:** Andrew Haraburda

   **Customer Contact:** Art Gettler                    **Date(s) Service Rendered** 6/23 – 6/24/2009

**Contact Phone Number:** 310-363-6000                    **Customer Email:**

**Customer Facility Address:** 1 Rocket Road  Hawthorne CA, 90250

**Customer Purchase Order:** W/Equipment

   **Status of the Call**  ( ) Billable Service  ( ) Warranty Service  ( ) Training  ( ) Installation  ( ) Other:

   **Equipment S/N:** W3267                    **Project:** ___ SPCX2115

   **Machine Type:** CC                    **Controller Serial Number:** _____

   **Year Built:** 2009

| Hours: | Mon | Tues | Wed | Thur | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| Start: | | 8 | 8 | | | | |
| Stop: | | 6 | 6:40 | | | | |
| Total | | 10 | 10.6 | | | | |

**Person(s) Trained:** Juan Sostelo, Marsha Thompson

**Scope of Work to be Performed:**  Installation and Training

**Installation Checklist**
☑ Electrical  ☑ Tubing  ☑ Doors Interlock  ☑ Fluid Lines
☑ Regulators and Gauges  ☑ Labels  ☑ Ventilation  ☑ Mechanical Alignment
☑ Fittings not leaking  ☒ Pump  ☑ Purge System  ☑ System Faults
☑ Leveling  ☒ SMEMA  ☑ Pneumatics

**Documentation:**  Manuals received by:   AH

**Software**  Received By  DJH          Version #  m01

**Description of Work/Changes**  modified main Program (m02)

**Parts Used or Left With Customer:**  N/A
* Please provide part numbers & price where feasible.

**PVA-4449**

EXHIBIT 25

347

Additional Issues in Need of Attention: _N/A_

Problem: _N/A_

Solution: _N/A_

Customer Remarks:

PVA Service Rep. Observations: _Machine is working as expected._

Status after Service: ☑ Complete ☐ Pending for Spares ☐ Under Observation ☐ Working Solution Provided
Please select One
☐ Incomplete

Main Prog Rev _M02_        Path Backup _P01_

Customer Name (Print): _Edwin Chiu   (310) 363-6730_

Customer Signature: _____   Date: _6/24/2009_

PVA Rep. Signature: _____   Date: _6/24/09_

**PVA-4450**

EXHIBIT 25

348



**PVA**

15 Solar Drive, Halfmoon NY
tel 518-371-2684
fx 518-371-2688
cs@pva.net
www.pva.net

**Customer Service Workorder**

| | |
|---|---|
| Customer Company Name: SpaceX | PVA Service Engineer: Andrew Haraburda |
| Customer Contact: Art Gettler | Date(s) Service Rendered: 7/28-7/30/2009 |
| Contact Phone Number: 310-363-6000 | Customer Email: |
| Customer Facility Address: 1 Rocket Road Hawthorne CA 90250 | |
| Customer Purchase Order: _____ 55001 | |
| Status of the Call   ( X ) Billable Service  ( ) Warranty Service  ( ) Training  ( ) Installation  ( ) Other: | |
| Equipment S/N: W3267 | Project: _____ SPCX2115 |
| Machine Type: | Controller Serial Number: |
| Year Built:       2008 | |

Hours:

| | Mon | Tues | Wed | Thur | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| Start: | | 8 | 8 | 8 | | | |
| Stop: | | 4:30 | 5:15 | 5:30 | | | |
| Total | | 8.5 | 9.25 | 9.3 | | | |

Person(s) Trained: _Juan Sotelo_

Scope of Work to be Performed:       Training

Installation Checklist:

☐ Electrical       ☐ Tubing       ☐ Doors Interlock       ☐ Fluid Lines
☐ Regulators and Gauges       ☐ Labels       ☐ Ventilation       ☐ Mechanical Alignment
☐ Fittings not leaking       ☐ Pump       ☐ Purge System       ☐ System Faults
☐ Leveling       ☐ SMEMA       ☐ Pneumatics

Documentation:       Manuals received by:

Software       Received By _____   Version # _____

Description of Work/Changes:
- Cleaned & rebuilt FCM100 valve
- Flushed material lines with NVMC
- Added solvent flush option (6oz cartridge, 3way ballvalve, 0-15PSI Precision Regulator)

Parts Used or Left With Customer:
* Please provide part numbers & price
where feasible.
- luer adapter and seat extension

**PVA-4451**

EXHIBIT 25

349