# EXHIBIT 27

EXHIBIT 27

389

# Material Safety Data Sheet



**ARATHANE® 5750 A**

## 1 . Product and company identification

| | | |
|---|---|---|
| Product name | : | ARATHANE® 5750 A |
| Material uses | : | Component used for the manufacture of electrical insulation parts |
| (M)SDS # | : | 00052694 |
| Validation date | : | 12/11/2013. |
| Supplier/Manufacturer | : | Huntsman Advanced Materials Americas LLC |
| | | P.O. Box 4980 |
| | | The Woodlands, TX 77387 |
| | | |
| | | Non-Emergency phone: (800) 257-5547 |
| | | |
| | | E-Mail: MSDS@huntsman.com |

| | | |
|---|---|---|
| **In case of emergency** | : | Chemtrec: (800) 424-9300 or (703) 527-3887 |

## 2 . Hazards identification

| | | |
|---|---|---|
| Physical state | : | Liquid. |
| Odor | : | Aromatic. |
| Color | : | Yellow. |
| OSHA/HCS status | : | This material is considered hazardous by the OSHA Hazard Communication Standard (29 CFR 1910.1200). |
| Emergency overview | : | WARNING! |

FLAMMABLE LIQUID AND VAPOR. CAUSES RESPIRATORY TRACT, EYE AND SKIN IRRITATION. MAY CAUSE ALLERGIC RESPIRATORY AND SKIN REACTION. CONTAINS MATERIAL THAT CAN CAUSE TARGET ORGAN DAMAGE. POSSIBLE DEVELOPMENTAL HAZARD - CONTAINS MATERIAL WHICH MAY CAUSE ADVERSE DEVELOPMENTAL EFFECTS, BASED ON ANIMAL DATA.

Flammable liquid. Keep away from heat, sparks and flame. Avoid exposure - obtain special instructions before use. Do not breathe vapor or mist. Do not get on skin or clothing. Avoid contact with eyes. Avoid exposure during pregnancy. Use only with adequate ventilation. Keep container tightly closed and sealed until ready for use. Wash thoroughly after handling.

**See toxicological information (Section 11)**

| | | |
|---|---|---|
| GENERAL INFORMATION | : | Read the entire MSDS for a more thorough evaluation of the hazards. |

## 3 . Composition/information on ingredients

| Name | CAS number | % |
|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | 101-68-8 | 60 - 100 |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | 39310-05-9 | 13 - 30 |
| Toluene | 108-88-3 | 7 - 13 |
| Methylenediphenyldiisocyanate (mixed isomers) | 26447-40-5 | 3 - 7 |
| triethyl phosphate | 78-40-0 | 1 - 3 |

12/11/2013.                           00052694                           1/16

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 27

390

PVA-0302

**ARATHANE® 5750 A**

## 4 . First aid measures

| | |
|---|---|
| Eye contact | : Check for and remove any contact lenses.  Immediately flush eyes with plenty of water for at least 15 minutes, occasionally lifting the upper and lower eyelids.  Get medical attention immediately. |
| Skin contact | : In case of contact, immediately flush skin with plenty of water for at least 15 minutes while removing contaminated clothing and shoes.  Wash clothing before reuse.  Clean shoes thoroughly before reuse.  Get medical attention immediately. |
| Inhalation | : Move exposed person to fresh air.  If not breathing, if breathing is irregular or if respiratory arrest occurs, provide artificial respiration or oxygen by trained personnel.  Loosen tight clothing such as a collar, tie, belt or waistband.  Get medical attention immediately. |
| Ingestion | : Wash out mouth with water.  Do not induce vomiting unless directed to do so by medical personnel.  Never give anything by mouth to an unconscious person.  Get medical attention immediately. |
| Notes to physician | : No specific treatment. Treat symptomatically. Call medical doctor or poison control center immediately if large quantities have been ingested. |

## 5 . Fire-fighting measures

| | |
|---|---|
| Flash point | : Closed cup: 31°C (87.8°F) [ASTM D 93 (Pensky-Martens Closed Cup)] |
| Hazardous thermal decomposition products | : Decomposition products may include the following materials: carbon dioxide carbon monoxide nitrogen oxides phosphorus oxides |

**Extinguishing media**

| | |
|---|---|
| Suitable | : Use dry chemical, $CO_2$, water spray (fog) or foam. |
| Not suitable | : Do not use water jet. |
| Special exposure hazards | : Promptly isolate the scene by removing all persons from the vicinity of the incident if there is a fire.  No action shall be taken involving any personal risk or without suitable training.  Move containers from fire area if this can be done without risk.  Use water spray to keep fire-exposed containers cool. |
| Special protective equipment for fire-fighters | : Fire-fighters should wear appropriate protective equipment and self-contained breathing apparatus (SCBA) with a full face-piece operated in positive pressure mode. |

## 6 . Accidental release measures

| | |
|---|---|
| Personal precautions | : No action shall be taken involving any personal risk or without suitable training.  Evacuate surrounding areas.  Keep unnecessary and unprotected personnel from entering.  Do not touch or walk through spilled material.  Shut off all ignition sources.  No flares, smoking or flames in hazard area.  Do not breathe vapor or mist.  Provide adequate ventilation.  Wear appropriate respirator when ventilation is inadequate.  Put on appropriate personal protective equipment (see Section 8). |
| Environmental precautions | : Avoid dispersal of spilled material and runoff and contact with soil, waterways, drains and sewers.  Inform the relevant authorities if the product has caused environmental pollution (sewers, waterways, soil or air). |
| Methods for cleaning up | : Stop leak if without risk.  Move containers from spill area.  Use spark-proof tools and explosion-proof equipment.  Approach release from upwind.  Prevent entry into sewers, water courses, basements or confined areas.  Wash spillages into an effluent treatment plant or proceed as follows.  Contain and collect spillage with non-combustible, absorbent material e.g. sand, earth, vermiculite or diatomaceous earth and place in container for disposal according to local regulations (see Section 13).  Dispose of via a licensed waste disposal contractor.  Contaminated absorbent material may pose the same hazard as the spilled product.  Note: see Section 1 for emergency contact |

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 27

391
PVA-0303

*ARATHANE® 5750 A*

# 6.   Accidental release measures

information and Section 13 for waste disposal.

# 7.   Handling and storage

**Handling** : Put on appropriate personal protective equipment (see Section 8).  Eating, drinking and smoking should be prohibited in areas where this material is handled, stored and processed.  Workers should wash hands and face before eating, drinking and smoking.  Remove contaminated clothing and protective equipment before entering eating areas.  Persons with a history of skin sensitization problems or asthma, allergies or chronic or recurrent respiratory disease should not be employed in any process in which this product is used.  Avoid exposure during pregnancy.  Do not get in eyes or on skin or clothing.  Do not breathe vapor or mist.  Do not ingest.  Use only with adequate ventilation.  Wear appropriate respirator when ventilation is inadequate.  Do not enter storage areas and confined spaces unless adequately ventilated.  Keep in the original container or an approved alternative made from a compatible material, kept tightly closed when not in use.  Store and use away from heat, sparks, open flame or any other ignition source.  Use explosion-proof electrical (ventilating, lighting and material handling) equipment.  Use non-sparking tools.  Take precautionary measures against electrostatic discharges.  To avoid fire or explosion, dissipate static electricity during transfer by grounding and bonding containers and equipment before transferring material.  Empty containers retain product residue and can be hazardous.  Do not reuse container.

**Storage** : Store in accordance with local regulations.  Store in a segregated and approved area.  Store in original container protected from direct sunlight in a dry, cool and well-ventilated area, away from incompatible materials (see Section 10) and food and drink.  Eliminate all ignition sources.  Separate from oxidizing materials.  Keep container tightly closed and sealed until ready for use.  Containers that have been opened must be carefully resealed and kept upright to prevent leakage.  Do not store in unlabeled containers.  Use appropriate containment to avoid environmental contamination.

