# EXHIBIT 28

EXHIBIT 28 430

  

# Material Safety Data Sheet
## Xylenes MSDS

### Section 1: Chemical Product and Company Identification

**Product Name:** Xylenes

**Catalog Codes:** SLX1075, SLX1129, SLX1042, SLX1096

**CAS#:** 1330-20-7

**RTECS:** ZE2100000

**TSCA:** TSCA 8(b) inventory: Xylenes

**CI#:** Not available.

**Synonym:**   Xylenes; Dimethylbenzene; xylol; methyltoluene

**Chemical Name:** Xylenes (o-, m-, p- isomers)

**Chemical Formula:** C6H4(CH3)2

**Contact Information:**

Sciencelab.com, Inc.
14025 Smith Rd.
Houston, Texas 77396

US Sales: **1-800-901-7247**
International Sales: **1-281-441-4400**

Order Online: ScienceLab.com

**CHEMTREC (24HR Emergency Telephone), call:**
1-800-424-9300

**International CHEMTREC, call:** 1-703-527-3887

**For non-emergency assistance, call:** 1-281-441-4400

### Section 2: Composition and Information on Ingredients

**Composition:**

| Name | CAS # | % by Weight |
| --- | --- | --- |
| Xylenes | 1330-20-7 | 100 |

**Toxicological Data on Ingredients:** Xylenes: ORAL (LD50): Acute: 4300 mg/kg [Rat]. 2119 mg/kg [Mouse]. DERMAL (LD50): Acute: &gt;1700 mg/kg [Rabbit].

### Section 3: Hazards Identification

**Potential Acute Health Effects:** Hazardous in case of skin contact (irritant, permeator), of eye contact (irritant), of ingestion, of inhalation.

**Potential Chronic Health Effects:**
CARCINOGENIC EFFECTS: 3 (Not classifiable for human.) by IARC. MUTAGENIC EFFECTS: Not available. TERATOGENIC EFFECTS: Not available. DEVELOPMENTAL TOXICITY: Not available. The substance may be toxic to blood, kidneys, liver, mucous membranes, bone marrow, central nervous system (CNS). Repeated or prolonged exposure to the substance can produce target organs damage.

### Section 4: First Aid Measures

**Eye Contact:**

EXHIBIT 28    431    p. 1

Check for and remove any contact lenses. In case of contact, immediately flush eyes with plenty of water for at least 15 minutes. Get medical attention.

**Skin Contact:**
In case of contact, immediately flush skin with plenty of water. Cover the irritated skin with an emollient. Remove contaminated clothing and shoes. Wash clothing before reuse. Thoroughly clean shoes before reuse. Get medical attention.

**Serious Skin Contact:**
Wash with a disinfectant soap and cover the contaminated skin with an anti-bacterial cream. Seek immediate medical attention.

**Inhalation:**
If inhaled, remove to fresh air. If not breathing, give artificial respiration. If breathing is difficult, give oxygen. Get medical attention if symptoms appear.

**Serious Inhalation:**
Evacuate the victim to a safe area as soon as possible. Loosen tight clothing such as a collar, tie, belt or waistband. If breathing is difficult, administer oxygen. If the victim is not breathing, perform mouth-to-mouth resuscitation. Seek medical attention.

**Ingestion:**
Do NOT induce vomiting unless directed to do so by medical personnel. Never give anything by mouth to an unconscious person. Loosen tight clothing such as a collar, tie, belt or waistband. Get medical attention if symptoms appear.

**Serious Ingestion:** Not available.

## Section 5: Fire and Explosion Data

**Flammability of the Product:** Flammable.

**Auto-Ignition Temperature:** 464°C (867.2°F)

**Flash Points:** CLOSED CUP: 24°C (75.2°F). (Tagliabue.) OPEN CUP: 37.8°C (100°F).

**Flammable Limits:** LOWER: 1% UPPER: 7%

**Products of Combustion:** These products are carbon oxides (CO, $CO_2$).

**Fire Hazards in Presence of Various Substances:**
Highly flammable in presence of open flames and sparks, of heat. Non-flammable in presence of shocks.

**Explosion Hazards in Presence of Various Substances:**
Risks of explosion of the product in presence of mechanical impact: Not available. Slightly explosive in presence of open flames and sparks, of heat.

**Fire Fighting Media and Instructions:**
Flammable liquid, soluble or dispersed in water. SMALL FIRE: Use DRY chemical powder. LARGE FIRE: Use alcohol foam, water spray or fog. Cool containing vessels with water jet in order to prevent pressure build-up, autoignition or explosion.

