# EXHIBIT 29

EXHIBIT 29                                    437



*Head 4:*
| Z-slide (y/n): | |
| Stroke Adjust: (y/n) | |
| Rotary (y/n): | |
| Size "or" ID: | |
| **Valve:** | |
| Atm Air range: | |
| O-ring material: | |
| *Laser Height (y/n):* | No |
| *Laser Pointer (y/n):* | No |
| *Prog. Camera (y/n):* | Yes |
| *Head incline:* | Standard 3 Axis 2 Valve ✓ |
| Contour: | |
| Double tooled: | No |
| Other: | |
| **Conveyor:** | |
| Type: (Belt/Chain) | None |
| Direction (Left/R, Rtol.): | |
| Conveyor length: | |
| Conveyor height: | |
| **SMEMA:** | |
| Bi-Directional: (y/n) | |
| Upstream/Downstream | |
| PIF Sensors: | |
| Auto width adj.: | |
| Head crank width adj.: | |
| Lift and locate: | |
| Board locators: | |
| *Board stops: (Type)* | |
| Quantity on front rail: | |
| Quantity on back rail: | |
| *Part Presating:* | |
| Pier Fixture: | Yes ✓ |
| Port present sensor: | Yes |
| Custom Fixture: | No |
| Work height: | No |
| *Cycle Start:* | Hand Shift |
| Hand start: | Yes |
| Single zero force: | No |
| Double zero force: | No ✓ |
| Controller: (y/n) | No |
| Push button: | Yes |

4/27/2009

| Guarding: | | |
|---|---|---|
| Doors: | | |
| Interlocks (y/n): | Yes ✓ | |
| Light curtain: | Yes | |
| Light tower: | No | |
| | | |
| Process Controls: | | |
| Flow Monitor: | | |
| Remote transmitter (y/n): | No | |
| Gear style (y/n): | | |
| | | |
| Low level: | No | |
| Auto Crossover: | No | |
| Computer: | Yes | |
| Portal OUT (y/n): | No | Customer Supplied |
| Bar code reader: | No | |
| All Bus (y/n): | No | |
| Data Logging: | No | |
| | | |
| Needle Calibration: | No | |
| Black light | No | |
| Cycle rate (sec.) | Unknown | |
| | | |
| Air Requirements: | | |
| PSI: | 80 - 100 ✓ | |
| Dry: (y/n) | Yes | |
| Lubricated: (y/n) | No | |
| CFM: | <10 | |
| | | |
| Ventilation: | | |
| Minimum CFM: | 200 | |
| Flange dia. (4" or 5") | 5" ✓ | |
| PVA blower (y/n) | No | |
| Blower exit diameter: | | |
| Exhaust switch: (y/n) | Yes ✓ | |
| | | |
| Supply Voltage: | | |
| 110VAC: | Yes ✓ | |
| 220VAC: | No | |
| Frequency: | 60 Hz ✓ | |
| Current: | 2A ✓ | |
| Phase: | Single ✓ | |
| | | |
| Coating Materials: | | |
| Material A: | SCP, NVH. | |
| Material B: | | |
| Solvent: | None | |
| Kalrez O-ring? (y/n) | Yes | |

4/272/99

connected. The *DOOR BYPASS* key switch is provided to allow m aintenance personnel access to the work area without disconnecting power. This bypass switch only allows access during Manual and Calibration modes.

## Light Curtain

Some machines are equipped with an optional light curtain. The l ight curtain is redundant and self-checking. The control signals from the light curtain are included as safety devices in the safety circuit. On m achine power up, the light curtain must be reset by turning the key switch to 'Reset' for at least ½ second.

## Exhaust Fan

Some machines are equi pped with an exhaust fan. Th e exhaust fan i s provided to exhaust fumes from the work area. The exhaust flange should be connected to an a ppropriate ducting system that is capable of receiving 150 CFM (cubic feet per minute). Insufficient airflow through the exhaust system generates an error.

*NOTE: Installed safety devices vary from model to model.*

PVA\
PVA-0063

EXHIBIT 29

440

# Operation

## *Startup Procedure*

1) Check the fluid and air pressures.

