# EXHIBIT 30

EXHIBIT 30 460

**From:** Rich Bievenue
**Sent:** Monday, December 15, 2014 11:47 AM
**To:** Gavin Matupang
**Subject:** RE: RE:

I do strongly recommend the flow monitors because those are really the only way to know for sure what the mix ratio is coming out of the spray valve. Without the flow monitors, you're pretty much spraying blind. If I were sending stuff into space, you can bet your last dollar I'd have the flow monitors on my machine.

Best Regards,

Rich Bievenue
Senior Fluid Systems Engineer
PVA
1 Mustang Drive
Cohoes, NY 12047
Ph: 518-371-2684 x2203
rbievenue@pva.net

**From:** Gavin Matupang
**Sent:** Monday, December 15, 2014 2:43 PM
**To:** Rich Bievenue
**Cc:** Matt Lilla
**Subject:** Re: RE:

Great. Thanks. No flow monitors needed for now but I have pricing for those.

Regards,

Gavin Matupang
Precision Valve & Automation
Regional Sales Manager
Cell: (612) 720-1441
www.pva.net

Sent via iPhone

On Dec 15, 2014, at 12:28 PM, Rich Bievenue <RBievenue@PVA.net> wrote:

> Hi Gavin,
>
> Sorry for the late response. I was out on Friday.

This system is essentially a MX4000-VR (2-part, variable ratio, gear pump system) so pricing would be on that same order. Note that the schematic Matt showed you showed flow monitors. Those would be extra of course.

Best Regards,

Rich Bievenue
Senior Fluid Systems Engineer
PVA
1 Mustang Drive
Cohoes, NY 12047
Ph: 518-371-2684 x2203
rbievenue@pva.net

**From:** Gavin Matupang
**Sent:** Friday, December 12, 2014 3:08 PM
**To:** Rich Bievenue
**Cc:** Matt Lilla
**Subject:** RE:

Rich,

Can you please give me a price of this schematic? The material reservoirs will be 32 oz semco cartridges. 1 gallon flush system is good.

I need to send a quote to SpaceX this afternoon. Thanks.

Regards,

**Gavin Matupang**
<image001.jpg>
Regional Sales Manager
1 Mustang Drive,
Cohoes, NY 12047
**Cell:** (612) 720-1441
gmatupang@pva.net
www.pva.net

**From:** Matt Lilla
**Sent:** Friday, December 12, 2014 2:04 PM
**To:** Gavin Matupang
**Cc:** Rich Bievenue
**Subject:** RE:

Hey Gavin,

Here is a copy of the cad drawing.

Rich would know how much it would cost I'm not too familiar with numbers for the MX systems yet.

Thanks,

Matthew Lilla
Applications Engineer
1 Mustang Drive
Cohoes, NY 12047
Ph. 518-371-2684 Ext.2813
mlilla@pva.net
<image002.png>

**From:** Gavin Matupang
**Sent:** Friday, December 12, 2014 2:40 PM
**To:** Matt Lilla
**Subject:**

Hey Matt,

Can you please send me a copy of the schematic of the conformal coating meter mix system you showed the guys from SpaceX. Also, do you know how much we charge for it? If not just let me know the customer and I can look through Epicor.

Regards,

Gavin Matupang
<image001.jpg>
Regional Sales Manager
1 Mustang Drive,
Cohoes, NY 12047
Cell: (612) 720-1441
gmatupang@pva.net
www.pva.net