# EXHIBIT 32

EXHIBIT 32 471

**From:** Frank Hart
**Sent:** Monday, September 15, 2014 3:03 PM
**To:** Gavin Matupang; Alex Giordano
**Subject:** RE: SpaceX coating inspection

I'm not against looking at the inspection right away. I'd probably figure on using their off the shelf solution if we had to do something immediately. Dan Good has asked to speak with me tomorrow or Wednesday so I may have more details about the integration process soon.

Frank Hart

Sales and Marketing Manager
1 Mustang Drive
Cohoes, NY 12047
Phone: (518) 371-2684 EXT 2101
Cell: (518) 225-2203
http://www.pva.net
fhart@pva.net

-----Original Message-----
From: Gavin Matupang
Sent: Friday, September 12, 2014 2:41 PM
To: Alex Giordano
Cc: Frank Hart
Subject: SpaceX coating inspection

Here is what I have in mind for this line with coating inspection.

Trade Secrets: Proprietary costs and pricing
CONFIDENTIAL

**From:** Frank Hart
**Sent:** Tuesday, September 16, 2014 11:59 AM
**To:** Gavin Matupang
**Subject:** Re: SpaceX coating inspection

I wouldn't go under $100K. Dan just set a conference call for tomorrow afternoon so I should know more then also.

Sent from my iPhone

> On Sep 16, 2014, at 8:56 PM, "Gavin Matupang" <gmatupang@PVA.net> wrote:
>
> So that I can complete this quote for SpaceX, what price do you have in mind for the off the shelf unit from Cyber?
>
> Regards,
>
> Gavin Matupang
> Precision Valve & Automation
> Regional Sales Manager
> Cell: (612) 720-1441
> gmatupang@pva.net
> www.pva.net
>
> -----Original Message-----
> From: Frank Hart
> Sent: Monday, September 15, 2014 5:03 PM
> To: Gavin Matupang; Alex Giordano
> Subject: RE: SpaceX coating inspection
>
> I'm not against looking at the inspection right away. I'd probably figure on using their off the shelf solution if we had to do something immediately. Dan Good has asked to speak with me tomorrow or Wednesday so I may have more details about the integration process soon.
>
> Frank Hart
>
> Sales and Marketing Manager
> 1 Mustang Drive
> Cohoes, NY 12047
> Phone: (518) 371-2684 EXT 2101
> Cell: (518) 225-2203
> http://www.pva.net
> fhart@pva.net
>
> -----Original Message-----
> From: Gavin Matupang
> Sent: Friday, September 12, 2014 2:41 PM
> To: Alex Giordano
> Cc: Frank Hart
> Subject: SpaceX coating inspection

1

>
> Here is what I have in mind for this line with coating inspection.
>

2

EXHIBIT 32
PVA-1885
474