# EXHIBIT 33

EXHIBIT 33 475

Kindly Regards,

David E Gomez
Account Executive
281 217 7247

-----Original Message-----
From: David Gomez
Sent: Friday, December 07, 2012 3:04 PM
To: Brian Ignaut; Scott Abarta
Subject: Re: Customer

With a two part material head (PC200) we can only mount one more extra head -one part or possible two part material head.
It has to do with the size of product that'll be processed -the more heads the less working area capability.

However, in a worst case scenario we can have the different material valves swaped on the mounting head, this head switch mounting usually takes about 15 minutes

Please have in mind that if using another two part material, it is necessary another metering and mix system similar to the MX3000

Sent via BlackBerry by AT&T

-----Original Message-----
From: Brian Ignaut <Brian.Ignaut@spacex.com>
Date: Fri, 7 Dec 2012 20:33:11
To: David Gomez<DGomez@PVA.net>; Scott Abarta<sabarta@Ellsworth.com>
Subject: RE: Customer

David,

Thanks for the quote. There may be some other people in SpaceX interested in using this equipment. How many dispense heads (PC200) can we install on a single PVA3000?

Sincerely,

Brian

-----Original Message-----
From: David Gomez [mailto:DGomez@PVA.net]
Sent: Friday, December 07, 2012 8:59 AM
To: Brian Ignaut; Scott Abarta
Subject: RE: Customer

My apologies,

Please find revised ITAR agreement.

Also please review budgetary proposal for MX3000 with PVA 3000 robot ,if material has a 1:1 mix proportion,low viscosity and no fillers or corrosive chemicals in it ;this equipment configuration will do just fine.

Regards,

David E Gomez
Regional Sales
281 217 7247

-----Original Message-----
From: Brian Ignaut [mailto:Brian.Ignaut@spacex.com]
Sent: Thursday, December 06, 2012 9:00 PM
To: David Gomez; Scott Abarta
Subject: RE: Customer

David,

The ITAR agreement needs to be signed on behalf of your company, not you personally.

Also, I already provided the material viscosity in my previous email: 1000 centipoise. We have no size target for containers right now.

Sincerely,

Brian

-----Original Message-----
From: David Gomez [mailto:DGomez@PVA.net]
Sent: Thursday, December 06, 2012 1:05 PM
To: Brian Ignaut; Scott Abarta
Subject: RE: Customer

Hello Brian,

Please find signed NDA and ITAR agreement attached.

Regards,

David E Gomez
Regional Sales
281 217 7247

-----Original Message-----
From: Brian Ignaut [mailto:Brian.Ignaut@spacex.com]
Sent: Wednesday, December 05, 2012 7:04 PM
To: David Gomez; Scott Abarta

Subject: RE: Customer

David,

We cannot release this information without an NDA. I've seen the requested equipment dispense this material before so I'm not concerned. If you want to sign the attached NDA and ITAR agreement, we can speak more openly about the materials we're considering.

Thanks,

Brian

-----Original Message-----
From: David Gomez [mailto:DGomez@PVA.net]
Sent: Wednesday, December 05, 2012 3:02 PM
To: Brian Ignaut; Scott Abarta
Subject: RE: Customer

Hi Brian,

What is the material part #?....

David E Gomez
PVA
Regional Sales
Houston TX
C- 281-217-7247


From: Brian Ignaut [Brian.Ignaut@spacex.com]
Sent: Wednesday, December 05, 2012 5:40 PM
To: Scott Abarta; David Gomez
Subject: RE: Customer

Scott and Dave,

Can you help me understand what you mean by shot size? For dispense rate, we're looking at a 2-part addition-cure 1000 centipoise silicone being deposited at ~0.5CC's/s. Does that help?

Sincerely,

Brian

-----Original Message-----
From: Scott Abarta [mailto:sabarta@Ellsworth.com]
Sent: Tuesday, December 04, 2012 9:42 PM
To: David Gomez
Cc: Brian Ignaut
Subject: Re: Customer

Dave,

4
EXHIBIT 33

PVA 478

I will call you Wednesday and discuss this further.

Brian, it would help to have a minimum and maximum shot size parameters. Since this is not a production line, I would assume cycle time is not an issue. I will call you first thing Wednesday.

Best regards,

Scott Abarta
Engineered Sales
Ellsworth Adhesives
Cell: 949-742-9827

On Dec 3, 2012, at 12:01 PM, "David Gomez" <DGomez@PVA.net<mailto:DGomez@PVA.net>> wrote:

Hi Scott

It's nice to hear from you.

Can you please provide me with two part material brand and part # (if you have MSDs and data sheets even better) Also I'd need shot size and cycle time per part if possible

Regards,
David Gomez



Sent via BlackBerry by AT&T

From: Scott Abarta <sabarta@Ellsworth.com<mailto:sabarta@Ellsworth.com>>
Date: Mon, 3 Dec 2012 18:19:32 +0000
To: DGomez@PVA.net<mailto:DGomez@PVA.net><DGomez@PVA.net<mailto:DGomez@PVA.net>>
Cc:
'Brian.Ignaut@spacex.com<mailto:Brian.Ignaut@spacex.com>'<Brian.Ignaut@spacex.com<mailto:Brian.Ignaut@spacex.com>>
Subject: Customer

Hello Dave,

Hope all is well. I have a customer whom I have been working with that needs a quote for the following PVA equipment:

Mx 3000 MMD machine

PVA 200 dispense valve

PVA 3000 dispense robot

Please address the quote to Brian Ignaut (below) and call me if you have any questions.

Brian Ignaut
Responsible Engineer, Solar Arrays
<image001.jpg>
1 Rocket Road
Hawthorne, CA 90250

(P)310.363.6400 x 21320
(C)734.276.6079
Brian.Ignaut@spacex.com<mailto:Brian.Ignaut@spacex.com>

Best regards,

Scott Abarta
Ellsworth Adhesives
Engineered Sales
Cell: 949-742-9827

AS9120 and ISO 9001:2008 Certified

Line Card<http://www.ellsworth.com/display/LineCard.html>   Ellsworth Video<http://www.ellsworth.com/ellsworth-adhesives-a-video-introduction.html>   Catalog Download<http://www.ellsworth.com/catalog_request.html>