# EXHIBIT 34

EXHIBIT 34

481

# PVA

## BILL OF MATERIAL

**B32-0149**

| | |
|---|---|
| PART/ASSEMBLY: | Pneumatic assy, 8-station manifold |
| SHEET | 1 of 1 |
| REVISION | A |

| ISSUE DATE | 5/6/03 |
|---|---|
| REV. DATE | |

| ITEM | DESCRIPTION | SYMBOL | QTY | UNIT | REC SP | DATE | REMARKS |
|---|---|---|---|---|---|---|---|
| | Pneumatic schematic | 133-0204 | Ref | | | | |
| 1 | Lockout, filter/regulator assembly | A-471-0000007 | 1 | Ea | | | |
| 2 | Manifold, 8-station | VV5Q11-08N3FSQ-NS | 1 | Ea | | | |
| 3 | Solenoid, 2-position | VQ1101-5 | 5 | Ea | | | |
| 4 | Solenoid, 3-position | VQ1301-5 | 1 | Ea | | | |
| 5 | Regulator, atomizing air | IR1000-N01-X81 | 1 | Ea | | | |
| 6 | Flow control, M3 x 4mm, Z-slide | AS1201F-M3-04 | 4 | Ea | | | |
| 7 | Blank station | VVQ1000-10A-1 | 2 | Ea | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |

# PVA

## BILL OF MATERIAL

**B62-1121**

| ISSUE DATE | 4/3/06 | PART/ASSEMBLY: | Standard 2 gallon pressure pot. w/kalrez o-ring in filter | | | | SHEET | 1 | of | 1 |
| REV. DATE | | | | | | | REVISION | | | A |

| ITEM | DESCRIPTION | SYMBOL | QTY | UNIT | REC SP | DATE | REMARKS |
|---|---|---|---|---|---|---|---|
| | Assembly drawing | 162-6043 | 1 | ref | | | |
| 1 | 2 gallon pressure pot | B501-0068-00 | 1 | ea | | | |
| 2 | Material filter w/kit-F6-450-KZ | 00832 | 1 | ea | | | |
| 3 | Material shut off valve | 237-534 | 1 | ea | | | |
| 4 | Fitting 3/8"MNPT x 3/8"FNPT SS | 14x3/8MF | 1 | ea | | | |
| 5 | Fitting ¼"MNPT x ¼"FNPT 90deg | 2089-4-4S | 1 | ea | | | |
| 6 | Fitting ¼"MNPT x ¼"MNPT nipple | 2083-4-4S | 1 | ea | | | |
| 7 | Air regulator 0-60psi | NAR2000-N02-4 | 1 | ea | | | |
| 8 | Gauge 0-60psi | K-22 | 1 | ea | | | |
| 9 | Shut off | NVHS2500-N02 | 1 | ea | | | |
| 10 | Fitting ¼"MNPT x 5/16" tube, check valve | AKH09B-N02S | 1 | ea | | | |
| 11 | Fitting ¼"MNPT plug | 14HP | 1 | ea | | | |
| 12 | OMIT: and replace w/ PT 11 | | | | | | |
| | NOTE: double the quantity of PT 11 | | | | | | |
| 13 | Regulator coupling kit | Y20 | 1 | ea | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EXHIBIT 34

483 PVA-0421

# PVA

## BILL OF MATERIAL

**PART/ASSEMBLY:** Dispense System

**B62-2052**

SHEET 1 of 1
REVISION B

| ISSUE DATE | 5/8/09 |
| REV. DATE | 8/3/09 |

| ITEM | DESCRIPTION | SYMBOL | QTY | UNIT | REC SP | DATE | REMARKS |
|---|---|---|---|---|---|---|---|
| | Dispense drawing | 163-1712 | 1 | ref | | 5/8/09 | |
| 1 | 2-gallon pressure tank assembly | B62-1121 | 1 | ea | | | Ref dwg 163-0043 |
| 2 | Fitting 1/4mnpt x 3/8fnpt expander | 3/8 x 1/4 FG-SS | 1 | ea | | | |
| 3 | Air fitting 1/4mnpt x 5/16 tube 90° | KQ2L09-35S | 1 | ea | | | |
| 4 | Air pressure regulator 0-60psi | AR20K-N02-Z-X406 | 1 | ea | | | |
| 5 | Air pressure gauge 0-60psi | K-22 | 1 | ea | | | |
| 6 | Air fitting 1/4mnpt x 1/4 tube 90° | KQ2L07-35S | 1 | ea | | | |
| 7 | Air tube 1/4od red | TU0604R | 1 | 6ft lg | | | Trim if necessary |
| 8 | 6oz cartridge retainer assembly | PVA-102-060 | 1 | ea | | | |
| 9 | Fitting 1/4mnpt x -06fjic SS swivel | 6 F6X-SS | 1 | ea | | | |
| 10 | Fitting 3/8mnpt x -06mjic SS 90° | 6-6 CTX-SS | 2 | ea | | | |
| 11 | Material / solvent ball valve | SS-44XF6 | 1 | ea | | | |
| 12 | Moisture lok hose assembly, -06 x 107in long | 540P-06 x 107" | 1 | ea | | | |
| 13 | Fitting 1/4mnpt x -06mjic 90° | 6 CCTX | 1 | ea | | | |
| 14 | Material manifold | PM043-2 | 1 | ea | | | |
| 15 | Fitting 1/4mnpt x 1/4 tube 90° | 4MSEL4N-316 | 2 | ea | | | |
| 16 | Teflon tube 1/4od black | TFETB018702S0B | 2 | 72"ea | | | Trim if necessary |
| 17 | Fitting 1/8mnpt x 1/4 tube 90 | 4MSEL2N-316 | 2 | ea | | | |
| 18 | FCS300-ES extended spray valve | B12-1652 | 1 | ea | | | Ref dwg 112-2190 |
| 19 | FCM100-22G micro dot valve | B12-1788 | 1 | ea | | | Ref dwg 112-2420 |

# PVA

## BILL OF MATERIAL

**PART/ASSEMBLY:** Dispense System SPCX2115/W3267 REWORK

**B62-3514**

SHEET 1 of 1
REVISION A

| ISSUE DATE | 6/14/12 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REV. DATE | | | | | | | | |

| ITEM | DESCRIPTION | SYMBOL | QTY | UNIT | REC SP | DATE | REMARKS |
|---|---|---|---|---|---|---|---|
| | Dispense drawing | I63-2815 | 1 | ref | | | |
| 1 | Alloy 1 gallon pot | B62-2719 | 1 | ea | | | I63-2204 |
| 2 | Fitting 3/8mpt x -06mjic 90° | 6-6 CTX-SS | 2 | ea | | | |
| 3 | Fitting 3/8fnpt tee fxfxf | 3/8 MMO-SS | 1 | ea | | | |
| 4 | Moisture lok hose assembly -06mjic x 8ft | B62-1409 | 2 | ea | | | SS ends |
| 5 | Fitting 1/4mnpt x -06mjic 90° | 6 CTX-SS | 2 | ea | | | |
| 6 | Ball valve 1/4npt (3way) | SS-43GXF4 | 2 | ea | | | |
| 7 | Fitting 1/4mnpt x 1/4mnpt | 1/4 FF-SS | 2 | ea | | | |
| 8 | Cartridge retainer | 3232330 | 2 | ea | | | |
| 9 | Air cap | 8880114 | 2 | ea | | | |
| 10 | Retainer mounting bracket | B12-2546 | 2 | ea | | | |
| 11 | Air fitting 1/4mpt x 1/4 tube 90° | KQ2L07-35S | 4 | ref | | | |
| 12 | Air tubing 1/4od red | TU0604R | 24" | ref | | | |
| 13 | Precision air pressure regulator | IR2010-N02B | 2 | ea | | | |
| 14 | Air pressure gauge | K-22 | 2 | ea | | | |
| 15 | Air fitting 1/4mnpt x 5/16 tube 90° | KQ2L09-35S | 2 | ref | | | |
| 16 | Fitting 1/4mnpt x 1/4tube | 4MSC4N-316 | 2 | ea | | | |
| 17 | Teflon tube 1/4 od black | TFETB01870250B | 72" | ref | | | |
| 18 | Fitting 1/4tube bulkhead | 4BC4-316 | 2 | ea | | | |
| 19 | Fitting 1/8mnpt x 1/4tube 90° | 4MSEL2N-316 | 2 | ea | | | |
| 20 | FCS300-ES extended spray valve | FCS300-ES | 1 | ref | | | Customer already has B12-1652, 112-2190 |
| 21 | FC100-MC dispense valve | FC100-MC | 1 | ea | | | B12-1662, 112-2196 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

PVA-1183



CONFIDENTIAL

Engineering/Design Drawing: Proprietary

PVA\SPCX2115\W3267R2\Manual\W3267
Emanual\Schematics\

EXHIBIT 34

486



NOT IN USE

CONFIDENTIAL

Engineering/Design Drawing: Proprietary

PVA-1184

DISPENSE LAYOUT

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

EXHIBIT 34

PVA\SPCX2115\W3267R2\Manual\W3267 Emanual\Schematics\

487



PVA-1185

PRECISION VALVE & AUTOMATION, INC.
15 CLAIR DRIVE, HALFMOON, NY 12065  USA

1-GALLON PRESSURE TANK

183-2204

CONFIDENTIAL

Engineering/Design Drawing: Proprietary

PVA\SPCX2115\W3267R2\Manual\W3267 E\manual\Schematics\

EXHIBIT 34

488

# PVA

## BILL OF MATERIAL

**B32-0149R2**

| | |
|---|---|
| SHEET | 1 of 1 |
| REVISION | A |

**ISSUE DATE** 10/14/13  **PART/ASSEMBLY:** Pneumatic Assembly, 8-Station Manifold

**REV. DATE**

| ITEM | DESCRIPTION | PART NUMBER | QTY | UNIT | ECN# | REMARKS |
|---|---|---|---|---|---|---|
| | Pneumatic Schematic | 133-0204R2 | REF | REF | | |
| 1 | Lockout, Filter/Regulator Assembly | AC20-F2H01A | 1 | REF | | |
| 2 | Manifold, 8-Station | VV5Q11-08N3FS0-NS | 1 | EA | | |
| 3 | Solenoid, 2-Position | VQ1101-51 | 5 | EA | | |
| 4 | Solenoid, 3-Position, Center Closed | VQ1301-51 | 2 | EA | | |
| 5 | Blank Station | VVQ1000-10A-1 | 1 | EA | | |
| 6 | Regulator, Atomizing Air 0-5 psi | IR1000-N01-X81 | 1 | EA | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |

PVA\SPCX2115\W3267R2\Manual\W3267
Emanual\Schematics\

EXHIBIT 34

489 PVA-1186

# PVA

## BILL OF MATERIAL

Dispense System: SPCX2115/W3267R2

**PART/ASSEMBLY:** Updated fitting part number

**B62-2052R2**

SHEET 1 of 2

REVISION B

| ISSUE DATE | 10/8/13 |
| REV. DATE | 10/25/13 |

| ITEM | DESCRIPTION | SYMBOL | QTY | UNIT | REC SP | DATE | REMARKS |
|---|---|---|---|---|---|---|---|
| | Dispense drawing | 163-1712R2 | 1 | Ref | | | Parts 1-19 ref on B62-2052 |
| 1 | 2-gallon pressure tank assembly | B62-1121 | 1 | Ref | | | |
| 2 | Fitting 1/4mnpt x 3/8fnpt expander | 3/8 x 1/4 FG-SS | 1 | Ref | | | Ref dwg 163-0043 |
| 3 | Air fitting 1/4mnpt x 5/16 tube 90° | KQ2L09-35S | 1 | Ref | | | |
| 4 | Air pressure regulator 0-60psi | AR20K-N02-Z-X406 | 1 | Ref | | | |
| 5 | Air pressure gauge 0-60psi | K-22 | 1 | Ref | | | |
| 6 | Air fitting 1/4mnpt x 1/4 tube 90° | KQ2L07-35S | 1 | Ref | | | |
| 7 | Air tube 1/4od red x 6ft long | TU0604R | 1 | Ref | | | Trim if necessary |
| 8 | 6oz cartridge retainer assembly | PVA-102-060 | 1 | Ref | | | |
| 9 | Fitting 1/4mnpt x -06mjic SS swivel | 6 F6X-SS | 1 | Ref | | | |
| 10 | Fitting 3/8mnpt x -06mjic SS 90° | 6-6 CTX-SS | 2 | Ref | | | |
| 11 | Material / solvent ball valve | SS-44XF6 | 1 | Ref | | | Use SS crimp ends |
| 12 | Moisture lok hose assembly -06 x 107in long | 540P-06 x 107" | 1 | Ref | | | |
| 13 | Fitting 1/4mnpt x -06mjic 90° | 6 CCTX | 1 | Ref | | | |
| 14 | Material manifold | PM0043-2 | 1 | Ref | | | |
| 15 | Fitting 1/4mnpt x 1/4 tube 90° | 4MSEL4N-316 | 2 | Ref | | | |
| 16 | Teflon tube 1/4od black x 72" long | TFETB01870250B | 2 | Ref | | | Trim if necessary |
| 17 | Fitting 1/8mnpt x 1/4 tube 90 | 4MSEL2N-316 | 2 | Ref | | | |
| 18 | FCS300-ES extended spray valve | B12-1652 | 1 | Ref | | | Ref dwg 112-2190 |
| 19 | FCM1100-22G micro dot valve | B12-1788 | 1 | Ref | | | Ref dwg 112-2420 |
| 20 | One gallon pressure tank assembly | B62-2719 | 1 | Ea | | | Alloy, 163-2204 |
| 21 | Fitting 3/8fnpt x -06mjic SS | 6-6 GTX-SS | 1 | Ea | | | |
| 22 | Urethane coated 8 braided Teflon hose assembly -06 x 8ft | B62-2365 | 1 | Ea | | | Includes two 1069JN-6-6C hose ends |
| 23 | Fitting 1/4mnpt x -06mjic 90, SS | 6 CTX-SS | 1 | Ea | | 10/25/13 | REV B |
| 24 | Ball valve 1/4fnpt, 3 way, pneumatically operated | SS-43GXF4-51D | 1 | Ea | | | |

**PVA**

# BILL OF MATERIAL

**B62-2052R2**

| | | |
|---|---|---|
| PART/ASSEMBLY: | | Dispense System: SPCX2115/W3267R2 |
| ISSUE DATE | 10/8/13 | |
| REV. DATE | | |

SHEET 2 of 2
REVISION A

| ITEM | DESCRIPTION | SYMBOL | QTY | UNIT | REC SP | DATE | REMARKS |
|---|---|---|---|---|---|---|---|
| 25 | Air fitting: 1/8mnpt x 1/4tube 90 | KQ2L07-34S | 2 | Ea | | | |
| 26 | Fitting: 1/4mnpt x 1/4tube 90 | 4MSEL4N-316 | 2 | Ea | | | |
| 27 | Teflon material tubing: black. 1/4od x 10ft | TFETB01870250B | 3 | Ea | | | Trim as needed |
| 28 | Fitting: 1/4mnpt x 1/4tube | 4MSC4N-316 | 1 | Ea | | | |
| 29 | Material cartridge: hose clamp | 5388K16 | 1 | Ea | | | |
| 30 | Fitting: 1/4tube x 1/4tube bulkhead | 4BC4-316 | 1 | Ea | | | |
| 31 | Fitting: 1/8mnpt x 1/4tube 90 | 4MSEL2N-316 | 1 | Ea | | | |
| 32 | Air tubing: red. 1/4od x 15ft | TU0604R | 1 | Ea | | | Trim as needed, not shown |
| 33 | Air tubing: blue. 1/4od x 15ft | TU0604BU | 1 | Ea | | | Trim as needed, not shown |

PVA\SPCX2115\W3267R2Manual\W3267
Emanual\Schematics\

EXHIBIT 34

491

PVA-1188

# PVA

## BILL OF MATERIAL

**PART/ASSEMBLY:** ALLOY 1 gallon pressure pot. w/ 450 mesh filter, kalrez o-ring in filter

| ISSUE DATE | 12/30/10 |
| REV. DATE | |

**B62-2719**

SHEET 1 of 1
REVISION A

| ITEM | DESCRIPTION | SYMBOL | QTY | UNIT | REC SP | DATE | REMARKS |
|---|---|---|---|---|---|---|---|
| | Assembly drawing | 163-2204 | 1 | Ref | | | |
| 1 | 1 gallon pressure pot | B501-0228-00 | 1 | Ea | | | |
| 2 | Material filter housing | 00832 | 1 | Ea | | | |
| 3 | 450 mesh material filter kit | KIT-F6-450-V | 1 | Ea | | | Omit Viton o-ring |
| 3a | Kalrez / o-ring in filter kit | C6-KZ-V8545-75 | 1 | Ea | | | |
| 4 | Material shut off valve | 237534 | 1 | Ea | | | |
| 5 | Fitting 1/4mmpt x 3/8mpt SS | 1/4 x 3/8 CD-SS | 1 | Ea | | | |
| 6 | Fitting 1/4mmpt x 1/4fmpt 90deg | 1/4 CD | 1 | Ea | | | |
| 7 | Fitting 1/4mmpt x 1/4mmpt nipple | 1/4 FF | 1 | Ea | | | |
| 8 | Air regulator 0-60psi | AR20K-N02-Z-X4 | 1 | Ea | | | |
| 9 | Gauge 0-60psi | K-22 | 1 | Ea | | | |
| 10 | Shut off | VHS20-N02A-Z | 1 | Ea | | | |
| 11 | Air fitting 1/4mmpt x 5/16 tube, check valve | AKH09B-N02S | 1 | Ea | | | |
| 12 | Fitting 1/4mmpt plug | 1/4 HP-SS | 2 | Ea | | | |
| 13 | Regulator coupling kit | Y200-A | 1 | Ea | | 1/2/15 | |
| 14 | Pre-made ground strap assembly | | 1 | Ea | | | |

## PVA

## BILL OF MATERIAL

**B72-01433**

| ISSUE DATE | 10/8/13 | PART/ASSEMBLY: SPCX2115/ W3267R2 |
|---|---|---|
| REV. DATE | 10/25/13 | Updated fitting part numbers. REV B |

SHEET 1 of 1
REVISION B

| ITEM | DESCRIPTION | PART NUMBER | QTY | UNIT | ECN# | REMARKS |
|---|---|---|---|---|---|---|
| 1 | One gallon pressure tank assembly | B62-2719 | 1 | Ea | | Alloy, 163-2204 |
| 2 | Fitting: 3/8npt x -6onjic. SS | 6-6 GTX-SS | 1 | Ea | | |
| 3 | Urethane coated S braided Teflon hose assembly: -06 x 8ft | B62-2365 | 1 | Ea | | Includes two 1069TN-6-6C hose ends |
| 4 | Fitting: 1/4mnpt x -6Onjic 90, SS | 6 GTX-SS | 1 | Ea | | REV B, 10/25/13 |
| 5 | Ball valve: 1/4fnpt, 3 way, pneumatically operated | SS-43GXF4-51D | 1 | Ea | | |
| 6 | Air fitting: 1/8mnpt x 1/4tube 90 | KQ2L07-34S | 2 | Ea | | |
| 7 | Fitting: 1/4mnpt x 1/4tube 90 | 4MSEL4N-316 | 2 | Ea | | |
| 8 | Teflon material tubing: black, 1/4od x 10ft | TFETB01870250B | 3 | Ea | | Trim as needed |
| 9 | Fitting: 1/4mnpt x 1/4tube | 4MSC4N-316 | 1 | Ea | | |
| 10 | Material cartridge: hose clamp | 5388K16 | 1 | Ea | | |
| 11 | Fitting: 1/4tube x 1/4tube bulkhead | 4BC4-316 | 1 | Ea | | |
| 12 | Fitting: 1/8mnpt x 1/4tube 90 | 4MSEL2N-316 | 1 | Ea | | |
| 13 | Solenoid, 3-position | VQ1301-51 | 1 | Ea | | |
| 14 | Air tubing: red, 1/4od x 15ft | TU0604R | 1 | Ea | | Trim as needed, not shown |
| 15 | Air tubing: blue, 1/4od x 15ft | TU0604BU | 1 | Ea | | Trim as needed, not shown |
| 16 | Electrical Schematic Drawing | I23-2415R2 | 1 | Ref | | Software updated needed |
| 17 | Output Module | SNAP-ODC5SNK | 1 | Ea | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |

PVA\SPCX2115\W3267R2\Manual\W3267
Emanual\Schematics\

EXHIBIT 34

493

PVA-1190

PVA\SPCX2115\W3267R2\Pneu\

EXHIBIT 34

494 PVA-1191

**B32-0149R2**

**MACHINE 2300**

**8 STATION**

| Station | Description | A-port Function | A-port Label | B-port Function | B-port Label | Regulator Label | Solenoid Type | Head Pos. | Sensor Number | Output Number | Material |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Z-SLIDE | DOWN | 950 | UP | 951 | | 2POSS | | | 25 | |
| 2 | ATOM | ON | 952 | PLUG | 954 | 953 | 2POSS | VLV1 | 53 | 26 | |
| 3 | VALVE 1 | OPEN | 955 | CLOSE | 956 | | 2POSS | VLV1 | | 27 | |
| 4 | Z-SLIDE | DOWN | 957 | UP | 958 | | 2POSS | VLV2 | 54 | 28 | |
| 5 | ROTARY | 45DEG | 959 | 0DEG | 960 | | 3POSC | VLV2 | 55,56 | 29,30 | |
| 6 | VALVE 2 | OPEN | 961 | CLOSE | 962 | | 2POSS | VLV2 | | 31 | |
| 7 | BALL VALVE | SOLVENT | 963 | MATERIAL | 964 | | 3POSS | | | 32,33 | |
| 8 | SPARE | ****** | 965 | ****** | 966 | | BLANK | | | | |

**Rules for Senso**

| Input # | Sensor Number |
|---|---|
| Low Level (mat | 49 |
| PIP (Conveyor) | 50,51,52 |
| Pneumatic | 53+ |
| PIP (Fixture) | Next |
| SPARE | 65,66,67 |
| Needle Cal. | 61,62,63 |
| Needle Cal. In pla | 64 |
| Low Exhaust Flo | 71 |

**VALVE LAYOUT**

| VLV1 | VLV2 |
|---|---|
| FCS100-ES | FC100 |

FRONT

| LEFT | TO | RIGHT |
|---|---|---|

**PIP LAYOUT**

| PIP #1 | PIP #2 | PIP #3 |
|---|---|---|
| 50 | 51 | 52 |

FRONT

PVA\SPCX2115\W3267R2\Prog\10-24-2013\

EXHIBIT 34

```
REM  Machine Style: 350_W3SD
NO   Author: JBB   Date: 10/09/2006   Version: 1.00
NO   Project: SPCX2115   Serial #: W3267   Company: Space X
NO   Modified by: NS   Date: 5/1/09
REM  PathMaster version: 2.00+
REM
REM  ================
REM  Revision History
REM  ================
REM  Change:                    Date:    By:
REM  -------------------------------------------------
REM  - Added Teach Pendant Routines.         7/3/02    TMB
REM  - Added Solvent Cup Routines.           7/3/02    TMB
REM  - Added Z Axis Scaling (Requires n17e firmware) 2/06/04   TMB
REM  2- Modified Cal routine, Solvent position    6/23/09   AH
REM  3- Added Y offset to Home Routine.         7/2/09    AJH
REM  5- Added Auto Solvent Flush             10/11/13   FP
REM  8- Adjusted purge points               10/24/13   MRL
REM  -------------------------------------------------
REM
REM  This software, including the information contained
REM  herein, is the property of Precision Valve & Automation,
REM  Inc. or its licensee and is considered confidential and proprietary
REM  information.  It is delivered on the express condition that
REM  it not be used, disclosed, or reproduced in whole or in
REM  part, for any reason without prior written consent of
REM  Precision Valve & Automation, Inc.
REM
REM  (C) 2006 Precision Valve & Automation, Inc.
REM
REM !!!! Startup And Scan Routines (Thread 0) !!!!
#AUTO;PASSED=0;POS_VAL=0;FANPASS=0
#AUTO1;DOG=40;TRY_RES=0;SDE=0
#AUTO2;AB1;JS#SCALE;JS#PRE_CHK
#SCAN;AP_TE=(TIME-AP_TP)*AP_EN;JP#FESTOP,(@IN[iFLOW]*XFL_EN)=1
  JP#ESTOP,@IN[iESTOP]=1
  JP#ESTOP,(1-@IN[iDOOR])&DRFLAG=1
  JP#ESTOP,(1-@IN[iDOOR])&@IN[iBYPASS]=1
  JP#ESTOP,LL_ERR<>0;DOG=67
  JP#ESTOP,VPNTO=1
  JS#OSTOP,(OUTAC+@IN[FKEY1])=0;FPOWER=1;JP#SCAN
#OSTOP;CSTOP=1;EN
#FESTOP;FAN_ERR=1;JP#ESTOP

REM !!!! Auxiliary Error Routines (Thread 1) !!!!
#KEYMON;JP#KEYMON,MERR*(1-@IN[FKEY1])<>-1;KEY1=1;EN

REM !!!! Emergency Stop and Error Routine (Thread 0) !!!!
#ESTOP;ETIME=TIME;HX1;HX2;HX3
  OP $EF,$FFFF,$FFFF,$FFFF
  WT100;AB1;MO;KEY1=0;MEC=20
  JS#SS_ER;ERX=30000;ERY=30000;ERZ=30000;MERR=0;TEACH=0;FPOWER=0;XQ#KEYMON,2
#ESTOP1;WT150;MEC=1;JP#S200,@IN[iESTOP]=1
```

3267_M08.txt[8/25/2017 9:14:31 AM]

PVA\SPCX2115\W3267R2\Prog\10-24-2013\

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

497    VA-1194

```
MEC=3;JP#S200,(1-@IN[iDOOR])&@IN[iBYPASS]=1
MEC=3;JP#S200,DRFLAG&(1-@IN[iDOOR])=1
MEC=4;JP#S210,LL_ERR=14;MEC=5;JP#S210,LL_ERR=39
MEC=6;JP#S198,FAN_ERR=1
MEC=7;JP#S199,VPNTO=1;JP#ESTOP2,POS_VAL=0
MEC=-1;JP#S208,KEY1=0;JS#FKEYREL;MERR=0
ERX=1000;ERY=1000;ERZ=1000;JS#DR_CLOS;PING=0;AP_OUT=1
MODE=0
HX1;HX2;ACFLAG=0;VLV=VSTORE;SB5;WT700;CS;SH;WT100;XQ#CS_MN1,1;JP#SCAN
#ESTOP2;MERR=-2;JS#S209;JS#WAIT_F1;HX1;HX2;ZS0;DP 0,0,0;JP#AUTO1
```

```
REM !!!! Command Error Routine (Thread 0) !!!!
#CMDERR,HX1;HX2;HX3;ST;AM;MO
  OP $EF,$FFFF,$FFFF,$FFFF
  SH;TEACH=0;FPOWER=0;ERR=_TC;MEC=11
  LINE=_ED;MERR=11;JS#SS_ER;JP#GSERR,SDE=41;JP#RESET,INIT*ERR=9
  JP#RESET,INIT*ERR=83;JS#S201;JS#FKEYREL;JS#ER_WT;HX1;JP#AUTO1
#GSERR;JS#S206;HX
```

```
REM !!!! Position Error Routine (Thread 0) !!!!
#POSERR;HX1;HX2;HX3;JS#S202;ST;AM;MO
  OP $EF,$FFFF,$FFFF,$FFFF
  TEACH=0;POS_VAL=0,FPOWER=0
  MEC=12;MERR=12;JS#SS_ER;JS#FKEYREL;JS#ER_WT
  HX1;ZS0;DP 0,0,0;JP#AUTO1
```

```
REM !!!! Limit Error Routine (Thread 0) !!!!
#LIMSW1;TEACH=0;JP#LS_HOME,HOMING=1;POS_VAL=0;HX1;HX2;HX3;JS#S203;ST;AM;MO
  MEC=13;MERR=13;JS#SS_ER,FPOWER=0
  OP $EF,$FFFF,$FFFF,$FFFF
  JS#FKEYREL
  JS#ER_WT;HX1;ZS0;DP 0,0,0;JP#AUTO1
#LS_HOME;RE
```

```
REM !!!! Startup Delay for Fan !!!!
#FAN_WT;HX1;FAN_WT=60000
  FAN_INC=1000;JS#S159;WT2000;JP#FAN_ER,@IN[iFLOW]=1;JS#S160
#FAN_WT1;WT FAN_INC;JS#S161;FAN_WT=(FAN_WT-FAN_INC)
  JP#FAN_ER,@IN[iFLOW]=1;JP#FAN_WT1,FAN_WT>0;FAN_ERR=0;FANPASS=1;EN
#FAN_ER;ZS1;FAN_ERR=1;FANPASS=0;JP#ESTOP
```

```
REM !!!! Machine Error Subroutines (Thread 0) !!!!
#ER_WT;JP#NOOP,@IN[FKEY1]=0;JP#ER_ST,@IN[FKEY5]=0;JP#ER_WT
#ER_ST;JS#FKEYREL;JS#SS_MN;JS#ER_SC;JP#ER_WT
#ER_SC;JS#FKEYREL;JS#S201,MERR=11;JS#S202,MERR=12;JS#S203,MERR=13;EN
```

```
REM !!!! Pre-Start Routines !!!!
#PRE_CHK;JS#INIT;JS#FAN_WT,((1-FANPASS)*XFL_EN)=1;JS#SF_MN,PASSED=0;SB5
  JP#PRE_HM,POS_VAL=0;ACM_ER=(@ABS[_TEX]+@ABS[_TEY]+@ABS[_TEZ])
  JP#PRE_HM,ACM_ER>800;XQ#CS_MN1,1;EN
#PRE_HM;POS_VAL=0;XQ#CS_MN,1;EN
```

```
REM !!!! Start-up Safety Check (Thread 0) !!!!
#SF_MN;MO;CHECK=0;VFAIL=0
```

3267_M08.txt[8/25/2017 9:14:31 AM]

PVA\SPCX2115\W3267R2\Prog\10-24-2013\

CONFIDENTIAL

Software Code-Proprietary/irrelevant

498

PVA-1195

```
  JS#CLS;JS#L1;MG{P2}{N}"Machine Safety Check"
  VESPP=1;VDSPP=1;JS#L2;MG{P2}{N}"Press F1 to initiate."
  JS#WAIT_F1
#SF_LP;JP#SF_FE,VFAIL=1;JP#SF_FD,VFAIL=2;JP#SF_FP,VFAIL=5
  JP#SF_NE,@IN[iESTOP]=1;JP#SF_ND,@IN[iDOOR]=0;JP#SF_NK,@IN[iBYPASS]=0
  JP#SF_CP,CHECK=0;JP#SF_CE,CHECK=1;JP#SF_CD,CHECK=2;PASSED=1;EN

#SF_NE;JS#CLS;JS#L1;MG{P2}{N}"Undo the EStop button.";CKSEN=iESTOP
  JS#S_ZERO;JP#SF_LP
#SF_ND;JS#CLS;JS#L1;MG{P2}{N}"Close the door.";CKSEN=iDOOR
  JS#S_ONE;JP#SF_LP
#SF_NK;JS#CLS;JS#L1;MG{P2}{N}"Turn the Door Bypass key to OFF";CKSEN=iBYPASS
  JS#S_ONE;JP#SF_LP
#SF_CP;CB5;VCHECK=iPOWER;VSTATE=0;VFAIL=5;JS#SF_DD;JP#SF_LP,VFAIL<>0;SB5
  VFAIL=5;VSTATE=1;JS#SF_DD;CHECK=1;JP#SF_LP
#SF_CE;VCHECK=iESTOP;JS#CLS;JS#L1;MG{P2}{N}"Press the EStop button.";VESPP=1
  VSTATE=1;VFAIL=1;JS#SF_DD;JP#SF_LP,VFAIL<>0;VCHECK=iPOWER;VSTATE=0;VFAIL=5
  VESPP=0;JS#SF_DD,VESPP=1;CHECK=2;JP#SF_LP
#SF_CD;VCHECK=iDOOR;JS#CLS;JS#L1;MG{P2}{N}"Open the door.";VDSPP=1
  VSTATE=0;VFAIL=2;JS#SF_DD;JP#SF_LP,VFAIL<>0;VCHECK=iPOWER;VSTATE=0;VFAIL=5
  VDSPP=0;JS#SF_DD,VDSPP=1;CHECK=3,JP#SF_LP
#SF_DD;SFTMR=TIME;WT500
#SF_DD1;JP#SF_DD2,(VFAIL-1)*(@IN[iESTOP])*VESPP<>0
  JP#SF_DD2,(VFAIL-2)*(1-@IN[iDOOR])*VDSPP<>0
  JP#SF_DD2,@IN[iBYPASS]=0
  JP#NOOP,(TIME-SFTMR)>8000;JP#SF_DD1,@IN[VCHECK]<>VSTATE;VFAIL=0;EN
#SF_DD2;ZS1;VFAIL=0;JP#SF_LP
#SF_FP;CB5;JS#CLS;JS#L1;MG{P2}{N}"Power check failed.";JP#SF_FAIL
#SF_FE;JS#CLS;JS#L1;MG{P2}{N}"EStop button failed.";JP#SF_FAIL
#SF_FD;JS#CLS;JS#L1;MG{P2}{N}"Door safety failed.";JP#SF_FAIL
#SF_FAIL;JP#SF_OVER,SAFE<>0;JS#L2;MG{P2}{N}"Press F1 to repeat test."
  JS#WAIT_F1;SAFE=1;JP#SF_MN
#SF_OVER;JS#L2;MG{P2}{N}"Repair and restart machine.";ZS0;HX

REM !!!! Program Status Report (Thread 0 or 1) !!!!
#SS_MN;JS#CLS
JS#L1;MG{P2}{N}"Machine Status Report.  Press ";MG{P2}{N}"F1 to    "
JS#L2;MG{P2}{N}"scroll through screens or F8 t";MG{P2}{N}"o quit.   "
JS#SS_LP

JS#CLS;JS#L1;MG{P2}{N}"X-axis  Enc.Pos.  Com.Pos.  P"
MG{P2}{N}"os.Err.  "
JS#L2;MG{P2}{N}"        ",{F6.0}_TPX," ",{F6.0}_RPX." ",{F6.0}_TEX
JS#SS_LP

JS#CLS
JS#L1;MG{P2}{N}"Y-axis  Enc.Pos.  Com.Pos.  P";MG{P2}{N}"os.Err.  "
JS#L2;MG{P2}{N}"        ",{F6.0}_TPY," ",{F6.0}_RPY," ",{F6.0}_TEY
JS#SS_LP

JS#CLS
JS#L1;MG{P2}{N}"Z-axis  Enc.Pos.  Com.Pos.  P";MG{P2}{N}"os.Err.  "
JS#L2;MG{P2}{N}"        ",{F6.0}_TPZ," ",{F6.0}_RPZ," ",{F6.0}_TEZ
JS#SS_LP
```

3267_M08.txt[8/25/2017 9:14:31 AM]

CONFIDENTIAL

PVA\SPCX2115\W3267R2\Prog\10-24-2013\

Software Code–Proprietary/irrelevant

PVA-1196

```
JS#CLS;N1=_MOX;JS#L1;MG{P2}{N}"X-axis Motors  On/Off  Torque"
MG{P2}{N}" Tor.Lim.";JS#L2;MG{P2}{N}"          ",HLW[N1]{S3}
MG{P2}{N}"  ",{F1.4}_TTX,"",{F1.4}_TLX
JS#SS_LP


JS#CLS;N1=_MOY;JS#L1;MG{P2}{N}"Y-axis Motors  On/Off  Torque"
MG{P2}{N}" Tor.Lim.";JS#L2;MG{P2}{N}"          ",HLW[N1]{S3}
MG{P2}{N}"  ",{F1.4}_TTY,"",{F1.4}_TLY
JS#SS_LP


JS#CLS;N1=_MOZ;JS#L1;MG{P2}{N}"Z-axis Motors  On/Off  Torque"
MG{P2}{N}" Tor.Lim.";JS#L2;MG{P2}{N}"          ",HLW[N1]{S3}
MG{P2}{N}"  ",{F1.4}_TTZ,"",{F1.4}_TLZ
JS#SS_LP


JS#CLS;N1=_HMX;N2=_LFX;N3=_LRX
JS#L1;MG{P2}{N}"X-axis Sensors  Home  For.Lim.";MG{P2}{N}" Rev.Lim."
JS#L2;MG{P2}{N}"          ",HLW[N1]{S3},"  ",HLW[N2]{S3}
MG{P2}{N}"   ",HLW[N3]{S3}
JS#SS_LP


JS#CLS;N1=_HMY;N2=_LFY;N3=_LRY
JS#L1;MG{P2}{N}"Y-axis Sensors  Home  For.Lim.";MG{P2}{N}" Rev.Lim."
JS#L2;MG{P2}{N}"          ",HLW[N1]{S3},"   ",HLW[N2]{S3}
MG{P2}{N}"   ",HLW[N3]{S3}
JS#SS_LP


JS#CLS;N1=_HMZ;N2=_LFZ,N3=_LRZ
JS#L1;MG{P2}{N}"Z-axis Sensors  Home  For.Lim.";MG{P2}{N}" Rev.Lim."
JS#L2;MG{P2}{N}"          ",HLW[N1]{S3},"   ",HLW[N2]{S3}
MG{P2}{N}"   ",HLW[N3]{S3}
JS#SS_LP


JS#CLS
JS#L1;MG{P2}{N}"X-axis Tuning   KD   KP ";MG{P2}{N}"  KI   "
JS#L2;MG{P2}{N}"          ",{F3.2}_KDX,"",{F3.2}_KPX,"",{F3.2}_KIX
JS#SS_LP


JS#CLS
JS#L1;MG{P2}{N}"Y-axis Tuning   KD   KP ";MG{P2}{N}"  KI   "
JS#L2;MG{P2}{N}"          ",{F3.2}_KDY,"",{F3.2}_KPY,"",{F3.2}_KIY
JS#SS_LP


JS#CLS
JS#L1;MG{P2}{N}"Z-axis Tuning   KD   KP ";MG{P2}{N}"  KI   "
JS#L2;MG{P2}{N}"          ",{F3.2}_KDZ,"",{F3.2}_KPZ,"",{F3.2}_KIZ
JS#SS_LP;EN


#SS_LP;JP#WAIT_F1,@IN[FKEY1]=0;JP#SS_LP1,@IN[FKEY8]=0;JP#SS_LP
#SS_LP1;ZS1;JS#FKEYREL;EN
#SS_ER;JP#NOOP,REPORT=0;MG;MG"Error Cause: "{N};MG HLW[MEC]{S}
  MG"E-Stop:"{N};MG@IN[iESTOP]{F1.0}
```

CONFIDENTIAL

Software Code: Proprietary/irrelevant
EXHIBIT 34

PVA-1197

```
MG"Door:"{N};MG@IN[iDOOR]{F1.0}
MG"Door Bypass:"{N};MG@IN[iBYPASS]{F1.0}
MG"Exhaust Flow:"{N};MG@IN[iFLOW]{F1.0}
MG"Material A Level:"{N};MG@IN[iLEVELA]{F1.0}
MG"Material B Level:"{N};MG@IN[iLEVELB]{F1.0}
MG"Stop Codes (x,y,z)";MG_SCX{F3.0}{N};MG_SCY{F3.0}{N}
MG_SCZ{F3.0}{N}
MG"Current Error: "{N};TC1;MG"Error on line:",{F3.0}LINE
MG"Current Position (x,y,z)";TPXYZ{F6.0}
MG"Position Error (x,y,z)";TEXYZ{F6.0};EN


REM !!!! Initialization Routine (Thread 0) !!!!
#INIT;HX1;HX2;HX3;INIT=0;PMX=2;CO 14
OP $EF,$FFFF,$FFFF,$FFFF,$FFFF
CS;JS#INITLCD;JS=S001;WT2000;DA*[0];JS#FKEYREL
DM PT_SBY[4],PT_CAL[4],PT_APG[4],A_HEAD[5],AXIS[6],ASTRSK[4],HLW[30]
DM R_HEAD[5],OPF1[20],OPF2[20],OPF3[20],OPF4[20],ECOD1[10],ECOD2[10]
DM ECOD3[10],ECOD4[10],ECOD5[10],A2HEAD[5],PT_SOL[5]
ASTRSK[0]=" ";ASTRSK[1]="*";ASTRSK[2]="*";FPOWER=0;KEY1=0
ASTRSK[3]=" ",HLW[0]="ON ";HLW[1]="OFF",HLW[2]="OFF",HLW[3]="ON "
HLW[11]="ComErr";HLW[12]="PosErr";HLW[13]="LimErr";HLW[20]="I/O   "
AXIS[1]="X&Y";AXIS[2]="X ";AXIS[3]="Y ",AXIS[4]="Z ",ERR=0;LINE=0;REPORT=0
AXIS[5]="W ",OUTAC=1,VLV=1;HOMING=1;VPNTO=0;SAFE=0;TEACH=0;MODE=0;ST_BY=0
AP_TE=0;AP_TP=TIME;ACFLAG=0,VSTORE=1;CAXIS=1,CHEAD=1;PLYBCK=0;FAN_ERR=0
PNEC=0;PING=0;ACINPT=0,VCLEAR=0;AP_OUT=1;FLSO_TM=TIME
DRFLAG=1;MERR=0,JS#GETASN;JS#IMACH,SDE=41;GS#IPROG,#EOM;SDE=0;JS#IPROG
LL_ERR=0;INIT=1;JP#INIT2,CPROG<=KNPROG,CPROG=1
#INIT2;JS#LPPROG;JS#CHECK;INIT=0;EN


REM !!!! Check Variables And Reset Routines (Thread 0) !!!!
#CHECK;JP#RESET,CPROG<1;JP#RESET,CPROG>KNPROG;JP#RESET,CCNT<0
  JP#RESET,FANPASS<0;JP#RESET,POS_VAL<0
  JP#RESET,FNF_EN<0
  JP#RESET,FNF_TM<0
  JP#RESET,FLUSH_TM<0
  JP#RESET,FILL_TM<0
  JP#RESET,SOLVENT<0
EN
#RESET;JS#S204;WT2000;JP#S205,TRY_RES=1;HX1;HX2;HX3
  DA*,*[0];CCNT=0;CPROG=1;FANPASS=0;POS_VAL=0
  FNF_EN=0
  FNF_TM=1800000
  FLUSH_TM=30000
  FILL_TM=30000
  SOLVENT=0
  TRY_RES=1;PASSED=0;JS#S100;ZS0;JP#AUTO2


REM !!!! Load Program Routine (Thread 0) !!!!
#LPPROG;SDE=41;JP#LP2,CPROG>1;GS#PROG1,#PROG;JP#LX
#LP2;JP#LP4,CPROG>3;GS#PROG2,#PROG;JP#LX,CPROG=2;GS#PROG3,#PROG;JP#LX
#LP4;JP#LP6,CPROG>5;GS#PROG4,#PROG;JP#LX,CPROG=4;GS#PROG5,#PROG;JP#LX
#LP6;JP#LP8,CPROG>7;GS#PROG6,#PROG;JP#LX,CPROG=6;GS#PROG7,#PROG;JP#LX
#LP8;JP#LP10,CPROG>9;GS#PROG8,#PROG;JP#LX,CPROG=8;GS#PROG9,#PROG;JP#LX
#LP10;JP#LP12,CPROG>11;GS#PROG10,#PROG;JP#LX,CPROG=10;GS#PROG11,#PROG;JP#LX
```

3267_M08.txt[8/25/2017 9:14:31 AM]

PVA\SPCX2115\W3267R2\Prog\10-24-2013\

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

501
PVA-1198

```
#LP12;JP#LP14,CPROG>13;GS#PROG12,#PROG;JP#LX,CPROG=12;GS#PROG13,#PROG;JP#LX
#LP14;JP#LP16,CPROG>15;GS#PROG14,#PROG;JP#LX,CPROG=14;GS#PROG15,#PROG;JP#LX
#LP16;JP#LP18,CPROG>17;GS#PROG16,#PROG;JP#LX,CPROG=16;GS#PROG17,#PROG;JP#LX
#LP18;JP#LP20,CPROG>19;GS#PROG18,#PROG;JP#LX,CPROG=18;GS#PROG19,#PROG;JP#LX
#LP20;JP#LP22,CPROG>21;GS#PROG20,#PROG;JP#LX,CPROG=20;GS#PROG21,#PROG;JP#LX
#LP22;JP#LP24,CPROG>23;GS#PROG22,#PROG;JP#LX,CPROG=22;GS#PROG23,#PROG;JP#LX
#LP24;JP#LP26,CPROG>25;GS#PROG24,#PROG;JP#LX,CPROG=24;GS#PROG25,#PROG;JP#LX
#LP26;JP#LP28,CPROG>27;GS#PROG26,#PROG;JP#LX,CPROG=26;GS#PROG27,#PROG;JP#LX
#LP28;JP#LP30,CPROG>29;GS#PROG28,#PROG;JP#LX,CPROG=28;GS#PROG29,#PROG;JP#LX
#LP30;JP#LP32,CPROG>31;GS#PROG30,#PROG;JP#LX,CPROG=30;GS#PROG31,#PROG;JP#LX
#LP32;GS#PROG32,#PROG;JP#LX
#LX;SDE=0;EN


REM !!!! Home Routine (Thread 1) !!!!
#MV_HOME,JS#DR_CLOS,JS#S019;POS_VAL=0;HOMING=1
  JS#TUNE;ST;AM
  FL 200000,200000,200000
  BL -200000,-200000,-200000
  AC 150000,150000,150000/SCALE_Z
  DC 150000,150000,150000/SCALE_Z
  OE 1,1,1;JS#ALLUP,ERX=1000;ERY=1000;ERZ=1000;SH
  FEZ;SPZ=30000/SCALE_Z;BGZ;AMZ;PR,,1500;BGZ;AMZ
  FEZ;SPZ=2000/SCALE_Z;BGZ;AMZ;PR,,1000;SPZ=20000/SCALE_Z;BGZ;AMZ;DPZ=0
  FLZ=30000;BLZ=-3000
  FEXY;SP 10000,10000;BGXY;AMXY;PR 3000,3000;SP 500,500;BGXY;AMXY
  FEXY;SP 500,500;BGXY;AMXY;PR 3000,3000;SP 2000,2000;BGXY;AMXY
  DP 0,-703;JS#TUNE,POS_VAL=1;HOMING=0;EN


REM !!!! Move To Stand-By Routine (Thread 1) !!!!
#MV_SBY;JS#DR_CLOS;JS#ALLUP;SP 60000,60000,100000/SCALE_Z
  AC 150000,150000,150000/SCALE_Z;DC 150000,150000,150000/SCALE_Z
  SH;DELTAS=@ABS[_TPX-PT_SBY[0]]+@ABS[_TPY-PT_SBY[1]]+@ABS[_TPZ-PT SBY[2]]
  JS#SAFEZ,DELTAS>10
  PA PT_SBY[0],PT_SBY[1],PT_SBY[2];BGXY;AMXY;BGZ;AMZ
  JS#TUNE;ST_BY=1;EN


REM !!!! Flush/Fill Main Screen !!!!
#SOFL_MN
  JS#FKEYREL
  FNF_FLAG=0
  JS#S006
  AC 100000,100000,100000
  DC 50000,50000,50000
  SP 50000,50000,100000/SCALE_Z
  JS#DR_CLOS;JS#SAFEZ;PA PT_APG[0],PT_APG[1],PT_APG[2];BGXY;AMXY
  BGZ;AMZ;'JS#H1DW;'JS#H2DW;'JS#H3DW
#SOFL_LP
  JP#SOFLEND,@IN[FKEY1]=0
  JP#SO_FLSH,@IN[FKEY3]=0
  JP#MAT_FIL,@IN[FKEY4]=0
  JP#SO_FNF,@IN[FKEY6]=0
  IF (FNF_FLAG=1)
    FNF_FLAG=0
  ENDIF
```

3267_M08.txt[8/25/2017 9:14:31 AM]

PVA\SPCX2115\W3267R2\Prog\10-24-2013\

CONFIDENTIAL

Software Code: Proprietary/irrelevant

EXHIBIT 34

502

VA-1199

```
  JP#SOFL_LP

#SOFLEND
  JS#FKEYREL
  JS#ALLUP
  JP#CS_MN1

#SO_FLSH
  JS#S007
  JS#SOLV
  WT1500
  JS#H1DW;JS#H2DW;JS#H3DW
  JS#H1VLON;JS#H2VLON;JS#H3VLON
  TEMP_TM=TIME
  #WT_FLSH
  JP#ABRTSF,(((@IN[FKEY1]=0)&(ACFLAG=0))
  JP#WT_FLSH,((TIME-TEMP_TM)<FLUSH_TM)
  #ABRTSF2
  JS#H1VLOF;JS#H2VLOF;JS#H3VLOF
  JS#S006,ACFLAG=0
  JP#SOFL_LP,((FNF_FLAG=0)&(ACFLAG=0))

#MAT_FIL
  JS#S008
  JS#MATV
  WT1500
  JS#H1DW;JS#H2DW;JS#H3DW
  JS#H1VLON;JS#H2VLON;JS#H3VLON
  TEMP_TM=TIME
  #WT_FILL
  JP#ABRTMF,(((@IN[FKEY1]=0)&(ACFLAG=0))
  JP#WT_FILL,((TIME-TEMP_TM)<FILL_TM)
  #ABRTMF2
  JS#H1VLOF;JS#H2VLOF;JS#H3VLOF
  JS#S006,ACFLAG=0
  JS#FKEYREL
  FNF_FLAG=0
  JP#SOFL_LP,(ACFLAG=0)
  EN

#ABRTSF
  JP#ABRTSF,(@IN[FKEY1]=0)
  FNF_FLAG=0
  JP#ABRTSF2

#ABRTMF
  JP#ABRTMF,(@IN[FKEY1]=0)
  JP#ABRTMF2

#SO_FNF
  FNF_FLAG=1
  JP#SO_FLSH

#AC_FNF
```

CONFIDENTIAL

Software Code: Proprietary/irrelevant
EXHIBIT 34

VA-1200

```
JP#AC_FNF,_XQ2>0
JS#ALLUP
JS#SAFEZ
AC 100000,100000,100000
DC 50000,50000,50000
SP 50000,50000,100000/SCALE_Z
JS#DR_CLOS;JS#SAFEZ;PA PT_APG[0],PT_APG[1],PT_APG[2];BGXY;AMXY
BGZ;AMZ;JS#H1DW;JS#H2DW;JS#H3DW

FNF_FLAG=0
IF (@OUT[oSOLV]=1)
  JS#SO_FLSH
ELSE
  JS#MAT_FIL
ENDIF
JS#S020
FLSO_TM=TIME
SOL_TM=TIME
JS#ALLUP
JS#SAFEZ
JS#MV_SBY
EN

REM !!!! Move To Solvent Cup Routine (Thread 1) !!!!
#MV_SOL;JS#DR_CLOS;SP 100000,100000,100000/SCALE_Z
  AC 200000,200000,200000/SCALE_Z;DC 200000,200000,200000/SCALE_Z
  SH,DELTAS=@ABS[_TPX-PT_SOL[0]]+@ABS[_TPY-PT_SOL[1]]+@ABS[_TPZ-PT_SOL[2]]
  JS#S039,DELTAS>10;JS#SAFEZ,DELTAS>10
  PA PT_SOL[0],PT_SOL[1],PT_SOL[2];BGXY;AMXY;BGZ;AMZ
  JS#H1DW;JS#H2DW;JS#H3DW;JS#TUNE;ST_BY=0;EN

REM !!!! Cyclestop Routine (Thread 1) !!!!
#CS_MN;JP#CS_MN,FPOWER=0;JS#S002;JS#WAIT_F1;JS#MV_HOME
#CS_MN1;JS#ALLUP;JP#CS_MN1,FPOWER=0;JP#CS_MN,POS_VAL=0;JS#MV_SOL,SO_EN=1
  JS#MV_SBY,SO_EN=0;CSTOP=0;ACFLAG=0

  IF (SOLVENT=1)
    JS#SOLV
  ELSE
    JS#MATV
  ENDIF

  WT400;JS#S003;JS#FKEYREL
#CS_LP;JP#PG_MN,@IN[FKEY1]=0
  JP#SOFL_MN,@IN[FKEY2]=0
  JP#CA_MN,@IN[FKEY3]=0
  JP#MA_MN,@IN[FKEY4]=0;JP#AC_MN,@IN[FKEY5]=0;JP#ST_MN,@IN[FKEY6]=0
  JP#SU_MN,@IN[FKEY8]=0
  JS#CS_AP,(AP_TE*AP_OUT*(1-SO_EN))>AP_TIME;JP#CS_LP
#CS_AP;XQ#A_PURGE,2
#CS_AP1;JP#CS_AP1,PING=1;JS#S003;EN

REM !!!! Program Selection (Thread 1) !!!!
#PG_MN;JS#S004
```

CONFIDENTIAL

Software Codes Proprietary/irrelevant

```
#PG_MN1;JS#S005;JS#FKEYREL
#PG_LP;JP#PG_BV,@IN[FKEY1]=0
  JP#PG_DW,@IN[FKEY2]=0;JP#PG_UP,@IN[FKEY3]=0;JP#PG_LP
#PG_BV;JS#S100;JS#LPPROG;JS#FKEYREL;JP#CS_MN1
#PG_DW;CPROG=CPROG-1;JP#PG_MN1,CPROG>0;CPROG=KNPROG;JP#PG_MN1
#PG_UP;CPROG=CPROG+1;JP#PG_MN1,CPROG-1<KNPROG;CPROG=1;JP#PG_MN1


REM !!!! Teach Routines (Thread 1) !!!!
#TE_F2;KEY=22*TEACH;JP#TE_FA,RKEY=53;JP#TE_FA,(TIME-TETIME)>1000;JP#TE_F2
#TE_FA;JP#TE_FB,RKEY=53;KEY=0;RKEY=0;JS#FKEYREL;JS#TKEYREL;EN
#TE_FB;CB6;WT50;SB6;KEY=0;WT100;RKEY=0;JS#FKEYREL;JS#TKEYREL;EN
#TE_PB;HX2;HX3;ST;AM;JS#S076;KEY=44*TEACH;WT2000;KEY=0;JP#MA_MN1
#TE_RS;HX0;WT100;XQ#SCAN,0;JS#DR_CLOS;TEACH=0;KEY=0;PASSED=1
  SP 60000,60000,100000/SCALE_Z
  JP#TE_RS1,PMX>1;PAZ=0;BGZ;AMZ
#TE_RS1;CS;XQ#PROG,2;PLYBCK=0
#TE_RS2;JP#TE_RS2,_XQ2>0;ST;AM,JP#MA_MN1


REM !!!! Calibration Routine (Thread 1) !!!!
#CA_MN;JS#S009;JS#ALLUP,JS#FKEYREL
  SP 30000,30000,60000/SCALE_Z
  AC 100000,100000,100000/SCALE_Z
  DC 50000,50000,50000/SCALE_Z;JS#SAFEZ
  PA PT_CAL[0],PT_CAL[1],PT_CAL[2];BGXY,AMXY
  BGZ;AMZ;JS#H2DW;DRFLAG=0
#CA_LP;JP#CS_MN1,@IN[FKEY1]=0;JP#CA_HOME,@IN[FKEY3]=0;JP#CA_LP
#CA_HOME;JS#MV_HOME;JP#CA_MN


REM !!!! Manual Mode Functions (Thread 1) !!!!
#MA_MN
  JS#FKEYREL
REM !!!! Warn if Solvent in Lines !!!
  IF (@OUT[oSOLV]=0)
    JS#S013
    #SO_WRN2
    JP#CS_MN1,@IN[FKEY1]=0
    JP#IGNWRN2,@IN[FKEY2]=0
    JP#SO_WRN2
  #IGNWRN2
  JS#FKEYREL
  ENDIF
  JS#MV_SBY
#MA_MN1;DRFLAG=0;CTM=0;TEACH=1;KEY=0;PLYBCK=0;RKEY=0
  CAXIS=1;JS#S010;JS#FKEYREL;HX2;XQ#TB_XY,2;MODE=1
#MA_LP;JP#MA_END,@IN[FKEY1]=0;TETIME=TIME;JS#TE_F2,@IN[FKEY2]=0
  JS#VV_MN,@IN[FKEY3]=0;JP#OS_MN,@IN[FKEY4]=0;JS#PR_MN,@IN[FKEY5]=0
  JS#TP_MN,@IN[FKEY6]=0;JS#AX_MN,@IN[FKEY8]=0;JP#TE_PB,PLYBCK=1
  JS#RM_TCH,(@IN[iTEACH]+@IN[iPURGE]+@IN[iAXIS])<3;JP#MA_LP
#MA_END;JS#LED_RS;TEACH=0;JS#FKEYREL;HX2;ST;AM;VLV=VSTORE
  MODE=0;JS#DR_CLOS;JS#ALLUP;JP#CS_MN1


REM !!!! Valve Function Routines (Thread 1) !!!!
#VV_MN;JS#S016;JS#FKEYREL;MODE=3
#VV_LP;JP#VV_END,@IN[FKEY1]=0;JS#PR_MN,@IN[FKEY2]=0;JS#VV_SEL,@IN[FKEY3]=0
```

3267_M08.txt[8/25/2017 9:14:31 AM]

PVA\SPCX2115\W3267R2\Prog\10-24-2013\

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

PVA-1202

```
    JS#VV_UP,@IN[FKEY4]=0;JS#VV_DW,@IN[FKEY5]=0;JS#VV_RA,@IN[FKEY6]=0
    JS#VV_RB,@IN[FKEY7]=0;JP#NOOP,PLYBCK=1
    JS#RM_TCH,(@IN[iTEACH]+@IN[iPURGE]+@IN[iAXIS])<3;JP#VV_LP
 #VV_END;JS#S010;JS#FKEYREL;MODE=1;EN
 #VV_SEL;CHEAD=CHEAD+1;JP#VV_SEL1,CHEAD-1<KNHEAD;CHEAD=1
 #VV_SEL1;JS#FKEYREL;JS#S012;JS#S017;EN
 #VV_UP;JS#H1UP,CHEAD=1;JS#H2UP,CHEAD=2;JS#H3UP,CHEAD=3;JS#FKEYREL;EN
 #VV_DW;JS#H1DW,CHEAD=1;JS#H2DW,CHEAD=2;JS#H3DW,CHEAD=3;JS#FKEYREL;EN
 #VV_RA;JS#H1RA,CHEAD=1;JS#H2RA,CHEAD=2;JS#H3RA,CHEAD=3;JS#FKEYREL;EN
 #VV_RB;JS#H1RB,CHEAD=1;JS#H2RB,CHEAD=2;JS#H3RB,CHEAD=3;JS#FKEYREL;EN


 REM !!!! One-Shot Routine (Thread 1) !!!!
 #OS_MN;ST;AM;HX2;TEACH=0;WT200;ACFLAG=1;JS#MV_SBY;ACFLAG=0;DRFLAG=0
    JS#LPPROG;JS#S022;CTM=0;JS#FKEYREL
 #OS_LP;JP#MA_MN,@IN[FKEY1]=0;JP#OS_RUNW,@IN[FKEY2]=0
    JP#OS_RUND,@IN[FKEY3]=0;JP#OS_LP
 #OS_RUN;JS#AC_LL,VLV=1;JS#DR_CLOS;CTM=0;JS#S021
    JS#FKEYREL;CS;CTM=TIME;XQ#PROG,2
 #OS_RUN1;JP#OS_RUN1_,XQ2>0;ACFLAG=1;JS#MV_SBY;ACFLAG=0;CTM=TIME-CTM
 #OS_RUN2;CCNT=CCNT+1;JP#OS_MN
 #OS_RUNW;VLV=1;JP#OS_RUN
 #OS_RUND;VLV=0;JP#OS_RUN


 REM !!!! Manual Purge (Thread 1) !!!!
 #PR_MN;VLV=1;JS#H1VLON,CHEAD=1;JS#H2VLON,CHEAD=2;JS#H3VLON,CHEAD=3
 JS#FKEYREL;JS#TKEYREL;JS#H1VLOF,CHEAD=1;JS#H2VLOF,CHEAD=2;JS#H3VLOF,CHEAD=3;EN


 REM !!!! Tell Position Routine (Thread 1) !!!!
 #TP_MN;JS#CLS;JS#S041;JS#FKEYREL;JS#S010;EN


 REM !!!! Select Axis Routines (Thread 1) !!!!
 #AX_MN;JS#S015;JS#FKEYREL;MODE=2
 #AX_LP;JP#AX_END,@IN[FKEY1]=0;TETIME=TIME;JS#TE_F2,@IN[FKEY2]=0
    JS#PR_MN,@IN[FKEY3]=0;JS#AX_XY,@IN[FKEY4]=0;JS#AX_X,@IN[FKEY5]=0
    JS#AX_Y,@IN[FKEY6]=0;JS#AX_Z,@IN[FKEY7]=0;JP#NOOP,PLYBCK=1
    JS#RM_TCH,(@IN[iTEACH]+@IN[iPURGE]+@IN[iAXIS])<3;JP#AX_LP
 #AX_END;JS#FKEYREL;JS#S010;MODE=1;EN
 #AX_XY;CAXIS=1;JS#AX_SCR;JS#LED_XY;SX=FSTX;SY=FSTY;SZ=0;JP#AX_DN
 #AX_X;CAXIS=2;JS#AX_SCR;JS#LED_X;SY=0;SX=FSTX;SZ=0;JP#AX_DN
 #AX_Y;CAXIS=3;JS#AX_SCR;JS#LED_Y;SX=0;SY=FSTY;SZ=0;JP#AX_DN
 #AX_Z;CAXIS=4;JS#AX_SCR;JS#LED_Z;SX=0;SY=0;SZ=FSTZ;JP#AX_DN
 #AX_SCR;JS#S011,MODE=2;JS#S011B,MODE=1;EN
 #AX_DN;JS#FKEYREL;JS#TKEYREL;EN


 REM !!!! Auto Cycle Routines (Thread 1) !!!!
 #AC_MN
    JS#FKEYREL
    JS#AC_LL,VLV=1
 REM !!!! Warn if Solvent in Lines !!!
    IF (@OUT[oSOLV]=0)
       JS#S013
       #SO_WRN
       JP#CS_MN1,@IN[FKEY1]=0
       JP#IGN_WRN,@IN[FKEY2]=0
```

3267_M08.txt[8/25/2017 9:14:31 AM]

PVA\SPCX2115\W3267R2\Prog\10-24-2013\

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

506PVA-1203

```
      JP#SO_WRN
      #IGN_WRN
      ENDIF
      JS#FKEYREL
      ACFLAG=1
      JS#LPPROG;CTM=0;JS#A_PURGE,SO_EN=1
      JP#AC_MN1,@IN[iSTART]=1;FLSO_TM=TIME;JS#S045
#AC_MNX;JP#AC_MNX,@IN[iSTART]=0
#AC_MN1;SOL_TM=TIME;JS#S020;JS#FKEYREL
#AC_LP
      JP#AC_END,@IN[FKEY1]=0
      JS#AC_LL,VLV=1
      JS#AC_DR,_XQ2<0
      JS#AC_SO,((TIME-SOL_TM)*ST_BY*SO_EN)>SLP_TM
      JP#AC_S,@IN[iSTART]=0
      JS#AC_AP,(AP_TE*AP_OUT*(1-SO_EN))>AP_TIME
      JS#AC_FNF,(((TIME-FLSO_TM)*FNF_EN))>FNF_TM)
      JP#AC_LP
#AC_END;JP#AC_END,PING=1;JS#S100;ACFLAG=0;JP#CS_MN1
#AC_S;JP#AC_S1,ST_BY=1,XQ#A_PURGE,2
#AC_S1;JS#DR_CLOS;JP#AC_S1,PING=1;CTM=0;CS;JS#S021;JS#FKEYREL
      CTM=TIME;XQ#PROG.2
#AC_2;JP#AC_2,_XQ2>0,JP#AC_2,@IN[iSTART]=0
      CCNT=CCNT+1;JS#MV_SBY;CTM=TIME-CTM;DRFLAG=0;JP#AC_MN1
#AC_AP;JP#NOOP,PING=1;JS#A_PURGE;JS#S020;EN
#AC_DR;DRFLAG=0;EN
#AC_LL;LL_VAR=14;JP#AC_LLE,@IN[iLEVELA]&LLA_EN=1;LL_VAR=39
      JP#AC_LLE,@IN[iLEVELB]&LLB_EN=1;EN
#AC_LLE;LL_ERR=LL_VAR,WT999;EN


REM !!!! Move to Solvent Cups !!!!
#AC_SO;JS#ALLUP;JP#AC_SO,_XQ2>0;JS#MV_SOL;JS#S020;EN


REM !!!! Status Routines (Thread 1) !!!!
#ST_MN;JS#S024
#ST_LP;JP#ST_END,@IN[FKEY1]=0;JP#ST_SS,@IN[FKEY3]=0;JP#ST_LP
#ST_END;JP#CS_MN1
#ST_SS;JS#SS_MN;JP#ST_MN


REM !!!! Setup Routines (Thread 1) !!!!
#SU_MN;JS#S030;JS#SU_SCR
#SU_LP;JP#SU_END,@IN[FKEY1]=0
      JP#SU_CNT,@IN[FKEY2]=0;JP#SU_CRS,@IN[FKEY3]=0
      JP#SFMF_SU,@IN[FKEY4]=0
      JS#SU_APON,@IN[FKEY5]=0;JS#SU_APOF,@IN[FKEY6]=0
      JS#SU_WET,@IN[FKEY7]=0;JS#SU_DRY,@IN[FKEY8]=0;JP#SU_LP
#SU_END;JS#FKEYREL;JS#S100;VLV=VSTORE;JP#CS_MN1
#SU_CNT;JS#S031;JS#FKEYREL;JP#SU_MN
#SU_CRS;CCNT=0;JS#S100;JP#SU_MN
#SU_APON;AP_EN=1;JP#SU_SCR
#SU_APOF;AP_EN=0;JP#SU_SCR
#SU_WET;VSTORE=1;JP#SU_SCR
#SU_DRY;VSTORE=0
#SU_SCR;JS#FKEYREL;LCD1=AP_EN;LCD3=VSTORE;JS#S025;EN
```

3267_M08.txt[8/25/2017 9:14:31 AM]

PVA\SPCX2115\W3267R2\Prog\10-24-2013\

CONFIDENTIAL

Software Code - Proprietary/irrelevant

PVA-1204

507

```
REM !!!! Solvent Flush/Material Fill Setup Options !!!!
#SFMF_SU
  JS#FKEYREL
  JS#S0301
  JS#S0301A
  JS#S0301B

  #SFMF_LP
  JP#SFMFEND,(@IN[FKEY1]=0)
  JP#ACSF_MN,(@IN[FKEY3]=0)
  JS#SF_UP,(@IN[FKEY5]=0)
  JS#SF_DW,(@IN[FKEY6]=0)
  JS#MF_UP,(@IN[FKEY7]=0)
  JS#MF_DW,(@IN[FKEY8]=0)
  JP#SFMF_LP
EN

#SF_UP
STP_TM=TIME;STEP=1000
#SF_UP1
 FLUSH_TM=FLUSH_TM+STEP;JS#SF_RS1,FLUSH_TM>MAX_FLSH;JS#S0301A;WT75
 JS#STEP_C,(TIME-STP_TM)>2500;JP#SF_UP1,@IN[FKEY5]=0
EN

#SF_DW
STP_TM=TIME;STEP=1000
#SF_DW1
 FLUSH_TM=FLUSH_TM-STEP;JS#SF_RS0,FLUSH_TM<MIN_FLSH;JS#S0301A;WT75
 JS#STEP_C,(TIME-STP_TM)>2500;JP#SF_DW1,@IN[FKEY6]=0
EN

#MF_UP
STP_TM=TIME;STEP=1000
#MF_UP1
 FILL_TM=FILL_TM+STEP;JS#MF_RS1,FILL_TM>MAX_FILL;JS#S0301B;WT75
 JS#STEP_C,(TIME-STP_TM)>2500;JP#MF_UP1,@IN[FKEY6]=0
EN

#MF_DW
STP_TM=TIME;STEP=1000
#MF_DW1
 FILL_TM=FILL_TM-STEP;JS#MF_RS0,FILL_TM<MIN_FILL;JS#S0301B;WT75
 JS#STEP_C,(TIME-STP_TM)>2500;JP#MF_DW1,@IN[FKEY7]=0
EN


#SFMFEND
 JP#SFMFEND,@IN[FKEY1]=0
 JP#SU_MN

#S0301;JS#CLS
JS#L1;MG{P2}{N}"F&F:    AUTO   Flsh   s. Fil   s."
```

3267_M08.txt[8/25/2017 9:14:31 AM]

PVA\SPCX2115\W3267R2\Prog\10-24-2013\

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

508   VA-1205

```
JS#L2;MG{P2}{N}"EXIT     OPT     UP DW  UP DW ";EN


#S0301A;MG{P2}{N}{^17},{^25},{^150},{^18},(FLUSH_TM/1000){F3.0};EN
#S0301B;MG{P2}{N}{^17},{^25},{^161},{^18},(FILL_TM/1000){F3.0};EN

#SF_RS1;FLUSH_TM=MIN_FLSH;STP_TM=TIME;EN
#SF_RS0;FLUSH_TM=MAX_FLSH;STP_TM=TIME;EN
#MF_RS1;FILL_TM=MIN_FILL;STP_TM=TIME;EN
#MF_RS0;FILL_TM=MAX_FILL;STP_TM=TIME;EN
#STEP_C;STEP=STEP*5;STP_TM=TIME;EN
#STEP_D;STEP=STEP*10;STP_TM=TIME;EN


REM !!!!Auto Cycle Solvent Flush Options!!!
#ACSF_MN
 JS#FKEYREL
 JS#S0302
 JS#S0302A
 JS#S0302B
 #ACSF_LP
 JP#SFMF_SU,(@IN[FKEY1]=0)
 JS#FNF_ON,@IN[FKEY3]=0
 JS#FNF_OF,@IN[FKEY4]=0
 JS#FNF_UP,(@IN[FKEY5]=0)
 JS#FNF_DW,(@IN[FKEY6]=0)
 JP#ACSF_LP


#FNF_UP
STP_TM=TIME;STEP=60000
#FNF_UP1
 FNF_TM=FNF_TM+STEP;JS#FNF_RS1,FNF_TM>MAX_FNF;JS#S0302A;WT75
 JS#STEP_D,(TIME-STP_TM)>2500;JP#FNF_UP1,@IN[FKEY5]=0
EN


#FNF_DW
STP_TM=TIME;STEP=60000
#FNF_DW1
 FNF_TM=FNF_TM-STEP;JS#FNF_RS0,FNF_TM<MIN_FNF;JS#S0302A,WT75
 JS#STEP_D,(TIME-STP_TM)>2500;JP#FNF_DW1,@IN[FKEY6]=0
EN


#S0302;JS#CLS
JS#L1;MG{P2}{N}"Auto Opt:  F&F  Freq   min      "
JS#L2;MG{P2}{N}"EXIT     ON OFF  UP DW      ";EN


#S0302A
MG{P2}{N}{^17},{^25},{^151},{^18},(FNF_TM/60000){F3.0}
EN


#S0302B
MG{P2}{N}{^17},{^25},{^202},{^18},ASTRSK[FNF_EN]{S}
MG{P2}{N}{^17},{^25},{^206},{^18},ASTRSK[FNF_EN+2]{S};EN


#FNF_ON;FNF_EN=1;JS#S0302B;JS#FKEYREL;EN
```

CONFIDENTIAL

Software Code: Proprietary/irrelevant

EXHIBIT 30

```
#FNF_OF;FNF_EN=0;JS#S0302B;JS#FKEYREL;EN
#FNF_RS1;FNF_TM=MIN_FNF;STP_TM=TIME;EN
#FNF_RS0;FNF_TM=MAX_FNF;STP_TM=TIME;EN


REM !!!! Auto Purge (Thread 2) !!!!
#A_PURGE
  AP_OUT=0;PING=1;VLV=1;JS#S040
  AC 100000,100000,100000
  DC 50000,50000,50000
  SP 50000,50000,100000/SCALE_Z
  JS#DR_CLOS,JS#SAFEZ;PA PT_APG[0],PT_APG[1],PT_APG[2];BGXY;AMXY
  BGZ;AMZ;JS#H1DW;JS#H2DW;JS#H3DW;JS#H1VLON;JS#H2VLON;JS#H3VLON;WT AP_LEN
  JS#H1VLOF;JS#H2VLOF;JS#H3VLOF;JS#H1UP;JS#H2UP;JS#H3UP;WT200
  JS#MV_SBY;AP_TE=0;AP_TP=TIME;VLV=VSTORE
  PING=0;AP_OUT=1;EN


REM !!!! Trackball (Thread 2) !!!!
#TB_XY;ST;AM
  DC 125000,125000,960000/SCALE_Z
  AC 125000,125000,425000/SCALE_Z;JS#LED_XY
  SX=FSTX;SY=FSTY,SZ=0;DE*=0;MX=0;MY=0;MZ=0;MXL=0
  MYL=0;MZL=0;MT=TIME;DE MXL,MYL,MZL;MTL=MT;SH;JG 0,0,0;BGXYZ
#TB_XY1;DT=MT-MTL,MTL=MT;MT=TIME;MXL=MX;MYL=MY;MZL=MZ
  MZ=_DEX,MX=_DEX;MY=_DEY;MDT=MT-MTL;VELX=SX*(MX-MXL)/MDT
  VELY=SY*(MY-MYL)/MDT;VELZ=SZ*(MZL-MZ)/MDT;JP#MCHKZP,CAXIS=4
#MCHKXP;JP#MCHKXN,VELX<0;JP#MCHKYP,  TPX+1000< FLX;VELX=0;JP#MCHKYP
#MCHKXN;JP#MCHKYP,_TPX-1000>_BLX;VELX=0
#MCHKYP;JP#MCHKYN,VELY<0;JP#TB_XY2,_TPY+1000<_FLY;VELY=0;JP#TB_XY2
#MCHKYN;JP#TB_XY2,_TPY-1000>_BLY;VELY=0;JP#TB_XY2
#MCHKZP,JP#MCHKZN,VELZ<0;JP#TB_XY2,_TPZ+1000<_FLZ;VELZ=0;JP#TB_XY2
#MCHKZN;JP#TB_XY2,_TPZ-1000>_BLZ;VELZ=0
#TB_XY2;JG VELX,VELY,VELZ;JP#TB_XY1


REM !!!! Teach Pendant Routines (Thread 1) !!!!
#RM_TCH;JS#RM_AX,@IN[iAXIS]=0;JS#PR_MN,@IN[iPURGE]=0
  TETIME=TIME;JS#TE_F2,@IN[iTEACH]=0;EN
#RM_AX;CAXIS=CAXIS+1;JS#RM_AR,CAXIS>4;JS#AX_XY,CAXIS=1
  JS#AX_X,CAXIS=2;JS#AX_Y,CAXIS=3;JS#AX_Z,CAXIS=4;EN
#RM_AR;CAXIS=1;EN
#LED_XY;SB3;SB4;CB1;CB2;EN
#LED_X;SB2;SB3;SB4;CB1;EN
#LED_Y;SB1;SB3;SB4;CB2;EN
#LED_Z;SB1;SB2;SB4;CB3;EN
#LED_W;SB1;SB2;SB3;CB4;EN
#LED_RS;SB1;SB2;SB3;SB4;SB6;EN


REM !!!! LCD Screens !!!!
#INITLCD;CC 9600,0,0,0;WT500;JS#CLS;EN

#CLS;MG{P2}{N}{^17},{^12},{^01},{^02},{^18};EN

#L1;MG{P2}{N}{^17},{^25},{^128},{^18};EN

#L2;MG{P2}{N}{^17},{^25},{^192},{^18};EN
```

3267_M08.txt[8/25/2017 9:14:31 AM]

PVA\SPCX2115\W3267R2\Prog\10-24-2013\

CONFIDENTIAL

Software Code: Proprietary/irrelevant

EXHIBIT 34

510 PVA-1207

```
#S001;JS#CLS
JS#L1;MG{P2}{N}"Precision Valve & Automation";MG{P2}{N}" Inc"
JS#L2;MG{P2}{N}"System Initialization, please ";MG{P2}{N}"wait...  ";EN

#S002;JS#CLS;JS#L1;MG{P2}{N}"Press F1 to home the system. ";EN

#S003;JS#CLS
JS#L1;MG{P2}{N}"Cycle Stop              ";MG{P2}{N}"      "
JS#L2;MG{P2}{N}"PROG F&F  CAL   MAN  AUTO STAT";MG{P2}{N}"   SETUP";EN

#S004;JS#CLS
JS#L1;MG{P2}{N}"Select Program: ",A_PROGA[CPROG]{S},A_PROGB[CPROG]{S}
JS#L2;MG{P2}{N}"EXIT PREV NEXT";EN

#S005
MG{P2}{N}{^17},{^25},{^144},{^18},A_PROGA[CPROG]{S},A_PROGB[CPROG]{S};EN

#S006;JS#CLS
JS#L1;MG{P2}{N}"        SOLV  MAT    ";MG{P2}{N}"FLSH&     "
JS#L2;MG{P2}{N}"EXIT    FLSH FILL    ";MG{P2}{N}"FILL     ";EN

#S007;JS#CLS
JS#L1;MG{P2}{N}"Solvent Flush in Progress... ";MG{P2}{N}"      "
JP#NOOP,(ACFLAG=1)
JS#L2;MG{P2}{N}"EXIT             ";MG{P2}{N}"      ";EN

#S008;JS#CLS
JS#L1;MG{P2}{N}"Material Fill in Progress... ";MG{P2}{N}"      "
JP#NOOP,(ACFLAG=1)
JS#L2;MG{P2}{N}"EXIT             ";MG{P2}{N}"      ";EN

#S009;JS#CLS;JS#L1;MG{P2}{N}"Calibration"
JS#L2;MG{P2}{N}"EXIT    HOME          ";MG{P2}{N}"      ";EN

#S010;JS#CLS;JS#L1;MG{P2}{N}"Jog Mode  Head: ",A_HEAD[CHEAD]{S}
MG{P2}{N}A2HEAD[CHEAD]{S}," Axis: ",AXIS[CAXIS]{S}
JS#L2;MG{P2}{N}"EXIT TEACH VLV  RUN  PURG  TP ";MG{P2}{N}"    AXIS";EN

#S011;MG {P2}{N}{^17},{^25},{^157},{^18},AXIS[CAXIS]{S};EN

#S011B;MG {P2}{N}{^17},{^25},{^164},{^18},AXIS[CAXIS]{S};EN

#S012;MG {P2}{N}{^17},{^25},{^153},{^18},A_HEAD[CHEAD]{S},A2HEAD[CHEAD]{S};EN

#S013;JS#CLS
JS#L1;MG{P2}{N}"Warning! Solvent not been";MG{P2}{N}" flushed! "
JS#L2;MG{P2}{N}"EXIT CONT          ";MG{P2}{N}"      ";EN

#S015;JS#CLS
JS#L1;MG{P2}{N}"Trackball Control  Current: ",AXIS[CAXIS]{S}
JS#L2;MG{P2}{N}"EXIT TEACH PURG X&Y  X   Y ";MG{P2}{N}" Z     ";EN

#S016;JS#CLS;JS#L1;MG{P2}{N}"Valve Functions   Head: "
```

PVA\SPCX2115\W3267R2\Prog\10-24-2013\

CONFIDENTIAL

Software Code—Proprietary/irrelevant

PVA-1208

```
MG{P2}{N} A_HEAD[CHEAD]{S},A2HEAD[CHEAD]{S}
JS#L2;MG{P2}{N}"EXIT PURG SEL  UP DOWN   ";MG{P2}{N}"        "

#S017;JP#OPT3,R_HEAD[CHEAD]=1
MG{P2}{N}{^17},{^25},{^218},{^18},"        ";EN

#OPT3,MG{P2}{N}{^17},{^25},{^218},{^18},"ROTA ROTB";EN

#S019;JS#CLS;JS#L1;MG{P2}{N}"Homing axes.  Please wait...  ";EN

#S020;JS#CLS;JP#OPT1,VLV=0
JS#L1;MG{P2}{N}"Auto Cycle WET       Count:",{F8.0}CCNT;JP#OPT2

#OPT1;JS#L1,MG{P2}{N}"Auto Cycle DRY      Count:",{F8.0}CCNT

#OPT2;JS#L2;MG{P2}{N}"STOP       "
MG{P2}{N} A_PROGA[CPROG]{S},A_PROGB[CPROG]{S},JP#NOOP,AC_TMR=0
JP#NOOP,CTM=0;MG{P2}{N}" ",{F3.1}CTM*0.9766/1000," Sec.";EN

#S021;JS#CLS
JS#L1;MG{P2}{N}"In Cycle...       Count:",{F8.0}CCNT;JP#OPT2

#S022;JS#CLS
JS#L1;MG{P2}{N}"Press F2 or F3 to run",MG{P2}{N}" 1 cycle. "
JS#L2;MG{P2}{N}"EXIT WET DRY ",A_PROGA[CPROG]{S},A_PROGB[CPROG]{S}
JP#NOOP,AC_TMR=0,JP#NOOP,CTM=0;MG{P2}{N}" ",{F3.1}CTM*0.9766/1000," Sec.";EN

#S024;JS#CLS;JS#L1;MG{P2}{N}"Status"
JS#L2;MG{P2}{N}"EXIT      STAT      ",MG{P2}{N}"        ";EN

#S025;LCD2=LCD1+2;LCD4=LCD3+2
MG{P2}{N}{^17},{^25},{^213},{^18},ASTRSK[LCD1]{S}
MG{P2}{N}{^17},{^25},{^218},{^18},ASTRSK[LCD2]{S}
MG{P2}{N}{^17},{^25},{^223},{^18},ASTRSK[LCD3]{S}
MG{P2}{N}{^17},{^25},{^228},{^18},ASTRSK[LCD4]{S};EN

#S030;JS#CLS
JS#L1;MG{P2}{N}"Setup Counter  F&F  Auto Purg";MG{P2}{N}"e Run Mode"
JS#L2;MG{P2}{N}"EXIT CNT RES OPT  ON  OFF";MG{P2}{N}" WET DRY";EN

#S031;JS#CLS;JS#L1;MG{P2}{N}"Count:",{F8.0}CCNT;EN

#S039;JS#CLS;JS#L1;MG{P2}{N}"Moving to Solvent!!!";EN

#S040;JS#CLS;JS#L1;MG{P2}{N}"AUTO PURGE!!!";EN

#S041;JS#CLS;JS#L1;MG{P2}{N}"Current Position: "
JS#L2;MG{P2}{N}"X",_TPX{F6.0},",Y",_TPY,",Z",_TPZ;EN

#S045;JS#CLS;JS#L1;MG{P2}{N}"Start switches activated!"
JS#L2;MG{P2}{N}"Deactivate to continue the pro";MG{P2}{N}"gram.    ";EN

#S076;JS#CLS;JS#L1;MG{P2}{N}"Waiting for path...";EN
```

CONFIDENTIAL

EXHIBIT 34

Software Code: Proprietary/irrelevant

PVA-1209

```
#S100;JS#CLS
JS#L1;MG{P2}{N}"Saving data...please wait.";WT150;BV;JS#FKEYREL;EN

#S159;JS#CLS
JS#L1;MG{P2}{N}"Checking for exhaust input. Ple";MG{P2}{N}"ase wait.";EN

#S160;JS#CLS
JS#L1;MG{P2}{N}"Verifying exhaust. Please wait.";MG{P2}{N}"..";EN

#S161;JS#L2;MG{P2}{N}"                    ",{F3.0}(FAN_WT/1000);EN

#S198;JS#CLS;JS#L1;MG{P2}{N}ECOD1[MEC]{S},ECOD2[MEC]{S}
MG{P2}{N}ECOD3[MEC]{S},ECOD4[MEC]{S},ECOD5[MEC]{S}
JS#L2;MG{P2}{N}"Press F1 to continue the progr";MG{P2}{N}"am.";MERR=MEC
JS#WAIT_F1;JS#FAN_WT;JP#ESTOP1

#S199;JP#ESTOP1,MERR=MEC;JS#CLS
JS#L1;MG{P2}{N}OPF1[PNEC]{S},OPF2[PNEC]{S},OPF3[PNEC]{S},OPF4[PNEC]{S}
MG{P2}{N}" failure.";JS#L2,MG{P2}{N}"Repair and press F1."
MERR=MEC;JS#WAIT_F1;JS#FKEYREL,VPNTO=0;PNEC=0;JP#ESTOP1

#S200;JP#ESTOP1,MERR=MEC;JS#CLS;JS#L1;MG{P2}{N}ECOD1[MEC]{S},ECOD2[MEC]{S}
MG{P2}{N}ECOD3[MEC]{S},ECOD4[MEC]{S},ECOD5[MEC]{S}
JS#L2;MG{P2}{N}"to continue the program.";MERR=MEC;JP#ESTOP1

#S201;JS#CLS;JS#L1;MG{P2}{N}"Error",{F3.0}ERR," on line",{F4.0}LINE,"."
JS#L2;MG{P2}{N}"Press F1 to restart, F5 for st";MG{P2}{N}"atus.    ";EN

#S202;JS#CLS
JS#L1;MG{P2}{N}"Position Error. F1-restart, F5-";MG{P2}{N}"status.  "
JS#L2;MG{P2}{N}"Stop codes (x,y,z)",{F3.0}_SCX,",",{F3.0}_SCY,","
MG{P2}{N}{F3.0}_SCZ;EN

#S203;JS#CLS
JS#L1;MG{P2}{N}"Limit Error. F1-restart, F5-sta";MG{P2}{N}"tus.    "
JS#L2;MG{P2}{N}"Stop codes (x,y,z)",{F3.0}_SCX,",",{F3.0}_SCY,","
MG{P2}{N}{F3.0}_SCZ;EN

#S204;JS#CLS;JS#L1;MG{P2}{N}"Variable error."
JS#L2;MG{P2}{N}"Initializing...";EN

#S205;JS#CLS
JS#L1;MG{P2}{N}"Unrecoverable variable error d";MG{P2}{N}"uring    "
JS#L2;MG{P2}{N}"startup.  Restart the machine.";HX

#S206;JS#CLS
JS#L1;MG{P2}{N}"Subroutine error.  The subrout";MG{P2}{N}"ine is not"
JS#L2;MG{P2}{N}"stored in segment 1, 2 or 3.";EN

#S208;JP#ESTOP1,MERR=MEC;MERR=MEC;JS#CLS
JS#L1;MG{P2}{N}"Press F1 to return head to sta";MG{P2}{N}"ndby."
JS#L2;MG{P2}{N}" OK";JP#ESTOP1

#S209;JS#CLS;JS#L1;MG{P2}{N}"Press F1 to restart.";JS#L2;MG{P2}{N}" OK";EN
```

CONFIDENTIAL

PVA\SPCX2115\W3267R2\Prog\10-24-2013\

EXHIBIT 34

Software Code: Proprietary/irrelevant

513        PVA-1210

```
#S210;JP#ESTOP1,MERR=MEC;JS#CLS;JS#L1;MG{P2}{N}ECOD1[MEC]{S},ECOD2[MEC]{S}
MG{P2}{N}ECOD3[MEC]{S},ECOD4[MEC]{S},ECOD5[MEC]{S};MERR=MEC
JS#L2;MG{P2}{N}"Press F1 to continue.";JS#WAIT_F1;LL_ERR=0;JP#ESTOP1


REM !!!! Error-Checking Subroutines !!!!
#WAIT_F1;JP#WAIT_F1,@IN[80]=1;JS#FKEYREL;EN


#FKEYREL;VRESUME=@IN[73]&@IN[74]&@IN[75]&@IN[76]
 VRESUME=VRESUME&@IN[77]&@IN[78]&@IN[79]&@IN[80]
 JP#FKEYREL,VRESUME=0;WT50;EN


#TKEYREL;VRESUME=@IN[iTEACH]&@IN[iPURGE]&@IN[iAXIS]
 JP#TKEYREL,VRESUME=0;WT50;EN


#S_ONE;JP#S_ONE,@IN[CKSEN]=0;EN


#S_ZERO;JP#S_ZERO,@IN[CKSEN]=1;EN


#OPTO;TSTART=TIME


#OPTO2;JP#NOOP,@IN[SENINP]=ZORO;JP#OPTO2,(TIME-TSTART)<PNTO;VPNTO=1;WT999;EN


#DR_CLOS;JP#DR_SHUT,@IN[iDOOR]=1;JS#CLS;JS#L1
 MG{P2}{N}"Close door to continue."


#DR_CLO1;JP#DR_CLO1,@IN[iDOOR]<>1


#DR_SHUT;DRFLAG=1;JP#NOOP,TEACH=0;JS#CLS;JS#L1,MG{P2}{N}"Cycle in progress.";EN


#SAFEZ;PAZ=0;BGZ;AMZ;JS#ALLUP,SO_EN=1;EN


REM !!!! Group Subroutines !!!!
#ALLUP;JS#H1UP;JS#H2UP;JS#H3UP;JS#H1RA;JS#H2RA;JS#H3RA;EN


REM !!!! Variable Assignments !!!!
#GETASN;NA=0


REM ------------
REM !! Inputs !!
REM ------------

 iESTOP=1;iSTART=2;iDOOR=3;iBYPASS=4;iPOWER=5
 iLEVELA=49;iLEVELB=67
 iAXIS=22;iPURGE=23;iTEACH=24
 FKEY1=80;FKEY2=79;FKEY3=78;FKEY4=77;FKEY5=76;FKEY6=75;FKEY7=74;FKEY8=73
 iFLOW=64


 iH1Z=53


 iH2Z=54
 iH2RB=55
 iH2RA=56
```

```
REM ------------
REM !! Outputs !!
REM ------------

 oH1Z=25
 oH1V=27
 oH1AT=26

 oH2Z=28
 oH2V=31
 oH2RB=29
 oH2RA=30

 oSOLV=32
 oMATV=33


OPF1[1]="";OPF2[1]="";OPF3[1]="";OPF4[1]=""
OPF1[2]="";OPF2[2]="";OPF3[2]="";OPF4[2]=""
OPF1[3]="";OPF2[3]="";OPF3[3]="";OPF4[3]=""
OPF1[4]="";OPF2[4]="";OPF3[4]="";OPF4[4]=""
OPF1[5]="Spray";OPF2[5]=" Z-";OPF3[5]="slide ";OPF4[5]="UP"
OPF1[6]="Spray";OPF2[6]=" Z-";OPF3[6]="slide ";OPF4[6]="DOWN"
OPF1[7]="Dispen";OPF2[7]="se Z-";OPF3[7]="slide ";OPF4[7]="UP"
OPF1[8]="Dispen";OPF2[8]="se Z-";OPF3[8]="slide ";OPF4[8]="DOWN"
OPF1[9]="HD3";OPF2[9]=" Z-";OPF3[9]="slide ";OPF4[9]="UP"
OPF1[10]="HD3";OPF2[10]=" Z-";OPF3[10]="slide ";OPF4[10]="DOWN"
OPF1[11]="Spray";OPF2[11]=" r";OPF3[11]="otary";OPF4[11]="0 deg"
OPF1[12]="Spray";OPF2[12]=" r";OPF3[12]="otary ";OPF4[12]="45 deg"
OPF1[13]="Dispen";OPF2[13]="se r";OPF3[13]="otary ";OPF4[13]="0 deg"
OPF1[14]="Dispen";OPF2[14]="se r";OPF3[14]="otary ";OPF4[14]="45 deg"
OPF1[15]="HD3";OPF2[15]=" r";OPF3[15]="otary ";OPF4[15]="0 deg"
OPF1[16]="HD3";OPF2[16]=" r";OPF3[16]="otary ";OPF4[16]="45 deg"


ECOD1[1]="Emerge";ECOD2[1]="ncy St";ECOD3[1]="op Re";ECOD4[1]="set bu"
ECOD5[1]="tton";ECOD1[2]="Left ";ECOD2[2]="Door ";ECOD3[2]="open. "
ECOD4[2]="Close";ECOD5[2]="";ECOD1[3]="";ECOD2[3]="Door "
ECOD3[3]="open. ";ECOD4[3]="Close";ECOD5[3]="";ECOD1[4]="Materi"
ECOD2[4]="al A L";ECOD3[4]="evel l";ECOD4[4]="ow. ";ECOD5[4]=""
ECOD1[5]="Materi";ECOD2[5]="al B L";ECOD3[5]="evel l"
ECOD4[5]="ow. ";ECOD5[5]="";ECOD1[6]="Exhaus";ECOD2[6]="t Flow"
ECOD3[6]=" low. ";ECOD4[6]="";ECOD5[6]="";EN


REM !!!! Machine-Specific Information !!!!
#IMACH;MT 1,1,1;CE 0,0,0
FSTX=20000;SLWX=10000
FSTY=20000;SLWY=10000
FSTZ=10000;SLWZ=5000


KNHEAD=2
A_HEAD[1]="Spray ";A2HEAD[1]="     ";R_HEAD[1]=0
A_HEAD[2]="Dispen";A2HEAD[2]="se   ";R_HEAD[2]=1
A_HEAD[3]="HD3";A2HEAD[3]="     ";R_HEAD[3]=1


REM !!! Added Y offset to Home Routine !!!
```

PVA\SPCX2115\W3267R2\Prog\10-24-2013\

CONFIDENTIAL

Software Code Proprietary/irrelevant

PVA-1212

```
XOFF=0
YOFF=703
ZOFF=0


PT_APG[0]=69136;PT_APG[1]=54383;PT_APG[2]=10481
PT_CAL[0]=6660;PT_CAL[1]=41194;PT_CAL[2]=13921
PT_SBY[0]=33500;PT_SBY[1]=36600;PT_SBY[2]=250
PT_SOL[0]=70850;PT_SOL[1]=27679;PT_SOL[2]=9000


AP_EN=0;AP_LEN=2000;AP_TIME=30000;SLP_TM=30000;SO_EN={
PNTO=4000;AC_TMR=1;LLA_EN=0;LLB_EN=0;XFL_EN=0


MIN_FLSH=0
MIN_FILL=0
MAX_FLSH=150000
MAX_FILL=150000
MIN_FNF=0
MAX_FNF=18000000


#TUNE;WT100
AC 150000,150000,150000/SCALE_Z
DC 150000,150000,150000/SCALE_Z
SP 60000,60000,100000/SCALE_Z
VA 70000,70000,70000
VD 70000,70000,70000
BL -4000,-2500,-1500
FL 71000,70500,16600
TL 9.9999,9.9999,9.9999
KD 67.99,82.43,305.75
KP 5.66,6.75,199.94
KI 0.25,0.19,0.34;EN


#SCALE;SCALE_Z=10;MO;SF 1,1,SCALE_Z;EN


REM !!!! Pneumatic and Dispensing Subroutines !!!!
#H1VLON;JP#NOOP,VLV=0;CB oH1AT;WT250;CB oH1V;AP_TP=TIME;EN
#H1VLOF;JS#APRS,@OUT[oH1V]=0;SB oH1V;WT50;SB oH1AT;EN
#H1UP;PNEC=5;SENINP=iH1Z;ZORO=1;SB oH1Z;JS#OPTO;EN
#H1DW;PNEC=6;SENINP=iH1Z;ZORO=0;CB oH1Z;JS#OPTO;EN
#H1RA;EN
#H1RB;EN


#H2VLON;JP#NOOP,VLV=0;CB oH2V;AP_TP=TIME;EN
#H2VLOF;JS#APRS,@OUT[oH2V]=0;SB oH2V;EN
#H2UP;PNEC=7;SENINP=iH2Z;ZORO=1;SB oH2Z;JS#OPTO;EN
#H2DW;PNEC=8;SENINP=iH2Z;ZORO=0;CB oH2Z;JS#OPTO;EN
#H2RA;PNEC=13;SENINP=iH2RA;ZORO=0;SB oH2RB;CB oH2RA;JS#OPTO;EN
#H2RB;PNEC=14;SENINP=iH2RB;ZORO=0;SB oH2RA;CB oH2RB;JS#OPTO;EN


#H3VLON;EN
#H3VLOF;EN
#H3UP;EN
#H3DW;EN
#H3RA;EN
```

3267_M08.txt[8/25/2017 9:14:31 AM]

PVA\SPCX2115\W3267R2\Prog\10-24-2013\

CONFIDENTIAL

Software Code—Proprietary/irrelevant

516

PVA-1213

```
#H3RB;EN


#SOLV
  CB oSOLV
  SB oMATV
  SOLVENT=1
  BV
EN

#MATV
  CB oMATV
  SB oSOLV
  SOLVENT=0
  BV
EN

#NOOP;EN
#APRS;AP_TP=TIME;EN
#EOM
EN
\
```

CONFIDENTIAL

Software Code—Proprietary/irrelevant

517

VA-1214

PVA\SPCX2115\W3267R2\Prog\2013-10-16\

EXHIBIT 34

 PVA-1215

```
REM  Machine Style: 350_W3SD
NO   Author: JBB  Date: 10/09/2006  Version: 1.00
NO   Project: SPCX2115   Serial #: W3267   Company: Space X
NO   Modified by: NS  Date: 5/1/09
REM  PathMaster version: 2.00+
REM
REM  =================
REM  Revision History
REM  =================
REM  Change:                        Date:   By:
REM  --------------------------------------------------------------
REM  - Added Teach Pendant Routines.          7/3/02    TMB
REM  - Added Solvent Cup Routines.            7/3/02    TMB
REM  - Added Z Axis Scaling (Requires n17e firmware). 2/06/04    TMB
REM  2- Modified Cal routine, Solvent position   6/23/09   AH
REM  3- Added Y offset to Home Routine.        7/2/09    AJII
REM  5- Added Auto Solvent Flush              10/11/13   FP
REM  --------------------------------------------------------------
REM
REM  This software, including the information contained
REM  herein, is the property of Precision Valve & Automation,
REM  Inc. or its licensee and is considered confidential and proprietary
REM  information. It is delivered on the express condition that
REM  it not be used, disclosed, or reproduced in whole or in
REM  part, for any reason without prior written consent of
REM  Precision Valve & Automation, Inc.
REM
REM  (C) 2006 Precision Valve & Automation, Inc.
REM
REM !!!! Startup And Scan Routines (Thread 0) !!!!
#AUTO;PASSED=0;POS_VAL=0;FANPASS=0
#AUTO1;DOG=40;TRY_RES=0;SDE=0
#AUTO2;AB1;JS#SCALE;JS#PRE_CHK
#SCAN;AP_TE=(TIME-AP_TP)*AP_EN;JP#FESTOP,(@IN[iFLOW]*XFL_EN)=1
  JP#ESTOP,@IN[iESTOP]=1
  JP#ESTOP,(1-@IN[iDOOR])&DRFLAG=1
  JP#ESTOP,(1-@IN[iDOOR])&@IN[iBYPASS]=1
  JP#ESTOP,LL_ERR<>0;DOG=67
  JP#ESTOP,VPNTO=1
  JS#OSTOP,(OUTAC+@IN[FKEY1])=0;FPOWER=1;JP#SCAN
#OSTOP;CSTOP=1;EN
#FESTOP;FAN_ERR=1;JP#ESTOP


REM !!!! Auxiliary Error Routines (Thread 1) !!!!
#KEYMON;JP#KEYMON,MERR*(1-@IN[FKEY1])<>-1;KEY1=1;EN


REM !!!! Emergency Stop and Error Routine (Thread 0) !!!!
#ESTOP;ETIME=TIME;HX1;HX2;HX3
  IF (@OUT[oSOLV]=1)
   OP $EF,$FFFF,$FFFF,$FFFF,$FFFF
  ELSE
   OP $EF,$7FFF,$FFFF,$FFFF,$FFFF
  ENDIF
```

3267_M05.txt(8/25/2017 9:14:52 AM)

PVA\SPCX2115\W3267R2\Prog\2013-10-
16\

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

519   PVA-1216

```
    WT100;AB1;MO;KEY1=0;MEC=20
    JS#SS_ER;ERX=30000;ERY=30000;ERZ=30000;MERR=0;TEACH=0;FPOWER=0;XQ#KEYMON,2
#ESTOP1;WT150;MEC=1;JP#S200,@IN[iESTOP]=1
  MEC=3;JP#S200,(1-@IN[iDOOR])&@IN[iBYPASS]=1
  MEC=3;JP#S200,DRFLAG&(1-@IN[iDOOR])=1
  MEC=4;JP#S210,LL_ERR=14;MEC=5;JP#S210,LL_ERR=39
  MEC=6;JP#S198,FAN_ERR=1
  MEC=7;JP#S199,VPNTO=1;JP#ESTOP2,POS_VAL=0
  MEC=-1;JP#S208,KEY1=0;JS#FKEYREL;MERR=0
  ERX=1000;ERY=1000;ERZ=1000;JS#DR_CLOS;PING=0;AP_OUT=1
  MODE=0
  HX1;HX2;ACFLAG=0;VLV=VSTORE;SB5;WT700;CS;SH;WT100;XQ#CS_MN1,1;JP#SCAN
#ESTOP2;MERR=-2,JS#S209;JS#WAIT_F1;HX1;HX2;ZS0;DP 0,0,0;JP#AUTO1


REM !!!! Command Error Routine (Thread 0) !!!!
#CMDERR;HX1;HX2;HX3;ST;AM;MO
  IF (@OUT[oSOLV]=1)
   OP $EF,$FFFF,$FFFF,$FFFF,$FFFF
  ELSE
   OP $EF,$7FFF,$FFFF,$FFFF,$FFFF
  ENDIF
  SH;TEACH=0;FPOWER=0;ERR=_TC;MEC=11
  LINE=_ED;MERR=11,JS#SS_ER;JP#GSERR,SDE=41;JP#RESET,INIT*ERR=9
  JP#RESET,INIT*ERR=83;JS#S201;JS#FKEYREL;JS#ER_WT,HX1;JP#AUTO1
#GSERR;JS#S206;HX


REM !!!! Position Error Routine (Thread 0) !!!!
#POSERR;HX1;HX2;HX3;JS#S202;ST;AM;MO
  IF (@OUT[oSOLV]=1)
   OP $EF,$FFFF,$FFFF,$FFFF,$FFFF
  ELSE
   OP $EF,$7FFF,$FFFF,$FFFF,$FFFF
  ENDIF
  TEACH=0;POS_VAL=0;FPOWER=0
  MEC=12;MERR=12;JS#SS_ER;JS#FKEYREL;JS#ER_WT
  HX1;ZS0;DP 0,0,0;JP#AUTO1


REM !!!! Limit Error Routine (Thread 0) !!!!
#LIMSWI;TEACH=0;JP#LS_HOME,HOMING=1;POS_VAL=0;HX1;HX2;HX3,JS#S203;ST;AM;MO
  MEC=13;MERR=13;JS#SS_ER;FPOWER=0
  IF (@OUT[oSOLV]=1)
   OP $EF,$FFFF,$FFFF,$FFFF,$FFFF
  ELSE
   OP $EF,$7FFF,$FFFF,$FFFF,$FFFF
  ENDIF
  JS#FKEYREL
  JS#ER_WT;HX1;ZS0;DP 0,0,0;JP#AUTO1
#LS_HOME;RE


REM !!!! Startup Delay for Fan !!!!
#FAN_WT;HX1;FAN_WT=60000
  FAN_INC=1000;JS#S159;WT2000;JP#FAN_ER,@IN[iFLOW]=1;JS#S160
#FAN_WT1;WT FAN_INC;JS#S161;FAN_WT=(FAN_WT-FAN_INC)
  JP#FAN_ER,@IN[iFLOW]=1;JP#FAN_WT1,FAN_WT>0;FAN_ERR=0;FANPASS=1;EN
```

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

520   PVA-1217

```
#FAN_ER;ZS1;FAN_ERR=1;FANPASS=0;JP#ESTOP

REM !!!! Machine Error Subroutines (Thread 0) !!!!
#ER_WT;JP#NOOP,@IN[FKEY1]=0;JP#ER_ST,@IN[FKEY5]=0;JP#ER_WT
#ER_ST;JS#FKEYREL;JS#SS_MN;JS#ER_SC;JP#ER_WT
#ER_SC;JS#FKEYREL;JS#S201,MERR=11;JS#S202,MERR=12;JS#S203,MERR=13;EN

REM !!!! Pre-Start Routines !!!!
#PRE_CHK;JS#INIT;JS#FAN_WT,((1-FANPASS)*XFL_EN)=1;JS#SF_MN,PASSED=0;SB5
  JP#PRE_HM,POS_VAL=0;ACM_ER=(@ABS[_TEX]+@ABS[_TEY]+@ABS[_TEZ])
  JP#PRE_HM,ACM_ER>800;XQ#CS_MN1,1;EN
#PRE_HM;POS_VAL=0;XQ#CS_MN,1;EN

REM !!!! Start-up Safety Check (Thread 0) !!!!
#SF_MN;MO;CHECK=0,VFAIL=0
  JS#CLS;JS#L1;MG{P2}{N}"Machine Safety Check"
  VESPP=1;VDSPP=1;JS#L2;MG{P2}{N}"Press F1 to initiate."
  JS#WAIT_F1
#SF_LP;JP#SF_FE,VFAIL=1;JP#SF_FD,VFAIL=2;JP#SF_FP,VFAIL=5
  JP#SF_NE,@IN[iESTOP]=1;JP#SF_ND,@IN[iDOOR]=0;JP#SF_NK,@IN[iBYPASS]=0
  JP#SF_CP,CHECK=0;JP#SF_CE,CHECK=1;JP#SF_CD,CHECK=2;PASSED=1;EN

#SF_NE;JS#CLS;JS#L1;MG{P2}{N}"Undo the EStop button.";CKSEN=iESTOP
  JS#S_ZERO;JP#SF_LP
#SF_ND;JS#CLS;JS#L1;MG{P2}{N}"Close the door.";CKSEN=iDOOR
  JS#S_ONE;JP#SF_LP
#SF_NK;JS#CLS;JS#L1;MG{P2}{N}"Turn the Door Bypass key to OFF";CKSEN=iBYPASS
  JS#S_ONE;JP#SF_LP
#SF_CP;CB5;VCHECK=iPOWER;VSTATE=0;VFAIL=5;JS#SF_DD;JP#SF_LP,VFAIL<>0;SB5
  VFAIL=5;VSTATE=1;JS#SF_DD;CHECK=1;JP#SF_LP
#SF_CE;VCHECK=iESTOP;JS#CLS;JS#L1;MG{P2}{N}"Press the EStop button.";VESPP=1
  VSTATE=1;VFAIL=1;JS#SF_DD;JP#SF_LP,VFAIL<>0;VCHECK=iPOWER;VSTATE=0;VFAIL=5
  VESPP=0;JS#SF_DD;VESPP=1;CHECK=2,JP#SF_LP
#SF_CD;VCHECK=iDOOR;JS#CLS;JS#L1;MG{P2}{N}"Open the door.";VDSPP=1
  VSTATE=0;VFAIL=2;JS#SF_DD;JP#SF_LP,VFAIL<>0;VCHECK=iPOWER;VSTATE=0;VFAIL=5
  VDSPP=0;JS#SF_DD;VDSPP=1;CHECK=3;JP#SF_LP
#SF_DD;SFTMR=TIME;WT500
#SF_DD1;JP#SF_DD2,(VFAIL-1)*(@IN[iESTOP])*VESPP<>0
  JP#SF_DD2,(VFAIL-2)*(1-@IN[iDOOR])*VDSPP<>0
  JP#SF_DD2,@IN[iBYPASS]=0
  JP#NOOP,(TIME-SFTMR)>8000;JP#SF_DD1,@IN[VCHECK]<>VSTATE;VFAIL=0,EN
#SF_DD2;ZS1;VFAIL=0;JP#SF_LP
#SF_FP;CB5;JS#CLS;JS#L1;MG{P2}{N}"Power check failed.";JP#SF_FAIL
#SF_FE;JS#CLS;JS#L1;MG{P2}{N}"EStop button failed.";JP#SF_FAIL
#SF_FD;JS#CLS;JS#L1;MG{P2}{N}"Door safety failed.";JP#SF_FAIL
#SF_FAIL;JP#SF_OVER,SAFE<>0;JS#L2;MG{P2}{N}"Press F1 to repeat test."
  JS#WAIT_F1;SAFE=1;JP#SF_MN
#SF_OVER;JS#L2;MG{P2}{N}"Repair and restart machine.";ZS0;HX

REM !!!! Program Status Report (Thread 0 or 1) !!!!
#SS_MN;JS#CLS
JS#L1;MG{P2}{N}"Machine Status Report.  Press ";MG{P2}{N}"F1 to     "
JS#L2;MG{P2}{N}"scroll through screens or F8 t";MG{P2}{N}"o quit.   "
JS#SS_LP
```

```
JS#CLS;JS#L1;MG{P2}{N}"X-axis  Enc.Pos.  Com.Pos.  P"
MG{P2}{N}"os.Err.  "
JS#L2;MG{P2}{N}"        ",{F6.0}_TPX," ",{F6.0}_RPX," ",{F6.0}_TEX
JS#SS_LP


JS#CLS
JS#L1;MG{P2}{N}"Y-axis  Enc.Pos.  Com.Pos.  P";MG{P2}{N}"os.Err.  "
JS#L2;MG{P2}{N}"        ",{F6.0}_TPY," ",{F6.0}_RPY," ",{F6.0}_TEY
JS#SS_LP


JS#CLS
JS#L1;MG{P2}{N}"Z-axis  Enc.Pos.  Com.Pos.  P";MG{P2}{N}"os.Err.  "
JS#L2;MG{P2}{N}"        ",{F6.0}_TPZ," ",{F6.0}_RPZ," ",{F6.0}_TEZ
JS#SS_LP


JS#CLS;N1=_MOX;JS#L1;MG{P2}{N}"X-axis Motors  On/Off  Torque"
MG{P2}{N}" Tor.Lim.",JS#L2;MG{P2}{N}"        ",HLW[N1]{S3}
MG{P2}{N}" ",{F1.4}_TTX," ",{F1.4}_TLX
JS#SS_LP


JS#CLS;N1=_MOY;JS#L1;MG{P2}{N}"Y-axis Motors  On/Off  Torque"
MG{P2}{N}" Tor.Lim",JS#L2;MG{P2}{N}"        ",HLW[N1]{S3}
MG{P2}{N}" ",{F1.4}_TTY," ",{F1.4}_TLY
JS#SS_LP


JS#CLS;N1=_MOZ;JS#L1;MG{P2}{N}"Z-axis Motors  On/Off  Torque"
MG{P2}{N}" Tor.Lim.",JS#L2;MG{P2}{N}"        ",HLW[N1]{S3}
MG{P2}{N}" ",{F1.4}_TTZ," ",{F1.4}_TLZ
JS#SS_LP


JS#CLS;N1=_HMX;N2=_LFX;N3=_LRX
JS#L1;MG{P2}{N}"X-axis Sensors  Home  For.Lim.";MG{P2}{N}" Rev.Lim "
JS#L2;MG{P2}{N}"        ",HLW[N1]{S3}," ",HLW[N2]{S3}
MG{P2}{N}"     ",HLW[N3]{S3}
JS#SS_LP


JS#CLS;N1=_HMY;N2=_LFY;N3=_LRY
JS#L1;MG{P2}{N}"Y-axis Sensors  Home  For.Lim.";MG{P2}{N}" Rev.Lim "
JS#L2;MG{P2}{N}"        ",HLW[N1]{S3}," ",HLW[N2]{S3}
MG{P2}{N}"     ",HLW[N3]{S3}
JS#SS_LP


JS#CLS;N1=_HMZ;N2=_LFZ;N3=_LRZ
JS#L1;MG{P2}{N}"Z-axis Sensors  Home  For.Lim.";MG{P2}{N}" Rev.Lim."
JS#L2;MG{P2}{N}"        ",HLW[N1]{S3}," ",HLW[N2]{S3}
MG{P2}{N}"     ",HLW[N3]{S3}
JS#SS_LP


JS#CLS
JS#L1;MG{P2}{N}"X-axis Tuning   KD    KP ";MG{P2}{N}"   KI    "
JS#L2;MG{P2}{N}"        ",{F3.2}_KDX," ",{F3.2}_KPX," ",{F3.2}_KIX
JS#SS_LP
```

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

```
JS#CLS
JS#L1;MG{P2}{N}"Y-axis Tuning   KD     KP ";MG{P2}{N}"   KI   "
JS#L2;MG{P2}{N}"          ",{F3.2}_KDY," ",{F3.2}_KPY," ",{F3.2}_KIY
JS#SS_LP


JS#CLS
JS#L1;MG{P2}{N}"Z-axis Tuning   KD     KP ";MG{P2}{N}"   KI   "
JS#L2;MG{P2}{N}"          ",{F3.2}_KDZ," ",{F3.2}_KPZ," ",{F3.2}_KIZ
JS#SS_LP;EN


#SS_LP;JP#WAIT_F1,@IN[FKEY1]=0;JP#SS_LP1,@IN[FKEY8]=0;JP#SS_LP
#SS_LP1;ZS1;JS#FKEYREL;EN
#SS_ER;JP#NOOP,REPORT=0;MG;MG"Error Cause: "{N};MG HLW[MEC]{S}
  MG"E-Stop:"{N};MG@IN[iESTOP]{F1.0}
  MG"Door:"{N};MG@IN[iDOOR]{F1.0}
  MG"Door Bypass:"{N};MG@IN[iBYPASS]{F1.0}
  MG"Exhaust Flow:"{N};MG@IN[iFLOW]{F1.0}
  MG"Material A Level:"{N};MG@IN[iLEVELA]{F1.0}
  MG"Material B Level:"{N};MG@IN[iLEVELB]{F1.0}
  MG"Stop Codes (x,y,z)";MG_SCX{F3.0}{N};MG_SCY{F3.0}{N}
  MG_SCZ{F3.0}{N}
  MG"Current Error: "{N},TC1;MG"Error on line:",{F3.0}LINE
  MG"Current Position (x,y,z)";TPXYZ{F6.0}
  MG"Position Error (x,y,z)";TEXYZ{F6.0};EN


REM !!!! Initialization Routine (Thread 0) !!!!
#INIT;HX1;HX2;HX3;INIT=0;PMX=2;CO 14
OP $EF,$FFFF,$FFFF,$FFFF,$FFFF
CS;JS#INITLCD;JS#S001;WT2000,DA*[0];JS#FKEYREL
DM PT_SBY[4],PT_CAL[4],PT_APG[4],A_HEAD[5],AXIS[6],ASTRSK[4],HLW[30]
DM R_HEAD[5],OPF1[20],OPF2[20],OPF3[20],OPF4[20],ECOD1[10],ECOD2[10]
DM ECOD3[10],ECOD4[10],ECOD5[10],A2HEAD[5],PT_SOL[5]
ASTRSK[0]=" ";ASTRSK[1]="*";ASTRSK[2]="*";FPOWER=0;KEY1=0
ASTRSK[3]=" ";HLW[0]="ON ";HLW[1]="OFF";HLW[2]="OFF";HLW[3]="ON "
HLW[11]="ComErr";HLW[12]="PosErr";HLW[13]="LimErr";HLW[20]="I/O   "
AXIS[1]="X&Y";AXIS[2]="X ";AXIS[3]="Y ";AXIS[4]="Z ";ERR=0;LINE=0;REPORT=0
AXIS[5]="W ";OUTAC=1;VLV=1;HOMING=1;VPNTO=0;SAFE=0;TEACH=0;MODE=0;ST_BY=0
AP_TE=0;AP_TP=TIME;ACFLAG=0;VSTORE=1;CAXIS=1;CHEAD=1;PLYBCK=0;FAN_ERR=0
PNEC=0;PING=0;ACINPT=0;VCLEAR=0;AP_OUT=1;FLSO_TM=TIME
DRFLAG=1;MERR=0;JS#GETASN;JS#IMACH;SDE=41;GS#IPROG,#EOM;SDE=0;JS#IPROG
LL_ERR=0;INIT=1;JP#INIT2,CPROG<=KNPROG;CPROG=1
#INIT2;JS#LPPROG;JS#CHECK;INIT=0;EN


REM !!!! Check Variables And Reset Routines (Thread 0) !!!!
#CHECK;JP#RESET,CPROG<1;JP#RESET,CPROG>KNPROG;JP#RESET,CCNT<0
  JP#RESET,FANPASS<0;JP#RESET,POS_VAL<0
  JP#RESET,FNF_EN<0
  JP#RESET,FNF_TM<0
  JP#RESET,FLUSH_TM<0
  JP#RESET,FILL_TM<0
EN
#RESET;JS#S204;WT2000;JP#S205,TRY_RES=1;HX1;HX2;HX3
  DA*,*[0];CCNT=0;CPROG=1;FANPASS=0;POS_VAL=0
```

3267_M05.txt[8/25/2017 9:14:52 AM]

PVA\SPCX2115\W3267R2\Prog\2013-10-16\

CONFIDENTIAL

Software Code Proprietary/irrelevant

Sheet 10

523

PVA-1220

```
FNF_EN=0
FNF_TM=1800000
FLUSH_TM=30000
FILL_TM=30000
TRY_RES=1;PASSED=0;JS#S100;ZS0;JP#AUTO2


REM !!!! Load Program Routine (Thread 0) !!!!
#LPPROG;SDE=41;JP#LP2,CPROG>1;GS#PROG1,#PROG;JP#LX
#LP2;JP#LP4,CPROG>3;GS#PROG2,#PROG;JP#LX,CPROG=2;GS#PROG3,#PROG;JP#LX
#LP4;JP#LP6,CPROG>5;GS#PROG4,#PROG;JP#LX,CPROG=4;GS#PROG5,#PROG;JP#LX
#LP6;JP#LP8,CPROG>7;GS#PROG6,#PROG;JP#LX,CPROG=6;GS#PROG7,#PROG;JP#LX
#LP8;JP#LP10,CPROG>9;GS#PROG8,#PROG;JP#LX,CPROG=8;GS#PROG9,#PROG;JP#LX
#LP10;JP#LP12,CPROG>11;GS#PROG10,#PROG;JP#LX,CPROG=10;GS#PROG11,#PROG;JP#LX
#LP12;JP#LP14,CPROG>13;GS#PROG12,#PROG;JP#LX,CPROG=12;GS#PROG13,#PROG;JP#LX
#LP14;JP#LP16,CPROG>15;GS#PROG14,#PROG;JP#LX,CPROG=14;GS#PROG15,#PROG;JP#LX
#LP16;JP#LP18,CPROG>17;GS#PROG16,#PROG;JP#LX,CPROG=16;GS#PROG17,#PROG;JP#LX
#LP18;JP#LP20,CPROG>19;GS#PROG18,#PROG;JP#LX,CPROG=18;GS#PROG19,#PROG;JP#LX
#LP20;JP#LP22,CPROG>21;GS#PROG20,#PROG;JP#LX,CPROG=20;GS#PROG21,#PROG;JP#LX
#LP22;JP#LP24,CPROG>23;GS#PROG22,#PROG;JP#LX,CPROG=22;GS#PROG23,#PROG;JP#LX
#LP24;JP#LP26,CPROG>25;GS#PROG24,#PROG;JP#LX,CPROG=24;GS#PROG25,#PROG;JP#LX
#LP26;JP#LP28,CPROG>27;GS#PROG26,#PROG;JP#LX,CPROG=26;GS#PROG27,#PROG;JP#LX
#LP28;JP#LP30,CPROG>29;GS#PROG28,#PROG;JP#LX,CPROG=28;GS#PROG29,#PROG;JP#LX
#LP30;JP#LP32,CPROG>31;GS#PROG30,#PROG;JP#LX,CPROG=30;GS#PROG31,#PROG;JP#LX
#LP32;GS#PROG32,#PROG;JP#LX
#LX;SDE=0;EN


REM !!!! Home Routine (Thread 1) !!!!
#MV_HOME;JS#DR_CLOS;JS#S019;POS_VAL=0;HOMING=1
  JS#TUNE;ST;AM
  FL 200000,200000,200000
  BL -200000,-200000,-200000
  AC 150000,150000,150000/SCALE_Z
  DC 150000,150000,150000/SCALE_Z
  OE 1,1,1;JS#ALLUP;ERX=1000;ERY=1000;ERZ=1000;SH
  FEZ;SPZ=30000/SCALE_Z;BGZ;AMZ;PR,,1500;BGZ;AMZ
  FEZ;SPZ=2000/SCALE_Z;BGZ;AMZ;PR,,1000;SPZ=20000/SCALE_Z;BGZ;AMZ;DPZ=0
  FLZ=30000;BLZ=-3000
  FEXY;SP 10000,10000;BGXY;AMXY;PR 3000,3000;SP 500,500;BGXY;AMXY
  FEXY;SP 500,500;BGXY;AMXY;PR 3000,3000;SP 2000,2000;BGXY;AMXY
  DP 0,-703;JS#TUNE;POS_VAL=1;HOMING=0;EN


REM !!!! Move To Stand-By Routine (Thread 1) !!!!
#MV_SBY;JS#DR_CLOS;JS#ALLUP;SP 60000,60000,100000/SCALE_Z
  AC 150000,150000,150000/SCALE_Z;DC 150000,150000,150000/SCALE_Z
  SH;DELTAS=@ABS[_TPX-PT_SBY[0]]+@ABS[_TPY-PT_SBY[1]]+@ABS[_TPZ-PT_SBY[2]]
  JS#SAFEZ,DELTAS>10
  PA PT_SBY[0],PT_SBY[1],PT_SBY[2];BGXY;AMXY;BGZ;AMZ
  JS#TUNE;ST_BY=1;EN


REM !!!! Flush/Fill Main Screen !!!!
#SOFL_MN
  JS#FKEYREL
  FNF_FLAG=0
  JS#S006
```

CONFIDENTIAL

Software Code: Proprietary/irrelevant

EXHIBIT 24

524VA-1221

```
   AC 100000,100000,100000
   DC 50000,50000,50000
   SP 50000,50000,100000/SCALE_Z
   JS#DR_CLOS;JS#SAFEZ;PA PT_APG[0],PT_APG[1],PT_APG[2];BGXY;AMXY
   BGZ;AMZ;'JS#H1DW;'JS#H2DW;'JS#H3DW
#SOFL_LP
   JP#SOFLEND,@IN[FKEY1]=0
   JP#SO_FLSH,@IN[FKEY3]=0
   JP#MAT_FIL,@IN[FKEY4]=0
   JP#SO_FNF,@IN[FKEY6]=0
   IF (FNF_FLAG=1)
    FNF_FLAG=0
   ENDIF
   JP#SOFL_LP


#SOFLEND
   JS#FKEYREL
   JP#CS_MN1


#SO_FLSH
   JS#S007
   CB oSOLV;WT1500
   JS#H1VLON;JS#H2VLON;JS#H3VLON
   TEMP_TM=TIME
   #WT_FLSH
   JP#ABRTSF,(((@IN[FKEY1]=0)&(ACFLAG=0))
   JP#WT_FLSH,((TIME-TEMP_TM)<FLUSH_TM)
   #ABRTSF2
   JS#H1VLOF;JS#H2VLOF;JS#H3VLOF
   JS#S006,ACFLAG=0
   JP#SOFL_LP,((FNF_FLAG=0)&(ACFLAG=0))

#MAT_FIL
   JS#S008
   SB oSOLV;WT1500
   JS#H1VLON;JS#H2VLON;JS#H3VLON
   TEMP_TM=TIME
   #WT_FILL
   JP#ABRTMF,(((@IN[FKEY1]=0)&(ACFLAG=0))
   JP#WT_FILL,((TIME-TEMP_TM)<FILL_TM)
   #ABRTMF2
   JS#H1VLOF;JS#H2VLOF;JS#H3VLOF
   JS#S006,ACFLAG=0
   JS#FKEYREL
   FNF_FLAG=0
   JP#SOFL_LP,(ACFLAG=0)
   EN

#ABRTSF
   JP#ABRTSF,(@IN[FKEY1]=0)
   FNF_FLAG=0
   JP#ABRTSF2


#ABRTMF
```

CONFIDENTIAL

Software Code: Proprietary/irrelevant

EXHIBIT 94

PVA-1222

```
JP#ABRTMF,(@IN[FKEY1]=0)
JP#ABRTMF2

#SO_FNF
  FNF_FLAG=1
  JP#SO_FLSH

#AC_FNF
  JP#AC_FNF,_XQ2>0
  JS#ALLUP
  JS#SAFEZ
  AC 100000,100000,100000
  DC 50000,50000,50000
  SP 50000,50000,100000/SCALE_Z
  JS#DR_CLOS;JS#SAFEZ;PA PT_APG[0],PT_APG[1],PT_APG[2];BGXY;AMXY
  BGZ;AMZ;'JS#H1DW;'JS#H2DW;'JS#H3DW

  FNF_FLAG=0
  IF (@OUT[oSOLV]=1)
    JS#SO_FLSH
  ELSE
    JS#MAT_FIL
  ENDIF
  JS#SO_FLSH,(@OUT[oSOLV]=1)
  JS#S020
  FLSO_TM=TIME
  SOL_TM=TIME
  JS#ALLUP
  JS#SAFEZ
  JS#MV_SBY
EN

REM !!!! Move To Solvent Cup Routine (Thread 1) !!!!
#MV_SOL;JS#DR_CLOS;SP 100000,100000,100000/SCALE_Z
  AC 200000,200000,200000/SCALE_Z;DC 200000,200000,200000/SCALE_Z
  SH;DELTAS=@ABS[_TPX-PT_SOL[0]]+@ABS[_TPY-PT_SOL[1]]+@ABS[_TPZ-PT_SOL[2]]
  JS#S039,DELTAS>10;JS#SAFEZ,DELTAS>10
  PA PT_SOL[0],PT_SOL[1],PT_SOL[2];BGXY;AMXY;BGZ;AMZ
  JS#H1DW;JS#H2DW;JS#H3DW;JS#TUNE;ST BY=0;EN

REM !!!! Cyclestop Routine (Thread 1) !!!!
#CS_MN;JP#CS_MN,FPOWER=0;JS#S002;JS#WAIT F1;JS#MV_HOME
#CS_MN1;JS#ALLUP;JP#CS_MN1,FPOWER=0;JP#CS_MN,POS_VAL=0;JS#MV_SOL,SO_EN=1
  JS#MV_SBY,SO_EN=0;CSTOP=0;ACFLAG=0
  WT400;JS#S003;JS#FKEYREL
#CS_LP;JP#PG_MN,@IN[FKEY1]=0
  JP#SOFL_MN,@IN[FKEY2]=0
  JP#CA_MN,@IN[FKEY3]=0
  JP#MA_MN,@IN[FKEY4]=0;JP#AC_MN,@IN[FKEY5]=0;JP#ST_MN,@IN[FKEY6]=0
  JP#SU_MN,@IN[FKEY8]=0
  JS#CS_AP,(AP_TE*AP_OUT*(1-SO_EN))>AP_TIME;JP#CS_LP
#CS_AP;XQ#A_PURGE,2
#CS_AP1;JP#CS_AP1,PING=1;JS#S003;EN
```

CONFIDENTIAL

Software Code. Proprietary/irrelevant

EXHIBIT 34

528   PVA-1223

```
REM !!!! Program Selection (Thread 1) !!!!
#PG_MN;JS#S004
#PG_MN1;JS#S005;JS#FKEYREL
#PG_LP;JP#PG_BV,@IN[FKEY1]=0
  JP#PG_DW,@IN[FKEY2]=0;JP#PG_UP,@IN[FKEY3]=0;JP#PG_LP
#PG_BV;JS#S100;JS#LPPROG;JS#FKEYREL;JP#CS_MN1
#PG_DW;CPROG=CPROG-1;JP#PG_MN1,CPROG>0;CPROG=KNPROG;JP#PG_MN1
#PG_UP;CPROG=CPROG+1;JP#PG_MN1,CPROG-1<KNPROG;CPROG=1;JP#PG_MN1


REM !!!! Teach Routines (Thread 1) !!!!
#TE_F2;KEY=22*TEACH;JP#TE_FA,RKEY=53;JP#TE_FA,(TIME-TETIME)>1000;JP#TE_F2
#TE_FA;JP#TE_FB,RKEY=53;KEY=0;RKEY=0;JS#FKEYREL;JS#TKEYREL;EN
#TE_FB;CB6;WT50;SB6;KEY=0;WT100;RKEY=0;JS#FKEYREL;JS#TKEYREL;EN
#TE_PB;HX2,HX3;,ST,AM,JS#S076;KEY=44*TEACH;WT2000;KEY=0;JP#MA_MN1
#TE_RS;HX0,WT100;XQ#SCAN,0;JS#DR_CLOS;TEACH=0;KEY=0;PASSED=1
  SP 60000,60000,100000/SCALE_Z
  JP#TE_RS1,PMX>1;PAZ=0;BGZ;AMZ
#TE_RS1;CS,XQ#PROG,2;PLYBCK=0
#TE_RS2;JP#TE_RS2,_XQ2>0;ST;AM;JP#MA_MN1


REM !!!! Calibration Routine (Thread 1) !!!!
#CA_MN;JS#S009;JS#ALLUP;JS#FKEYREL
  SP 30000,30000,60000/SCALE_Z
  AC 100000,100000,100000/SCALE_Z
  DC 50000,50000,50000/SCALE_Z,JS#SAFEZ
  PA PT_CAL[0],PT_CAL[1],PT_CAL[2];BGXY,AMXY
  BGZ;AMZ;JS#H2DW;DRFLAG=0
#CA_LP;JP#CS_MN1,@IN[FKEY1]=0;JP#CA_HOME,@IN[FKEY3]=0;JP#CA_LP
#CA_HOME;JS#MV_HOME;JP#CA_MN


REM !!!! Manual Mode Functions (Thread 1) !!!!
#MA_MN
  JS#FKEYREL
REM !!!! Warn if Solvent in Lines !!!
  IF (@OUT[oSOLV]=0)
    JS#S013
    #SO_WRN2
    JP#CS_MN1,@IN[FKEY1]=0
    JP#IGNWRN2,@IN[FKEY2]=0
    JP#SO_WRN2
    #IGNWRN2
    JS#FKEYREL
  ENDIF
  JS#MV_SBY
#MA_MN1;DRFLAG=0;CTM=0;TEACH=1;KEY=0;PLYBCK=0;RKEY=0
  CAXIS=1;JS#S010;JS#FKEYREL;HX2;XQ#TB_XY,2;MODE=1
#MA_LP;JP#MA_END,@IN[FKEY1]=0;TETIME=TIME;JS#TE_F2,@IN[FKEY2]=0
  JS#VV_MN,@IN[FKEY3]=0;JP#OS_MN,@IN[FKEY4]=0;JS#PR_MN,@IN[FKEY5]=0
  JS#TP_MN,@IN[FKEY6]=0;JS#AX_MN,@IN[FKEY7]=0;JP#TE_PB,PLYBCK=1
  JS#RM_TCH,(@IN[iTEACH]+@IN[iPURGE]+@IN[iAXIS])<3;JP#MA_LP
#MA_END;JS#LED_RS;TEACH=0;JS#FKEYREL;HX2;ST;AM;VLV=VSTORE
  MODE=0;JS#DR_CLOS;JS#ALLUP;JP#CS_MN1


REM !!!! Valve Function Routines (Thread 1) !!!!
```

CONFIDENTIAL

Software Code: Proprietary/irrelevant

EXHIBIT 34

527PVA-1224

```
#VV_MN;JS#S016;JS#FKEYREL;MODE=3
#VV_LP;JP#VV_END,@IN[FKEY1]=0;JS#PR_MN,@IN[FKEY2]=0;JS#VV_SEL,@IN[FKEY3]=0
  JS#VV_UP,@IN[FKEY4]=0;JS#VV_DW,@IN[FKEY5]=0;JS#VV_RA,@IN[FKEY6]=0
  JS#VV_RB,@IN[FKEY7]=0;JP#NOOP,PLYBCK=1
  JS#RM_TCH,(@IN[iTEACH]+@IN[iPURGE]+@IN[iAXIS])<3;JP#VV_LP
#VV_END;JS#S010;JS#FKEYREL;MODE=1;EN
#VV_SEL;CHEAD=CHEAD+1;JP#VV_SEL1,CHEAD-1<KNHEAD;CHEAD=1
#VV_SEL1;JS#FKEYREL;JS#S012;JS#S017;EN
#VV_UP;JS#H1UP,CHEAD=1;JS#H2UP,CHEAD=2;JS#H3UP,CHEAD=3;JS#FKEYREL;EN
#VV_DW;JS#H1DW,CHEAD=1;JS#H2DW,CHEAD=2;JS#H3DW,CHEAD=3;JS#FKEYREL;EN
#VV_RA;JS#H1RA,CHEAD=1;JS#H2RA,CHEAD=2;JS#H3RA,CHEAD=3;JS#FKEYREL;EN
#VV_RB;JS#H1RB,CHEAD=1;JS#H2RB,CHEAD=2;JS#H3RB,CHEAD=3;JS#FKEYREL;EN


REM !!!! One-Shot Routine (Thread 1) !!!!
#OS_MN;ST;AM;HX2;TEACH=0;WT200;ACFLAG=1;JS#MV_SBY;ACFLAG=0;DRFLAG=0
  JS#LPPROG;JS#S022;CTM=0;JS#FKEYREL
#OS_LP;JP#MA_MN,@IN[FKEY1]=0;JP#OS_RUNW,@IN[FKEY2]=0
  JP#OS_RUND,@IN[FKEY3]=0;JP#OS_LP
#OS_RUN;JS#AC_LL,VLV=1;JS#DR_CLOS,CTM=0;JS#S021
  JS#FKEYREL,CS;CTM=TIME;XQ#PROG,2
#OS_RUN1;JP#OS_RUN1,_XQ2>0;ACFLAG=1;JS#MV_SBY;ACFLAG=0;CTM=TIME-CTM
#OS_RUN2;CCNT=CCNT+1;JP#OS_MN
#OS_RUNW;VLV=1;JP#OS_RUN
#OS_RUND;VLV=0;JP#OS_RUN


REM !!!! Manual Purge (Thread 1) !!!!
#PR_MN;VLV=1;JS#H1VLON,CHEAD=1;JS#H2VLON,CHEAD=2,JS#H3VLON,CHEAD=3
JS#FKEYREL;JS#TKEYREL;JS#H1VLOF,CHEAD=1;JS#H2VLOF,CHEAD=2;JS#H3VLOF,CHEAD=3;EN


REM !!!! Tell Position Routine (Thread 1) !!!!
#TP_MN;JS#CLS;JS#S041;JS#FKEYREL;JS#S010;EN


REM !!!! Select Axis Routines (Thread 1) !!!!
#AX_MN;JS#S015;JS#FKEYREL;MODE=2
#AX_LP;JP#AX_END,@IN[FKEY1]=0;TETIME=TIME;JS#TE_F2,@IN[FKEY2]=0
  JS#PR_MN,@IN[FKEY3]=0;JS#AX_XY,@IN[FKEY4]=0;JS#AX_X,@IN[FKEY5]=0
  JS#AX_Y,@IN[FKEY6]=0;JS#AX_Z,@IN[FKEY7]=0;JP#NOOP,PLYBCK=1
  JS#RM_TCH,(@IN[iTEACH]+@IN[iPURGE]+@IN[iAXIS])<3;JP#AX_LP
#AX_END;JS#FKEYREL;JS#S010;MODE=1;EN
#AX_XY;CAXIS=1;JS#AX_SCR;JS#LED_XY;SX=FSTX;SY=FSTY;SZ=0;JP#AX_DN
#AX_X;CAXIS=2;JS#AX_SCR;JS#LED_X;SY=0;SX=FSTX;SZ=0;JP#AX_DN
#AX_Y;CAXIS=3;JS#AX_SCR;JS#LED_Y;SX=0;SY=FSTY;SZ=0;JP#AX_DN
#AX_Z;CAXIS=4;JS#AX_SCR;JS#LED_Z;SX=0;SY=0;SZ=FSTZ;JP#AX_DN
#AX_SCR;JS#S011,MODE=2;JS#S011B,MODE=1;EN
#AX_DN;JS#FKEYREL;JS#TKEYREL;EN


REM !!!! Auto Cycle Routines (Thread 1) !!!!
#AC_MN
  JS#FKEYREL
  JS#AC_LL,VLV=1
REM !!!! Warn if Solvent in Lines !!!
  IF (@OUT[oSOLV]=0)
    JS#S013
    #SO_WRN
```

3267_M05.txt(8/25/2017 9:14:52 AM)

PVA\SPCX2115\W3267R2\Prog\2013-10-16\

CONFIDENTIAL

Software Code: Proprietary/irrelevant

EXHIBIT 34

528   PVA-1225

```
 JP#CS_MN1,@IN[FKEY1]=0
 JP#IGN_WRN,@IN[FKEY2]=0
 JP#SO_WRN
#IGN_WRN
 ENDIF
 JS#FKEYREL
 ACFLAG=1
 JS#LPPROG;CTM=0;JS#A_PURGE,SO_EN=1
 JP#AC_MN1,@IN[iSTART]=1;FLSO_TM=TIME;JS#S045
#AC_MNX;JP#AC_MNX,@IN[iSTART]=0
#AC_MN1;SOL_TM=TIME;JS#S020;JS#FKEYREL
#AC_LP
 JP#AC_END,@IN[FKEY1]=0
 JS#AC_LL,VLV=1
 JS#AC_DR,_XQ2<0
 JS#AC_SO,((TIME-SOL_TM)*ST_BY*SO_EN)>SLP_TM
 JP#AC_S,@IN[iSTART]=0
 JS#AC_AP,(AP_TE*AP_OUT*(1-SO_EN))>AP_TIME
 JS#AC_FNF,(((TIME-FLSO_TM)*FNF_EN)>FNF_TM)
 JP#AC_LP
#AC_END;JP#AC_END,PING=1;JS#S100;ACFLAG=0;JP#CS_MN1
#AC_S;JP#AC_S1,ST_BY=1;XQ#A_PURGE,2
#AC_S1;JS#DR_CLOS,JP#AC_S1,PING=1;CTM=0;CS,JS#S021;JS#FKEYREL
 CTM=TIME,XQ#PROG,2
#AC_2;JP#AC_2,_XQ2>0;JP#AC_2,@IN[iSTART]=0
 CCNT=CCNT+1,JS#MV_SBY;CTM=TIME-CTM;DRFLAG=0,JP#AC_MN1
#AC_AP;JP#NOOP,PING=1;JS#A_PURGE,JS#S020;EN
#AC_DR;DRFLAG=0;EN
#AC_LL;LL_VAR=14;JP#AC_LLE,@IN[iLEVELA]&LLA_EN=1;LL_VAR=39
 JP#AC_LLE,@IN[iLEVELB]&LLB_EN=1;EN
#AC_LLE;LL_ERR=LL_VAR;WT999;EN


REM !!!! Move to Solvent Cups !!!!
#AC_SO;JS#ALLUP;JP#AC_SO,_XQ2>0;JS#MV_SOL;JS#S020;EN


REM !!!! Status Routines (Thread 1) !!!!
#ST_MN;JS#S024
#ST_LP;JP#ST_END,@IN[FKEY1]=0;JP#ST_SS,@IN[FKEY3]=0;JP#ST_LP
#ST_END;JP#CS_MN1
#ST_SS;JS#SS_MN;JP#ST_MN


REM !!!! Setup Routines (Thread 1) !!!!
#SU_MN;JS#S030;JS#SU_SCR
#SU_LP;JP#SU_END,@IN[FKEY1]=0
 JP#SU_CNT,@IN[FKEY2]=0;JP#SU_CRS,@IN[FKEY3]=0
 JP#SFMF_SU,@IN[FKEY4]=0
 JS#SU_APON,@IN[FKEY5]=0;JS#SU_APOF,@IN[FKEY6]=0
 JS#SU_WET,@IN[FKEY7]=0;JS#SU_DRY,@IN[FKEY8]=0;JP#SU_LP
#SU_END;JS#FKEYREL;JS#S100;VLV=VSTORE;JP#CS_MN1
#SU_CNT;JS#S031;JS#FKEYREL;JP#SU_MN
#SU_CRS;CCNT=0;JS#S100;JP#SU_MN
#SU_APON;AP_EN=1;JP#SU_SCR
#SU_APOF;AP_EN=0;JP#SU_SCR
#SU_WET;VSTORE=1;JP#SU_SCR
```

CONFIDENTIAL

Software Code—Proprietary/irrelevant

PVA-1226

```
#SU_DRY;VSTORE=0
#SU_SCR;JS#FKEYREL;LCD1=AP_EN;LCD3=VSTORE;JS#S025;EN


REM !!!! Solvent Flush/Material Fill Setup Options !!!!
#SFMF_SU
  JS#FKEYREL
  JS#S0301
  JS#S0301A
  JS#S0301B

  #SFMF_LP
  JP#SFMFEND,(@IN[FKEY1]=0)
  JP#ACSF_MN,(@IN[FKEY3]=0)
  JS#SF_UP,(@IN[FKEY5]=0)
  JS#SF_DW,(@IN[FKEY6]=0)
  JS#MF_UP,(@IN[FKEY7]=0)
  JS#MF_DW,(@IN[FKEY8]=0)
  JP#SFMF_LP
EN


#SF_UP
STP_TM=TIME;STEP=1000
#SF_UP1
  FLUSH_TM=FLUSH_TM+STEP;JS#SF_RS1,FLUSH_TM>MAX_FLSH;JS#S0301A;WT75
  JS#STEP_C,(TIME-STP_TM)>2500;JP#SF_UP1,@IN[FKEY5]=0
EN


#SF_DW
STP_TM=TIME;STEP=1000
#SF_DW1
  FLUSH_TM=FLUSH_TM-STEP;JS#SF_RS0,FLUSH_TM<MIN_FLSH;JS#S0301A;WT75
  JS#STEP_C,(TIME-STP_TM)>2500;JP#SF_DW1,@IN[FKEY6]=0
EN


#MF_UP
STP_TM=TIME;STEP=1000
#MF_UP1
  FILL_TM=FILL_TM+STEP;JS#MF_RS1,FILL_TM>MAX_FILL;JS#S0301B;WT75
  JS#STEP_C,(TIME-STP_TM)>2500;JP#MF_UP1,@IN[FKEY6]=0
EN


#MF_DW
STP_TM=TIME;STEP=1000
#MF_DW1
  FILL_TM=FILL_TM-STEP;JS#MF_RS0,FILL_TM<MIN_FILL;JS#S0301B;WT75
  JS#STEP_C,(TIME-STP_TM)>2500;JP#MF_DW1,@IN[FKEY7]=0
EN


#SFMFEND
  JP#SFMFEND,@IN[FKEY1]=0
  JP#SU_MN
```

3267_M05.txt[8/25/2017 9:14:52 AM]

CONFIDENTIAL

PVA\SPCX2115\W3267R2\Prog\2013-10-16\

Software Code Proprietary/irrelevant

530VA-1227

```
#S0301;JS#CLS
JS#L1;MG{P2}{N}"F&F:    AUTO  Flsh  s. Fil   s."
JS#L2;MG{P2}{N}"EXIT   OPT    UP DW  UP DW ";EN


#S0301A;MG{P2}{N}{^17},{^25},{^150},{^18},(FLUSH_TM/1000){F3.0};EN
#S0301B,MG{P2}{N}{^17},{^25},{^161},{^18},(FILL_TM/1000){F3.0};EN

#SF_RS1;FLUSH_TM=MIN_FLSH;STP_TM=TIME;EN
#SF_RS0;FLUSH_TM=MAX_FLSH;STP_TM=TIME;EN
#MF_RS1;FILL_TM=MIN_FILL;STP_TM=TIME;EN
#MF_RS0;FILL_TM=MAX_FILL;STP_TM=TIME;EN
#STEP_C;STEP=STEP*5;STP_TM=TIME;EN
#STEP_D,STEP=STEP*10;STP_TM=TIME;EN


REM !!!!Auto Cycle Solvent Flush Options!!!
#ACSF_MN
 JS#FKEYREL
 JS#S0302
 JS#S0302A
 JS#S0302B
 #ACSF_LP
 JP#SFMF_SU,(@IN[FKEY1]=0)
 JS#FNF_ON,@IN[FKEY3]=0
 JS#FNF_OF,@IN[FKEY4]=0
 JS#FNF_UP,(@IN[FKEY5]=0)
 JS#FNF_DW,(@IN[FKEY6]=0)
 JP#ACSF_LP


#FNF_UP
STP_TM=TIME;STEP=60000
#FNF_UP1
 FNF_TM=FNF_TM+STEP;JS#FNF_RS1,FNF_TM>MAX_FNF;JS#S0302A;WT75
 JS#STEP_D,(TIME-STP_TM)>2500;JP#FNF_UP1,@IN[FKEY5]=0
EN


#FNF_DW
STP_TM=TIME;STEP=60000
#FNF_DW1
 FNF_TM=FNF_TM-STEP;JS#FNF_RS0,FNF_TM<MIN_FNF;JS#S0302A;WT75
 JS#STEP_D,(TIME-STP_TM)>2500;JP#FNF_DW1,@IN[FKEY6]=0
EN


#S0302;JS#CLS
JS#L1;MG{P2}{N}"Auto Opt:  F&F  Freq   min     "
JS#L2;MG{P2}{N}"EXIT   ON OFF   UP DW      ";EN


#S0302A
MG{P2}{N}{^17},{^25},{^151},{^18},(FNF_TM/60000){F3.0}
EN


#S0302B
MG{P2}{N}{^17},{^25},{^202},{^18},ASTRSK[FNF_EN]{S}
MG{P2}{N}{^17},{^25},{^206},{^18},ASTRSK[FNF_EN+2]{S};EN
```

3267_M05.txt(8/25/2017 9:14:52 AM)

PVA\SPCX2115\W3267R2\Prog\2013-10-16\

CONFIDENTIAL

EXHIBIT 34

Software Code: Proprietary/irrelevant

531                    PVA-1228

```
#FNF_ON;FNF_EN=1;JS#S0302B;JS#FKEYREL;EN
#FNF_OF;FNF_EN=0;JS#S0302B;JS#FKEYREL;EN
#FNF_RS1;FNF_TM=MIN_FNF;STP_TM=TIME;EN
#FNF_RS0;FNF_TM=MAX_FNF;STP_TM=TIME;EN


REM !!!! Auto Purge (Thread 2) !!!!
#A_PURGE
  AP_OUT=0;PING=1;VLV=1;JS#S040
  AC 100000,100000,100000
  DC 50000,50000,50000
  SP 50000,50000,100000/SCALE_Z
  JS#DR_CLOS;JS#SAFEZ;PA PT_APG[0],PT_APG[1],PT_APG[2];BGXY;AMXY
  BGZ;AMZ;JS#H1DW;JS#H2DW;JS#H3DW;JS#H1VLON;JS#H2VLON;JS#H3VLON;WT AP_LEN
  JS#H1VLOF;JS#H2VLOF;JS#H3VLOF;JS#H1UP;JS#H2UP;JS#H3UP;WT200
  JS#MV_SBY,AP_TE=0;AP_TP=TIME;VLV=VSTORE
  PING=0;AP_OUT=1,EN


REM !!!! Trackball (Thread 2) !!!!
#TB_XY;ST;AM
  DC 125000,125000,960000/SCALE_Z
  AC 125000,125000,425000/SCALE_Z;JS#LED_XY
  SX=FSTX;SY=FSTY;SZ=0;DE*=0;MX=0;MY=0;MZ=0,MXL=0
  MYL=0;MZL=0;MT=TIME;DE MXL,MYL,MZL;MTL=MT;SH;JG 0,0,0;BGXYZ
#TB_XY1;DT=MT-MTL;MTL=MT;MT=TIME;MXL=MX;MYL=MY;MZL=MZ
  MZ= DEX;MX= DEX;MY= DEY;MDT=MT-MTL;VELX=SX*(MX-MXL)/MDT
  VELY=SY*(MY-MYL)/MDT;VELZ=SZ*(MZL-MZ)/MDT;JP#MCHKZP,CAXIS=4
#MCHKXP;JP#MCHKXN,VELX<0;JP#MCHKYP,_TPX+1000<_FLX,VELX=0;JP#MCHKYP
#MCHKXN;JP#MCHKYP,_TPX-1000>_BLX,VELX=0
#MCHKYP;JP#MCHKYN,VELY<0;JP#TB_XY2,_TPY+1000<_FLY;VELY=0,JP#TB_XY2
#MCHKYN;JP#TB_XY2,_TPY-1000>_BLY;VELY=0,JP#TB_XY2
#MCHKZP;JP#MCHKZN,VELZ<0;JP#TB_XY2,_TPZ+1000<_FLZ;VELZ=0,JP#TB_XY2
#MCHKZN;JP#TB_XY2,_TPZ-1000>_BLZ;VELZ=0
#TB_XY2;JG VELX,VELY,VELZ;JP#TB_XY1


REM !!!! Teach Pendant Routines (Thread 1) !!!!
#RM_TCH;JS#RM_AX,@IN[iAXIS]=0;JS#PR_MN,@IN[iPURGE]=0
  TETIME=TIME;JS#TE_F2,@IN[iTEACH]=0;EN
#RM_AX;CAXIS=CAXIS+1;JS#RM_AR,CAXIS>4;JS#AX_XY,CAXIS=1
  JS#AX_X,CAXIS=2;JS#AX_Y,CAXIS=3;JS#AX_Z,CAXIS=4;EN
#RM_AR;CAXIS=1;EN
#LED_XY;SB3;SB4;CB1;CB2;EN
#LED_X;SB2;SB3;SB4;CB1;EN
#LED_Y;SB1;SB3;SB4;CB2;EN
#LED_Z;SB1;SB2;SB4;CB3;EN
#LED_W;SB1;SB2;SB3;CB4;EN
#LED_RS;SB1;SB2;SB3;SB4;SB6;EN


REM !!!! LCD Screens !!!!
#INITLCD;CC 9600,0,0,0;WT500;JS#CLS;EN


#CLS;MG{P2}{N}{^17},{^12},{^01},{^02},{^18};EN


#L1;MG{P2}{N}{^17},{^25},{^128},{^18};EN
```

3267_M05.txt[8/25/2017 9:14:52 AM]

PVA\SPCX2115\W3267R2\Prog\2013-10-16\

CONFIDENTIAL

Software Code – Proprietary/irrelevant
Exhibit 34

532
PVA-1229

```
#L2;MG{P2}{N}{^17},{^25},{^192},{^18};EN

#S001;JS#CLS
JS#L1;MG{P2}{N}"Precision Valve & Automation";MG{P2}{N}" Inc"
JS#L2;MG{P2}{N}"System Initialization, please ";MG{P2}{N}"wait...  ";EN

#S002;JS#CLS;JS#L1;MG{P2}{N}"Press F1 to home the system.  ";EN

#S003;JS#CLS
JS#L1;MG{P2}{N}"Cycle Stop             ";MG{P2}{N}"       "
JS#L2;MG{P2}{N}"PROG F&F  CAL   MAN  AUTO STAT";MG{P2}{N}"   SETUP";EN

#S004;JS#CLS
JS#L1;MG{P2}{N}"Select Program: ",A_PROGA[CPROG]{S},A_PROGB[CPROG]{S}
JS#L2;MG{P2}{N}"EXIT PREV NEXT";EN

#S005
MG{P2}{N}{^17},{^25},{^144},{^18},A_PROGA[CPROG]{S},A_PROGB[CPROG]{S};EN

#S006;JS#CLS
JS#L1;MG{P2}{N}"      SOLV  MAT    ";MG{P2}{N}"FLSH&    "
JS#L2;MG{P2}{N}"EXIT    FLSH FILL    ";MG{P2}{N}"FILL     ";EN

#S007;JS#CLS
JS#L1;MG{P2}{N}"Solvent Flush in Progress... ";MG{P2}{N}"      "
JP#NOOP,(ACFLAG=1)
JS#L2;MG{P2}{N}"EXIT                  ";MG{P2}{N}"      ";EN

#S008;JS#CLS
JS#L1;MG{P2}{N}"Material Fill in Progress... ";MG{P2}{N}"      "
JP#NOOP,(ACFLAG=1)
JS#L2;MG{P2}{N}"EXIT                  ";MG{P2}{N}"      ";EN

#S009;JS#CLS;JS#L1;MG{P2}{N}"Calibration"
JS#L2;MG{P2}{N}"EXIT    HOME          ";MG{P2}{N}"     ";EN

#S010;JS#CLS;JS#L1;MG{P2}{N}"Jog Mode Head: ",A_HEAD[CHEAD]{S}
MG{P2}{N}A2HEAD[CHEAD]{S}," Axis: ",AXIS[CAXIS]{S}
JS#L2;MG{P2}{N}"EXIT TEACH VLV RUN  PURG TP ";MG{P2}{N}"     AXIS";EN

#S011;MG {P2}{N}{^17},{^25},{^157},{^18},AXIS[CAXIS]{S};EN

#S011B;MG {P2}{N}{^17},{^25},{^164},{^18},AXIS[CAXIS]{S};EN

#S012;MG {P2}{N}{^17},{^25},{^153},{^18},A_HEAD[CHEAD]{S},A2HEAD[CHEAD]{S};EN

#S013;JS#CLS
JS#L1;MG{P2}{N}"Warning! Solvent not been";MG{P2}{N}" flushed! "
JS#L2;MG{P2}{N}"EXIT CONT          ";MG{P2}{N}"      ";EN

#S015;JS#CLS
JS#L1;MG{P2}{N}"Trackball Control   Current: ",AXIS[CAXIS]{S}
JS#L2;MG{P2}{N}"EXIT TEACH PURG X&Y  X   Y ";MG{P2}{N}" Z      ";EN
```

3267_M05.txt[8/25/2017 9:14:52 AM]

PVA\SPCX2115\W3267R2\Prog\2013-10-16\

CONFIDENTIAL

Software Code: Proprietary/irrelevant

EXHIBIT 34

533

PVA-1230

```
#S016;JS#CLS;JS#L1;MG{P2}{N}"Valve Functions   Head: "
MG{P2}{N} A_HEAD[CHEAD]{S},A2HEAD[CHEAD]{S}
JS#L2;MG{P2}{N}"EXIT PURG SEL  UP DOWN   ";MG{P2}{N}"        "

#S017;JP#OPT3,R_HEAD[CHEAD]=1
MG{P2}{N}{^17},{^25},{^218},{^18},"        ";EN

#OPT3;MG{P2}{N}{^17},{^25},{^218},{^18},"ROTA ROTB";EN

#S019;JS#CLS;JS#L1;MG{P2}{N}"Homing axes. Please wait... ";EN

#S020;JS#CLS;JP#OPT1,VLV=0
JS#L1;MG{P2}{N}"Auto Cycle WET      Count:",{F8.0}CCNT;JP#OPT2

#OPT1;JS#L1;MG{P2}{N}"Auto Cycle DRY      Count:",{F8.0}CCNT

#OPT2;JS#L2;MG{P2}{N}"STOP         "
MG{P2}{N} A_PROGA[CPROG]{S},A_PROGB[CPROG]{S};JP#NOOP,AC_TMR=0
JP#NOOP,CTM=0;MG{P2}{N}" ",{F3.1}CTM*0.9766/1000," Sec.";EN

#S021;JS#CLS
JS#L1;MG{P2}{N}"In Cycle...      Count:",{F8.0}CCNT,JP#OPT2

#S022;JS#CLS
JS#L1;MG{P2}{N}"Press F2 or F3 to run";MG{P2}{N}" 1 cycle. "
JS#L2;MG{P2}{N}"EXIT WET DRY ",A_PROGA[CPROG]{S},A_PROGB[CPROG]{S}
JP#NOOP,AC_TMR=0;JP#NOOP,CTM=0;MG{P2}{N}" ",{F3.1}CTM*0.9766/1000," Sec.";EN

#S024;JS#CLS;JS#L1;MG{P2}{N}"Status"
JS#L2;MG{P2}{N}"EXIT      STAT        ";MG{P2}{N}"        ",EN

#S025;LCD2=LCD1+2;LCD4=LCD3+2
MG{P2}{N}{^17},{^25},{^213},{^18},ASTRSK[LCD1]{S}
MG{P2}{N}{^17},{^25},{^218},{^18},ASTRSK[LCD2]{S}
MG{P2}{N}{^17},{^25},{^223},{^18},ASTRSK[LCD3]{S}
MG{P2}{N}{^17},{^25},{^228},{^18},ASTRSK[LCD4]{S};EN

#S030;JS#CLS
JS#L1;MG{P2}{N}"Setup Counter F&F  Auto Purg";MG{P2}{N}"e Run Mode"
JS#L2;MG{P2}{N}"EXIT CNT RES OPT  ON  OFF";MG{P2}{N}" WET DRY";EN

#S031;JS#CLS;JS#L1;MG{P2}{N}"Count:",{F8.0}CCNT;EN

#S039;JS#CLS;JS#L1;MG{P2}{N}"Moving to Solvent!!!";EN

#S040;JS#CLS;JS#L1;MG{P2}{N}"AUTO PURGE!!!";EN

#S041;JS#CLS;JS#L1;MG{P2}{N}"Current Position: "
JS#L2;MG{P2}{N}"X",_TPX{F6.0},"Y",_TPY,"Z",_TPZ;EN

#S045;JS#CLS;JS#L1;MG{P2}{N}"Start switches activated!"
JS#L2;MG{P2}{N}"Deactivate to continue the pro";MG{P2}{N}"gram.     ";EN
```

PVA\SPCX2115\W3267R2\Prog\2013-10-16\

CONFIDENTIAL

Software Code: Proprietary/irrelevant

Exhibit 34

VA-1231

```
#S076;JS#CLS;JS#L1;MG{P2}{N}"Waiting for path...";EN

#S100;JS#CLS
JS#L1;MG{P2}{N}"Saving data...please wait.";WT150;BV;JS#FKEYREL;EN

#S159;JS#CLS
JS#L1;MG{P2}{N}"Checking for exhaust input. Ple";MG{P2}{N}"ase wait.";EN

#S160;JS#CLS
JS#L1;MG{P2}{N}"Verifying exhaust. Please wait.";MG{P2}{N}"..";EN

#S161;JS#L2;MG{P2}{N}"                    ",{F3.0}(FAN_WT/1000);EN

#S198;JS#CLS;JS#L1;MG{P2}{N}ECOD1[MEC]{S},ECOD2[MEC]{S}
MG{P2}{N}ECOD3[MEC]{S},ECOD4[MEC]{S},ECOD5[MEC]{S}
JS#L2;MG{P2}{N}"Press F1 to continue the progr";MG{P2}{N}"am.";MERR=MEC
JS#WAIT_F1;JS#FAN_WT;JP#ESTOP1

#S199;JP#ESTOP1,MERR=MEC;JS#CLS
JS#L1;MG{P2}{N}OPF1[PNEC]{S},OPF2[PNEC]{S},OPF3[PNEC]{S},OPF4[PNEC]{S}
MG{P2}{N}" failure.";JS#L2;MG{P2}{N}"Repair and press F1."
MERR=MEC;JS#WAIT_F1;JS#FKEYREL;VPNTO=0,PNEC=0;JP#ESTOP1

#S200;JP#ESTOP1,MERR=MEC;JS#CLS,JS#L1;MG{P2}{N}ECOD1[MEC]{S},ECOD2[MEC]{S}
MG{P2}{N}ECOD3[MEC]{S},ECOD4[MEC]{S},ECOD5[MEC]{S}
JS#L2;MG{P2}{N}"to continue the program.";MERR=MEC;JP#ESTOP1

#S201;JS#CLS,JS#L1;MG{P2}{N}"Error",{F3.0}ERR," on line",{F4.0}LINE,"."
JS#L2;MG{P2}{N}"Press F1 to restart, F5 for st";MG{P2}{N}"atus.     ";EN

#S202;JS#CLS
JS#L1;MG{P2}{N}"Position Error. F1-restart, F5-";MG{P2}{N}"status.  "
JS#L2;MG{P2}{N}"Stop codes (x,y,z)",{F3.0}_SCX,",",{F3.0}_SCY,","
MG{P2}{N}{F3.0}_SCZ;EN

#S203;JS#CLS
JS#L1;MG{P2}{N}"Limit Error. F1-restart, F5-sta";MG{P2}{N}"tus.    "
JS#L2;MG{P2}{N}"Stop codes (x,y,z)",{F3.0}_SCX,",",{F3.0}_SCY,","
MG{P2}{N}{F3.0}_SCZ;EN

#S204;JS#CLS;JS#L1;MG{P2}{N}"Variable error."
JS#L2;MG{P2}{N}"Initializing...";EN

#S205;JS#CLS
JS#L1;MG{P2}{N}"Unrecoverable variable error d";MG{P2}{N}"uring    "
JS#L2;MG{P2}{N}"startup.  Restart the machine.";HX

#S206;JS#CLS
JS#L1;MG{P2}{N}"Subroutine error.  The subrout";MG{P2}{N}"ine is not"
JS#L2;MG{P2}{N}"stored in segment 1, 2 or 3.";EN

#S208;JP#ESTOP1,MERR=MEC;MERR=MEC;JS#CLS
JS#L1;MG{P2}{N}"Press F1 to return head to sta";MG{P2}{N}"ndby."
JS#L2;MG{P2}{N}" OK";JP#ESTOP1
```

3267_M05.txt[8/25/2017 9:14:52 AM]

PVA\SPCX2115\W3267R2\Prog\2013-10-16\

CONFIDENTIAL

Software Code: Proprietary/irrelevant

EXHIBIT 04

535

PVA-1232

```
#S209;JS#CLS;JS#L1;MG{P2}{N}"Press F1 to restart.";JS#L2;MG{P2}{N}" OK";EN

#S210;JP#ESTOP1,MERR=MEC;JS#CLS;JS#L1;MG{P2}{N}ECOD1[MEC]{S},ECOD2[MEC]{S}
MG{P2}{N}ECOD3[MEC]{S},ECOD4[MEC]{S},ECOD5[MEC]{S};MERR=MEC
JS#L2;MG{P2}{N}"Press F1 to continue.";JS#WAIT_F1;LL_ERR=0;JP#ESTOP1

REM !!!! Error-Checking Subroutines !!!!
#WAIT_F1;JP#WAIT_F1,@IN[80]=1;JS#FKEYREL;EN

#FKEYREL;VRESUME=@IN[73]&&@IN[74]&&@IN[75]&&@IN[76]
 VRESUME=VRESUME&&@IN[77]&&@IN[78]&&@IN[79]&&@IN[80]
 JP#FKEYREL,VRESUME=0;WT50;EN

#TKEYREL;VRESUME=@IN[iTEACH]&&@IN[iPURGE]&&@IN[iAXIS]
 JP#TKEYREL,VRESUME=0,WT50;EN

#S_ONE;JP#S_ONE,@IN[CKSEN]=0;EN

#S_ZERO;JP#S_ZERO,@IN[CKSEN]=1;EN

#OPTO;TSTART=TIME

#OPTO2;JP#NOOP,@IN[SENINP]=ZORO;JP#OPTO2,(TIME-TSTART)<PNTO;VPNTO=1;WT999;EN

#DR_CLOS;JP#DR_SHUT,@IN[iDOOR]=1;JS#CLS;JS#L1
 MG{P2}{N}"Close door to continue."

#DR_CLO1;JP#DR_CLO1,@IN[iDOOR]<>1

#DR_SHUT;DRFLAG=1;JP#NOOP,TEACH=0;JS#CLS;JS#L1;MG{P2}{N}"Cycle in progress.";EN

#SAFEZ;PAZ=0;BGZ;AMZ;JS#ALLUP,SO_EN=1;EN

REM !!!! Group Subroutines !!!!
#ALLUP;JS#H1UP;JS#H2UP;JS#H3UP;JS#H1RA;JS#H2RA;JS#H3RA;EN

REM !!!! Variable Assignments !!!!
#GETASN;NA=0

REM -----------
REM !! Inputs !!
REM -----------

 iESTOP=1;iSTART=2;iDOOR=3;iBYPASS=4;iPOWER=5
 iLEVELA=49;iLEVELB=67
 iAXIS=22;iPURGE=23;iTEACH=24
 FKEY1=80;FKEY2=79;FKEY3=78;FKEY4=77;FKEY5=76;FKEY6=75;FKEY7=74;FKEY8=73
 iFLOW=64

 iH1Z=53

 iH2Z=54
 iH2RB=55
```

CONFIDENTIAL

Software Code: Proprietary/irrelevant

Exhibit 34

530 PVA-I233

```
iH2RA=56

REM ------------
REM !! Outputs !!
REM ------------

 oH1Z=25
 oH1V=27
 oH1AT=26

 oH2Z=28
 oH2V=31
 oH2RB=29
 oH2RA=30
 oSOLV=32


OPF1[1]="";OPF2[1]="";OPF3[1]="";OPF4[1]=""
OPF1[2]="";OPF2[2]="";OPF3[2]="";OPF4[2]=""
OPF1[3]="";OPF2[3]="";OPF3[3]="";OPF4[3]=""
OPF1[4]="";OPF2[4]="";OPF3[4]="";OPF4[4]=""
OPF1[5]="Spray";OPF2[5]=" Z-";OPF3[5]="slide ";OPF4[5]="UP"
OPF1[6]="Spray";OPF2[6]=" Z-";OPF3[6]="slide ";OPF4[6]="DOWN"
OPF1[7]="Dispen";OPF2[7]="se Z-";OPF3[7]="slide ";OPF4[7]="UP"
OPF1[8]="Dispen";OPF2[8]="se Z-";OPF3[8]="slide ";OPF4[8]="DOWN"
OPF1[9]="HD3";OPF2[9]=" Z-";OPF3[9]="slide ";OPF4[9]="UP"
OPF1[10]="HD3";OPF2[10]=" Z-";OPF3[10]="slide ";OPF4[10]="DOWN"
OPF1[11]="Spray";OPF2[11]=" r";OPF3[11]="otary";OPF4[11]="0 deg"
OPF1[12]="Spray";OPF2[12]=" r";OPF3[12]="otary ";OPF4[12]="45 deg"
OPF1[13]="Dispen";OPF2[13]="se r";OPF3[13]="otary ";OPF4[13]="0 deg"
OPF1[14]="Dispen";OPF2[14]="se r";OPF3[14]="otary ";OPF4[14]="45 deg"
OPF1[15]="HD3";OPF2[15]=" r";OPF3[15]="otary ";OPF4[15]="0 deg"
OPF1[16]="HD3";OPF2[16]=" r";OPF3[16]="otary ";OPF4[16]="45 deg"


ECOD1[1]="Emerge";ECOD2[1]="ncy St";ECOD3[1]="op. Re";ECOD4[1]="set bu"
ECOD5[1]="tton";ECOD1[2]="Left ";ECOD2[2]="Door ";ECOD3[2]="open. "
ECOD4[2]="Close";ECOD5[2]="";ECOD1[3]="";ECOD2[3]="Door "
ECOD3[3]="open. ";ECOD4[3]="Close";ECOD5[3]="";ECOD1[4]="Materi"
ECOD2[4]="al A L";ECOD3[4]="evel l";ECOD4[4]="ow. ",ECOD5[4]=""
ECOD1[5]="Materi";ECOD2[5]="al B L";ECOD3[5]="evel l"
ECOD4[5]="ow. ";ECOD5[5]="";ECOD1[6]="Exhaus";ECOD2[6]="t Flow"
ECOD3[6]=" low. ";ECOD4[6]="";ECOD5[6]="";EN


REM !!!! Machine-Specific Information !!!!
#IMACH;MT 1,1,1;CE 0,0,0
FSTX=20000;SLWX=10000
FSTY=20000;SLWY=10000
FSTZ=10000;SLWZ=5000


KNHEAD=2
A_HEAD[1]="Spray ";A2HEAD[1]="      ";R_HEAD[1]=0
A_HEAD[2]="Dispen";A2HEAD[2]="se  ";R_HEAD[2]=1
A_HEAD[3]="HD3";A2HEAD[3]="      ";R_HEAD[3]=1


REM !!! Added Y offset to Home Routine !!!
```

CONFIDENTIAL

PVA\SPCX2115\W3267R2\Prog\2013-10-16\

Software Code: Proprietary/irrelevant
Exhibit 34

PVA-1234

```
XOFF=0
YOFF=703
ZOFF=0


PT_APG[0]=70700;PT_APG[1]=53663;PT_APG[2]=2478
PT_CAL[0]=6660;PT_CAL[1]=41194;PT_CAL[2]=13921
PT_SBY[0]=33500;PT_SBY[1]=36600;PT_SBY[2]=250
PT_SOL[0]=70850;PT_SOL[1]=27679;PT_SOL[2]=9000


AP_EN=0;AP_LEN=2000;AP_TIME=30000;SLP_TM=30000;SO_EN=1
PNTO=4000;AC_TMR=1;LLA_EN=0;LLB_EN=0;XFL_EN=0


MIN_FLSH=0
MIN_FILL=0
MAX_FLSH=150000
MAX_FILL=150000
MIN_FNF=0
MAX_FNF=18000000


#TUNE;WT100
AC 150000,150000,150000/SCALE_Z
DC 150000,150000,150000/SCALE_Z
SP 60000,60000,100000/SCALE_Z
VA 70000,70000,70000
VD 70000,70000,70000
BL -4000,-2500,-1500
FL 71000,70500,16600
TL 9.9999,9.9999,9.9999
KD 67.99,82.43,305.75
KP 5.66,6.75,199.94
KI 0.25,0.19,0.34;EN


#SCALE;SCALE_Z=10;MO;SF 1,1,SCALE_Z;EN


REM !!!! Pneumatic and Dispensing Subroutines !!!!
#H1VLON;JP#NOOP,VLV=0;CB oH1AT;WT250;CB oH1V;AP_TP=TIME;EN
#H1VLOF;JS#APRS,@OUT[oH1V]=0;SB oH1V;WT50;SB oH1AT;EN
#H1UP;PNEC=5;SENINP=iH1Z;ZORO=1;SB oH1Z;JS#OPTO;EN
#H1DW;PNEC=6;SENINP=iH1Z;ZORO=0;CB oH1Z;JS#OPTO;EN
#H1RA;EN
#H1RB;EN


#H2VLON;JP#NOOP,VLV=0;CB oH2V;AP_TP=TIME;EN
#H2VLOF;JS#APRS,@OUT[oH2V]=0;SB oH2V;EN
#H2UP;PNEC=7;SENINP=iH2Z;ZORO=1;SB oH2Z;JS#OPTO;EN
#H2DW;PNEC=8;SENINP=iH2Z;ZORO=0;CB oH2Z;JS#OPTO;EN
#H2RA;PNEC=13;SENINP=iH2RA;ZORO=0;SB oH2RB;CB oH2RA;JS#OPTO;EN
#H2RB;PNEC=14;SENINP=iH2RB;ZORO=0;SB oH2RA;CB oH2RB;JS#OPTO;EN


#H3VLON;EN
#H3VLOF;EN
#H3UP;EN
#H3DW;EN
#H3RA;EN
```

CONFIDENTIAL

Software Code-Proprietary/irrelevant

538

PVA-I235

```
#H3RB;EN

#NOOP;EN
#APRS,AP_TP=TIME;EN
#EOM
EN
\
```

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

539  VA-1236

```
REM  Machine Style: 350_W3SD
NO   Author: JBB   Date: 10/09/2006  Version: 1.00
NO   Project: SPCX2115  Serial #: W3267  Company: Space X
NO   Modified by: NS  Date: 5/1/09
REM  PathMaster version: 2.00+
REM
REM  ================
REM  Revision History
REM  ================
REM  Change:                        Date:    By:
REM  -------------------------------------------------------------
REM  - Added Teach Pendant Routines.        7/3/02     TMB
REM  - Added Solvent Cup Routines.          7/3/02     TMB
REM  - Added Z Axis Scaling (Requires n17e firmware). 2/06/04   TMB
REM  2- Modified Cal routine, Solvent position   6/23/09    AH
REM  3- Added Y offset to Home Routine.     7/2/09     AJH
REM  5- Added Auto Solvent Flush            10/11/13   FP
REM  -------------------------------------------------------------
REM
REM  This software, including the information contained
REM  herein, is the property of Precision Valve & Automation,
REM  Inc. or its licensee and is considered confidential and proprietary
REM  information.  It is delivered on the express condition that
REM  it not be used, disclosed, or reproduced in whole or in
REM  part, for any reason without prior written consent of
REM  Precision Valve & Automation, Inc.
REM
REM  (C) 2006 Precision Valve & Automation, Inc.
REM
REM !!!! Startup And Scan Routines (Thread 0) !!!!
#AUTO;PASSED=0;POS_VAL=0;FANPASS=0
#AUTO1;DOG=40;TRY_RES=0;SDE=0
#AUTO2;AB1;JS#SCALE;JS#PRE_CHK
#SCAN;AP_TE=(TIME-AP_TP)*AP_EN;JP#FESTOP,(@IN[iFLOW]*XFL_EN)=1
  JP#ESTOP,@IN[iESTOP]=1
  JP#ESTOP,(1-@IN[iDOOR])&DRFLAG=1
  JP#ESTOP,(1-@IN[iDOOR])&@IN[iBYPASS]=1
  JP#ESTOP,LL_ERR<>0;DOG=67
  JP#ESTOP,VPNTO=1
  JS#OSTOP,(OUTAC+@IN[FKEY1])=0;FPOWER=1;JP#SCAN
#OSTOP;CSTOP=1;EN
#FESTOP;FAN_ERR=1;JP#ESTOP

REM !!!! Auxiliary Error Routines (Thread 1) !!!!
#KEYMON;JP#KEYMON,MERR*(1-@IN[FKEY1])<>-1;KEY1=1;EN

REM !!!! Emergency Stop and Error Routine (Thread 0) !!!!
#ESTOP;ETIME=TIME;HX1;HX2;HX3
  OP $EF,$FFFF,$FFFF,$FFFF,$FFFF
  WT100;AB1;MO;KEY1=0;MEC=20
  JS#SS_ER;ERX=30000;ERY=30000;ERZ=30000;MERR=0;TEACH=0;FPOWER=0;XQ#KEYMON,2
#ESTOP1;WT150;MEC=1;JP#S200,@IN[iESTOP]=1
  MEC=3;JP#S200,(1-@IN[iDOOR])&@IN[iBYPASS]=1
```

3267_M06.txt[8/25/2017 9:15:08 AM]

PVA\SPCX2115\W3267R2\Prog\2013-10-16\

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

540   PVA-1237

```
  MEC=3;JP#S200,DRFLAG&(1-@IN[iDOOR])=1
  MEC=4;JP#S210,LL_ERR=14;MEC=5;JP#S210,LL_ERR=39
  MEC=6;JP#S198,FAN_ERR=1
  MEC=7;JP#S199,VPNTO=1;JP#ESTOP2,POS_VAL=0
  MEC=-1;JP#S208,KEY1=0;JS#FKEYREL;MERR=0
  ERX=1000;ERY=1000;ERZ=1000;JS#DR_CLOS;PING=0;AP_OUT=1
  MODE=0
  HX1;HX2;ACFLAG=0;VLV=VSTORE;SB5;WT700;CS;SH;WT100;XQ#CS_MN1,1;JP#SCAN
#ESTOP2;MERR=-2;JS#S209;JS#WAIT_F1;HX1;HX2;ZS0;DP 0,0,0;JP#AUTO1
```

```
REM !!!! Command Error Routine (Thread 0) !!!!
#CMDERR;HX1;HX2;HX3;ST;AM;MO
   OP $EF,$FFFF,$FFFF,$FFFF
  SH;TEACH=0;FPOWER=0;ERR=_TC;MEC=11
  LINE=_ED,MERR=11;JS#SS_ER;JP#GSERR,SDE=41;JP#RESET,INIT*ERR=9
JP#RESET,INIT*ERR=83;JS#S201;JS#FKEYREL;JS#ER_WT;HX1;JP#AUTO1
#GSERR;JS#S206,HX
```

```
REM !!!! Position Error Routine (Thread 0) !!!!
#POSERR;HX1;HX2;HX3;JS#S202;ST;AM;MO
   OP $EF,$FFFF,$FFFF,$FFFF
  TEACH=0;POS_VAL=0;FPOWER=0
  MEC=12,MERR=12;JS#SS_ER;JS#FKEYREL;JS#ER_WT
  HX1;ZS0;DP 0,0,0;JP#AUTO1
```

```
REM !!!! Limit Error Routine (Thread 0) !!!!
#LIMSWI;TEACH=0;JP#LS_HOME,HOMING=1;POS_VAL=0;HX1;HX2;HX3;JS#S203;ST;AM;MO
  MEC=13,MERR=13;JS#SS_ER;FPOWER=0
   OP $EF,$FFFF,$FFFF,$FFFF
  JS#FKEYREL
  JS#ER_WT;HX1;ZS0;DP 0,0,0;JP#AUTO1
#LS_HOME;RE
```

```
REM !!!! Startup Delay for Fan !!!!
#FAN_WT;HX1;FAN_WT=60000
  FAN_INC=1000;JS#S159;WT2000;JP#FAN_ER,@IN[iFLOW]=1,JS#S160
#FAN_WT1;WT FAN_INC;JS#S161;FAN_WT=(FAN_WT-FAN_INC)
  JP#FAN_ER,@IN[iFLOW]=1;JP#FAN_WT1,FAN_WT>0,FAN_ERR=0,FANPASS=1;EN
#FAN_ER;ZS1;FAN_ERR=1;FANPASS=0;JP#ESTOP
```

```
REM !!!! Machine Error Subroutines (Thread 0) !!!!
#ER_WT;JP#NOOP,@IN[FKEY1]=0;JP#ER_ST,@IN[FKEY5]=0;JP#ER_WT
#ER_ST;JS#FKEYREL;JS#SS_MN;JS#ER_SC;JP#ER_WT
#ER_SC;JS#FKEYREL;JS#S201,MERR=11;JS#S202,MERR=12;JS#S203,MERR=13;EN
```

```
REM !!!! Pre-Start Routines !!!!
#PRE_CHK;JS#INIT;JS#FAN_WT,((1-FANPASS)*XFL_EN)=1;JS#SF_MN,PASSED=0;SB5
  JP#PRE_HM,POS_VAL=0;ACM_ER=(@ABS[_TEX]+@ABS[_TEY]+@ABS[_TEZ])
  JP#PRE_HM,ACM_ER>800;XQ#CS_MN1,1;EN
#PRE_HM;POS_VAL=0;XQ#CS_MN,1;EN
```

```
REM !!!! Start-up Safety Check (Thread 0) !!!!
#SF_MN;MO;CHECK=0;VFAIL=0
  JS#CLS;JS#L1;MG{P2}{N}"Machine Safety Check"
```

CONFIDENTIAL

Software Code - Proprietary/irrelevant

Exhibit 34

541

PVA-1238

```
  VESPP=1;VDSPP=1;JS#L2;MG{P2}{N}"Press F1 to initiate."
  JS#WAIT_F1
#SF_LP;JP#SF_FE,VFAIL=1;JP#SF_FD,VFAIL=2;JP#SF_FP,VFAIL=5
  JP#SF_NE,@IN[iESTOP]=1;JP#SF_ND,@IN[iDOOR]=0;JP#SF_NK,@IN[iBYPASS]=0
  JP#SF_CP,CHECK=0;JP#SF_CE,CHECK=1;JP#SF_CD,CHECK=2;PASSED=1;EN

#SF_NE;JS#CLS;JS#L1;MG{P2}{N}"Undo the EStop button.";CKSEN=iESTOP
  JS#S_ZERO;JP#SF_LP
#SF_ND;JS#CLS;JS#L1;MG{P2}{N}"Close the door.";CKSEN=iDOOR
  JS#S_ONE;JP#SF_LP
#SF_NK;JS#CLS;JS#L1;MG{P2}{N}"Turn the Door Bypass key to OFF";CKSEN=iBYPASS
  JS#S_ONE;JP#SF_LP
#SF_CP;CB5;VCHECK=iPOWER;VSTATE=0;VFAIL=5;JS#SF_DD;JP#SF_LP,VFAIL<>0;SB5
  VFAIL=5;VSTATE=1;JS#SF_DD;CHECK=1;JP#SF_LP
#SF_CE;VCHECK=iESTOP;JS#CLS;JS#L1;MG{P2}{N}"Press the EStop button.";VESPP=1
  VSTATE=1;VFAIL=1;JS#SF_DD;JP#SF_LP,VFAIL<>0;VCHECK=iPOWER;VSTATE=0;VFAIL=5
  VESPP=0;JS#SF_DD;VESPP=1;CHECK=2;JP#SF_LP
#SF_CD;VCHECK=iDOOR;JS#CLS;JS#L1;MG{P2}{N}"Open the door.";VDSPP=1
  VSTATE=0,VFAIL=2;JS#SF_DD;JP#SF_LP,VFAIL<>0;VCHECK=iPOWER;VSTATE=0;VFAIL=5
  VDSPP=0;JS#SF_DD;VDSPP=1;CHECK=3;JP#SF_LP
#SF_DD;SFTMR=TIME;WT500
#SF_DD1;JP#SF_DD2,(VFAIL-1)*(@IN[iESTOP])*VESPP<>0
  JP#SF_DD2,(VFAIL-2)*(1-@IN[iDOOR])*VDSPP<>0
  JP#SF_DD2,@IN[iBYPASS]=0
  JP#NOOP,(TIME-SFTMR)>8000;JP#SF_DD1,@IN[VCHECK]<>VSTATE;VFAIL=0;EN
#SF_DD2;ZS1;VFAIL=0;JP#SF_LP
#SF_FP;CB5;JS#CLS,JS#L1,MG{P2}{N}"Power check failed.";JP#SF_FAIL
#SF_FE;JS#CLS;JS#L1;MG{P2}{N}"EStop button failed.";JP#SF_FAIL
#SF_FD;JS#CLS;JS#L1;MG{P2}{N}"Door safety failed.";JP#SF_FAIL
#SF_FAIL;JP#SF_OVER,SAFE<>0;JS#L2;MG{P2}{N}"Press F1 to repeat test."
  JS#WAIT_F1;SAFE=1;JP#SF_MN
#SF_OVER;JS#L2;MG{P2}{N}"Repair and restart machine.";ZS0;HX


REM !!!! Program Status Report (Thread 0 or 1) !!!!
#SS_MN;JS#CLS
JS#L1;MG{P2}{N}"Machine Status Report.  Press ";MG{P2}{N}"F1 to    "
JS#L2;MG{P2}{N}"scroll through screens or F8 t";MG{P2}{N}"o quit.    "
JS#SS_LP


JS#CLS;JS#L1;MG{P2}{N}"X-axis   Enc.Pos.  Com.Pos.  P"
MG{P2}{N}"os.Err.  "
JS#L2;MG{P2}{N}"       ",{F6.0}_TPX," ",{F6.0}_RPX," ",{F6.0}_TEX
JS#SS_LP


JS#CLS
JS#L1;MG{P2}{N}"Y-axis   Enc.Pos.  Com.Pos.  P";MG{P2}{N}"os.Err.  "
JS#L2;MG{P2}{N}"       ",{F6.0}_TPY," ",{F6.0}_RPY," ",{F6.0}_TEY
JS#SS_LP


JS#CLS
JS#L1;MG{P2}{N}"Z-axis   Enc.Pos.  Com.Pos.  P";MG{P2}{N}"os.Err.  "
JS#L2;MG{P2}{N}"       ",{F6.0}_TPZ," ",{F6.0}_RPZ," ",{F6.0}_TEZ
JS#SS_LP
```

3267_M06.txt[8/25/2017 9:15:08 AM]

PVA\SPCX2115\W3267R2\Prog\2013-10-16\

CONFIDENTIAL

Software Code: Proprietary/irrelevant

EXHIBIT 04

542    PVA-1239

```
JS#CLS;N1=_MOX;JS#L1;MG{P2}{N}"X-axis Motors  On/Off  Torque"
MG{P2}{N}" Tor.Lim.";JS#L2;MG{P2}{N}"           ",HLW[N1]{S3}
MG{P2}{N}"  ",{F1.4}_TTX," ",{F1.4}_TLX
JS#SS_LP


JS#CLS;N1=_MOY;JS#L1;MG{P2}{N}"Y-axis Motors  On/Off  Torque"
MG{P2}{N}" Tor.Lim.";JS#L2;MG{P2}{N}"           ",HLW[N1]{S3}
MG{P2}{N}"  ",{F1.4}_TTY," ",{F1.4}_TLY
JS#SS_LP


JS#CLS;N1=_MOZ;JS#L1;MG{P2}{N}"Z-axis Motors  On/Off  Torque"
MG{P2}{N}" Tor.Lim.";JS#L2;MG{P2}{N}"           ",HLW[N1]{S3}
MG{P2}{N}"  ",{F1.4}_TTZ," ",{F1.4}_TLZ
JS#SS_LP


JS#CLS;N1=_HMX;N2=_LFX;N3=_LRX
JS#L1;MG{P2}{N}"X-axis Sensors  Home  For.Lim.";MG{P2}{N}"  Rev.Lim."
JS#L2;MG{P2}{N}"           ",HLW[N1]{S3}," ",",HLW[N2]{S3}
MG{P2}{N}"       ",HLW[N3]{S3}
JS#SS_LP


JS#CLS;N1=_HMY;N2=_LFY;N3=_LRY
JS#L1;MG{P2}{N}"Y-axis Sensors  Home  For.Lim.";MG{P2}{N}"  Rev.Lim."
JS#L2;MG{P2}{N}"           ",HLW[N1]{S3}," ",",HLW[N2]{S3}
MG{P2}{N}"       ",HLW[N3]{S3}
JS#SS_LP


JS#CLS;N1=_HMZ;N2=_LFZ;N3=_LRZ
JS#L1;MG{P2}{N}"Z-axis Sensors  Home  For.Lim.";MG{P2}{N}"  Rev.Lim."
JS#L2;MG{P2}{N}"           ",HLW[N1]{S3}," ",",HLW[N2]{S3}
MG{P2}{N}"       ",HLW[N3]{S3}
JS#SS_LP


JS#CLS
JS#L1;MG{P2}{N}"X-axis Tuning   KD    KP ";MG{P2}{N}"   KI   "
JS#L2;MG{P2}{N}"           ",{F3.2}_KDX," ",{F3.2}_KPX," ",{F3.2}_KIX
JS#SS_LP


JS#CLS
JS#L1;MG{P2}{N}"Y-axis Tuning   KD    KP ";MG{P2}{N}"   KI   "
JS#L2;MG{P2}{N}"           ",{F3.2}_KDY," ",{F3.2}_KPY," ",{F3.2}_KIY
JS#SS_LP


JS#CLS
JS#L1;MG{P2}{N}"Z-axis Tuning   KD    KP ";MG{P2}{N}"   KI   "
JS#L2;MG{P2}{N}"           ",{F3.2}_KDZ," ",{F3.2}_KPZ," ",{F3.2}_KIZ
JS#SS_LP;EN



#SS_LP;JP#WAIT_F1,@IN[FKEY1]=0;JP#SS_LP1,@IN[FKEY8]=0;JP#SS_LP
#SS_LP1;ZS1;JS#FKEYREL;EN
#SS_ER;JP#NOOP,REPORT=0;MG;MG"Error Cause: "{N};MG HLW[MEC]{S}
  MG"E-Stop:"{N};MG@IN[iESTOP]{F1.0}
  MG"Door:"{N};MG@IN[iDOOR]{F1.0}
```

CONFIDENTIAL

Software Code: Proprietary/irrelevant

PVA-1240

```
    MG"Door Bypass:"{N};MG@IN[iBYPASS]{F1.0}
    MG"Exhaust Flow:"{N};MG@IN[iFLOW]{F1.0}
    MG"Material A Level:"{N};MG@IN[iLEVELA]{F1.0}
    MG"Material B Level:"{N};MG@IN[iLEVELB]{F1.0}
    MG"Stop Codes (x,y,z)";MG_SCX{F3.0}{N};MG_SCY{F3.0}{N}
    MG_SCZ{F3.0}{N}
    MG"Current Error: "{N};TC1;MG"Error on line:",{F3.0}LINE
    MG"Current Position (x,y,z)";TPXYZ{F6.0}
    MG"Position Error (x,y,z)";TEXYZ{F6.0};EN


REM !!!! Initialization Routine (Thread 0) !!!!
#INIT;HX1;HX2;HX3;INIT=0;PMX=2;CO 14
OP $EF,$FFFF,$FFFF,$FFFF,$FFFF
CS;JS#INITLCD;JS#S001.WT2000;DA*[0];JS#FKEYREL
DM PT_SBY[4],PT_CAL[4],PT_APG[4],A_HEAD[5],AXIS[6],ASTRSK[4],HLW[30]
DM R_HEAD[5],OPF1[20],OPF2[20],OPF3[20],OPF4[20],ECOD1[10],ECOD2[10]
DM ECOD3[10],ECOD4[10],ECOD5[10],A2HEAD[5],PT_SOL[5]
ASTRSK[0]=" ";ASTRSK[1]="*";ASTRSK[2]="*";FPOWER=0;KEY1=0
ASTRSK[3]=" ";HLW[0]="ON ";HLW[1]="OFF";HLW[2]="OFF";HLW[3]="ON "
HLW[11]="ComErr";HLW[12]="PosErr";HLW[13]="LimErr";HLW[20]="I/O   "
AXIS[1]="X&Y";AXIS[2]="X  ";AXIS[3]="Y  ";AXIS[4]="Z  ";ERR=0;LINE=0;REPORT=0
AXIS[5]="W  ";OUTAC=1,VLV=1;HOMING=1;VPNTO=0;SAFE=0;TEACH=0;MODE=0;ST_BY=0
AP_TE=0;AP_TP=TIME.ACFLAG=0,VSTORE=1;CAXIS=1;CHEAD=1;PLYBCK=0;FAN_ERR=0
PNEC=0;PING=0,ACINPT=0,VCLEAR=0;AP_OUT=1;FLSO_TM=TIME
DRFLAG=1;MERR=0;JS#GETASN;JS#IMACH;SDE=41;GS#IPROG,#EOM;SDE=0;JS#IPROG
LL_ERR=0;INIT=1;JP#INIT2,CPROG<=KNPROG;CPROG=1
#INIT2;JS#LPPROG,JS#CHECK;INIT=0;EN


REM !!!! Check Variables And Reset Routines (Thread 0) !!!!
#CHECK;JP#RESET,CPROG<1;JP#RESET,CPROG>KNPROG;JP#RESET,CCNT<0
    JP#RESET,FANPASS<0;JP#RESET,POS_VAL<0
    JP#RESET,FNF_EN<0
    JP#RESET,FNF_TM<0
    JP#RESET,FLUSH_TM<0
    JP#RESET,FILL_TM<0
    JP#RESET,SOLVENT<0
EN
#RESET;JS#S204;WT2000;JP#S205,TRY_RES=1;HX1;HX2;HX3
    DA*,*[0];CCNT=0;CPROG=1;FANPASS=0;POS_VAL=0
    FNF_EN=0
    FNF_TM=1800000
    FLUSH_TM=30000
    FILL_TM=30000
    SOLVENT=0
    TRY_RES=1;PASSED=0;JS#S100;ZS0;JP#AUTO2


REM !!!! Load Program Routine (Thread 0) !!!!
#LPPROG;SDE=41;JP#LP2,CPROG>1;GS#PROG1,#PROG;JP#LX
#LP2;JP#LP4,CPROG>3;GS#PROG2,#PROG;JP#LX,CPROG=2;GS#PROG3,#PROG;JP#LX
#LP4;JP#LP6,CPROG>5;GS#PROG4,#PROG;JP#LX,CPROG=4;GS#PROG5,#PROG;JP#LX
#LP6;JP#LP8,CPROG>7;GS#PROG6,#PROG;JP#LX,CPROG=6;GS#PROG7,#PROG;JP#LX
#LP8;JP#LP10,CPROG>9;GS#PROG8,#PROG;JP#LX,CPROG=8;GS#PROG9,#PROG;JP#LX
#LP10;JP#LP12,CPROG>11;GS#PROG10,#PROG;JP#LX,CPROG=10;GS#PROG11,#PROG;JP#LX
#LP12;JP#LP14,CPROG>13;GS#PROG12,#PROG;JP#LX,CPROG=12;GS#PROG13,#PROG;JP#LX
```

3267_M06.txt[8/25/2017 9:15:08 AM]

PVA\SPCX2115\W3267R2\Prog\2013-10-16\

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

544          VA-1241

```
#LP14;JP#LP16,CPROG>15;GS#PROG14,#PROG;JP#LX,CPROG=14;GS#PROG15,#PROG;JP#LX
#LP16;JP#LP18,CPROG>17;GS#PROG16,#PROG;JP#LX,CPROG=16;GS#PROG17,#PROG;JP#LX
#LP18;JP#LP20,CPROG>19;GS#PROG18,#PROG;JP#LX,CPROG=18;GS#PROG19,#PROG;JP#LX
#LP20;JP#LP22,CPROG>21;GS#PROG20,#PROG;JP#LX,CPROG=20;GS#PROG21,#PROG;JP#LX
#LP22;JP#LP24,CPROG>23;GS#PROG22,#PROG;JP#LX,CPROG=22;GS#PROG23,#PROG;JP#LX
#LP24;JP#LP26,CPROG>25;GS#PROG24,#PROG;JP#LX,CPROG=24;GS#PROG25,#PROG;JP#LX
#LP26;JP#LP28,CPROG>27;GS#PROG26,#PROG;JP#LX,CPROG=26;GS#PROG27,#PROG;JP#LX
#LP28;JP#LP30,CPROG>29;GS#PROG28,#PROG;JP#LX,CPROG=28;GS#PROG29,#PROG;JP#LX
#LP30;JP#LP32,CPROG>31;GS#PROG30,#PROG;JP#LX,CPROG=30;GS#PROG31,#PROG;JP#LX
#LP32;GS#PROG32,#PROG;JP#LX
#LX;SDE=0;EN


REM !!!! Home Routine (Thread 1) !!!!
#MV_HOME;JS#DR_CLOS;JS#S019;POS_VAL=0;HOMING=1
  JS#TUNE;ST;AM
  FL 200000,200000,200000
  BL -200000,-200000,-200000
  AC 150000,150000,150000/SCALE_Z
  DC 150000,150000,150000/SCALE_Z
  OE 1,1,1;JS#ALLUP;ERX=1000;ERY=1000;ERZ=1000;SH
  FEZ;SPZ=30000/SCALE_Z;BGZ;AMZ;PR,,1500;BGZ;AMZ
  FEZ;SPZ=2000/SCALE_Z;BGZ;AMZ;PR,,1000;SPZ=20000/SCALE_Z;BGZ;AMZ;DPZ=0
  FLZ=30000,BLZ=-3000
  FEXY;SP 10000,10000;BGXY;AMXY;PR 3000,3000;SP 500,500;BGXY;AMXY
  FEXY;SP 500,500;BGXY;AMXY;PR 3000,3000;SP 2000,2000;BGXY;AMXY
  DP 0,-703;JS#TUNE;POS_VAL=1;HOMING=0;EN


REM !!!! Move To Stand-By Routine (Thread 1) !!!!
#MV_SBY;JS#DR_CLOS;JS#ALLUP;SP 60000,60000,100000/SCALE_Z
  AC 150000,150000,150000/SCALE_Z,DC 150000,150000,150000/SCALE_Z
  SH;DELTAS=@ABS[_TPX-PT_SBY[0]]+@ABS[_TPY-PT_SBY[1]]+@ABS[_TPZ-PT_SBY[2]]
  JS#SAFEZ,DELTAS>10
  PA PT_SBY[0],PT_SBY[1],PT_SBY[2];BGXY;AMXY;BGZ;AMZ
  JS#TUNE;ST_BY=1;EN


REM !!!! Flush/Fill Main Screen !!!!
#SOFL_MN
  JS#FKEYREL
  FNF_FLAG=0
  JS#S006
  AC 100000,100000,100000
  DC 50000,50000,50000
  SP 50000,50000,100000/SCALE_Z
  JS#DR_CLOS;JS#SAFEZ;PA PT_APG[0],PT_APG[1],PT_APG[2];BGXY;AMXY
  BGZ;AMZ;'JS#H1DW;'JS#H2DW;'JS#H3DW
#SOFL_LP
  JP#SOFLEND,@IN[FKEY1]=0
  JP#SO_FLSH,@IN[FKEY3]=0
  JP#MAT_FIL,@IN[FKEY4]=0
  JP#SO_FNF,@IN[FKEY6]=0
  IF (FNF_FLAG=1)
   FNF_FLAG=0
  ENDIF
  JP#SOFL_LP
```

CONFIDENTIAL

Software Code – Proprietary/irrelevant

PVA-1242

```
#SOFLEND
  JS#FKEYREL
  JP#CS_MN1

#SO_FLSH
  JS#S007
  JS#SOLV
  WT1500
  JS#H1VLON;JS#H2VLON;JS#H3VLON
  TEMP_TM=TIME
  #WT_FLSH
  JP#ABRTSF,(((@IN[FKEY1]=0)&(ACFLAG=0))
  JP#WT_FLSH,((TIME-TEMP_TM)<FLUSH_TM)
  #ABRTSF2
  JS#H1VLOF;JS#H2VLOF;JS#H3VLOF
  JS#S006,ACFLAG=0
  JP#SOFL_LP,((FNF_FLAG=0)&(ACFLAG=0))

#MAT_FIL
  JS#S008
  JS#MATV
  WT1500
  JS#H1VLON;JS#H2VLON;JS#H3VLON
  TEMP_TM=TIME
  #WT_FILL
  JP#ABRTMF,(((@IN[FKEY1]=0)&(ACFLAG=0))
  JP#WT_FILL,((TIME-TEMP_TM)<FILL_TM)
  #ABRTMF2
  JS#H1VLOF;JS#H2VLOF;JS#H3VLOF
  JS#S006,ACFLAG=0
  JS#FKEYREL
  FNF_FLAG=0
  JP#SOFL_LP,(ACFLAG=0)
  EN

#ABRTSF
  JP#ABRTSF,(@IN[FKEY1]=0)
  FNF_FLAG=0
  JP#ABRTSF2

#ABRTMF
  JP#ABRTMF,(@IN[FKEY1]=0)
  JP#ABRTMF2

#SO_FNF
  FNF_FLAG=1
  JP#SO_FLSH

#AC_FNF
  JP#AC_FNF,_XQ2>0
  JS#ALLUP
  JS#SAFEZ
  AC 100000,100000,100000
```

3267_M06.txt[8/25/2017 9:15:08 AM]

PVA\SPCX2115\W3267R2\Prog\2013-10-16\

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

546

PVA-1243

```
      DC 50000,50000,50000
      SP 50000,50000,100000/SCALE_Z
      JS#DR_CLOS;JS#SAFEZ;PA PT_APG[0],PT_APG[1],PT_APG[2];BGXY;AMXY
      BGZ;AMZ;'JS#H1DW;'JS#H2DW;'JS#H3DW

      FNF_FLAG=0
      IF (@OUT[oSOLV]=1)
       JS#SO_FLSH
      ELSE
       JS#MAT_FIL
      ENDIF
      JS#S020
      FLSO_TM=TIME
      SOL_TM=TIME
      JS#ALLUP
      JS#SAFEZ
      JS#MV_SBY
EN

REM !!!! Move To Solvent Cup Routine (Thread 1) !!!!
#MV_SOL;JS#DR_CLOS;SP 100000,100000,100000/SCALE_Z
      AC 200000,200000,200000/SCALE_Z;DC 200000,200000,200000/SCALE_Z
      SH,DELTAS=@ABS[_TPX-PT_SOL[0]]+@ABS[_TPY-PT_SOL[1]]+@ABS[_TPZ-PT_SOL[2]]
      JS#S039,DELTAS>10;JS#SAFEZ,DELTAS>10
      PA PT_SOL[0],PT_SOL[1],PT_SOL[2];BGXY;AMXY;BGZ;AMZ
      JS#H1DW;JS#H2DW;JS#H3DW;JS#TUNE;ST_BY=0;EN

REM !!!! Cyclestop Routine (Thread 1) !!!!
#CS_MN;JP#CS_MN,FPOWER=0;JS#S002;JS#WAIT_F1,JS#MV_HOME
#CS_MN1;JS#ALLUP;JP#CS_MN1,FPOWER=0;JP#CS_MN,POS_VAL=0;JS#MV_SOL,SO_EN=1
      JS#MV_SBY,SO_EN=0;CSTOP=0;ACFLAG=0

  IF (SOLVENT=1)
    JS#SOLV
  ELSE
    JS#MATV
  ENDIF

      WT400;JS#S003;JS#FKEYREL
#CS_LP;JP#PG_MN,@IN[FKEY1]=0
      JP#SOFL_MN,@IN[FKEY2]=0
      JP#CA_MN,@IN[FKEY3]=0
      JP#MA_MN,@IN[FKEY4]=0;JP#AC_MN,@IN[FKEY5]=0;JP#ST_MN,@IN[FKEY6]=0
      JP#SU_MN,@IN[FKEY8]=0
      JS#CS_AP,(AP_TE*AP_OUT*(1-SO_EN))>AP_TIME;JP#CS_LP
#CS_AP;XQ#A_PURGE,2
#CS_AP1;JP#CS_AP1,PING=1;JS#S003;EN

REM !!!! Program Selection (Thread 1) !!!!
#PG_MN;JS#S004
#PG_MN1;JS#S005;JS#FKEYREL
#PG_LP;JP#PG_BV,@IN[FKEY1]=0
      JP#PG_DW,@IN[FKEY2]=0;JP#PG_UP,@IN[FKEY3]=0;JP#PG_LP
#PG_BV;JS#S100;JS#LPPROG;JS#FKEYREL;JP#CS_MN1
```

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

547 PVA-1244

```
#PG_DW;CPROG=CPROG-1;JP#PG_MN1,CPROG>0;CPROG=KNPROG;JP#PG_MN1
#PG_UP;CPROG=CPROG+1;JP#PG_MN1,CPROG-1<KNPROG;CPROG=1;JP#PG_MN1


REM !!!! Teach Routines (Thread 1) !!!!
#TE_F2;KEY=22*TEACH;JP#TE_FA,RKEY=53;JP#TE_FA,(TIME-TETIME)>1000;JP#TE_F2
#TE_FA;JP#TE_FB,RKEY=53;KEY=0;RKEY=0;JS#FKEYREL;JS#TKEYREL;EN
#TE_FB;CB6;WT50;SB6;KEY=0;WT100;RKEY=0;JS#FKEYREL;JS#TKEYREL;EN
#TE_PB;HX2;HX3;ST;AM;JS#S076;KEY=44*TEACH;WT2000;KEY=0;JP#MA_MN1
#TE_RS;HX0;WT100;XQ#SCAN,0;JS#DR_CLOS;TEACH=0;KEY=0;PASSED=1
  SP 60000,60000,100000/SCALE_Z
  JP#TE_RS1,PMX>1;PAZ=0;BGZ;AMZ
#TE_RS1;CS;XQ#PROG,2;PLYBCK=0
#TE_RS2;JP#TE_RS2,_XQ2>0;ST;AM;JP#MA_MN1


REM !!!! Calibration Routine (Thread 1) !!!!
#CA_MN;JS#S009;JS#ALLUP;JS#FKEYREL
  SP 30000,30000,60000/SCALE_Z
  AC 100000,100000,100000/SCALE_Z
  DC 50000,50000,50000/SCALE_Z;JS#SAFEZ
  PA PT_CAL[0],PT_CAL[1],PT_CAL[2];BGXY;AMXY
  BGZ;AMZ;JS#H2DW;DRFLAG=0
#CA_LP;JP#CS_MN1,@IN[FKEY1]=0;JP#CA_HOME,@IN[FKEY3]=0;JP#CA_LP
#CA_HOME;JS#MV_HOME;JP#CA_MN


REM !!!! Manual Mode Functions (Thread 1) !!!!
#MA_MN
  JS#FKEYREL
REM !!!! Warn if Solvent in Lines !!!
  IF (@OUT[oSOLV]=0)
    JS#S013
    #SO_WRN2
    JP#CS_MN1,@IN[FKEY1]=0
    JP#IGNWRN2,@IN[FKEY2]=0
    JP#SO_WRN2
    #IGNWRN2
    JS#FKEYREL
  ENDIF
  JS#MV_SBY
#MA_MN1;DRFLAG=0;CTM=0;TEACH=1;KEY=0;PLYBCK=0;RKEY=0
  CAXIS=1;JS#S010;JS#FKEYREL;HX2;XQ#TB_XY,2;MODE=1
#MA_LP;JP#MA_END,@IN[FKEY1]=0;TETIME=TIME;JS#TE_F2,@IN[FKEY2]=0
  JS#VV_MN,@IN[FKEY3]=0;JP#OS_MN,@IN[FKEY4]=0;JS#PR_MN,@IN[FKEY5]=0
  JS#TP_MN,@IN[FKEY6]=0;JS#AX_MN,@IN[FKEY8]=0;JP#TE_PB,PLYBCK=1
  JS#RM_TCH,(@IN[iTEACH]+@IN[iAXIS])<3;JP#MA_LP
#MA_END;JS#LED_RS;TEACH=0;JS#FKEYREL;HX2;ST;AM;VLV=VSTORE
  MODE=0;JS#DR_CLOS;JS#ALLUP;JP#CS_MN1


REM !!!! Valve Function Routines (Thread 1) !!!!
#VV_MN;JS#S016;JS#FKEYREL;MODE=3
#VV_LP;JP#VV_END,@IN[FKEY1]=0;JS#PR_MN,@IN[FKEY2]=0;JS#VV_SEL,@IN[FKEY3]=0
  JS#VV_UP,@IN[FKEY4]=0;JS#VV_DW,@IN[FKEY5]=0;JS#VV_RA,@IN[FKEY6]=0
  JS#VV_RB,@IN[FKEY7]=0;JP#NOOP,PLYBCK=1
  JS#RM_TCH,(@IN[iTEACH]+@IN[iPURGE]+@IN[iAXIS])<3;JP#VV_LP
#VV_END;JS#S010;JS#FKEYREL;MODE=1;EN
```

3267_M06.txt[8/25/2017 9:15:08 AM]

CONFIDENTIAL

PVA\SPCX2115\W3267R2\Prog\2013-10-16\

EXHIBIT 34

Software Code: Proprietary/irrelevant

PVA-1245

```
#VV_SEL;CHEAD=CHEAD+1;JP#VV_SEL1,CHEAD-1<KNHEAD;CHEAD=1
#VV_SEL1;JS#FKEYREL;JS#S012;JS#S017;EN
#VV_UP;JS#H1UP,CHEAD=1;JS#H2UP,CHEAD=2;JS#H3UP,CHEAD=3;JS#FKEYREL;EN
#VV_DW;JS#H1DW,CHEAD=1;JS#H2DW,CHEAD=2;JS#H3DW,CHEAD=3;JS#FKEYREL;EN
#VV_RA;JS#H1RA,CHEAD=1;JS#H2RA,CHEAD=2;JS#H3RA,CHEAD=3;JS#FKEYREL;EN
#VV_RB;JS#H1RB,CHEAD=1;JS#H2RB,CHEAD=2;JS#H3RB,CHEAD=3;JS#FKEYREL;EN


REM !!!! One-Shot Routine (Thread 1) !!!!
#OS_MN;ST;AM;HX2;TEACH=0;WT200;ACFLAG=1;JS#MV_SBY;ACFLAG=0;DRFLAG=0
  JS#LPPROG;JS#S022;CTM=0;JS#FKEYREL
#OS_LP;JP#MA_MN,@IN[FKEY1]=0;JP#OS_RUNW,@IN[FKEY2]=0
  JP#OS_RUND,@IN[FKEY3]=0;JP#OS_LP
#OS_RUN;JS#AC_LL,VLV=1;JS#DR_CLOS,CTM=0;JS#S021
  JS#FKEYREL;CS;CTM=TIME;XQ#PROG,2
#OS_RUN1;JP#OS_RUN1,_XQ2>0;ACFLAG=1;JS#MV_SBY;ACFLAG=0;CTM=TIME-CTM
#OS_RUN2;CCNT=CCNT+1;JP#OS_MN
#OS_RUNW;VLV=1,JP#OS_RUN
#OS_RUND;VLV=0,JP#OS_RUN


REM !!!! Manual Purge (Thread 1) !!!!
#PR_MN;VLV=1,JS#H1VLON,CHEAD=1;JS#H2VLON,CHEAD=2;JS#H3VLON,CHEAD=3
JS#FKEYREL;JS#TKEYREL;JS#H1VLOF,CHEAD=1;JS#H2VLOF,CHEAD=2;JS#H3VLOF,CHEAD=3;EN


REM !!!! Tell Position Routine (Thread 1) !!!!
#TP_MN;JS#CLS;JS#S041;JS#FKEYREL;JS#S010;EN


REM !!!! Select Axis Routines (Thread 1) !!!!
#AX_MN;JS#S015;JS#FKEYREL;MODE=2
#AX_LP;JP#AX_END,@IN[FKEY1]=0;TETIME=TIME;JS#TE_F2,@IN[FKEY2]=0
  JS#PR_MN,@IN[FKEY3]=0;JS#AX_XY,@IN[FKEY4]=0;JS#AX_X,@IN[FKEY5]=0
  JS#AX_Y,@IN[FKEY6]=0;JS#AX_Z,@IN[FKEY7]=0;JP#NOOP,PLYBCK=1
  JS#RM_TCH,(@IN[iTEACH]+@IN[iPURGE]+@IN[iAXIS])<3;JP#AX_LP
#AX_END;JS#FKEYREL;JS#S010;MODE=1;EN
#AX_XY;CAXIS=1;JS#AX_SCR;JS#LED_XY;SX=FSTX;SY=FSTY;SZ=0;JP#AX_DN
#AX_X;CAXIS=2;JS#AX_SCR;JS#LED_X;SY=0,SX=FSTX;SZ=0,JP#AX_DN
#AX_Y;CAXIS=3;JS#AX_SCR;JS#LED_Y;SX=0;SY=FSTY;SZ=0,JP#AX_DN
#AX_Z;CAXIS=4;JS#AX_SCR;JS#LED_Z;SX=0;SY=0;SZ=FSTZ;JP#AX_DN
#AX_SCR;JS#S011,MODE=2;JS#S011B,MODE=1;EN
#AX_DN;JS#FKEYREL;JS#TKEYREL;EN


REM !!!! Auto Cycle Routines (Thread 1) !!!!
#AC_MN
  JS#FKEYREL
  JS#AC_LL,VLV=1
REM !!!! Warn if Solvent in Lines !!!
  IF (@OUT[oSOLV]=0)
    JS#S013
    #SO_WRN
    JP#CS_MN1,@IN[FKEY1]=0
    JP#IGN_WRN,@IN[FKEY2]=0
    JP#SO_WRN
    #IGN_WRN
  ENDIF
  JS#FKEYREL
```

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

549   PVA-1246

```
  ACFLAG=1
  JS#LPPROG;CTM=0;JS#A_PURGE,SO_EN=1
  JP#AC_MN1,@IN[iSTART]=1;FLSO_TM=TIME;JS#S045
#AC_MNX;JP#AC_MNX,@IN[iSTART]=0
#AC_MN1;SOL_TM=TIME;JS#S020;JS#FKEYREL
#AC_LP
  JP#AC_END,@IN[FKEY1]=0
  JS#AC_LL,VLV=1
  JS#AC_DR,_XQ2<0
  JS#AC_SO,((TIME-SOL_TM)*ST_BY*SO_EN)>SLP_TM
  JP#AC_S,@IN[iSTART]=0
  JS#AC_AP,(AP_TE*AP_OUT*(1-SO_EN))>AP_TIME
  JS#AC_FNF,(((TIME-FLSO_TM)*FNF_EN)>FNF_TM)
  JP#AC_LP
#AC_END;JP#AC_END,PING=1;JS#S100;ACFLAG=0;JP#CS_MN1
#AC_S;JP#AC_S1,ST_BY=1;XQ#A_PURGE,2
#AC_S1;JS#DR_CLOS;JP#AC_S1,PING=1;CTM=0;CS;JS#S021;JS#FKEYREL
  CTM=TIME;XQ#PROG,2
#AC_2;JP#AC_2,_XQ2>0;JP#AC_2,@IN[iSTART]=0
  CCNT=CCNT+1;JS#MV_SBY;CTM=TIME-CTM;DRFLAG=0;JP#AC_MN1
#AC_AP;JP#NOOP,PING=1;JS#A_PURGE;JS#S020;EN
#AC_DR;DRFLAG=0;EN
#AC_LL;LL_VAR=14;JP#AC_LLE,@IN[iLEVELA]&LLA_EN=1;LL_VAR=39
  JP#AC_LLE,@IN[iLEVELB]&LLB_EN=1;EN
#AC_LLE;LL_ERR=LL_VAR;WT999;EN


REM !!!! Move to Solvent Cups !!!!
#AC_SO;JS#ALLUP;JP#AC_SO,_XQ2>0;JS#MV_SOL;JS#S020;EN


REM !!!! Status Routines (Thread 1) !!!!
#ST_MN;JS#S024
#ST_LP;JP#ST_END,@IN[FKEY1]=0;JP#ST_SS,@IN[FKEY3]=0;JP#ST_LP
#ST_END;JP#CS_MN1
#ST_SS;JS#SS_MN;JP#ST_MN


REM !!!! Setup Routines (Thread 1) !!!!
#SU_MN;JS#S030;JS#SU_SCR
#SU_LP;JP#SU_END,@IN[FKEY1]=0
  JP#SU_CNT,@IN[FKEY2]=0;JP#SU_CRS,@IN[FKEY3]=0
  JP#SFMF_SU,@IN[FKEY4]=0
  JS#SU_APON,@IN[FKEY5]=0;JS#SU_APOF,@IN[FKEY6]=0
  JS#SU_WET,@IN[FKEY7]=0;JS#SU_DRY,@IN[FKEY8]=0;JP#SU_LP
#SU_END;JS#FKEYREL;JS#S100;VLV=VSTORE;JP#CS_MN1
#SU_CNT;JS#S031;JS#FKEYREL;JP#SU_MN
#SU_CRS;CCNT=0;JS#S100;JP#SU_MN
#SU_APON;AP_EN=1;JP#SU_SCR
#SU_APOF;AP_EN=0;JP#SU_SCR
#SU_WET;VSTORE=1;JP#SU_SCR
#SU_DRY;VSTORE=0
#SU_SCR;JS#FKEYREL;LCD1=AP_EN;LCD3=VSTORE;JS#S025;EN


REM !!!! Solvent Flush/Material Fill Setup Options !!!!
#SFMF_SU
```

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

PVA-1247

```
JS#FKEYREL
JS#S0301
JS#S0301A
JS#S0301B


  #SFMF_LP
  JP#SFMFEND,(@IN[FKEY1]=0)
  JP#ACSF_MN,(@IN[FKEY3]=0)
  JS#SF_UP,(@IN[FKEY5]=0)
  JS#SF_DW,(@IN[FKEY6]=0)
  JS#MF_UP,(@IN[FKEY7]=0)
  JS#MF_DW,(@IN[FKEY8]=0)
  JP#SFMF_LP
EN


#SF_UP
STP_TM=TIME;STEP=1000
#SF_UP1
 FLUSH_TM=FLUSH_TM+STEP;JS#SF_RS1,FLUSH_TM>MAX_FLSH;JS#S0301A;WT75
 JS#STEP_C,(TIME-STP_TM)>2500;JP#SF_UP1,@IN[FKEY5]=0
EN


#SF_DW
STP_TM=TIME;STEP=1000
#SF_DW1
 FLUSH_TM=FLUSH_TM-STEP;JS#SF_RS0,FLUSH_TM<MIN_FLSH;JS#S0301A;WT75
 JS#STEP_C,(TIME-STP_TM)>2500;JP#SF_DW1,@IN[FKEY6]=0
EN


#MF_UP
STP_TM=TIME;STEP=1000
#MF_UP1
 FILL_TM=FILL_TM+STEP;JS#MF_RS1,FILL_TM>MAX_FILL;JS#S0301B;WT75
 JS#STEP_C,(TIME-STP_TM)>2500;JP#MF_UP1,@IN[FKEY6]=0
EN


#MF_DW
STP_TM=TIME;STEP=1000
#MF_DW1
 FILL_TM=FILL_TM-STEP;JS#MF_RS0,FILL_TM<MIN_FILL;JS#S0301B;WT75
 JS#STEP_C,(TIME-STP_TM)>2500;JP#MF_DW1,@IN[FKEY7]=0
EN



#SFMFEND
 JP#SFMFEND,@IN[FKEY1]=0
 JP#SU_MN


#S0301;JS#CLS
JS#L1;MG{P2}{N}"F&F:    AUTO   Flsh    s. Fil    s."
JS#L2;MG{P2}{N}"EXIT   OPT    UP DW   UP DW ";EN



#S0301A;MG{P2}{N}{^17},{^25},{^150},{^18},(FLUSH_TM/1000){F3.0};EN
```

PVA\SPCX2115\W3267R2\Prog\2013-10-16\

CONFIDENTIAL

Software Code 34 Proprietary/irrelevant

Exhibit 34

```
#S0301B;MG{P2}{N}{^17},{^25},{^161},{^18},(FILL_TM/1000){F3.0};EN


#SF_RS1;FLUSH_TM=MIN_FLSH;STP_TM=TIME;EN
#SF_RS0;FLUSH_TM=MAX_FLSH;STP_TM=TIME;EN
#MF_RS1;FILL_TM=MIN_FILL;STP_TM=TIME;EN
#MF_RS0;FILL_TM=MAX_FILL;STP_TM=TIME;EN
#STEP_C;STEP=STEP*5;STP_TM=TIME;EN
#STEP_D;STEP=STEP*10;STP_TM=TIME;EN


REM !!!!Auto Cycle Solvent Flush Options!!!
#ACSF_MN
 JS#FKEYREL
 JS#S0302
 JS#S0302A
 JS#S0302B
 #ACSF_LP
 JP#SFMF_SU,(@IN[FKEY1]=0)
 JS#FNF_ON,@IN[FKEY3]=0
 JS#FNF_OF,@IN[FKEY4]=0
 JS#FNF_UP,(@IN[FKEY5]=0)
 JS#FNF_DW,(@IN[FKEY6]=0)
 JP#ACSF_LP


#FNF_UP
STP_TM=TIME;STEP=60000
#FNF_UP1
 FNF_TM=FNF_TM+STEP;JS#FNF_RS1,FNF_TM>MAX_FNF;JS#S0302A;WT75
 JS#STEP_D,(TIME-STP_TM)>2500;JP#FNF_UP1,@IN[FKEY5]=0
EN


#FNF_DW
STP_TM=TIME;STEP=60000
#FNF_DW1
 FNF_TM=FNF_TM-STEP;JS#FNF_RS0,FNF_TM<MIN_FNF;JS#S0302A,WT75
 JS#STEP_D,(TIME-STP_TM)>2500;JP#FNF_DW1,@IN[FKEY6]=0
EN


#S0302;JS#CLS
JS#L1;MG{P2}{N}"Auto Opt:  F&F  Freq  min      "
JS#L2;MG{P2}{N}"EXIT    ON OFF   UP DW      ";EN


#S0302A
MG{P2}{N}{^17},{^25},{^151},{^18},(FNF_TM/60000){F3.0}
EN


#S0302B
MG{P2}{N}{^17},{^25},{^202},{^18},ASTRSK[FNF_EN]{S}
MG{P2}{N}{^17},{^25},{^206},{^18},ASTRSK[FNF_EN+2]{S};EN


#FNF_ON;FNF_EN=1;JS#S0302B;JS#FKEYREL;EN
#FNF_OF;FNF_EN=0;JS#S0302B;JS#FKEYREL;EN
#FNF_RS1;FNF_TM=MIN_FNF;STP_TM=TIME;EN
#FNF_RS0;FNF_TM=MAX_FNF;STP_TM=TIME;EN
```

PVA-1249

```
REM !!!! Auto Purge (Thread 2) !!!!
#A_PURGE
  AP_OUT=0;PING=1;VLV=1;JS#S040
  AC 100000,100000,100000
  DC 50000,50000,50000
  SP 50000,50000,100000/SCALE_Z
  JS#DR_CLOS;JS#SAFEZ;PA PT_APG[0],PT_APG[1],PT_APG[2];BGXY;AMXY
  BGZ;AMZ;JS#H1DW;JS#H2DW;JS#H3DW;JS#H1VLON;JS#H2VLON;JS#H3VLON;WT AP_LEN
  JS#H1VLOF;JS#H2VLOF;JS#H3VLOF;JS#H1UP;JS#H2UP;JS#H3UP;WT200
  JS#MV_SBY;AP_TE=0;AP_TP=TIME;VLV=VSTORE
  PING=0;AP_OUT=1;EN


REM !!!! Trackball (Thread 2) !!!!
#TB_XY;ST,AM
  DC 125000,125000,960000/SCALE_Z
  AC 125000,125000,425000/SCALE_Z;JS#LED_XY
  SX=FSTX;SY=FSTY;SZ=0;DE*=0;MX=0;MY=0;MZ=0;MXL=0
  MYL=0;MZL=0;MT=TIME;DE MXL,MYL,MZL;MTL=MT;SH;JG 0,0,0;BGXYZ
#TB_XY1;DT=MT-MTL;MTL=MT;MT=TIME;MXL=MX;MYL=MY;MZL=MZ
  MZ=_DEX;MX=_DEX;MY=_DEY;MDT=MT-MTL;VELX=SX*(MX-MXL)/MDT
  VELY=SY*(MY-MYL)/MDT;VELZ=SZ*(MZL-MZ)/MDT;JP#MCHKZP,CAXIS=4
#MCHKXP;JP#MCHKXN,VELX<0;JP#MCHKYP,_TPX+1000<_FLX;VELX=0;JP#MCHKYP
#MCHKXN;JP#MCHKYP,_TPX-1000>_BLX;VELX=0
#MCHKYP;JP#MCHKYN,VELY<0;JP#TB_XY2,_TPY+1000<_FLY;VELY=0;JP#TB_XY2
#MCHKYN;JP#TB_XY2,_TPY-1000>_BLY;VELY=0;JP#TB_XY2
#MCHKZP;JP#MCHKZN,VELZ<0;JP#TB_XY2,_TPZ+1000<_FLZ;VELZ=0;JP#TB_XY2
#MCHKZN;JP#TB_XY2,_TPZ-1000>_BLZ;VELZ=0
#TB_XY2;JG VELX,VELY,VELZ;JP#TB_XY1


REM !!!! Teach Pendant Routines (Thread 1) !!!!
#RM_TCH;JS#RM_AX,@IN[iAXIS]=0;JS#PR_MN,@IN[iPURGE]=0
  TETIME=TIME;JS#TE_F2,@IN[iTEACH]=0;EN
#RM_AX;CAXIS=CAXIS+1;JS#RM_AR,CAXIS>4;JS#AX_XY,CAXIS=1
  JS#AX_X,CAXIS=2;JS#AX_Y,CAXIS=3;JS#AX_Z,CAXIS=4;EN
#RM_AR;CAXIS=1;EN
#LED_XY;SB3;SB4;CB1;CB2;EN
#LED_X;SB2;SB3;SB4;CB1;EN
#LED_Y;SB1;SB3;SB4;CB2;EN
#LED_Z;SB1;SB2;SB4;CB3;EN
#LED_W;SB1;SB2;SB3;CB4;EN
#LED_RS;SB1;SB2;SB3;SB4;SB6;EN


REM !!!! LCD Screens !!!!
#INITLCD;CC 9600,0,0,0;WT500;JS#CLS;EN


#CLS;MG{P2}{N}{^17},{^12},{^01},{^02},{^18};EN


#L1;MG{P2}{N}{^17},{^25},{^128},{^18};EN


#L2;MG{P2}{N}{^17},{^25},{^192},{^18};EN


#S001;JS#CLS
JS#L1;MG{P2}{N}"Precision Valve & Automation";MG{P2}{N}" Inc"
JS#L2;MG{P2}{N}"System Initialization, please ";MG{P2}{N}"wait...   ";EN
```

3267_M06.txt[8/25/2017 9:15:08 AM]

PVA\SPCX2115\W3267R2\Prog\2013-10-16\

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

553 PVA-1250

```
#S002;JS#CLS;JS#L1;MG{P2}{N}"Press F1 to home the system.  ";EN

#S003;JS#CLS
JS#L1;MG{P2}{N}"Cycle Stop                ";MG{P2}{N}"       "
JS#L2;MG{P2}{N}"PROG F&F  CAL  MAN  AUTO STAT";MG{P2}{N}"   SETUP";EN

#S004;JS#CLS
JS#L1;MG{P2}{N}"Select Program: ",A_PROGA[CPROG]{S},A_PROGB[CPROG]{S}
JS#L2;MG{P2}{N}"EXIT PREV NEXT";EN

#S005
MG{P2}{N}{^17},{^25},{^144},{^18},A_PROGA[CPROG]{S},A_PROGB[CPROG]{S};EN

#S006;JS#CLS
JS#L1;MG{P2}{N}"      SOLV  MAT    ";MG{P2}{N}"FLSH&    "
JS#L2;MG{P2}{N}"EXIT    FLSH FILL    ";MG{P2}{N}"FILL      ";EN

#S007;JS#CLS
JS#L1;MG{P2}{N}"Solvent Flush in Progress... ";MG{P2}{N}"       "
JP#NOOP,(ACFLAG=1)
JS#L2;MG{P2}{N}"EXIT                ";MG{P2}{N}"     ";EN

#S008;JS#CLS
JS#L1;MG{P2}{N}"Material Fill in Progress...  ";MG{P2}{N}"       "
JP#NOOP,(ACFLAG=1)
JS#L2;MG{P2}{N}"EXIT                ";MG{P2}{N}"     ";EN

#S009;JS#CLS;JS#L1;MG{P2}{N}"Calibration"
JS#L2;MG{P2}{N}"EXIT    HOME          ";MG{P2}{N}"     ";EN

#S010;JS#CLS;JS#L1;MG{P2}{N}"Jog Mode Head: ",A_HEAD[CHEAD]{S}
MG{P2}{N}A2HEAD[CHEAD]{S}," Axis: ",AXIS[CAXIS]{S}
JS#L2;MG{P2}{N}"EXIT TEACH VLV RUN PURG TP ";MG{P2}{N}"   AXIS";EN

#S011;MG {P2}{N}{^17},{^25},{^157},{^18},AXIS[CAXIS]{S};EN

#S011B;MG {P2}{N}{^17},{^25},{^164},{^18},AXIS[CAXIS]{S};EN

#S012;MG {P2}{N}{^17},{^25},{^153},{^18},A_HEAD[CHEAD]{S},A2HEAD[CHEAD]{S};EN

#S013;JS#CLS
JS#L1;MG{P2}{N}"Warning! Solvent not been";MG{P2}{N}" flushed! "
JS#L2;MG{P2}{N}"EXIT CONT          ";MG{P2}{N}"     ";EN

#S015;JS#CLS
JS#L1;MG{P2}{N}"Trackball Control  Current: ",AXIS[CAXIS]{S}
JS#L2;MG{P2}{N}"EXIT TEACH PURG X&Y   X   Y ";MG{P2}{N}" Z     ";EN

#S016;JS#CLS;JS#L1;MG{P2}{N}"Valve Functions   Head: "
MG{P2}{N} A_HEAD[CHEAD]{S},A2HEAD[CHEAD]{S}
JS#L2;MG{P2}{N}"EXIT PURG SEL  UP DOWN   ";MG{P2}{N}"       "

#S017;JP#OPT3,R_HEAD[CHEAD]=1
```

3267 M06.txt[8/25/2017 9:15:08 AM]

PVA\SPCX2115\W3267R2\Prog\2013-10-16\

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

554   PVA-1251

```
MG{P2}{N}{^17},{^25},{^218},{^18}," ";EN

#OPT3;MG{P2}{N}{^17},{^25},{^218},{^18},"ROTA ROTB";EN

#S019;JS#CLS;JS#L1;MG{P2}{N}"Homing axes. Please wait... ";EN

#S020;JS#CLS;JP#OPT1,VLV=0
JS#L1;MG{P2}{N}"Auto Cycle WET    Count:",{F8.0}CCNT;JP#OPT2

#OPT1;JS#L1;MG{P2}{N}"Auto Cycle DRY     Count:",{F8.0}CCNT

#OPT2;JS#L2;MG{P2}{N}"STOP      "
MG{P2}{N} A_PROGA[CPROG]{S},A_PROGB[CPROG]{S};JP#NOOP,AC_TMR=0
JP#NOOP,CTM=0;MG{P2}{N}" ",{F3.1}CTM*0.9766/1000," Sec.";EN

#S021;JS#CLS
JS#L1;MG{P2}{N}"In Cycle...      Count:",{F8.0}CCNT;JP#OPT2

#S022;JS#CLS
JS#L1;MG{P2}{N}"Press F2 or F3 to run".MG{P2}{N}" 1 cycle. "
JS#L2;MG{P2}{N}"EXIT WET DRY ",A_PROGA[CPROG]{S},A_PROGB[CPROG]{S}
JP#NOOP,AC_TMR=0,JP#NOOP,CTM=0;MG{P2}{N}" ",{F3.1}CTM*0.9766/1000," Sec.";EN

#S024;JS#CLS;JS#L1;MG{P2}{N}"Status"
JS#L2;MG{P2}{N}"EXIT     STAT        ";MG{P2}{N}"        ";EN

#S025;LCD2=LCD1+2;LCD4=LCD3+2
MG{P2}{N}{^17},{^25},{^213},{^18},ASTRSK[LCD1]{S}
MG{P2}{N}{^17},{^25},{^218},{^18},ASTRSK[LCD2]{S}
MG{P2}{N}{^17},{^25},{^223},{^18},ASTRSK[LCD3]{S}
MG{P2}{N}{^17},{^25},{^228},{^18},ASTRSK[LCD4]{S};EN

#S030;JS#CLS
JS#L1;MG{P2}{N}"Setup Counter F&F Auto Purg";MG{P2}{N}"e Run Mode"
JS#L2;MG{P2}{N}"EXIT CNT RES OPT  ON  OFF";MG{P2}{N}" WET DRY";EN

#S031;JS#CLS;JS#L1;MG{P2}{N}"Count:",{F8.0}CCNT;EN

#S039;JS#CLS;JS#L1;MG{P2}{N}"Moving to Solvent!!!";EN

#S040;JS#CLS;JS#L1;MG{P2}{N}"AUTO PURGE!!!";EN

#S041;JS#CLS;JS#L1;MG{P2}{N}"Current Position: "
JS#L2;MG{P2}{N}"X",_TPX{F6.0},"Y",_TPY,"Z",_TPZ;EN

#S045;JS#CLS;JS#L1;MG{P2}{N}"Start switches activated!"
JS#L2;MG{P2}{N}"Deactivate to continue the pro";MG{P2}{N}"gram.    ";EN

#S076;JS#CLS;JS#L1;MG{P2}{N}"Waiting for path...";EN

#S100;JS#CLS
JS#L1;MG{P2}{N}"Saving data...please wait.";WT150;BV;JS#FKEYREL;EN

#S159;JS#CLS
```

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

555    PVA-I252

```
JS#L1;MG{P2}{N}"Checking for exhaust input. Ple";MG{P2}{N}"ase wait.";EN


#S160;JS#CLS
JS#L1;MG{P2}{N}"Verifying exhaust. Please wait.";MG{P2}{N}"..";EN


#S161;JS#L2;MG{P2}{N}"                     ",{F3.0}(FAN_WT/1000);EN


#S198;JS#CLS;JS#L1;MG{P2}{N}ECOD1[MEC]{S},ECOD2[MEC]{S}
MG{P2}{N}ECOD3[MEC]{S},ECOD4[MEC]{S},ECOD5[MEC]{S}
JS#L2;MG{P2}{N}"Press F1 to continue the progr";MG{P2}{N}"am.";MERR=MEC
JS#WAIT_F1;JS#FAN_WT;JP#ESTOP1


#S199;JP#ESTOP1,MERR=MEC;JS#CLS
JS#L1;MG{P2}{N}OPF1[PNEC]{S},OPF2[PNEC]{S},OPF3[PNEC]{S},OPF4[PNEC]{S}
MG{P2}{N}" failure.";JS#L2;MG{P2}{N}"Repair and press F1."
MERR=MEC;JS#WAIT_F1;JS#FKEYREL;VPNTO=0;PNEC=0;JP#ESTOP1


#S200;JP#ESTOP1,MERR=MEC;JS#CLS;JS#L1;MG{P2}{N}ECOD1[MEC]{S},ECOD2[MEC]{S}
MG{P2}{N}ECOD3[MEC]{S},ECOD4[MEC]{S},ECOD5[MEC]{S}
JS#L2;MG{P2}{N}"to continue the program.";MERR=MEC;JP#ESTOP1


#S201;JS#CLS;JS#L1;MG{P2}{N}"Error",{F3.0}ERR," on line",{F4.0}LINE,"."
JS#L2;MG{P2}{N}"Press F1 to restart, F5 for st";MG{P2}{N}"atus.     ";EN


#S202;JS#CLS
JS#L1;MG{P2}{N}"Position Error. F1-restart, F5-";MG{P2}{N}"status.  "
JS#L2;MG{P2}{N}"Stop codes (x,y,z)",{F3.0}_SCX,",",{F3.0}_SCY,","
MG{P2}{N}{F3.0}_SCZ;EN


#S203;JS#CLS
JS#L1;MG{P2}{N}"Limit Error. F1-restart, F5-sta";MG{P2}{N}"tus.     "
JS#L2;MG{P2}{N}"Stop codes (x,y,z)",{F3.0}_SCX,",",{F3.0}_SCY,","
MG{P2}{N}{F3.0}_SCZ;EN


#S204;JS#CLS;JS#L1;MG{P2}{N}"Variable error."
JS#L2;MG{P2}{N}"Initializing...";EN


#S205;JS#CLS
JS#L1;MG{P2}{N}"Unrecoverable variable error d";MG{P2}{N}"uring     "
JS#L2;MG{P2}{N}"startup.  Restart the machine.";HX


#S206;JS#CLS
JS#L1;MG{P2}{N}"Subroutine error.  The subrout";MG{P2}{N}"ine is not"
JS#L2;MG{P2}{N}"stored in segment 1, 2 or 3.";EN


#S208;JP#ESTOP1,MERR=MEC;MERR=MEC;JS#CLS
JS#L1;MG{P2}{N}"Press F1 to return head to sta";MG{P2}{N}"ndby."
JS#L2;MG{P2}{N}" OK";JP#ESTOP1


#S209;JS#CLS;JS#L1;MG{P2}{N}"Press F1 to restart.";JS#L2;MG{P2}{N}" OK";EN


#S210;JP#ESTOP1,MERR=MEC;JS#CLS;JS#L1;MG{P2}{N}ECOD1[MEC]{S},ECOD2[MEC]{S}
MG{P2}{N}ECOD3[MEC]{S},ECOD4[MEC]{S},ECOD5[MEC]{S};MERR=MEC
JS#L2;MG{P2}{N}"Press F1 to continue.";JS#WAIT_F1;LL_ERR=0;JP#ESTOP1
```

CONFIDENTIAL

Software Code: Proprietary/irrelevant

EXHIBIT 34

556   PVA-1253

```
REM !!!! Error-Checking Subroutines !!!!
#WAIT_F1;JP#WAIT_F1,@IN[80]=1;JS#FKEYREL;EN

#FKEYREL;VRESUME=@IN[73]&@IN[74]&@IN[75]&@IN[76]
 VRESUME=VRESUME&@IN[77]&@IN[78]&@IN[79]&@IN[80]
 JP#FKEYREL,VRESUME=0;WT50;EN

#TKEYREL;VRESUME=@IN[iTEACH]&@IN[iPURGE]&@IN[iAXIS]
 JP#TKEYREL,VRESUME=0;WT50;EN

#S_ONE;JP#S_ONE,@IN[CKSEN]=0;EN

#S_ZERO;JP#S_ZERO,@IN[CKSEN]=1;EN

#OPTO;TSTART=TIME

#OPTO2;JP#NOOP,@IN[SENINP]=ZORO;JP#OPTO2,(TIME-TSTART)<PNTO;VPNTO=1;WT999;EN

#DR_CLOS;JP#DR_SHUT,@IN[iDOOR]=1;JS#CLS;JS#L1
 MG{P2}{N}"Close door to continue."

#DR_CLO1;JP#DR_CLO1,@IN[iDOOR]<>1

#DR_SHUT;DRFLAG=1;JP#NOOP,TEACH=0;JS#CLS;JS#L1,MG{P2}{N}"Cycle in progress.",EN

#SAFEZ;PAZ=0;BGZ,AMZ;JS#ALLUP,SO_EN=1,EN

REM !!!! Group Subroutines !!!!
#ALLUP;JS#H1UP;JS#H2UP;JS#H3UP;JS#H1RA;JS#H2RA;JS#H3RA;EN

REM !!!! Variable Assignments !!!!
#GETASN;NA=0

REM ------------
REM !! Inputs !!
REM ------------

 iESTOP=1;iSTART=2;iDOOR=3;iBYPASS=4;iPOWER=5
 iLEVELA=49;iLEVELB=67
 iAXIS=22;iPURGE=23;iTEACH=24
 FKEY1=80;FKEY2=79;FKEY3=78;FKEY4=77;FKEY5=76;FKEY6=75;FKEY7=74;FKEY8=73
 iFLOW=64

 iH1Z=53

 iH2Z=54
 iH2RB=55
 iH2RA=56

REM ------------
REM !! Outputs !!
REM ------------
```

3267_M06.txt[8/25/2017 9:15:08 AM]

PVA\SPCX2115\W3267R2\Prog\2013-10-16\

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

557  PVA-1254

```
oH1Z=25
oH1V=27
oH1AT=26


oH2Z=28
oH2V=31
oH2RB=29
oH2RA=30


oSOLV=32
oMATV=33


OPF1[1]="";OPF2[1]="";OPF3[1]="";OPF4[1]=""
OPF1[2]="";OPF2[2]="";OPF3[2]="";OPF4[2]=""
OPF1[3]="";OPF2[3]="";OPF3[3]="";OPF4[3]=""
OPF1[4]="";OPF2[4]="";OPF3[4]="";OPF4[4]=""
OPF1[5]="Spray";OPF2[5]=" Z-";OPF3[5]="slide ";OPF4[5]="UP"
OPF1[6]="Spray";OPF2[6]=" Z-";OPF3[6]="slide ";OPF4[6]="DOWN"
OPF1[7]="Dispen";OPF2[7]="se Z-";OPF3[7]="slide ";OPF4[7]="UP"
OPF1[8]="Dispen";OPF2[8]="se Z-";OPF3[8]="slide ";OPF4[8]="DOWN"
OPF1[9]="HD3";OPF2[9]=" Z-";OPF3[9]="slide ";OPF4[9]="UP"
OPF1[10]="HD3";OPF2[10]=" Z-";OPF3[10]="slide ";OPF4[10]="DOWN"
OPF1[11]="Spray";OPF2[11]=" r";OPF3[11]="otary";OPF4[11]="0 deg"
OPF1[12]="Spray";OPF2[12]=" r";OPF3[12]="otary ";OPF4[12]="45 deg"
OPF1[13]="Dispen";OPF2[13]="se r";OPF3[13]="otary ";OPF4[13]="0 deg"
OPF1[14]="Dispen";OPF2[14]="se r";OPF3[14]="otary ";OPF4[14]="45 deg"
OPF1[15]="HD3";OPF2[15]=" r";OPF3[15]="otary ";OPF4[15]="0 deg"
OPF1[16]="HD3";OPF2[16]=" r";OPF3[16]="otary ";OPF4[16]="45 deg"


ECOD1[1]="Emerge";ECOD2[1]="ncy St";ECOD3[1]="op. Re";ECOD4[1]="set bu"
ECOD5[1]="tton";ECOD1[2]="Left ";ECOD2[2]="Door ";ECOD3[2]="open. "
ECOD4[2]="Close";ECOD5[2]="";ECOD1[3]="";ECOD2[3]="Door "
ECOD3[3]="open. ";ECOD4[3]="Close";ECOD5[3]="";ECOD1[4]="Materi"
ECOD2[4]="al A L";ECOD3[4]="evel l";ECOD4[4]="ow. ";ECOD5[4]=""
ECOD1[5]="Materi";ECOD2[5]="al B L";ECOD3[5]="evel l"
ECOD4[5]="ow. ";ECOD5[5]="";ECOD1[6]="Exhaus";ECOD2[6]="t Flow"
ECOD3[6]=" low. ";ECOD4[6]="";ECOD5[6]="";EN


REM !!!! Machine-Specific Information !!!!
#IMACH;MT 1,1,1;CE 0,0,0
FSTX=20000;SLWX=10000
FSTY=20000;SLWY=10000
FSTZ=10000;SLWZ=5000


KNHEAD=2
A_HEAD[1]="Spray ";A2HEAD[1]="    ";R_HEAD[1]=0
A_HEAD[2]="Dispen";A2HEAD[2]="se   ";R_HEAD[2]=1
A_HEAD[3]="HD3";A2HEAD[3]="    ";R_HEAD[3]=1


REM !!! Added Y offset to Home Routine !!!
XOFF=0
YOFF=703
ZOFF=0
```

CONFIDENTIAL

EXHIBIT 34

Software Code: Proprietary/irrelevant

558   VA-1255

```
PT_APG[0]=70700;PT_APG[1]=53663;PT_APG[2]=2478
PT_CAL[0]=6660;PT_CAL[1]=41194;PT_CAL[2]=13921
PT_SBY[0]=33500;PT_SBY[1]=36600;PT_SBY[2]=250
PT_SOL[0]=70850;PT_SOL[1]=27679;PT_SOL[2]=9000


AP_EN=0;AP_LEN=2000;AP_TIME=30000;SLP_TM=30000;SO_EN=1
PNTO=4000;AC_TMR=1;LLA_EN=0;LLB_EN=0;XFL_EN=0


MIN_FLSH=0
MIN_FILL=0
MAX_FLSH=150000
MAX_FILL=150000
MIN_FNF=0
MAX_FNF=18000000


#TUNE;WT100
AC 150000,150000,150000/SCALE_Z
DC 150000,150000,150000/SCALE_Z
SP 60000,60000,100000/SCALE_Z
VA 70000,70000,70000
VD 70000,70000,70000
BL -4000,-2500,-1500
FL 71000,70500,16600
TL 9.9999,9.9999,9.9999
KD 67.99,82.43,305.75
KP 5.66,6.75,199.94
KI 0.25,0.19,0.34;EN


#SCALE;SCALE_Z=10;MO;SF 1,1,SCALE_Z;EN


REM !!!! Pneumatic and Dispensing Subroutines !!!!
#H1VLON;JP#NOOP,VLV=0;CB oH1AT;WT250;CB oH1V;AP_TP=TIME;EN
#H1VLOF;JS#APRS,@OUT[oH1V]=0;SB oH1V;WT50;SB oH1AT;EN
#H1UP;PNEC=5;SENINP=iH1Z;ZORO=1;SB oH1Z;JS#OPTO;EN
#H1DW;PNEC=6;SENINP=iH1Z;ZORO=0;CB oH1Z;JS#OPTO,EN
#H1RA;EN
#H1RB;EN


#H2VLON;JP#NOOP,VLV=0;CB oH2V;AP_TP=TIME;EN
#H2VLOF;JS#APRS,@OUT[oH2V]=0;SB oH2V;EN
#H2UP;PNEC=7;SENINP=iH2Z;ZORO=1;SB oH2Z;JS#OPTO;EN
#H2DW;PNEC=8;SENINP=iH2Z;ZORO=0;CB oH2Z;JS#OPTO;EN
#H2RA;PNEC=13;SENINP=iH2RA;ZORO=0;SB oH2RB;CB oH2RA;JS#OPTO;EN
#H2RB;PNEC=14;SENINP=iH2RB;ZORO=0;SB oH2RA;CB oH2RB;JS#OPTO;EN


#H3VLON;EN
#H3VLOF;EN
#H3UP;EN
#H3DW;EN
#H3RA;EN
#H3RB;EN


#SOLV
```

CONFIDENTIAL

Software Code – Proprietary/irrelevant

 PVA-1256

```
  CB oSOLV
  SB oMATV
  SOLVENT=1
  BV
EN

#MATV
  CB oMATV
  SB oSOLV
  SOLVENT=0
  BV
EN

#NOOP;EN
#APRS;AP_TP=TIME;EN
#EOM
EN
\
```

PVA\SPCX2115\W3267R2\Prog\2013-10-
16\

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

560 VA-1257

The following features were added for this rework:

CYCLESTOP:
"F&F" button for Flush & Fill menu. Upon pressing this button, the gantry will move to the purge position.
The menu contains the following options:

  -"SOLV FLSH": Clears output bit for Pneum. Ball valve, flushes solvent through both valves for amount of time set in Setup (default of 30 sec)
  -"MAT FIL": Sets output bit for Pneum. Ball Valve, runs material through both valves for amount of time set in Setup (defualt of 30 sec)
  -"FLSH&FILL": Runs through Solvent Flush routine followed by Material Fill routine.

SETUP:
"F&F OPT" button for Flush & Fill Options, contains the following:
  - "AUTO OPT": Goes to seperate menu for Autocycle exclusive options
  - "FLSH   s." displays the Solvent Flush time in seconds
  - "Fil   s." displays the Material Fill time in seconds
    - each amount of time has an "UP" and "DW" button to adjust with.
    Current limits are set at 0 and 150 sec for each

AUTO OPT:
  -"F&F" with "ON" and "OFF" buttons underneath. This determines if the auto Flush & Fill feature will be used in Autocycle or not.
  -"Freq   min": displays the frequency in minutes that a flush and fill will occur in Autocycle (default of 30 min)
    - Current limits are set at 0 and 300 min

Additional:
  - If a manual Solvent Flush is done from Cycle Stop, and the operator enters Manual Mode or AutoCycle without filling material again, they will receive a warning message.

CONFIDENTIAL

Software Code–Proprietary/irrelevant

561

PVA\SPCX2115\W3267R2\Prog\2013-10-23\

EXHIBIT 34

562 PVA-1259

```
REM  Machine Style: 350_W3SD
NO   Author: JBB  Date: 10/09/2006  Version: 1.00
NO   Project: SPCX2115  Serial #: W3267  Company: Space X
NO   Modified by: NS  Date: 5/1/09
REM  PathMaster version: 2.00+
REM
REM  ================
REM  Revision History
REM  ================
REM  Change:                         Date:    By:
REM  ----------------------------------------------------------------
REM  - Added Teach Pendant Routines.        7/3/02    TMB
REM  - Added Solvent Cup Routines.          7/3/02    TMB
REM  - Added Z Axis Scaling (Requires n17e firmware). 2/06/04    TMB
REM  2- Modified Cal routine, Solvent position    6/23/09    AH
REM  3- Added Y offset to Home Routine.       7/2/09    AJH
REM  5- Added Auto Solvent Flush            10/11/13    FP
REM  ----------------------------------------------------------------
REM
REM  This software, including the information contained
REM  herein, is the property of Precision Valve & Automation,
REM  Inc. or its licensee and is considered confidential and proprietary
REM  information.  It is delivered on the express condition that
REM  it not be used, disclosed, or reproduced in whole or in
REM  part, for any reason without prior written consent of
REM  Precision Valve & Automation, Inc.
REM
REM  (C) 2006 Precision Valve & Automation, Inc.
REM
REM !!!! Startup And Scan Routines (Thread 0) !!!!
#AUTO;PASSED=0;POS_VAL=0;FANPASS=0
#AUTO1;DOG=40;TRY_RES=0;SDE=0
#AUTO2;AB1;JS#SCALE;JS#PRE_CHK
#SCAN;AP_TE=(TIME-AP_TP)*AP_EN;JP#FESTOP,(@IN[iFLOW]*XFL_EN)=1
  JP#ESTOP,@IN[iESTOP]=1
  JP#ESTOP,(1-@IN[iDOOR])&DRFLAG=1
  JP#ESTOP,(1-@IN[iDOOR])&@IN[iBYPASS]=1
  JP#ESTOP,LL_ERR<>0;DOG=67
  JP#ESTOP,VPNTO=1
  JS#OSTOP,(OUTAC+@IN[FKEY1])=0;FPOWER=1;JP#SCAN
#OSTOP;CSTOP=1;EN
#FESTOP;FAN_ERR=1;JP#ESTOP


REM !!!! Auxiliary Error Routines (Thread 1) !!!!
#KEYMON;JP#KEYMON,MERR*(1-@IN[FKEY1])<>-1;KEY1=1;EN


REM !!!! Emergency Stop and Error Routine (Thread 0) !!!!
#ESTOP;ETIME=TIME;HX1;HX2;HX3
  OP $EF,$FFFF,$FFFF,$FFFF,$FFFF
  WT100;AB1;MO;KEY1=0;MEC=20
  JS#SS_ER;ERX=30000;ERY=30000;ERZ=30000;MERR=0;TEACH=0;FPOWER=0;XQ#KEYMON,2
#ESTOP1;WT150;MEC=1;JP#S200,@IN[iESTOP]=1
  MEC=3;JP#S200,(1-@IN[iDOOR])&@IN[iBYPASS]=1
```

3267_M07.txt[8/25/2017 9:15:48 AM]

PVA\SPCX2115\W3267R2\Prog\2013-10-23\

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

563

PVA-1260

```
MEC=3;JP#S200,DRFLAG&(1-@IN[iDOOR])=1
MEC=4;JP#S210,LL_ERR=14;MEC=5;JP#S210,LL_ERR=39
MEC=6;JP#S198,FAN_ERR=1
MEC=7;JP#S199,VPNTO=1;JP#ESTOP2,POS_VAL=0
MEC=-1;JP#S208,KEY1=0;JS#FKEYREL;MERR=0
ERX=1000;ERY=1000;ERZ=1000;JS#DR_CLOS;PING=0;AP_OUT=1
MODE=0
HX1;HX2;ACFLAG=0;VLV=VSTORE;SB5;WT700;CS;SH;WT100;XQ#CS_MN1,1;JP#SCAN
#ESTOP2;MERR=-2;JS#S209;JS#WAIT_F1;HX1;HX2;ZS0;DP 0,0,0;JP#AUTO1


REM !!!! Command Error Routine (Thread 0) !!!!
#CMDERR;HX1;HX2;HX3;ST;AM;MO
  OP $EF,$FFFF,$FFFF,$FFFF
  SH;TEACH=0;FPOWER=0;ERR=_TC;MEC=11
  LINE=_ED;MERR=11;JS#SS_ER;JP#GSERR,SDE=41;JP#RESET,INIT*ERR=9
  JP#RESET,INIT*ERR=83;JS#S201;JS#FKEYREL;JS#ER_WT;HX1;JP#AUTO1
#GSERR;JS#S206,HX


REM !!!! Position Error Routine (Thread 0) !!!!
#POSERR;HX1,HX2;HX3;JS#S202;ST;AM;MO
  OP $EF,$FFFF,$FFFF,$FFFF,$FFFF
  TEACH=0;POS_VAL=0;FPOWER=0
  MEC=12;MERR=12;JS#SS_ER;JS#FKEYREL;JS#ER_WT
  HX1;ZS0;DP 0,0,0;JP#AUTO1


REM !!!! Limit Error Routine (Thread 0) !!!!
#LIMSWI;TEACH=0,JP#LS_HOME,HOMING=1;POS_VAL=0;HX1;HX2,HX3;JS#S203;ST;AM;MO
  MEC=13;MERR=13;JS#SS_ER;FPOWER=0
  OP $EF,$FFFF,$FFFF,$FFFF
  JS#FKEYREL
  JS#ER_WT;HX1;ZS0;DP 0,0,0;JP#AUTO1
#LS_HOME;RE


REM !!!! Startup Delay for Fan !!!!
#FAN_WT;HX1;FAN_WT=60000
  FAN_INC=1000;JS#S159;WT2000;JP#FAN_ER,@IN[iFLOW]=1,JS#S160
#FAN_WT1;WT FAN_INC;JS#S161;FAN_WT=(FAN_WT-FAN_INC)
  JP#FAN_ER,@IN[iFLOW]=1;JP#FAN_WT1,FAN_WT>0;FAN_ERR=0,FANPASS=1;EN
#FAN_ER;ZS1;FAN_ERR=1;FANPASS=0;JP#ESTOP


REM !!!! Machine Error Subroutines (Thread 0) !!!!
#ER_WT;JP#NOOP,@IN[FKEY1]=0;JP#ER_ST,@IN[FKEY5]=0;JP#ER_WT
#ER_ST;JS#FKEYREL;JS#SS_MN;JS#ER_SC;JP#ER_WT
#ER_SC;JS#FKEYREL;JS#S201,MERR=11;JS#S202,MERR=12;JS#S203,MERR=13;EN


REM !!!! Pre-Start Routines !!!!
#PRE_CHK;JS#INIT;JS#FAN_WT,((1-FANPASS)*XFL_EN)=1;JS#SF_MN,PASSED=0;SB5
  JP#PRE_HM,POS_VAL=0;ACM_ER=(@ABS[_TEX]+@ABS[_TEY]+@ABS[_TEZ])
  JP#PRE_HM,ACM_ER>800;XQ#CS_MN1,1;EN
#PRE_HM;POS_VAL=0;XQ#CS_MN,1;EN


REM !!!! Start-up Safety Check (Thread 0) !!!!
#SF_MN;MO;CHECK=0;VFAIL=0
  JS#CLS;JS#L1;MG{P2}{N}"Machine Safety Check"
```

3267_M07.txt[8/25/2017 9:15:48 AM]                    CONFIDENTIAL

PVA\SPCX2115\W3267R2\Prog\2013-10-
23\
                          Software Code: Proprietary/irrelevant
                                   Exhibit P3
                                                                   564 PVA-1261

```
 VESPP=1;VDSPP=1;JS#L2;MG{P2}{N}"Press F1 to initiate."
 JS#WAIT_F1
#SF_LP;JP#SF_FE,VFAIL=1;JP#SF_FD,VFAIL=2;JP#SF_FP,VFAIL=5
 JP#SF_NE,@IN[iESTOP]=1;JP#SF_ND,@IN[iDOOR]=0;JP#SF_NK,@IN[iBYPASS]=0
 JP#SF_CP,CHECK=0;JP#SF_CE,CHECK=1;JP#SF_CD,CHECK=2;PASSED=1;EN

#SF_NE;JS#CLS;JS#L1;MG{P2}{N}"Undo the EStop button.";CKSEN=iESTOP
 JS#S_ZERO;JP#SF_LP
#SF_ND;JS#CLS;JS#L1;MG{P2}{N}"Close the door.";CKSEN=iDOOR
 JS#S_ONE;JP#SF_LP
#SF_NK;JS#CLS;JS#L1;MG{P2}{N}"Turn the Door Bypass key to OFF";CKSEN=iBYPASS
 JS#S_ONE;JP#SF_LP
#SF_CP;CB5;VCHECK=iPOWER;VSTATE=0;VFAIL=5;JS#SF_DD;JP#SF_LP,VFAIL<>0;SB5
 VFAIL=5;VSTATE=1;JS#SF_DD;CHECK=1;JP#SF_LP
#SF_CE;VCHECK=iESTOP;JS#CLS;JS#L1;MG{P2}{N}"Press the EStop button.";VESPP=1
 VSTATE=1;VFAIL=1;JS#SF_DD;JP#SF_LP,VFAIL<>0;VCHECK=iPOWER;VSTATE=0;VFAIL=5
 VESPP=0;JS#SF_DD;VESPP=1;CHECK=2;JP#SF_LP
#SF_CD;VCHECK=iDOOR;JS#CLS;JS#L1;MG{P2}{N}"Open the door.";VDSPP=1
 VSTATE=0,VFAIL=2;JS#SF_DD;JP#SF_LP,VFAIL<>0;VCHECK=iPOWER;VSTATE=0;VFAIL=5
 VDSPP=0;JS#SF_DD;VDSPP=1;CHECK=3;JP#SF_LP
#SF_DD;SFTMR=TIME;WT500
#SF_DD1;JP#SF_DD2,(VFAIL-1)*(@IN[iESTOP])*VESPP<>0
 JP#SF_DD2,(VFAIL-2)*(1-@IN[iDOOR])*VDSPP<>0
 JP#SF_DD2,@IN[iBYPASS]=0
 JP#NOOP,(TIME-SFTMR)>8000;JP#SF_DD1,@IN[VCHECK]<>VSTATE;VFAIL=0;EN
#SF_DD2;ZS1;VFAIL=0;JP#SF_LP
#SF_FP;CB5;JS#CLS;JS#L1;MG{P2}{N}"Power check failed.";JP#SF_FAIL
#SF_FE;JS#CLS;JS#L1;MG{P2}{N}"EStop button failed.";JP#SF_FAIL
#SF_FD;JS#CLS;JS#L1;MG{P2}{N}"Door safety failed.";JP#SF_FAIL
#SF_FAIL;JP#SF_OVER,SAFE<>0;JS#L2;MG{P2}{N}"Press F1 to repeat test."
 JS#WAIT_F1;SAFE=1;JP#SF_MN
#SF_OVER;JS#L2;MG{P2}{N}"Repair and restart machine.";ZS0;HX


REM !!!! Program Status Report (Thread 0 or 1) !!!!
#SS_MN;JS#CLS
JS#L1;MG{P2}{N}"Machine Status Report.  Press ";MG{P2}{N}"F1 to    "
JS#L2;MG{P2}{N}"scroll through screens or F8 t";MG{P2}{N}"o quit.   "
JS#SS_LP

JS#CLS;JS#L1;MG{P2}{N}"X-axis   Enc.Pos.  Com.Pos. P"
MG{P2}{N}"os.Err.   "
JS#L2;MG{P2}{N}"       ",{F6.0}_TPX," ",{F6.0}_RPX." ",{F6.0}_TEX
JS#SS_LP

JS#CLS
JS#L1;MG{P2}{N}"Y-axis   Enc.Pos.  Com.Pos. P";MG{P2}{N}"os.Err.   "
JS#L2;MG{P2}{N}"       ",{F6.0}_TPY," ",{F6.0}_RPY," ",{F6.0}_TEY
JS#SS_LP

JS#CLS
JS#L1;MG{P2}{N}"Z-axis   Enc.Pos.  Com.Pos. P";MG{P2}{N}"os.Err.   "
JS#L2;MG{P2}{N}"       ",{F6.0}_TPZ," ",{F6.0}_RPZ," ",{F6.0}_TEZ
JS#SS_LP
```

CONFIDENTIAL

Software Code: Proprietary/irrelevant

PVA-1262

```
JS#CLS;N1=_MOX;JS#L1;MG{P2}{N}"X-axis Motors  On/Off  Torque"
MG{P2}{N}"  Tor.Lim.";JS#L2;MG{P2}{N}"            ",HLW[N1]{S3}
MG{P2}{N}"  ",{F1.4}_TTX,"  ",{F1.4}_TLX
JS#SS_LP


JS#CLS;N1=_MOY;JS#L1;MG{P2}{N}"Y-axis Motors  On/Off  Torque"
MG{P2}{N}"  Tor.Lim.";JS#L2;MG{P2}{N}"            ",HLW[N1]{S3}
MG{P2}{N}"  ",{F1.4}_TTY,"  ",{F1.4}_TLY
JS#SS_LP


JS#CLS;N1=_MOZ;JS#L1;MG{P2}{N}"Z-axis Motors  On/Off  Torque"
MG{P2}{N}"  Tor.Lim.";JS#L2;MG{P2}{N}"            ",HLW[N1]{S3}
MG{P2}{N}"  ",{F1.4}_TTZ,"  ",{F1.4}_TLZ
JS#SS_LP


JS#CLS;N1=_HMX;N2=_LFX;N3=_LRX
JS#L1;MG{P2}{N}"X-axis Sensors  Home  For.Lim.";MG{P2}{N}"  Rev.Lim."
JS#L2;MG{P2}{N}"            ",HLW[N1]{S3},"   ",HLW[N2]{S3}
MG{P2}{N}"      ",HLW[N3]{S3}
JS#SS_LP


JS#CLS;N1=_HMY;N2=_LFY;N3=_LRY
JS#L1;MG{P2}{N}"Y-axis Sensors  Home  For.Lim.";MG{P2}{N}"  Rev.Lim."
JS#L2;MG{P2}{N}"            ",HLW[N1]{S3},"   ",HLW[N2]{S3}
MG{P2}{N}"      ",HLW[N3]{S3}
JS#SS_LP


JS#CLS;N1=_HMZ;N2=_LFZ;N3=_LRZ
JS#L1;MG{P2}{N}"Z-axis Sensors  Home  For.Lim.";MG{P2}{N}"  Rev.Lim."
JS#L2;MG{P2}{N}"            ",HLW[N1]{S3},"   ",HLW[N2]{S3}
MG{P2}{N}"      ",HLW[N3]{S3}
JS#SS_LP


JS#CLS
JS#L1;MG{P2}{N}"X-axis Tuning   KD    KP ";MG{P2}{N}"  KI   "
JS#L2;MG{P2}{N}"            ",{F3.2}_KDX,"  ",{F3.2}_KPX,"  ",{F3.2}_KIX
JS#SS_LP


JS#CLS
JS#L1;MG{P2}{N}"Y-axis Tuning   KD    KP ";MG{P2}{N}"  KI   "
JS#L2;MG{P2}{N}"            ",{F3.2}_KDY,"  ",{F3.2}_KPY,"  ",{F3.2}_KIY
JS#SS_LP


JS#CLS
JS#L1;MG{P2}{N}"Z-axis Tuning   KD    KP ";MG{P2}{N}"  KI   "
JS#L2;MG{P2}{N}"            ",{F3.2}_KDZ,"  ",{F3.2}_KPZ,"  ",{F3.2}_KIZ
JS#SS_LP;EN


#SS_LP;JP#WAIT_F1,@IN[FKEY1]=0;JP#SS_LP1,@IN[FKEY8]=0;JP#SS_LP
#SS_LP1;ZS1;JS#FKEYREL;EN
#SS_ER;JP#NOOP,REPORT=0;MG;MG"Error Cause: "{N};MG HLW[MEC]{S}
  MG"E-Stop:"{N};MG@IN[iESTOP]{F1.0}
  MG"Door:"{N};MG@IN[iDOOR]{F1.0}
```

3267_M07.txt(8/25/2017 9:15:48 AM)

PVA\SPCX2115\W3267R2\Prog\2013-10-23\

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

566

PVA-1263

```
  MG"Door Bypass:"{N};MG@IN[iBYPASS]{F1.0}
  MG"Exhaust Flow:"{N};MG@IN[iFLOW]{F1.0}
  MG"Material A Level:"{N};MG@IN[iLEVELA]{F1.0}
  MG"Material B Level:"{N};MG@IN[iLEVELB]{F1.0}
  MG"Stop Codes (x,y,z)";MG_SCX{F3.0}{N};MG_SCY{F3.0}{N}
  MG_SCZ{F3.0}{N}
  MG"Current Error: "{N};TC1;MG"Error on line:",{F3.0}LINE
  MG"Current Position (x,y,z)";TPXYZ{F6.0}
  MG"Position Error (x,y,z)";TEXYZ{F6.0};EN


REM !!!! Initialization Routine (Thread 0) !!!!
#INIT;HX1;HX2;HX3;INIT=0;PMX=2;CO 14
OP $EF,$FFFF,$FFFF,$FFFF
CS;JS#INITLCD;JS#S001;WT2000;DA*[0];JS#FKEYREL
DM PT_SBY[4],PT_CAL[4],PT_APG[4],A_HEAD[5],AXIS[6],ASTRSK[4],HLW[30]
DM R_HEAD[5],OPF1[20],OPF2[20],OPF3[20],ECOD1[10],ECOD2[10]
DM ECOD3[10],ECOD4[10],ECOD5[10],A2HEAD[5],PT_SOL[5]
ASTRSK[0]=" ";ASTRSK[1]="*";ASTRSK[2]="*";FPOWER=0;KEY1=0
ASTRSK[3]=" ";HLW[0]="ON ";HLW[1]="OFF";HLW[2]="OFF";HLW[3]="ON "
HLW[11]="ComErr";HLW[12]="PosErr";HLW[13]="LimErr";HLW[20]="I/O   "
AXIS[1]="X&Y";AXIS[2]="X ";AXIS[3]="Y ";AXIS[4]="Z ";ERR=0;LINE=0;REPORT=0
AXIS[5]="W ";OUTAC=1,VLV=1;HOMING=1;VPNTO=0;SAFE=0;TEACH=0;MODE=0;ST_BY=0
AP_TE=0;AP_TP=TIME,ACFLAG=0,VSTORE=1;CAXIS=1;CHEAD=1;PLYBCK=0;FAN_ERR=0
PNEC=0;PING=0;ACINPT=0,VCLEAR=0;AP_OUT=1;FLSO_TM=TIME
DRFLAG=1;MERR=0;JS#GETASN;JS#IMACH;SDE=41;GS#IPROG,#EOM;SDE=0;JS#IPROG
LL_ERR=0;INIT=1,JP#INIT2,CPROG<=KNPROG;CPROG=1
#INIT2;JS#LPPROG;JS#CHECK;INIT=0,EN


REM !!!! Check Variables And Reset Routines (Thread 0) !!!!
#CHECK;JP#RESET,CPROG<1;JP#RESET,CPROG>KNPROG;JP#RESET,CCNT<0
  JP#RESET,FANPASS<0;JP#RESET,POS_VAL<0
  JP#RESET,FNF_EN<0
  JP#RESET,FNF_TM<0
  JP#RESET,FLUSH_TM<0
  JP#RESET,FILL_TM<0
  JP#RESET,SOLVENT<0
EN
#RESET;JS#S204;WT2000;JP#S205,TRY_RES=1;HX1;HX2;HX3
  DA*,*[0];CCNT=0;CPROG=1;FANPASS=0;POS_VAL=0
  FNF_EN=0
  FNF_TM=1800000
  FLUSH_TM=30000
  FILL_TM=30000
  SOLVENT=0
  TRY_RES=1;PASSED=0;JS#S100;ZS0;JP#AUTO2


REM !!!! Load Program Routine (Thread 0) !!!!
#LPPROG;SDE=41;JP#LP2,CPROG>1;GS#PROG1,#PROG;JP#LX
#LP2;JP#LP4,CPROG>3;GS#PROG2,#PROG;JP#LX,CPROG=2;GS#PROG3,#PROG;JP#LX
#LP4;JP#LP6,CPROG>5;GS#PROG4,#PROG;JP#LX,CPROG=4;GS#PROG5,#PROG;JP#LX
#LP6;JP#LP8,CPROG>7;GS#PROG6,#PROG;JP#LX,CPROG=6;GS#PROG7,#PROG;JP#LX
#LP8;JP#LP10,CPROG>9;GS#PROG8,#PROG;JP#LX,CPROG=8;GS#PROG9,#PROG;JP#LX
#LP10;JP#LP12,CPROG>11;GS#PROG10,#PROG;JP#LX,CPROG=10;GS#PROG11,#PROG;JP#LX
#LP12;JP#LP14,CPROG>13;GS#PROG12,#PROG;JP#LX,CPROG=12;GS#PROG13,#PROG;JP#LX
```

3267_M07.txt[8/25/2017 9:15:48 AM]

PVA\SPCX2115\W3267R2\Prog\2013-10-23\

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

567

PVA-1264

```
#LP14;JP#LP16,CPROG>15;GS#PROG14,#PROG;JP#LX,CPROG=14;GS#PROG15,#PROG;JP#LX
#LP16;JP#LP18,CPROG>17;GS#PROG16,#PROG;JP#LX,CPROG=16;GS#PROG17,#PROG;JP#LX
#LP18;JP#LP20,CPROG>19;GS#PROG18,#PROG;JP#LX,CPROG=18;GS#PROG19,#PROG;JP#LX
#LP20;JP#LP22,CPROG>21;GS#PROG20,#PROG;JP#LX,CPROG=20;GS#PROG21,#PROG;JP#LX
#LP22;JP#LP24,CPROG>23;GS#PROG22,#PROG;JP#LX,CPROG=22;GS#PROG23,#PROG;JP#LX
#LP24;JP#LP26,CPROG>25;GS#PROG24,#PROG;JP#LX,CPROG=24;GS#PROG25,#PROG;JP#LX
#LP26;JP#LP28,CPROG>27;GS#PROG26,#PROG;JP#LX,CPROG=26;GS#PROG27,#PROG;JP#LX
#LP28;JP#LP30,CPROG>29;GS#PROG28,#PROG;JP#LX,CPROG=28;GS#PROG29,#PROG;JP#LX
#LP30;JP#LP32,CPROG>31;GS#PROG30,#PROG;JP#LX,CPROG=30;GS#PROG31,#PROG;JP#LX
#LP32;GS#PROG32,#PROG;JP#LX
#LX;SDE=0;EN


REM !!!! Home Routine (Thread 1) !!!!
#MV_HOME;JS#DR_CLOS;JS#S019;POS_VAL=0;HOMING=1
  JS#TUNE;ST,AM
  FL 200000,200000,200000
  BL -200000,-200000,-200000
  AC 150000,150000,150000/SCALE_Z
  DC 150000,150000,150000/SCALE_Z
  OE 1,1,1;JS#ALLUP;ERX=1000;ERY=1000;ERZ=1000;SH
  FEZ;SPZ=30000/SCALE_Z;BGZ;AMZ;PR,,1500;BGZ;AMZ
  FEZ;SPZ=2000/SCALE_Z;BGZ;AMZ;PR,,1000;SPZ=20000/SCALE_Z;BGZ;AMZ;DPZ=0
  FLZ=30000,BLZ=-3000
  FEXY;SP 10000,10000;BGXY;AMXY;PR 3000,3000;SP 500,500;BGXY;AMXY
  FEXY;SP 500,500;BGXY;AMXY;PR 3000,3000;SP 2000,2000;BGXY;AMXY
  DP 0,-703;JS#TUNE;POS_VAL=1;HOMING=0;EN


REM !!!! Move To Stand-By Routine (Thread 1) !!!!
#MV_SBY;JS#DR_CLOS;JS#ALLUP;SP 60000,60000,100000/SCALE_Z
  AC 150000,150000,150000/SCALE_Z,DC 150000,150000,150000/SCALE_Z
  SH;DELTAS=@ABS[_TPX-PT_SBY[0]]+@ABS[_TPY-PT_SBY[1]]+@ABS[_TPZ-PT_SBY[2]]
  JS#SAFEZ,DELTAS>10
  PA PT_SBY[0],PT_SBY[1],PT_SBY[2];BGXY;AMXY;BGZ;AMZ
  JS#TUNE;ST_BY=1;EN


REM !!!! Flush/Fill Main Screen !!!!
#SOFL_MN
  JS#FKEYREL
  FNF_FLAG=0
  JS#S006
  AC 100000,100000,100000
  DC 50000,50000,50000
  SP 50000,50000,100000/SCALE_Z
  JS#DR_CLOS;JS#SAFEZ;PA PT_APG[0],PT_APG[1],PT_APG[2];BGXY;AMXY
  BGZ;AMZ;'JS#H1DW;'JS#H2DW;'JS#H3DW
#SOFL_LP
  JP#SOFLEND,@IN[FKEY1]=0
  JP#SO_FLSH,@IN[FKEY3]=0
  JP#MAT_FIL,@IN[FKEY4]=0
  JP#SO_FNF,@IN[FKEY6]=0
  IF (FNF_FLAG=1)
    FNF_FLAG=0
  ENDIF
  JP#SOFL_LP
```

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

568VA-1265

```
#SOFLEND
  JS#FKEYREL
  JS#ALLUP
  JP#CS_MN1

#SO_FLSH
  JS#S007
  JS#SOLV
  WT1500
  JS#H1DW;JS#H2DW;JS#H3DW
  JS#H1VLON;JS#H2VLON;JS#H3VLON
  TEMP_TM=TIME
  #WT_FLSH
  JP#ABRTSF,(((@IN[FKEY1]=0)&(ACFLAG=0))
  JP#WT_FLSH,((TIME-TEMP_TM)<FLUSH_TM)
  #ABRTSF2
  JS#H1VLOF;JS#H2VLOF;JS#H3VLOF
  JS#S006,ACFLAG=0
  JP#SOFL_LP,((FNF_FLAG=0)&(ACFLAG=0))

#MAT_FIL
  JS#S008
  JS#MATV
  WT1500
  JS#H1DW;JS#H2DW;JS#H3DW
  JS#H1VLON;JS#H2VLON;JS#H3VLON
  TEMP_TM=TIME
  #WT_FILL
  JP#ABRTMF,((@IN[FKEY1]=0)&(ACFLAG=0))
  JP#WT_FILL,((TIME-TEMP_TM)<FILL_TM)
  #ABRTMF2
  JS#H1VLOF;JS#H2VLOF;JS#H3VLOF
  JS#S006,ACFLAG=0
  JS#FKEYREL
  FNF_FLAG=0
  JP#SOFL_LP,(ACFLAG=0)
  EN

#ABRTSF
  JP#ABRTSF,(@IN[FKEY1]=0)
  FNF_FLAG=0
  JP#ABRTSF2

#ABRTMF
  JP#ABRTMF,(@IN[FKEY1]=0)
  JP#ABRTMF2

#SO_FNF
  FNF_FLAG=1
  JP#SO_FLSH

#AC_FNF
  JP#AC_FNF,_XQ2>0
```

3267_M07.txt[8/25/2017 9:15:48 AM]

PVA\SPCX2115\W3267R2\Prog\2013-10-23\

EXHIBIT 34

CONFIDENTIAL

Software Code: Proprietary/irrelevant

569   PVA-1266

```
  JS#ALLUP
  JS#SAFEZ
  AC 100000,100000,100000
  DC 50000,50000,50000
  SP 50000,50000,100000/SCALE_Z
  JS#DR_CLOS;JS#SAFEZ;PA PT_APG[0],PT_APG[1],PT_APG[2];BGXY;AMXY
  BGZ;AMZ;JS#H1DW;JS#H2DW;JS#H3DW

  FNF_FLAG=0
  IF (@OUT[oSOLV]=1)
   JS#SO_FLSH
  ELSE
   JS#MAT_FIL
  ENDIF
  JS#S020
  FLSO_TM=TIME
  SOL_TM=TIME
  JS#ALLUP
  JS#SAFEZ
  JS#MV_SBY
EN

REM !!!! Move To Solvent Cup Routine (Thread 1) !!!!
#MV_SOL;JS#DR_CLOS;SP 100000,100000,100000/SCALE_Z
  AC 200000,200000,200000/SCALE_Z;DC 200000,200000,200000/SCALE_Z
  SH;DELTAS=@ABS[_TPX-PT_SOL[0]]+@ABS[_TPY-PT_SOL[1]]+@ABS[_TPZ-PT_SOL[2]]
  JS#S039,DELTAS>10;JS#SAFEZ,DELTAS>10
  PA PT_SOL[0],PT_SOL[1],PT_SOL[2];BGXY;AMXY;BGZ;AMZ
  JS#H1DW;JS#H2DW;JS#H3DW;JS#TUNE;ST_BY=0;EN

REM !!!! Cyclestop Routine (Thread 1) !!!!
#CS_MN;JP#CS_MN,FPOWER=0;JS#S002;JS#WAIT_F1;JS#MV_HOME
#CS_MN1;JS#ALLUP;JP#CS_MN1,FPOWER=0;JP#CS_MN,POS_VAL=0;JS#MV_SOL,SO_EN=1
  JS#MV_SBY,SO_EN=0;CSTOP=0;ACFLAG=0

  IF (SOLVENT=1)
   JS#SOLV
  ELSE
   JS#MATV
  ENDIF

  WT400;JS#S003;JS#FKEYREL
#CS_LP;JP#PG_MN,@IN[FKEY1]=0
  JP#SOFL_MN,@IN[FKEY2]=0
  JP#CA_MN,@IN[FKEY3]=0
  JP#MA_MN,@IN[FKEY4]=0;JP#AC_MN,@IN[FKEY5]=0;JP#ST_MN,@IN[FKEY6]=0
  JP#SU_MN,@IN[FKEY8]=0
  JS#CS_AP,(AP_TE*AP_OUT*(1-SO_EN))>AP_TIME;JP#CS_LP
#CS_AP;XQ#A_PURGE,2
#CS_AP1;JP#CS_AP1,PING=1;JS#S003;EN

REM !!!! Program Selection (Thread 1) !!!!
#PG_MN;JS#S004
#PG_MN1;JS#S005;JS#FKEYREL
```

CONFIDENTIAL

Software Code-Proprietary/irrelevant

EXHIBIT 34

```
#PG_LP;JP#PG_BV,@IN[FKEY1]=0
  JP#PG_DW,@IN[FKEY2]=0;JP#PG_UP,@IN[FKEY3]=0;JP#PG_LP
#PG_BV;JS#S100;JS#LPPROG;JS#FKEYREL;JP#CS_MN1
#PG_DW;CPROG=CPROG-1;JP#PG_MN1,CPROG>0;CPROG=KNPROG;JP#PG_MN1
#PG_UP;CPROG=CPROG+1;JP#PG_MN1,CPROG-1<KNPROG;CPROG=1;JP#PG_MN1


REM !!!! Teach Routines (Thread 1) !!!!
#TE_F2;KEY=22*TEACH;JP#TE_FA,RKEY=53;JP#TE_FA,(TIME-TETIME)>1000;JP#TE_F2
#TE_FA;JP#TE_FB,RKEY=53;KEY=0;RKEY=0;JS#FKEYREL;JS#TKEYREL;EN
#TE_FB;CB6;WT50;SB6;KEY=0;WT100;RKEY=0;JS#FKEYREL;JS#TKEYREL;EN
#TE_PB;HX2;HX3;ST;AM;JS#S076;KEY=44*TEACH;WT2000;KEY=0;JP#MA_MN1
#TE_RS;HX0;WT100;XQ#SCAN,0;JS#DR_CLOS;TEACH=0;KEY=0;PASSED=1
  SP 60000,60000,100000/SCALE_Z
  JP#TE_RS1,PMX>1;PAZ=0;BGZ;AMZ
#TE_RS1;CS,XQ#PROG,2;PLYBCK=0
#TE_RS2;JP#TE_RS2,_XQ2>0,ST;AM;JP#MA_MN1


REM !!!! Calibration Routine (Thread 1) !!!!
#CA_MN;JS#S009;JS#ALLUP;JS#FKEYREL
  SP 30000,30000,60000/SCALE_Z
  AC 100000,100000,100000/SCALE_Z
  DC 50000,50000,50000/SCALE_Z;JS#SAFEZ
  PA PT_CAL[0],PT_CAL[1],PT_CAL[2];BGXY;AMXY
  BGZ;AMZ;JS#H2DW;DRFLAG=0
#CA_LP;JP#CS_MN1,@IN[FKEY1]=0;JP#CA_HOME,@IN[FKEY3]=0;JP#CA_LP
#CA_HOME;JS#MV_HOME;JP#CA_MN


REM !!!! Manual Mode Functions (Thread 1) !!!!
#MA_MN
  JS#FKEYREL
REM !!!! Warn if Solvent in Lines !!!
  IF (@OUT[oSOLV]=0)
    JS#S013
    #SO_WRN2
    JP#CS_MN1,@IN[FKEY1]=0
    JP#IGNWRN2,@IN[FKEY2]=0
    JP#SO_WRN2
  #IGNWRN2
  JS#FKEYREL
  ENDIF
  JS#MV_SBY
#MA_MN1;DRFLAG=0;CTM=0;TEACH=1;KEY=0;PLYBCK=0;RKEY=0
  CAXIS=1;JS#S010;JS#FKEYREL;HX2;XQ#TB_XY,2;MODE=1
#MA_LP;JP#MA_END,@IN[FKEY1]=0;TETIME=TIME;JS#TE_F2,@IN[FKEY2]=0
  JS#VV_MN,@IN[FKEY3]=0;JP#OS_MN,@IN[FKEY4]=0;JS#PR_MN,@IN[FKEY5]=0
  JS#TP_MN,@IN[FKEY6]=0;JS#AX_MN,@IN[FKEY8]=0;JP#TE_PB,PLYBCK=1
  JS#RM_TCH,(@IN[iTEACH]+@IN[iPURGE]+@IN[iAXIS])<3;JP#MA_LP
#MA_END;JS#LED_RS;TEACH=0;JS#FKEYREL;HX2;ST;AM;VLV=VSTORE
  MODE=0;JS#DR_CLOS;JS#ALLUP;JP#CS_MN1


REM !!!! Valve Function Routines (Thread 1) !!!!
#VV_MN;JS#S016;JS#FKEYREL;MODE=3
#VV_LP;JP#VV_END,@IN[FKEY1]=0;JS#PR_MN,@IN[FKEY2]=0;JS#VV_SEL,@IN[FKEY3]=0
  JS#VV_UP,@IN[FKEY4]=0;JS#VV_DW,@IN[FKEY5]=0;JS#VV_RA,@IN[FKEY6]=0
```

PVA\SPCX2115\W3267R2\Prog\2013-10-23\

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

57   PVA-1268

```
    JS#VV_RB,@IN[FKEY7]=0;JP#NOOP,PLYBCK=1
    JS#RM_TCH,(@IN[iTEACH]+@IN[iPURGE]-@IN[iAXIS])<3;JP#VV_LP
#VV_END;JS#S010;JS#FKEYREL;MODE=1;EN
#VV_SEL;CHEAD=CHEAD+1;JP#VV_SEL1,CHEAD-1<KNHEAD;CHEAD=1
#VV_SEL1;JS#FKEYREL;JS#S012;JS#S017;EN
#VV_UP;JS#H1UP,CHEAD=1;JS#H2UP,CHEAD=2;JS#H3UP,CHEAD=3;JS#FKEYREL;EN
#VV_DW;JS#H1DW,CHEAD=1;JS#H2DW,CHEAD=2;JS#H3DW,CHEAD=3;JS#FKEYREL;EN
#VV_RA;JS#H1RA,CHEAD=1;JS#H2RA,CHEAD=2;JS#H3RA,CHEAD=3;JS#FKEYREL;EN
#VV_RB;JS#H1RB,CHEAD=1;JS#H2RB,CHEAD=2;JS#H3RB,CHEAD=3;JS#FKEYREL;EN


REM !!!! One-Shot Routine (Thread 1) !!!!
#OS_MN;ST;AM;HX2;TEACH=0;WT200;ACFLAG=1;JS#MV_SBY;ACFLAG=0;DRFLAG=0
    JS#LPPROG;JS#S022,CTM=0;JS#FKEYREL
#OS_LP;JP#MA_MN,@IN[FKEY1]=0;JP#OS_RUNW,@IN[FKEY2]=0
    JP#OS_RUND,@IN[FKEY3]=0;JP#OS_LP
#OS_RUN;JS#AC_LL,VLV=1;JS#DR_CLOS;CTM=0;JS#S021
    JS#FKEYREL;CS;CTM=TIME;XQ#PROG,2
#OS_RUN1;JP#OS_RUN1,_XQ2>0;ACFLAG=1;JS#MV_SBY;ACFLAG=0;CTM=TIME-CTM
#OS_RUN2;CCNT=CCNT+1;JP#OS_MN
#OS_RUNW;VLV=1;JP#OS_RUN
#OS_RUND;VLV=0;JP#OS_RUN


REM !!!! Manual Purge (Thread 1) !!!!
#PR_MN;VLV=1,JS#H1VLON,CHEAD=1;JS#H2VLON,CHEAD=2;JS#H3VLON,CHEAD=3
JS#FKEYREL;JS#TKEYREL;JS#H1VLOF,CHEAD=1;JS#H2VLOF,CHEAD=2;JS#H3VLOF,CHEAD=3;EN


REM !!!! Tell Position Routine (Thread 1) !!!!
#TP_MN;JS#CLS;JS#S041;JS#FKEYREL;JS#S010;EN


REM !!!! Select Axis Routines (Thread 1) !!!!
#AX_MN;JS#S015;JS#FKEYREL;MODE=2
#AX_LP;JP#AX_END,@IN[FKEY1]=0;TETIME=TIME,JS#TE_F2,@IN[FKEY2]=0
    JS#PR_MN,@IN[FKEY3]=0;JS#AX_XY,@IN[FKEY4]=0;JS#AX_X,@IN[FKEY5]=0
    JS#AX_Y,@IN[FKEY6]=0;JS#AX_Z,@IN[FKEY7]=0;JP#NOOP,PLYBCK=1
    JS#RM_TCH,(@IN[iTEACH]+@IN[iPURGE]+@IN[iAXIS])<3;JP#AX_LP
#AX_END;JS#FKEYREL;JS#S010;MODE=1;EN
#AX_XY;CAXIS=1;JS#AX_SCR;JS#LED_XY;SX=FSTX;SY=FSTY;SZ=0;JP#AX_DN
#AX_X;CAXIS=2;JS#AX_SCR;JS#LED_X;SY=0;SX=FSTX;SZ=0;JP#AX_DN
#AX_Y;CAXIS=3;JS#AX_SCR;JS#LED_Y;SX=0;SY=FSTY;SZ=0;JP#AX_DN
#AX_Z;CAXIS=4;JS#AX_SCR;JS#LED_Z;SX=0;SY=0;SZ=FSTZ;JP#AX_DN
#AX_SCR;JS#S011,MODE=2;JS#S011B,MODE=1;EN
#AX_DN;JS#FKEYREL;JS#TKEYREL;EN


REM !!!! Auto Cycle Routines (Thread 1) !!!!
#AC_MN
    JS#FKEYREL
    JS#AC_LL,VLV=1
REM !!!! Warn if Solvent in Lines !!!
    IF (@OUT[oSOLV]=0)
        JS#S013
        #SO_WRN
        JP#CS_MN1,@IN[FKEY1]=0
        JP#IGN_WRN,@IN[FKEY2]=0
        JP#SO_WRN
```

```
  #IGN_WRN
  ENDIF
  JS#FKEYREL
  ACFLAG=1
  JS#LPPROG;CTM=0;JS#A_PURGE,SO_EN=1
  JP#AC_MN1,@IN[iSTART]−1;FLSO_TM=TIME;JS#S045
#AC_MNX;JP#AC_MNX,@IN[iSTART]=0
#AC_MN1;SOL_TM=TIME;JS#S020;JS#FKEYREL
#AC_LP
  JP#AC_END,@IN[FKEY1]=0
  JS#AC_LL,VLV=1
  JS#AC_DR,_XQ2<0
  JS#AC_SO,((TIME−SOL_TM)*ST_BY*SO_EN)>SLP_TM
  JP#AC_S,@IN[iSTART]=0
  JS#AC_AP,(AP_TE*AP_OUT*(1−SO_EN))>AP_TIME
  JS#AC_FNF,(((TIME−FLSO_TM)*FNF_EN)>FNF_TM)
  JP#AC_LP
#AC_END,JP#AC_END,PING=1;JS#S100;ACFLAG=0;JP#CS_MN1
#AC_S;JP#AC_S1,ST_BY−1;XQ#A_PURGE,2
#AC_S1;JS#DR_CLOS;JP#AC_S1,PING=1;CTM=0;CS;JS#S021;JS#FKEYREL
  CTM=TIME;XQ#PROG,2
#AC_2;JP#AC_2,_XQ2>0;JP#AC_2,@IN[iSTART]=0
  CCNT=CCNT+1;JS#MV_SBY;CTM=TIME−CTM;DRFLAG=0;JP#AC_MN1
#AC_AP;JP#NOOP,PING=1;JS#A_PURGE;JS#S020;EN
#AC_DR;DRFLAG=0;EN
#AC_LL;LL_VAR=14,JP#AC_LLE,@IN[iLEVELA]&LLA_EN=1;LL_VAR=39
  JP#AC_LLE,@IN[iLEVELB]&LLB_EN=1,EN
#AC_LLE;LL_ERR=LL_VAR;WT999;EN


REM !!!! Move to Solvent Cups !!!!
#AC_SO;JS#ALLUP;JP#AC_SO,_XQ2>0;JS#MV_SOL;JS#S020;EN


REM !!!! Status Routines (Thread 1) !!!!
#ST_MN;JS#S024
#ST_LP;JP#ST_END,@IN[FKEY1]−0;JP#ST_SS,@IN[FKEY3]−0;JP#ST_LP
#ST_END;JP#CS_MN1
#ST_SS;JS#SS_MN;JP#ST_MN


REM !!!! Setup Routines (Thread 1) !!!!
#SU_MN;JS#S030;JS#SU_SCR
#SU_LP;JP#SU_END,@IN[FKEY1]=0
  JP#SU_CNT,@IN[FKEY2]=0;JP#SU_CRS,@IN[FKEY3]=0
  JP#SFMF_SU,@IN[FKEY4]=0
  JS#SU_APON,@IN[FKEY5]=0;JS#SU_APOF,@IN[FKEY6]=0
  JS#SU_WET,@IN[FKEY7]=0;JS#SU_DRY,@IN[FKEY8]=0;JP#SU_LP
#SU_END;JS#FKEYREL;JS#S100;VLV=VSTORE;JP#CS_MN1
#SU_CNT;JS#S031;JS#FKEYREL;JP#SU_MN
#SU_CRS;CCNT=0;JS#S100;JP#SU_MN
#SU_APON;AP_EN=1;JP#SU_SCR
#SU_APOF;AP_EN=0,JP#SU_SCR
#SU_WET;VSTORE=1;JP#SU_SCR
#SU_DRY;VSTORE=0
#SU_SCR;JS#FKEYREL;LCD1=AP_EN;LCD3=VSTORE;JS#S025;EN
```

```
REM !!!! Solvent Flush/Material Fill Setup Options !!!!
#SFMF_SU
  JS#FKEYREL
  JS#S0301
  JS#S0301A
  JS#S0301B

  #SFMF_LP
  JP#SFMFEND,(@IN[FKEY1]=0)
  JP#ACSF_MN,(@IN[FKEY3]=0)
  JS#SF_UP,(@IN[FKEY5]=0)
  JS#SF_DW,(@IN[FKEY6]=0)
  JS#MF_UP,(@IN[FKEY7]=0)
  JS#MF_DW,(@IN[FKEY8]=0)
  JP#SFMF_LP
EN


#SF_UP
STP_TM=TIME;STEP=1000
#SF_UP1
  FLUSH_TM=FLUSH_TM+STEP;JS#SF_RS1,FLUSH_TM>MAX_FLSH;JS#S0301A;WT75
  JS#STEP_C,(TIME-STP_TM)>2500;JP#SF_UP1,@IN[FKEY5]=0
EN


#SF_DW
STP_TM=TIME;STEP=1000
#SF_DW1
  FLUSH_TM=FLUSH_TM-STEP;JS#SF_RS0,FLUSH_TM<MIN_FLSH;JS#S0301A;WT75
  JS#STEP_C,(TIME-STP_TM)>2500;JP#SF_DW1,@IN[FKEY6]=0
EN


#MF_UP
STP_TM=TIME;STEP=1000
#MF_UP1
  FILL_TM=FILL_TM+STEP;JS#MF_RS1,FILL_TM>MAX_FILL;JS#S0301B;WT75
  JS#STEP_C,(TIME-STP_TM)>2500;JP#MF_UP1,@IN[FKEY6]=0
EN


#MF_DW
STP_TM=TIME;STEP=1000
#MF_DW1
  FILL_TM=FILL_TM-STEP;JS#MF_RS0,FILL_TM<MIN_FILL;JS#S0301B;WT75
  JS#STEP_C,(TIME-STP_TM)>2500;JP#MF_DW1,@IN[FKEY7]=0
EN



#SFMFEND
  JP#SFMFEND,@IN[FKEY1]=0
  JP#SU_MN


#S0301;JS#CLS
JS#L1;MG{P2}{N}"F&F:    AUTO    Flsh    s. Fil    s."
JS#L2;MG{P2}{N}"EXIT    OPT     UP DW   UP DW ";EN
```

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

VA-1271

```
#S0301A;MG{P2}{N}{^17},{^25},{^150},{^18},(FLUSH_TM/1000){F3.0}:EN
#S0301B;MG{P2}{N}{^17},{^25},{^161},{^18},(FILL_TM/1000){F3.0};EN


#SF_RS1;FLUSH_TM=MIN_FLSH;STP_TM=TIME;EN
#SF_RS0;FLUSH_TM=MAX_FLSH;STP_TM=TIME;EN
#MF_RS1;FILL_TM=MIN_FILL;STP_TM=TIME;EN
#MF_RS0;FILL_TM=MAX_FILL;STP_TM=TIME;EN
#STEP_C;STEP=STEP*5;STP_TM=TIME;EN
#STEP_D;STEP=STEP*10;STP_TM=TIME;EN


REM !!!!Auto Cycle Solvent Flush Options!!!
#ACSF_MN
 JS#FKEYREL
 JS#S0302
 JS#S0302A
 JS#S0302B
 #ACSF_LP
 JP#SFMF_SU,(@IN[FKEY1]=0)
 JS#FNF_ON,@IN[FKEY3]=0
 JS#FNF_OF,@IN[FKEY4]=0
 JS#FNF_UP,(@IN[FKEY5]=0)
 JS#FNF_DW,(@IN[FKEY6]=0)
 JP#ACSF_LP


#FNF_UP
STP_TM=TIME;STEP=60000
#FNF_UP1
 FNF_TM=FNF_TM+STEP;JS#FNF_RS1,FNF_TM>MAX_FNF,JS#S0302A;WT75
 JS#STEP_D,(TIME-STP_TM)>2500,JP#FNF_UP1,@IN[FKEY5]=0
EN


#FNF_DW
STP_TM=TIME;STEP=60000
#FNF_DW1
 FNF_TM=FNF_TM-STEP;JS#FNF_RS0,FNF_TM<MIN_FNF;JS#S0302A;WT75
 JS#STEP_D,(TIME-STP_TM)>2500,JP#FNF_DW1,@IN[FKEY6]=0
EN


#S0302;JS#CLS
JS#L1;MG{P2}{N}"Auto Opt:  F&F  Freq   min      "
JS#L2;MG{P2}{N}"EXIT     ON OFF  UP DW      ";EN


#S0302A
MG{P2}{N}{^17},{^25},{^151},{^18},(FNF_TM/60000){F3.0}
EN


#S0302B
MG{P2}{N}{^17},{^25},{^202},{^18},ASTRSK[FNF_EN]{S}
MG{P2}{N}{^17},{^25},{^206},{^18},ASTRSK[FNF_EN+2]{S};EN


#FNF_ON;FNF_EN=1;JS#S0302B;JS#FKEYREL;EN
#FNF_OF;FNF_EN=0;JS#S0302B;JS#FKEYREL;EN
```

3267_M07.txt[8/25/2017 9:15:48 AM]

PVA\SPCX2115\W3267R2\Prog\2013-10-23\

CONFIDENTIAL

Software Code: Proprietary/irrelevant

Exhibit 34

PVA-1272

575

```
#FNF_RS1;FNF_TM=MIN_FNF;STP_TM=TIME;EN
#FNF_RS0;FNF_TM=MAX_FNF;STP_TM=TIME;EN


REM !!!! Auto Purge (Thread 2) !!!!
#A_PURGE
  AP_OUT=0;PING=1;VLV=1;JS#S040
  AC 100000,100000,100000
  DC 50000,50000,50000
  SP 50000,50000,100000/SCALE_Z
  JS#DR_CLOS;JS#SAFEZ;PA PT_APG[0],PT_APG[1],PT_APG[2];BGXY;AMXY
  BGZ;AMZ;JS#H1DW;JS#H2DW;JS#H3DW;JS#H1VLON;JS#H2VLON;JS#H3VLON;WT AP_LEN
  JS#H1VLOF;JS#H2VLOF;JS#H3VLOF;JS#H1UP;JS#H2UP;JS#H3UP;WT200
  JS#MV_SBY;AP_TE=0;AP_TP=TIME;VLV=VSTORE
  PING=0;AP_OUT=1,EN


REM !!!! Trackball (Thread 2) !!!!
#TB_XY;ST;AM
  DC 125000,125000,960000/SCALE_Z
  AC 125000,125000,425000/SCALE_Z;JS#LED_XY
  SX=FSTX;SY=FSTY;SZ=0;DE*=0;MX=0;MY=0;MZ=0;MXL=0
  MYL=0;MZL=0;MT=TIME;DE MXL,MYL,MZL;MTL=MT;SH;JG 0,0,0;BGXYZ
#TB_XY1;DT=MT-MTL;MTL=MT;MT=TIME;MXL=MX;MYL=MY;MZL=MZ
  MZ=_DEX;MX=_DEX;MY=_DEY;MDT=MT-MTL;VELX=SX*(MX-MXL)/MDT
  VELY=SY*(MY-MYL)/MDT;VELZ=SZ*(MZL-MZ)/MDT;JP#MCHKZP,CAXIS=4
#MCHKXP;JP#MCHKXN,VELX<0,JP#MCHKYP,_TPX+1000<_FLX;VELX=0;JP#MCHKYP
#MCHKXN;JP#MCHKYP,_TPX-1000>_BLX;VELX=0
#MCHKYP;JP#MCHKYN,VELY<0;JP#TB_XY2,_TPY+1000<_FLY;VELY=0;JP#TB_XY2
#MCHKYN;JP#TB_XY2,_TPY-1000>_BLY;VELY=0;JP#TB_XY2
#MCHKZP;JP#MCHKZN,VELZ<0,JP#TB_XY2,_TPZ+1000<_FLZ;VELZ=0,JP#TB_XY2
#MCHKZN;JP#TB_XY2,_TPZ-1000>_BLZ;VELZ=0
#TB_XY2;JG VELX,VELY,VELZ;JP#TB_XY1


REM !!!! Teach Pendant Routines (Thread 1) !!!!
#RM_TCH;JS#RM_AX,@IN[iAXIS]=0;JS#PR_MN,@IN[iPURGE]=0
  TETIME=TIME;JS#TE  F2,@IN[iTEACH]=0;EN
#RM_AX;CAXIS=CAXIS+1;JS#RM_AR,CAXIS>4,JS#AX_XY,CAXIS=1
  JS#AX_X,CAXIS=2;JS#AX_Y,CAXIS=3;JS#AX_Z,CAXIS=4;EN
#RM_AR;CAXIS=1;EN
#LED_XY;SB3;SB4;CB1;CB2;EN
#LED_X;SB2;SB3;SB4;CB1;EN
#LED_Y;SB1;SB3;SB4;CB2;EN
#LED_Z;SB1;SB2;SB4;CB3;EN
#LED_W;SB1;SB2;SB3;CB4;EN
#LED_RS;SB1;SB2;SB3;SB4;SB6;EN


REM !!!! LCD Screens !!!!
#INITLCD;CC 9600,0,0,0;WT500;JS#CLS;EN


#CLS;MG{P2}{N}{^17},{^12},{^01},{^02},{^18};EN


#L1;MG{P2}{N}{^17},{^25},{^128},{^18};EN


#L2;MG{P2}{N}{^17},{^25},{^192},{^18};EN
```

3267_M07.txt[8/25/2017 9:15:48 AM]

PVA\SPCX2115\W3267R2\Prog\2013-10-23\

CONFIDENTIAL

Software Code: Proprietary/irrelevant
EXHIBIT 34

576   PVA-1273

```
#S001;JS#CLS
JS#L1;MG{P2}{N}"Precision Valve & Automation";MG{P2}{N}" Inc"
JS#L2;MG{P2}{N}"System Initialization, please ";MG{P2}{N}"wait...  ";EN


#S002;JS#CLS;JS#L1;MG{P2}{N}"Press F1 to home the system.  ";EN


#S003;JS#CLS
JS#L1;MG{P2}{N}"Cycle Stop              ";MG{P2}{N}"        "
JS#L2;MG{P2}{N}"PROG F&F  CAL   MAN  AUTO STAT";MG{P2}{N}"   SETUP";EN


#S004;JS#CLS
JS#L1;MG{P2}{N}"Select Program: ",A_PROGA[CPROG]{S},A_PROGB[CPROG]{S}
JS#L2;MG{P2}{N}"EXIT PREV NEXT";EN


#S005
MG{P2}{N}{^17},{^25},{^144},{^18},A_PROGA[CPROG]{S},A_PROGB[CPROG]{S};EN


#S006;JS#CLS
JS#L1;MG{P2}{N}"       SOLV  MAT    ",MG{P2}{N}"FLSH&    "
JS#L2;MG{P2}{N}"EXIT    FLSH FILL    ";MG{P2}{N}"FILL    ";EN


#S007;JS#CLS
JS#L1;MG{P2}{N}"Solvent Flush in Progress... ";MG{P2}{N}"       "
JP#NOOP,(ACFLAG=1)
JS#L2;MG{P2}{N}"EXIT              ";MG{P2}{N}"        ";EN


#S008;JS#CLS
JS#L1;MG{P2}{N}"Material Fill in Progress... ";MG{P2}{N}"       "
JP#NOOP,(ACFLAG=1)
JS#L2;MG{P2}{N}"EXIT                ";MG{P2}{N}"      ";EN


#S009;JS#CLS;JS#L1;MG{P2}{N}"Calibration"
JS#L2;MG{P2}{N}"EXIT    HOME          ";MG{P2}{N}"      ";EN


#S010;JS#CLS;JS#L1;MG{P2}{N}"Jog Mode  Head: ",A_HEAD[CHEAD]{S}
MG{P2}{N}A2HEAD[CHEAD]{S}", Axis: ",AXIS[CAXIS]{S}
JS#L2;MG{P2}{N}"EXIT TEACH VLV  RUN  PURG  TP ",MG{P2}{N}"    AXIS",EN


#S011;MG {P2}{N}{^17},{^25},{^157},{^18},AXIS[CAXIS]{S},EN


#S011B;MG {P2}{N}{^17},{^25},{^164},{^18},AXIS[CAXIS]{S};EN


#S012;MG {P2}{N}{^17},{^25},{^153},{^18},A_HEAD[CHEAD]{S},A2HEAD[CHEAD]{S};EN


#S013;JS#CLS
JS#L1;MG{P2}{N}"Warning! Solvent not been";MG{P2}{N}" flushed! "
JS#L2;MG{P2}{N}"EXIT CONT          ";MG{P2}{N}"        ";EN


#S015;JS#CLS
JS#L1;MG{P2}{N}"Trackball Control  Current: ",AXIS[CAXIS]{S}
JS#L2;MG{P2}{N}"EXIT TEACH PURG X&Y   X   Y ";MG{P2}{N}" Z    ";EN


#S016;JS#CLS;JS#L1;MG{P2}{N}"Valve Functions  Head: "
MG{P2}{N} A_HEAD[CHEAD]{S},A2HEAD[CHEAD]{S}
```

3267_M07.txt[8/25/2017 9:15:48 AM]

PVA\SPCX2115\W3267R2\Prog\2013-10-23\

CONFIDENTIAL

Software Code: Proprietary/irrelevant

EXHIBIT 34

577

PVA-1274

```
JS#L2;MG{P2}{N}"EXIT PURG SEL  UP  DOWN   ";MG{P2}{N}"        "

#S017;JP#OPT3,R_HEAD[CHEAD]=1
MG{P2}{N}{^17},{^25},{^218},{^18}," ";EN

#OPT3;MG{P2}{N}{^17},{^25},{^218},{^18},"ROTA ROTB";EN

#S019;JS#CLS;JS#L1;MG{P2}{N}"Homing axes. Please wait... ";EN

#S020;JS#CLS;JP#OPT1,VLV=0
JS#L1;MG{P2}{N}"Auto Cycle WET    Count:",{F8.0}CCNT;JP#OPT2

#OPT1;JS#L1;MG{P2}{N}"Auto Cycle DRY     Count:",{F8.0}CCNT

#OPT2;JS#L2;MG{P2}{N}"STOP      "
MG{P2}{N} A_PROGA[CPROG]{S},A_PROGB[CPROG]{S};JP#NOOP,AC_TMR=0
JP#NOOP,CTM=0;MG{P2}{N}" ",{F3.1}CTM*0.9766/1000," Sec.";EN

#S021;JS#CLS
JS#L1;MG{P2}{N}"In Cycle...      Count.",{F8.0}CCNT;JP#OPT2

#S022;JS#CLS
JS#L1;MG{P2}{N}"Press F2 or F3 to run";MG{P2}{N}" 1 cycle. "
JS#L2;MG{P2}{N}"EXIT WET DRY ",A_PROGA[CPROG]{S},A_PROGB[CPROG]{S}
JP#NOOP,AC_TMR=0;JP#NOOP,CTM=0;MG{P2}{N}" ",{F3.1}CTM*0.9766/1000," Sec.";EN

#S024;JS#CLS;JS#L1;MG{P2}{N}"Status"
JS#L2;MG{P2}{N}"EXIT     STAT       ";MG{P2}{N}"        ";EN

#S025;LCD2=LCD1+2;LCD4=LCD3+2
MG{P2}{N}{^17},{^25},{^213},{^18},ASTRSK[LCD1]{S}
MG{P2}{N}{^17},{^25},{^218},{^18},ASTRSK[LCD2]{S}
MG{P2}{N}{^17},{^25},{^223},{^18},ASTRSK[LCD3]{S}
MG{P2}{N}{^17},{^25},{^228},{^18},ASTRSK[LCD4]{S};EN

#S030;JS#CLS
JS#L1;MG{P2}{N}"Setup Counter F&F  Auto Purg";MG{P2}{N}"e Run Mode"
JS#L2;MG{P2}{N}"EXIT CNT RES OPT  ON  OFF";MG{P2}{N}" WET DRY";EN

#S031;JS#CLS;JS#L1;MG{P2}{N}"Count:",{F8.0}CCNT;EN

#S039;JS#CLS;JS#L1;MG{P2}{N}"Moving to Solvent!!!";EN

#S040;JS#CLS;JS#L1;MG{P2}{N}"AUTO PURGE!!!";EN

#S041;JS#CLS;JS#L1;MG{P2}{N}"Current Position: "
JS#L2;MG{P2}{N}"X",_TPX{F6.0},"Y",_TPY,"Z",_TPZ;EN

#S045;JS#CLS;JS#L1;MG{P2}{N}"Start switches activated!"
JS#L2;MG{P2}{N}"Deactivate to continue the pro";MG{P2}{N}"gram.    ";EN

#S076;JS#CLS;JS#L1;MG{P2}{N}"Waiting for path...";EN

#S100;JS#CLS
```

3267_M07.txt[8/25/2017 9:15:48 AM]
PVA\SPCX2115\W3267R2\Prog\2013-10-23\
CONFIDENTIAL
Software Code - Proprietary/irrelevant
578
PVA-1275

```
JS#L1;MG{P2}{N}"Saving data...please wait.";WT150;BV;JS#FKEYREL;EN

#S159;JS#CLS
JS#L1;MG{P2}{N}"Checking for exhaust input. Ple";MG{P2}{N}"ase wait.";EN

#S160;JS#CLS
JS#L1;MG{P2}{N}"Verifying exhaust. Please wait.";MG{P2}{N}"..";EN

#S161;JS#L2;MG{P2}{N}"                ",{F3.0}(FAN_WT/1000);EN

#S198;JS#CLS,JS#L1;MG{P2}{N}ECOD1[MEC]{S},ECOD2[MEC]{S}
MG{P2}{N}ECOD3[MEC]{S},ECOD4[MEC]{S},ECOD5[MEC]{S}
JS#L2;MG{P2}{N}"Press F1 to continue the progr";MG{P2}{N}"am.";MERR=MEC
JS#WAIT_F1,JS#FAN_WT,JP#ESTOP1

#S199;JP#ESTOP1,MERR=MEC;JS#CLS
JS#L1;MG{P2}{N}OPF1[PNEC]{S},OPF2[PNEC]{S},OPF3[PNEC]{S},OPF4[PNEC]{S}
MG{P2}{N}" failure.",JS#L2,MG{P2}{N}"Repair and press F1."
MERR=MEC,JS#WAIT_F1;JS#FKEYREL,VPNTO=0;PNEC=0;JP#ESTOP1

#S200;JP#ESTOP1,MERR=MEC;JS#CLS;JS#L1;MG{P2}{N}ECOD1[MEC]{S},ECOD2[MEC]{S}
MG{P2}{N}ECOD3[MEC]{S},ECOD4[MEC]{S},ECOD5[MEC]{S}
JS#L2;MG{P2}{N}"to continue the program.";MERR=MEC;JP#ESTOP1

#S201;JS#CLS,JS#L1;MG{P2}{N}"Error",{F3.0}ERR," on line",{F4.0}LINE,"."
JS#L2;MG{P2}{N}"Press F1 to restart, F5 for st";MG{P2}{N}"atus.    ";EN

#S202;JS#CLS
JS#L1;MG{P2}{N}"Position Error. F1-restart, F5-";MG{P2}{N}"status.   "
JS#L2;MG{P2}{N}"Stop codes (x,y,z)",{F3.0}_SCX,",",{F3.0}_SCY,","
MG{P2}{N}{F3.0}_SCZ;EN

#S203;JS#CLS
JS#L1;MG{P2}{N}"Limit Error. F1-restart, F5-sta";MG{P2}{N}"tus.    "
JS#L2;MG{P2}{N}"Stop codes (x,y,z)",{F3.0}_SCX,",",{F3.0}_SCY,","
MG{P2}{N}{F3.0}_SCZ;EN

#S204;JS#CLS;JS#L1;MG{P2}{N}"Variable error."
JS#L2;MG{P2}{N}"Initializing...";EN

#S205;JS#CLS
JS#L1;MG{P2}{N}"Unrecoverable variable error d";MG{P2}{N}"uring    "
JS#L2;MG{P2}{N}"startup.  Restart the machine.";HX

#S206;JS#CLS
JS#L1;MG{P2}{N}"Subroutine error.  The subrout";MG{P2}{N}"ine is not"
JS#L2;MG{P2}{N}"stored in segment 1, 2 or 3.";EN

#S208;JP#ESTOP1,MERR=MEC;MERR=MEC;JS#CLS
JS#L1;MG{P2}{N}"Press F1 to return head to sta";MG{P2}{N}"ndby."
JS#L2;MG{P2}{N}" OK";JP#ESTOP1

#S209;JS#CLS,JS#L1;MG{P2}{N}"Press F1 to restart.";JS#L2;MG{P2}{N}" OK";EN
```

```
#S210;JP#ESTOP1,MERR=MEC;JS#CLS;JS#L1;MG{P2}{N}ECOD1[MEC]{S},ECOD2[MEC]{S}
MG{P2}{N}ECOD3[MEC]{S},ECOD4[MEC]{S},ECOD5[MEC]{S};MERR=MEC
JS#L2;MG{P2}{N}"Press F1 to continue.";JS#WAIT_F1;LL_ERR=0;JP#ESTOP1

REM !!!! Error-Checking Subroutines !!!!
#WAIT_F1;JP#WAIT_F1,@IN[80]=1;JS#FKEYREL;EN

#FKEYREL;VRESUME=@IN[73]&&@IN[74]&&@IN[75]&&@IN[76]
  VRESUME=VRESUME&&@IN[77]&&@IN[78]&&@IN[79]&&@IN[80]
  JP#FKEYREL,VRESUME=0;WT50;EN

#TKEYREL;VRESUME=@IN[iTEACH]&&@IN[iPURGE]&&@IN[iAXIS]
  JP#TKEYREL,VRESUME=0;WT50;EN

#S_ONE;JP#S_ONE,@IN[CKSEN]=0;EN

#S_ZERO;JP#S_ZERO,@IN[CKSEN]=1;EN

#OPTO;TSTART=TIME

#OPTO2;JP#NOOP,@IN[SENINP]=ZORO;JP#OPTO2,(TIME-TSTART)<PNTO;VPNTO=1;WT999;EN

#DR_CLOS;JP#DR_SHUT,@IN[iDOOR]=1;JS#CLS;JS#L1
  MG{P2}{N}"Close door to continue."

#DR_CLO1;JP#DR_CLO1,@IN[iDOOR]<>1

#DR_SHUT;DRFLAG=1;JP#NOOP,TEACH=0;JS#CLS;JS#L1;MG{P2}{N}"Cycle in progress ";EN

#SAFEZ;PAZ=0;BGZ;AMZ;JS#ALLUP,SO_EN=1;EN

REM !!!! Group Subroutines !!!!
#ALLUP;JS#H1UP;JS#H2UP;JS#H3UP;JS#H1RA;JS#H2RA;JS#H3RA;EN

REM !!!! Variable Assignments !!!!
#GETASN;NA=0

REM ------------
REM !! Inputs !!
REM ------------

  iESTOP=1;iSTART=2;iDOOR=3;iBYPASS=4;iPOWER=5
  iLEVELA=49;iLEVELB=67
  iAXIS=22;iPURGE=23;iTEACH=24
  FKEY1=80;FKEY2=79;FKEY3=78;FKEY4=77;FKEY5=76;FKEY6=75;FKEY7=74;FKEY8=73
  iFLOW=64

  iH1Z=53

  iH2Z=54
  iH2RB=55
  iH2RA=56

REM ------------
```

CONFIDENTIAL

Software Code - Proprietary/irrelevant

PVA-1277

```
REM !! Outputs !!
REM ------------

 oH1Z=25
 oH1V=27
 oH1AT=26

 oH2Z=28
 oH2V=31
 oH2RB=29
 oH2RA=30

 oSOLV=32
 oMATV=33


OPF1[1]="";OPF2[1]="";OPF3[1]="";OPF4[1]=""
OPF1[2]="";OPF2[2]="";OPF3[2]="";OPF4[2]=""
OPF1[3]="";OPF2[3]="";OPF3[3]="";OPF4[3]=""
OPF1[4]="";OPF2[4]="";OPF3[4]="";OPF4[4]=""
OPF1[5]="Spray";OPF2[5]=" Z-";OPF3[5]=" slide ";OPF4[5]="UP"
OPF1[6]="Spray";OPF2[6]=" Z-";OPF3[6]="slide ";OPF4[6]="DOWN"
OPF1[7]="Dispen";OPF2[7]="se Z-";OPF3[7]="slide ";OPF4[7]="UP"
OPF1[8]="Dispen";OPF2[8]="se Z-";OPF3[8]="slide ";OPF4[8]="DOWN"
OPF1[9]="HD3";OPF2[9]=" Z-";OPF3[9]="slide ";OPF4[9]="UP"
OPF1[10]="HD3";OPF2[10]=" Z-";OPF3[10]="slide ";OPF4[10]="DOWN"
OPF1[11]="Spray";OPF2[11]=" r";OPF3[11]="otary";OPF4[11]="0 deg"
OPF1[12]="Spray";OPF2[12]=" r";OPF3[12]="otary ";OPF4[12]="45 deg"
OPF1[13]="Dispen";OPF2[13]="se r";OPF3[13]="otary ";OPF4[13]="0 deg"
OPF1[14]="Dispen";OPF2[14]="se r";OPF3[14]="otary ";OPF4[14]="45 deg"
OPF1[15]="HD3";OPF2[15]=" r";OPF3[15]="otary ";OPF4[15]="0 deg"
OPF1[16]="HD3";OPF2[16]=" r";OPF3[16]="otary ";OPF4[16]="45 deg"


ECOD1[1]="Emerge";ECOD2[1]="ncy St";ECOD3[1]="op. Re";ECOD4[1]="set bu"
ECOD5[1]="tton";ECOD1[2]="Left ";ECOD2[2]="Door ";ECOD3[2]="open. "
ECOD4[2]="Close";ECOD5[2]="";ECOD1[3]="";ECOD2[3]="Door "
ECOD3[3]="open. ";ECOD4[3]="Close";ECOD5[3]="";ECOD1[4]="Materi"
ECOD2[4]="al A L";ECOD3[4]="evel l";ECOD4[4]="ow. ";ECOD5[4]=""
ECOD1[5]="Materi";ECOD2[5]="al B L";ECOD3[5]="evel l"
ECOD4[5]="ow. ";ECOD5[5]="";ECOD1[6]="Exhaus";ECOD2[6]="t Flow"
ECOD3[6]=" low. ";ECOD4[6]="";ECOD5[6]="";EN


REM !!!! Machine-Specific Information !!!!
#IMACH;MT 1,1,1;CE 0,0,0
FSTX=20000;SLWX=10000
FSTY=20000;SLWY=10000
FSTZ=10000;SLWZ=5000


KNHEAD=2
A_HEAD[1]="Spray ";A2HEAD[1]="     ";R_HEAD[1]=0
A_HEAD[2]="Dispen";A2HEAD[2]="se   ";R_HEAD[2]=1
A_HEAD[3]="HD3";A2HEAD[3]="     ";R_HEAD[3]=1


REM !!! Added Y offset to Home Routine !!!
XOFF=0
```

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

PVA-1278

```
YOFF=703
ZOFF=0


PT_APG[0]=70700;PT_APG[1]=53663;PT_APG[2]=2478
PT_CAL[0]=6660;PT_CAL[1]=41194;PT_CAL[2]=13921
PT_SBY[0]=33500;PT_SBY[1]=36600;PT_SBY[2]=250
PT_SOL[0]=70850;PT_SOL[1]=27679;PT_SOL[2]=9000


AP_EN=0;AP_LEN=2000;AP_TIME=30000;SLP_TM=30000;SO_EN=1
PNTO=4000;AC_TMR=1;LLA_EN=0;LLB_EN=0;XFL_EN=0


MIN_FLSH=0
MIN_FILL=0
MAX_FLSH=150000
MAX_FILL=150000
MIN_FNF=0
MAX_FNF=18000000


#TUNE;WT100
AC 150000,150000,150000/SCALE_Z
DC 150000,150000,150000/SCALE_Z
SP 60000,60000,100000/SCALE_Z
VA 70000,70000,70000
VD 70000,70000,70000
BL -4000,-2500,-1500
FL 71000,70500,16600
TL 9.9999,9.9999,9.9999
KD 67.99,82.43,305.75
KP 5.66,6.75,199.94
KI 0.25,0.19,0.34;EN


#SCALE;SCALE_Z=10;MO;SF 1,1,SCALE_Z,EN


REM !!!! Pneumatic and Dispensing Subroutines !!!!
#H1VLON;JP#NOOP,VLV=0;CB oH1AT;WT250,CB oH1V;AP_TP=TIME;EN
#H1VLOF;JS#APRS,@OUT[oH1V]=0;SB oH1V;WT50;SB oH1AT,EN
#H1UP;PNEC=5;SENINP=iH1Z;ZORO=1;SB oH1Z;JS#OPTO;EN
#H1DW;PNEC=6;SENINP=iH1Z;ZORO=0;CB oH1Z;JS#OPTO;EN
#H1RA;EN
#H1RB;EN


#H2VLON;JP#NOOP,VLV=0;CB oH2V;AP_TP=TIME;EN
#H2VLOF;JS#APRS,@OUT[oH2V]=0;SB oH2V;EN
#H2UP;PNEC=7;SENINP=iH2Z;ZORO=1;SB oH2Z;JS#OPTO;EN
#H2DW;PNEC=8;SENINP=iH2Z;ZORO=0;CB oH2Z;JS#OPTO;EN
#H2RA;PNEC=13;SENINP=iH2RA;ZORO=0;SB oH2RB;CB oH2RA;JS#OPTO;EN
#H2RB;PNEC=14;SENINP=iH2RB;ZORO=0;SB oH2RA;CB oH2RB;JS#OPTO;EN


#H3VLON;EN
#H3VLOF;EN
#H3UP;EN
#H3DW;EN
#H3RA;EN
#H3RB;EN
```

CONFIDENTIAL

EXHIBIT 34
Software Code: Proprietary/irrelevant

582 PVA-1279

```
#SOLV
  CB oSOLV
  SB oMATV
  SOLVENT=1
  BV
EN

#MATV
  CB oMATV
  SB oSOLV
  SOLVENT=0
  BV
EN

#NOOP;EN
#APRS;AP_TP=TIME,EN
#EOM
EN
\
```

CONFIDENTIAL

EXHIBIT 34

Software Code: Proprietary/irrelevant

583          VA-1280

PVA\SPCX2115\W3267R2\Prog\2013-11-20\

EXHIBIT 34

```
REM  Machine Style: 350_W3SD
NO   Author: JBB   Date: 10/09/2006   Version: 1.00
NO   Project: SPCX2115   Serial #: W3267   Company: Space X
NO   Modified by: NS   Date: 5/1/09
REM  PathMaster version: 2.00+
REM
REM  ==================
REM  Revision History
REM  ==================
REM  Change:                          Date:     By:
REM  --------------------------------------------------------------
REM  - Added Teach Pendant Routines.           7/3/02     TMB
REM  - Added Solvent Cup Routines.             7/3/02     TMB
REM  - Added Z Axis Scaling (Requires n17e firmware). 2/06/04   TMB
REM  2- Modified Cal routine, Solvent position   6/23/09   AH
REM  3- Added Y offset to Home Routine.          7/2/09    AJH
REM  5- Added Auto Solvent Flush               10/11/13   FP
 EM  8- Adjusted purge points                  10/24/13   MRL
      9- Changed AC FNF to Purge material per time set
       in Setup, will wait for continue and kick back
        Cycle Stop                            11/20/13   FP
REN  --------------------------------------------------------------
REM
REM  This            including the information contained
REM  herein, .          rty of Precision Valve & Automation,
REM  Inc. or its i.          is considered confidential and proprietary
REM  information. .          d on the express condition that
REM  it not be used, dis.         reproduced in whole or in
REM  part, for any reason w.          r written consent of
REM  Precision Valve & Auto.
REM
REM  (C) 2006 Precision Valve & Au.        nc.
REM
REM !!!! Startup And Scan Routines (Thread
#AUTO;PASSED=0;POS_VAL=0;FANPASS=0
#AUTO1;DOG=40;TRY_RES=0;SDE=0
#AUTO2;AB1;JS#SCALE;JS#PRE_CHK
#SCAN;AP_TE=(TIME-AP_TP)*AP_EN;JP#FESTOP,(@       √]*X⊦.
  JP#ESTOP,@IN[iESTOP]=1
  JP#ESTOP,(1-@IN[iDOOR])&DRFLAG=1
  JP#ESTOP,(1-@IN[iDOOR])&@IN[iBYPASS]=1
  JP#ESTOP,LL_ERR<>0;DOG=67
  JP#ESTOP,VPNTO=1
  JS#OSTOP,(OUTAC+@IN[FKEY1])-0;FPOWER-1;JP#SCAN
#OSTOP;CSTOP=1;EN
#FESTOP;FAN_ERR=1;JP#ESTOP

REM !!!! Auxiliary Error Routines (Thread 1) !!!!
#KEYMON;JP#KEYMON,MERR*(1-@IN[FKEY1])<>-1;KEY1=1;EN

REM !!!! Emergency Stop and Error Routine (Thread 0) !!!!
#ESTOP;ETIME=TIME;HX1;HX2;HX3
  OP $EF,$FFFF,$FFFF,$FFFF,$FFFF
```