# EXHIBIT 35

EXHIBIT 35 586

