# EXHIBIT 36

EXHIBIT 36

588



**BECHERER
KANNETT &
SCHWEITZER**

ATTORNEYS

THE WATER TOWER
1255 POWELL STREET    EMERYVILLE, CA 94608
(510) 658-3600 • FAX (510) 658-1151
WWW.BKSCAL.COM

December 28, 2017

Teresa Li, Esq.
LAW OFFICES OF TERESA LI, PC
6701 Koll Center Parkway, Suite 250
Pleasanton, CA  94566

Re:   Ruben Juarez, et al. v. Precision Valve & Automation, et al.
        Los Angeles County Superior Court, Case No. BC650229
        Additional Production of Documents.

Dear Ms. Li,

Enclosed, please find an additional production of documents in this matter from defendant PVA.  The attached documents are marked PVA-4449 to PVA-4452.  Please contact me if you have any questions.

Very truly yours,

Alex P. Catalona

Enclosures

EXHIBIT 36

589



**PVA**

15 Solar Drive, Halfmoon NY
tel 518-371-2684
fx 518-371-2688
cs@pva.net
www.pva.net

**Customer Service Workorder**

**Customer Company Name:** SpaceX

**PVA Service Engineer:** Andrew Haraburda

**Customer Contact:** Art Gettler

**Date(s) Service Rendered** 6/23 – 6/24/2009

**Contact Phone Number:** 310-363-6000

**Customer Email:**

**Customer Facility Address:** 1 Rocket Road  Hawthorne CA, 90250

**Customer Purchase Order:** W/Equipment

**Status of the Call** ( ) Billable Service  ( ) Warranty Service  ( ) Training  ( ) Installation  ( ) Other:

**Equipment S/N:** W3267

**Project:** ___ SPCX2115

**Machine Type:** CC

**Controller Serial Number:** _____

**Year Built:** 2009

| Hours: | Mon | Tues | Wed | Thur | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| Start: | | 8 | 8 | | | | |
| Stop: | | 6 | 6:40 | | | | |
| Total | | 10 | 10.6 | | | | |

**Person(s) Trained:** Juan Sottelo, Marsha Thompson

**Scope of Work to be Performed:** Installation and Training

**Installation Checklist**
- ☑ Electrical
- ☑ Tubing
- ☑ Doors Interlock
- ☑ Fluid Lines
- ☑ Regulators and Gauges
- ☑ Labels
- ☑ Ventilation
- ☑ Mechanical Alignment
- ☑ Fittings not leaking
- ☒ Pump
- ☑ Purge System
- ☑ System Faults
- ☑ Leveling
- ☒ SMEMA
- ☑ Pneumatics

**Documentation:** Manuals received by:  AH

**Software**   Received By  AJH   Version #  m01

**Description of Work/Changes**  modified main Program (m02)

**Parts Used or Left With Customer:**  N/A
* Please provide part numbers & price where feasible.

**PVA-4449**

EXHIBIT 36

590

Additional Issues In Need of Attention: _N/A_____

Problem: _N/A_____
_____
_____

Solution: _N/A_____
_____
_____

Customer Remarks: _____
_____
_____
_____
_____
_____

PVA Service Rep. Observations: _Machine is working as expected...._
_____
_____
_____

Status after Service:
Please select One

[✓] Complete   [ ] Pending for Spares   [ ] Under Observation   [ ] Working Solution Provided

[ ] Incomplete

Main Prog Rev _M02_          Path Backup _P01_

_____
_____
_____
_____

Customer Name (Print): _Edwin Chiu   (310) 363-6730_

Customer Signature: _____   Date: _6/24/2009_

PVA Rep. Signature: _____   Date: _6/24/09_

**PVA-4450**

EXHIBIT 36

591



**PVA**

15 Solar Drive, Halfmoon NY
tel 518-371-2684
fx 518-371-2688
cs@pva.net
www.pva.net

**Customer Service Workorder**

| | |
|---|---|
| **Customer Company Name:** SpaceX | **PVA Service Engineer:** Andrew Haraburda |
| **Customer Contact:** Art Gettler | **Date(s) Service Rendered:** 7/28-7/30/2009 |
| **Contact Phone Number:** 310-363-6000 | **Customer Email:** |

