# EXHIBIT 37

EXHIBIT 37 616



Confidential

# Hawthorne Hazard Communication

**CONFIDENTIAL**     **JUAREZ V PVA SPX002075**

EXHIBIT 37     617

Confidential

# PREVENTING EXPOSURE



- **Work Practices**
  - Administrative controls (or work practice controls) are changes in work procedures with the goal of reducing the duration, frequency, and severity of exposure to hazardous chemicals or situations.
  - Written safety policies
  - Rules,
  - Supervision,
  - Schedules,
  - Training
- **PPE**
  - The last, not first, resort for protection