# EXHIBIT 39

EXHIBIT 39                    631

Teresa Li (Bar No. 278779)
teresa@lawofficesofteresali.com
LAW OFFICES OF TERESA LI, PC
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone:    415.423.3377
Facsimile:    888.646.5493

Attorneys for Plaintiffs
RUBEN JUAREZ and ISELA HERNANDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, Inc., a corporation and DOES 1-20<br><br>Defendants. | Case No. 2:17-cv-03342-ODW-GJS<br><br>**PLAINTIFFS' INITIAL DISCLOSURES** |

Come now Plaintiffs RUBEN JUAREZ, and ISELA HERNANDEZ, pursuant to Federal Rule of Civil Procedure §26(a)(1) make the following initial disclosures:

1.   **Witnesses**

   a.   Ruben Juarez who may testify as to the liability and damages of the case;

   b.   Isela Hernandez who may testify as to the liability and the damages of the case;

   c.   John Pena of Space X who was Plaintiff's manager may testify as to the liability and the damages of the case;

   d.   Heather Lord of Space X who was Plaintiff's HR dedicated to Plaintiff's case may testify as to the liability and the damages of the case;

   e.   Mike Lynch of Space X's HR director who may testify as to the liability

PLAINTIFFS' INITIAL DISCLOSURES

EXHIBIT 39                632

1 | and the damages of the case;

2 |         f.      Jane Malubag of Space X who may testify as to the liability of the case;

3 |         g.      Diane Prins of Space X who may testify as to the liability of the case;

4 |         h.      Gregory Maxell of Space X who may testify as to the liability of the case;

5 |         i.      Steven Schenkel MD of 116 N. Robertson Blvd. #806, Los Angeles, CA

6 | 90048 who may testify as to the liability and the damage of the case;

7 |         j.      Joseph Chambers, M.D. of Facey who may testify as to the liability and the

8 | damages of the case;

9 |         k.      Shendee Teng, MD of Providence Holy Cross Medical Center who may

10 | testify as to the liability and the damages of the case;

11 |         l.      Fung-Chuan Ara G. Tilkian MD of Providence Holy Cross Medical Center

12 | who may testify as to the liability and the damages of the case;

13 |         m.      Daniel Belayneh MD who may testify as to the liability and the damages of

14 | the case

15 |         n.      Albert Ko MD of Facey who may testify as to the liability and the damages

16 | of the case;

17 |         o.      Kim Grace MD of Facey who may testify as to the liability and the

18 | damages of the case;

19 |         p.      Kevin Vuong, MD of Facey who may testify as to the liability and the

20 | damages of the case

21 |         q.      Herrera-Espinoza Haydee MD of Facey who may testify as to the liability

22 | and the damages of the case;

23 |         r.      Tam Te MD of Facey who may testify as to the liability and the damages

24 | of the case;

25 |         s.      Palmer MD of Dignity Health Northridge Hospital who may testify as to

26 | the liability and the damages of the case;

27 |         t.      DeLa Lama MD of Dignity Health Northridge Hospital who may testify as

28 |

2

EXHIBIT 39        633

1    to the liability and the damages of the case;

2          u.    Marcel Maya MD of Cedars Sinai who may testify as to the liability and

3    the damages of the case

4          v.    Asma M. Moheet MD of Cedars Sinai who may testify as to the liability

5    and the damages of the case;

6          w.    Michael J. Alexander MD of Cedars Sinai who may testify as to the

7    liability and the damages of the case

8          x.    Ashish D. Patel MD of Cedars Sinai who may testify as to the liability and

9    the damages of the case;

10         y.    Penelope G. Kornbluth RN of Cedars Sinai who may testify as to the

11   liability and the damages of the case;

12         z.    Omotola E. Johnson MD of Cedars Sinai who may testify as to the liability

13   and the damages of the case;

14         aa.   Michael Alyesh MD of Cedars Sinai who may testify as to the liability and

15   the damages of the case;

16         bb.   Karen Altman MD of Cedars Sinai who may testify as to the liability and

17   the damages of the case;

18         cc.   Rachel C Pearl MD of Cedars Sinai who may testify as to the liability and

