# EXHIBIT 41

EXHIBIT 41 670

Teresa Li (Bar No. 278779)
teresa@lawofficesofteresali.com
LAW OFFICES OF TERESA LI P.C.
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone:    415.423.3377
Facsimile:    888.646.5493

Attorneys for Plaintiffs
RUBEN JUAREZ AND ISELA HERNANDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, Inc., a corporation and DOES 1-20,<br><br>Defendants. | Case No. CV-03342-ODW(GJSX)<br><br>**PLAINTIFF ISELA HERNANDEZ'S RESPONSE TO DEFENDANT'S REQUEST FOR INTERROGATORIES, SET ONE (1)** |

**PROPOUNDING PARTY: DEFENDANT, PRECISION VALVE & AUTOMATION**

**RESPONDING PARTY:   PLAINTIFF, ISELA HERNANDEZ**

**SET NUMBER:            ONE**

Pursuant to Federal Rules of Civil Procedure Rule 33, Plaintiff ISELA HERNANDEZ hereby responds to Defendant PRECISION VALVE & AUTOMATION, INC.'s request for interrogatories, set one (1).

**RESPONSES TO INTERROGATORIES**

<u>INTERROGATORY NO. 1:</u>

Identify in detail all EVIDENCE which supports or in any way relates to YOUR allegations against DEFENDANT in this case.

EXHIBIT 41    671

**RESPONSE TO INTERROGATORY NO. 1:**

The interrogatory is overly broad, unduly burdensome, and oppressive. It also seeks information that is protected by the attorney client privilege and the work product doctrine. Without waiving the objections and subject thereto, Plaintiff responds: Plaintiff Isela Hernandez's loss of consortium claim is derivative of Plaintiff Ruben Juarez's personal injury claim. Plaintiff elects to produce all non-privileged documents in support of the response: (1) Defendant PVA's product specifications (2) Plaintiff Ruben Juarez's medical and billing records; (3) the Material Safety Data Sheets of various chemicals being sprayed by PVA's benchtop dispensing system; (4) photos of Plaintiffs and their children; (5) travel itineraries showing that Plaintiff Ruben Juarez could not come with his family trips due to his illness. Witnesses: everyone disclosed in Plaintiffs' initial disclosure. Discovery is ongoing.

**INTERROGATORY NO. 2:**

Identify in detail all EVIDENCE which supports or in any way relates to YOUR cause of action for Loss of Consortium (Third Cause of Action) in the COMPLAINT.

**RESPONSE TO INTERROGATORY NO. 2:**

The interrogatory is overly broad, unduly burdensome, and oppressive. It also seeks information that is protected by the attorney client privilege and the work product doctrine. Without waiving the objections and subject thereto, Plaintiff responds: Plaintiff Isela Hernandez's loss of consortium claim is derivative of Plaintiff Ruben Juarez's personal injury claim. Plaintiff elects to produce all non-privileged documents in support of the response: (1) Defendant PVA's product specifications (2) Plaintiff Ruben Juarez's medical and billing records; (3) the Material Safety Data Sheets of various chemicals being sprayed by PVA's benchtop dispensing system; (4) photos of Plaintiffs and their children; (5) travel itineraries showing that Plaintiff Ruben Juarez could not come with his family trips due to his illness. Witnesses: everyone disclosed in

2

PLAINTIFF ISELA HERNANDEZ'S RESPONSE TO DEFENDANT'S INTERROGATORIES, SET ONE (1)

EXHIBIT 41    672

Plaintiffs' initial disclosure. Discovery is ongoing.

**INTERROGATORY NO. 3:**

Identify in detail all EVIDENCE which supports or in any way relates to YOUR claim that Defendant's wrongful conduct, acts and/or omissions "were a substantial factor in causing Plaintiff ISELA BERNANDEZ to sustain loss of love, care companionship, comfort, assistance, protection, society, moral support from Plaintiff RUBEN JUAREZ" as alleged in the Complaint.

**RESPONSE TO INTERROGATORY NO. 3:**

The interrogatory is overly broad, unduly burdensome, and oppressive. It also seeks information that is protected by the attorney client privilege and the work product doctrine. Without waiving the objections and subject thereto, Plaintiff responds: Plaintiff Isela Hernandez's loss of consortium claim is derivative of Plaintiff Ruben Juarez's personal injury claim. Plaintiff elects to produce all non-privileged documents in support of the response: (1) Defendant PVA's product specifications (2) Plaintiff Ruben Juarez's medical and billing records; (3) the Material Safety Data Sheets of various chemicals being sprayed by PVA's benchtop dispensing system; (4) photos of Plaintiffs and their children; (5) travel itineraries showing that Plaintiff Ruben Juarez could not come with his family trips due to his illness. Witnesses: everyone disclosed in Plaintiffs' initial disclosure. Discovery is ongoing.

