# EXHIBIT 42

EXHIBIT 42 679

Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PRECISION VALVE & AUTOMATION, Inc., a corporation and DOES 1-20,<br><br>Defendants. | Case No.: CV17-03342-ODW(GJSX)<br><br>**DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S INTERROGATORIES TO PLAINTIFF ISELA HERNANDEZ, SET NO. ONE** |

PROPOUNDING PARTIES:     Defendant PRECISION VALVE & AUTOMATION, INC.

RESPONDING PARTY:     Plaintiff ISELA HERNANDEZ

SET NO:     ONE

Defendant PRECISION VALVE & AUTOMATION, INC. requests that the responding party, plaintiff ISELA HERNANDEZ, answer the following Interrogatories, under oath, within thirty (30) days, pursuant to Federal Rule of Civil Procedure 33.

**DEFINITIONS APPLICABLE TO ALL INTERROGATORIES**

1. The term "COMPLAINT" refers to the Complaint filed on behalf of plaintiffs Ruben Juarez and Isela Hernandez in the Superior Court of California, County of Los Angeles, on February 28, 2017.

2. "DEFENDANT" means PRECISION VALVE & AUTOMATION, INC.

-1-
DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S INTERROGATORIES TO PLAINTIFF ISELA HERNANDEZ, SET NO. ONE

EXHIBIT 42    680    139

3. "EVIDENCE" means any facts, witnesses (including contact information), statements, video, pictures, photos, recordings, documents, writings, depositions, transcripts, interviews, data, compilations, reports, productions and any other evidence of any kind whatsoever.

4. "INJURIES" means any injuries and/or damages including but not limited to the loss of love, care companionship, comfort, assistance, protection, society and moral support from Ruben Juarez.

5. The terms "YOU" and "YOUR" mean and refer to plaintiff ISELA HERNANDEZ and anyone acting on his behalf, including, but not limited to, attorneys, investigators, insurers, and any other agents.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify in detail all EVIDENCE which supports or in any way relates to YOUR allegations against DEFENDANT in this case.

**INTERROGATORY NO. 2:**

Identify in detail all EVIDENCE which supports or in any way relates to YOUR cause of action for Loss of Consortium (Third Cause of Action) in the COMPLAINT.

**INTERROGATORY NO. 3:**

Identify in detail all EVIDENCE which supports or in any way relates to YOUR claim that Defendant's wrongful conduct, acts and/or omissions "were a substantial factor in causing Plaintiff ISELA HERNANDEZ to sustain loss of love, care companionship, comfort, assistance, protection, society, moral support from Plaintiff RUBEN JUAREZ" as alleged in the COMPLAINT.

**INTERROGATORY NO. 4:**

DESCRIBE in detail all INJURIES which YOU allege were caused, or were in any way contributed to, by Defendant's wrongful conduct, acts and/or omissions, as alleged in YOUR COMPLAINT.

(As used in this interrogatory, "DESCRIBE" means to describe in as much detail as

Becherer Kannett & Schweitzer
2200 Powell St. Suite 805 Emeryville, CA 94608
510-658-3600

-2-
DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S INTERROGATORIES TO PLAINTIFF ISELA HERNANDEZ, SET NO. ONE

EXHIBIT 42    681    140

1  ==possible including but limited to listing what the injury was, what body part(s) were affected, if==
2  ==any, the date(s) the injury took place, how it progressed, its current status, and the date it ended, if==
3  ==any.)==
4  **INTERROGATORY NO. 5:**
5  DESCRIBE in detail everything YOU did to determine what caused Isela Hernandez's
6  injuries which are alleged in the COMPLAINT.
7  (As used in this interrogatory, the term "DESCRIBE" means to list everything YOU did
8  including but not limited to any investigation, research, internet research, questions, and
9  communications, and exactly when, by date, it was done.)
10 **INTERROGATORY NO. 6:**
11 Identify in detail all EVIDENCE which establishes or in any way relates to whether
12 plaintiffs' lawsuit is barred by the two-year statute of limitations found in Code of Civil
13 Procedure section 335.1.

Dated: July 17, 2017    BECHERER KANNETT & SCHWEITZER

By: _____
Alex P. Catalona
Attorney for Defendant
PRECISION VALVE & AUTOMATION, INC.

Becherer Kannett & Schweitzer
2200 Powell St.
Suite 805
Emeryville, CA
94608
510-658-3600

-3-
DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S INTERROGATORIES TO PLAINTIFF ISELA HERNANDEZ, SET NO. ONE
EXHIBIT 42    682    141

Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ an individual and ISELA HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20,<br><br>Defendants. | CASE NO. 2:17-cv-03342 ODW (GJSx)<br><br>[Los Angeles County Superior Court Case No. BC650229]<br><br>**CERTIFICATE OF SERVICE** |

I, Jerry M. Dumlao, declare that I am employed in the County of Alameda, State of California; I am over the age of eighteen (18) years and not a party to the within entitled action; my business address is 1255 Powell Street, Emeryville, California 94608.

On **July 17, 2017**, I caused to be served the foregoing:

**DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S INTERROGATORIES TO PLAINTIFF ISELA HERNANDEZ, SET NO. ONE**

In said action by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as follows:

*Attorneys for Plaintiff*

Teresa Li, Esq.
LAW OFFICES OF TERESA LI, PC
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone: (415) 423-3377
Facsimile: (888) 646-5493
Email: teresa@lawofficesofteresali.com

-1-
CERTIFICATE OF SERVICE

EXHIBIT 42  683  142

☒ (By Mail) I deposited such envelope with postage thereon fully prepaid to be placed in the United States Mail at Emeryville, California. I am familiar with the mail collection practices of Becherer Kannett & Schweitzer Attorneys and pursuant to those practices the envelope would be deposited with the United States Postal Service the same day.

☒ (Via Facsimile) I caused said document(s) to be transmitted to the facsimile number(s) of the addressee(s) designated.

Executed on July 17, 2017.

Jerry M. Dumlao

Becherer Kannett & Schweitzer

1255 Powell St.
Emeryville, CA 94608
510-658-3600

-2-
DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S
NOTICE OF REMOVAL (28 U.S.C. § 1441(a))

EXHIBIT 42   684   143