# EXHIBIT 43

EXHIBIT 43 685

Teresa Li (Bar No. 278779)
teresa@lawofficesofteresali.com
LAW OFFICES OF TERESA LI P.C.
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone: 415.423.3377
Facsimile: 888.646.5493

Attorneys for Plaintiffs
RUBEN JUAREZ AND ISELA HERNANDEZ

Daniel K. Balaban
Daniel@dbaslaw.com
BALABAN & SPIELBERGER, LLP
11999 San Vincente Boulevard
Suite 345
Los Angles, CA 90049
Telephone: 424.832.7677
Facsimile: 424.832.7702

Attorneys for Plaintiffs
RUBEN JUAREZ and ISELA HERNANDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, Inc., a corporation and DOES 1-20,<br><br>Defendants. | Case No. CV-03342-ODW(GJSX)<br><br>**PLAINTIFF RUBEN JUAREZ'S RESPONSE TO DEFENDANT'S REQUEST FOR INTERROGATORIES, SET TWO (2)** |

**PROPOUNDING PARTY:** DEFENDANT, PRECISION VALVE & AUTOMATION

**RESPONDING PARTY:** PLAINTIFF, RUBEN JUAREZ

EXHIBIT 43    686    159

| | |
|---|---|
| SET NUMBER: | TWO |

Pursuant to Federal Rules of Civil Procedure Rule 33, Plaintiff RUBEN JUAREZ hereby responds to Defendant PRECISION VALVE & AUTOMATION, INC.'s request for interrogatories, set two (2).

## RESPONSES TO INTERROGATORIES

### INTERROGATORY NO. 16

Identify I detail all EVIDENCE which establishes or in any way relates to whether plaintiffs' lawsuit is barred by the two-year statute of limitations found in California Code of Civil Procedures section 340.8.

### RESPONSE TO INTERROGATORY NO. 16:

The interrogatory may seek information that is protected by attorney client privilege or work product doctrine. Without waiving the objections and subject thereto, plaintiff responds: all the deposition transcripts of Plaintiff Ruben Juarez, all of the medical records of plaintiff Ruben Juarez produced in discovery or obtained via subpoenas; all the exhibits attached to Plaintiff Ruben Juarez's deposition; all the documents produced by PVA so far; and all the documents produced by PVA so far

Dated: May 8, 2018

LAW OFFICES OF TERESA LI, P.C.

_Teresa Li_
Attorney for Plaintiffs
RUBEN JUAREZ AND ISELA HERNANDEZ

2
PLAINTIFF RUBEN JUAREZ'S RESPONSE TO DEFENDANT'S REQUEST FOR INTERROGATORIES, SET TWO (2)

EXHIBIT 43     687     160

PROOF OF SERVICE

RE: *Juarez v. PVA*

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 6701 Koll Center Parkway, Suite 250, Pleasanton, CA 94566.

On May 8, 2018, I served a copy of the following document: **PLAINTIFF RUBEN JUAREZ'S RESPONSE TO DEFENDANT'S REQUEST FOR INTERROGATORIES, SET TWO (2); PLAINTIFF RUBEN JUAREZ'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION (ESI), SET THREE (3); PLAINTIFF ISELA HERNANDEZ'S RESPONSE TO DEFENDANT'S REQUEST FOR INTERROGATORIES, SET TWO (2); PLAINTIFF ISELA HERNANDEZ'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION (ESI), SET TWO (2)** on the below listed parties in this action as follows:

Alex P. Catalona
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608

X   **BY MAIL:** I placed such envelope on the above date with postage fully prepaid, for deposit in the U.S Postal Service at my place of business in Pleasanton, California, following the ordinary business practices of my place of business. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mail with the U.S. Postal Service. Under the practice, such correspondence is deposited with the U.S. Postal Service the same day it is collected and processed in the ordinary course of business.

_____ **BY FAX:** I caused such document to be transmitted by facsimile transmission to a facsimile machine maintained by the person on whom it is served at the facsimile number as last given by that person on any document which he or she has filed in the case. I caused such by sending a true copy from Teresa Li's facsimile number, and that transmission reported as complete and without error to the following facsimile number: _____ .

_____ **BY PERSONAL SERVICE:** I caused such document to be delivered by hand to the above listed party.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed at Pleasanton, California on

EXHIBIT 43   688   161

1 | May 8, 2018.

*[Signature]*
Teresa Li

RECEIVED
MAY 14 2018
BY BKS

EXHIBIT 43    689    162