# EXHIBIT 46

EXHIBIT 46 705



From: Jane Malubag Jane.Malubag@spacex.com
Subject: RE: MSDS
Date: March 12, 2015 at 8:23 PM
To: ruben juarez rubjua70@yahoo.com
Cc: Mike Lynch Mike.Lynch@spacex.com

Hi Ruben,

I wanted to follow-up on the voice message that you left for Mike and myself today regarding your request for the MSDS' listed below in your e-mail. All the documents were sent to our insurance company and will be forwarded to your attorney. Please contact your lawyer for a copy.

Thank you.

--
Jane Malubag


-----Original Message-----
From: Jane Malubag
Sent: Tuesday, March 03, 2015 4:14 PM
To: ruben juarez
Cc: Mike Lynch
Subject: RE: MSDS

Hi Ruben,

The records will be sent to your attorney by our insurance company. Also, Diane Prins is no longer with SpaceX so I've copied Mike Lynch, HR Director, to this e-mail. Thank you.

Sincerely,
Jane Malubag

-----Original Message-----
From: ruben juarez [mailto:rubjua70@yahoo.com]
Sent: Tuesday, March 03, 2015 3:43 PM
To: Jane Malubag
Cc: Diane Prins
Subject: MSDS

Hello Jane,

I need a copy of the following MSDS, who do I need to contact to obtain them?

1. Arathane two part mix.
2. Thinner 521.
3. 63/37 eutectic solder wire.
4. HumiSeal 1A33 conformal coating.
5. Isopropyl alcohol (IPA).

Thank you



EXHIBIT 26
Ruben Juarez
03/15/2018
Elizabeth Schmidt
CSR#13598

EXHIBIT 46
Juarez00946
706

Regards,

Ruben Juarez

EXHIBIT 46

Juarez00947
707