# EXHIBIT 48

EXHIBIT 48                    724

*Isaac Regev, M.D.*

A PROFESSIONAL CORPORATION
NEUROLOGY / ELECTRODIAGNOSTICS

6404 WILSHIRE BLVD.                                    18740 VENTURA BLVD.
SUITE 1121                                             SUITE 206
LOS ANGELES, CA 90048                                  TARZANA, CA 91356
TELEPHONE: (323) 653-4544                              TELEPHONE: (818) 386-0472
FAX: (323) 653-4500                                    FAX: (818) 386-0967
(ALL CORRESPONDENCE)

February 3, 2015

RE: JUAREZ, Ruben
DOI: CT
DOE: 2/3/15
OUR FILE: 27660
EMP: Space Exploration Technology

The patient is a 45 year old right handed male who is seen for neurological consultation on 2/3/15.

## HISTORY OF THE INJURY

The patient relates that he worked for the above named employer from 01/2012 to the present as an equipment specialist. He worked about sixty hours per week. He relates that almost from the beginning he noted frequent headaches at work which he felt was associated with exposure to various chemicals used in the facility for cleaning part. He also feels he was subject to lead exposure. He was not provided with any protective devices and his headaches were worse at work. Eventually he also started having dizziness and saw several physicians as well as a neurologist at Cedars Sinai and after work up was told he had an aneurysm in the "Circle of Willis". He was referred for coiling procedure which was done 01/2013. The patient says he hoped that his headaches would go away after this procedure.

## PATIENTS CURRENT COMPLAINTS

The patient relates of headaches which are moderate to intense. They are almost constant and described as a pressure type feeling. A few times he had to go to an ER where he was given Morphine and Dilaudid. He denies any other specific symptoms associated with the headaches although he is dizzy at times.

## WORK HISTORY

As described. On TTD,

## PAST MEDICAL HISTORY

Right elbow and right wrist surgery with transposition of the right ulnar nerve. The right wrist injury is of unknown nature. Both injuries were work related. He is also known to have narcolepsy.

EXHIBIT 48                                                    725

Case 2:17-cv-03342-ODW-GJS   Document 52-3   Filed 08/09/18   Page 90 of 168   Page ID
#:4245

RE: JUAREZ, Ruben
February 3, 2015
Page 2

Family History: Non-contributory

Social History: Married

Habits: Does not smoke, abuse alcohol or use drugs

Medications: Depakote, Topamax, Wellbutrin, Notriptityline, baby
Aspirin, Omeprazole, Ritalin, Norco, Percocet

Allergies to Medications: None

### PHYSICAL EXAMINATION

General Appearance: Well-nourished, well-developed

Head: Normocephalic, atraumatic, carotid upstroke +2 bilaterally

Vital Signs: Blood Pressure 120/80, Pulse 74 no orthostatic changes

### NEUROLOGICAL EXAMINATION

Mental Status: Alert and oriented to time, place and person.
Fluent speech.

Cranial Nerves:

| | |
|---|---|
| II. | Visual fields are intact to confrontation.  Benign fundi without edema.  Full visual fields. |
| III, IV, VI | Full extraocular movements.  No nystagmus. Pupils are equal, round and reactive to light and accomodation. |
| V | Normal facial sensation.  Normal mastication. |
| VII | Normal facial movements.  No facial weakness. |
| VIII | Hearing is grossly normal. |
| IX, X | Normal gag reflex with good swallowing.  Normal uvula and soft palate motion. |
| XI | Good strength of sternocleidomastoid/trapezii muscles. |
| XII | Midline tongue without atrophy or fasciculations. |

Motor Examination: Normal strength.  Normal muscle tone.

RE: JUAREZ, Ruben
February 3, 2015
Page 3

Sensory Examination: Light touch and pinprick sensations are intact. Vibratory and joint position senses are normal.

Deep Tendon Reflexes:

|  | R | L |  | R | L |
|---|---|---|---|---|---|
| Biceps | +2 | +2 | Patellar | +2 | +2 |
| Triceps | +2 | +2 | Achilles | +2 | +2 |
| Brachioradialis | +2 | +2 |  |  |  |

Plantar response downgoing.

Coordination: Finger-to-nose, heel-to-shin and rapid alternating movements are all performed normally.

Gait and Station: Normal gait. No ataxia. Romberg is negative.

### DIAGNOSIS

1. CHRONIC HEADACHES, RULE OUT TOXIC ENCEPHALOPATHY

2. STATUS POST INTRACRANIAL ANEURYSM COILING, FURTHER COMMENTS AFTER RECORDS REVIEW

### DISCUSSION

The patient is evaluated for headaches. The history is somewhat complex and I do not have any medical records. The patient relates of frequent headaches at work and he believed they were associated with chemicals used to clean electrical parts. He also believes he was exposed to lead. The patient did not have any protective devices. In 2013 the patient was found to have an aneurysm in the "Circle of Willis" and had a coiling procedure at Cedars Sinai. He hoped his headaches would improve after the procedure but they did not. The patient says the neurosurgeon told him he does not believe the headaches are connected to his aneurysm.

