# EXHIBIT 49

EXHIBIT 49 732

State of California
Department of Industrial Relations
DIVISION OF WORKERS' COMPENSATION

WORKERS' COMPENSATION CLAIM FORM (DWC 1)



*Estado de California*
*Departamento de Relaciones Industriales*
*DIVISION DE COMPENSACIÓN AL TRABAJADOR*

*PETITION DEL EMPLEADO PARA DE COMPENSACIÓN DEL TRABAJADOR (DWC 1)*

**Employee:** Complete the "Employee" section and give the form to your employer. Keep a copy and mark it "Employee's Temporary Receipt" until you receive the signed and dated copy from your employer. You may call the Division of Workers' Compensation and hear recorded information at (800) 736-7401. An explanation of workers' compensation benefits is included as the cover sheet of this form.

You should also have received a pamphlet from your employer describing workers' compensation benefits and the procedures to obtain them.

*Empleado: Complete la sección "Empleado" y entregue la forma a su empleador. Quédese con la copia designada "Recibo Temporal del Empleado" hasta que Ud. reciba la copia firmada y fechada de su empleador. Ud. puede llamar a la División de Compensación al Trabajador al (800) 736-7401 para oír información grabada. En la hoja cubierta de esta forma está la explicación de los beneficios de compensación al trabajador.*

*Ud. también debería haber recibido de su empleador un folleto describiendo los beneficios de compensación al trabajador lesionado y los procedimientos para obtenerlos.*

Any person who makes or causes to be made any knowingly false or fraudulent material statement or material representation for the purpose of obtaining or denying workers' compensation benefits or payments is guilty of a felony.

*Toda aquella persona que a propósito haga o cause que se produzca cualquier declaración o representación material falsa o fraudulenta con el fin de obtener o negar beneficios o pagos de compensación a trabajadores lesionados es culpable de un crimen mayor "felonía".*

---

**Employee—complete this section and see note above.** *Empleado—complete esta sección y note la notación arriba.*

1. Name. *Nombre.* RUBEN JUAREZ — Today's Date. *Fecha de Hoy.* 09/24/2014
2. Home Address. *Dirección Residencial.* ████
3. City. *Ciudad.* GRANADA HILLS — State. *Estado.* CA — Zip. *Código Postal* ████
4. Date of Injury. *Fecha de la lesión (accidente).* CT: MAR 27 2013 — MAR 27 2014
5. Address and description of where injury happened. *Dirección/lugar dónde ocurrió el accidente.* COMPANY PREMISES: DUE TO REPETITIVE AND CONTINUOUS EXPOSURE TO ELECTRONIC PARTS CLEANING & LEAD SO
6. Describe injury and part of body affected. *Describa la lesión y parte del cuerpo afectada.* HEADACHES, ANEURYSM
7. Social Security Number. *Número de Seguro Social del Empleado.* ████ 0743
8. Signature of employee. *Firma del empleado.* [signature]

**Employer—complete this section and see note below.** *Empleador—complete esta sección y note la notación abajo.*

9. Name of employer. *Nombre del empleador.* SPACE EXPLORATION TECHNOLOGY/SPACEX
10. Address. *Dirección.* 1 ROCKET ROAD, HAWTHORNE, CA 90250
11. Date employer first knew of injury. *Fecha en que el empleador supo por primera vez de la lesión o accidente.* 09/27/2014
12. Date claim form was provided to employee. *Fecha en que se le entregó al empleado la petición.* 09/24/2014
13. Date employer received claim form. *Fecha en que el empleado devolvió la petición al empleador.* 09/27/2014
14. Name and address of insurance carrier or adjusting agency. *Nombre y dirección de la compañía de seguros o agencia administradora de seguros.* Chubb Ins. 233 S. Wacker Drive #4700 Chicago IL 60606
15. Insurance Policy Number. *El número de la póliza de Seguro.* #7173 6529
16. Signature of employer representative. *Firma del representante del empleador.* [signature]
17. Title. *Título.* Benefits Analyst — 18. Telephone. *Teléfono.* (310) 2403-3300

---

**Employer:** You are required to date this form and provide copies to your insurer or claims administrator and to the employee, dependent or representative who filed the claim within one working day of receipt of the form from the employee.

SIGNING THIS FORM IS NOT AN ADMISSION OF LIABILITY

*Empleador: Se requiere que Ud. feche esta forma y que provea copias a su compañía de seguros, administrador de reclamos, o dependiente/representante de reclamos y al empleado que hayan presentado esta petición dentro del plazo de un día hábil desde el momento de haber sido recibida la forma del empleado.*

*EL FIRMAR ESTA FORMA NO SIGNIFICA ADMISION DE RESPONSABILIDAD*

☐ Employer copy/*Copia del Empleador*   ☐ Employee copy/*Copia del Empleado*   ☐ Claims Administrator/*Administrador de Reclamos*   ☐ Temporary Receipt/*Recibo del Empleado*

6/10 Rev.

EXHIBIT 32
Ruben Juarez
03/15/2018
Elizabeth Schmitt
CSR#13598

Juarez v PVA SPX 1199
EXHIBIT 49

733