# EXHIBIT 50

EXHIBIT 50                                                                 734

LIST ALL EMPLOYERS/JOBS THAT YOU HAVE HAD, JOB DESCRIPTION, AND DURATION [From what date to what date]:

(Including military, summer jobs, moonlighting jobs, part-time jobs, full-time jobs).

| Employer | Job Description | Dates |
|---|---|---|
| 1) Space Exploration | Equipment specialist | 1/12 – to present |
| 2) Express Manufacturing | Manufacturing Eng. | 10/10 – 1/12 |
| 3) Moore Industries | Manufacturing Eng. | 9/2007 – 3/2009 |
| 4) | | |
| 5) | | |

LIST ALL INJURIES TO ALL BODY PARTS REGARDLESS OF WHETHER IT IS INDUSTRIAL OR NON-INDUSTRIAL:

(i.e., car accident with injury, fall injury, injury with other employers).

| Injury | Date | Employer | Body part |
|---|---|---|---|
| 1) Elbow | 9/15/2008 | Moore Industries | elbow |
| 2) Wrist | '90 | Harman International | |
| 3) | | | |
| 4) | | | |
| 5) | | | |

Page 1 of 18

EXHIBIT 36
Ruben Juarez
03/15/2018
Elizabeth Schmidt
CSR#13598

EXHIBIT 50

735

I. Do you have recollection of any notices posted regarding Workers' Compensation in any of the rooms of the employer's office?

(Circle)

YES     Location: _____

What did the notice say? _____

(NO)     I did not notice.

II. Did you notify your employer in writing (yourself or your attorney) via claim form with regard to your illness/injury?

(Circle)

(YES)    How and when? _____

NO

III. Did your employer provide you with a list of all physicians on the medical provider list?

(Circle)

YES     _____

(NO)

## PATIENT HISTORY FORM

*You must complete this questionnaire in detail in order to be seen by the doctor.*
*Favor de completar el questionario en detalle, antes de que el doctor lo examine.*

Patient Name: Ruben Juarez   Age: 45   Date: 3/23/15

### PART I – JOB DESCRIPTION:

Employer: Space Exploration   Length of Employment: 8 yrs

Occupation & Job Duties: (How many hours per day per each duty, and how many days per week.)
4 hours computer work
4 hours working with different
chemicals on conformal coat
Room and wash area.

Hours per week: _____ Days per week: _____ Overtime per week: _____
Are you still working for the above company: (Yes) No
If NO, when was your last day of employment: _____
Were you fired:   Yes  No   Why: _____
Did you quit:     Yes (No)  Why: _____
Were you laid-off: Yes (No)  Why: _____
Were you put on disability: (Yes) No   Why: Medical
_____ and by Who: Doctor Ronel Andiman
Have you worked since that time: Yes (No)
If YES, where, when and what type of work _____

Page 3 of 18                                                   0075

EXHIBIT 50                                                      737

## PART II – HISTORY OF INJURY

What part of your body or what internal diseases are involved in the illness/injury (describe what happened to you, detailing when and what you were doing at that time):

I have migraine and Head aches During the day I took many days off due to migraines and dizziness.

Give a detailed explanation of your job duties which you feel are responsible for your problem. If you suffered stress on the job, give examples of what occurred including dates and years. If you were exposed to chemicals, dust, fumes, or other hazardous materials <u>at work</u> describe in detail then go on to Part III (for exposure cases only).

I was

FOR ENVIRONMENTAL EXPOSURES:

DESCRIBE THE DATE(S) OF YOUR EXPOSURE:

I worked with chemicals all the time I was incharge of replacing fume filter and repair the conformal coat Equipment also order parts. For the equipment my employer bypass the safety switch on the equipment

Page 4 of 18

0072

EXHIBIT 50

738

Did you notify or complain to anybody at work: (Yes) No

If YES, who and what was done: _Nothing_

Did you employer send you to a doctor: Yes (No)

If YES, list the names, dates seen, and diagnosis given:

| Name: | Dates: | Diagnosis: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Did you seek medical care on your own: (Yes) No

| Name: | Dates: | Diagnosis: |
|---|---|---|
| Racey medical | 1/7/13 | brain aneury sem |
| Ronal Anderson | 6/13 | Migraines |
| Eacey medica | 9/12 | Headaches |

## PART III - EXPOSURE TO HAZARDOUS MATERIALS (WORK AND/OR ENVIRONMENTAL)

(NOTE: If you were not exposed to any hazardous materials skip this section.)

