# EXHIBIT 52

EXHIBIT 52 772

Teresa Li (Bar No. 278779)
teresa@lawofficesofteresali.com
LAW OFFICES OF TERESA LI, PC
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone:   415.423.3377
Facsimile:   888.646.5493

Attorneys for Plaintiffs
RUBEN JUAREZ and ISELA HERNANDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, Inc., a corporation and DOES 1-20<br><br>Defendants. | Case No. 2:17-cv-003342<br><br>**DECLARATION OF JOSE VASQUEZ**<br><br>Dated Removed: May 3, 2017<br><br>*[Removed from Los Angeles County Superior Court Case No. BC650229]* |

I, Jose Vasquez, declare

1. My resident address is 8922 Nogal Avenue, Whittier, CA. If called as a witness, I could and would testify truthfully to the facts stated within this Declaration.

2. In 2012, I was an electronic technician working for Space Exploration, Inc. I worked in a lab on the first floor. Within the lab, there was another room called coating room or conformal coating room. Ruben Juarez worked in the conformal coating room. I worked in the lab but not the conformal coating room.

3. During that period of time, I know that the ventilation system was not in operation for the conformal coating machine because I could smell the chemicals as soon as I entered the conformal coating room.

DECLARATION OF JOSE VASQUEZ

EXHIBIT 52    773

4. Later the lab and conformal coating room were moved to the third floor of the facility. I could no longer smell anything in the conformal coating room there.

5. The person that was in charge of turning on the ventilation system is Francisco. I do not remember his last name.

6. I do not know how to turn on the ventilation system.

7. The lab where I worked was fine and there was no smell of chemicals.

8. At the time, I did not know what kinds of chemicals were used in the coating room. No one informed me that the chemicals were hazardous or toxic.

9. I also remember a few times when Ruben Juarez was not feeling well for unknown reasons. One time, Ruben got very dizzy and I was worried about him.

I declare under penalty of perjury under the Laws of the State of California that the foregoing is true and correct. Executed on April 10 2018 in Whittier, California.

By: *[signature]*

JOSE VASQUEZ