# EXHIBIT 53

EXHIBIT 53 775

# BEFORE THE WORKERS' COMPENSATION APPEALS BOARD

# OF THE STATE OF CALIFORNIA

RUBEN JUAREZ,

        APPLICANT,

VS.

SPACE EXPLORATION TECH. CORP.; CHUBB GROUP OF INS. CO.,

        DEFENDANTS.

CASE NO. ADJ9801824

VOLUME III

## DEPOSITION OF RUBEN JUAREZ

LOS ANGELES, CALIFORNIA

WEDNESDAY, OCTOBER 21, 2015

10:07 A.M.

**ORIGINAL**

**PERANICH REPORTING**

*Certified Shorthand Reporters*
5241 E. Santa Ana Canyon Road, Suite 100
Anaheim Hills, CA 92807
(800) 956-4784
(714) 637-3774
Fax (714) 637-3023

REPORTED BY: **DIANA ALDRICH**

CSR NO.: **12877**

EXHIBIT 53  776

```
 1     Q.    Did you settle the case?
 2     A.    I don't know what settle means.
 3     Q.    Did you get money in a lump sum to close the
 4  case?
 5     A.    Yes.
 6     Q.    How much?
 7     A.    God, I don't know the figure on the top of my
 8  head.
 9     Q.    Approximately?
10     A.    60,000 or something like that.  I'm not quite
11  sure.
12     Q.    Do you have memory problems?
13     A.    Yes.
14     Q.    Have you always had memory problems?
15     A.    No.
16     Q.    When did they begin?
17     A.    Approximately six to seven months after I
18  start working for Space Ex.
19     Q.    Do you know the causation of these memory
20  problems?
21     A.    I don't.
22     Q.    You have amended your claim for Space
23  Exploration Technologies to include additional parts of
24  the body from the original filing.  Do you recall that?
25     A.    Correct.
```

133

# REPORTER'S CERTIFICATE

I, DIANA ALDRICH, CSR #12877, a Certified Shorthand Reporter within and for the State of California, do hereby declare:

That pursuant to 2093(b) CCP, I administered the oath to the deponent;

That the foregoing deposition was taken before me at the time and place set forth and was taken down by me in shorthand and thereafter transcribed into typewriting under my direction and supervision;

That the foregoing deposition is a full, true and correct transcript of my shorthand notes so taken.

I further declare that I am neither counsel for nor related to any of the parties to said action nor in any way interested in the outcome thereof.

I declare under penalty of perjury this 30th day of October, 2015, that the foregoing is true and correct.

*Diana Aldrich*
CERTIFIED SHORTHAND REPORTER
FOR THE STATE OF CALIFORNIA