**BALABAN & SPIELBERGER, LLP**
11999 San Vicente Blvd. Suite 345
Los Angeles, CA 90049
Tel: (424) 832-7677
Fax: (424) 832-7702
Daniel K. Balaban, State Bar No. 243652
Andrew J. Spielberger, State Bar No. 120231
Tel: 424-832-7677
Fax: 424-832-7702

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual <br><br> Plaintiff, <br><br> v. <br><br> PRECISION VALVE & AUTOMATION, Inc., a corporation and DOES 1-20 <br><br> Defendants. | Case No. 2:17-cv-03342 <br><br> [Los Angeles County Superior Court Case No. BC650229] <br><br> **CERTIFICATE OF SERVICE** <br><br> Judge: Honorable Otis D. Wright II First Street Courthouse, 350 W. 1st Street Los Angeles, CA. 90012 Courtroom 5D, 5th Floor |

## SERVICE LIST
RUBEN JUAREZ , ET AL. v. PRECISION VALVE & AUTOMATION, ET AL.
CASE NO. 2:17-cv-03342

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Balaban & Spielberger, LLP, 11999 San Vicente Boulevard, Suite 345, Los Angeles, California 90049, (424) 832-7677.

1

1    I hereby certify that on September 10. 2018 I used the CM/ECF system

2  for transmittal of a Notice of Electronic Filing to all attorneys of record in this case

   registered for CM/ECF service of the filing of:

3      • **PLAINTIFFS' OPPOSITION TO DEFENDANT PRECISION VALVE &**
          **AUTOMATION, INC.'S MOTION FOR SUMMARY JUDGMENT; DECLARATION**

4         **OF GLEN STEVICK, DECLARATION OF RUBEN JUAREZ; DECLARATION OF**
          **CHRISTOPHER MENDOZA; DECLARTAION OF MANUEL GUTIERREZ;**

5         **DECLARATION OF VANESSA L. LOFTUS-BREWER**

6      • **STATEMENT OF GENUINE DISPUTES IN OPPOSITION TO MOTION FOR**
          **SUMMARY JUDGMENT**

7      • **OBJECTION TO EVIDENCE SUBMITTED IN SUPPORT OF PREVISION VALVE**
          **& AUTOMATION INC.'S MOTION FOR SUMMARY JUDGMENT**

8      • **PLAINTIFFS' EVIDENCE WITH TABLE OF CONTENTS IN SUPPORT OF**
          **PLAINTIFFS' OPPOSITION FOR MOTION FOR SUMMARY JUDGMENT**

9

10    I hereby certify that a copy of the above-listed document(s) were served

11  electronically on September 10, 2018 by clerk of this court's CM/ECF system, on the

12  following:

13  Shahrad Milanfar (SBN 201126)          Teresa Li (Bar No. 278779)
    smilanfar@bkscal.com                   teresa@lawofficesofteresali.com

14  Alex P. Catalona (SBN 200901)          **LAW OFFICES OF TERESA LI, PC**
    acatalona@bkscal.com                   315 Montgomery Street, 9th Floor

15
    **BECHERER KANNETT &**                 San Francisco, California 94104

16  **SCHWEITZER**                         Telephone: 415.423.3377

17  1255 Powell Street                     Facsimile: 888.646.5493

18  Emeryville, CA 94608
    Telephone: (510) 658-3600

19  Facsimile: (510) 658-1151

20
      I declare that I am employed in the office of a member of the Bar of California,

21
    or permitted to practice before this Court at whose direction the service was made and

22
    declare under penalty of perjury under the laws of the United States that the foregoing

23
    is true and correct.  Executed this 10th day of September 2018 at Los Angeles,

24
    California.

25

26
    Drue Balaban_____                   /s/ Drue Balaban_____

27  Name                                   Signature

28
                                           2
─────────────────────────────────────────────────
                      **CERTIFICATE OF SERVICE**
                   CASE NO.  2:17-cv-03342