Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual, <br><br> Plaintiffs, <br><br> PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20, <br><br> Defendants. | CASE NO. CV17-03342-ODW (GJSX) <br> [L.A.S.C. Case No. BC650229] <br><br> **REPLY DECLARATION OF ALEX P. CATALONA IN SUPPORT OF DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date:   October 1, 2018 <br> Time:   1:30 p.m. <br> Ctrm:   5D, 5th Floor <br> Judge:  Hon. Otis D. Wright II |

I, ALEX P. CATALONA, declare,

I am an attorney employed by the law firm of Becherer Kannett & Schweitzer, attorneys of record for defendant Precision Valve & Automation, Inc. ("PVA"). I have personal knowledge of the following facts and could competently testify to those facts if called as a witness.

1. Attached hereto as Exhibit 58 is a true and correct copy of the Court

-1-
REPLY DECLARATION OF ALEX P. CATALONA IN SUPPORT OF DEFENDANT PRECISION VALVE
& AUTOMATION, INC.'S MOTION FOR SUMMARY JUDGMENT

Reporter Certificate pages from the depositions of Ruben Juarez in this action and his prior workers' compensation action.

2. I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed on September 17, 2018 in Emeryville, California.

                                                  */s/ Alex P. Catalona*
                                                  Alex P. Catalona

**Becherer Kannett & Schweitzer**

1255 Powell St.
Emeryville, CA 94608
510-658-3600

-2-
REPLY DECLARATION OF ALEX P. CATALONA IN SUPPORT OF DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S MOTION FOR SUMMARY JUDGMENT