# EXHIBIT 58

1    I, DANA M. DAVIS, CSR #10534, RPR, a Certified
2    Shorthand Reporter within and for the State of
3    California, do hereby declare:
4        That pursuant to 2093(b) CCP, I administered the oath
5    to the deponent;
6        That the foregoing deposition was taken before me at
7    the time and place set forth and was taken down by me in
8    shorthand and thereafter transcribed into typewriting
9    under my direction and supervision;
10       That the foregoing deposition is a full, true and
11   correct transcript of my shorthand notes so taken.
12       I further declare that I am neither counsel for nor
13   related to any of the parties to said action nor in any
14   way interested in the outcome thereof.
15       I declare under penalty of perjury this ___4th___ day
16   of _____April_____, 2015, that the foregoing is
17   true and correct.
18
19
20
21                          _____
                            CERTIFIED SHORTHAND REPORTER
22                          FOR THE STATE OF CALIFORNIA
23
24
25

PERANICH REPORTING     (800) 956-4784         (714) 637-3774

```
 1   STATE OF CALIFORNIA  )
                          )   ss.
 2                        )

 3

 4        I, Catina M. Perahia, CSR No. 9731, a Certified

 5   Shorthand Reporter within and for the State of

 6   California, do hereby declare:

 7        That pursuant to 2093 (b) C.C.P., I administered

 8   the oath to the deponent;

 9        That the foregoing deposition was taken before

10   me at the time and place set forth and was taken down by

11   me in shorthand and thereafter transcribed under my

12   direction and supervision;

13        That the foregoing deposition is a full, true

14   and correct transcript of my shorthand notes so taken.

15        I further declare that I am neither counsel for,

16   nor related to, any party to said action, nor in any way

17   interested in the outcome thereof.

18        I declare under penalty of perjury this 25th day

19   of May, 2015, that the foregoing is true and

20   correct.

21

22                    _____
                      CERTIFIED SHORTHAND REPORTER
23                    FOR THE STATE OF CALIFORNIA

24

25
                                                          115
```

PERANICH REPORTING   (714) 637-3774   (800) 956-4784

# REPORTER'S CERTIFICATE

I, DIANA ALDRICH, CSR #12877, a Certified Shorthand Reporter within and for the State of California, do hereby declare:

That pursuant to 2093(b) CCP, I administered the oath to the deponent;

That the foregoing deposition was taken before me at the time and place set forth and was taken down by me in shorthand and thereafter transcribed into typewriting under my direction and supervision;

That the foregoing deposition is a full, true and correct transcript of my shorthand notes so taken.

I further declare that I am neither counsel for nor related to any of the parties to said action nor in any way interested in the outcome thereof.

I declare under penalty of perjury this 30th day of October, 2015, that the foregoing is true and correct.

_Diana Aldrich_
CERTIFIED SHORTHAND REPORTER
FOR THE STATE OF CALIFORNIA

PERANICH REPORTING     (800) 956-4784     (714) 637-3774


```
                    Certification of Court Reporter
                              Federal Jurat


        I, the undersigned, Certified Shorthand
Reporter of the State of California, do hereby
certify:
        That the foregoing proceedings were taken before
me at the time and place herein set forth; that any
witnesses in the foregoing proceedings, prior to
testifying, were placed under oath; that a verbatim
record of the proceedings was made by me using machine
shorthand which was thereafter transcribed under my
direction; further, that the foregoing is an accurate
transcription thereof.
        That before completion of the deposition, a review
of the transcript [ ] was [X] was not requested.
        I further certify that I am neither financially
interested in the action nor a relative or employee of
any attorney of any of the parties.


        IN WITNESS WHEREOF I have hereunto subscribed my
name on March 19, 2018.

                           [signature: Elizabeth Schmidt]

                           Elizabeth Schmidt
                           CSR No. 13598


                                              Page 164
```

Veritext Legal Solutions
866 299-5127

```
 1                  Certification of Court Reporter
 2                         Federal Jurat
 3
 4       I, the undersigned, Certified Shorthand
 5  Reporter of the State of California, do hereby
 6  certify:
 7       That the foregoing proceedings were taken before
 8  me at the time and place herein set forth; that any
 9  witnesses in the foregoing proceedings, prior to
10  testifying, were placed under oath; that a verbatim
11  record of the proceedings was made by me using machine
12  shorthand which was thereafter transcribed under my
13  direction; further, that the foregoing is an accurate
14  transcription thereof.
15       That before completion of the deposition, a review
16  of the transcript [ ] was [X] was not requested.
17        I further certify that I am neither financially
18  interested in the action nor a relative or employee of
19  any attorney of any of the parties.
20
21       IN WITNESS WHEREOF I have hereunto subscribed my
22  name on March 28, 2018.
23
24                    [signature]
25                    Elizabeth Schmidt, CSR No. 13598

                                             Page 343
```

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 17, 2018, a true and correct copy of **REPLY DECLARATION OF ALEX P. CATALONA IN SUPPORT OF DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S MOTION FOR SUMMARY JUDGMENT** has been served via ECF upon all counsel of record in the Court's electronic filing system.

By: /s/ Jerry Dumlao

Becherer Kannett & Schweitzer

1255 Powell St.
Emeryville, CA 94608
510-658-3600

-3-
REPLY DECLARATION OF ALEX P. CATALONA IN SUPPORT OF DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S MOTION FOR SUMMARY JUDGMENT

# CERTIFICATE OF SERVICE
**(with correction)**

The undersigned hereby certifies that on September 17, 2018, a true and correct copy of **DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** has been served via ECF upon all counsel of record in the Court's electronic filing system.

By: /s/ Jerry Dumlao

**Becherer Kannett & Schweitzer**

1255 Powell St.
Emeryville, CA 94608
510-658-3600