Alexander Hernaez (SBN: 201441)
ahernaez@foxrothschild.com
Tiana Seymore (SBN: 299189)
tseymore@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: 415.364.5540
Facsimile:  415.391.4436

Attorneys for Non-Party
SPACEX

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ AND ISELA HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, INC.,<br><br>Defendants. | Case No.: 2:17-cv-03342-ODW-GJS<br><br>Assigned for All Purposes to Magistrate Judge Gail J. Standish<br><br>**DISCOVERY MATTER: NON-PARTY SPACEX'S REPLY IN SUPPORT OF MOTION TO QUASH OR MODIFY PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION ON CAL/OSHA**<br><br>Hearing Date:  October 3, 2018<br>Time:          10:00 A.M.<br>Courtroom:     640 |

Pursuant to Federal Rule of Civil Procedure Rule 45, Non-Party SpaceX has moved to quash or modify Plaintiffs Ruben Juarez and Isela Hernandez's ("Plaintiffs") subpoena issued to Cal/OSHA on August 28, 2018 (the "Subpoena") for records pertaining to SpaceX. The Subpoena seeks confidential information involving SpaceX's employees and documents that are irrelevant to Plaintiffs' action against Precision Valve & Automation, Inc.

Plaintiffs' opposition to the motion to quash was due on September 12, 2018. Pursuant to Local Rule 7-9, Plaintiffs were required to submit a brief memorandum containing a statement of all reasons in opposition to the motion to quash.

As of September 19, 2018, Plaintiffs have not filed or served any opposition to SpaceX's motion to quash. "[F]ailure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting…of the motion." Local Rule 7-12; *see Domynique Denay Hardy et al. v. Gerber Products Company et al.*, 2018 WL 1162949, *1 (C.D. Cal. 2018) (granting discovery motion where plaintiff failed to file opposition). Accordingly, SpaceX requests that the Court consider the motion to quash to be unopposed and asks the Court to grant the motion and either quash the subpoena on Cal/OSHA or modify the subpoena to limit it to those records related to Plaintiffs, file number RID 0950635, and the PVA 350 machine.

Dated: September 19, 2018   FOX ROTHSCHILD LLP

By */s/ Tiana Seymore*
Alexander Hernaez
Tiana Seymore
Attorneys for Third Party
SPACEX