Alexander Hernaez (SBN: 201441)
ahernaez@foxrothschild.com
Tiana Seymore (SBN: 299189)
tseymore@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: 415.364.5540
Facsimile:  415.391.4436

Attorneys for Non-Party
SPACEX

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ AND ISELA HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, INC.,<br><br>Defendants. | Case No.: 2:17-cv-03342-ODW-GJS<br><br>Assigned for All Purposes to Magistrate Judge Gail J. Standish<br><br>**DISCOVERY MATTER: NON-PARTY SPACEX'S NOTICE OF WITHDRAWAL OF MOTION AND REQUEST TO VACATE HEARING**<br><br>Hearing Date: October 3, 2018<br>Time: 10:00 A.M.<br>Courtroom: 640 |

1  Non-Party SpaceX hereby withdraws without prejudice its Motion to Quash or
2  Modify Plaintiffs Ruben Juarez and Isela Hernandez's ("Plaintiffs") subpoena issued
3  to Cal/OSHA (the "Subpoena"), filed September 6, 2018. Plaintiffs have withdrawn
4  their Subpoena.
5  SpaceX respectfully requests that the Court vacate the hearing on its motion set
6  for October 3, 2018.

7  Respectfully submitted,
8  Dated: September 21, 2018  FOX ROTHSCHILD LLP
9
10  By */s/ Tiana Seymore*
11  Alexander Hernaez
    Tiana Seymore
12  Attorneys for Third Party
    SPACEX