Alexander Hernaez (SBN: 201441)
ahernaez@foxrothschild.com
Tiana Seymore (SBN: 299189)
tseymore@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: 415.364.5540
Facsimile:  415.391.4436

Attorneys for Non-Party
SPACEX

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ AND ISELA HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, INC.,<br><br>Defendants. | Case No.: 2:17-cv-03342-ODW-GJS<br><br>Assigned for All Purposes to Magistrate Judge Gail J. Standish<br><br>**DISCOVERY MATTER:**<br>**[PROPOSED] ORDER ON NON-PARTY SPACEX'S NOTICE OF WITHDRAWAL AND REQUEST TO VACATE HEARING**<br><br>Hearing Date:  October 3, 2018<br>Time:          10:00 A.M.<br>Courtroom:     640 |

 The Court vacates the hearing set for October 3, 2018 in the above-entitled matter.

 IT IS SO ORDERED.

Date: _____

                                Magistrate Judge Gail J. Standish

[PROPOSED] ORDER
111448\00031\65271585.v1

CASE NO.: 2:17-CV-03342-ODW-GJS