UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 17-3342-ODW (GJSx) | Date | October 17, 2018 |
|---|---|---|---|
| Title | Ruben Juarez, et al. v. Precision Valve and Automation | | |

| Present: The Honorable | GAIL J. STANDISH, U.S. MAGISTRATE JUDGE | |
|---|---|---|
| E. Carson | | XTR |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | | Attorneys Present for Defendant(s): |
| Daniel K. Balaban | | Alexander P. Catalona |

**Proceedings:**   Pre-Discovery Motion Telephone Conference re Parties' Email of October 11, 2018; Order

The case is called, and appearances are stated for the record.

The Court confers with counsel regarding their email which sets forth the dispute as to the number of Independent Medical Exams (IME) experts allowed to examine Plaintiff; and the scope of the questioning or testing by each IME doctor relating to Plaintiff's extensive medical history.  Based on the scope of the allegations in the Complaint, the Court holds that defendant is entitled to all medical experts necessary to adequately access plaintiff complaints of injury related to plaintiff's employment with Defendant Precision Valve Automation.  The Court also finds, however, that the total time of examination of Plaintiff should be limited absent a future showing that additional examination time is necessary.  For these reasons, as explained further on the record, the Court rules as follows:

1. The examinations to be performed by Dr. Amos and a second, as yet unidentified medical doctor shall last no more than 2 hours each;

2. The neurological testing and examination to be performed by an as yet unidentified third doctor or medical specialist shall proceed for no longer than a full day, meaning at most 8 hours of examination.

: 25

Initials of Preparer   efc

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 17-3342-ODW (GJSx) | Date | October 17, 2018 |
|---|---|---|---|
| Title | Ruben Juarez, et al. v. Precision Valve and Automation | | |

3. The parties are to work together in good faith to attempt to schedule these exams at a time convenient and posing the least amount of burden on Plaintiff.

**IT IS SO ORDERED.**

|  | : | 25 |
|---|---|---|
| Initials of Preparer | efc | |