# 8.   Exposure controls/personal protection

| Ingredient | Exposure limits |
|---|---|
| Diphenylmethane 4,4'-diisocyanate | **ACGIH TLV (United States, 3/2012).**  TWA: 0.005 ppm 8 hours.  **OSHA PEL (United States, 6/2010).**  CEIL: 0.02 ppm  CEIL: 0.2 mg/m³ |
| Toluene | **OSHA PEL Z2 (United States, 11/2006).**  TWA: 200 ppm 8 hours.  CEIL: 300 ppm  AMP: 500 ppm 10 minutes.  **ACGIH TLV (United States, 3/2012).**  TWA: 20 ppm 8 hours. |

**Recommended monitoring procedures** : If this product contains ingredients with exposure limits, personal, workplace atmosphere or biological monitoring may be required to determine the effectiveness of the ventilation or other control measures and/or the necessity to use respiratory protective equipment.  Reference should be made to appropriate monitoring standards.  Reference to national guidance documents for methods for the determination of hazardous substances will also be required.

**Engineering measures** : Use only with adequate ventilation.  Use process enclosures, local exhaust ventilation or other engineering controls to keep worker exposure to airborne contaminants below any recommended or statutory limits.  The engineering controls also need to keep gas, vapor or dust concentrations below any lower explosive limits.  Use explosion-proof ventilation equipment.

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 27

392PVA-0304

**ARATHANE® 5750 A**

# 8 .   Exposure controls/personal protection

| | | |
|---|---|---|
| Hygiene measures | : | Wash hands, forearms and face thoroughly after handling chemical products, before eating, smoking and using the lavatory and at the end of the working period. Appropriate techniques should be used to remove potentially contaminated clothing. Contaminated work clothing should not be allowed out of the workplace.  Wash contaminated clothing before reusing.  Ensure that eyewash stations and safety showers are close to the workstation location. |

**Personal protection**

| | | |
|---|---|---|
| Respiratory | : | In case of inadequate ventilation wear respiratory protection.  Respirator selection must be based on known or anticipated exposure levels, the hazards of the product and the safe working limits of the selected respirator. |
| Hands | : | Chemical-resistant, impervious gloves complying with an approved standard should be worn at all times when handling chemical products if a risk assessment indicates this is necessary.  Considering the parameters specified by the glove manufacturer, check during use that the gloves are still retaining their protective properties.  It should be noted that the time to breakthrough for any glove material may be different for different glove manufacturers.  In the case of mixtures, consisting of several substances, the protection time of the gloves cannot be accurately estimated.  > 8 hours (breakthrough time): Ethyl Vinyl Alcohol Laminate (EVAL), butyl rubber |
| Eyes | : | Safety eyewear complying with an approved standard should be used when a risk assessment indicates this is necessary to avoid exposure to liquid splashes, mists or dusts.  If contact is possible, the following protection should be worn, unless the assessment indicates a higher degree of protection:  chemical splash goggles. |
| Skin | : | Personal protective equipment for the body should be selected based on the task being performed and the risks involved and should be approved by a specialist before handling this product.<br>When there is a risk of ignition from static electricity, wear anti-static protective clothing. For the greatest protection from static discharges, clothing should include anti-static overalls, boots and gloves. |
| Environmental exposure controls | : | Emissions from ventilation or work process equipment should be checked to ensure they comply with the requirements of environmental protection legislation.  In some cases, fume scrubbers, filters or engineering modifications to the process equipment will be necessary to reduce emissions to acceptable levels. |

# 9 .   Physical and chemical properties

| | | |
|---|---|---|
| **Appearance** | | |
| Physical state | : | Liquid. |
| Color | : | Yellow. |
| Odor | : | Aromatic. |
| pH | : | Not available. |
| Boiling/condensation point | : | >109°C (>228.2°F) |
| Melting/freezing point | : | Not available. |
| Flash point | : | Closed cup: 31°C (87.8°F) [ASTM D 93 (Pensky-Martens Closed Cup)] |
| Flammable limits | : | Not available. |
| Auto-ignition temperature | : | Not available. |
| Vapor pressure | : | Not available. |
| Specific gravity | : | Not available. |
| Water solubility | : | Reacts with water |
| Partition coefficient: n-octanol/water (log Kow) | : | Not available. |
| Viscosity | : | Dynamic (room temperature): 30 mPa·s (30 cP) |

12/11/2013.                                   00052694                                   4/16

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 27

PVA-0305

*ARATHANE® 5750 A*

# 9 .   Physical and chemical properties

| | |
|---|---|
| Density | : 1.2 g/cm³ |
| Vapor density | : 8.6 |
| Evaporation rate (butyl acetate = 1) | : Not available. |

# 10 . Stability and reactivity

| | |
|---|---|
| Chemical stability | : The product is stable. |
| | Under normal conditions of storage and use, hazardous reactions will not occur. |
| Hazardous polymerization | : Under normal conditions of storage and use, hazardous polymerization will not occur. |
| Conditions to avoid | : Avoid all possible sources of ignition (spark or flame).  Do not pressurize, cut, weld, braze, solder, drill, grind or expose containers to heat or sources of ignition. |
| Materials to avoid | : strong acids, strong bases, strong oxidising agents |
| Hazardous decomposition products | : Under normal conditions of storage and use, hazardous decomposition products should not be produced. |

# 11 . Toxicological information

**Acute toxicity**

| Product/ingredient name | Test | Endpoint | Species | Result |
|---|---|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | OECD 403 Acute Inhalation Toxicity | LC50 Inhalation Dusts and mists | Rat - Male, Female | 0.49 mg/l |
| | OECD 402 Acute Dermal Toxicity | LD50 Dermal | Rabbit - Male, Female | >9400 mg/kg |
| | OECD 401 Acute Oral Toxicity | LD50 Oral | Rat - Male | >10000 mg/kg |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | OECD 403 Acute Inhalation Toxicity | LC50 Inhalation Dusts and mists | Rat - Male, Female | 0.49 mg/l |
| | OECD 402 Acute Dermal Toxicity | LD50 Dermal | Rabbit - Male, Female | >9400 mg/kg |
| | OECD 425 Acute Oral Toxicity: Up-and-Down Procedure | LD50 Oral | Rat - Female | >5000 mg/kg |
| Toluene | OECD 403 Acute Inhalation Toxicity | LC50 Inhalation Vapor | Rat - Male, Female | 28.1 mg/l |
| | Unknown guidelines | LD50 Dermal | Rabbit | >5000 mg/kg |
| | EU EC B.1 Acute Toxicity (Oral) | LD50 Oral | Rat - Male | 5580 mg/kg |
| Methylenediphenyldiisocyanate (mixed isomers) | OECD 403 Acute Inhalation Toxicity | LC50 Inhalation Dusts and mists | Rat - Male, Female | >2.24 mg/l |
| | OECD 403 Acute Inhalation Toxicity | LC50 Inhalation Dusts and mists | Rat - Male, Female | 0.49 mg/m³ |
| | OECD 402 Acute Dermal Toxicity | LD50 Dermal | Rabbit - Male, Female | >9400 mg/kg |
| | No official guidelines | LD50 Oral | Rat - Male, Female | >2000 mg/kg |
| triethyl phosphate | OECD 403 Acute Inhalation Toxicity | LC50 Inhalation Dusts and mists | Rat - Male, Female | >8817 mg/m³ |
| | - | LD50 Dermal | Rabbit | >20000 mg/kg |
| | - | LD50 Oral | Rat | 1600 mg/kg |

| | | | |
|---|---|---|---|
| Conclusion/ Summary | : | Diphenylmethane 4,4'-diisocyanate | Irritating to respiratory system. |

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 27

*ARATHANE® 5750 A*

# 11 . Toxicological information

Irritation/Corrosion

| Product/ingredient name | Test | Species | Result |
|---|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | OECD 404 Acute Dermal Irritation/ Corrosion | Rabbit | Skin - Irritant |
| | OECD 405 Acute Eye Irritation/ Corrosion | Rabbit | Eyes - Non-irritant. |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | OECD 405 Acute Eye Irritation/ Corrosion | Rabbit | Eyes - Non-irritant. |
| | | Rabbit | Skin - Irritant |
| Toluene | - | Rabbit | Skin - Irritant |
| | EU | Rabbit | Eyes - Mild irritant |
| | OECD 405 Acute Eye Irritation/ Corrosion | | |
| triethyl phosphate | OECD 404 Acute Dermal Irritation/ Corrosion | Rabbit | Skin - Non-irritant. |
| | OECD 405 Acute Eye Irritation/ Corrosion | Rabbit | Eyes - Moderate irritant |

Conclusion/
Summary

Skin : Diphenylmethane 4,4'- Irritating to skin.
diisocyanate
MDI HOMOPOLYMER Irritating to skin.
(NCO>=3) (SUBSTANCE)
Toluene Irritating to skin.
Methylenediphenyldiisocyanate No additional information.
(mixed isomers)
triethyl phosphate Non-irritating to the skin.