**Special Remarks on Fire Hazards:** Vapors may travel to source of ignition and flash back.

**Special Remarks on Explosion Hazards:**
Vapors may form explosive mixtures with air. Containers may explode when heated. May polymerize explosively when heated. An attempt to chlorinate xylene with 1,3-Dichloro-5,5-dimethyl-2,4-imidazolidindione (dichlorohydrantoin) caused a violent explosion

## Section 6: Accidental Release Measures

**Small Spill:** Absorb with an inert material and put the spilled material in an appropriate waste disposal.

**Large Spill:**
Flammable liquid. Keep away from heat. Keep away from sources of ignition. Stop leak if without risk. Absorb with DRY earth, sand or other non-combustible material. Do not touch spilled material. Prevent entry into sewers, basements or confined

EXHIBIT 28           432           p. 2

areas; dike if needed. Be careful that the product is not present at a concentration level above TLV. Check TLV on the MSDS and with local authorities.

## Section 7: Handling and Storage

**Precautions:**
Keep away from heat. Keep away from sources of ignition. Ground all equipment containing material. Do not ingest. Do not breathe gas/fumes/ vapor/spray. Wear suitable protective clothing. In case of insufficient ventilation, wear suitable respiratory equipment. If ingested, seek medical advice immediately and show the container or the label. Avoid contact with skin and eyes. Keep away from incompatibles such as oxidizing agents, acids.

**Storage:**
Store in a segregated and approved area. Keep container in a cool, well-ventilated area. Keep container tightly closed and sealed until ready for use. Avoid all possible sources of ignition (spark or flame).

## Section 8: Exposure Controls/Personal Protection

**Engineering Controls:**
Provide exhaust ventilation or other engineering controls to keep the airborne concentrations of vapors below their respective threshold limit value. Ensure that eyewash stations and safety showers are proximal to the work-station location.

**Personal Protection:**
Splash goggles. Lab coat. Vapor respirator. Be sure to use an approved/certified respirator or equivalent. Gloves.

**Personal Protection in Case of a Large Spill:**
Splash goggles. Full suit. Vapor respirator. Boots. Gloves. A self contained breathing apparatus should be used to avoid inhalation of the product. Suggested protective clothing might not be sufficient; consult a specialist BEFORE handling this product.

**Exposure Limits:**
TWA: 100 (ppm) [Canada] TWA: 435 (mg/m3) [Canada] TWA: 434 STEL: 651 (mg/m3) from ACGIH (TLV) [United States]
TWA: 100 STEL: 150 (ppm) from ACGIH (TLV) [United States] Consult local authorities for acceptable exposure limits.

## Section 9: Physical and Chemical Properties

**Physical state and appearance:** Liquid.

**Odor:** Sweetish.

**Taste:** Not available.

**Molecular Weight:** 106.17 g/mole

**Color:** Colorless. Clear

**pH (1% soln/water):** Not available.

**Boiling Point:** 138.5°C (281.3°F)

**Melting Point:** -47.4°C (-53.3°F)

**Critical Temperature:** Not available.

**Specific Gravity:** 0.864 (Water = 1)

**Vapor Pressure:** 0.9 kPa (@ 20°C)

**Vapor Density:** 3.7 (Air = 1)

**Volatility:** Not available.

**Odor Threshold:** 1 ppm

EXHIBIT 28    433    p. 3

**Water/Oil Dist. Coeff.:** The product is more soluble in oil; log(oil/water) = 3.1

**Ionicity (in Water):** Not available.

**Dispersion Properties:** Not available.

**Solubility:**
Insoluble in cold water, hot water. Miscible with absolute alcohol, ether, and many other organic liquids.

## Section 10: Stability and Reactivity Data

**Stability:** The product is stable.

**Instability Temperature:** Not available.

**Conditions of Instability:** Heat, ignition sources, incompatibles

**Incompatibility with various substances:** Reactive with oxidizing agents, acids.

**Corrosivity:** Non-corrosive in presence of glass.

**Special Remarks on Reactivity:** Store away from acetic acid, nitric acid, chlorine, bromine, and fluorine.

**Special Remarks on Corrosivity:** Not available.

**Polymerization:** Will not occur.

## Section 11: Toxicological Information

**Routes of Entry:** Absorbed through skin. Dermal contact. Eye contact. Inhalation.

**Toxicity to Animals:**
WARNING: THE LC50 VALUES HEREUNDER ARE ESTIMATED ON THE BASIS OF A 4-HOUR EXPOSURE. Acute oral toxicity (LD50): 2119 mg/kg [Mouse]. Acute dermal toxicity (LD50): >1700 mg/kg [Rabbit]. Acute toxicity of the vapor (LC50): 5000 4 hours [Rat].

**Chronic Effects on Humans:**
CARCINOGENIC EFFECTS: 3 (Not classifiable for human.) by IARC. May cause damage to the following organs: blood, kidneys, liver, mucous membranes, bone marrow, central nervous system (CNS).

**Other Toxic Effects on Humans:** Hazardous in case of skin contact (irritant, permeator), of ingestion, of inhalation.

**Special Remarks on Toxicity to Animals:**
Lowest Lethal Dose: LDL [Human] - Route: Oral; Dose: 50 mg/kg LCL [Man] - Route: Oral; Dose: 10000 ppm/6H

**Special Remarks on Chronic Effects on Humans:**
Detected in maternal milk in human. Passes through the placental barrier in animal. Embryotoxic and/or foetotoxic in animal. May cause adverse reproductive effects (male and femael fertility (spontaneous abortion and fetotoxicity)) and birth defects based animal data.