2) Close all doors and turn the *DOOR BYPASS* key switch to the OFF position (If applicable).

3) Engage the *EMERGENCY STOP* button.

4) Turn on main power using the red rotary switch at the front or rear of t he machine (Black "rocker" switch on PVA250™ and PVA250E™ models).

## *Light Tower Operation*

Three stacked indicator lights and a buzzer  are used to indicate  the status of the m achine. The lights are green, amber, and red with green on the bottom  , amber in the middle and red on top. The buzzer is located below the green light. The lights are visible from all sides of the machine. The indicators operate as follows. The light tower may help you be your first clue for solving a problem.

o   The green indicator is on when the machine is in cycle and producing parts.  It is off at all other times.

o   The amber indicator is on when the machine is in Auto Cycle and ready to produce parts, but can not cycle due to an external material handling problem (no incoming parts or no room  to unload parts). PVA750™ and PVA2000C™ models are equipped with a light tower but not an amber light.

o   The red indicator is on steady when the machine is not in Auto Cycle due to operator intervention. It will flash when the machine is in cycle, but cycle is halted due to a machine problem. It is off at all other times.

o   The buzzer cycles with the red indicator during machine errors.

Table 4 – Light Tower & Buzzer Status



| State | Red | Amber | Green | Buzzer |
|-------|-----|-------|-------|--------|
| Cycle Stop | ON | OFF | OFF | OFF |
| Auto Cycle | OFF | ON | OFF | OFF |
| In Cycle | OFF | OFF | ON | OFF |
| Machine Error | FLASH | OFF | OFF | FLASH |

## *Exhaust Verification*

Once the workcell has initialized, most models will perform an exhaust flow verification process.  If in itialization fails, consult the section Startup Errors on page 44. During this process, and whenever the workcell is in operation the exhaust flow rate is monitored via the on board pressure differential switch.  The workcell must exhaust at a rate no less than 150 cubic feet per minute, otherwise a critical fault will occur s hutting the motors down.  The verifica-tion process will also attempt to evacuate any potential vapors that may already exist in the work area of the work-

PVA\

EXHIBIT 29                    441 PVA-0064

commands in a path program. The error selection turns the process verification check on and off.   The error ON/OFF selection cannot be overridden by commands in a path program.

[F1] **EXIT** – Leave Flow mode and return to Cycle Stop.

[F3] **cc UP** – Increase the material target level. Maximum is 99 cc.

[F4] **cc DOWN** – Decrease the material target level. Minimum is 0.00 cc.

[F5] **DEV UP** – Increase the allowable deviation. Maximum is 99%.

[F6] **DEV DOWN** – Decrease the allowable deviation. Minimum is 0%.

[F7] **Error ON** – Turn the material flow error checking on. (default)

[F8] **Error OFF** – Turn the material flow error checking off.

## *Calibration Procedures*

The workcell has one of three calibration methods: Standard, Operator Defined and Sensor Defined. If a Sensor Defined or Operator Defined method is installed on the workcell, the machine may or may not automatically enter its particular calibration mode following the homing sequence depending on the application the workcell was set up for. See page 32 for particulars on operating the workcell during a calibration sequence.

### Standard Needle Calibration

The simplest calibration procedure requires the operator to visually inspect the position of a needle with respect to a calibration point (such as cross-hairs). If the needle is not directly above the point, the operator must physically reposition the needle so it is above the calibration point.

### Operator Defined Needle Calibration

This method is dependent upon the operator utilizing the trackball to redefine the coordinate system according to the positioning of a specific needle or dispense head. This process is optional. If the specific needle is located in the desired position this process can be skipped.

The calibration routine automatically runs when the machine is powered on or if the controller is reset. The head moves to a calibration point (specified in the main program). When at the calibration position the operator has control of the axes. Using the trackball, the position of the needle tip can be redefined in reference to a calibration point (such as cross-hairs). This process can also be run manually through the CAL function key if a needle needs to be replaced for any reason during operation.