**Customer Facility Address:** 1 Rocket Road Hawthorne CA 90250

**Customer Purchase Order:** 55001

**Status of the Call** ( X ) Billable Service ( ) Warranty Service ( ) Training ( ) Installation ( ) Other:

**Equipment S/N:** W3267

**Project:** SPCX2115

**Machine Type:**

**Controller Serial Number:**

**Year Built:** 2008

**Hours:**

| | Mon | Tues | Wed | Thur | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| Start: | | 8 | 8 | 8 | | | |
| Stop: | | 4:30 | 5:15 | 5:20 | | | |
| Total | | 8.5 | 7.25 | 9.3 | | | |

**Person(s) Trained:** Juan Sotelo

**Scope of Work to be Performed:** Training

**Installation Checklist:**
- [ ] Electrical
- [ ] Regulators and Gauges
- [ ] Fittings not leaking
- [ ] Leveling
- [ ] Tubing
- [ ] Labels
- [ ] Pump
- [ ] SMEMA
- [ ] Doors Interlock
- [ ] Ventilation
- [ ] Purge System
- [ ] Pneumatics
- [ ] Fluid Lines
- [ ] Mechanical Alignment
- [ ] System Faults

**Documentation:** Manuals received by:

**Software** Received By _____ **Version #** _____

**Description of Work/Changes**
- cleaned + rebuilt FCM100 valve
- flushed material lines with NVMC
- Added solvent flush option (6oz Cartridge, 3way ball valve, 0-15 PSI Precision Regulator)

**Parts Used or Left With Customer:** - luer adapter and seat extension
*Please provide part numbers & price where feasible.*

EXHIBIT 36

PVA-4451

592

**Additional Issues in Need of Attention:**

**Problem:** Needle is still Clogging in the solvent cup with NVMC

**Solution:** may need to use different solvent (i.e. Xylene)

**Customer Remarks:**

**PVA Service Rep. Observations:** Cured material was present in the FCM100 valve as well as the top of the 2 gallon pressure vessel. Spree X added an additional inline air filter & air dryer and we purged out the lines with the NVMC.

**Status after Service:**
**Please select One**

☑ Complete  ☐ Pending for Spares  ☐ Under Observation  ☐ Working Solution Provided

☐ Incomplete

Main Prog Rev __mb4__    Path Backup __P01__

Needle on the FCM100 was clogged again on the following morning, seat is clear though. Cleaned needle and all is fine. Will have to clean needle periodically.

**Customer Name (Print):** John C Soteto

**Customer Signature:** _____  **Date:** 7.30.09

**PVA Rep. Signature:** _____  **Date:** 7/30/09

EXHIBIT 36

**PVA-4452**

593

| | |
|---|---|
| **Subject:** | RE: Customer |
| **Start:** | Thu 8/1/2013 10:00 AM |
| **End:** | Thu 8/1/2013 10:30 AM |
| **Recurrence:** | (none) |
| **Organizer:** | David Gomez |

-----------

| | |
|---|---|
| **From:** | Brian Ignaut <Brian.Ignaut@spacex.com> |
| **Sent:** | Wednesday, January 09, 2013 1:24 PM |
| **To:** | David Gomez |
| **Subject:** | RE: Customer |

David,

Thanks for your email and the follow-up. This purchase would happen in the second half of 2013 at the earliest so we have some time to wait. We'll continue to stay in touch as the year progresses and we better understand our exact technical requirements and timeline.

Sincerely,

Brian


-----Original Message-----
From: David Gomez [mailto:DGomez@PVA.net]
Sent: Wednesday, January 09, 2013 10:38 AM
To: Brian Ignaut
Subject: RE: Customer

Dear Brian,

Hope you had a joyful Holliday season and that such delight had provided you with the necessary energy to begin this new year.