19   the damages of the case;

20         dd.   Shlee S. Song of Cedars Sinai who may testify as to the liability and the

21   damages of the case;

22         ee.   Marcel Maya MD of Cedars Sinai who may testify as to the liability and

23   the damages of the case;

24         ff.   Barry D. Pressman MD of Cedars Sinai who may testify as to the liability

25   and the damages of the case;

26         gg.   Shervin Eshaghian, MD of Cedars Sinai who may testify as to the liability

27   and the damages of the case;

28

3

EXHIBIT 39                                    634

1    hh. Ronald Lang, MD of Cedars Sinai who may testify as to the liability and

2 the damages of the case;

3    ii. Jay Jurkowitz MD of Cedars Sinai who may testify as to the liability and

4 the damages of the case;

5    jj. Robert D. Sacks MD of Cedars Sinai who may testify as to the liability and

6 the damages of the case

7    kk. Mgnnam MD of Digital Health Northridge Hospital who may testify as to

8 the liability and the damages of the case

9    ll. Susan Kranzpiller MD of Facey who may testify as to the liability and the

10 damages of the case

11    mm. Chris Aghayan MD of Facey who may testify as to the liability and the

12 damages of the case;

13    nn. Donald Downs MD of Facey who may testify as to the liability and the

14 damages of the case;

15    oo. Ravi Prasad of Cedars Sinai who may testify as to the liability and the

16 damages of the case;

17    pp. Mody Cyrus K. MD of Cedars Sinai who may testify as to the liability and

18 the damages of the case;

19    qq. Robert O Ruder MD of Cedars Sinai who may testify as to the liability and

20 the damages of the case;

21    rr. Steven Rudd MD of Cedars Sinai who may testify as to the liability and the

22 damages of the case;

23    ss. Mario Salazar Escudero RN of Cedars Sinai who may testify as to the

24 liability and the damages of the case;

25    tt. Elizabeth Homan RN of Cedars Sinai who may testify as to the liability

26 and the damages of the case;

27    uu. Dayle Robson MD of Cedars Sinai who may testify as to the liability and

28

4

1   the damages of the case;

2           vv.   Bernard Tansman of Cedars Sinai who may testify as to the liability and

3   the damages of the case;

4           ww.   James Tourje MD of Cedars Sinai who may testify as to the liability and

5   the damages of the case;

6           xx.   Sari M. Cuervo RN of Cedars Sinai who may testify as to the liability and

7   the damages of the case;

8           yy.   Gregory Castillo MD of Facey who may testify as to the liability and the

9   damages of the case;

10           zz.   David Shaw MD of Facey who may testify as to the liability and the

11   damages of the case;

12           aaa.   Anthony J. Loffredo MD of Cedars Sinai who may testify as to the liability

13   and the damages of the case;

14           bbb.   Lindsey Christie RN of Cedars Sinai who may testify as to the liability and

15   the damages of the case;

16           ccc.   Menahem Maya MD of Cedars Sinai who may testify as to the liability and

17   the damages of the case;

18           ddd.   Lana L Milton MD of Cedars Sinai who may testify as to the liability and

19   the damages of the case;

20           eee.   Ronald Andiman MD of Cedars Sinai who may testify as to the liability

21   and the damages of the case;

22           fff.   Atul Sharma of Facey who may testify as to the liability and the damages

23   of the case;

24           ggg.   Lloyd Wagnes of Facey who may testify as to the liability and the damages

25   of the case;

26           hhh.   Zack Rassmussen of Cedars Sinai who may testify as to the liability and

27   the damages of the case;

28

EXHIBIT 39           636

1    iii. Vahe Mooradian MD of Facey who may testify as to the liability and the

2 damages of the case;

3    jjj. Connie Yi Kim RN of Cedars Sinai who may testify as to the liability and

4 the damages of the case;

5    kkk. Alan J Coe MD of Cedars Sinai who may testify as to the liability and the

6 damages of the case;

7    lll. Madhavi Lekkala MD of Facey who may testify as to the liability and the

8 damages of the case;

9    mmm. Douglas Prisco MD of Facey who may testify as to the liability and the

10 damages of the case;