**INTERROGATORY NO. 4:**

DESCRIBE in detail all INJURIES which YOU allege were caused, or were in any way contributed to, by Defendant's wrongful conduct, acts and/or omissions, as alleged in YOUR COMPLAINT.

**RESPONSE TO INTERROGATORY NO. 4:**

Plaintiff Isela Hernandez's loss of consortium claim is derivative of Plaintiff Ruben Juarez's personal injury claim. As a result of Defendant Precision Valve & Automation ("PVA")

3

PLAINTIFF ISELA HERNANDEZ'S RESPONSE TO DEFENDANT'S INTERROGATORIES, SET ONE (1)

EXHIBIT 41                                                                 673

design/manufacturing defects in PVA 350, Plaintiff Ruben Juarez, a previously healthy man, who rarely went to see doctors, suffers from neurological deficits and psychological depression from the chronic exposure to the chemicals sprayed by the PVA 350. Plaintiff Isela Hernandez lost love, care companionship, comfort, assistance, protection, society, moral support from Plaintiff RUBEN JUAREZ due to his illness.

**INTERROGATORY NO. 5:**

DESCRIBE in detail everything YOU did to determine what caused Isela Hernandez's injuries which are alleged in the COMPLAINT.

**RESPONSE TO INTERROGATORY NO. 5:**

The interrogatory is vague and ambiguous and unintelligible. Without waiving the objection and subject thereto, plaintiff responds: Plaintiff Isela Hernandez's claim is derivative of her husband Ruben Juarez's personal injury claim.

**INTERROGATORY NO. 6:**

Identify in detail all EVIDENCE which establishes or in any way relates to whether plaintiffs' lawsuit is barred by the two-year statute of limitations found in Code of Civil Procedure section 335.1.

**RESPONSE TO INTERROGATORY NO. 6:**

The interrogatory is overly broad, unduly burdensome, and oppressive. It also seeks information that is protected by the attorney-client privilege and work product doctrine. Without waiving the objections and subject thereto, Plaintiff responds: Mr. Juarez's medical records, the MSDS of the pertinent chemicals, and the email from Mr. Juarez to his HR, asking for a

///

///

///

4

PLAINTIFF ISELA HERNANDEZ'S RESPONSE TO DEFENDANT'S INTERROGATORIES, SET ONE (1)

EXHIBIT 41    674

==disclosure of the MSDS. Witnesses: everyone disclosed in Plaintiffs' initial disclosure.==

Dated: September 6, 2017

LAW OFFICES OF TERESA LI, P.C.

_[signature]_

Teresa Li
Attorney for Plaintiffs
RUBEN JUAREZ AND ISELA HERNANDEZ

## VERIFICATION

I, Isela Hernandez declare that:

I am a plaintiff in this action. I have read the foregoing Plaintiff Isela Hernandez's Response to Defendant's Request for Interrogatories, Set One (1) and know the contents thereof.

The information supplied therein is based on my own personal knowledge and/or has been supplied by my attorneys or other agents and is therefore provided as required by law. The information contained in the foregoing document is true, except as to the matters which were provided by my attorneys or other agents and, as to those matters, I am informed and believe that they are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this verification was executed on September ___08___, 2017 at Granada Hills, California.

_____
ISELA HERNANDEZ

EXHIBIT 41                676

# PROOF OF SERVICE

State of California, County of San Francisco

    I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 315 Montgomery Street, 9th Floor, San Francisco, CA 94104.

    On the date listed below, I served the following documents: in the manner and/or manners described below to each of the parties herein and addressed as stated below:

- **PLAINTIFF ISELA HERNANDEZ'S RESPONSE TO DEFENDANT'S REQUEST FOR INTERROGATORIES, SET ONE (1)**
- **PLAINTIFF ISELA HERNANDEZ'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION (ESI), SET ONE (1)**
- **PLAINTIFF RUBEN JUAREZ'S RESPONSE TO DEFENDANT'S REQUEST FOR INTERROGATORIES, SET ONE (1)**
- **PLAINTIFF RUBEN JUAREZ'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION (ESI), SET ONE (1)**

Shahrad Milanfar
smilanfar@bkscal.com
Alex P. Catalona
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608

\_\_\_\_ United States Postal Service, U.S. Mal, with First Class postage prepaid and deposited in a sealed envelope at San Francisco, CA. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

\_\_\_\_ Facsimile Transmission

\_\_\_\_ Hand delivery by Courier: same day delivery

\_\_X\_\_ Other: E-Mail. pdf attachment

EXHIBIT 41                                    677

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 8, 2017, at San Francisco, California.

```
    Teresa Li                                    [signature]
Type or Print Name                               Signature
```