The patient believes his headaches were related to toxic exposure but unfortunately we do not have records in this regard. I suggest the patient be seen by a toxicologist with the MSDS and working environment analysis. Further comments can be made thereafter.

The patient was given a special diet for headaches sufferers. He is already using Norco and Percocet for his headaches.

In compliance with recent Worker's Compensation legislation (Labor Code Section 4628 (j) and 5703 (a) (2) and Insurance Code Section 556) I declare under penalty of perjury that I have not violated Labor Code Section 139.3 and that the information contained in this

EXHIBIT 48                727

RE: JUAREZ, Ruben
February 3, 2015
Page 4

report and its attachments, if any, is true and correct to the best
of my knowledge and belief, except as to information that I have
indicated I received from others.    As to that information, I
declare under penalty of perjury that the information accurately
describes the information provided to me and, except as noted
herein, that I believe it to be true.    Furthermore, this evaluation
is in compliance with the guidelines established by the Industrial
Medical Council or Administrative Director pursuant to paragraph
(5) of subdivision (J) of Labor Code Section 139.2 or 5307.6.

Date of Report: 2/3/15

Signed  this  _____day  of  February  2015,  at  Los  Angeles,
California.


                              Isaac Regev, M.D.

IR/rmw

EXHIBIT 48                                            728

*Isaac Regev, M.D.*

A PROFESSIONAL CORPORATION
NEUROLOGY / ELECTRODIAGNOSTICS

6404 WILSHIRE BLVD.
SUITE 1121
LOS ANGELES, CA 90048
TELEPHONE: (323) 653-4544
FAX: (323) 653-4500
(ALL CORRESPONDENCE)

18740 VENTURA BLVD.
SUITE 206
TARZANA, CA 91356
TELEPHONE: (818) 386-0472
FAX: (818) 386-0967

February 28, 2015

RE: JUAREZ, Ruben
DOI: CT
OUR FILE: 27660
EMP: Space Exploration Technology

I asked for medical records on the above named patient. I received
some records from Cedars Sinai and the following is the review.

The patient was seen in the ER on 9/20/14. He is seen for
palpitations. He has history of migraine headaches, ACA, aneurysm
status post coiling and general anxiety. The patient appears very
anxious in the ER. He is placed on tele without any ectopy. He
receives morphine for headaches.

The records are basically in accordance with my clinical
impressions. I did not have too many details about the past
aneurysm which I learned was in the distribution of the ACA where
he had coiling. My diagnosis of headaches is also compatible with
these records.

In compliance with recent Worker's Compensation legislation (Labor
Code Section 4628 (j) and 5703 (a) (2) and Insurance Code Section
556) I declare under penalty of perjury that I have not violated
Labor Code Section 139.3 and that the information contained in this
report and its attachments, if any, is true and correct to the best
of my knowledge and belief, except as to information that I have
indicated I received from others. As to that information, I
declare under penalty of perjury that the information accurately
describes the information provided to me and, except as noted
herein, that I believe it to be true. Furthermore, this evaluation
is in compliance with the guidelines established by the Industrial
Medical Council or Administrative Director pursuant to paragraph
(5) of subdivision (J) of Labor Code Section 139.2 or 5307.6.

Date of Report: 2/28/15
Signed this _____ day of February 2015, at Los Angeles,
California.

Isaac Regev, M.D.

IR/rmw

EXHIBIT 48                    729

## COMPEX LEGAL SERVICES

## CERTIFICATION

### (Pursuant to F.R.E. 803(6), 902(11), and 28 U.S.C. § 1746)

I hereby certify and declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct to the best of my knowledge and belief. I am over the age of 18 and the duly authorized custodian of records for

**ISAAC REGEV, MD**
**6404 WILSHIRE BLVD., SUITE 1121, LOS ANGELES, CA 90048**

I have the authority to certify that the records made available to COMPEX LEGAL SERVICES for reproducing are all of the records under my custody and control which are all of the records under the custody and control of HAMLIN PSYCHE CENTER, described and called for in the SUBPOENA/Authorization served with this declaration in the matter related to said individual or thing pertaining to:

**RECORDS OF: JUAREZ, RUBEN**
         **AKA: RUBEN, HERNANDEZ JUAREZ**
**DATE OF BIRTH:** ▨ **1970**
**SOCIAL SECURITY #:** ▨ **0743**

| HOW ORIGINAL RECORDS WERE PREPARED | |
|---|---|
| ☐ HANDWRITTEN NOTES | ☐ TYPED/DATA ENTERED |
| ☐ TRANSCRIBED | ☐ OTHER _____ |

| TYPE OF RECORDS PRODUCED | | | |
|---|---|---|---|
| ☒ MEDICAL | ☒ BILLING | ☐ FILMS | ☐ INSURANCE |
| ☐ EMPLOYMENT | ☐ PAYROLL | | ☐ SCHOLASTIC |
| ☐ OTHER _____ | | | |

Said records were made at or near the time of the statements, acts, events, conditions, opinions, diagnoses, etc., that are reported in those records, by a person with knowledge of and a business duty to record those matters. Said records were kept in the course of a regularly conducted activity of the business, and made as a regular practice and custom of the business. I have delivered all of the records requested with the following exceptions:

_____
_____

_Cindy Rodriguez_
**CUSTODIAN OF RECORDS NAME (PLEASE PRINT)**     **DEPARTMENT**

_Cindy Rodriguez_     6/29/18  LA, CA
**SIGNATURE OF CUSTODIAN OF RECORDS**     **DATE, AND CITY AND STATE**

I AM THE ATTORNEY'S REPRESENTATIVE AND I STATE THAT I MADE TRUE AND CORRECT COPIES OF ALL THE ORIGINAL RECORDS DELIEVERD TO ME BY THE CUSTODIAN OF RECORDS OF THE ABOVE LOCATION.

I DECLARE UNDER PENALTY OF PERJURY & UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

6/29/18 Los Angeles, CA                 _Felix Fernandez_
**DATE, AND CITY AND STATE**     **SIGNATURE**     **PRINT NAME**

PURSUANT TO CAL. BUS. AND PROF CODE § 22463, I WILL MAINTAIN THE INTEGRITY AND CONFIDENTIALITY OF ANY AND ALL INFORMATION OBTAINED, AND DISTRIBUTE THE RECORDS COPIED BY COMPEX LEGAL SERVICES TO THE AUTHORIZED PERSON OR ENTITIES.

EXHIBIT 48          730

# COMPEX LEGAL SERVICES

## AFFIDAVIT - (Pursuant to Cal Evidence Code 1561)

I12177-H

I hereby declare under penalty of perjury that the following statements are true to the best of my knowledge and belief. I am over the age of 18 and the duly authorized custodian of records for:

**ISAAC REGEV, MD**

**6404 WILSHIRE BOULEVARD, SUITE 1121, LOS ANGELES, CA 90048**

and have the authority to certify that the records made available to COMPEX LEGAL SERVICES for reproducing are all of the records under my custody and control, described and called for in the SUBPOENA/Authorization served with this declaration in the matter relating to said individual or thing pertaining to:

RECORDS OF: JUAREZ, RUBEN

AKA: RUBEN HERNANDEZ JUAREZ

DATE OF BIRTH: ▮▮/70

SOCIAL SECURITY #: ▮▮▮-0743

### HOW ORIGINAL RECORDS WERE PREPARED

| | | |
|---|---|---|
| ☐ HANDWRITTEN NOTES | ☐ TYPED/DATA ENTERED | |
| ☐ TRANSCRIBED | ☐ OTHER _____ | |

### TYPE OF RECORDS PRODUCED

| | | | |
|---|---|---|---|
| ☑ MEDICAL | ☑ BILLING | ☐ FILMS | ☐ INSURANCE |
| ☐ EMPLOYMENT | ☐ PAYROLL | ☐ SCHOLASTIC | |
| ☐ OTHER _____ | | | |

Said records were prepared by personnel of the business in the ordinary course of business at or near the time of the act, condition, or event. I have delivered all of the records/items requested with the following exception(s):

_____ NO FILMS _____

_Cindy N._
CUSTODIAN NAME (PLEASE PRINT)                    DEPARTMENT

_Cindy Rdu_                                       8/18/17
SIGNATURE OF CUSTODIAN                            DATE

I AM THE ATTORNEY'S REPRESENTATIVE AND I STATE THAT I MADE TRUE COPIES OF ALL THE ORIGINAL RECORDS DELIVERED TO ME BY THE CUSTODIAN OF RECORDS OF THE ABOVE LOCATION.

I DECLARE UNDER PENALTY OF PERJURY & UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

8/08/17                    _[signature]_                 FE LKT
DATE                        SIGNATURE                    PRINT NAME

PURSUANT TO BUSINESS & PROFESSIONS CODE SECTION 22462, I WILL MAINTAIN THE INTEGRITY & CONFIDENTIALITY OF ANY AND ALL INFORMATION OBTAINED, AND DISTRIBUTE THE RECORDS COPIED BY COMPEX LEGAL SERVICES TO THE AUTHORIZED PERSON OR ENTITIES.

SHARED\DECLFORM.DOC

EXHIBIT 48

731