Name and describe any and all chemicals which you were exposed to: _Isopropyl alcohol, 63/37pbSolder wire Arathane 5750, Humiseal thinner 521 Humiseal 1A33_

How were you exposed to these chemicals: (Breathing, ingestion, etc) _Breathing, working with Hands. Repairing equipment and filters_

How often were you exposed? (How many hours per day, days per week.) _4 to 5 Hours per day_

Page 5 of 18

EXHIBIT 50
0076
739

Did you inhale these chemicals: (Yes)   No

If YES, would you feel sick and if so describe what you felt: __tired, Heddacke, Dizzie__

Did you have skin contact with these chemicals: (Yes)   No

How often, how many hours per day, days per week: __4-5 every day__

If YES, did you experience any reaction (symptoms) and if so describe: (i.e. smell, burning of the eyes, cough, etc) __nausea, Dizzines, burning of eyes__

If you did experience a smell, describe the smell: (i.e. pungent, like smoke, like rotten eggs, etc: 

Did you develop headaches at the time of exposure (i.e. immediate, severe, hours while exposed?) __yes__

Did you experience shortness of breath (i.e. immediate, severe, hours while exposed?) __yes, I ~~best~~ ask a coworker to go out with me for a walk__

Page 6 of 18                                                                                                                                   0071

EXHIBIT 50                                                                                                    740

Did you experience chest pain (i.e. immediate, severe, hours while exposed?)

N-O

Did you have this type of experience of symptoms before (prior to) the described exposure? (Describe if YES): NO

### FOR WORK AND/OR ENVIRONMENTAL

How was the ventilation:  Excellent  Good  Average  (Poor)  None

Ventilation was provided by: Don't Know

Were you provided with any personal protective devices:  Yes  (No)

If YES, what : _____ Paper/Cloth Mask  _____ Gloves - What Kind _____
_____ Respirator with Cartridge - How often were cartridges changed _____

Were you given any training on how to use the equipment:  Yes  (No)

Were you given any safety training:  Yes  (No)

Were you told that the chemicals are dangerous/hazardous:  Yes  (No)

What is the size of your work area: at First 20' X 10'  after 30' X 15'

How many people work in that same area: 1 - 3

### PART IV - CURRENT MEDICAL HISTORY

List all doctors who are currently treating/caring for you and what are they treating you for.

| Name | Reason |
|---|---|
| Donal Andiman | neurology |
| Steven Schenkel | psychritric |
| Marshak | MD |

Are you currently certified for disability by any doctor? (Yes)   No

If YES, what is the name of the doctor and the diagnosis: _____

Ronald Andiman

## MEDICATIONS:

List all medications which are you currently taking:

| Name | Dosage | Prescribing Doctor |
|---|---|---|
| Topamax | 100 | Andiman |
| Depakot | 500 | Andiman |
| Wellbutrin | 300 | Schenkel |
| Pamelor | 50 | Andiman |
| Xanax | .5 | Schenkel |
| Aspirin 81 | 81 | Andiman |

List any diagnostic studies that have been performed or treatment given to you in regards to your injury/illness, and results if known:

Grand Mal

## PART V – PAST MEDICAL HISTORY (For Environmental and/or Industrial Exposures)

Have you had any previous injuries to any parts of the body involved in this claim? If yes, describe in detail:

_____

Have you had any other work-related injuries? If yes, describe in detail:

yes   elbow

_____

Have you ever been hospitalized? If yes, give hospital name, dates and reason (name of illness):

| Date | Hospital | Reason (Name of Illness) |
|---|---|---|
| 6/14 | Cedars | Migraines |

Page 8 of 18.