Eyes : Diphenylmethane 4,4'- Based on the human occupational exposure data, this
diisocyanate substance is considered as irritating to eyes.
MDI HOMOPOLYMER Based on the human occupational exposure data, this
(NCO>=3) (SUBSTANCE) substance is considered as irritating to eyes.
Toluene Non-irritating to the eyes.
Methylenediphenyldiisocyanate No additional information.
(mixed isomers)
triethyl phosphate Irritating to eyes.

Respiratory : Diphenylmethane 4,4'- No additional information.
diisocyanate
MDI HOMOPOLYMER No additional information.
(NCO>=3) (SUBSTANCE)
Toluene No additional information.
Methylenediphenyldiisocyanate No additional information.
(mixed isomers)
triethyl phosphate No additional information.

Sensitizer

PVA\SPCX2115\Space X add auto flush
system\

EXHIBIT 27

395 SVA-0307

**ARATHANE® 5750 A**

## 11 . Toxicological information

| Product/ingredient name | Test | Route of exposure | Species | Result |
|---|---|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | OECD 429 Skin Sensitization: Local Lymph Node Assay | skin | Mouse | Sensitizing |
| | OECD 406 Skin Sensitization | skin | Guinea pig | Not sensitizing |
| | No official guidelines | Respiratory | Guinea pig | Sensitizing |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | OECD 406 Skin Sensitization | skin | Guinea pig | Sensitizing |
| | No official guidelines | Respiratory | Guinea pig | Sensitizing |
| Toluene | EU EC B.6 Skin Sensitisation | skin | Guinea pig | Not sensitizing |
| Methylenediphenyldiisocyanate (mixed isomers) | OECD 406 Skin Sensitization | skin | Guinea pig | Not sensitizing |
| | No official guidelines | Respiratory | Guinea pig | Sensitizing |
| | OECD 429 Skin Sensitization: Local Lymph Node Assay | skin | Mouse | Sensitizing |
| triethyl phosphate | OECD 429 Skin Sensitization: Local Lymph Node Assay | skin | Mouse | Not sensitizing |

**Mutagenicity**

| Product/ingredient name | Test | Result |
|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | Experiment: In vitro Subject: Bacteria Metabolic activation: +/- | Negative |
| | Experiment: In vivo Subject: Mammalian-Animal | Negative |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | Experiment: In vitro Subject: Bacteria Metabolic activation: +/- | Negative |
| | Experiment: In vivo Subject: Mammalian-Animal | Negative |
| Toluene | Experiment: In vivo Subject: Mammalian-Animal Cell: Somatic Metabolic activation: +/- | Negative |
| | Experiment: In vivo Subject: Mammalian-Animal | Negative |
| Methylenediphenyldiisocyanate (mixed isomers) | Experiment: In vitro Subject: Bacteria Metabolic activation: +/- | Negative |
| | Experiment: In vivo Subject: Mammalian-Animal | Negative |
| triethyl phosphate | Experiment: In vitro Subject: Bacteria | Negative |
| | Experiment: In vitro Subject: Mammalian-Animal | Negative |

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 27

396 PVA-0308

**ARATHANE® 5750 A**

# 11 . Toxicological information

| | Metabolic activation: +/-<br>Experiment: In vitro<br>Subject: Mammalian-Animal | Negative |
| | Cell: **Somatic**<br>Experiment: In vivo<br>Subject: Mammalian-Animal | Negative |

| Conclusion/<br>Summary | : | Diphenylmethane 4,4'-<br>diisocyanate | No mutagenic effect. |
| | | triethyl phosphate | No mutagenic effect. |

**Carcinogenicity**

| Product/ingredient name | Test | Species | Dose | Exposure | Result/Result type |
|---|---|---|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | OECD 453 Combined Chronic Toxicity/ Carcinogenicity Studies | Rat - Male, Female | 1 mg/m³ | 2 years; 5 days per week | Positive - Inhalation - NOAEL |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | OECD 453 Combined Chronic Toxicity/ Carcinogenicity Studies | Rat - Male, Female | 1 mg/m³ | 2 years; 5 days per week | Negative - Inhalation - NOAEL |
| Toluene | OECD 453 Combined Chronic Toxicity/ Carcinogenicity Studies | Rat - Male, Female | 4522 mg/m³ | 103 weeks; 6. 5 hours per day | Negative - Inhalation - NOAEL |
| Methylenediphenyldiisocyanate (mixed isomers) | OECD 453 Combined Chronic Toxicity/ Carcinogenicity Studies | Rat - Male, Female | 1 mg/m³ | 2 years; 5 days per week | Negative - Inhalation - NOAEL |

**Carcinogenic class**

| Product/ingredient name | ACGIH | IARC | EPA | NIOSH | NTP | OSHA |
|---|---|---|---|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | - | 3 | - | | | - |
| Toluene | A4 | 3 | - | | | - |

**Reproductive toxicity**

| Product/ingredient name | Test | Species | Maternal toxicity | Fertility | Developmental effects |
|---|---|---|---|---|---|
| Toluene | OECD 416 Two-Generation Reproduction Toxicity Study | Rat - Male, Female | Positive | Negative | Positive |
| Methylenediphenyldiisocyanate (mixed isomers) | OECD 414 Prenatal Developmental Toxicity Study | Rat - Male, Female | Negative | Negative | Negative |

| Conclusion/<br>Summary | : | | | |

12/11/2013.                                    00052694                                    8/16

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 27

397 PVA-0309

**ARATHANE® 5750 A**

# 11 .  Toxicological information

| | Diphenylmethane 4,4'-diisocyanate | No known significant effects or critical hazards. |
| | triethyl phosphate | In accordance with column 2 of Annex VII - X of Regulation (EC) No 1907/2006, the test for this property of the substance does not need to be conducted. |

Teratogenicity

| Product/ingredient name | Test | Species | Result/Result type |
|---|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | OECD 414 Prenatal Developmental Toxicity Study | Rat - Female | Negative - Inhalation |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | OECD 414 Prenatal Developmental Toxicity Study | Rat - Female | Negative - Inhalation |
| Toluene | EPA CFR | Rat - Female | Negative - Inhalation |
| Methylenediphenyldiisocyanate (mixed isomers) | OECD 414 Prenatal Developmental Toxicity Study | Rat - Female | Negative - Inhalation |
| triethyl phosphate | OECD 414 Prenatal Developmental Toxicity Study | Rat | Negative - Oral |

| Conclusion/Summary | : | Diphenylmethane 4,4'-diisocyanate | No known significant effects or critical hazards. |
| | | triethyl phosphate | No known significant effects or critical hazards. |

Potential acute health effects

| Inhalation | : | Irritating to respiratory system.  May cause sensitization by inhalation. |
| Ingestion | : | No known significant effects or critical hazards. |
| Skin contact | : | Irritating to skin.  May cause sensitization by skin contact. |
| Eye contact | : | Irritating to eyes. |

Potential chronic health effects

| Product/ingredient name | Test | Endpoint | Species | Result |
|---|---|---|---|---|
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | OECD 453 Combined Chronic Toxicity/ Carcinogenicity Studies | Chronic NOEC Inhalation Dusts and mists | Rat - Male, Female | 0.2 mg/m³ |
| Toluene | EU | Sub-chronic NOAEL Oral | Rat - Male, Female | 625 mg/kg |
| | OECD 453 Combined Chronic Toxicity/ Carcinogenicity Studies | Chronic LOEC Inhalation Vapor | Rat - Male, Female | 600 ppm |
| Methylenediphenyldiisocyanate (mixed isomers) | OECD 453 Combined Chronic Toxicity/ Carcinogenicity Studies | Chronic NOEC Inhalation Dusts and mists | Rat - Male, Female | 0.2 mg/m³ |
| triethyl phosphate | EU - | Sub-acute NOAEL Oral Sub-chronic NOEC | Rat - Male, Female Rat - Male | 1000 mg/kg 366 mg/m³ |