**Special Remarks on other Toxic Effects on Humans:**
Acute Potential Health Effects: Skin: Causes skin irritation. Can be absorbed through skin. Eyes: Causes eye irritation. Inhalation: Vapor causes respiratory tract and mucous membrane irritation. May affect central nervous system and behavior (General anesthetic/CNS depressant with effects including headache, weakness, memory loss, irritability, dizziness, giddiness, loss of coordination and judgement, respiratory depression/arrest or difficulty breathing, loss of appetite, nausea, vomiting, shivering, and possible coma and death). May also affects blood, sense organs, liver, and peripheral nerves. Ingestion: May cause gastrointestinal irritation including abdominal pain, vomiting, and nausea. May also affect liver and urinary system/kidneys. May cause effects similar to those of acute inhalation. Chronic Potential Health Effects: Chronic inhalation may affect the urinary system (kidneys) blood (anemia), bone marrow (hyperplasia of bone marrow) brain/behavior/Central Nervous system. Chronic inhalation may alsocause mucosal bleeding. Chronic ingestion may affect the liver and metabolism (loss of appetite) and may affect urinary system (kidney damage)

EXHIBIT 28    434    p. 4

## Section 12: Ecological Information

**Ecotoxicity:** Not available.

**BOD5 and COD:** Not available.

**Products of Biodegradation:**
Possibly hazardous short term degradation products are not likely. However, long term degradation products may arise.

**Toxicity of the Products of Biodegradation:** The products of degradation are less toxic than the product itself.

**Special Remarks on the Products of Biodegradation:** Not available.

## Section 13: Disposal Considerations

**Waste Disposal:**
Waste must be disposed of in accordance with federal, state and local environmental control regulations.

## Section 14: Transport Information

**DOT Classification:** CLASS 3: Flammable liquid.

**Identification:** : Xylenes UNNA: 1307 PG: III

**Special Provisions for Transport:** Not available.

## Section 15: Other Regulatory Information

**Federal and State Regulations:**
Connecticut hazardous material survey.: Xylenes Illinois chemical safety act: Xylenes New York acutely hazardous substances: Xylenes Rhode Island RTK hazardous substances: Xylenes Pennsylvania RTK: Xylenes Minnesota: Xylenes Michigan critical material: Xylenes Massachusetts RTK: Xylenes Massachusetts spill list: Xylenes New Jersey: Xylenes New Jersey spill list: Xylenes Louisiana spill reporting: Xylenes California Director's List of Hazardous Substances: Xylenes TSCA 8(b) inventory: Xylenes SARA 302/304/311/312 hazardous chemicals: Xylenes SARA 313 toxic chemical notification and release reporting: Xylenes CERCLA: Hazardous substances.: Xylenes: 100 lbs. (45.36 kg)

**Other Regulations:**
OSHA: Hazardous by definition of Hazard Communication Standard (29 CFR 1910.1200). EINECS: This product is on the European Inventory of Existing Commercial Chemical Substances.

**Other Classifications:**

**WHMIS (Canada):**
CLASS B-2: Flammable liquid with a flash point lower than 37.8°C (100°F). CLASS D-2A: Material causing other toxic effects (VERY TOXIC).

**DSCL (EEC):**
R10- Flammable. R21- Harmful in contact with skin. R36/38- Irritating to eyes and skin. S2- Keep out of the reach of children. S36/37- Wear suitable protective clothing and gloves. S46- If swallowed, seek medical advice immediately and show this container or label.

**HMIS (U.S.A.):**

   **Health Hazard:** 2

   **Fire Hazard:** 3

   **Reactivity:** 0

   **Personal Protection:** h

EXHIBIT 28    435    p. 5

**National Fire Protection Association (U.S.A.):**

   **Health:** 2

   **Flammability:** 3

   **Reactivity:** 0

   **Specific hazard:**

**Protective Equipment:**
Gloves. Lab coat. Vapor respirator. Be sure to use an approved/certified respirator or equivalent. Wear appropriate respirator when ventilation is inadequate. Splash goggles.

## Section 16: Other Information

**References:** Not available.

**Other Special Considerations:** Not available.

**Created:** 10/11/2005 12:54 PM

**Last Updated:** 05/21/2013 12:00 PM

*The information above is believed to be accurate and represents the best information currently available to us. However, we make no warranty of merchantability or any other warranty, express or implied, with respect to such information, and we assume no liability resulting from its use. Users should make their own investigations to determine the suitability of the information for their particular purposes. In no event shall ScienceLab.com be liable for any claims, losses, or damages of any third party or for lost profits or any special, indirect, incidental, consequential or exemplary damages, howsoever arising, even if ScienceLab.com has been advised of the possibility of such damages.*

EXHIBIT 28　　436　　p. 6