PVA\

EXHIBIT 29

442 PVA-0069

## Selective Coating Equipment Comparison



| | PVA350 | PVA650 | PVA2000 | PVA6000 |
|---|---|---|---|---|
| Repeatability | .025mm | .025mm | .025mm | .025mm |
| Max Speed | 500mm/sec | 670mm/sec | 670mm/sec | 670mm/sec |
| Encoder Resolution | 5 micron | 5 micron | 5 micron | 5 micron |
| Gantry Drive System | Closed Loop DC servo; Ballscrew Drive | Closed Loop DC servo; Ballscrew Drive | Closed Loop DC servo; Ballscrew Drive | Closed Loop DC servo; Ballscrew Drive |
| Max Acceleration | 0.25 g | 0.5 g | 0.5 g | 0.5 g |
| **Travel** | | | | |
| Initial XY Axis Travel | 400mm x 400mm | 500mm x 500mm | 500mm x 500mm | 500mm x 500mm |
| Z Axis Travel | 90mm | 90mm | 100mm | 100mm |
| **Board Handling** | | | | |
| Conveyor Type | N/A | Flat Edge Belt or Chain | Flat Edge Belt or Chain | Flat Edge Belt or Chain |
| Min Conveyor Width | N/A | 50mm | 50mm | 50mm |
| Above Board Clearance | 70mm | 70mm | 62mm (standard) 100+mm (optional) | 75mm (standard) 100+mm (optional) |
| Under Board Clearance | 80mm | 70mm | 100mm (standard) | 100mm (standard) |
| Transport Height | N/A | 940mm to 965mm | 940mm to 965mm | 940mm to 965mm |
| Conveyor Protocol | N/A | SMEMA | SMEMA | SMEMA |
| Standard Board Sizes | Up to 360mm Depending on Options | 50mm-457mm Depending on Options | 50mm-457mm Depending on Options | 50mm-457mm Depending on Options |
| **Facilities** | | | | |
| Power | 120 to 240 VAC, 50/60Hz | 120 to 240 VAC, 50/60Hz | 120 to 240 VAC, 50/60Hz | 120 to 240 VAC, 50/60Hz |
| Air Supply | <10 CFM at > 80 PSI (5.5 bar) Filtered @ 5microns | <10 CFM at > 80 PSI (5.5 bar) Filtered & 5microns | <10 CFM at > 80 PSI (5.5 bar) Filtered @ 5microns | <10 CFM at > 80 PSI (5.5 bar) Filtered @ 5microns |
| Footprint | 945mm x 832mm x 794mm | 1219mm x 941mm x 1667mm | 1219mm x 1097mm x 1651mm | 1219mm x 1257mm x 1667mm |
| Exhaust | 300cfm minimum | 300cfm minimum | 300cfm minimum | 300cfm minimum |
| **Features** | | | | |
| Four-Axis | Option | Option | Option | Option |
| Bar Code Reading | Option | Option | Option | Option |
| Passive Programming Camera | Option | Option | Option | Option |
| XY Fiducial Camera | Option | Option | Option | Option |
| Part Shuttles | Option | Option | Option | Option |
| Exhaust Blower | Option | Option | Option | Option |
| PathMaster Software | Standard | Standard | Standard | Standard |
| Offline Programming | Standard | Standard | Standard | Standard |
| Onboard Computer | Option | Standard | Standard | Standard |
| Flow Monitoring | Option | Onbon | Option | Option |
| Dual/Multi Head Tooling | Option | Option | Option | Option |

**PVA Patents**
PVA holds four US patents, including the only **TRUE** four-axis motion capability featuring patented tilt and servo rotation control (4 axis patent – #6447847), and the atomized spray valve technology (ES Valve patent – #6523757).



www.pva.net

PVA\350 Fume Filtration\

EXHIBIT 29

443

PVA-0220

**From:**       Alex Duggan
**Sent:**       Friday, April 24, 2009 8:59 AM
**To:**         'nicholas.wong@spacex.com'
**Subject:**    PVA Machine Specifications
**Attachments:** W3267.doc

Hi Nick,

I received your order for a PVA 350 from Frank Hart and I have created the preliminary machine specifications.  Please look them over carefully for errors and fill in any missing information indicated by red text.  Once the specifications have been completed and verified, we can begin production of your machine.  If you have any questions, please let me know.