I just wanted to do some follow up on the two part material application project you were working on and kindly presented us with.

You think there'd be any new developments on this matter during the first months of 2013?.....

If we can be of service to you regarding this or other new products ,please let me know.

I look forward to hearing from you.

Kindly Regards,

David E Gomez
Account Executive
281 217 7247

-----Original Message-----
From: David Gomez
Sent: Friday, December 07, 2012 3:04 PM
To: Brian Ignaut; Scott Abarta
Subject: Re: Customer

With a two part material head (PC200) we can only mount one more extra head -one part or possible two part material head.
It has to do with the size of product that'll be processed -the more heads the less working area capability.

However,in a worst case scenario we can have the different material valves swaped on the mounting head ,this head switch mounting usually takes about 15 minutes

Please have in mind that if using another two part material, it is necessary another metering and mix system similar to the MX3000

Sent via BlackBerry by AT&T

-----Original Message-----
From: Brian Ignaut <Brian.Ignaut@spacex.com>
Date: Fri, 7 Dec 2012 20:33:11
To: David Gomez<DGomez@PVA.net>; Scott Abarta<sabarta@Ellsworth.com>
Subject: RE: Customer

David,

Thanks for the quote. There may be some other people in SpaceX interested in using this equipment. How many dispense heads (PC200) can we install on a single PVA3000?

Sincerely,

Brian

-----Original Message-----
From: David Gomez [mailto:DGomez@PVA.net]
Sent: Friday, December 07, 2012 8:59 AM
To: Brian Ignaut; Scott Abarta
Subject: RE: Customer

My apologies,

Please find revised ITAR agreement.

Also please review budgetary proposal for MX3000 with PVA 3000 robot ,if material has a 1:1 mix proportion,low viscosity and no fillers or corrosive chemicals in it ;this equipment configuration will do just fine.


Regards,


David E Gomez
Regional Sales
281 217 7247


-----Original Message-----
From: Brian Ignaut [mailto:Brian.Ignaut@spacex.com]
Sent: Thursday, December 06, 2012 9:00 PM
To: David Gomez; Scott Abarta
Subject: RE: Customer

David,

The ITAR agreement needs to be signed on behalf of your company, not you personally.

Also, I already provided the material viscosity in my previous email: 1000 centipoise. We have no size target for containers right now.


Sincerely,

Brian


-----Original Message-----
From: David Gomez [mailto:DGomez@PVA.net]
Sent: Thursday, December 06, 2012 1:05 PM
To: Brian Ignaut; Scott Abarta
Subject: RE: Customer

Hello Brian,

Please find signed NDA and ITAR agreement attached.

Regards,

David E Gomez
Regional Sales
281 217 7247


-----Original Message-----
From: Brian Ignaut [mailto:Brian.Ignaut@spacex.com]
Sent: Wednesday, December 05, 2012 7:04 PM
To: David Gomez; Scott Abarta

Subject: RE: Customer

David,

We cannot release this information without an NDA. I've seen the requested equipment dispense this material before so I'm not concerned. If you want to sign the attached NDA and ITAR agreement, we can speak more openly about the materials we're considering.

Thanks,

Brian

-----Original Message-----
From: David Gomez [mailto:DGomez@PVA.net]
Sent: Wednesday, December 05, 2012 3:02 PM
To: Brian Ignaut; Scott Abarta
Subject: RE: Customer

Hi Brian,

What is the material part #?....

David E Gomez
PVA
Regional Sales
Houston TX
C- 281-217-7247

From: Brian Ignaut [Brian.Ignaut@spacex.com]
Sent: Wednesday, December 05, 2012 5:40 PM
To: Scott Abarta; David Gomez
Subject: RE: Customer

Scott and Dave,

Can you help me understand what you mean by shot size? For dispense rate, we're looking at a 2-part addition-cure 1000 centipoise silicone being deposited at ~0.5CC's/s. Does that help?