11    nnn. Rabin Nikjoo MD of PHCMC who may testify as to the liability and the

12 damages of the case;

13    ooo. Carrole Lewis RN of PHCMC who may testify as to the liability and the

14 damages of the case;

15    ppp. Gregory Paranay MD of PHCMC who may testify as to the liability and

16 the damages of the case;

17    qqq. Rinka Shiraishi RN of Cedars Sinai who may testify as to the liability and

18 the damages of the case;

19    rrr. Dayle D Robson of Cedars Sinai who may testify as to the liability and the

20 damages of the case;

21    sss. Jaime A Diaz MD of PHCMC who may testify as to the liability and the

22 damages of the case;

23    ttt. Michael Pecoraro RN of PHCMC who may testify as to the liability and

24 the damages of the case

25    uuu. Nichole K Crouch RN of PHCMC who may testify as to the liability and

26 the damages of the case

27    vvv. Christopher Hougen MD of Facey who may testify as to the liability and

28

6

1   the damages of the case;

2          www.  Martin Applebaum of Facey who may testify as to the liability and the

3   damages of the case

4          xxx.  Magued Beshay MD of Facey who may testify as to the liability and the

5   damages of the case;

6          yyy.  Dharmesh Patel of Facey who may testify as to the liability and the

7   damages of the case

8          zzz.  David Shaw MD of Facey who may testify as to the liability and the

9   damages of the case

10         aaaa.  Youssef Youssef MD of Facey who may testify as to the liability and the

11   damages of the case

12         bbbb.  Kevin Vuong MD of Facey who may testify as to the liability and the

13   damages of the case;

14         cccc.  Meredith R D'Anna RN of PHCMC who may testify as to the liability and

15   the damages of the case

16         dddd.  Jamie A Diaz MD of PHCMC who may testify as to the liability and the

17   damages of the case

18         eeee.  Barry Wilen MD of PHCMC who may testify as to the liability and the

19   damages of the case

20         ffff.  Jong Lee MD of Facey who may testify as to the liability and the damages

21   of the case

22         gggg.  Daniel Brison MD of Facey who may testify as to the liability and the

23   damages of the case

24         hhhh.  Colin W Stokol MD of Cedars Sinai who may testify as to the liability and

25   the damages of the case;

26         iiii.  Defendant's persons most knowledgeable regarding the design and

27   operation of PVA 350;

28

7

jjjj.   Defendant's persons most knowledgeable regarding the chemicals that were going to be sprayed by the PVA 350 at issue;

**2. Documents:**

a.   Plaintiff Ruben Juarez's medical records and billing records

b.   PVA 350 and PVA 650 specifications;

c.   MSDS sheets;

d.   Photos of Plaintiffs;

e.   Plane tickets and trip protection of Plaintiff Isela Hernandez and their daughter;

f.   Emails of Plaintiff Ruben Juarez

g.   W2 of Plaintiff Ruben Juarez 2012-2014

3.   **Damages computation and supporting documents:** Plaintiff Ruben Juarez claims past and future medical costs, past and future wage loss, and pain and suffering.  Plaintiff Isela Hernandez claims loss of consortium.  The supporting documents will be produced.

Plaintiffs retain the right to supplement the disclosure with information learned through discovery.

Dated: August 16, 2017                    LAW OFFICES OF TERESA LI, PC

_____
Teresa Li
Attorneys for Plaintiffs
RUBEN JUAREZ and ISELA HERNANDEZ

8

PLAINTIFFS' INITIAL DISCLOSURES

EXHIBIT 39                                             639

**PROOF OF SERVICE**

State of California, County of San Francisco

    I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 315 Montgomery Street, 9th Floor, San Francisco, CA 94104.