0070

EXHIBIT 50       742

Have you ever had an operation (surgery)? If yes, where, when and name of operation performed:

Date          Hospital          Reason
1/8/13        Sedars            brain aneurysum

Have you ever had any car accidents? If yes, described in detail:
Don't remember

If yes, what body parts were injured: _____

Have you had any major adult illness? Please circle those that apply and indicate when diagnosis was first made (date and year):

Diabetes mellitus _____          High blood pressure _____
Arthritis _____                  Thyroid disease _____
Tuberculosis _____               Hepatitis/Jaundice _____
Heart disease _____              Kidney disease _____
Asthma _____                     Lung disease _____
Stomach ulcer _____              Cancer _____

Other (describe): _____

Do you have any allergies? If yes, please list including allergies to foods, medications, dust, pollens, hay fever, etc.. none

Page 9 of 18

0078

EXHIBIT 50      743

Are you currently using any herbal medications? If Yes, what and for how long?
NO

Are you currently using any over-the-counter vitamins or health food additives? If yes, what and for how long? Vitamin E

In regard to you exposure to toxic chemicals, have you seen a health care professional? If yes, when NO

If yes, are you still seeing a health care professional in regards to your exposure?

PART VI – SOCIAL HISTORY:
Do you currently smoke?     Yes  (No)
If yes, what do you smoke _____, how long have you smoked _____
and how much do you smoke per day _____ or per week?

If no, have you smoked in the past?  (Yes)  No
If yes, when did you stop  1/13 , what did you smoke  Cigarrets , how long did you smoke  10+ years , and how much did you smoke  1 pack of 20 per month ?

Do you currently drink alcohol?     Yes  (No)
If yes, how much do you drink _____ and how often _____?

If no, have you ever drank heavily in the past?  Yes  (No)
Do you have a history of illicit drug abuse?  Yes  (No)
If yes, what type of drug _____, for how long _____, and when was the last time _____?

Page 10 of 18

0069

EXHIBIT 50

744

## PART VII – FAMILY HISTORY

| Relation | Age | State of Health | If Dead, Cause of Death |
|---|---|---|---|
| Father | 76 | | Natural |
| Mother | 74 | | Natural |
| Brothers | 50 | Good | |
|  | 57 | Good | |
| Sisters | 60 | Good | |
|  | 47 | Good | |

## PART VIII – ENVIRONMENTAL HISTORY

Do you have any hobbies, if yes describe in detail:
none

Do you have any pets, if yes, what kind and for how long?
2 dogs  5+ years

Do you currently or in the past live with anyone who is a smoker, who and for how many years?
NO

Do you use any household cleaning products, how often and what?
NO

Do you use fertilizers, how often? NO

Do you use insecticides, how often? __NO__

Do you pump your own gasoline, how often? __1 per week__

Do you use solvents/paints/glues at home, if yes how often? __NO__

Do you reside near a chemical plant and/or toxic dump, if yes what is the name and type of plant, and how far away? __NO__

Did you ever reside near a chemical plant, toxic dump, major highway, or gasoline station? If yes, when, for how many years, and what distant? __NO__

Have you been exposed to any chemicals or hazardous materials outside of work; if yes, describe in detail? __NO__

## PART IX – ADDITIONAL INFORMATION

Please describe any additional information which you feel is relevant to your case that has not been covered by this questionnaire.