12/11/2013.  00052694  9/16

PVA\SPCX2115\Space X add auto flush system\

PVA-0310

EXHIBIT 27

398

| ARATHANE® 5750 A |
|---|

# 11 . Toxicological information

| | | Inhalation Dusts and mists | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| General | : | Contains material that can cause target organ damage.  Once sensitized, a severe allergic reaction may occur when subsequently exposed to very low levels. |
| Target organs | : | Contains material which causes damage to the following organs: upper respiratory tract. Contains material which may cause damage to the following organs: kidneys, the nervous system, liver, brain, central nervous system (CNS). |
| Carcinogenicity | : | No known significant effects or critical hazards. |
| Mutagenicity | : | No known significant effects or critical hazards. |
| Teratogenicity | : | No known significant effects or critical hazards. |
| Developmental effects | : | Contains material which may cause developmental abnormalities, based on animal data. |
| Fertility effects | : | No known significant effects or critical hazards. |

Medical conditions aggravated by over-exposure

Pre-existing respiratory and skin disorders and disorders involving any other target organs mentioned in this MSDS as being at risk may be aggravated by over-exposure to this product.

# 12 . Ecological information

Environmental effects       :    No known significant effects or critical hazards.
Aquatic ecotoxicity

| Product/ingredient name | Test | Endpoint | | Exposure | Species | Result | |
|---|---|---|---|---|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | OECD 202 *Daphnia* sp. Acute Immobilisation Test | Acute | EC50 | 24 hours Static | Daphnia | >1000 | mg/l |
| | OECD 203 Fish, Acute Toxicity Test | Acute | LC50 | 96 hours Static | Fish | >1000 | mg/l |
| | OECD 211 *Daphnia Magna* Reproduction Test | Chronic | NOEC | 21 days Semi-static | Daphnia | >10 | mg/l |
| | OECD 201 Alga, Growth Inhibition Test | Chronic | NOEC | 72 hours Static | Algae | 1640 | mg/l |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | OECD 201 Alga, Growth Inhibition Test | Acute | EC50 | 72 hours Static | Algae | >1640 | mg/l |
| | OECD 209 Activated Sludge, Respiration Inhibition Test | Acute | EC50 | 3 hours Static | Bacteria | >100 | mg/l |
| | OECD 202 *Daphnia* sp. Acute Immobilisation Test | Acute | EC50 | 24 hours Static | Daphnia | >1000 | mg/l |
| | OECD 203 Fish, Acute Toxicity Test | Acute | LC50 | 96 hours Static | Fish | >1000 | mg/l |
| | OECD 211 *Daphnia Magna* Reproduction Test | Chronic | NOEC | 21 days Semi-static | Daphnia | >10 | mg/l |
| | OECD 201 Alga, Growth Inhibition Test | Chronic | NOEC | 72 hours Static | Algae | 1640 | mg/l |
| Toluene | EPA CFR | Acute | EC50 | 48 hours Renewal | Daphnia | 3.78 | mg/l |

12/11/2013.                                         00052694                                         10/16

PVA\SPCX2115\Space X add auto flush system\

PVA-0311

EXHIBIT 27

399

*ARATHANE® 5750 A*

# 12 . Ecological information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | - | Acute | LC50 | 96 hours Flow-through | Fish | 5.5 | mg/l |
| | Unknown guidelines | Chronic | NOEC | 40 days Flow-through | Fish | 1.39 | mg/l |
| | EPA CFR | Chronic | NOEC | 7 days Renewal | Daphnia | 0.74 | mg/l |
| Methylenediphenyldiisocyanate (mixed isomers) | OECD 201 Alga, Growth Inhibition Test | Acute | EC50 | 72 hours Static | Algae | >1640 | mg/l |
| | OECD 209 Activated Sludge, Respiration Inhibition Test | Acute | EC50 | 3 hours Static | Bacteria | >100 | mg/l |
| | OECD 202 *Daphnia* sp. Acute Immobilisation Test | Acute | EC50 | 24 hours Static | Daphnia | >1000 | mg/l |
| | OECD 203 Fish, Acute Toxicity Test | Acute | LC50 | 96 hours Static | Fish | >1000 | mg/l |
| | OECD 211 *Daphnia Magna* Reproduction Test | Chronic | NOEC | 21 days Semi-static | Daphnia | >10 | mg/l |
| | OECD 201 Alga, Growth Inhibition Test | Chronic | NOEC | 72 hours Static | Algae | 1640 | mg/l |
| triethyl phosphate | - | Acute | EC50 | 72 hours Static | Algae | 901 | mg/l |
| | EPA OPPTS | Acute | LC50 | 96 hours Static | Daphnia | >100 | mg/l |
| | - | Acute | LC50 | 96 hours | Fish | >100 | mg/l |
| | EPA OPPTS | Acute | LC50 | 96 hours Static | Fish | >100 | mg/l |
| | - | Chronic | EC10 | 30 minutes Static | Bacteria | 2985 | mg/l |
| | OECD 211 *Daphnia Magna* Reproduction Test | Chronic | NOEC | 21 days | Daphnia | 31.6 | mg/l |

Conclusion/Summary : triethyl phosphate     Not toxic or harmful to aquatic organisms.

**Persistence and degradability**

| Product/ingredient name | Test | Period | Result |
|---|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | OECD 302C Inherent Biodegradability: Modified MITI Test (II) | 28 days | 0 % |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | OECD 302C Inherent Biodegradability: Modified MITI Test (II) | 28 days | 0 % |
| Toluene | ASTM | 5 days | 81 % |
| Methylenediphenyldiisocyanate (mixed isomers) | OECD 302C Inherent Biodegradability: Modified MITI Test (II) | 28 days | 0 % |
| triethyl phosphate | EPA OPPTS 302B Inherent Biodegradability: Zahn-Wellens/EMPA Test | 28 days | 98 % |
| | OECD 301C Ready Biodegradability - Modified MITI Test (I) | 28 days | 0 % |

Conclusion/Summary : Diphenylmethane 4,4'-diisocyanate     Not biodegradable

triethyl phosphate     Inherently biodegradable

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 27

*ARATHANE® 5750 A*

## 12 . Ecological information

| Product/ingredient name | Aquatic half-life | Photolysis | Biodegradability |
|---|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | Fresh water 0.83 days | - | Not readily |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | - | - | Not readily |
| Toluene | - | - | Readily |
| Methylenediphenyldiisocyanate (mixed isomers) | - | - | Not readily |
| triethyl phosphate | Fresh water 2007.5 days | - | Not readily |

Bioaccumulative potential

| Product/ingredient name | $LogP_{ow}$ | BCF | Potential |
|---|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | 4.51 | 200 | low |
| MDI HOMOPOLYMER (NCO>=3) (SUBSTANCE) | 8.56 | 200 | low |
| Toluene | 2.73 | - | low |
| Methylenediphenyldiisocyanate (mixed isomers) | 4.51 | 439 | low |
| triethyl phosphate | 1.11 | 0.5 to 0.8 | low |

Other adverse effects        :   No known significant effects or critical hazards.

Other ecological information

BOD5        :   Not Determined

COD         :   Not Determined

TOC         :   Not Determined

## 13 . Disposal considerations

Waste disposal        :   The generation of waste should be avoided or minimized wherever possible. Disposal of this product, solutions and any by-products should at all times comply with the requirements of environmental protection and waste disposal legislation and any regional local authority requirements. Dispose of surplus and non-recyclable products via a licensed waste disposal contractor. Waste should not be disposed of untreated to the sewer unless fully compliant with the requirements of all authorities with jurisdiction. Waste packaging should be recycled. Incineration or landfill should only be considered when recycling is not feasible. This material and its container must be disposed of in a safe way. Care should be taken when handling emptied containers that have not been cleaned or rinsed out. Empty containers or liners may retain some product residues. Vapor from product residues may create a highly flammable or explosive atmosphere inside the container. Do not cut, weld or grind used containers unless they have been cleaned thoroughly internally. Avoid dispersal of spilled material and runoff and contact with soil, waterways, drains and sewers.