Thanks,
Alex

--

Alex Duggan
Project Engineer

PVA
15 Solar Drive
Halfmoon, NY 12065
518-371-2684 ext. 228

1

EXHIBIT 29

PVA-1657

444

# Workcell Specification

Customer:  SpaceX
Job Number: SPCX2115
Rev. Description:
Date Created: 04.24.09     Date Completed:

Rev.: A
Rev. Date:

Engineer:

| Options | #1 W3267 | Notes |
|---|---|---|
| Machine Type | | |
| 250,350,650,850,2000,3000 | 350 | |
| Custom (y/n) | No | |
| Motion Axes: | 3 | |
| Controller Axes: | 4 | |
| Controller: (1500/2000) | 2000 | |
| X-Stroke: | ~400 mm | |
| Y-Stroke: | ~400 mm | |
| Z-Stroke: | ~90 mm | |
| CE required: (y/n) | No | |
| Outlet type(Country) | N/A | |
| Head 1: | Spray Valve | |
| Z-slide (y/n): | Yes | |
| Stroke Adjust: (y/n) | No | |
| Rotary (y/n): | No | |
| Size 7 or 10: | - | |
| Valve: | FCS300-ES | |
| Atom Air range: | 0 – 5 psi | |
| O-ring material: | Kalrez | |
| Head 2: | Dispense Valve | |
| Z-slide (y/n): | Yes | |
| Stroke Adjust: (y/n) | No | |
| Rotary (y/n): | Yes | |
| Size 7 or 10: | 7 | |
| Valve: | FCM100 | |
| Atom Air range: | - | |
| O-ring material: | Kalrez | |
| Head 3: | | |
| Z-slide (y/n): | | |
| Stroke Adjust: (y/n) | | |
| Rotary (y/n): | | |
| Size 7 or 10: | | |
| Valve: | | |
| Atom Air range: | | |
| O-ring material: | | |

| Head 4: | | |
|---|---|---|
| Z-slide (y/n): | | |
| Stroke Adjust: (y/n) | | |
| Rotary (y/n): | | |
| Size 7 or 10: | | |
| Valve: | | |
| Atom Air range: | | |
| O-ring material: | | |
| | | |
| Laser Height (y/n): | No | |
| Laser Pointer (y/n): | No | |
| Prog. Camera (y/n): | Yes | |
| Head tooling: | Standard 3 Axis, 2 Valve | |
| Custom: | No | |
| Double tooled: | No | |
| Other: | - | |
| Conveyor: | None | |
| Type: (Belt/Chain) | | |
| Direction (LtoR, RtoL) | | |
| Conveyor length: | | |
| Conveyor height: | | |
| | | |
| SMEMA: | | |
| Bi-Directional: (y/n) | | |
| Upstream/Downstream | | |
| PIP Sensors: | | |
| | | |
| Auto width adj.: | | |
| Hand crank width adj.: | | |
| | | |
| Lift and locate: | | |
| Board locators: | | |
| | | |
| Board stops: (Type) | | |
| Quantity on front rail: | | |
| Quantity on back rail: | | |
| | | |
| Part Fixturing: | Yes | |
| Flex Fixture: | Yes | |
| Part present sensor: | No | |
| Custom Fixture: | No | |
| Work height: | - | |
| | | |
| Cycle Start: | Hand Start | |
| Hand start: | Yes | |
| Single zero force: | No | |
| Double zero force: | No | |
| Controller: (y/n) | No | |
| Push button: | Yes | |
| | | |
| | | |