Sincerely,

Brian

-----Original Message-----
From: Scott Abarta [mailto:sabarta@Ellsworth.com]
Sent: Tuesday, December 04, 2012 9:42 PM
To: David Gomez
Cc: Brian Ignaut
Subject: Re: Customer

Dave,

PVA-1683

597

I will call you Wednesday and discuss this further.

Brian, it would help to have a minimum and maximum shot size parameters. Since this is not a production line, I would assume cycle time is not an issue. I will call you first thing Wednesday.

Best regards,

Scott Abarta
Engineered Sales
Ellsworth Adhesives
Cell: 949-742-9827

On Dec 3, 2012, at 12:01 PM, "David Gomez" <DGomez@PVA.net<mailto:DGomez@PVA.net>> wrote:

Hi Scott

It's nice to hear from you.

Can you please provide me with two part material brand and part # (if you have MSDs and data sheets even better) Also I'd need shot size and cycle time per part if possible

Regards,
David Gomez 

Sent via BlackBerry by AT&T

From: Scott Abarta <sabarta@Ellsworth.com<mailto:sabarta@Ellsworth.com>>
Date: Mon, 3 Dec 2012 18:19:32 +0000
To: DGomez@PVA.net<mailto:DGomez@PVA.net><DGomez@PVA.net<mailto:DGomez@PVA.net>>
Cc:
'Brian.Ignaut@spacex.com<mailto:Brian.Ignaut@spacex.com>'<Brian.Ignaut@spacex.com<mailto:Brian.Ignaut@spacex.com>>
Subject: Customer

Hello Dave,

Hope all is well. I have a customer whom I have been working with that needs a quote for the following PVA equipment:

Mx 3000 MMD machine

PVA 200 dispense valve

PVA 3000 dispense robot

Please address the quote to Brian Ignaut (below) and call me if you have any questions.

Brian Ignaut
Responsible Engineer, Solar Arrays
<image001.jpg>
1 Rocket Road
Hawthorne, CA 90250

(P)310.363.6400 x 21320
(C)734.276.6079
Brian.lgnaut@spacex.com<mailto:Brian.lgnaut@spacex.com>

Best regards,

Scott Abarta
Ellsworth Adhesives
Engineered Sales
Cell: 949-742-9827

AS9120 and ISO 9001:2008 Certified

Line Card<http://www.ellsworth.com/display/LineCard.html>   Ellsworth Video<http://www.ellsworth.com/ellsworth-adhesives-a-video-introduction.html>   Catalog Download<http://www.ellsworth.com/catalog_request.html>



EXHIBIT 36

| | |
|---|---|
| **From:** | Jamie Blender |
| **Sent:** | Tuesday, October 08, 2013 6:33 AM |
| **To:** | Jonathan Connelly; Ted St. Marie; Mark Kniese; Jeffrey Van Norden |
| **Subject:** | SPCX2115/ W3267R2 dispense rework |
| **Attachments:** | 163-1712R2.dwg; B62-2052R2.doc; B72-01433.doc |

Here is the dispense rework for SPCX2115/ W3267R2.  Let me know if you need updates made, thanks

Jamie Blender
Fluid System Draftsman
PVA

PVA-1726

601



EXHIBIT 36

# PVA

## BILL OF MATERIAL

| ISSUE DATE | 10/8/13 | PART/ASSEMBLY: | Dispense System: SPCX2115/W3267R2 | | | | | B62-2052R2 |
|---|---|---|---|---|---|---|---|---|
| REV DATE | | | | | | | | SHEET 1 of 2 |
| | | | | | | | | REVISION A |