    On the date listed below, I served the following documents: in the manner and/or manners described below to each of the parties herein and addressed as stated below:

-    **Plaintiff's Initial Disclosure**

Shahrad Milanfar
smilanfar@bkscal.com
Alex P. Catalona
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608

____ United States Postal Service, U.S. Mal, with First Class postage prepaid and deposited in a sealed envelope at San Francisco, CA. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

_____ Facsimile Transmission

_____ Hand delivery by Courier: same day delivery

__X__ Other: E-Mail. pdf attachment

    I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 16, 2017, at San Francisco, California.

| | |
|---|---|
| _____ | _____ |
| Teresa Li | |
| Type or Print Name | Signature |

**BALABAN & SPIELBERGER, LLP**
11999 San Vicente Blvd., Suite 345
Los Angeles, CA 90049
Tel: (424) 832-7677
Fax: (424) 832-7702
Daniel K. Balaban, SBN 243652
Andrew J. Spielberger, SBN 120231
Kahren Harutyunyan, SBN 298449

**LAW OFFICES OF TERESA LI, PC**
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Tel: (415) 423-3377
Fax: (888) 646-5493
Teresa Li, SBN 278779

Attorneys for <u>Plaintiffs</u>

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, Inc., a corporation and DOES 1-20<br><br>Defendants. | Case No.: 2:17-cv-03342<br><br>*Honorable Otis D. Wright II.*<br><br>**PLAINTIFFS' SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(a)(1) and 26(e)1** |

**Come now Plaintiffs RUBEN JUAREZ, and ISELA HERNANDEZ,**

**pursuant to Federal Rule of Civil Procedure §26(a)1 and 26(e)1 make the**

**following supplemental disclosures:**

**FRCP 26(a)(1)(A)(i) - The name and, if known, the address and telephone**

**number of each individual likely to have discoverable information - along with the**

**subjects of that information - that the disclosing party may use to support its**

**claims or defenses, unless the use would be solely for impeachment.**

Pursuant to FRCP 26(a)(1)(A)(i), Plaintiffs previously identified the following:

**Witnesses**:

    a.  Ruben Juarez who may testify as to the liability and damages of the case;

    b.  Isela Hernandez who may testify as to the liability and the damages of the case;

    c.  John Pena of Space X who was Plaintiff's manager may testify as to the liability and the damages of the case;

    d.  Heather Lord of Space X who was Plaintiff's HR dedicated to Plaintiff's case may testify as to the liability and the damages of the case;

    e.  Mike Lynch of Space X's HR director who may testify as to the liability and the damages of the case;

    f.  Jane Malubag of Space X who may testify as to the liability of the case;

    g.  Diane Prins of Space X who may testify as to the liability of the case;

    h.  Gregory Maxell of Space X who may testify as to the liability of the case;

    i.  Steven Schenkel MD of 116 N. Robertson Blvd. #806, Los Angeles, CA 90048 who may testify as to the liability and the damage of the case;

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

2

j.  Joseph Chambers, M.D. of Facey who may testify as to the liability and the damages of the case;

k.  Shendee Teng, MD of Providence Holy Cross Medical Center who may testify as to the liability and the damages of the case;

l.  Fung-Chuan Ara G. Tilkian MD of Providence Holy Cross Medical Center who may testify as to the liability and the damages of the case;

m. Daniel Belayneh MD who may testify as to the liability and the damages of the case

n.  Albert Ko MD of Facey who may testify as to the liability and the damages of the case;

o.  Kim Grace MD of Facey who may testify as to the liability and the damages of the case;

p.  Kevin Vuong, MD of Facey who may testify as to the liability and the damages of the case;

q.  Herrera-Espinoza Haydee MD of Facey who may testify as to the liability and the damages of the case;

r.  Tam Te MD of Facey who may testify as to the liability and the damages of the case;

s.  Palmer MD of Dignity Health Northridge Hospital who may testify as to the liability and the damages of the case;

t.  DeLa Lama MD of Dignity Health Northridge Hospital who may testify as to the liability and the damages of the case;