__I Get botox injections every 3 months__

## PART X – PRESENT SYMPTOMS

Please indicate which symptoms you have including the frequency (daily, once a week, once a month, intermittent, constant) and the intensity (mild, moderate, severe) – if applicable.

| General | | How Often | Intensity | Date of Onset |
|---|---|---|---|---|
| Fatigue | (Yes) No | every day | severe | |
| Loss of Weight | Yes (No) | How Much | | |
| Weight Gain | (Yes) No | How Much 20 lb | | |

| Internal | | How Often | Intensity | Date of Onset |
|---|---|---|---|---|
| Shortness of Breath | (Yes) No | 1 week | mild | |
| Palpitations | (Yes) No | every other day | moderate | |
| Stomach Pain | (Yes) No | every day | moderate | |
| Diarrhea | Yes (No) | | | |
| Asthma | Yes (No) | | | |
| Cough | Yes (No) | | | |
| Chest pain | Yes (No) | | | |
| Stroke | (Yes) No | | mild | |
| Heart Attack | Yes (No) | | | |
| High Blood Pressure | Yes (No) | For How Long | | |
| History of Exposure to Fumes | Yes (No) | What | | When |
| History of Exposure to Dust | Yes (No) | What | | When |

| Musculoskeletal | | How Often | Intensity | Date of Onset |
|---|---|---|---|---|
| Neck Pain | (Yes) No | every day | severe | |
| Back Pain | (Yes) No | every day | severe | |
| Elbow Pain | Yes (No) | | | |
| Shoulder Pain | (Yes) No | 1 week | mild | |
| Diffuse Muscle Pain | Yes (No) | | | |

| Ear, Nose & Throat | | How Often | Intensity | Date of Onset |
|---|---|---|---|---|
| Loss of Balance | (Yes) No | 1-2 week | severe | |
| Dizziness (Vertigo) | (Yes) No | 1 week | mild | |
| Voice Changes | Yes (No) | | | |
| Throat Irritation | Yes (No) | | | |
| Nose Bleeds | (Yes) (No) | 1 week | mild | |
| Nasal Congestion | (Yes) No | 1-2 week | severe | |
| Noises in Ears | (Yes) No | every other day | mild | |
| Hearing Loss | (Yes) No | Which Ear both | For How Long | |

| Toxic | | How Often | Intensity | Date of Onset |
|---|---|---|---|---|
| Loss of Memory | (Yes) No | often | mild | |
| Tingling Sensation in Hands/Legs | Yes (No) | | | |
| Recent Cancer | Yes (No) | Type | When Diagnosed | |
| History of Exposure to Asbestos | Yes (No) | When | | |
| History of Exposure to Radiation | Yes (No) | When | | |
| History of Exposure to Toxic Chemicals | Yes (No) | What | | When |

Page 13 of 18

EXHIBIT 50　　0080 / 747

| Skin & Allergies | | | How Often | Intensity | Date of Onset |
|---|---|---|---|---|---|
| Skin Rashes | Yes | (No) | | | |
| Skin Itching | Yes | (No) | | | |
| Psoriasis | Yes | (No) | | | |
| Eczema | Yes | (No) | | | |
| Skin Cancer | Yes | (No) | When | | |
| Recent Allergies | Yes | (No) | Describe | | |

| Neurology | | | How Often | Intensity | Date of Onset |
|---|---|---|---|---|---|
| Headaches | (Yes) | No | 1–4 per week | severe | |
| Dizziness | (Yes) | No | 1–3 per week | severe | |
| Blurred Vision | (Yes) | No | 1–5 per month | mild | |
| Numbness of Hands/Legs | Yes | (No) | | | |

| Ophthalmology | | | How Often | Intensity | Date of Onset |
|---|---|---|---|---|---|
| Eye Irritation | (Yes) | No | every day | mild | |

Psychiatric/Psychological/Stress

| | | | | | |
|---|---|---|---|---|---|
| Insomnia | (Yes) | No | Crying Spells | (Yes) | No |
| Irritability | (Yes) | No | Suicide Thoughts | (Yes) | No |
| Depression | (Yes) | No | Loss of Appetite | Yes | (No) |
| Loss of Memory | (Yes) | No | | | |