**Disposal should be in accordance with applicable regional, national and local laws and regulations.**

## 14 . Transport information

Proper shipping name

DOT      :  RESIN SOLUTION

TDG      :  RESIN SOLUTION

IMDG    :  RESIN SOLUTION

IATA     :  RESIN SOLUTION

*12/11/2013.*                                            00052694                                            *12/16*

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 27

401 PVA-0313

*ARATHANE® 5750 A*

## 14 . Transport information

| Regulatory information | UN number | Classes | PG* | Label | Additional information |
|---|---|---|---|---|---|
| DOT Classification | UN1866 | 3 | III |  | Reportable quantity 8234.5 lbs / 3738.5 kg [823 gal / 3115.4 L] Package sizes shipped in quantities less than the product reportable quantity are not subject to the RQ (reportable quantity) transportation requirements. |
| TDG Classification | UN1866 | 3 | III |  | - |
| IMDG Class | UN1866 | 3 | III |  | Emergency schedules (EmS) F-E, _S-E_ |
| IATA-DGR Class | UN1866 | 3 | III |  | Passenger and Cargo Aircraft Quantity limitation: 60 L Packaging instructions: 355 Cargo Aircraft Only Quantity limitation: 220 L Packaging instructions: 366 |

PG* : Packing group

## 15 . Regulatory information

United States

| HCS Classification | : | Flammable liquid<br>Irritating material<br>Sensitizing material<br>Target organ effects |
|---|---|---|

U.S. Federal regulations

| TSCA 8(b) inventory | : | **United States inventory (TSCA 8b):** All components are listed or exempted. |
|---|---|---|
| TSCA 5(a)2 final significant new use rule (SNUR) | : | No ingredients listed. |
| TSCA 5(e) substance consent order | : | No ingredients listed. |
| TSCA 12(b) export notification | : | No ingredients listed. |

**12/11/2013.**                    00052694                    *13/16*

*ARATHANE® 5750 A*

# 15 . Regulatory information

| SARA 311/312 | : Fire hazard |
| | Immediate (acute) health hazard |
| | Delayed (chronic) health hazard |

| | | Product name | CAS number | Concentration % |
| Clean Air Act Section 112 | : | Diphenylmethane 4,4'-diisocyanate | 101-68-8 | 60.72 |
| (b) Hazardous Air Pollutants (HAPs) | | toluene | | 8 |

| Clean Air Act – Ozone Depleting Substances (ODS) | : EPCRA Section 313 (40 CFR 372) CERCLA (Comprehensive Environmental Response, Compensation and Liability Act):  4,4-Methylene diphenyl diisocyanate (CAS 101-68-8) has a 5,000 lb. RQ (reportable quantity). Any spill or release  above the RQ must be reported to the National Response Center  (800-424-8802). |
| | This product does not contain nor is it manufactured with ozone depleting substances. |

| | | Product name | CAS number | Concentration % |
| SARA 313 | : | Diphenylmethane 4,4'-diisocyanate | 101-68-8 | 60.72 |
| Form R - Reporting requirements | | Toluene | 108-88-3 | 7.9928 |

| CERCLA Hazardous substances | : |

| Components | Concentration % | Section 304 CERCLA Hazardous Substance | CERCLA Reportable Quantity (Lbs) | Product Reportable Quantity (Lbs) |
|---|---|---|---|---|
| Diphenylmethane 4,4'-diisocyanate | 60.72 | Listed | 5000 | 8235 |
| Toluene | 7.9928 | Listed | 1000 | 12511 |

### State regulations

| PENNSYLVANIA - RTK | : Diphenylmethane 4,4'-diisocyanate, toluene |
| California Prop 65 | : **WARNING:** This product contains a chemical known to the State of California to cause birth defects or other reproductive harm. |

| | Ingredient name | Cancer | Reproductive |
| | Toluene | No | Yes |

### International regulations

**Canada**

| WHMIS (Canada) | : Class B-2: Flammable liquid |
| | Class D-2A: Material causing other toxic effects (Very toxic). |
| | Class D-2B: Material causing other toxic effects (Toxic). |
| CEPA DSL | : All components are listed or exempted. |

**This product has been classified in accordance with the hazard criteria of the Controlled Products Regulations and the MSDS contains all the information required by the Controlled Products Regulations.**

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 27

403 VA-0315

**ARATHANE® 5750 A**

# 15 . Regulatory information

International lists
: **Australia inventory (AICS):** All components are listed or exempted.
**China inventory (IECSC):** All components are listed or exempted.
**Japan inventory.** All components are listed or exempted.
**Korea inventory:** All components are listed or exempted.
**Malaysia Inventory (EHS Register):** Not determined.
**New Zealand Inventory of Chemicals (NZIoC):** All components are listed or exempted.
**Philippines inventory (PICCS):** All components are listed or exempted.
**Taiwan inventory (CSNN):** Not determined.

# 16 . Other information

Label requirements
: FLAMMABLE LIQUID AND VAPOR.  CAUSES RESPIRATORY TRACT, EYE AND SKIN IRRITATION.  MAY CAUSE ALLERGIC RESPIRATORY AND SKIN REACTION. CONTAINS MATERIAL THAT CAN CAUSE TARGET ORGAN DAMAGE.  POSSIBLE DEVELOPMENTAL HAZARD - CONTAINS MATERIAL WHICH MAY CAUSE ADVERSE DEVELOPMENTAL EFFECTS, BASED ON ANIMAL DATA.

Hazardous Material Information System (U.S.A.)
:



| Health | 2 |
| Flammability | 3 |
| Physical hazards | 1 |
| Personal protection | |

**The customer is responsible for determining the PPE code for this material.**

National Fire Protection Association (U.S.A.)
:



Health / Flammability / Instability / Special

| Date of printing | : **12/11/2013.** |
| Date of issue | : 12/11/2013. |
| Date of previous issue | : 8/08/2008 |
| Version | : 3 |

☑ **Indicates information that has changed from previously issued version.**

Notice to reader

*While the information and recommendations in this publication are to the best of our knowledge, information and belief accurate at the date of publication, NOTHING HEREIN IS TO BE CONSTRUED AS A WARRANTY, EXPRESS OR OTHERWISE.*

*IN ALL CASES, IT IS THE RESPONSIBILITY OF THE USER TO DETERMINE THE APPLICABILITY OF SUCH INFORMATION AND RECOMMENDATIONS AND THE SUITABILITY OF ANY PRODUCT FOR ITS OWN PARTICULAR PURPOSE.*

*THE PRODUCT MAY PRESENT HAZARDS AND SHOULD BE USED WITH CAUTION. WHILE CERTAIN HAZARDS ARE DESCRIBED IN THIS PUBLICATION, NO GUARANTEE IS MADE THAT THESE ARE THE ONLY HAZARDS*

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 27

404

PVA-0316

*ARATHANE® 5750 A*

# 16 . Other information

*THAT EXIST.*

*Hazards, toxicity and behaviour of the products may differ when used with other materials and are dependent upon the manufacturing circumstances or other processes. Such hazards, toxicity and behaviour should be determined by the user and made known to handlers, processors and end users.*

*NO PERSON OR ORGANIZATION EXCEPT A DULY AUTHORIZED HUNTSMAN EMPLOYEE IS AUTHORIZED TO PROVIDE OR MAKE AVAILABLE DATA SHEETS FOR HUNTSMAN PRODUCTS. DATA SHEETS FROM UNAUTHORIZED SOURCES MAY CONTAIN INFORMATION THAT IS NO LONGER CURRENT OR ACCURATE. NO PART OF THIS DATA SHEET MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM, OR BY ANY MEANS, WITHOUT PERMISSION IN WRITING FROM HUNTSMAN. ALL REQUESTS FOR PERMISSION TO REPRODUCE MATERIAL FROM THIS DATA SHEET SHOULD BE DIRECTED TO HUNTSMAN, MANAGER, PRODUCT SAFETY AT THE ABOVE ADDRESS.*