9/8/2017
PVA-1659

EXHIBIT 29                 446

| *Guarding:* | | |
|---|---|---|
| Doors: | Yes | |
| Interlocks: (y/n) | Yes | |
| Light curtain: | No | |
| *Light tower:* | No | |
| | | |
| *Process Controls:* | | |
| Flow Monitor: | No | |
| Remote transmitter: (y/n) | - | |
| Gear style: (y/n) | - | |
| | | |
| Low level: | No | |
| Auto Crossover: | No | |
| Computer: | Yes | Customer Supplied |
| Portal OIT: (y/n) | No | |
| Bar code reader: | No | |
| A/B Box: (y/n) | No | |
| Data Logging: | No | |
| | | |
| Needle Calibration: | No | |
| Black light | No | |
| Cycle rate (sec.) | Unknown | |
| | | |
| *Air Requirements:* | | |
| PSI: | 80 – 100 | |
| Dry: (y/n) | Yes | |
| Lubricated: (y/n) | No | |
| CFM: | < 10 | |
| | | |
| *Ventilation:* | | |
| Minimum CFM: | 300 | |
| Flange dia. : (4" or 5") | 5" | |
| PVA blower: (y/n) | No | |
| Blower exit diameter: | - | |
| Exhaust switch: (y/n) | Yes | |
| | | |
| *Supply Voltage:* | | |
| 120VAC: | Yes | |
| 220VAC: | No | |
| *Frequency:* | 60 Hz | |
| *Current:* | 12A | |
| *Phase:* | Single | |
| | | |
| *Coating Material:* | | |
| Material A: | Unknown | Please Provide |
| Material B: | | |
| | | |
| Solvent: | Unknown | Please Provide |
| Kalrez O-rings? (y/n) | Yes | |

9/8/2017
PVA-1660

EXHIBIT 29                                   447

| Material Delivery: | | |
|---|---|---|
| Pressure vessel: | | |
| 1gal: | | |
| 2gal: | 2 | Feeding both valves |
| 5gal: | | |
| 10gal: | | |
| Cartridge Supply | | |
| 2.5oz: | | |
| 6oz: | | |
| 12oz: | | |
| 20oz: | | |
| 32oz: | | |
| Cartridge drive: | | |
| Servo: | | |
| Pneumatic: | | |
| Syringe Supply: | | |
| 3cc: | | |
| 5cc: | | |
| 10cc: | | |
| 30cc: | | |
| 50cc: | | |
| 5 gal. Pumping System: | | |
| Pump ratio: | | |
| Solvent Cup(s): | 2 | |
| Purge Pan/Cup(s): | 2 | |
| Other: | | |
| Spare parts kit: | | |

| | |
|---|---|
| **From:** | Ted St. Marie |
| **Sent:** | Monday, October 14, 2013 1:34 PM |
| **To:** | Mark Kniese; Rex Ellis; Rodrigo Gutierrez |
| **Cc:** | Kyle Crane; Jonathan Connelly; Mark Kniese; Jamie Blender |
| **Subject:** | RE: SPCX2115 W3267R2 |
| **Attachments:** | W3267R2.xls |

Mark,

Here's what I have for this pneumatic, adding the pneumatic ball valve for the auto solvent flush to the 7th manifold station with a 2-position solenoid.
All other dispense, pneumatic schematics & documentation are completed in the project rework folders.

Thanks,

Ted

---

**From:** Ted St. Marie
**Sent:** Monday, October 14, 2013 1:08 PM
**To:** Kyle Crane; Jeffrey Van Norden
**Cc:** Jonathan Connelly; Mark Kniese; Jamie Blender
**Subject:** RE: SPCX2115 W3267R2

Kyle,

I just got this back and I'm finishing up on it now, I'll let you know when I'm done.

Thanks,

Ted

---

**From:** Kyle Crane
**Sent:** Monday, October 14, 2013 10:57 AM
**To:** Jeffrey Van Norden
**Cc:** Jonathan Connelly; Mark Kniese; Jamie Blender; Ted St. Marie
**Subject:** RE: SPCX2115 W3267R2

Jeff,

Is the pneumatic BOM going to be updated for the pneumatic ball valve or is that not going to be controlled by the manifold?

Best Regards,
Kyle Crane

EXHIBIT 29



**Production-Reworks**

: (518) 371-2684 Ext: 2433

: KCrane@pva.net

---

**From:** Ted St. Marie
**Sent:** Monday, October 14, 2013 10:50 AM
**To:** Kyle Crane
**Cc:** Jeffrey Van Norden; Jonathan Connelly; Mark Kniese; Jamie Blender
**Subject:** RE: SPCX2115 W3267R2

I no longer have that paperwork, I'm guessing that project was reassigned when I was out last week?