| ITEM | DESCRIPTION | SYMBOL | QTY | UNIT | REC SP | DATE | REMARKS |
|---|---|---|---|---|---|---|---|
| | Dispense drawing | 163-1712 | 1 | Ref | | | Parts 1-19 ref on B62-2052 |
| 1 | 2-gallon pressure tank assembly | B62-1121 | 1 | Ref | | | Ref dwg 163-0043 |
| 2 | Fitting 1/4mnpt x 3/8fnpt expander | 3/8 x 1/4 FG-SS | 1 | Ref | | | |
| 3 | Air fitting 1/4mnpt x 5/16 tube 90° | KQ2L09-35S | 1 | Ref | | | |
| 4 | Air pressure regulator 0-60psi | AR20fK-N02-Z-X446 | 1 | Ref | | | |
| 5 | Air pressure gauge 0-60psi | K-22 | 1 | Ref | | | |
| 6 | Air fitting 1/4mnpt x 1/4 tube 90° | KQ2L07-35S | 1 | Ref | | | |
| 7 | Air tube 1/4od red x 6ft long | TU0604R | 1 | Ref | | | Trim if necessary |
| 8 | 6oz. cartridge retainer assembly | PVA-102-060 | 1 | Ref | | | |
| 9 | Fitting 1/4mnpt x 06fjic SS swivel | 6 F6X-SS | 1 | Ref | | | |
| 10 | Fitting 3/8mnpt x 06mjic SS 90° | 6-6 CTX-SS | 2 | Ref | | | |
| 11 | Material / solvent ball valve | SS-44XF6 | 1 | Ref | | | |
| 12 | Moisture lok hose assembly, -06 x 107in long | 540P-06 x 107″ | 1 | Ref | | | Use SS crimp ends |
| 13 | Fitting 1/4mnpt x 06mjic 90° | 6 CCTX | 1 | Ref | | | |
| 14 | Material manifold | PM043-2 | 1 | Ref | | | |
| 15 | Fitting 1/4mnpt x 1/4 tube 90° | 4MSEL4N-316 | 2 | Ref | | | |
| 16 | Teflon tube 1/4od black x 72″ long | TFETB01870250B | 2 | Ref | | | Trim if necessary |
| 17 | Fitting 1/8mnpt x 1/4 tube 90 | 4MSEL2N-316 | 2 | Ref | | | |
| 18 | FCS300-ES extended spray valve | B12-1652 | 1 | Ref | | | Ref dwg 112-2190 |
| 19 | FCM100-22G micro dot valve | B12-1788 | 1 | Ref | | | Ref dwg 112-2420 |
| 20 | One gallon pressure tank assembly | B62-2719 | 1 | Ea | | | Alloy. 163-2204 |
| 21 | Fitting: 3/8fnpt x 06mjic. SS | 6-6 GTX-SS | 1 | Ea | | | |
| 22 | Urethane coated S braided Teflon hose assembly: -06 x 8ft | B62-2365 | 1 | Ea | | | Includes two 10691N-6-6C hose ends |

EXHIBIT 36

PVA-1728

603

# PVA

## BILL OF MATERIAL

**PART/ASSEMBLY:** Dispense System: SPCX2115/ W3267R2

**B62-2052R2**

| SHEET | 2 | of | 2 |
|---|---|---|---|
| REVISION | | | A |

| ISSUE DATE | 10/8/13 |
|---|---|
| REV. DATE | |

| | DESCRIPTION | SYMBOL | QTY | UNIT | REC SP | DATE | REMARKS |
|---|---|---|---|---|---|---|---|
| 23 | Fitting: 1/4mnpt x 06mjic 90, SS | 6-6 CTX-SS | 1 | Ea | | | |
| 24 | Ball valve: 1/4fnpt, 3 way, pneumatically operated | SS-43GXF4-51D | 1 | Ea | | | |