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

3

u.  Marcel Maya MD of Cedars Sinai who may testify as to the liability and the damages of the case

v.  Asma M. Moheet MD of Cedars Sinai who may testify as to the liability and the damages of the case;

w.  Michael J. Alexander MD of Cedars Sinai who may testify as to the liability and the damages of the case;

x.  Ashish D. Patel MD of Cedars Sinai who may testify as to the liability and the damages of the case;

y.  Penelope G. Kornbluth RN of Cedars Sinai who may testify as to the liability and the damages of the case;

z.  Omotola E. Johnson MD of Cedars Sinai who may testify as to the liability and the damages of the case;

aa. Michael Alyesh MD of Cedars Sinai who may testify as to the liability and the damages of the case;

bb. Karen Altman MD of Cedars Sinai who may testify as to the liability and the damages of the case;

cc. Rachel C. Pearl MD of Cedars Sinai who may testify as to the liability and the damages of the case;

dd. Shlee S. Song of Cedars Sinai who may testify as to the liability and the damages of the case;

ee. Marcel Maya MD of Cedars Sinai who may testify as to the liability and the damages of the case;

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

4

ff.  Barry D. Pressman MD of Cedars Sinai who may testify as to the liability and the damages of the case;

gg. Shervin Eshaghian, MD of Cedars Sinai who may testify as to the liability and the damages of the case;

hh. Ronald Lang, MD of Cedars Sinai who may testify as to the liability and the damages of the case;

ii.  Jay Jurkowitz MD of Cedars Sinai who may testify as to the liability and the damages of the case;

jj.  Robert D. Sacks MD of Cedars Sinai who may testify as to the liability and the damages of the case;

kk. Mgnnam MD of Digital Health Northridge Hospital who may testify as to the liability and the damages of the case:

ll.  Susan Kranzpiller MD of Facey who may testify as to the liability and the damages of the case;

mm.    Chris Aghayan MD of Facey who may testify as to the liability and the damages of the case;

nn. Donald Downs MD of Facey who may testify as to the liability and the damages of the case;

oo. Ravi Prasad of Cedars Sinai who may testify as to the liability and the damages of the case;

pp. Mody Cyrus K. MD of Cedars Sinai who may testify as to the liability and the damages of the case;

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

PLAINTIFFS' SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(a)(1) and 26(e)1

EXHIBIT 39                                                    645

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

qq. Robert O. Ruder MD of Cedars Sinai who may testify as to the liability and the damages of the case;

rr. Steven Rudd MD of Cedars Sinai who may testify as to the liability and the damages of the case;

ss. Mario Salazar Escudero RN of Cedars Sinai who may testify as to the liability and the damages of the case;

tt. Elizabeth Homan RN of Cedars Sinai who may testify as to the liability and the damages of the case;

uu. Dayle Robson MD of Cedars Sinai who may testify as to the liability and the damages of the case;

vv. Bernard Tansman of Cedars Sinai who may testify as to the liability and the damages of the case;

ww.     James Tourje MD of Cedars Sinai who may testify as to the liability and the damages of the case;

xx. Sari M. Cuervo RN of Cedars Sinai who may testify as to the liability and the damages of the case;

yy. Gregory Castillo MD of Facey who may testify as to the liability and the damages of the case;

zz. David Shaw MD of Facey who may testify as to the liability and the damages of the case;

aaa.     Anthony J. Loffredo MD of Cedars Sinai who may testify as to the liability and the damages of the case;

6

EXHIBIT 39

646

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

1     bbb.     Lindsey Christie RN of Cedars Sinai who may testify as to the

2  liability and the damages of the case;

3     ccc.     Menahem Maya MD of Cedars Sinai who may testify as to the

4

5  liability and the damages of the case;

6     ddd.     Lana L Milton MD of Cedars Sinai who may testify as to the

7  liability and the damages of the case;

8     eee.     Ronald Andiman MD of Cedars Sinai who may testify as to the

9  liability and the damages of the case;

10     fff. Atul Sharma of Facey who may testify as to the liability and the damages

11  of the case;

12     ggg.     Lloyd Wagnes of Facey who may testify as to the liability and the

13

14  damages of the case;

15     hhh.     Zack Rassmussen of Cedars Sinai who may testify as to the liability

16  and the damages of the case;

17     iii. Vahe Mooradian MD of Facey who may testify as to the liability and the

18  damages of the case;

19

20     jjj. Connie Yi Kim RN of Cedars Sinai who may testify as to the liability and

21  the damages of the case;

22     kkk.     Alan J Coe MD of Cedars Sinai who may testify as to the liability

23  and the damages of the case;