## ADDITIONAL QUESTIONS

1. Did any doctor tell you that your problem was work-related? Y (N)
   If YES, Who _____ When _____

2. Have you had any problems with your stomach in the last 10 years? Y (N)
   If YES, Describe: _____

3. Have you had any problems with lung disease and/or asthma in the last 10 years? Y (N)
   If YES, Describe: _____

4. Any surgeries? (Y) N
   If YES, Describe: elbow, brain, wrist

5. Any previous work comp claims? (Y) N
   If YES, Describe: elbow surgery
   What were the results: on going

6. Any other previous accidents? Y (N)
   If YES, Describe: _____

## HOME ENVIRONMENT

1. Please provide us with some information about your present home:
   ___ Apartment  X House  ___ Duplex  ___ Coop

2. Age of building  50+

3. Type of heating:  X forced hot air  ___ water/steam  ___ gas  ___ oil

4. How many are in your household? 3

5. Are there smokers in your apartment/household?   YES (NO)

6. Are there pets in your apartment/household?   YES (NO)
   If yes, please specify: _____

7. Do you use pesticides or anti/roach control chemicals at home? YES (NO)

8. Do you use a humidifer at home?   YES   (NO)

9. Do you have wall to wall carpeting in your home?   YES   (NO)

10. Have there been any water leaks in your home/apartment?   YES   (NO)

11. Have you noticed visible stains on the walls?   YES   (NO)

12. Visible stains on ceiling tiles?   YES   (NO)

13. Does your home/apartment have a musty odor?   YES   (NO)

14. Have you noticed mold or mildew?   YES   (NO)
    If yes, explain _____
    _____

15. Have you hade any air quality or environmental survey done in your home/apartment?   YES   (NO)
    If yes, what were the results?: _____

Page 16 of 18

0066

EXHIBIT 50

750

ACTIVITIES OF DAILY LIVING COMMONLY MEASURED IN ACTIVITIES OF DAILY LIVING (ADL) AND INSTRUMENTAL ACTIVITIES OF DAILY LIVING (IADL) SCALES*

Do you have difficulties with activities of daily living:

| ACTIVITY | EXAMPLE | NO | MODERATE | SEVERE |
|---|---|---|---|---|
| Self care Personal Hygiene | Urinating, defecating, brushing teeth, combing hair, bathing, dressing oneself, eating | ✓ | | |
| Communication | Writing, typing, seeing, hearing, speaking | | ✓ | |
| Physical Activity | Standing, sitting, reclining, walking, climbing stairs | | ✓ | |
| Sensory Function | Hearing, seeing, tactile feeling, tasting, smelling | ✓ | | |
| Nonspecialized Hand activities | Grasping, lifting, tactile discrimination | | | |
| Travel | Riding, driving, flying | | ✓ | |
| Sexual Function | Orgasm, ejaculation, lubrication, erection | | ✓ | |
| Sleep | Restful, nocturnal sleep pattern | | | ✓ |

*Adopted with changes from the American Medical Association Fifth Edition, 2004.

Page 17 of 18

0082

EXHIBIT 50     751

## THE EPWORTH SLEEPINESS SCALE

Name: Ruben Juarez
Today's date: 3/25/15          Your age (years): 45
Your sex (male = M; female = F): M

How likely are you to doze off or fall asleep in the following situations, in contrast to feeling just tired? This refers to your usual way of life in recent times. Even if you have not done some of these things recently try to work out how they would have affected you. Use the following scale to choose the *most appropriate number* for each situation:

- 0 = would *never* doze
- 1 = *slight* chance of dozing
- 2 = *moderate* chance of dozing
- 3 = *high* chance of dozing

| Situation | Chance of dozing |
|---|---|
| Sitting and reading | 3 |
| Watching TV | 3 |
| Sitting, inactive in a public place (e.g., a theater or meeting) | 3 |
| As a passenger in a car for an hour without a break | 3 |
| Lying down to rest in the afternoon when circumstances permit | 3 |
| Sitting and talking to someone | 3 |
| Sitting quietly after a lunch without alcohol | 3 |
| In a car, while stopped for a few minutes in traffic | 3 |

Thank you for your cooperation.