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 27

405 SVA-0317

# QUOTATION



| DATE |
|---|
| 9/19/2013 |

| QUOTATION NUMBER |
|---|
| 131909W3267 |

1 Mustang Drive Cohoes NY, 12047
Tel 518 371 2684 ext 2421
Fax 518 371 2686
JConnelly@pva.net
www.pva.net

**TO:**
Duc Q. Phan
**SpaceX**
1 Rocket Road
Hawthorne, CA 90250

*This fax is intended to be viewed only by the person that is addressed to. This fax is confidential in nature, and subject to copyright protection. If you are not the intended recipient or the agent of the intended or if you are unable to deliver this communication to the intended recipient, please do not read, copy, or use this communication to show it to any other person, but notify the sender immediately by telephone at (518) 371-2684.*

| QTY | MODEL | DESCRIPTION | Price/ea | Extended |
|---|---|---|---|---|
| 1 | 672-01433 | Rework the dispense system on machine serial number W3267 to connect one cartridge to (1) one gallon tank for automatic solvent flush of Arethane 5705. <br> • Includes all hoses and fittings needed for complete integration. <br> • Includes one pneumatic ball valve for automatic solvent flush. <br> • Includes hardware and software needed for integration. <br> • Includes new one gallon tank. | $4,175.00 | $4,175.00 |
| 1 | ON-SITE | On-site from PVA to travel o Space X and install the new auto solvent flush system. <br> • Labor rate based on 8-10 hour work day Monday through Friday non-US holiday. | $1,150.00 | $1,150.00 |
| 1 | Expenses | Estimate of the direct travel expenses to travel from Cohoes NY to Hawthorne CA for one full day on-site. <br> • Expenses to include but not limited to airfare, lodging, ground transportation and meals. <br> • Estimate can be used as a not to exceed limit. | $1,750.00 | $1,750.00 |

**Total:  $7,075.00**

| TERMS | DELIVERY | SHIPMENT | WARRANTY |
|---|---|---|---|
| 100% Net 30 | 6 weeks ARO | FOB PVA Factory Cohoes NY USA, + crating charge of up to $500 (if applicable) | 1 Year on all parts and labor Excluding soft seals. |

**ORDER CANCELLATION POLICY**
Buyer may only cancel the order for equipment in writing with a cancel charge as per the following schedule:

| Cancellation Notice Received | Cancellation Fee Multiplier |
|---|---|
| 0-30 days from order date | 25% |
| 31-60 days from order date | 35% |
| More than 60 days from order date | 70% |

PVA\SPCX2115\Space X add auto flush system\

Proprietary Information: CONFIDENTIAL
Exhibit 27

406   PVA-0341



This quotation is valid for 60 days from the date of issue and does not include any applicable federal, state, or local taxes. Prices are subject to change at anytime after this quotation has expired. This quotation can only be withdrawn or modified prior to expiration date by written notice from PVA to you. No terms and conditions stated on the Purchase Order shall modify the terms or conditions contained in this proposal.

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 27

407 PVA-0342



PVA\SPCX2115\Space X add auto flush system\

PVA-0343

EXHIBIT 27

408



Run mixed and diluted material for spraying

Three way pneumatic ball valve for selection between material or solvent.

Arethane 5705

One gallon tank for solvent



Run mixed and diluted material for spraying

Run mixed material for dispensing

Pneumatic ball valves for automatic solvent flush

Acethane 5705

Acethane 5705

One gallon tank for solvent

PVA\SPCX2115\Space X add auto flush system\

PVA-0345

EXHIBIT 27

410



CONFIDENTIAL

**PVA**

Company Name:
Equipment Name:
Date: _____

Quote work sheet

| line | Description | Part Number | Qty | Cost | Ext cost | Price | Ext price |
|---|---|---|---|---|---|---|---|
| 1 | | | | $  - | $  - | $  - | $  - |
| 2 | | | | $  - | $  - | $  - | $  - |
| 3 | | | | $  - | $  - | $  - | $  - |
| 4 | ASSEMBLY ACTUATED AIR 3-WAY BALL VAL | ss-43GxF4-51D | 1 | $ 360.66 | $ 360.66 | $ 1,081.98 | $ 1,081.98 |
| 5 | Pressure Tank, 1-Gallon Stainless Steel Reservoir Assy | PVA1G | 1 | $ 469.53 | $ 825.00 | $ 825.00 | $ 825.00 |
| 6 | Hoses and fittings - misc | Hoses and fittings | 1 | $ 450.00 | $ 450.00 | $ 1,350.00 | $ 1,350.00 |
| 7 | VALVE SLND 3 POS CENTER CLOSED | VQ1101-51 | 1 | $ 52.20 | $ 52.20 | $ 156.60 | $ 156.60 |
| 8 | Programming and engineering | P-E | 8 | $ 95.00 | $ 760.00 | $ 95.00 | $ 760.00 |
| 9 | | | | $  - | $  - | $  - | $  - |
| 10 | | | | $  - | $  - | $  - | $  - |
| 11 | | | | $  - | $  - | $  - | $  - |
| 12 | | | | $  - | $  - | $  - | $  - |
| 13 | | | | $  - | $  - | $  - | $  - |
| 14 | | | | $  - | $  - | $  - | $  - |
| 15 | | | | $  - | $  - | $  - | $  - |
| 16 | | | | $  - | $  - | $  - | $  - |
| 17 | | | | $  - | $  - | $  - | $  - |
| 18 | | | | $  - | $  - | $  - | $  - |
| 19 | | | | $  - | $  - | $  - | $  - |
| 20 | | | | $  - | $  - | $  - | $  - |
| 21 | | | | $  - | $  - | $  - | $  - |
| 22 | | | | $  - | $  - | $  - | $  - |
| 23 | | | | $  - | $  - | $  - | $  - |
| 24 | | | | $  - | $  - | $  - | $  - |
| 25 | | | | $  - | $  - | $  - | $  - |
| 26 | | | | $  - | $  - | $  - | $  - |
| 27 | | | | $  - | $  - | $  - | $  - |
| 28 | | | | $  - | $  - | $  - | $  - |
| 29 | | | | $  - | $  - | $  - | $  - |
| 30 | | | | $  - | $  - | $  - | $  - |
| Totals | | | | $ 1,427.39 | $ 2,447.86 | $ 3,508.58 | 4,173.58 |

PVA\SPCX2115\Space X add auto flush system\

EXHIBIT 27

PVA-0347

| | |
|---|---|
| **From:** | David Gomez |
| **Sent:** | Tuesday, September 10, 2013 11:04 AM |
| **To:** | Jonathan Connelly; Richard Bievenue |
| **Cc:** | David Filbert; Michael R. Leonard; Jonathan Urquhart |
| **Subject:** | RE: meter-mix application |

Hey mang,

No need for Dave and his metering mix systems.

Looks like they only want a 20oz cartridge retainer&cap with spray & needle valve for the pre-mix material and a 6oz cartridge retainer&cap for the solvent ,so it can flush the premixed material out right after doing a batch of boards.

I've done this fluid delivery line several times.

Let me know if you need a project # for reference,Urquhart can also tell you how this is done

Regarding options for spraying two part coatings —we are not there yet.

David E Gomez
PVA
Account Executive
281 217 7247

**From:** Jonathan Connelly
**Sent:** Tuesday, September 10, 2013 10:10 AM
**To:** Richard Bievenue
**Cc:** David Filbert; David Gomez; Michael R. Leonard
**Subject:** RE: meter-mix application

It is going to be a long time before I could do any real work on a full MMX system for them... unless Dave f wants to work on that part.

I could set them up with a quote for a syringe system for premixed material...