Thanks,

Ted

---

**From:** Kyle Crane
**Sent:** Monday, October 14, 2013 10:46 AM
**To:** Ted St. Marie
**Subject:** SPCX2115 W3267R2

Is SPCX fully updated?

Best Regards,
Kyle Crane



**Production-Reworks**

: (518) 371-2684 Ext: 2433

: KCrane@pva.net

2

EXHIBIT 29

PVA-1748
450

**B32-0149R2**
**MACHINE 2300**
**8 STATION**

| Station | Description | A-port Function | A-port Label | B-port Function | B-port Label | Regulator Label | Solenoid Type | Head Pos. | Sensor Number | Output Number | Material |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Z-SLIDE | DOWN | 950 | UP | 951 | | 2PCSS | VLV1 | 59 | 25 | |
| 2 | ATOM VALVE | ON | 952 | PLUG | 954 | 953 | 2PCSS | VLV1 | | 26 | |
| 3 | Z-SLIDE | OPEN | 955 | CLOSE | 956 | | 2PCSS | VLV1 | | 27 | |
| 4 | Z-SLIDE | DOWN | 957 | UP | 958 | | 2PCSS | VLV2 | | 28 | |
| 5 | ROTARY | 45DEG | 959 | 0DEG | 960 | | 3PCSC | VLV1 | 54 | 29,30 | |
| 6 | ROTARY | 45DEG | 961 | 0DEG | 962 | | 2PCSS | VLV2 | 55,56 | 31 | |
| 7 | BALL VALVE | OPEN | 963 | CLOSE | 964 | | 2PCSS | VLV2 | | 32 | |
| 8 | SPARE | ***** | 965 | ***** | 966 | | BLANK | | | | |

**Rules for Sensor**

| Input # | Sensor Number |
|---|---|
| Low Level (mel.) | 49 |
| PIP (Conveyor) | 50,51,52 |
| Pneumatic | 63+ |
| PIP (Fixture) | Next |
| SPARE | |
| Needle Cal. | 65,66,67 |
| Needle Cal. in place | 64 |
| Low Exhaust Flow | 71 |

**VALVE LAYOUT**

| VLV1 | | VLV2 |
|---|---|---|
| FCS10-ESS | FRONT | FC100 |

**PIP LAYOUT**

| PIP #1 | PIP #2 | PIP #3 |
|---|---|---|
| 50 | 51 | 52 |
| LEFT | TO | RIGHT |
| | FRONT | |

PVA-1749

EXHIBIT 29                                         451

**Serial Tag Order** form

_**ProjectInformation:**_

Job #: SPCX2115
Module type: PVA350

_**Serial Tag Information:**_

MODEL: PVA350
SERIAL NUM.: W3267
BOM NUM: B00-3158
VOLTS: 120V
AMPS: 12A
INTERRUPTING CAPACITY: 200kA
FREQ.: 60Hz
PHASE: 1φ
PSI: 80-100

_**Date Required**_: ____/__/____

PVA\SPCX2115\W3267\Doc\

EXHIBIT 29

453

PVA-0384

**Workcell Specification**

Customer:   SpaceX                                          Rev.: A
Job Number: SPCX2115                                  Rev. Date:
Rev. Description:
Date Created: 04/24/09   Date Completed: 04/27/09        Engineer: AFD