| ITEM | DESCRIPTION | SYMBOL | QTY | UNIT | REC SP | DATE | REMARKS |
|---|---|---|---|---|---|---|---|
| 25 | Air fitting: 1/8mnpt x 1/4tube 90 | KQ2L07-34S | 2 | Ea | | | |
| 26 | Fitting: 1/4mnpt x 1/4tube 90 | 4MSEL4N-316 | 2 | Ea | | | |
| 27 | Teflon material tubing: black, 1/4od x 10ft | TFETB0187O250B | 3 | Ea | | | Trim as needed |
| 28 | Fitting: 1/4mnpt x 1/4tube | 4MSC4N-316 | 1 | Ea | | | |
| 29 | Material cartridge: hose clamp | 5388K16 | 1 | Ea | | | |
| 30 | Fitting: 1/4tube x 1/4tube bulkhead | 4BC4-316 | 1 | Ea | | | |
| 31 | Fitting: 1/8mnpt x 1/4tube 90 | 4MSEL2N-316 | 1 | Ea | | | |
| 32 | Air tubing: red, 1/4od x 15ft | TU0604R | 1 | Ea | | | Trim as needed, not shown |
| 33 | Air tubing: blue, 1/4od x 15ft | TU0604BU | 1 | Ea | | | Trim as needed, not shown |

EXHIBIT 36

PVA-1729

604





EXHIBIT 36

# PVA

## BILL OF MATERIAL

**B72-01433**

| ISSUE DATE | 10/8/13 | PART/ASSEMBLY: SPCX2115/ W3267R2 |
| --- | --- | --- |
| REV. DATE | | |

SHEET 1 of 1
REVISION A

| ITEM | DESCRIPTION | PART NUMBER | QTY | UNIT | ECN# | REMARKS |
| --- | --- | --- | --- | --- | --- | --- |
| | One gallon pressure tank assembly | | | Ref | | |
| 1 | Fitting: 3/8fnpt x -06mjic, SS | B62-2719 | 1 | Ea | | Alloy, 163-2204 |
| 2 | Urethane coated S braided Teflon hose assembly: -06 x 8ft | 6-6 GTX-SS | 1 | Ea | | Includes two 1069 1N-6-6C hose ends |
| 3 | Fitting: 1/4mnpt x -06mjic 90, SS | B62-2365 | 1 | Ea | | |
| 4 | Ball valve: 1/4fnpt, 3 way, pneumatically operated | 6-6 GTX-SS | 1 | Ea | | |
| 5 | Air fitting: 1/8mnpt x 1/4tube 90 | SS-43GXF4-51D | 1 | Ea | | |
| 6 | Fitting: 1/4mnpt x 1/4tube 90 | KQ2L07-34S | 2 | Ea | | |
| 7 | Teflon material tubing: black, 1/4od x 10ft | 4MSEL4N-316 | 2 | Ea | | Trim as needed |
| 8 | Fitting: 1/4mnpt x 1/4tube | TFETB0187025DB | 3 | Ea | | |
| 9 | Material cartridge, loose clamp | 4MSC4N-316 | 1 | Ea | | |
| 10 | Fitting: 1/4tube x 1/4tube bulkhead | 5388K16 | 1 | Ea | | |
| 11 | Fitting: 1/8mnpt x 1/4tube 90 | 4BC4-316 | 1 | Ea | | |
| 12 | Air tubing: red, 1/4od x 15ft | 4MSEL2N-316 | 1 | Ea | | |
| 13 | Air tubing: blue, 1/4od x 15ft | TU0604R | 1 | Ea | | Trim as needed, not shown |
| 14 | | TU0604BU | 1 | Ea | | Trim as needed, not shown |
| 15 | | | | Ea | | |
| 16 | | | | Ea | | |
| 17 | | | | Ea | | |
| 18 | | | | Ea | | |
| 19 | | | | Ea | | |
| 20 | | | | Ea | | |
| 22 | | | | Ea | | |
| 23 | | | | Ea | | |
| 24 | | | | Ea | | |
| 25 | | | | Ea | | |

PVA-1731

EXHIBIT 36
606

**From:** Kyle Crane
**Sent:** Monday, October 14, 2013 7:46 AM
**To:** Ted St. Marie
**Subject:** SPCX2115 W3267R2

Is SPCX fully updated?