24     lll. Madhavi Lekkala MD of Facey who may testify as to the liability and the

25  damages of the case;

26

27

28

7

EXHIBIT 39

647

1      mmm.    Douglas Prisco MD of Facey who may testify as to the liability and

2 the damages of the case;

3      nnn.    Rabin Nikjoo MD of PHCMC who may testify as to the liability and

4 the damages of the case;

5

6      ooo.    Carrole Lewis RN of PHCMC who may testify as to the liability and

7 the damages of the case;

8      ppp.    Gregory Paranay MD of PHCMC who may testify as to the liability

9 and the damages of the case;

10      qqq.    Rinka Shiraishi RN of Cedars Sinai who may testify as to the

11 liability and the damages of the case;

12      rrr.Dayle D Robson of Cedars Sinai who may testify as to the liability and the

13

14 damages of the case;

15      sss.    Jaime A Diaz MD of PHCMC who may testify as to the liability and

16 the damages of the case;

17      ttt. Michael Pecoraro RN of PHCMC who may testify as to the liability and

18 the damages of the case;

19

20      uuu.    Nichole K Crouch RN of PHCMC who may testify as to the liability

21 and the damages of the case;

22      vvv.    Christopher Hougen MD of Facey who may testify as to the liability

23 and the damages of the case;

24      www.    Martin Applebaum of Facey who may testify as to the liability and

25 the damages of the case;

26

27

28

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

8

**PLAINTIFFS' SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(a)(1) and 26(e)1**

EXHIBIT 39      648

xxx.     Magued Beshay MD of Facey who may testify as to the liability and the damages of the case;

yyy.     Dharmesh Patel of Facey who may testify as to the liability and the damages of the case;

zzz.     David Shaw MD of Facey who may testify as to the liability and the damages of the case;

aaaa.    Youssef Youssef MD of Facey who may testify as to the liability and the damages of the case;

bbbb.    Kevin Vuong MD of Facey who may testify as to the liability and the damages of the case;

cccc.    Meredith R D'Anna RN of PHCMC who may testify as to the liability and the damages of the case;

dddd.    Jamie A Diaz MD of PHCMC who may testify as to the liability and the damages of the case;

eeee.    Barry Wilen MD of PHCMC who may testify as to the liability and the damages of the case;

ffff.    Jong Lee MD of Facey who may testify as to the liability and the damages of the case;

gggg.    Daniel Brison MD of Facey who may testify as to the liability and the damages of the case;

hhhh.    Colin W Stokol MD of Cedars Sinai who may testify as to the liability and the damages of the case;

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

9

iiii.    Defendant's persons most knowledgeable regarding the design and operation of PVA 350;

jjjj.    Defendant's persons most knowledgeable regarding the chemicals that were going to be sprayed by the PVA 350 at issue;

**Plaintiff has learned by reviewing documents during discovery that the following additional witnesses may have information related to Plaintiffs' claims, PVA's products, and/or SpaceX.**

1. **Jose Vasquez**

Address: 8922 Nogal Avenue, Whittier, CA.

Mr. Vasquez is a former SpaceX electronic technician.

2. **Precision Valve & Automation. Inc. ("PVA"):**

**Witnesses:** Frank Hart, Sales Manager; Jeff Van Norden, Engineering Manager; Jon Connelly, Rework Sales Manager; Alex Duggan, Project Engineer; Mark Kniese, Controls Engineer; Andrew Haraburda, Customer Service Tech; Michael Leonard, Customer Service Tech; Richard Bievenue; Rex Ellis; Chris Evans; David Filbert; David Gomez; Rodrigo Gutierrez; Gavin Matupang and Jon Urquhart.

3. **Space Exploration Technologies Corp. ("SpaceX"):**

Address and telephone number: 1 Rocket Road, Hawthorne, CA 90250 (310) 363-6000.

**Witnesses:** Francisco whose last name is unknown, Juan whose last name is unknown, Scott Alberta, Jose Bernabe, Edwin Chiu, David DiDomenico, Antonio Figueroa, David Hwang, Heather Lord, Jane Malabug, Art Geitler, Brian Ignaut,

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

10

EXHIBIT 39                                              650

Andrea Jarrett, Mike Lynch, Gregory Maxwell, Due Phan, Diane Prins, Adam Protano, John Pena, Pascale Roux, Marsha Thompson, Juan Sotelo, and Nicholas Wong.