**From:** Richard Bievenue
**Sent:** Monday, September 09, 2013 2:12 PM
**To:** Jonathan Connelly
**Cc:** David Filbert; David Gomez; Michael R. Leonard
**Subject:** meter-mix application

Jon,

PVA-1689

413

I just spoke with an engineer from SpaceX named Duc Phan (pronounced "Dook Fawn").  They have one of our 350 machines, s/n W3267.  They want to switch to a 2-part material, Huntsman Arathane 5750.  They are currently considering just pre-mixing the material and then flushing it out after a couple hours, using a series of valves and solvent tanks.  Mike Leonard may be assisting them with getting the electrical schematics and discussing program options with them in case they try to do this on their own.

They would also like to hear what options we have for them as far as a 2-component meter-mix system.  Can you contact Duc and let him know you would be the man to pick up the ball on this?  Then we can discuss what the best configuration would be.


Contact info:

Duc.phan@spacex.com
Ph: 310-363-6316



Best Regards,

Rich Bievenue
Fluid Systems Engineer



1 Mustang Drive
Cohoes, NY 12047
Ph: 518-371-2684 x2203
rbievenue@pva.net

**From:** David Gomez
**Sent:** Wednesday, September 18, 2013 12:41 PM
**To:** Jonathan Connelly; Richard Bievenue; David Filbert
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Guys,

FYI – this is not the first time we have done this (fluid delivery for a two part coating),I really think we are putting too much resources in this.

REF - project SEAK3101

David E Gomez
PVA
Account Executive
281 217 7247

**From:** Jonathan Connelly
**Sent:** Wednesday, September 18, 2013 2:17 PM
**To:** Richard Bievenue; David Filbert
**Cc:** David Gomez
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Ok let me send my sketch over to Duc and see if he is ok with running two different dilutions out of two different cartridges with a third tank or cartridge for solvent flush..

**From:** Richard Bievenue
**Sent:** Wednesday, September 18, 2013 2:50 PM
**To:** Jonathan Connelly; David Filbert
**Cc:** David Gomez
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

I think conceptually that will work, but I would want to minimize the overall number of fittings, eliminate elbows where possible, and optimize the hose/tubing size to keep the volume of mixed material to a minimum and maximize the effectiveness of the solvent flush.

**From:** Jonathan Connelly
**Sent:** Wednesday, September 18, 2013 1:43 PM
**To:** Richard Bievenue; David Filbert
**Cc:** David Gomez
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Rich,

PVA-1698

415

This is what I want to offer Mr. Duc based on this e-mail.   See my sketch attached.   He should be able to run the diluted mixture with one cartridge and the undiluted mixture with the other then have a tank full of solvent to flush the whole thing out when he wants to..

Let me know what you think..

Thanks,

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Friday, September 13, 2013 11:20 AM
**To:** Jonathan Connelly; Michael R. Leonard
**Cc:** Richard Bievenue; David Filbert
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Hello Jon,

The current process we removed the hoses from the spray dispensing head and connect the hoses from the Arethane material and Solvent to it. When the Arethane material not in use we caped the Solvent hose and connect the Arethane material hose to the other head just for place holder.  The Arethane 5750, part A and part B is mixed together and poured in the first reservoir and the second reservoir is the solvent use to thin out the mixed Arethane for spray requirement.

If you have three parts metering spray valve please provide a quote also.



Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

PVA-1699

416

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Friday, September 13, 2013 6:07 AM
**To:** Duc Phan; Michael R. Leonard
**Cc:** Richard Bievenue; David Filbert
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Hi Duc,

I have this almost complete.   Looking at your pictures.  It looks like our drawings do not match what you run on that machine.

Are you running both the Arethane and the solvent out of the cartridges mounted on the side of the machine?

Could you send me a picture from the back of the machine where the material connections connect and flow inside the work area?

Thanks,

-Jon

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Thursday, September 12, 2013 11:09 AM
**To:** Jonathan Connelly; Michael R. Leonard
**Cc:** Richard Bievenue; David Filbert
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Hello Jon,
I am following up on the quote for the air actuator valves and the new program to implement rinse and purge changes.
We are very exciting to get this Arethane 5750 material automate.

Thank you,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Tuesday, September 10, 2013 8:55 AM
**To:** Duc Phan; Michael R. Leonard
**Cc:** Richard Bievenue; David Filbert
**Subject:** RE: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Hi Duc,

I am copying some other people here that you may have talked to or not.

Looking at your request.. We could put pneumatic ball valves to control the material and flush. I think it will waste a good amount of material and solvent. You will need to flush out the material with each rinse cycle and then purge out the solvent until the material starts flowing again...

We could add timers to the machine to stop and alarm every 30 minutes or hour to remind the operators to flush and fill the system..

Do you already have 24 VDC actuator valves that you are planning to use? Why do you need analog control for these? Do you have a data sheet on them?

Best regards,

Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688


From: Duc Phan [mailto:Duc.Phan@spacex.com]
Sent: Tuesday, September 10, 2013 11:35 AM
To: Michael R. Leonard; Jonathan Connelly
Subject: Arethane 5750 Automate Rinse and Pruge PVA 350, P/N: SPCX2115 S/N: W3267

Hello John,

I am a Process engineer for SpaceX located in Hawthorne, CA. We have the PVA 350, P/N: SPCX2115 S/N: W3267. We are using the Arethane 5750 material that have 2 hours cure time, which we are concern that operator may forgot to purge and rinse the material when the job is done. To avoid this problem I am hoping to automate the purge and rinse process. The plan is to have the 24VDC actuator valves to turn on/off the purge and rinse reservoirs after the coating program.
I need help writing the subroutine program for rinse and purge and identify which analog signals can I connect the 24VDC actuator valves and the which digital signals to turn them on?

Thank you in-advance for helping!

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Michael R. Leonard [mailto:MLeonard@PVA.net]
**Sent:** Monday, September 09, 2013 10:53 AM
**To:** Duc Phan
**Subject:** schematic

Duc,

    Here is the electrical schematic for your machine. Also here is Jon Connelly's information. jconnelly@pva.net and his number is (518)371-2684 ext 2421.

Thanks,
Mike

| | |
|---|---|
| **From:** | Ted St. Marie |
| **Sent:** | Monday, October 14, 2013 1:34 PM |
| **To:** | Mark Kniese; Rex Ellis; Rodrigo Gutierrez |
| **Cc:** | Kyle Crane; Jonathan Connelly; Mark Kniese; Jamie Blender |
| **Subject:** | RE: SPCX2115 W3267R2 |
| **Attachments:** | W3267R2.xls |

Mark,

Here's what I have for this pneumatic, adding the pneumatic ball valve for the auto solvent flush to the 7th manifold station with a 2-position solenoid.
All other dispense, pneumatic schematics & documentation are completed in the project rework folders.

Thanks,

Ted

**From:** Ted St. Marie
**Sent:** Monday, October 14, 2013 1:08 PM
**To:** Kyle Crane; Jeffrey Van Norden
**Cc:** Jonathan Connelly; Mark Kniese; Jamie Blender
**Subject:** RE: SPCX2115 W3267R2

Kyle,

I just got this back and I'm finishing up on it now, I'll let you know when I'm done.

Thanks,

Ted

**From:** Kyle Crane
**Sent:** Monday, October 14, 2013 10:57 AM
**To:** Jeffrey Van Norden
**Cc:** Jonathan Connelly; Mark Kniese; Jamie Blender; Ted St. Marie
**Subject:** RE: SPCX2115 W3267R2

Jeff,
        Is the pneumatic BOM going to be updated for the pneumatic ball valve or is that not going to be controlled by the manifold?

Best Regards,
        Kyle Crane



**Production-Reworks**

: (518) 371-2684 Ext: 2433

: KCrane@pva.net

**From:** Ted St. Marie
**Sent:** Monday, October 14, 2013 10:50 AM
**To:** Kyle Crane
**Cc:** Jeffrey Van Norden; Jonathan Connelly; Mark Kniese; Jamie Blender
**Subject:** RE: SPCX2115 W3267R2

I no longer have that paperwork, I'm guessing that project was reassigned when I was out last week?

Thanks,

Ted

**From:** Kyle Crane
**Sent:** Monday, October 14, 2013 10:46 AM
**To:** Ted St. Marie
**Subject:** SPCX2115 W3267R2

Is SPCX fully updated?