| Options | #1 W3267 | Notes |
|---|---|---|
| **Machine Type** | | |
| **250,350,650,850,2000,3000** | 350 | |
| **Custom (y/n)** | No | |
| **Motion Axes:** | 3 | |
| **Controller Axes:** | 4 | |
| **Controller: (1500/2000)** | 2000 | |
| **X-Stroke:** | ~400 mm | |
| **Y-Stroke:** | ~400 mm | |
| **Z-Stroke:** | ~90 mm | |
| **CE required: (y/n)** | No | |
| **Outlet type(Country)** | N/A | |
| **Head 1:** | Spray Valve | |
| **Z-slide (y/n):** | Yes | |
| **Stroke Adjust: (y/n)** | No | |
| **Rotary (y/n):** | No | |
| **Size 7 or 10:** | - | |
| **Valve:** | FCS300-ES | |
| **Atom Air range:** | 0 – 5 psi | |
| **O-ring material:** | Kalrez | |
| **Head 2:** | Dispense Valve | |
| **Z-slide (y/n):** | Yes | |
| **Stroke Adjust: (y/n)** | No | |
| **Rotary (y/n):** | Yes | |
| **Size 7 or 10:** | 7 | |
| **Valve:** | FCM100-22G | |
| **Atom Air range:** | - | |
| **O-ring material:** | Kalrez | |
| **Head 3:** | | |
| **Z-slide (y/n):** | | |
| **Stroke Adjust: (y/n)** | | |
| **Rotary (y/n):** | | |
| **Size 7 or 10:** | | |
| **Valve:** | | |
| **Atom Air range:** | | |
| **O-ring material:** | | |

8/25/2017

| *Head 4:* | | |
|---|---|---|
| Z-slide (y/n): | | |
| Stroke Adjust: (y/n) | | |
| Rotary (y/n): | | |
| Size 7 or 10: | | |
| Valve: | | |
| Atom Air range: | | |
| O-ring material: | | |
| | | |
| *Laser Height (y/n):* | No | |
| *Laser Pointer (y/n):* | No | |
| *Prog. Camera (y/n):* | Yes | |
| *Head tooling:* | Standard 3 Axis, 2 Valve | |
| Custom: | No | |
| Double tooled: | No | |
| Other: | - | |
| *Conveyor:* | None | |
| Type: (Belt/Chain) | | |
| Direction (LtoR, RtoL) | | |
| Conveyor length: | | |
| Conveyor height: | | |
| | | |
| SMEMA: | | |
| Bi-Directional: (y/n) | | |
| Upstream/Downstream | | |
| PIP Sensors: | | |
| | | |
| Auto width adj.: | | |
| Hand crank width adj.: | | |
| | | |
| Lift and locate: | | |
| Board locators: | | |
| | | |
| *Board stops: (Type)* | | |
| Quantity on front rail: | | |
| Quantity on back rail: | | |
| | | |
| *Part Fixturing:* | Yes | |
| Flex Fixture: | Yes | |
| Part present sensor: | No | |
| Custom Fixture: | No | |
| Work height: | - | |
| | | |
| *Cycle Start:* | Hand Start | |
| Hand start: | Yes | |
| Single zero force: | No | |
| Double zero force: | No | |
| Controller: (y/n) | No | |
| Push button: | Yes | |
| | | |

8/25/2017

| | | |
|---|---|---|
| **_Guarding:_** | | |
| **Doors:** | Yes | |
| **Interlocks: (y/n)** | Yes | |
| **Light curtain:** | No | |
| **_Light tower:_** | No | |
| | | |
| **_Process Controls:_** | | |
| **Flow Monitor:** | No | |
| **Remote transmitter: (y/n)** | - | |
| **Gear style: (y/n)** | - | |
| | | |
| **Low level:** | No | |
| **Auto Crossover:** | No | |
| **Computer:** | Yes | Customer Supplied |
| **Portal OIT: (y/n)** | No | |
| **Bar code reader:** | No | |
| **A/B Box: (y/n)** | No | |
| **Data Logging:** | No | |
| | | |
| **Needle Calibration:** | No | |
| **Black light** | No | |
| **Cycle rate (sec.)** | Unknown | |
| | | |
| | | |
| **_Air Requirements:_** | | |
| **PSI:** | 80 – 100 | |
| **Dry: (y/n)** | Yes | |
| **Lubricated:  (y/n)** | No | |
| **CFM:** | < 10 | |
| | | |
| **_Ventilation:_** | | |
| **Minimum CFM:** | 300 | |
| **Flange dia. : (4" or 5")** | 5" | |
| **PVA blower: (y/n)** | No | |
| **Blower exit diameter:** | - | |
| **Exhaust switch: (y/n)** | Yes | |
| | | |
| **_Supply Voltage:_** | | |
| **120VAC:** | Yes | |
| **220VAC:** | No | |
| **_Frequency:_** | 60 Hz | |
| **_Current:_** | 12A | |
| **_Phase:_** | Single | |
| | | |
| **_Coating Material:_** | | |
| **Material A:** | SCC NVOC | |
| **Material B:** | | |
| | | |
| **Solvent:** | None | |
| **Kalrez O-rings? (y/n)** | Yes | |