Best Regards,
    Kyle Crane



Production-Reworks

▨ : (518) 371-2684 Ext: 2433

▨ : KCrane@pva.net

PVA-1732
607

| | |
|---|---|
| **From:** | Jonathan Connelly |
| **Sent:** | Wednesday, October 23, 2013 9:20 AM |
| **To:** | Rex Ellis |
| **Subject:** | FW: Release of Purchase Order 258364 Space X |

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Wednesday, October 23, 2013 12:07 PM
**To:** Jonathan Connelly
**Cc:** Rodrigo Gutierrez; David Filbert; Michael R. Leonard
**Subject:** RE: Release of Purchase Order 258364

Hello John and Michael,
Thank you for you great service of installing the automatic flush system.  Few bugs to work out.
1. In automatic mode the spray valve is not dropping down.
2. In rinse location we need to drop the valve down to make it the same as auto rinse and flush.
Thank you,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Thursday, October 17, 2013 12:13 PM
**To:** Duc Phan
**Cc:** Rodrigo Gutierrez; David Filbert; Michael R. Leonard
**Subject:** RE: Release of Purchase Order 258364

Hi Duc,

The parts are leaving today via Fed Ex standard overnight tracking number 558400575653  can you please confirm to me when you receive them tomorrow?

Mike Leonard has arrangements made to fly out Monday and be at your facility Tuesday the 22nd.

Anything else please feel free to ask.

Best regards,

Jon Connelly
Technical Sales
PVA
1 Mustang Drive

PVA-1812

Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Wednesday, October 16, 2013 5:34 PM
**To:** Jonathan Connelly
**Cc:** Rodrigo Gutierrez; David Filbert
**Subject:** RE: Release of Purchase Order 258364

Hello Jonathan and Rodrigo,
Please let me know your arrive schedule for next week Oct. 21st.
Also what do I need to do to prepare for your onsite work?

Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Tuesday, October 08, 2013 8:05 AM
**To:** Duc Phan
**Cc:** Rodrigo Gutierrez; David Filbert
**Subject:** RE: Release of Purchase Order 258364

Thanks Duc,

Attached is a picture of the new dispense system we are planning to build you.

Let me know if this looks ok to you and I will work on getting these out to your asap.

We have you penciled in for service the week of the 21rst for the service trip.  Let us know which day is best for you that week.

Best regards,

Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688

PVA-1813
609

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Tuesday, October 08, 2013 10:55 AM
**To:** Jonathan Connelly
**Subject:** RE: Release of Purchase Order 258364

Please see below.

FedEx Accounts for Hawthorne:
Small parcel and air freight account #: 251204527
Main freight account #: 414707149

Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Monday, October 07, 2013 8:15 AM
**To:** Duc Phan
**Subject:** RE: Release of Purchase Order 258364

Hi Duc,

Give me a call today when you get a chance? The status of your current order is dependent on what you want to with the 2nd material.

Thanks,

-Jon

**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Wednesday, October 02, 2013 11:42 AM
**To:** Jonathan Connelly
**Subject:** RE: Release of Purchase Order 258364

Hello Jonathan,

I am waiting to talk with my manager but as for the original plan must stay on schedule for October 21 because I am reserve the from production that day.
I will call you this afternoon for sure.
Thanks

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320


**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Wednesday, October 02, 2013 8:39 AM
**To:** Duc Phan
**Subject:** RE: Release of Purchase Order 258364

Hi Duc,

I'm not sure where we left off with this.

Can you give me a call later this afternoon to discuss?

Thanks and best regards,


Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688




**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Thursday, September 26, 2013 3:02 PM
**To:** Jonathan Connelly; warpdrive
**Cc:** Rodrigo Gutierrez
**Subject:** RE: Release of Purchase Order 258364

Hello Jonathan and Rod,
We are interest in having second pneumatic valve adding to the existing changes.
Please give me a call to go over the program and control.
Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

PVA-1815

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Wednesday, September 25, 2013 8:50 AM
**To:** Duc Phan; warpdrive
**Cc:** Rodrigo Gutierrez
**Subject:** RE: Release of Purchase Order 258364

Hi Duc,

Rod has you penciled in for a day of support on the week of the 21rst.