4. **Express Manufacturing. Inc. ("EMI"):**

Address and telephone number: 3519 West Warner Avenue, Santa Ana, CA 92704, (714) 979-2228.

**Witnesses:** Dong Nguyen, Vincent Dones.

5. **Restronics Southern California:**

Address and telephone number: 27128 Paseo Espada B603, San Juan Capistrano, CA 92675, (949) 394-2720.

**Witness:** Bill Bums.

6. **Ever Garcia**

Mr. Garcia's phone number is (661) 310-6173. Mr. Garcia is the Plaintiff's friend who may testify as to the liability and the damages of the case.

7. **Eduardo Soto**

Mr. Soto's phone number is (818) 486-1617. Soto is Plaintiff's nephew who may testify as to the liability and the damages of the case.

8. **Linda Soto**

Ms. Soto's phone number is (818) 205-4934. She is Eduardo Soto's wife.

Ms. Soto may testify as to the liability and the damage of the case.

9. **Sheila Tai, MD of Facey**

Dr. Tai may testify as to the liability and the damages of the case;

10. **Batah Jihad, MD of Facey**

Dr. Jihad may testify as to the liability and the damages of the case;

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

11

11. **Navid Eghbalieh, MD of Facey**

Dr. Eghbalieh may testify as to the liability and the damages of the case;

12. **Doris Cardenas, MD of Facey**

Dr. Dr. Cardenas may testify as to the liability and the damages of the case;

13. **Jackie Swanson, MD of Facey**

Dr. Swanson may testify as to the liability and the damages of the case;

14. **Henry Shih, MD of Providence Holy Cross Medical Center**

Dr. Shih may testify as to the liability and the damages of the case;

15. **Helen Palatinus, MD of Cedar Sinai Medical Center**

Dr. Palatinus may testify as to the liability and the damages of the case;

16. **John Yamashita, MD of Providence Holy Cross Medical Center**

Dr. Yamashita may testify as to the liability and the damages of the case;

17. **Joseph Tang, MD**

Dr. Tang may testify as to the liability and the damages of the case;

18. **Vincent Fennell, MD**

Dr. Fennell may testify as to the liability and the damages of the case;

19. **Grace Juarez, MD**

Dr. Juarez may testify as to the liability and the damages of the case;

20. **Aylin Selek, MD of Cedar Sinai**

Dr. Selek may testify as to the liability and the damages of the case;

21. **Marc Makhani, MD of Cedar Sinai**

Dr. Makhani may testify as to the liability and the damages of the case;

22. **Daniel Hoh Kayun, MD of Cedar Sinai**

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

12

Dr. Kayun may testify as to the liability and the damages of the case;

23. **Katherine Haker, MD of Cedar Sinai**

Dr. Haker may testify as to the liability and the damages of the case;

24. **Deepti Dhall, MD of Cedar Sinai**

Dr. Dhall may testify as to the liability and the damages of the case;

25. **Alfonso Jackie, RN of Cedar Sinai**

Mr. Jackie may testify as to the liability and the damages of the case;

26. **Josue M. Reyes, RN of Cedar Sinai**

Ms. Reyes may testify as to the liability and the damages of the case;

27. **Lorisa Raya, RN of Cedar Sinai**

Ms. Raya may testify as to the liability and the damages of the case;

28. **Laura Olivas of Cedar Sinai**

Ms. Olivas may testify as to the liability and the damages of the case;

29. **Shawn Rudolph, EMT**

Mr. Rudolph may testify as to the liability and the damages of the case;

30. **Jose Paz, EMT**

Mr. Paz may testify as to the liability and the damages of the case;

31. **David Alessi**

Mr. Alessi may testify as to the liability and the damages of the case.