Best Regards,
    Kyle Crane



**Production-Reworks**

: (518) 371-2684 Ext: 2433

: KCrane@pva.net

PVA-1749

**B32-0149R2**
**MACHINE 2300**
**8 STATION**

| Station | Description | A-port Function | A-port Label | B-port Function | B-port Label | Regulator Label | Solenoid Type | Head Pos. | Sensor Number | Output Number | Material |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Z-SLIDE | DOWN | 950 | UP | 951 | | 2POSS | VLV1 | 53 | 25 | |
| 2 | ATOM | ON | 952 | PLUG | 954 | 953 | 2POSS | VLV1 | | 26 | |
| 3 | VALVE | OPEN | 955 | CLOSE | 956 | | 2POSS | VLV1 | | 27 | |
| 4 | Z-SLIDE | DOWN | 957 | UP | 958 | | 3POSS | VLV2 | 54 | 28 | |
| 5 | ROTARY | 45DEG | 959 | 0DEG | 960 | | 3POSC | VLV2 | 55,56 | 29,30 | |
| 6 | VALVE | OPEN | 961 | CLOSE | 962 | | 3POSC | VLV2 | | 31 | |
| 7 | BALL VALVE | OPEN | 963 | CLOSE | 964 | | 2POSS | | | 32 | |
| 8 | SPARE | ······ | 965 | ······ | 966 | | BLANK | | | | |

| Rules for Sensor Input # | Sensor Number |
|---|---|
| Low Level (mat.) | 49 |
| PIP (Conveyor) | 50,51,52 |
| Pneumatic | 53+ |
| PIP (Fixture) | Next |
| SPARE | 65,66,67 |
| Needle Cal. | 61,62,63 |
| Needle Cal in place | 64 |
| Low Exhaust Flow | 71 |

**VALVE LAYOUT**

| VLV1 | | VLV2 |
|---|---|---|
| FCS100ES | | FC100 |
| LEFT | FRONT | RIGHT |
| | TO | |
| | PIP LAYOUT | |
| PIP #1 | PIP #2 | PIP #3 |
| 50 | 51 | 52 |
| | FRONT | |

EXHIBIT 27

422

**From:** Ted St. Marie
**Sent:** Wednesday, October 16, 2013 10:53 AM
**To:** Jonathan Connelly; Rex Ellis; Michael R. Leonard; Kyle Crane
**Cc:** Mark Kniese; Wendy Wen
**Subject:** RE: SPCX2115 W3267R2 rework

Wendy has updated the electrical for the pneumatic ball valve to be controlled by a 3-position solenoid for the auto solvent flush.

Thanks,

Ted


**From:** Wendy Wen
**Sent:** Wednesday, October 16, 2013 10:47 AM
**To:** Ted St. Marie
**Subject:** SPCX2115

Hi Ted,

I have updated the electrical Schematic 123-2435R2, and the Bom B72-01433.  It is all set on electrical end.

Thanks,
Wendy

| From: | Jonathan Connelly |
| Sent: | Wednesday, October 23, 2013 9:20 AM |
| To: | Rex Ellis |
| Subject: | FW: Release of Purchase Order 258364 Space X |

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Wednesday, October 23, 2013 12:07 PM
**To:** Jonathan Connelly
**Cc:** Rodrigo Gutierrez; David Filbert; Michael R. Leonard
**Subject:** RE: Release of Purchase Order 258364

Hello John and Michael,
Thank you for you great service of installing the automatic flush system.  Few bugs to work out.
1.   In automatic mode the spray valve is not dropping down.
2.   In rinse location we need to drop the valve down to make it the same as auto rinse and flush.
Thank you,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Thursday, October 17, 2013 12:13 PM
**To:** Duc Phan
**Cc:** Rodrigo Gutierrez; David Filbert; Michael R. Leonard
**Subject:** RE: Release of Purchase Order 258364

Hi Duc,

The parts are leaving today via Fed Ex standard overnight tracking number 558400575653  can you please confirm to me when you receive them tomorrow?

Mike Leonard has arrangements made to fly out Monday and be at your facility Tuesday the 22nd.

Anything else please feel free to ask.

Best regards,

Jon Connelly
Technical Sales
PVA
1 Mustang Drive

PVA-1812
424

Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Wednesday, October 16, 2013 5:34 PM
**To:** Jonathan Connelly
**Cc:** Rodrigo Gutierrez; David Filbert
**Subject:** RE: Release of Purchase Order 258364

Hello Jonathan and Rodrigo,
Please let me know your arrive schedule for next week Oct. 21st.
Also what do I need to do to prepare for your onsite work?

Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Tuesday, October 08, 2013 8:05 AM
**To:** Duc Phan
**Cc:** Rodrigo Gutierrez; David Filbert
**Subject:** RE: Release of Purchase Order 258364

Thanks Duc,

Attached is a picture of the new dispense system we are planning to build you.

Let me know if this looks ok to you and I will work on getting these out to your asap.

We have you penciled in for service the week of the 21rst for the service trip.  Let us know which day is best for you that week.

Best regards,

Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688

2
EXHIBIT 27

PVA-1813

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Tuesday, October 08, 2013 10:55 AM
**To:** Jonathan Connelly
**Subject:** RE: Release of Purchase Order 258364

Please see below.

FedEx Accounts for Hawthorne:
Small parcel and air freight account #: 251204527
Main freight account #: 414707149

Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Monday, October 07, 2013 8:15 AM
**To:** Duc Phan
**Subject:** RE: Release of Purchase Order 258364

Hi Duc,

Give me a call today when you get a chance? The status of your current order is dependent on what you want to with the 2nd material.

Thanks,

-Jon

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Wednesday, October 02, 2013 11:42 AM
**To:** Jonathan Connelly
**Subject:** RE: Release of Purchase Order 258364

Hello Jonathan,

I am waiting to talk with my manager but as for the original plan must stay on schedule for October 21 because I am reserve the from production that day.
I will call you this afternoon for sure.
Thanks

PVA-1814

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Wednesday, October 02, 2013 8:39 AM
**To:** Duc Phan
**Subject:** RE: Release of Purchase Order 258364

Hi Duc,

I'm not sure where we left off with this.

Can you give me a call later this afternoon to discuss?

Thanks and best regards,


Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688




**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Thursday, September 26, 2013 3:02 PM
**To:** Jonathan Connelly; warpdrive
**Cc:** Rodrigo Gutierrez
**Subject:** RE: Release of Purchase Order 258364

Hello Jonathan and Rod,
We are interest in having second pneumatic valve adding to the existing changes.
Please give me a call to go over the program and control.
Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Wednesday, September 25, 2013 8:50 AM
**To:** Duc Phan; warpdrive
**Cc:** Rodrigo Gutierrez
**Subject:** RE: Release of Purchase Order 258364

Hi Duc,

Rod has you penciled in for a day of support on the week of the 21rst.

You can work with Rod to get a specific day confirmed.

Best regards,


Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688




**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Wednesday, September 25, 2013 11:26 AM
**To:** Jonathan Connelly; warpdrive
**Subject:** RE: Release of Purchase Order 258364

Hello Jonathan,
Per our conversation the sooner the better.
On reserve Oct. 21-25 any one of these date will be fine.

Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320


**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Wednesday, September 25, 2013 5:12 AM
**To:** warpdrive
**Cc:** Duc Phan
**Subject:** RE: Release of Purchase Order 258364

PVA-1816

428

Thanks Guys,

We will get started on this.

Duc,

Do you have a date that would be good for the on-site support to integrate this?

Best regards,

Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688


**From:** Warp Drive [mailto:warpdrive@spacex.com]
**Sent:** Tuesday, September 24, 2013 7:57 PM
**To:** Jonathan Connelly
**Cc:** Duc.Phan@spacex.com
**Subject:** Release of Purchase Order 258364

Attached please find approved purchase order 258364. Please acknowledge receipt of Purchase Order by
sending an email to Andrea Jarrett at Andrea.Jarrett@spacex.com. This message was automatically generated;
Please contact the Buyer if the order requires any further clarification at the address mentioned above.