8/25/2017

| Material Delivery: | | |
|---|---|---|
| Pressure vessel: | | |
| 1gal: | | |
| 2gal: | 1 | Feeding both valves |
| 5gal: | | |
| 10gal: | | |
| Cartridge Supply: | | |
| 2.5oz: | | |
| 6oz: | | |
| 12oz: | | |
| 20oz: | | |
| 32oz: | | |
| Cartridge drive: | | |
| Servo: | | |
| Pneumatic: | | |
| Syringe Supply: | | |
| 3cc: | | |
| 5cc: | | |
| 10cc: | | |
| 30cc: | | |
| 50cc: | | |
| 5 gal. Pumping System: | | |
| Pump ratio: | | |
| | | |
| Solvent Cup(s): | 2 | |
| Purge Pan/Cup(s): | 2 | |
| Other: | | |
| Spare parts kit: | | |

8/25/2017

# PVA 350

### P/N: SPCX2115 S/N: W3267

Production & Quality Control Manual

*April 27, 2009*

| Customer Name | SPACE X |
|---|---|
| Machine Type | WORKCELL |
| Serial Number | W3267 |
| Estimated Ship Date | |
| Mechanical Engineer | Alex Duggan |
| Electrical Engineer | Mark Kniese |
| Programmer | |

EXHIBIT 29

PVA-0389

# Construction Checklist

## Purpose

The purpose of the following inspection checklist is to document the different stages of building a PVA. Hopefully we can increase the quality and, at the same time, decrease the time it takes to build the machine. At the end of this checklist is a COMMENT section. Use this section to explain any problems that come up during the construction or programming phases of the machine, or for commenting on anything you feel may be important about the machine. Any ideas about improving the design or assembly procedure are also welcome.

*It is very important that the drawings (mechanical, electrical, pneumatic, etc.) for the machine match what is actually on the machine. It is up to the person(s) building the machine to make a note when there has been a change made or when they find discrepancies between the drawings and the actual machine. If possible, make the corrections directly on the drawing in red ink. Otherwise, make a note in the COMMENTS section. Either way, make the project engineer aware of the change so that corrections may be made.*

Please initial the following sections as they are completed. Anyone may initial the *Checked by* section. Craig Tuttle will initial the *Final Inspection* section.

## Frame

Use the jigs to ensure that all spacing between extrusion rails is uniform. Using the jigs is important because inconsistencies in rail spacing will decrease the life of the ballscrew slides. Also be sure to check the tightness of all M8 bolts with the short end of an Allen wrench after the frame is assembled. Make sure to check extrusion for any digs or scratches before assembly. If the defect is small enough, it can be hidden in the back of the machine. Otherwise, the piece of extrusion must be replaced.

For any questions concerning the frame, see the project engineer.

Before signing off this section, check that the following items have been taken care of.

1. Frame members are properly squared.

2. Frame member connections have been secured with the short end of a standard L-wrench. It is **NOT** necessary to use excessive force.

3. All stickers have been removed.

4. All smudges and marks have been wiped from exposed aluminum surfaces.

5. Any ugly marks on the extrusion are hidden.

6. All exposed connectors have Bosch covers in place.

| Built By | | Date: | |
|----------|--|-------|--|
| Checked By | | Date: | |

## Top Frame/Motion Platform

Assemble the gantry as outlined in *Assembly Procedure for 3 Axis Gantry*, which is located in the PVA-350 *Assembly Instructions* binder. Assembling the 3 axes should be standard for almost all machines. However, each machine will vary somewhat after that point. Installation of a fourth axis, a z-slide, or some other special