You can work with Rod to get a specific day confirmed.

Best regards,


Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688




**From:** Duc Phan [mailto:Duc.Phan@spacex.com]
**Sent:** Wednesday, September 25, 2013 11:26 AM
**To:** Jonathan Connelly; warpdrive
**Subject:** RE: Release of Purchase Order 258364

Hello Jonathan,
Per our conversation the sooner the better.
On reserve Oct. 21-25 any one of these date will be fine.

Thanks,

Duc Q. Phan
SpaceX
Process Engineer
1 Rocket Road
Hawthorne, CA 90250
D PH: 31-363-6316
C PH: 310-940-9320

**From:** Jonathan Connelly [mailto:JConnelly@PVA.net]
**Sent:** Wednesday, September 25, 2013 5:12 AM
**To:** warpdrive
**Cc:** Duc Phan
**Subject:** RE: Release of Purchase Order 258364

Thanks Guys,

We will get started on this.

Duc,

Do you have a date that would be good for the on-site support to integrate this?

Best regards,

Jon Connelly
Technical Sales
PVA
1 Mustang Drive
Cohoes NY, 12047
Ph# (518) 371-2684 ext 2421
Cell (518) 487-9611
Fax (518) 371-2688


**From:** Warp Drive [mailto:warpdrive@spacex.com]
**Sent:** Tuesday, September 24, 2013 7:57 PM
**To:** Jonathan Connelly
**Cc:** Duc.Phan@spacex.com
**Subject:** Release of Purchase Order 258364

Attached please find approved purchase order 258364. Please acknowledge receipt of Purchase Order by sending an email to Andrea Jarrett at Andrea.Jarrett@spacex.com. This message was automatically generated. Please contact the Buyer if the order requires any further clarification at the address mentioned above.

**From:** Ted St. Marie
**Sent:** Friday, October 25, 2013 8:15 AM
**To:** Michael R. Leonard
**Subject:** SPCX2115 W3267R2

Hi Mike,

It looks like this was just a simple error as you suspected, the right description but the wrong part number being listed. I just updated the B62-2052R2 dispense bill and B72-01433 rework bill with the correct part number.

Thanks,

Ted St. Marie
PVA
1 Mustang Drive
Cohoes, NY 12047
(518) 371-2684 x2209

PVA-1818

614

Trade Secrets: Proprietary costs and pricing

CONFIDENTIAL

**From:** Jonathan Connelly
**Sent:** Tuesday, July 22, 2014 2:28 PM
**To:** Stephanie King
**Cc:** Justin Potyrala
**Subject:** RE: RFQ 43777

HI Stephanie,

Part number **FCS3-ES-SP** are in stock at $350.00 each.

**From:** Stephanie King [mailto:Stephanie.King@spacex.com]
**Sent:** Tuesday, July 22, 2014 4:20 PM
**To:** Jonathan Connelly
**Subject:** RFQ 43777

Good afternoon,

I'm looking for the following Part Numbers:

FCS300-es  -  **PVA FCS3-ES-SP FCS300-ES SPARE PARTS KIT**
Qty: 2ea

Thank you,



**Stephanie King**
**Purchasing Coordinator**
Space Exploration Technologies Corporation
12651 Crenshaw Blvd., Hawthorne, CA 90250
w:310.219.7994
www.spacex.com

Mission highlights: http://youtu.be/QwDCWTqNceQ  Turn the sound up!

**Please note:** This email message, including any attachments, contains or may contain confidential information intended only for the addressee. If you are not an intended recipient of this message, be advised that any reading, dissemination, forwarding, printing, copying, or other use of this message or its attachments is strictly prohibited. Moreover, this email may contain technical data as defined in the International Traffic in Arms Regulations (ITAR) and re-export or transfer of this information to a third party or foreign entity requires the approval of SpaceX and the U.S. Department of State prior to export, transport, or re-export.

PVA-1827

615