Relevant information regarding this case may also be learned from numerous other PVA and SpaceX employees, PVA retained experts. Plaintiffs have not identified all relevant witnesses regarding this lawsuit including any witnesses PVA may identify

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

PLAINTIFFS' SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(a)(1) and 26(e)1

EXHIBIT 39                                             653

1   in their Rule 26 Disclosures and supplemental disclosures and reserves its right to

2   supplement this disclosure in accordance with Fed. R. Civ. P. Rule 26(e).

3        **FRCP 26(a)(l)(A)(ii) - A copy - or a description by category and location – of**

4   **all documents, electronically stored information, and tangible things that the**

5   **disclosing party has in its possession, custody, or control and may use to support**

6   **its claims or defenses, unless the use would be solely for impeachment.**

7

8        Pursuant to FRCP 26(a)(l)(A)(ii) Plaintiffs have previously identified the

9   following:

10       **Documents**:

11            a.  Plaintiff Ruben Juarez's medical records and billing records

12            b.  PVA 350 and PVA 650 specifications;

13            c.  MSDS sheets;

14            d.  Photos of Plaintiffs;

15            e.  Plane tickets and trip protection of Plaintiff Isela Hernandez and their

16                daughter;

17            f.  Emails of Plaintiff Ruben Juarez;

18            g.  W2 of Plaintiff Ruben Juarez 2012-2014.

19

20       **Plaintiff has learned by reviewing documents during discovery that the**

21   **following additional documents may be relevant to Plaintiffs' claims, PVA's**

22   **products, and/or SpaceX.**

23       Documents produced in discovery by PVA bates stamp numbers PVA0001-

24   4481. Said production includes, among other documents, product-related documents,

25   sales-related documents, engineering and design documents, design and operation

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

14

**PLAINTIFFS' SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULES OF
CIVIL PROCEDURE 26(a)(1) and 26(e)1**

EXHIBIT 39

654

manuals, operation and maintenance manuals, emails, and other written and electronic communications.

Documents and recording produced in discovery by SpaceX on June 25, 2018 including documents with bates stamp numbers Juarez v. PVA 1000 – 2170

**Damages computation and supporting documents**:

a.       Plaintiff Ruben Juarez claims past and future medical costs, past and future wage loss, and pain and suffering. Plaintiff Isela Hernandez claims loss of consortium. The supporting documents will be produced.

Plaintiffs retain the right to supplement the disclosure with information learned through discovery.


DATED: July 10, 2018                    BALABAN & SPIELBERGER, LLP


                                    _/s/ Kahren Harutyunyan_____
                                    Daniel K. Balaban
                                    Andrew J. Spielberger
                                    Kahren Harutyunyan
                                    Attorneys for Plaintiffs

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

15

**PLAINTIFFS' SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(a)(1) and 26(e)1**

EXHIBIT 39                                            655

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 11999 San Vicente Boulevard, Suite 345 Los Angeles, CA 90049.

On July 10, 2018, I served the foregoing documents described as: **PLAINTIFFS' SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(A)(I) AND 26(E)1** on the interested parties in this action.

*(See Attached Service List)*

☐   By placing the true copies thereof enclosed in sealed envelopes addresses as stated on the attached mailing list.

☐   **BY MAIL**

☐   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **BY ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by electronic transmission, I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Courts system.

☐   **BY OVERNIGHT DELIVERY:**

☒   **BY ELECTRONIC MAIL** to: see attached service list

☐   **BY PERSONAL SERVICE** - I caused to be delivered such envelope by hand per the service list attached.

☐   **BY FACSIMILE** - I faxed a copy of the above-described document to the interested parties as set forth on the attached mailing list.

Executed on July 10, 2018 at Los Angeles, California.

☒   **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| Kahren Harutyunyan | /s/ Kahren Harutyunyan |
| Name | Signature |

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

1

CERTIFICATE OF SERVICE

EXHIBIT 39

656

1

## SERVICE LIST

2 RUBEN JUAREZ , ET AL. v. PRECISION VALVE & AUTOMATION, ET AL.

3 CASE NO. 2:17-cv-03342

4 Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
5 Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
6 BECHERER KANNETT & SCHWEITZER
1255 Powell Street
7 Emeryville, CA 94608
Telephone: (510) 658-3600
8 Facsimile: (510) 658-1151

9

10

11

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2