1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BALABAN & SPIELBERGER, LLP**
11999 San Vicente Blvd., Suite 345
Los Angeles, CA 90049
Tel: (424) 832-7677
Fax: (424) 832-7702
Daniel K. Balaban, SBN 243652
Andrew J. Spielberger, SBN 120231
Kahren Harutyunyan, SBN 298449

**LAW OFFICES OF TERESA LI, PC**
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Tel: (415) 423-3377
Fax: (888) 646-5493
Teresa Li, SBN 278779

Attorneys for <u>Plaintiffs</u>

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, Inc., a corporation and DOES 1-20<br><br>Defendants. | Case No.: **2:17-cv-03342**<br><br>*Honorable Otis D. Wright II.*<br><br>**PLAINTIFFS' INITIAL EXPERT DESIGNATION** |

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

Plaintiffs, hereby provide the following designation of expert witnesses pursuant to FRE 702, 703 or 705.

Plaintiffs nominate the following categories of experts. Should new allegations or contentions be made, plaintiffs reserve the right to nominate and to call at the time of the trial such further experts as plaintiffs may deem advisable or appropriate. Plaintiffs invite any other party herein to make known to plaintiffs or their contentions or allegations not previously set forth.

## **RETAINED EXPERTS**

1.  Howard Pitchon M.D.;  [Report Provided Herein]

2.  Glen Stevick Ph.D.; [Report Provided Herein]

3.  Ed Faeder Ph.D.; [Report Provided Herein]

4.  Tamorah Hunt Ph.D. and Timothy Lanning; [Report Provided Herein**]**

## **NON RETAINED INDIVIDUALS WHO MAY PROVIDE EXPERT OPINION TESTIMONY**

Plaintiffs have not retained the following experts for the purpose of forming and expressing opinions. However, plaintiffs anticipate that the following non-retained personnel may testify regarding issues such liability, causation and/or damages:

1.     Joseph Chambers, M.D. of Facey who may testify as to the liability and the damages of the case;

2.     Shendee Teng, MD of Providence Holy Cross Medical Center who may testify as to the liability and the damages of the case;

3.      Fung-Chuan Ara G. Tilkian MD of Providence Holy Cross Medical Center who may testify as to the liability and the damages of the case;

///

**PLAINTIFFS' INITIAL EXPERT DESIGNATION**

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

4. Daniel Belayneh MD who may testify as to the liability and the damages of the case

5. Albert Ko MD of Facey who may testify as to the liability and the damages of the case;

6. Kim Grace MD of Facey who may testify as to the liability and the damages of the case;

7. Kevin Vuong, MD of Facey who may testify as to the liability and the damages of the case;

8. Herrera-Espinoza Haydee MD of Facey who may testify as to the liability and the damages of the case;

9. Tam Te MD of Facey who may testify as to the liability and the damages of the case;

10. Palmer MD of Dignity Health Northridge Hospital who may testify as to the liability and the damages of the case;

11. DeLa Lama MD of Dignity Health Northridge Hospital who may testify as to the liability and the damages of the case;

12. Marcel Maya MD of Cedars Sinai who may testify as to the liability and the damages of the case

13. Asma M. Moheet MD of Cedars Sinai who may testify as to the liability and the damages of the case;

14. Michael J. Alexander MD of Cedars Sinai who may testify as to the liability and the damages of the case;

**PLAINTIFFS' INITIAL EXPERT DESIGNATION**

15. Ashish D. Patel MD of Cedars Sinai who may testify as to the liability and the damages of the case;

16. Penelope G. Kornbluth RN of Cedars Sinai who may testify as to the liability and the damages of the case;

17. Omotola E. Johnson MD of Cedars Sinai who may testify as to the liability and the damages of the case;

18. Michael Alyesh MD of Cedars Sinai who may testify as to the liability and the damages of the case;

19. Karen Altman MD of Cedars Sinai who may testify as to the liability and the damages of the case;

20. Rachel C. Pearl MD of Cedars Sinai who may testify as to the liability and the damages of the case;

21. Shlee S. Song of Cedars Sinai who may testify as to the liability and the damages of the case;

22. Marcel Maya MD of Cedars Sinai who may testify as to the liability and the damages of the case;

23. Barry D. Pressman MD of Cedars Sinai who may testify as to the liability and the damages of the case;

24. Shervin Eshaghian, MD of Cedars Sinai who may testify as to the liability and the damages of the case;

25. Ronald Lang, MD of Cedars Sinai who may testify as to the liability and the damages of the case;

26. Jay Jurkowitz MD of Cedars Sinai who may testify as to the liability and the damages of the case;

**PLAINTIFFS' INITIAL EXPERT DESIGNATION**

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

27. Robert D. Sacks MD of Cedars Sinai who may testify as to the liability and the damages of the case;

28. Mgnnam MD of Digital Health Northridge Hospital who may testify as to the liability and the damages of the case:

29. Susan Kranzpiller MD of Facey who may testify as to the liability and the damages of the case;

30. Chris Aghayan MD of Facey who may testify as to the liability and the damages of the case;

31. Donald Downs MD of Facey who may testify as to the liability and the damages of the case;

32. Ravi Prasad of Cedars Sinai who may testify as to the liability and the damages of the case;

33. Mody Cyrus K. MD of Cedars Sinai who may testify as to the liability and the damages of the case;

34. Robert O. Ruder MD of Cedars Sinai who may testify as to the liability and the damages of the case;

35. Steven Rudd MD of Cedars Sinai who may testify as to the liability and the damages of the case;

36. Mario Salazar Escudero RN of Cedars Sinai who may testify as to the liability and the damages of the case;

37. Elizabeth Homan RN of Cedars Sinai who may testify as to the liability and the damages of the case;

38. Dayle Robson MD of Cedars Sinai who may testify as to the liability and the damages of the case;

**PLAINTIFFS' INITIAL EXPERT DESIGNATION**

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

39. Bernard Tansman of Cedars Sinai who may testify as to the liability and the damages of the case;

40. James Tourje MD of Cedars Sinai who may testify as to the liability and the damages of the case;

41. Sari M. Cuervo RN of Cedars Sinai who may testify as to the liability and the damages of the case;

42. Gregory Castillo MD of Facey who may testify as to the liability and the damages of the case;

43. David Shaw MD of Facey who may testify as to the liability and the damages of the case;

44. Anthony J. Loffredo MD of Cedars Sinai who may testify as to the liability and the damages of the case;

45. Lindsey Christie RN of Cedars Sinai who may testify as to the liability and the damages of the case;

46. Menahem Maya MD of Cedars Sinai who may testify as to the liability and the damages of the case;

47. Lana L Milton MD of Cedars Sinai who may testify as to the liability and the damages of the case;

48. Ronald Andiman MD of Cedars Sinai who may testify as to the liability and the damages of the case;

49. Atul Sharma of Facey who may testify as to the liability and the damages of the case;

50. Lloyd Wagnes of Facey who may testify as to the liability and the damages of the case;

**PLAINTIFFS' INITIAL EXPERT DESIGNATION**

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

51. Zack Rassmussen of Cedars Sinai who may testify as to the liability and the damages of the case;

52. Vahe Mooradian MD of Facey who may testify as to the liability and the damages of the case;

53. Connie Yi Kim RN of Cedars Sinai who may testify as to the liability and the damages of the case;

54. Alan J Coe MD of Cedars Sinai who may testify as to the liability and the damages of the case;

55. Madhavi Lekkala MD of Facey who may testify as to the liability and the damages of the case;

56. Douglas Prisco MD of Facey who may testify as to the liability and the damages of the case;

57. Rabin Nikjoo MD of PHCMC who may testify as to the liability and the damages of the case;

58. Carrole Lewis RN of PHCMC who may testify as to the liability and the damages of the case;

59. Gregory Paranay MD of PHCMC who may testify as to the liability and the damages of the case;

60. Rinka Shiraishi RN of Cedars Sinai who may testify as to the liability and the damages of the case;

61. Dayle D Robson of Cedars Sinai who may testify as to the liability and the damages of the case;

62. Jaime A Diaz MD of PHCMC who may testify as to the liability and the damages of the case;

**PLAINTIFFS' INITIAL EXPERT DESIGNATION**

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

63. Michael Pecoraro RN of PHCMC who may testify as to the liability and the damages of the case;

64. Nichole K Crouch RN of PHCMC who may testify as to the liability and the damages of the case;

65. Christopher Hougen MD of Facey who may testify as to the liability and the damages of the case;

66. Martin Applebaum of Facey who may testify as to the liability and the damages of the case;

67. Magued Beshay MD of Facey who may testify as to the liability and the damages of the case;

68. Dharmesh Patel of Facey who may testify as to the liability and the damages of the case;

69. David Shaw MD of Facey who may testify as to the liability and the damages of the case;

70. Youssef Youssef MD of Facey who may testify as to the liability and the damages of the case;

71. Kevin Vuong MD of Facey who may testify as to the liability and the damages of the case;

72. Meredith R D'Anna RN of PHCMC who may testify as to the liability and the damages of the case;

73. Jamie A Diaz MD of PHCMC who may testify as to the liability and the damages of the case;

74. Barry Wilen MD of PHCMC who may testify as to the liability and the damages of the case;

**PLAINTIFFS' INITIAL EXPERT DESIGNATION**

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

75. Jong Lee MD of Facey who may testify as to the liability and the damages of the case;

76. Daniel Brison MD of Facey who may testify as to the liability and the damages of the case;

77. Colin W Stokol MD of Cedars Sinai who may testify as to the liability and the damages of the case;

78. Edwin C. Amos, III M.D. who may testify as to the liability and the damages of the case;

79. James High, who may testify as to the liability and the damages of the case; and

80. David Lechuga, who may testify as to the liability and the damages of the case;

81. Ronald Zlotolow M.D., who may testify as to the liability and the damages of the case;

82. Ronald Andiman, who may testify as to the liability and the damages of the case;

83. Steven Schenkel, who may testify as to the liability and the damages of the case;

84. David Alessi, who may testify as to the liability and the damages of the case;

85. Jacob Offenberger, who may testify as to the liability and the damages of the case;

86. Jong Charles C. Lee, who may testify as to the liability and the damages of the case; and

87. Abyi Kortan, who may testify as to the liability and the damages of the case.

**PLAINTIFFS' INITIAL EXPERT DESIGNATION**

88. Thomas Curtis, who may testify as to the liability and the damages of the case.

Plaintiffs reserve the right to call such other percipient experts and/or witnesses, the necessity for which may be made by unexpected or surprising testimony by experts for the Petitioners and/or responses to discovery still outstanding as is permitted by the statute. Moreover, plaintiffs reserve the right to call other experts, and specifically reserve all rights conferred by CCP §§ 2034.310, 2034.610 and 2034.620. Plaintiffs expressly reserves the right to retain and call at the time of trial additional and other prospective witnesses in the event that deposition testimony from the various experts designated by other parties to this lawsuit should make such further action necessary in the interest of fairness and justice. Plaintiffs reserve the right to supplement, augment, alter, withdraw, and add experts and reports as discovery requires up and through the time set for trial.

DATED: October 29, 2018                    BALABAN & SPIELBERGER, LLP


                                           /s/ Vanessa Loftus-Brewer
                                           Daniel K. Balaban
                                           Andrew J. Spielberger
                                           Vanessa L. Loftus-Brewer
                                           Attorneys for Plaintiffs

**PLAINTIFFS' INITIAL EXPERT DESIGNATION**

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

# EXPERT REPORT OF

# HOWARD PITCHON M.D.

## I. INTRODUCTION

I, HOWARD PITCHON, M.D., have been retained by Plaintiffs in this matter to render medical opinions on the cause of Ruben Juarez' injuries. Based on my review of medical records, toxicologist reports, and appointment with Ruben Juarez, the declaration of Ed Faeder, my education, training, research experience, I hereby provide the following opinions and discuss the bases therein below:

1. Ruben Juarez' symptoms are caused by toxic exposure to chemicals.

2. The medical history of Ruben Juarez shows that, to a reasonable medical probability, Ruben Juarez' conditions were caused by the toxic chemical exposure while he was working at Space Exploration Technologies.

Based on statements made by Ruben Juarez, Mr. Juarez worked at Space Exploration Technologies from 2012 to March 26, 2014, which caused toxic exposure to the following chemicals: Arathane® 5750A, Arathane® 5750B, Arathane® 5750A/B, Humiseal®, Humiseal® thinner 521, and Isopropyl Alcohol ("IPA"). The exposure to toxic chemicals as set forth in the Declaration of Ed Faeder caused Mr. Juarez' injuries.

## II. BACKGROUND/QUALIFICATIONS

I am a medical doctor who specializes in infectious diseases and internal medicine. I am board-certified in both internal medicine and infectious diseases. I was the Clinical Chief of Infectious Disease at Cedars-Sinai Medical Center from 1991 to 1995. I am a member of several professional organizations and have authored or co-authored numerous medical publications. I currently have a practice in Los Angeles, California treating patients with infectious diseases. My practice also includes internal medicine. Furthermore, I offer consultation to hospitals and physicians at various locations including Cedars-Sinai Medical Center. Additionally, I offer medical/legal consultation. Attached as Appendix 1 is a copy of my Curriculum Vitae, and attached as Appendix 2 is a list of my previous testimony for the past four years and attached as Appendix 3 is my fee schedule for litigation1•

I received a B.S. degree from the University of Michigan in 1968 and a M.D., from Jefferson Medical College in 1972, graduating magna cum laude. My post-graduate training began at Harbor General Hospital in Torrance, CA, where I worked as a medical intern and resident in internal medicine. I then worked as a clinical associate at the United States Public Health Service, a branch of the National Cancer Institute in Bethesda, MA. After my time at the National Cancer Institute, I returned to Harbor General Hospital in Torrance, CA where I participated in a fellowship in infectious diseases.

Over the last 30 years or so I have been appointed to academic positions
and/or professorships at various hospitals, including Cedars-Sinai, VA Wadsworth
Medical Center, Monmouth Medical Center, and UCLA School of Medicine.
While I was an assistant attending physician at Monmouth Medical Center in Long
Branch, New Jersey I was involved specifically in pediatric infectious disease.
Over the course of my career I have significant training and experience in pediatric
infectious disease. I have served as a consultant to other physicians and hospitals
regarding the diagnosis of infectious disease.  I have diagnosed many cases of viral
and/or bacterial infections both as a consultant and as a primary care physician in
my private practice.

## III.   MATERIALS REVIEWED AND KNOWN TO DATE

I have reviewed the following case-specific materials in preparation for my
testimony:

1. Appointment with Ruben Juarez on October 27, 2018 for 2.5 hours at
which time a history and physical examination were performed.

2. Medical Records of Ruben Juarez;

3. Toxicologist Reports; and

4. Expert Declaration of Ed Faeder.

In addition to the case specific materials I reviewed, I base my opinions on
various published articles and literature that I have reviewed over the course of my
career, some of which are listed in Exhibit 1 as well as my education, training,
research, and experience.  All of my opinions rendered in this report are made with
a reasonable degree of medical certainty.  This report does not contain all of the
opinions that I hold in this case and I reserve the right to supplement my opinions,
if and when, additional information becomes available.

## IV.   MEDICAL HISTORY/FACTS

Ruben Juarez (DOB 1/9/1970), a 42-year-old previously healthy married
man, began working for Space Exploration, Inc. on January 16, 2012.

About seven months after working for Space Exploration, on June 27, 2012,
Juarez presented to Providence Holy Cross Medical Center urgent care for anxiety
and palpitations with feeling of presyncope.  Juarez was later transferred to Holy
Cross Hospital and was discharged.

In the next seven months, Juarez made frequent visits to doctors for sinus
issues and headache.  His physician, without performing any diagnostic studies at
that time, treated him with antibiotics.  When this failed to be effective, he was

given either another antibiotic or a higher does of the antibiotic and an antihistamine. Ultimately, he saw an ENT physician who felt that there was no evidence for a sinus infection. He subsequently developed vertigo and later tinnitus.

Then on January 7, 2013, he was diagnosed with 9 mm un-ruptured right anterior communicating artery cerebral aneurysm by Dr. Palmer at Digital health Northridge Hospital. He was immediately transferred to Cedars Sinai for coiling. On January 8, 2013, Dr. Michael J. Alexander, a neurosurgeon, performed endovascular coil embolization of the non-ruptured anterior communicating artery aneurysm. The coiling was successful; however, Juarez continued to complain headache.

After the coil embolization, Juarez continued to complain persistent headache: first low grade then developed into severe headache, and as a result, he made frequent visits to urgent care, ERs, and hospitals. In addition, he reported to have difficulty with sleep, awakening in the morning not knowing where he was, was jumping out of bed and almost sleepwalking, became forgetful, blurred vision. CT scan of the brain showed no evidence of subarachnoid hemorrhage.

On January 15, 2013, Juarez was hospitalized in Cedars Sinai for 4 days and reported to have persistent headache and fatigue both before and after the surgery. He also felt dissociation between mind and body, as if he is there, but he is not really there. He stated that he had episode of sleepwalking, confused at times, and his balance was off with blurry vision. There, two neurologists and a cardiologist were consulted and subarachnoid hemorrhage and cardioembolic source of embolism were ruled out. He was seen by an ophthalmologist but there was no definite neuroophthalmology diagnosis.

Juarez's severe headache and dizziness persisted and frequent sinus issues and he continued to make frequent doctor visits. On March 4, 2013, he was noted to have difficulty recalling specific names of people following him for his conditions.

From March 13, 2013, Juarez was hospitalized at Cedars Sinai for 9 days for severe and prolonged headache with nausea, photophobia, and dizziness. During the hospitalization, neurologist Dr. Cyrus Mody notes that on neurological exam, he does have significant cervical paraspinal muscle and trapezius spasm. ENT was consulted but determined that it was not an ENT issue. Dr. Michale Alyesh notes that "It was unclear if this headache was related to the aneurysm or not."

Juarez continued to have severe headache and dizziness. He also started having chest pain. But on May 23, 2013, Dr. Shervin Eshaghian, a cardiologist

from Cedars Sinai notes "from a cardiac perspective his chest pain is atypical." His CT scan of his brain shows "no evidence for subarachnoid, subdural or intraventricular hemorrhage."

On July 15, 2013, Juarez was hospitalized for 6 days at Cedars Sinai for headache. He stated "I feel like my head is going to explode." Dr. Alexendar personally reviewed the CT of his brain and notes "no evidence of subarchnoid hemorrhage or hydrocephalus." Psychiatry was consulted and he was diagnosed with depression. On July 18, 2013, Juarez began seeing Dr. Ronald Andiman for headache management. Dr. Andiman diagnosed him with chronic migraine, analgesic rebound, and reactive depression. Dr. Andiman thought the overuse of medication may be playing a role in the persistence of the headache and stopped all narcotic medication and it was estimated that at 3-5 days in, Juarez would become headache free. Juarez reduced and stopped narcotic medication; however, his migraine persists.

On March 27, 2014, Juarez stopped working at Space Exploration.

On June 12, 2014, he was hospitalized at Cedars Sinai for 2 days for intractable headaches. Dr. Andiman recommended reinstating treatment with DHE for a more sustained period of time in order to break the headache cycle but Juarez was reluctant to do this. Psychiatry was consulted and Juarez stated occasionally he had suicidal ideation when his headaches were quite severe. Psychiatrist Alan Coe diagnosed him with "significant depression and anxiety, all of which appear to be secondary to his physical problems which have rendered him unable to work or really to enjoy his life." He was diagnosed with major depressive disorder, recurrent, and generalized anxiety disorder. Juarez agreed to stop all narcotics.

On September 10, 2014, it is the first medical note where chemical exposure was referenced. It states, "someone at work was cleaning electrical stuff and started having headaches after that."

Juarez continued to visit ER and urgent care for persistent severe migraine and sleep issue. In late May of 2015, he developed mild epigastric abdominal discomfort and was seen multiple times at Facey Medical Group urgent care. Pantroprazole and omeprazole were discontinued per physician's order. However, the abdominal pain continued.

On July 10, 2015, Juarez's brain MRA performed at Cedars Sinai shows normal status post coil embolization. Juarez had an electro-encephalogram done on August 2, 2016 and the result was normal. His EEG on November 9, 2016 was normal. On November 10, 2016, Dr. Eshaghian (cardiologist) notes that Juarez's

symptoms don't seem to be cardiac in origin. On December 1, 2016, Dr. Andiman agrees with Dr. Alexander's conclusion that Juarez's aneurysm did not grow from 1.5 to 4.4 mm, contrary to the initial thought by other doctor.

During a 7-day hospitalization at Cedars Sinai from 2/10/17 to 2/17/17, Dr. Andiman notes that Juarez "has taken occasional doses of opioid medication at home but has never abused such medication." Dr. Andiman diagnosis include "Juarez has chronic migraine with associated cervical myofascial pain and occipital neuralgia. Recurrent epigastric pain and other abdominal pain. Dizziness, sometimes a sense of lightheadedness and other times a sense of vertigo. Shortness of breath, low endurance, sense of generalized weakness. Juarez is anxious and his behavior suggests obsessive behaviors as well, corroborated by his psychiatrist."

Juarez continues to have severe and chronic migraine even though his radiologist and Dr. Andiman felt no change in the aneurysm. Juarez continues to be hospitalized for severe headache. Dr. Andiman has been managing Juarez's headache.

## V. Opinions

Based on my history and physical examination of Mr. Juarez, review of his medical records, review of the toxicologist's reports, review of the Declaration of Edward Faeder, Ph.D. and indicated literature, I have formulated the following opinions due to a reasonable degree of medical certainty:

1. Mr. Juarez's chronic neurologic problems of recurrent disabling headaches that have required intermittent hospitalization for control, dizziness/vertigo, memory and cognitive difficulties with associated nausea, increased fatigue and tiredness are related to his toxic exposure to the above listed chemicals to a reasonable degree of medical certainty.
2. Mr. Juarez's respiratory problems of head congestion, dry non-productive cough, shortness of breath, and intermittent chest pains are related to his toxic exposure to the above listed chemicals to a reasonable degree of medical certainty.
3. Mr. Juarez appears to have depression and anxiety for which he is receiving multiple medications related to the overall ongoing chronic medical conditions as noted above to a reasonable degree of medical certainty.

4. Mr. Juarez is unable to work due to his multiple chronic medical conditions which have been disabling related to their persistent, relentless course and the inability to control these problems medically which again is related to the toxic exposure to the above listed chemicals to a reasonable degree of medical certainty.

5. Mr. Juarez's prognosis for recovery from the toxic exposure to the listed chemicals appears to be poor, less than 50%, in view of the prolonged 6 year course with still no adequate control of his medical problems.


I declare under penalty of perjury that the foregoing is true and correct. Executed on October 29, 2018.

Howard Pitchon, M.D.

**HOWARD PITCHON, M.D.**
**8920 Wilshire Boulevard**
**Suite 330**
**Beverly Hills, California 90211**
**(310) 657-3719**

DIPLOMATE, AMERICAN BOARD OF INTERNAL MEDICINE
DIPLOMATE, AMERICAN BOARD OF INFECTIOUS DISEASE

**To Whom It May Concern:**

**Re: Professional Services:**

**The following are my expert witness fees:**

1) **Review of medical records, review of depositions and any other materials pertaining to the case, conferences with the attorney @ $500.00/ hr.**

2) **Deposition @ $ 750.00/hr.**

3) **Appearance in court:**
   a) **Half a day $3,500.00**
   b) **Whole day $6,500.00**

4) **Retainer fee $5000.00**

**Please do not hesitate to contact me @ 310-657-3719 if there are any further questions.**

**Thank you.**

**Sincerely,**

**Howard Pitchon, M.D.**

# CURRICULUM VITAE

## HOWARD PITCHON, M.D.

**Born:**  October 4, 1946
Philadelphia, PA

**Citizenship:**  U.S.A
**Marital Status:**  Married
**Education:**  University of Michigan, Ann Arbor, MI
B.S. – 1968

Jefferson Medical College, Philadelphia, PA
M.D. – 1972, Magna cum laude

**Awards:**  Physiology Prize – 1969
Pathology Prize – 1970
Lange Medical Publication Award – 1969
Mosby Book Award – 1972

**Postgraduate Training:**  Harbor General Hospital, Torrance, CA
Straight Medical Internship, 1972 – 1973

Harbor General Hospital, Torrance, CA
Resident in Medicine, 1973 – 1974

U.S. Public Health Service, National Institutes of Health,
National Cancer Institute, Metabolism Branch, Bethesda, MD,
Clinical Associate, 1974 – 1975

Harbor General Hospital, Torrance, CA, Fellowship in Infectious
Diseases, 1975 – 1977 and VA Wadsworth Medical Center,
Los Angeles, CA.

**Appointments:**  Director, Adult Ambulatory Care, Department of Emergency
Medicine, Harbor General Hospital, Torrance, CA. 1977 –1978

Staff Physician, Department of Infectious Diseases, Harbor
General Hospital, Torrance, CA. 1977 – 1978

Assistant Professor of Medicine, UCLA School of Medicine,
Los Angeles, CA. 1977 – 1980

# CURRICULUM VITAE

### HOWARD PITCHON, M.D.

Page 2

## *Appointments*

**(Continued)**

Research Associate, VA Wadsworth Medical Center, Los Angeles, CA. 1977 – 1980

Professional Staff Association of Harbor – UCLA Medical Center, 1977 – 1980

Assistant Attending in Medicine, Monmouth Medical Center, Long Branch, N.J. 1980 – 1985

Chairman, Infection Control, Monmouth Medical Center, Long Branch, N.J. 1980 – 1985

Chief, Infectious Disease Section Department of Medicine, Monmouth Medical Center, Long Branch, N.J. 1980 – 1985

Associate Attending in Infectious Disease, Cedars – Sinai Medical Center, 1985 – 1989
Attending in Infectious Disease, Cedars – Sinai Medical Center, Los Angeles, CA, 1989 to present
Clinical Chief, Infectious Diseases, Cedars-Sinai Medical Center, 1991-1995
Attending in Infectious Disease, Southern California Hospital at Culver City (formerly Brotman Medical Center) 1985 to present

## *Professional*

**Societies:**

Alpha Omega, Alpha – 1971
American College of Physicians – 1977
American Society of Microbiology – 1977
American Federation for Clinical Research – 1975
Infectious Disease Society of America – 1977

**Licensure:**

California, 1973

**Certifications:**     American Board of Internal Medicine – 1975
American Board of Internal Medicine,
Sub-specialty in Infectious Diseases – 1978

## *Committees*

Infection Control Committee, Monmouth Medical Center 1980-1985

Antibiotic Utilization Review Committee, Cedars-Sinai Medical Center, 1986 – present

Infection Control Committee, Cedars-Sinai Medical Center, 1986 – 2000

Infection Prevention Committee, Southern California Hospital at Culver City(formerly Brotman Medical Center), 2001-2005; 2007 – present

Pharmacy and Therapeutics Committee, Southern California Hospital at Culver City(formerly Brotman Medical Center), 2011-to present

## *Publications*

1. Bayer AS, Pitchon HE. Hall RW, Mayer WP, Yoshikawa TT, and Guze LB. Infective endocarditis following human-to human transmission of group D Streptococcus. Arch Int Med. 136:1173-1174. 1976.

2. Bayer AS. Targan SR. Pitchon HE. and Guze LB. Miliary pulmonary infiltrates and hypoxemia- an unusual manifestation of Dilantin toxicity. Ann Intern Med 85;475-746,1976.

3. Nelson DL. Bundy BM Pitchon HE, Blaese RM, and Strober W. The effector cells in human peripheral blood mediating mitogen-induced cellular cytotoxicity and antibody-dependent cellular cytotoxicity . J Immunol 11 7-1482, 1976.

4. Edwards JE, Jr, Tillman D.,Miller MM, and Pitchon HE: Infections in diabetics. West J. Med 130;515-521, 1979.

5. Pitchon HE and Sorrell TC: Infections in Immunocompromised hosts in Infectious Diseases-Diagnosis and Management, TT Yoshikawa, AW Chow and LB Guze (eds). Houghton-Mifflin, Boston, 1980.

6.  Pitchon HE: Spirochetal Diseases in Infectious Diseases- Diagnosis and Management, TT Yoshikawa, AW Chow and LB Guze (eds), Houghton-Mifflin, Boston, 1980.

7.  Pitchon HE: Vaccination and Immunotherapy in Infectious Diseases-Diagnosis and Management, TT Yoshikawa, AW Chow and LB Guze (eds), Houghton-Mifflin, Boston, 1980.

8.  Pitchon, HE, Glassock RJ. Kalmanson G. Guze LB: Experimental pyelonephritis: The effect of T-Cell deficiency on the course of hematogenous enterococcal pyelonephritis in the mouse. Amer. J. Path.115:25-30, 1984

9.  D'Amato, CR, Grossman, RB, Pitchon, HE: Hematogenous osteomyelitis of the tarsal navicular bone. J Med Soc New J. 82:644-647, 1985

10. Bello, EF, Posalski, I, Pitchon, HE, Bayer, AS: Fasciitis and abscesses complicating liposuction. West J. Med 148:703-706, 1988.

11. Walts, AE, Pitchon, HE: Pneumocystis carinii in FNA of the thyroid. Diagnostic Cytopathology, 7:615-617, 1991.

12. Meyer, RD, Gaultier, CR, Yamashita, JT, Babapour, R, Pitchon, HE, Wolfe, PR: Fungal sinusitis in patients with AIDS: report of 4 cases and review of the literature. Medicine, 73:69-78, 1994.

13. Meyer, RD, Gaultier, CR, Yamashita, JT, Babapour, R, Pitchon, HE, Wolfe, PR: Fungal sinusitis in AIDS, report of 4 cases. Clinical Research, 42:106A, 1994.

14. Leo, YS, Pitchon, HE, Messler, G, Meyer, RD: Bronchiolitis obliterans organizing pneumonia in a patient with AIDS. Clin. Inf. Dis., 18:921-924, 1994.

15. Mow, WS, Abreu-Martin, M, Papadakis, KA, Pitchon, HE, Targan, SR, Vasiliauskas, EA: High incidence of anergy in inflammatory bowel disease patients limits the usefulness of PPD screening before infliximab therapy. Clin. Gastroenterol. Hepatol., 2:309-313, 2004.

# HOWARD PITCHON, M.D.

**8920 Wilshire Boulevard**
**Suite 330**
**Beverly Hills, California 90211**
**(310) 657-3719**
**(310) 657-1017 Fax**
**DIPLOMATE, AMERICAN BOARD OF INTERNAL MEDICINE**
**DIPLOMATE, AMERICAN BOARD OF INFECTIOUS DISEASE**

## Prior Testimony

During the past four years Dr. Pitchon has provided testimony at deposition and/or trial in the following litigations:

- *Holly Dann v. San Fernando Valley Group, et al* (Los Angeles County Superior Court, 2014)[1]

- *Pekarovics v. Buch* (Los Angeles County Superior Court, 2014)

- *Margaret Newsome v. Timothy Katzen* (Los Angeles County Superior Court, 2014)

- *William Bivens, et al.v. HealthCare Partners Medical Group, et al.* (Los Angeles Superior Court, 2014)

- *Guzman v. Kaiser Foundation Hospitals, et al.* (Kaiser Binding Arbitration 2014)

- *Kris Krishnan v. Specialty Laboratories, Inc.* (Workman's Compensation Appeals Board, 2014)

- *Theresa Murray v. Terry Cole* (Ventura County Superior Court, 2014)

- *Avedisian v. Merced-Benz, USA, LLC* (United States District Court, Los Angeles, 2014)

- *Ida Waksberg v. Saint John's Hospital, et al.* (Los Angeles County Superior Court, 2014)

- *Liu v. College Hospital, Inc., et al.* (Los Angeles County Superior Court, 2015)

- *Ruth Rivera v. Foster Farms, et al.* (Los Angeles County Superior Court, 2015)

- *Silvia Zarantonello and Oscar Zarantonello v. Torrance Memorial Medical Center and Torrance Home Health and Hospice* (Los Angeles County Superior Court, 2015)

- *Tracey E. Pratt & Larry S. Pratt v. Ervin P. Ruzics, M.D.: Edward E. Aston, IV, M.D et al.* (Orange County Superior Court 2015)

- *Goth v. Luis Kobashi* (Orange County Superior Court 2015)

---

[1] The year listed in each bullet refers to the year in which Dr. Pitchon's testimony was given, not necessarily the year in which the case was filed.

**PRIOR TESTIMONY**

HOWARD PITCHON, M.D.

Page 2 of 4

- *Alexandra Lebedeff v. Embassy Suites Management, LLC* (Los Angeles County Superior Court, 2015)

- *Paul Magiera, Special Administrator of the estate of John Magiera, Deceased v. Northshore University Healthsystem, et al.* (Circuit Court of Cook County, Illinois County, 2015)

- *Narvaez v. Garden Grove Hospital* (Orange County Superior Court 2015)

- *Volkel v. Colman, M.D.* (Los Angeles County Superior Court, 2015)

- *Laks v. Regents of the University of California* (Los Angeles County Superior Court, 2015)

- *Vokel v. Colman, M.D.* (Los Angeles County Superior Court, 2016) (BC 524074)

- *Robertson v. McNeil-PPC, et al.* (C.D. Cal., 2016) (11-cv-09050)

- *Victor Person v. OrthoMcNeil Janssen Pharmaceuticals, Inc., et al.* (C.D. Cal., 2016) (2:11-cv-03333)

- *Emil Rutenberg v. OrthoMcNeil Janssen Pharmaceuticals, Inc., et al.* (C.D. Cal., 2016) (2:12-cv-08744)

- *Katherine Jeannie West v. OrthoMcNeil Janssen Pharmaceuticals, Inc., et al.* (C.D. Cal., 2016) (8:12-cv-01657)

- *Chaidez/Zuniga v. Ciceno, et al.* (Circuit Court of Cook County, Illinois, 2016) (12 L 7294)

- *John I. Handal v. Henry Chan Myint Yee, M.D.* (Los Angeles County Superior Court, 2016) (GC 050114)

- *Paul Magiena, Special Administrator of the Estate of John Magiena, Deceased v. Northshore University Health System, et al.* (Circuit Court of Cook County, Illinois, 2016) (12 L 13753)

- *Jazmine Domenzain v. Bruce Hicke, D.D.S., et al*. (Los Angeles County Superior Court, 2016) (BC 543252)

- *White v. Trovato, et al.* T(San Diego County Superior Court, 2016) (37-2014-00021832)

- *Jones v. Moy, M.D.* (Los Angeles County Superior, 2016) (BC 541858)

- *Clark v. Bakersfield Heart Hospital, et al.* (Los Angeles County Superior Court, 2016) (BC 513780)

- *Alai, M.D. and Nabili v. Barbara Ha-Sui Shang, M.D.* (Orange County Superior Court, 2016) (30-2012-00591704)

- *Larkin v. Regents of the University of California, et al.* (Los Angeles County Superior Court, 2016) (BC 567144)

**PRIOR TESTIMONY**

HOWARD PITCHON, M.D.

Page 3 of 4

- *Carillo v. Alvarez, M.D., et al.* (Kern County Superior Court, 2016) (S-1500-cv 278424)

- *Shaheroz Piredina Ramzan v. The BMW Group, et al.* (Los Angeles County Superior Court, 2016) (BC 501570)

- *Camarena v. Western Medical Center, Anaheim, et al.* (Orange County Superior Court, 2016) (30-2015-00771101)

- *Biloto v. Go, et al.* (Circuit Court of Cook County, Illinois, 2017) (13 L 10803)

- *Fountain v. Desert Regional Medical Center, et al.* (Riverside County Superior Court, 2017) (INC 1302256)

- *Victoria v. Leviton, et al.* (Los Angeles County Superior Court, 2017) (BC 541698)

- *Keltner Family Trust, et al. v. Californian-Magnolia Convalescent Hospital, Inc., et al.* (Riverside County Superior Court, 2017) (RIC1410295)

- *Torres v. The Regents of the University of California aka UCLA Medical Center, et al.* (Los Angeles County Superior Court, Santa Monica, 2017) (SC 123494)

- *Michael Praten v. IHA, et al.* (Circuit Court for the County of Washtenaw, Michigan, 2017) (16-006-NM)

- *High v. Mount Sinai Hospital, et al.* (N.D. Ill. 2017) (2014 L9841)

- *Van Acker v. Regents of the University of California, et al.* (Orange County Superior Court, 2017) (30-2015-00814741)

- *Ken Abalos, et al. v. Mountain View Regional Medical Center, et al.* (County of Dona Ana, Third Judicial District, New Mexico, 2017) (D 307 CV 2014 00101)

- *Lunasco v. St. Jude Medical Center, et al.* (Orange County Superior Court, 2017) (30-2013-00653823)

- *Middleton v. Hollywood Health Center, et al.* (Los Angeles County Superior Court, 2017) (BC 595760)

- *Cotton v. Adam Lee, D.O. and EM Strategies, Ltd.* (Circuit Court of Twelfth Judicial Circuit, Will County, Illinois, 2017) (14 L 00563)

- *Rita Cooper vs. Mathew Smith, M.D.* (Circuit Court of Boone County, Missouri, 2017) (15BA-CV00590)

- *Quinten Buschschulte v. Mark Box, M.D., et al.* (Circuit Court of Jackson County, Missouri, 2017) (1616-CV08612-Div. No. 16)

- *Ahmad Rafifar, et al. v. Sanjeev Kumar Seth, M.D., et al.* (Los Angeles County Superior Court, 2018) (BC608234)

**PRIOR TESTIMONY**

HOWARD PITCHON, M.D.

Page 4 of 4

- *Pedro Gonzalez v. Ricardo E. Chambi, M.D., et al.* (Los Angeles County Superior Court, 2018) (BC557013)

- *Danguole Laurinaviciene v. Robert Erickson, M.D., et al.* (Cook County Circuit Court, Illinois, 2018) (2013L013218)

- *Alaniz, et al. v. Citrus Valley Medical Center-QV Campus, et al.* (Los Angeles Superior Court, 2018) (BC530626)

- *Bonnie J. Smith v. Board of Regents of UNM* (County of Bernalillo, Second Judicial District, New Mexico, 2018) (D-202-cv-2016-00370)

- *John Mathews by and through His Successor, et al. v. Pomerado Inc., et al.* (San Diego County Superior Court, 2018) (37-2015-00042306-CU-PO-NC)

- *Fair v. Eric Travis, D.P.M., Inc.* (Orange County Superior Court, 2018) (30-2015-00793356-CU-MM-CJC)

- *Zwierlein v. Devon Glazer, et al.* (Orange County Superior Court, 2018) (30-2012-00579320-CU-MM-CJC)

- *Toeppe v. City of San Diego* (San Diego County Superior Court, 2018) (37-2014-00004836-CU-PO-CTL)

# EXPERT REPORT OF

# GLEN STEVICK



**BERKELEY ENGINEERING AND RESEARCH, INC.**

Offices and Laboratory
808 Gilman Street
Berkeley, CA 94710
Tel: 510-549-3300  Fax: 510-962-8230
www.bearinc.com

# EXPERT REPORT

*In Reference to:*

## Ruben Juarez And Isela Hernandez v. Precision Valve & Automation

## UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

*Glen Stevick, Ph.D., P.E.*
*Berkeley Engineering And Research, Inc.*
October 29, 2018

*Report Submitted to:*

Daniel K. Balaban, Esq.
BALABAN & SPIELBERGER, LLP
11999 San Vicente Blvd., Suite 345
Los Angeles, CA 90049

**Table of Contents**

I. Introduction ....................................................................... 3

II. Qualifications ..................................................................... 3

III. Material Reviewed .............................................................. 4

IV. Opinions and Basis ............................................................. 4

V. Index of Attached Exhibits of Supporting Material ................................... 7

# I.  Introduction

Berkeley Engineering and Research Inc. ("BEAR") was retained by Balaban & Spielberger LLP to assess the design and warnings of the PVA 350 machine (Serial Number W3267) utilized at Space Exploration Technologies by Ruben Juarez during his employment from 2012 to March 26, 2014.

# II.  Qualifications

I am a mechanical engineer with over 35 years of experience and a specialty in failure analysis, design and risk assessment.  I have performed and participated in the failure analysis, risk assessment, design and redesign of numerous products, equipment and processes, including computer chip manufacturing processes, battery powered travelers for the Golden Gate Bridge, inspection robots, blow out preventers, air quality sensors, CNC machines and their enclosures, vacuum forming machines and enclosures, ventilation systems and a wide variety of processing plant equipment.  My Curriculum Vitae and testimony list are attached to this report.  I have been an instructor at U.C. Berkeley in the College of Engineering teaching the senior design course where I conducted lectures on the design of mechanical systems and products, system controls, safety factors and risk assessment in design.

I am a Registered Professional Engineer in the states of CA, NV, TX and LA, and a member of the American Society of Mechanical Engineers and American Society of Testing and Materials.  I have qualified as an expert regarding mechanical and electrical engineering issues in United States' State and the Federal Courts.  I have testified regarding engineering issues similar to the ones involved in this case.  I am experienced and knowledgeable in the design and analysis of control systems, interlocks and risk analysis in design.

I received a Bachelor of Science in Mechanical Engineering from Michigan Technological University in 1980, and a Master of Science in Mechanical Engineering from The University of California, Berkeley in 1981.  I worked for Chevron Corporation during and after my time at school working toward my master's degree.  In 1989 I returned to the University of California, Berkeley and started BEAR.  I completed my Ph.D. in Mechanical Engineering from the University of California, Berkeley in 1993 concentrating in material behavior and design, with minors in structural analysis and dynamics and controls (electronic controls).

I am currently employed by and am a principal of Berkeley Engineering And Research, Inc. (BEAR), 808 Gilman St., Berkeley, California 94710. My company (BEAR) is being compensated at my standard consulting rate of $450.00 per hour.  My compensation is not contingent upon the substance of my report, any statements or opinions made, or the outcome of

3

this matter.  My opinions are based on the scientific method of inquiry and given to a reasonable degree of engineering and scientific certainty.

## III.  Material Reviewed

In formulating my opinions, I specifically have reviewed the following materials:

1.  The 2015 and 2018 depositions of Ruben Juarez as well as all exhibits including brochures, comparison charts, and the PVA Inc. promotional materials, videos of conformal coating process, video of the demonstration in April at PVA Inc. of the conformal coating process.

2.  The declarations submitted in support of PVA Inc.'s Motion for Summary Judgment as well as the supporting exhibits.

3.  Declarations in Support of Plaintiffs' Opposition to the Defendant's Motion.

4.  The references cited in this report.

## IV.  Opinions and Basis

The subject machine, a PVA 350, was manufactured, designed, and sold by PVA Inc. The purpose of the subject machine was to safely coat circuit boards with a layer of coating material after which the circuit boards were to be placed inside rockets.  This coating process was completed to ensure there were no electrical sparks on the circuit board that could result in an explosion inside the rockets.  The subject machine was defective in terms of its safety interlocks and warnings as set forth below.

PVA Inc. also manufactures a number of other coating machine models for larger operations and plant conformal coating operations as well as small hand-held machines.  Each PVA model machine is different, and the PVA 350 machine does not contain certain safety features for its intended purposes such as a safety interlock to prevent spraying during Manual and Calibration modes with the door open, particularly for low volume applications like at SpaceX.  An internal camera or other method to allow safe viewing in these modes could have easily been implemented.  These features were readily available at the time of the manufacture of the subject machine.

Following the sale of the PVA 350 machine, the purchasers and their designated employees undergo training to learn how to operate the PVA machines.  Based on the statements

4

of Ruben Juarez, he was trained by PVA Inc. to put his head inside the PVA 350 machine
without a ventilation mask.  The PVA manual does not warn individuals working the PVA
machines to wear facemasks with ventilators.  Based on the dimensions of the machine, the use
of the PVA 350 machine with a ventilation face mask is not feasible.  The machine should not
allow spraying while the doors are open (in the bypass mode).

After installing the machine, PVA Inc. continued to service the machine, make
modifications to the machine, and assisting Space X in making modifications to the machine.
Unfortunately, this additional work occurred without ensuring the safety of the intended end
users.  Indeed, PVA Inc. through its continued support and maintenance of the machine knew or
should have known of Space X's use of toxic sealants in the conformal coating process.

It is the custom and practice for manufactures to anticipate a reasonable degree of
mistaken and/or misuse and take this into account in designing their product[1] and design in
adequate "layers of protection" to prevent injury and unnecessary exposure to chemicals.[2]  As
such, PVA Inc. has a duty to protect end users from anticipatable misuse, assess the risk, and
eliminate those risks.  Adjusting and programming the coating machines way points is a tedious
task; PVA should have anticipated SpaceX and other users spraying and adjusting with the doors
open to setup production.

It is my opinion that the PVA 350 was defectively designed as the risk of spraying
coatings with the door open outweighed any potential benefits and a worker would reasonably
not expect to be harmed while using the PVA 350 as instructed.  Additionally, PVA Inc. failed to
warn about the dangers of using the machine.  This opinion is based on the photographs of the
machine, the PVA manual, videos of the conformal coating process, email exchanges between
PVA Inc. and Space X, the depositions taken in this matter, the design of the PVA 350, the
dimensions of the PVA 350, the lack of adequate safety warnings of the PVA 350, the
promotional materials, the documents produced in discovery, the designs of other PVA
machines, the declarations submitted in this matter, pertinent records, invoices, work order
modifications, which show PVA Inc. was aware how the machine was being utilized and did not
take steps to ensure the safety of the end users.  It should be noted that warnings are not just for

---

[1] The Design of Everyday Things by Don Norman, Basic Books, New York, New York, 2013.  Effective FMEAs,
by C.S. Carlson, John Wiley & Sons, 2012.  DFR Fundamentals, An Introduction for Design Reliability, 2007.
Copyright ReliaSoft Corporation.  Engineering Design – A systematic Approach, 3rd Edition, by G. Pahl, W. Beitz,
J. Feldhusen and K. H. Grote; edited and translated by K. Wallace and L. Blessing, Springer-Verlag, 2007.  Failure
Modes Effect Analysis: FMEA from Theory to Execution, Second Edition, D.H. Stamatis, American Society of
Quality, 2003.  The Field Guide to Understanding Human Error by S. Dekker, Ashgate Publishing Limited, 2006.
The FMEA Pocket Handbook by Kenneth W. Dailey, Editors: Martha Minturn, Doug Wieckhorst, Bruce Welch and
Port Saint Lucie, DW Publishing Company, 2004.
[2] Layers of Protection Analysis: Simplified Process Risk Assessment, Center for Chemical Process Safety of the
American Institute of Chemical Engineers, New York, New York, 2001.

the user or operator, they are also for the designer.  If warnings are properly developed during the design process, they provide a chance for the designers to eliminate the hazard they are warning about.[3]  The process of developing warnings and warning prototypes frequently reopens the analysis of a hazard(s) and/or reveals new accident scenarios that might be associated with a previously recognized hazard.

Specifically, my opinion is that the PVA 350 is defective in design because PVA Inc. should have taken steps during the manufacturing and design processes to mitigate the risk of harmful exposure by considering the foreseeable use of end users including the various available coating chemicals.  Significantly mitigating risk could have been easily done by:

(i)      altering the design of the PVA 350 so that the interior can be monitored with cameras and/or mirrors so that the end user need not place their head within the confined space at anytime;

(ii)      equipping the PVA 350 with an airflow sensor(s) (to the extent that it does not have them) and interlocks that prevent the operation of the PVA 350 unless the ventilation system is operating with adequate flow (e.g. 150 CFM as noted in PVA's Manual).  Air flow sensors are commonly used to ensure ventilation systems are operating properly;

(iii)      equipping the PVA 350 with a time delay interlock(s) that prevents opening the PVA 350 until the ventilation system has adequately cleared the interior airspace of the PVA 350 of harmful vapors.  Time delays to allow gas purging and/or cooldown are common in a variety of equipment (home HVAC equipment is an example);

and,

(iv)      eliminating **local** overriding or bypassing of safety systems that allow coating spraying in the PVA 350 with the doors open.  Bypassing safety components on machinery is considered an "at risk behavior" in engineering safety design.[4]  Controls that can be easily bypassed are a known risk that have resulted in numerous injuries and fatalities in processing plants from food to chemical to manufacturing to computer chip manufacturing.

---

[3] Frantz, J. P., Rhoades, T. P., & Lehto, M. R. (1999). Practical considerations regarding the design and evaluation of product warnings. In M. S. Wogalter, D. M. DeJoy, & K. R. Laughery (Eds.), Warnings and risk communication (pp. 291–311). Philadelphia, PA: Taylor & Francis.  Nemire, K., Stevick, G., and D. Xu, "Forensic Evaluation of a Hazardous Household Product." *Ergonomics in Design,* 25(2) (2017) 15-24.
[4] Sustainable Safety Management: incident management as a cornerstone for a successful safety culture, by B. Freibott, SAP Germany AG & Co. KG, Germany, Safety and Security Engineering, Vol.  257, 2013. ConocoPhillips Marine: Safety Pyramid based on a study, April 2003.

PVA Inc. likewise failed to provide proper warnings to its end users as to the use of toxic materials and proper ventilation/protection.  Specifically, the PVA 350 failed to have an adequate warning because PVA Inc. failed to take steps to warn its customers and end users that the PVA 350 machine could expose the user to toxic chemicals or exposure could occur while using the PVA 350 and placing their head inside the machine.  PVA Inc. should have provided warnings and instruction that the PVA 350 should either not be utilized with dangerous chemicals -- and a more robust model would be more suitable for use at Space X; or the end user must use breathing protection during its setup modes.

It is my opinion that PVA Inc. was negligent in the manufacture, design, testing, warnings, sale, and service of the PVA Inc. 350.  As PVA Inc. knew, the PVA 350 Inc. lacked various safety features, PVA Inc. failed to adequate train and warn end users of the danger in their operation manual, during training sessions, or on the machine itself.  Further, PVA Inc. knew how Space X was utilizing the machine and the chemicals used during the conformal coating process, but PVA Inc. failed to provide sufficient safety features or warn of the danger and thus the PVA 350 facilitated and caused the exposure to toxic chemicals and resulting injures.

It is further my opinion that the PVA 350 was defective because it lacked adequate warnings and the only warning on the device pertained to a voltage hazard.  Specifically, there needed to be a warning of the risk of serious injury if an end user uses this machine with toxic chemicals such as those used in SpaceX's conformal coating process.  Further, PVA Inc. failed to adequately design and train its employees – and hence its end users -- how to safely utilize the bypass system.  PVA Inc. failed to equip the PVA 350 with design protections, and failed to warn users how to safely operate the machine.  It was clearly foreseeable that end users such as those in the Avionics industry would utilize the PVA 350 with toxic chemicals utilized in the conformal coating process, and PVA Inc. was aware of the specific chemicals being utilized by Space X as stated in emails/Declarations.  A hardcopy set of instructions should have been available locally on or near the PVA350 machine.


## V.      Index of Attached Exhibits of Supporting Material

1.      Attached as Exhibit 1 is a copy of my CV.
2.      Attached as Exhibit 2 is a list of cases where I provided trial testimony in the past four years.

# EXHIBIT 1

**GLEN STEVICK, Ph.D., P.E.**
**Mechanical Engineer, Principal**

**SUMMARY**

Dr. Stevick has over 35 years of experience in failure analysis, design, fracture mechanics and risk assessment of: structures; stadium roofs; industrial equipment; medical devices such as aortic stents, hip and knee implants and spinal rod implants; turbines and reciprocating engines; automotive and aircraft components; offshore platforms for wind generation and oil exploration; pressure vessels and piping systems; blowout and breakaway devices; and heat exchangers and furnaces. Engineering design projects have involved testing and mathematical analysis of electronic control and hydraulic control systems; fire causation, spread and mitigation; explosion causation and prevention systems; structural dynamics and mitigation devices; material behavior improvement; heat transfer and structure/fluid interaction; and the development of medical cauterizing forceps, powerline detection systems, MRI for pipe corrosion detection, PWM motor controllers, 3D scanners and a new product development group working on a variety of consumer and medical products.

**SELECT INDUSTRY EXPERIENCE**

Milwaukee Stadium roof failure analysis and redesign. Deepwater Horizon Investigation.  San Bruno pipeline fracture investigation for the Office of the Governor and the CPUC. Stress and fracture analysis of Bigge's D125 15 million pound capacity crane.  Submarine drive system analysis for the US Navy.  Consultant to the Golden Gate Bridge District for several retrofit projects. Fracture analysis of the first tension leg platforms for Chevron Corp. Blowout and Breakaway Devices for Chevron and Tesoro.  Fracture control plans for Conoco's refinery structures.  Alaska Pipeline fracture control plans for the pipeline operator Alyeska and the Bureau of Land Management.

**EDUCATION**

Ph.D. Mechanical Engineering, University of California, Berkeley
M.S. Mechanical Engineering, University of California, Berkeley
B.S. Mechanical Engineering, Michigan Technological University

**PROFESSIONAL AFFILIATIONS**

Registered Mechanical Engineer, State of California, Nevada, Texas, Louisiana
American Society of Mechanical Engineers
Society of Forensic Engineer and Scientists
Member of ASTM Commitees: E05, E08, F15.1, and F15.10

**PROFESSIONAL EXPERIENCE**

**1986 – present**

*Principal, Consultant,* Berkeley Engineering And Research, Inc.
Provide consultation in the areas of failure analysis, design, fracture mechanics and risk assessment, including analysis of codes and standards, medical devices and industrial equipment.  Failure analysis work has varied from assessing the failure of cranes, medical implants, bone fractures, ladders, chairs,

**EXHIBIT 1**

industrial presses, aircraft turbine engines, and propane/natural gas equipment and electronics to the analysis of defective safety devices on compressor/heat exchanger systems and fire investigation. Design projects have included the redesign of an electrohydraulic, variable position hospital bed for burn victims; medical implants (spine rod, heart valve, aorta insert, pacemaker, hip, knee and fatigue design); the design of a powered wheelchair that provides standing and sitting positions; the analysis and redesign of high temperature/high pressure piping and pressure vessels; the design of fire safe storage vaults for electronic media; dynamic damping devices for tall structures and bridges subject to wind and earthquake loading; the redesign of pistons and valves for high pressure hydrogen compressors; and electronic sensors for structural health monitoring.

Fire investigation, electrical, and combustion analysis cases have included the evaluation of over 200 home fires; dozens of propane and natural gas fired equipment fires, including barbecues, heaters, furnaces and cooking appliances; refinery, chemical plant, power plant and coal processing plant fires and explosions; and the evaluation of fuel containers, including propane tanks, charcoal lighter fluid cans, and gasoline containers from 1 gallon consumer containers to tanks containing thousands of gallons. More than 200 gasoline fire and explosion tests have been conducted at BEAR as well as hundreds of magnetic field, electric field and spark tests. Design projects have included the design and evaluation of hydrocarbon handling equipment (towers, tanks, pumps, compressors, piping, valves, heat exchangers and furnaces), burner and flow modeling, leak detection methods for tanks, flame arrestors for storage, relief and vapor recovery systems, and burn/spark/fire resistant cauterizing forceps for surgery.

**8/90 - 1/91**
*Mechanical Engineering Instructor,* University of California, Berkeley
Instructor for the Department's senior design course: ME-102B, "Mechanical Engineering Design". Conducted lectures on the design of bolted joints, springs, gears, bearings, chain drives, wire ropes, and other mechanical components. Guided students through a major design project.

**3/82 - 1/89**
*Engineering Mechanics Specialist*, Chevron Corporation
Handled highly technical projects and provided technical consultation to field engineers in the areas of failure analysis and design. Projects included the redesign of compressor and turbine components, and the design of processing equipment for service temperatures above 1400 degrees Fahrenheit. Consultation varied from giving design advice on how to avoid structural vibration to calculating crack growth rates for offshore platforms in the North Sea.

**9/81-3/82**
*Project Engineer,* Chevron USA Production
Responsibilities included the design, and construction management of oil/water separation plants and gas recovery plants in the Bakersfield and Colinga oil fields.

## PATENTS

"Thermo-electric Container" for heating and cooling liquids, G.R. Stevick and H. Sherback, US6119461, September 19, 2000.

**EXHIBIT 1**

"Method and Apparatus for Detecting and Monitoring Oil Spills and Leaks," by Jerome Singer, and Glen Stevick, US9279738 B1, March 8, 2016.

"Method and Apparatus for Magnetic Response Imaging," J. Singer, and D. Rondinone, G.R. Stevick, J. Zalabak, US8395376 B2, May 24, 2012.

"Method and Apparatus for Dynamic Space-time Imaging System" G.R. Stevick, D. Rondinone, J. Singer, A. Sagle, US7961912 B2, June 14, 2011 (continuation of US7620209).

"Method and Apparatus for Dynamic Space-time Imaging System" for creating a 3D map of the surface contours, J. Singer, G.R. Stevick, D. Rondinone, M.D. Rocklin, US7620209 B2, Nov 17, 2009.

## PUBLICATIONS AND SELECTED REPORTS

Nemire, K., Stevick, G., and D. Xu, "Forensic Evaluation of a Hazardous Household Product." *Ergonomics in Design,* 25(2) (2017) 15-24.

Stevick, G.S., Rondinone, D., and A. Sagle, "Flame Arrestors for Gelled Alcohol Containers," Society of Forensic Engineers and Scientists (SFES) Conference Seminar, Yosemite Valley, CA. 4-6-2014.

Singer, J.R., Stevick, G.S., Rondinone, D. and R. Rice, "Pipeline Monitoring, Economics, and the MRI System," Materials performance 54(2):52-54 · February 2015.

Stevick, G.R., "Deepwater Horizon Update - Drill Pipe Buckling and Shearing," SFES Maritime Seminar, Emeryville, CA, May 27-29, 2016.

Andres, D., and G.R. Stevick "Overhead Powerline Early Warning Devices for Cranes, Lifts and other Aerial Mobile Equipment," Berkeley Engineering And Research, Inc., 2012.

Stevick, G.R., Zicherman J., Rondinone D., Sagle A. "Failure Analysis and Prevention of Fires and Explosions with Plastic Gasoline Containers." *Journal of Failure Analysis and Prevention* 11.5 (2011): 455-65.

Stevick, G.R., Rondinone D., Sagle A., Zicherman J. "Fire Incidents and Explosions Involving Portable Plastic Gasoline Containers And Their Prevention." *Journal of Failure Analysis and Prevention* (2011).

Stevick, G.R., Rondinone D., Sagle A., Zicherman J. "Portable Gasoline Container Explosions and Their Prevention." *Society of Forensic Engineers and Scientists Winter Seminar,* 19-21 March 2010.

Rondinone, D., Sagle A., Stevick, G.R. "API Aboveground Tank Leak Detection Liquid Level Measurement Technique Evaluation," *for* The American Petroleum Institute, 09 Nov. 2009.

Rondinone, D., Stevick, G.R. "Olympic Spirit Vapor Recovery System Fire Investigation and System Review," *for* Tesoro Corporation, *by* Berkeley Engineering And Research, Inc.,18 May 2009.

**EXHIBIT 1**

Stevick, G.R. "Marine Crude Oil Transfer Breakaway, Hawaii Single Point Mooring Terminal," *for* Tesoro Corporation, *by* Berkeley Engineering And Research, Inc.*, 19 May 2008.

Stevick, G.R., Hart, J., Lee, C., Dauby, F. "Fracture Analysis for Pipeline Girth Welds in High Strain Applications." *Pipeline and Gas Technology,* Jan. 2006*.

Stevick, G.R., et al. "Golden Gate Bridge, Phase II Seismic Retrofit, Calibration Testing of Pylons S1 and S2 - Fort Point Arch Longitudinal and Transverse Energy Dissipation Devices," *for* The Golden Gate Bridge District, *by* Berkeley Engineering And Research, Inc.*, 01 July 2005. (*Note: This project won the American Society of Civil Engineers 2007 Opal Award for the Most Outstanding Civil Engineering Achievement.)*

Berkeley Engineering And Research, Inc. "Rolling Mill Structure and Mandrel Finite Element Analysis," *for* USS-POSCO Industries, 20 Aug. 2002.

Berkeley Engineering And Research, Inc. "Effect of the Windshield on Roof Strength and Displacement," *for* James Collins and Associates, 6 Oct. 2000.

Warner, P., Stevick G.R., Thomas, E. "Main Propulsion Unit, Aft Second Reduction Gear Bearing Failure Assessment," *for* Northrup Grumman and the US Navy*, 9 April 1999.

Maple, J.A. and Associates, SSD Engineering Consultants, Glen Stevick and Berkeley Engineering And Research, Inc. "Study of Effects of Vibrations Due to Pressure Pulses on the Integrity of the Trans-Alaska Pipeline," *for* Alyeska Pipeline Service Company*, 26 Jan. 1997.

Berkeley Engineering And Research, Inc. "Computation of the Stresses in a Shaft Due to Torsion," *for* EC Engine Components, Inc., 19 Aug. 1996.

Berkeley Engineering And Research, Inc. "Excel Spreadsheet-Based Fitness For Service Model Providing Inspection Interval and Remaining Life of Coke Drums," *for* Chevron Research & Technology Company, 12 Jan. 1996.

Berkeley Engineering And Research, Inc. "An Independent Review of Structural Methods Used to Evaluate the Integrity of the Trans-Alaska Pipeline," *for* Alyeska Pipeline Service Company, 1 July 1995.

Berkeley Engineering And Research, Inc. "Coke Drum Material Crack Growth Tests," *for* Chevron Research & Technology Company, 2 Aug. 1995.

Berkeley Engineering And Research, Inc., SSD Engineering Consultants, Inc. "Fracture Evaluation of Fillet Welded Pipe Sleeves," *for* Alyeska Pipeline Service Company, 01 July 1994.

Stevick, G.R. "Failure of Welds at Elevated Temperatures," *Welding Research Council Bulletin 390*, Welding Research Council, April 1994.

SSD Engineering Consultants, Inc., Berkeley Engineering And Research, Inc. "Structural Serviceability of the Salcha River Crossing," *for* Alyeska Pipeline Service Company, 17 Nov. 1993.

**EXHIBIT 1**

Stevick, G.R., Cuzzillo, B.R.. "Batch-Reactor Heater-Coil Thermal & Fatigue Analysis," *for* Chevron Research and Technology Company, Inc., 25 Aug. 1993.

Finnie, I., Stevick, G.R., Ridgley, J.R.. "Influence of Impingement Angle on the Erosion of Ductile Materials." *Wear* 152 (1992): 91-98.

Stevick, G.R. "Stress Analysis of Hospital Bed Frame Components," *for* American Life Support Technology, 01 July 1991.

Stevick, G.R., Finnie, I.. "Stress Concentrations Resulting from Longitudinal Butt-Welds in Piping at Elevated Temperatures." *Creep in Structures.* (Ed. M. Zyczkowski), Berlin: Springer-Verlag, 1991. 629-636.

Stevick, G.R., Finnie, I. "Failure Assessment of Weldments at Elevated Temperatures." *Mechanical Behavior of Materials-VI, Vol 2.* Ed. M. Jono, T. Inoue. Oxford: Pergamon, 1991. 149-154.

Stevick, G.R. "Redesign of an 8000 psi Test Vessel Using Bolted Construction" (2 reports), *for* SAIC Rock Mechanics Laboratory, 5 Sept. 1990, 12 Dec. 1990.

Marsili, D., Stevick, G.R.. "Ductile Fracture Protection of the Canyon Reef Carrier Natural Gas Pipeline," *Proceedings of the 65th annual Society of Petroleum Engineering Conference*, *New Orleans, Louisiana,* Sept. 1990.

Stevick, G.R. "Structural Analysis of Fluidized Catalytic Cracking Unit Regenerator Internals,"*for* Chevron USA El Segundo Refinery, 22 June 1990.

Stevick, G.R. "High Pressure Toxic Filter/Pressure Vessel Design," *for* Filterdyne Systems, Inc., 17 Jan. 1990.

Stevick, G.R. "Whitney Canyon/Carter Creek, WY - Gathering System H2S Risk Assessment," *for* Chevron Engineering Technology Department, Nov. 1988.

Stevick, G.R. "Crane Turrett Bolt Failure Analysis," *for* Dave's Mobile Crane Service, Los Altos, CA, June 1988.

Stevick, G.R. "El Segundo, CA - Buckling Integrity of Column C-6 for Wind and Earthquake Loads," *for* Chevron Engineering Technology Department, June 1988.

Stevick, G.R., Burke, B.G. "An Experimental Assessment of The Damping Provided By Chain Dampers on a Tall, Slender Stack," *Proceedings of the International Chimney Conference, London, England.* April 1988.

Stevick, G.R., Ebert, W. A. "Recommended Practice, RP-33, Vibration Guidelines," *for* Chevron Engineering Technology Department, Dec. 1987.

Stevick, G.R. "Diffusion of Gasoline Vapors Within the Annulus of Double-Wall Underground Storage Tanks," *for* Chevron Engineering Department, Nov. 1987.

**EXHIBIT 1**

Stevick, G.R. "Gaviota, CA - Onshore Pipelines Weld Flaw Acceptance Criteria," *for*, Chevron Engineering Technology Department, June 1987.

Stevick, G.R. "DNL Construction Crane Failure," *for* George Ashford & Associates, Honolulu, Hawaii, May 1987.

Stevick, G.R. "Fiberglass Underground Storage Tank Design Methodology for External Loads," *for* Chevron Engineering Department, Nov. 1986.

Stevick, G.R., Ebert, W.A. "El Paso, TX - Failure Analysis and Design of a New FCCU Flue Gas Cooler," *for* Chevron Engineering Department, May 1986.

Stevick, G.R. "Richmond, CA - Isomax Plant Compressor Valve Failure and Redesign, K-950, K-960,"*for* Chevron Engineering Department, April 1986.

Stevick, G.R., Soemantri, S., Finnie, I. "An Analysis of the Loaded Abrasive Column type Wear Tester." *Wear* 101 (1985): 77- 80.

Stevick, G.R. "Heber – Geothermal Pump Seals," *for* Chevron Engineering Department, Jan. 1985.

Stevick, G.R. "Gaviota, CA - Fatigue Analysis and Redesign of the 40.5 inch Diameter Gas Compressor Pistons," *for* Chevron Engineering Department, Jan. 1985.

Stevick, G.R. "Vapor Recovery Piping – Taft Sec. 36B," *for* Chevron Engineering Department, Aug. 1984.

Stevick, G.R., Burke, B.G. "Tension Leg Platform Production Riser Crack Growth Analysis," *for* Chevron Engineering Department, May 1984.

Stevick, G.R. "Platform Grace Gas Pipeline – Ductile Fracture," *for* Chevron Engineering Department, 2 April 1984.

Stevick, G.R. "20 inch Casing Connector Fatigue Life Evaluation for the Manteo Block," *for* Chevron Engineering Department, April 1984.

Stevick, G.R. "Platform Hidalgo Gas Pipeline – Ductile Fracture," *for* Chevron Engineering Department, March 1984.

Cheng, W., Finnie, I., Stevick, G.R.. "Prediction of Stress Intensity Factor for an Internal Circumferential Crack at a Butt-Weld Between Cylinders Using the Plane Strain Solution." *Journal of Engineering Materials and Technology* 106 (1984): 21-24.

**EXHIBIT 1**

# EXHIBIT 2



# TESTIMONY LIST

**GLEN STEVICK, Ph.D., P.E.**
*Mechanical Engineer, Principal*

## <u>DEPOSITIONS</u>

10/29/2018 (D)
18-4664G IMS Whitewater West v Pacific Surf Designs, United States District Court, Southern District of California, Case No. 3:17-CV-01118-BEN-BLM. Patent infringement.

09/20/2018 (D)
16-4270G McKnight v GM, United States District Court, Southern District of New York, MDL No. 2543 1:14-MD-2543-JMF, Civil Action No. 1:18-cv-03247. Ignition switch.

08/20/2018 (D)
18-4748G Duross v Home Depot USA, United States District Court, Central District of California, Case No. 2:17-cv-07006 SJO (JPRx. Propane tank.

08/16/2018 (D)
18-4721G WhiteWater West v Alleshouse, United States District Court, Southern District of California, Case No. 3:17-CV-00501-DMS(NLS). Sheet wave water ride, patent.

07/16/2018 (D)
18-4685G Winter v Prince Lionheart, Inc., Superior Court of California, County of Riverside, Case No. RIC1722743. Potty seat.

07/11/2018 (D)
16-4270G General Motors LLC Ignition Switch Litigation, Economic loss, United States District Court for the Southern District of New York, 14-MD-2543 (JMF).

07/05/2018 (D)
17-4544G Dardini v Sunshine Vapor, Circuit Court of the 7th Judicial Circuit, Volusia County, Florida, Case No.: 2016-10220-CIDL (02).  E-cigarette, battery explosion.

06/21-22/2018 (D)
18-4689G Team WorldWide Corporation v Wal-Mart Stores, Inc., et al, United States District Court, Eastern District of Texas, Marshall Division, Case No. 2:17-CV-0235-JRG.  Patent infringement, airbed/pump.

06/04/2018 (D)
17-4577G Lasarte v Custom Performance et al., Superior Court of the State of California, County of Los Angeles, No. BC514465. Nitrous oxide explosion.

05/28/2018 (D)

18-4727G IMS Cap Export, LLC v Zinus, Inc., United States District Court, Central District of California, Case No. 2:16cv-00371. Bed, patent.

03/22/2018 (D)
17-4544G Dardini v Sunshine Vapor, Circuit Court of the 7th Judicial Circuit, Volusia County, Florida, Case No.: 2016-10220-CIDL (02).  E-cigarette, battery explosion.

03/20/2018 (D)
17-4514G Hoskinson v Yuanda, Superior Court of California, County of San Francisco, Case No. CGC-15-549627. Strapping failure.

03/10/2018 (D)
17-4418G Forensis Littlefield v Nutribullet, United States District Court, Central District of California, Western Division, Case No. 2:16-cv06894 MWF SSx. Pressure cooker, Explosion.

01/29/2018 (D)
16-4351G Valve Corporation v  Ironburg Inventions, United States Patent and Trademark Office, Patent and Trial Appeal Board, Case IPR2017-00858, Patent 9,289,688. Video controller, patent.

01/18/2018 (D)
17-4559G Shumate v GM, Circuit Court of Conway County, Arkansas, Second Division, Case No. 15-CV-2015-073. Ignition switch, auto collision.

01/08/2018 (D)
16-4270G GM Ignition Switch Litigation, MDL 2543 Economic Loss, United States District Court Southern District of New York, Case No. 14-MD-2543 (JMF). Ignition Switch.

12/28/2018 (D)
16-4334G Ann Marie Harkins v Pick Five Imports, Case Number 8:16-cv-02362 MSS-MAP. Pressure cooker, explosion.

12/14/2018 (D)
17-4465G Dominic Vargas v Fisher Scientific Company, United States District Court, District of Colorado, Civil Action No. Alcohol container explosion.

11/30/2017 (D)
15-3989 Hubbard v Gates et al., Superior Court of California, County of Sacramento, Case No.: 34-2014-00167568. Axle failure.

11/14/2017 (D)
16-4188G Kyle & Betty Davis v Trane, United States District Court, District of Colorado, Case No: 2:15-cv-11125. Chiller tip-over.

10/03/2017 (D)
16-4351G Ironburg Inventions v Valve Corporations, United States District Court, Northern District of Georgia Atlanta Division, Civil Action No. 1:15-cv-04219-TWT. Video controller, patent.

09/06/2017 (D)
16-4351G Valve Corporation v Ironburg Inventions, United States Patent and Trademark Office, Patent
Trial and Appeal Board, Ltd., Case IPR2017-00137, Patent 9, 089, 770. Video controller, patent.

08/09/2017 (D)
16-4342D Grubbs v Scepter, State of South Carolina, County of Barnwell, No. 2016-CP-06-00150.
Gasoline container explosion.

07/05/2017 (D)
17-4397G David Hoffman v Lightning Vapes, LLC, Superior Court of California, County of San
Diego, No. 37-2015-00037760 CU-PL-CTL. E-cigarette, battery.

06/24/17 (D)
16-4229 Flowrider v Pacific Surf Designs, United States District Court, for the Southern District
of California, Case No. '15CV1879AJB BLM. Patent infringement.

05/24/17 (D)
16-4270.10 Dodson v GM, United States District Court, Southern District of New York, Case
No. 14-MD-2543 (JMF). Ignition switch.

05/02/17 (D)
16-4270 GM People of the State of California, ex rel. Orange County District Attorney Tony
Rackauckas v. General Motors LLC, Superior Court of California for Orange County, Case No.
30-2014-007310380CU-BT-CXC.  Ignition switch.

04/10/17 (D)
15-4091 Kussman v Hammer & Steel, Superior Court of the State of California, County of
Orange, Case No. 30-2014-00754098-CU-PL-CJC.  Sheet pile chain.

03/22/17 (D)
15-4016 Halliburton Legacy, United States District Court, Southern District of Texas, Houston
Division, Civil Action No. 4-14-cv-02081 (Lead case).

03/09/17 (D)
16-4351 Ironburg Inventions v Collective Mind Gaming Co., United States District Court,
Northern District of Georgia, Civil Action No. 1:16-cv-4110. Patent infringement.

03/02/17 (D)
14-3729G Mireles v Phillips 66, Superior Court of the State of California, County of Los
Angeles, South District, Case No.: BC503381. Propane explosion.

02/24/17 (D)
16-4270, Cat A, Ward v GM, General Motors, United Stated District Court, Southern District of
New York, Case No. 1:14-cv-08317. Ignition switch.
01/27/17 (D)
16-4330 Kinn v Cahill, Superior Court of California, County of San Francisco,
Unlimited Jurisdiction, Case No.: CGC-14-537814. Carbon monoxide.

01/19/17 (D)
14-3749 Myers v Polar, Superior Court of California, County of Sacramento, Case No. 34-2014-00162383.  Tanker slip.

12/09/16 (D)
16-4270 General Motors LLC Ignition Switch Litigation: Ruby Greenroad and Vivian Garza, United States District Court Southern District of New York, No. 14-MD-2543 (JMF). Ignition switch.

11/15/16 (D)
Lee v Aspen et al., District Court of Clark County, Nevada, Case No.: A-13-676550-D, Dept. No.: 16. HVAC unit.

10/26/16 (D)
15-3949 Trepte v Bionaire, Superior Court of the State of California, County of Los Angeles, Central Civil West District, Case No.: BC540110. Heater.

10/21/16 (D)
15-3950 General Motors, LLC. Ignition Switch Litigation, United States District Court, Southern District of New York, Case No. 14-MD-2543 (JMF).  Ignition switch.

09/13/16 (D)
Costa v Tamalpais, Superior Court of the State of California, County of Main, Case No. CIV 1404441. Garbage truck, bolt.

08/25/16 (D)
15-3972 Thatcher v Wal-Mart, Circuit Court of Benton County, Arkansas, Civil Division, Case No. CIV CV2015-360-5. Gasoline container explosion.

08/18/16 (D)
16-4232 PG&E v South Sutter LLC, Superior Court of California, County of Sutter, Case No. CVCS 14-2376. Pipeline.

08/16/16 (D)
12-3438.1 Stanton/ Turner v Richmond American Homes, Aspen, et al., District Court, Clark County, Nevada, Case No. A-13-689790-D. HVAC unit.

07/27/16 (D)
15-4089 Herbert v Ford et al., Superior Court of the State of California, County of San Bernardino, West Valley Branch, Case No. CIV DS1415915. Seat belt, automobile accident.

07/11/16 (D)
15-3970 Wurster vs The Plastics Group, United States District Court, Southern District of Iowa, Civil Action No. 4:14-CV-503. Gasoline container explosion.

06/16/16 (D)
09-3043 Regents of the University of California v Factory Mutual Insurance, Superior Court of California, San Francisco County. Case No. CGC-13-534008. Piping.

06/06/16 (D)
15-3952 Nunez-Aguirre v JD Systems, LLC, Superior Court of the State of California, Orange
County, Case No. 30-2014. Scaffolding.

05/11/16 (D)
16-4201 PG&E v McKenzie Farms, Superior Court of the State of California, Case No. CVCS
15-0195.

04/20/16 (D)
14-3832 TREWS Worldwide Oilfield v Ameriforge, United States Patent and Trademark Office,
Case IRP2015-00233. BOP patent.

03/17/16 (D)
15-3950 Robert Scheuer v General Motors LLC, United States District Court, Southern District
of New York, 14 Cv. 8176 (JMF). Ignition Switch, SDM, airbag.

02/09/16 (D)
12-3438 Seasons v Richmond America, District Court, Clark County, Nevada, Case No.
A676550A, Dept XVI. HVAC system design.

01/28/16 (D)
12-3456 Lincoln Punch v Dollar Tree Stores, Inc., United States District Court, Western District
of Pennsylvania, Case No: 1:12-CV-154-SPB. Tweezers, battery ingestion.

01/05/16 (D)
14-3850 Rukse v Wal-Mart, United States District Court for Northern District of Florida,
Pensacola Division, Case No.: 3:14-cv-00236-MCR-EMT.  Gasoline container explosion.

11/24/15 (D)
15-3950 GM Ignition Switch Case, United States District Court, Southern District of New York,
1:14-MD-02543 (JMF). Ignition switch, SDM, airbag.
11/04/15 (D)
15-3959 Montgomery v Wal-Mart, United States District Court, Southern District of California,
3-12-cv-3057-JLS-DHB. Gasoline container explosion.

10/06/15 (D)
15-3959 Montgomery v Wal-Mart, United States District Court, Southern District of California,
3-12-cv-3057-JLS-DHB. Gasoline container explosion.

09/30/15 (D)
15-3950 GM Ignition Switch Case, United States District Court, Southern District of New York,
1:14-MD-02543 (JMF). Ignition switch, SDM, airbag.
09/28/15 (D)
15-3950 GM Ignition Switch Case, United States District Court, Southern District of New York,
1:14-MD-02543 (JMF). Ignition switch, SDM, airbag.

07/25/15 (D)
14-3831 Skedco v Strategic Operations, United States District Court, District of Oregon, 3:13-CV-009968-HZ. Hemorrhage training system patent.

06/15/15 (D)
14-3819 Fleet v Safety Line, Superior Court of CA, Alameda County, HG-10540587. Rope access equipment.

06/09/15 (D)
13-3636 Catalyst v Burdett, District Court County, Nevada, A-11-632718-C. Press brake, foot switch.

05/05/15 (D)
09-3043 UCSF PUP Piping, Superior Court of CA, San Francisco County, CGC-13-534008. Piping.

04/27/15 (D)
14-3877 Shop-Vac Marketing & Sales Litigation, Superior Court of New Jersey, Law Division, Bergen County, BER-L-1399-12. Shop-Vac claims.

02/11/15 (D)
14-3831 Skedco v Strategic Operations, |United States District Court, District of Oregon, Case No.: 3:13-cv-00968. Hemorrhage training system patent.

02/5/15 (D)
14-3877 Shop-Vac Marketing & Sales Litigation, Superior Court of New Jersey, Law Division – Bergen County, BER-L-1399-12. Shop-Vac claims.

01/26/15 (D)
14-3884 Forensis Marine Travelift, Inc. v Ascom, United States District Court, Eastern District of Wisconsin, 1:14-CV-443-WCG. Control system patent.

11/13/14 (D)
14-3844 TASA Albers v Solar City, Superior Court of CA, County of Los Angeles, BC537831. Pool filter explosion.

09/26/14 (D)
14-3723 Roitman v ATG Rehab, Superior Court of CA, County of Los Angeles, Southeast District, Norwalk, VC060199. Walker.

09/19/14 (D)
14-3802 Regalado v Callaghan, Superior Court of CA, Riverside County, Palm Springs Court, INC1203669. Propane explosion.

09/12/14 (D)
14-3796 Forbush v Sagecret, District Court of the State of Texas, County of Cameron - 107th Judicial District, 2011-DCL-3561. Carbon dioxide, water heater.

09/8/14 (D)
14-3799 Sonicare Toothbrush Litigation, United States District Court, Western Division of Washington, 2:13-cv-00518-MJP. Toothbrush.

05/21/14 (D)
11-3298 Ordaz v Ohi Company, et. al., Superior Court of CA, County of San Joaquin, 39-2011-002644263-CU-PL-SRK. Conveyor belt, arm amputation.

05/19/14 (D)
13-3687 Satterfield v Napa Home & Garden et. al., United States District Court, South Carolina, Spartanburg Division, 7:11-CV-01514-MGL. Fire pot explosion.

02/25/14 (D)
11-3306 Procknow v Wabash, Superior Court of CA, County of San Francisco, CGC-11-511648. Break press, amputation.

## COURT TESTIMONY

08/31/2018 (C)
17-4533G Haro v Haro, Superior Court of the State of California, County of Sonoma, No. SFL-76272. Furnace.

07/21/2018 (C)
17-4577G Lasarte v Custom Performance et al., Superior Court of the State of California, County of Los Angeles, No. BC514465. Nitrous oxide explosion.

11/28/2018 (C)
17-4515G Duran v DynaTen, Case No. CC-15-04157-E, At Law No. 5, Dallas County, Texas. Flange, explosion.

07/13/2017 (C)
16-4270G Ward v GM, United States District Court, Southern District of New York, 14-MD-2543 (JMF) Case No. 1:14-cv-08317. Ignition switch, Auto Collision.

04/05/17 (C)
15-3970 Wurster vs The Plastic Group, The U.S. District Court, Southern District of Iowa, Central Division, Case No. 4:14-CV-503. Gasoline container explosion.

02/08/17 (C)
15-4089 Herbert v Ford, Superior Court of the State of California, County of San Bernardino – San Bernardino Justice Center, No CIV DS1415915. Seat belt.

11/10/16 (C)

**Testimony List continued**                                                                          8

15-3972 Thatcher v Wal-Mart, Circuit Court of Benton County, Arkansas, Civil Division, Case
No. CIV CV2015-360-5. Gasoline container explosion.

03/17/16 (C)
16-4180 Barthelemy v General Motors LLC, U.S. District Court, Southern District of New York,
No. 1:14-cv-05810.  Ignition switch.

01/15/16 (C)
15-3950 Robert Scheuer v General Motors LLC, United States District Court, Southern District
of New York, 14 Cv. 8176 (JMF). Ignition switch, airbag, SDM.

09/29/14 (C)
14-3802 Regalado v. Callaghan, Pentair, et al., Superior Court of CA, Riverside County,
1203669. Propane explosion.

07/18/14 (C)
14-2755 Certain Multiple Mode Outdoor Grills and Parts Thereof, United States International
Trade Commission, Washington, D.C., 337-TA-895. Grill design.

# EXPERT REPORT OF

# EDWARD FAEDER PH.D.



**SRF**

**Environmental and Health Management, Inc.**

TEL.    909-860-8282
Cell:   951-202-4365
efaeder@ix.netcom.com

**Preliminary Review of Work-Related Exposure of Ruben Juarez to Chemicals
from a PVA 350 Coating Machine Utilized at Space Exploration Technologies**

## I.      INTRODUCTION

SRF Environmental and Health Management Inc. was retained by Balaban
& Spielberger LLP to assess this case toxic exposure involved in this case as a
result of the defective design and warnings of a PVA 350 coating machine (serial
number W3267) utilized at Space Exploration Technologies by Ruben Juarez
during his employment from 2012 to March 26, 2014, which caused toxic exposure
to the following chemicals and products: Arathane® 5750A, Arathane® 5750B,
Arathane® 5750A/B, Humiseal®, Humiseal® thinner 521, and isopropyl alcohol
("IPA").

## II.     BACKGROUND/QUALIFICATIONS

I am President and Principal Scientist of SRF Environmental and Health
Management, Inc. (SRF).  have almost 48 experience in environmental, health and
safety management, and developing and conducting environmental and health-
related research.

I have been responsible for providing a wide range of health protection services to
clients of SRF.  I have worked for electric utility, school district, secondary metals,
paper, aerospace, pharmaceutical device research and manufacturing, oil refining
and fuel production, rubber tire, coal mining, health care and hospital, food
production, and meat industry clients. I served as the consulting toxicologist for
Saugus Union School District's indoor air quality program performing a complete
evaluation of the use of portable classrooms within that school district, resulting in
the public presentation of more than 18 reports regarding the safety of those rooms.
I have additionally assisted other school districts in California in areas relating to
indoor air quality and the effects of wild fires and outdoor exposures on children
and faculty.  I have operations and manufacturing, analysis experience, and direct
plant level experience in developing and implementing health and safety
compliance programs.  I have performed environmental, health and safety

*2243 Feather Rock Road, Diamond Bar, California, 91765-3216*

compliance programs.  I have performed environmental, health and safety management analyses, health and safety facility audits, and detailed chemical and toxicological analyses of specific work place and community chemical exposure concerns, including complex risk assessments and risk communication for multiple clients.  I have assisted clients in developing and implementing programs aimed specifically at insuring U.S. OSHA, EPA, and other regulatory agency compliance, especially state agency compliance in California, and trained personnel in their implementation.

I was previously Senior Vice President for The Jefferson Group, a Washington, D.C.-based governmental relations consulting firm, and was responsible for developing a business base in the western United States.  He developed an environmental, health and safety management auditing practice, while with that company.

Prior to joining The Jefferson Group, I served as the first Director of Environmental Protection and Safety for the Lockheed Aeronautical Systems Company.  I organized and established an environmental, health and safety organization at Lockheed that became a model in the aerospace industry.  I dealt with major and complex environmental, health and safety challenges, including multi-million-dollar negotiations and settlements with OSHA and EPA, during my tenure with Lockheed.

I also served as Director of Environmental and Health Sciences at ICF-Clement Western Operations, a national environmental consulting firm, where he was responsible for review and oversight of health-based risk assessments at a number of EPA Superfund sites.  I spent eleven years at Southern California Edison Company managing Environmental Operations, and Environmental Research Divisions, as well as five years with the United States Environmental Protection Agency performing health effects research.

I have written and presented numerous technical and management analysis papers concerning environmental issues and served as an expert witness regarding chemical exposure and effects on people. I have considerable experience in the planning and conduct of health-based risk assessments for both environmentally contaminated site exposures and work place exposure of personnel and have evaluated health and safety-based risks for a wide variety of clients in both indoor and outdoor milieu.

I earned a Ph.D. in Biophysical Chemistry from Cornell University and a B.A. in Chemistry from Columbia College.  I have served on the faculty of the School of Public Health at UCLA as an Adjunct Associate Professor and taught environmental toxicology in the University's Extension Program.  I was a California Registered Environmental Assessor (REA-00046) prior to the closure of that program by Cal EPA, and am a Qualified Environmental Professional (No. 05960083), Institute of Environmental Professional Practice), a Fellow of the American Institute of Chemists, and a Fellow of the American College of Forensic Examiners (No. 3135).

A true and correct copy of my resume is attached to this report as **Exhibit 1**.

## III.  MATERIALS REVIEWED AND KNOWN TO DATE

My opinions are given in the following paragraphs based upon my personal involvement in the investigation of the subject incident, including my review of relevant records, deposition transcripts and photographs of the physical evidence. All of my opinions rendered in this report are made with a reasonable degree of scientific certainty.  This report does not contain all of the opinions that I hold in this case and I reserve the right to supplement my opinions, if and when, additional information becomes available.  In formulating my opinions, I specifically have reviewed the following materials: the reports from the workers compensation toxicologists, records, discussions with Plaintiff, the deposition of Ruben Juarez as well as all exhibits including brochures, comparison charts, and the PVA Inc. promotional materials, videos of conformal coating process, video of the demonstration in April at PVA Inc. of the conformal coating process, the declarations submitted in support of PVA Inc.'s Motion for Summary Judgment as well as the supporting exhibits, and the Declarations in Support of Plaintiffs' Opposition to the Defendant's Motion.  An index of supporting material referring to the Exhibits referenced is set forth herein.

## IV.  FACTS

It is undisputed that PVA Inc. manufactured, designed, and sold a machine, the PVA 350, to Space X in 2009.  Ruben Juarez worked at Space X from January 2012 to May or June 2014 as a programmer and also worked as a technician for some time.  While working at Space X, Ruben Juarez started to experience various health problems including headaches.  A physician initially suspected Mr. Juarez had vertigo and later suspected his aneurysm was the cause of his condition.  Only

after a successful surgery in 2013 and subsequent checkups did Mr. Juarez realize that he had recovered from the aneurysm.  But because Mr. Juarez' symptoms persisted, he realized the aneurysm was not causing his symptoms.  As Mr. Juarez pointed out no one else at work was sick, Mr. Juarez thought his symptoms were caused by his aneurysm or because he was just unusually sensitive to the chemicals in the nearby chemical baths.

 Mr. Juarez' Workers Compensation Claim was filed due to "repetitive and continuous exposure to electronics parts cleaning (the chemical bath down the hall) and Lead SO (the filters with the lead wiring).  At this time, Mr. Juarez guessed that the cause of his injuries was lead solder wires and unknown chemicals used in the chemical cleaning baths at the Space X facility—items and areas completely unconnected to the PVA 350.] At the time Mr. Juarez filed his Workers Compensation Claim, there were no physicians who suggested Plaintiff examine other chemicals utilized at Space X to which he might have been exposed — there were no physicians telling Plaintiff to avoid anything or any place at work — there was no one informing Plaintiff that the PVA 350 was not hooked up properly, working properly, or that it was dangerous to program the PVA 350 without preparation — Plaintiff did NOT see any material safety data sheets ("MSDSs"), updated safety data sheets (SDSs"), machine manuals associated with the PVA 350—nor did Plaintiff see any Standard Operating Procedures issued by his employer regarding the use of MSDSs/SDSs and/or the use of the PVA 350, based on the declaration he has submitted to date.

During the work up of Mr. Juarez' Workers Compensation claim, he was sent to see Dr. Regev.  Dr. Regev suggested that Mr. Juarez obtain the MSDSs for the lead solder wire and chemical cleaning baths.  During this appointment, Dr. Regev never indicated Mr. Juarez thought any of the chemicals he was working with were dangerous, and Dr. Regev did not tell Mr. Juarez to stay away from any chemicals.

Pursuant to Dr. Regev's request (i.e. following the doctor's advice), Plaintiff requested the MSDSs and made an appointment with a medical toxicologist.  Mr. Juarez also called Space X and requested a list of chemicals associated with the chemical bath and the filters with the lead wires. Space X did not meet that request, nor provide Mr. Juarez with a list, so Mr. Juarez called Francisco (a co-worker at Space X) in early March of 2015 and Francisco ended up giving Mr. Juarez not only the list of chemicals involved in the cleaning baths and lead wire, but also the names of the chemicals that Mr. Juarez worked with when programming PVA 350.

Mr. Juarez emailed Space X on March 3, 2015 asking for the MSDSs for the chemicals that Francisco indicated that Mr. Juarez worked with.  And, on March 3, 2015, Jane Malubag, with Space X, did not send Mr. Juarez the MSDSs but rather

indicated Space X's insurance would send them directly to Mr. Juarez' workers' compensation attorneys. On March 12, 2015 she indicated that the MSDSs were forwarded to Mr. Juarez' attorney and insurance company.

After receipt of the MSDSs, Mr. Juarez saw a medical toxicologist on March 25, 2015, Dr. Zlotolow M.D., and provided Dr. Zlotolow with the MSDSs for his review. It was at the appointments with the medical toxicologist, starting in March 2015 that Plaintiff was first told his reactive airways disease and rhinitis were probably caused by industrial chemical exposure on the job. Only after Mr. Juarez reviewed the MSDSs did Mr. Juarez realize that the solder wire was lead-free, and the chemical used in the chemical baths was only isopropyl alcohol. Plaintiff was deposed on three occasions during the Workers Compensation Action—March 30, 2015, May 20, 2015, and October 21, 2015. During these depositions, counsel for Space X continued to ask questions to the Plaintiff about the PVA 350 — the way Plaintiff operated the PVA 350 — the training Plaintiff received about the PVA 350, and about any warnings associated with the PVA 350. It was this series of questions which led Plaintiff to investigate the safety of the PVA 350 and which triggered Plaintiffs actual suspicion that his injury was might have been caused by defects associated with the PVA 350.

For years, Mr. Juarez worked with the PVA 350, not questioning whether Space X or PVA Inc. were omitting safety information or training information necessary for him to safely perform his work in the vicinity of the machine. He was *never* provided the operating manual. A new chemical material, which Mr. Juarez later found out was toxic, Arathane®, was introduced at Space X with the assistance of PVA Inc., and David Hwang replaced the original chemical, which Mr. Juarez later found out was Humiseal®. Mr. Juarez had no formal or informal chemistry training, so he was not allowed to mix these chemical compounds and he was unaware of the toxicity of the chemicals since he was never trained on their use, nor given materials warning of their toxicity.

I am not a medical toxicologist, nor a physician. I do not diagnose or treat patients. But, as a chemist and chemical toxicologist, based on my review of Mr. Juarez's medical records, reports, and materials produced to date, symptoms that the medical toxicologist reports that Mr. Juarzez experienced as a result of the toxic chemical exposure caused by working with and near the PVA 350 are consistent with reported effects of the chemicals in those materials.

## IV. OPINIONS AND BASIS

Mr. Juarez worked on machine PVA 350 machine (Serial Number W3267), utilizing the following chemicals:

- Arathane® 5750A that contains chemicals toluene, diphenylmethane 4, 4'- diisocyanate, MDI Homopolymer, methylenediphenyldiisocyanate ("MDI"), and triethyl phosphate;

- Arathane® 5750B that contains chemicals toluene, hydroxylated polybutadiene, methyl ethyl ketone, 1, 1'-phenyliminodipropan-2-ol

- Arathane® 5750A/B which is the mixture of the prior two

- Humiseal® that contains chemicals toluene, acetone, xylene, ethyl benzene, methyl ethyl ketone, dimethyl ether, heptane, ethyl 3-ethoxy propionate, and oil modified polyurethane (a proprietary mixture).

- Humiseal® thinner 521 EU that contains chemicals xylene (mixed isomers, unspecified, 90-100% by weight).

- Isopropyl Alcohol ("IPA")

Instructions for the use of the machine failed warn users of the hazards associated with two chemicals listed under Proposition 65, toluene and ethyl benzene, as "chemicals known to the State of California to cause reproductive toxicity," a requirement of the law.  The supplier of the PVA 350 was negligent in failing to warn, under California law, and see that users of the machine, or those nearby a machine in use, were not exposed to unacceptable levels of the chemicals.

Based on his work record and testimony, and the use of the PVA 350 in enclosed areas with inadequate, or regularly utilized ventilation, Mr. Juarez was exposed to solvents and ingredient chemicals, many times at levels high enough to cause physical discomfort, as documented in his medical reports.

Solvent exposures, especially toluene, ethylbenzene, xylene(s), acetone, methyl ethyl ketone, and isopropyl alcohol undoubtedly caused irritation, discomfort, and sequelae was described by the medical toxicologist.  Some are capable of neurotoxic effects, as well.

The associated MSDSs reveal a picture of health effects that could be chronic, with sufficient exposure to these chemicals. The MSDS of Arathane® 5750A provides information that the chronic health effects from the exposure "can cause target organ damage" that include the "upper respiratory tract," "the nervous system . . . brain, central nervous system (CNS)." The MSDS of Arathane® 5750B provides information that the chronic health effects of exposure to toluene "can cause target organ damage" including "the nervous system . . . brain, gastrointestinal tract, central nervous system (CNS)." Over-exposure will aggravate the medical conditions. The MSDS of Humiseal® provides information that inhalation of the

6

chemicals can "[c]ause irritation of nasal passages and throat" and "stupor (central nervous system depression)." "Significant exposure to these chemicals may adversely affect people with chronic disease of the respiratory system" and "central nervous system." An inhalation may "cause mild nausea/dizziness." The MSDS of Humiseal® thinner 521 EU provides "[s]ignificant exposure to these chemicals may adversely affect people with chronic disease of the respiratory system [and] central nervous system." Inhalation may cause nausea/dizziness. Similarly, the MSDS of IPA provides that prolonged exposure may result in nose, throat, and central nervous system depression. "Acute CNS depression may be manifested as giddiness, headache, dizziness, and/or nausea."

It is also well documented that prolonged exposure to these chemicals is hazardous. For example, the Centers for Disease Control ("CDC") publishes that the "most common route of exposure of [toluene] is via inhalation. Symptoms of toluene poisoning include central nervous system effects (headache, dizziness, ataxia, drowsiness, euphoria, respiratory depression, nausea, electrolyte imbalances)." [Detailed description in the latest June 2017 ATSDR Toxicity Profile for Toluene, Toluene, ATSDR Health Effect, pp. 132-161)

Similarly, symptoms from exposure to MDI include "headache, sore throat . . . chest tightness." (Methylenediphenyl diisocyanate – 6) A study of 203 school children who were exposed to MDI shows that 70.9% reported headache, and 62.6% reported nausea. (Id. at p. 7.) The effects of chronic exposure of MDI include "headache, nausea and muscle aches. (Id. at p. 9.) "There are also case reports of neurological effects" of "headaches, forgetfulness, mood alterations, irritability, and difficulty concentrating." (Id. at p. 10) "[T]here was evidence of emotional distress in the form of depression, anxiety, and altered mentation." [Id.]

### A. Mr. Juarez Spent About 60% of His Day in Front of the PVA 350 and Often Placed His Head Inside the PVA 350 As Instructed by PVA

Mr. Juarez started working for Space X on January 12, 2012. The main part of his job was to program a PVA 350 to ensure correct coverage and thickness of the sprayed chemicals on circuit boards. At the time, Mr. Juarez did not know the toxicity of the chemicals. The following are pictures demonstrating different functions of the PVA 350, inside and outside views.





As part of the programing, in order to check the coverage and thickness of the spray, PVA taught Mr. Juarez that he had to place his head inside the PVA 350. He had to do this because the spray is usually very fine with tiny thickness and therefore, a naked eye cannot identify whether or not certain part of the circuit board has been sprayed or the thickness of the spray.  The only way to verify this is to use a black light and place his head inside the PVA 350 to check. He could not take the circuit board out of the PVA 350 to verify this because it is wet and thus, any handling of the board would destroy the accuracy of the spray.

When the exhaust fan is not in operation, Mr. Juarez breathed in the residual chemicals during the verification process because his head was directly emerged

inside the PVA 350 with the non-evacuated chemicals inside. When the exhaust port was not operated, chemical built up in concentration to more harmful levels.

In addition, when the exhaust fan is not in operation, the toxic chemicals leaked out of the PVA 350.  Mr. Juarez on average spent about 60% of his days next to the PVA 350.  A program generally takes from 2-8 hours depending on the complexity of the program. He also performed trouble shooting of the PVA 350. Trouble shooting generally took at least one hour, depending on the complexity of the problem and variables such as chemical viscosity, temperature, and valve adjustment. In total, he spent about 60% of his days standing in front of the PVA 350.

During his time at PVA from 2012 to 2014, Mr. Juarez had confirmation that the ventilation system was not in operation many times: Mr. Juarez asked his co-worker why it always smelled so bad in the room, the co-worker told Mr. Juarez that he just realized that he had forgotten to turn on the ventilation system. Mr. Juarez did not suspect that the chemicals may have caused his injuries until March of 2015 when he received the MSDS from his employers.

In total, Mr. Juarez worked with the PVA 350 from January 2012 to sometime in May or June of 2014.

## V.     PUBLICATIONS WITHIN 10 YEARS

**Please see resume, Exhibit 1.**


## VI.    LIST OF CASES TESTIFIED TO IN THE PAST FOUR YEARS

**Attached as Exhibit 2**


## VII.   COMPENSATION

My compensation for the time spent away from my practice to participate in litigation for both defense attorneys and plaintiffs' attorneys is at the rate of $395.00 per hour, $450 for deposition testimony per hour, and $3,600 for a day of trial testimony.

Attached as Exhibit 1 is a copy of my CV.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 29, 2018, in Diamond Bar, California.


_____

EDWARD J. FAEDER, Ph.D.

SRF Environmental and Health Management, Inc.
2243 Feather Rock Road
Diamond Bar, California, 91765
Telephone: 909-860-8282  e-mail: efaeder@ix.netcom.com

# EDWARD J. FAEDER

## Résumé

## EDUCATION

B. A., Chemistry - 1965
Columbia College, New York, New York

Ph. D., Biophysical Chemistry - 1970
Cornell University, Ithaca, New York

Post Doctorate, Biochemistry - 1972
Duke University, Durham, North Carolina

## SUMMARY OF SKILLS

Forty-eight years of experience in high level management, organizational, technical, and policy areas related to environmental protection, health and safety for utilities, school districts, health care and hospital, food production, energy production, and meat industry clients.  Government experience, consulting experience, academic and teaching experience.  Skill and experience negotiating complex environmental protection and safety agreements with a variety of regulatory agencies, including EPA, OSHA, state and local health departments and air quality management districts.  Experience with the approach and impacts of DOE "Tiger Teams."  Experience in the development of strategic approaches to complex environmental, health and safety toxic tort litigation.  Experience in litigation support, including deposition and trial testimony, for a wide range of environmental, health, and safety related issues, focusing on exposure evaluation and analysis, for both defendants and plaintiffs (roughly two thirds defense and one third plaintiff).  Ability to integrate multi-disciplinary approaches into the solution of complex regulatory and health-related problems.  Ability to enlist senior management and working group support and participation in solving problems.  Ability to work in stressful environments.

## WORK  EXPERIENCE

Present - 1991   Executive Vice President
SRF Environmental and Health Management, Inc.
Diamond Bar, California

Assists clients to resolve environmental, health and safety ("EHS") issues cost effectively and in  compliance with regulatory requirements.  Specializes in organizational analysis and problems to optimize handling EHS activities by corporate and company senior management, and works on specific problems associated with toxic chemicals, hazardous wastes, perform risk assessments, environmental, health and safety audits relevant to the purchase and sale of property.  Deals with potential human health problems arising from environmental or occupational exposures.  Provides litigation support including strategy development and testimony in toxic torts cases.  Recent work in multiple legal cases

Edward J. Faeder                          Résumé                              Page 2

involving real and alleged chemical exposure and injury. Qualified Environmental
Professional, Fellow; American Institute of Chemists, Fellow; American College of Forensic
Examiners Institute, Fellow; Certified Level II Thermographer (No. 13780).

1991 - 1990    Senior Vice President
               The Jefferson Group
               West Covina, California

               Was the Director of The Jefferson Group's Los Angeles-based Environmental and
               Occupational Health Division. Focus was on providing a wide range of health protection
               (environmental, health, safety, occupational medical, and emergency response) services to
               clients. Specialized in working to audit, analyze, and restructure corporate health protection
               activities so that regulatory compliance could be achieved cost effectively and with
               appropriate senior management control.

1993 - 1980    Adjunct Associate Professor, Environmental and Occupational Health Sciences Division,
               School of Public Health, UCLA
               Los Angeles, California.

               Participated in the development of an integrated departmental program in environmental
               toxicology; supervised graduate student activities in electric utility industry-related research
               projects. Currently teach environmental toxicology in the UCLA Hazardous Materials
               Management Extension Program, and maintain affiliations with the Environmental Sciences
               and  Engineering professional degree program.

 1990 - 1988   Director, Environmental Protection and Safety
               Lockheed Aeronautical Systems Company
               Burbank, California.

               Was responsible for organizing and directing the Environmental Protection and Safety
               Branch of Lockheed Aeronautical System Company's Burbank Division. Combined all
               health, safety, and environmental activities for the company, from three other branches.
               Professional and regulatory affairs specialists focused on environmental, health and safety,
               hazardous chemicals, and waste issues for a business unit employing about 15,000 people.
               Built this group to almost 100 in size, and had responsibility for many health protection
               issues of importance to the Company. The latter included: An asbestos program for older
               buildings; solvent usage; airborne toxic chemicals; groundwater contamination and
               Company participation in a unique area-wide Superfund site involving multiple potentially
               responsible parties (PRPs); hazardous waste minimization and disposal; toxicological
               assessment of new chemicals and processes program; management of a major, multimillion
               dollar occupational health and safety commitment to the U.S. Occupational Safety and
               Health Administration as part of the settlement of citations against the Company. Used non-
               traditional, applied research, problem-solving approaches unique within the aerospace
               industry. Tactical and strategic planning were involved. The Branch operating budget was
               in excess of $40,000,000 per year (function plus capital equipment) Managed over100 health
               protection specialists.

1987           Director, Environmental and Health Sciences,

EXHIBIT 1

Edward J. Faeder                          Résumé                          Page 3

                ICF-Clement Western Operations, ICF Technology,
                Los Angeles, California.

                Developed and managed ICF's risk assessment efforts in the western part of the United
                States.  Recruitment and staffing, general management of technical personnel, performance
                as a technical expert in the risk assessment area, development of a marketing strategy for
                business growth in this area, and its implementation.  Supervised nine professionals, at
                maximum group size.  Performed technical and related policy work for private and
                governmental clients on hazardous waste problems, air toxics issues, environmental site
                assessments and auditing, risk communication to public groups, and health and safety issues.
                Provided testimony and work with attorneys to develop technically sound legal strategy in
                toxics-related cases.

1986 - 1985     Manager of Environmental Operations
                Southern California Edison Company
                Rosemead, California.

                Directed the Southern California Edison Company's response to environmental problems
                arising from their business operations. Managed forty technical and professional people, and
                a budget of $8,000,000 in performing these activities.  Served as the initial contact and
                coordinated developmental remedial measures.  Provided interface with staff and other key
                personnel of environmental and regulatory agencies concerning the issuance, amendment or
                revocation of existing laws, policies or regulations.  Developed and implemented
                environmental compliance programs.  Coordinated permitting and licensing with
                environmental and regulatory agencies.  Coordinated responses to requests from regulatory
                agencies for information on the environmental aspects of Company operations.  Provided
                environmental engineering design and monitoring services for facilities in support of
                generation project managers and other requesting organizations.

1985 - 1984     Manager, Systems Research and Development
                Southern California Edison Company
                Rosemead, California.

                Managed all environmental research activities for the Company, including environmental
                and occupational health, terrestrial and marine ecology, and atmospheric chemistry.
                Supervised a group of 33 company and contract professionals in conducting research
                activities in support of corporate environmental goals.  Annual budget was in excess of
                $5,000,000.  Provided internal and external technical support for corporate line operations
                and regulatory and licensing processes.

1984 - 1981     Consulting Scientist
                Southern California Edison Company
                Rosemead, California.

                Developed research programs in all areas of toxic and hazardous chemical effects on
                Company employees and people living within its service territory.  The program dealt with
                exposure to chemicals used in Company facilities and wastes generated by business

Edward J. Faeder                          Résumé                          Page 4

operations.  A specific example is the development of a corporate PCB exposure program to characterize worker exposure and effects from using PCBs in a subject population of 2,000 employees.  Served as the Company expert in the area of environmental toxicology.  Managed the integration of research findings with policy objectives for industry-wide impacts through active participation in utility ad hoc groups, e.g., technical management of EEI/USWAG PCB Project; UARG Health and Welfare Effects Committee participation in $SO_2$ and $NO_2$ ambient air standard setting processes.  Continued to function as supervisor of Health and Biological Effects Group, containing five professionals.

1980 - 1976     Senior Research Scientist, Supervisor Health and Biological Effects Research
                Southern California Edison Company
                Rosemead, California.

                Developed and implemented corporate research program to determine the effects of air pollution on human beings in Southern California; provided technical support for other groups in the Company, particularly Law, and Environmental Affairs in the health effects area; served as Health Effects Coordinator on an industry-wide basis, through Utility Air Regulatory Group Ambient Standards Committee with other companies and provided technical input directly to federal regulatory agencies.  Supervised health effects research for the Company and directed work  of health and biological effects section of Environmental Systems Group.   Annual budget was  approximately $3,000,000. Group contained three professionals.

1976 - 1975     Acting Chief, Biochemical Screening Section, Health Effects Research Laboratory
                U.S. Environmental Protection Agency
                Research Triangle Park, North Carolina.

                Directed the development of biochemical and chemical techniques to examine the exposure of animals and people to toxic substances.

1975 - 1972     Research Chemist, Bioenvironmental Laboratory
                Branch, Division of Health Effects Research,
                U.S. Environmental Protection Agency
                Research Triangle Park, North Carolina.

                Developed coordinated program to examine effects of gaseous and heavy metal pollutants on biochemical systems in animals. Established extramural contract research program through  EPA's Minority Institute Research Support Program.

1972 - 1970     Research Associate, Department of Biochemistry,
                Duke University
                Durham, North Carolina.

                Examined the role of metals and co-factors in electron transfer through biological molecules.

Edward J. Faeder                                 Résumé                                 Page 5

**ADDITIONAL  EDUCATION**

"Inframation 2010 – Infrared Camera Applications Conference," conference on infrared cameras, theory and applications," including 3 one-half day clinics on: building science applications; energy auditing; and infrared camera software techniques; November 24-28, 2010, Las Vegas, Nevada.

"Lead Based Paint Inspector and Risk Assessor Course," National Association of Training and Environmental Consulting (NATEC International, Inc.), 40-hour certified California Department of Public Health and U.S. EPA curriculum program; passed final class certification exam, March 1 - 5, 2010, Anaheim, California.

"Professional Ethics, Doing What is Right in the Practice of Industrial Hygiene," AIHA Teleweb Virtual Seminar, August 4, 2009, internet seminar.

"Mold: Exploring, Sampling, Analysis, and Data Interpretation," AIHA Teleweb Virtual Seminar, February 19, 2009, internet seminar.

"Infrared Thermography, Level II Training," training class for level II certification, May 13 - 16, 2008, Las Vegas, Nevada – passed written examination and lab assignments.

"Interpretation of Biomonitoring Data Using Physiologically Based PBPK Modeling," October 14, 2007, Durham, North Carolina, International Society of Exposure Assessment.

" 17th Annual Conference of the International Society of Exposure Assessment," October 15 - 18, 2007, Durham, North Carolina.

"Mold Assessment, Remediation, and Prevention: Applying Current Best Practices," AIHA Teleweb Virtual Seminar, September 19, 2007, internet seminar, with exam.

"Inframation 2006 – Infrared Camera Applications Conference," conference on infrared cameras, theory and applications," including 3 one-half day clinics on: building science applications; home inspection; and infrared camera techniques; October 23-27, 2006, Las Vegas, Nevada.

"From Exposure to Human Disease: Research Strategies to Address Current Challenges," a two day symposium on chemical exposure evaluation and it's role in the etiology of disease development in humans, sponsored by the Roundtable on Environmental Health Sciences, Research and Medicine, Institute of Medicine of the National Academies, September 14, 14, 2006, Washington, D.C.

"Characterization and Evaluation of Vapor Intrusion," workshop in volatile chemical intrusion into buildings, sponsored by the Air and Waste Management Association, September 12, 2006, Los Angeles, California.

"Rule 1401 Health Risk Assessment," training class in SCAQMD risk analysis for air emissions of new sources and existing source modifications – risk calculator methodology, October 12, 2005, Anaheim, California.

"Infrared Thermography, Level I Training," training class for level I certification, March 8 - 11,

EXHIBIT 1

Edward J. Faeder                              Résumé                              Page 6

2005, Albuquerque, New Mexico – passed written examinations and lab assignments.

"Mold-Related Health Effects: Clinical, Remediation Worker Protection, and Biomedical Research Issues," seminar sponsored by Society for Occupational and Environmental Health, National Institute of Environmental Health Sciences, Association of Occupational and Environmental Clinics, NIH Office of Rare Diseases, Johns Hopkins University Bloomberg School of Public Health, Urban Public Health Program of Hunter College (SUNY), and University of Medicine and Dentistry of New Jersey School of Public Health, June 28, 29, 2004, Washington, D.C.

"Air Toxics Health Risk Assessment and HARP (California EPA's *Hotspots Analysis and Reporting Program*)", computer modeling workshop, June 15, 16, 2004, Anaheim, California.

"Mold, Allergens, Sampling, and Data Interpretation," seminar sponsored by Environmental Microbiology Laboratory, May 5, 2004, Los Angeles, California.

"5th International Conference on Bioaerosols, Fungi, Bacteria, Mycotoxins and Human Health," conference, September 10-12, 2003, Saratoga Springs, New York.

"Healthy Indoor Environments 2003, Setting the Standards for Indoor Air Quality," conference, April 10-12, 2003, Anaheim, California.

"Comparative Sampling Techniques for Mold Investigations" and "Methods to Assess the Effectiveness of Mold Remediation" Workshops, April 9, 2003, The University of Tulsa Indoor Air Program, Anaheim, California.

"Maintaining a Healthy School Environment Workshop," U.S. EPA Region IX update, April 8, 2003, Anaheim, California.

"Introduction to Immunology," an update of modern immunology and changes in the past five years, sponsored by the American Association of Immunologists, June 22-25, 2002, Tufts University, Medford, Massachusetts.

"Mold Litigation Conference," including expert discussions on morphology, fungal presence, characterization, and effects, sponsored by Mealey Publications, February 25, 26, 2002, Phoenix, Arizona.

"Asthma and Allergen Control," an indoor air quality workshop sponsored by U.S. EPA, Region IX and the California Department of Health Services, and delivered by University of Tulsa, Oakland, California, January 22-23, 2001.

"Sampling/Biological Contamination Control," an indoor air quality workshop organized by U.S. EPA, Region IX, and delivered by University of Tulsa, San Diego, California, September 12, 2000.

"Biological Remediation and Control," an indoor air quality workshop organized by U.S. EPA, Region IX, and delivered by University of Tulsa, San Diego, California, September 13, 2000.

"Hands-on Training with the Decision Tools Suite: @RISK, PrecisionTree®, TopRank®, BestFit®,

Edward J. Faeder                              Résumé                              Page 7

RISKview™, RISKOptimizer™," Ithaca, New York, June 12-14, 2000.

"Groundwater Services, Inc.,  User Training in Risk-Based Corrective Action (RBCA) Assessment
Toolkit for Chemical Releases," Houston, Texas, June 23, 1999.

"ASTM User Training in Risk-Based Corrective Action (RBCA) Assessment Toolkit Applied at
Petroleum Release Sites," Los Angeles, California, June 25, 1998.

"Respiratory Protection Training in Cal/OSHA Requirements for CCR Title 8, Section 5144," by the
American Safety Institute, Los Angeles, California, May 27, 1999.

"Hazardous Materials 8-Hour First Responder Operations Training — Update," La Habra, California,
September 3, 1997.

"Repair and Maintenance Operations of All Asbestos Containing Material (ACM) Types — 16 Hour
O&M Training," for certification, La Habra, California, August 3,4, 1997.

"ISO 14000 EMS Lead Auditor Course," for certification, Fullerton, California, May 28 - June 1,
1997.

"ASTM User Training in Risk-Based Corrective Action (RBCA) Applied at Petroleum Release
Sites," San Diego, California, January 14-15, 1997.

"Air Permits Modeling Course," Bowman Environmental, November 5-6, 1996, Los Angeles,
California.

"A Guide to Voluntary Compliance in Safety and Health," U.S. Department of Labor, OSHA
Training Institute, Des Plaines, Illinois, August 31 - September 4, 1992.

Lockheed Executive Institute, Lockheed Corporation, August 14-19, 1988, Calabasas,
California.

"Basic Health and Safety Training Course", CDM 150.4, Camp, Dresser, and Mckee, June 22-
26,1987, Springfield VA.

"Basic Leadership Laboratory," UCLA Extension Program, Ojai, California - December 4-10, 1983.

"Managerial Policy Institute," General Management Program, University of Southern California,
February-May, 1983.

"Public Utilities Executives' Course," University of Idaho, July 5-29, 1982.

"Electric Utility Systems and Practices Course," GE and SCE, Oct. 1980-Feb. 1981.

"Communications Workshop," SCE sponsored (Les Crane), August 6-8, 1980.

"Supervisory Effectiveness Seminar," SCE, May 1, 1978.

Edward J. Faeder                         Résumé                         Page 8

"Introduction to Supervision," U.S. Civil Service Commission, Feb. 9-13, 1976.

"Grant and Interagency Agreement Project Officer's Course," U.S. Environmental Protection Agency, June 12, 13, 1975.

" Radioisotopes in Life Science," North Carolina State University, Dec. 17-21, 1973.

**MEMBERSHIPS AND AFFILIATIONS**

    Air and Waste Management Association
    American Association for the Advancement of Science
    American Chemical Society
    American College of Forensic Examiners
    American College of Toxicology
    American Industrial Hygiene Association
    American Society of Safety Engineers
    Phi Kappa Phi
    Sigma Xi
    Society for Risk Analysis

**ADDITIONAL  PROFESSIONAL ACTIVITIES**

Certified Infrared Thermographer, Level II (No. 13780), Infrared Training Center, May 2008 – 5/16/2013

Certified Air Quality Specialist (CAQS 6699), Environmental Assessment Association, Present - January, 2007

Certified Environmental Consultant (CEC 6669), Environmental Assessment Association, Present - October 2005

Certified Infrared Thermographer, Level I (No. 24070), Infrared Training Center, July 2005 – 3/11/2010

Certified Mold Inspector,  (CMI,  6669), Environmental Assessment Association, Present - October 2001

Certified Environmental Manager (CEM  6669), Environmental Assessment Association, Present - February 2001

Advisor, Environmental, Health and Safety Advisory Council, Office of the Director,  Los Angeles Unified School District, April, 2000 - November, 1999

Fellow, American College of Forensic Examiners Institute (FACFE, No. 1196) Present - September, 1997

Edward J. Faeder                              Résumé                              Page 9

Qualified Environmental Professional, Institute of Professional Environmental Practice, Present - 1996; **Re-certified May 21, 2016**.

Diplomate, American Board of Forensic Examiners (DABFE, No. 3135), Present - 1996

Fellow, American Institute of Chemists, Present - 1992

Certified Trainer for OSHA Compliance in Safety and Health (1992-1995)

Registered Environmental Assessor, State of California (REA - 00046), July 1, 2012 (end of program) - 1988.

Certified Environmental Inspector (CEI 6669), Environmental Assessment Association, Present - 1991.

Chairman, Systems and Risk Technical Advisory Committee, UCLA Engineering Research Center for Hazardous Substances Control, 1989 -1988.

Member, Policy Advisory Group, UCLA Engineering Research Center for Hazardous Substances Control, 1989 - 1988.

Graduate Student Faculty Advisor, UCLA Environmental Sciences and Engineering Program, 1987 - 1982.

Vice Chairman, Division Advisory Committee, Energy Analysis and Environment Division, Electric Power Research Institute, 1986 - 1985.

Co-Chairman, Health and Welfare Effects Committee, Utility Air Regulatory Group, 1986 - 1977.

Member, Medical Research Group, Air Pollution Research Advisory Committee, Coordinating Research Council, 1984 - 1978.

Member, Task Force on Environment, Environmental Assessment Department Advisory Committee, Electric Power Research Institute, 1984 - 1981.

Technical Manager, Edison Electric Institute/Utility Solid Waste Activity Group PCB Project, 1983 - 1981.

**PUBLICATIONS**

Dahlgren, J., Roback, R., Dominguez, M., Byers, V., Silver, D., and E. Faeder (2013). "Case Report: Autoimmune Disease Triggered by Exposure to Hair Straightening Treatment Containing Formaldehyde." Open Journal of Rheumatology and Autoimmune Disease 3, pp. 1-6.

Eschenroeder, A. Q. and Faeder, E. J. (1988).  "A Monte Carlo Analysis of Health Risks from PCB-Containing Mineral Transformer Fires."  Risk Analysis  8, p.p. 291-297.

Edward J. Faeder                              Résumé                              Page 10

Eschenroeder, A. Q., Doyle, C. P., and Faeder, E. J. (1986).  "Health Risks of PCB Spills From Electrical
        Equipment."  Risk Analysis 6, 213.

Sahl, J. D., Crocker, T. T., Gordon R. J., and Faeder, E. J. (1985). "Polychlorinated Biphenyls in the
        Blood of Personnel From an Electric Utility," Journal of Occupational Medicine, 27, pp. 639-643.

Sahl, J. D., Crocker, T. T., Gordon, R. J., and Faeder, E. J. (1985). "Polychlorinated Biphenyl Levels
        in the Blood Plasma of a Selected Sample of Non-Occupationally Exposed Southern California Working
        Adults," Science of the Total Environment, 46, pp. 9-18.

Grove, R. S., Bean, R. M., and Faeder, E. J. (1985).  "Characteristics of Halogenated Components
        Discharged  From Coastal Power Plant and Assessment of Their Potential Health Effects," in
        Proceedings of the 5th Conference_on Water Chlorination:  Environmental Impact and Health Effects,
        Williamsburg, Virginia, pp. 1371-1379.

Saperstein, M. D., and Faeder, E. J. (1984).  "Statistical Survey of PCB Contamination in Substation
        and Distribution System Equipment Containing Mineral Oil," Proceedings of the Electric Power
        Research Institute's Symposium on PCBs, Atlanta, Georgia.

Bailey, D. A., Lobnitz, M. M., Doyle, C. P., and Faeder, E. J. (1984).  "High-Temperature Fluid-Wall
        Reactor:  Permitting Considerations for  Commercialization" in Proceedings of the Second Annual
        Conference on  Municipal, Hazardous and Coal Wastes Management (U.S. Department of  Energy),
        Miami, Florida.

Saperstein, M. D. and Faeder, E. J. (1982).  "Environmental Toxicology of PCB Substitutes for Capacitors,"
        Regulatory Toxicol. Pharmacol. 2, 238.

Saperstein, M. D., Gordon, R. J., and Faeder, E. J. (1982).  "PCB Contamination in Distribution
        Transformers," Journal of Environmental Science and Health, A17 (2), 241.

Doyle, C. P., Woodruff, C., Eschenroeder, A., and Faeder, E. J. (1982).  Impacts of Motor Vehicle Inspection
        and Maintenance on Emission Reduction in Southern California," Science of the Total Environment 22,
        31.

Gordon, R. V., Szita, J. and Faeder, E. J. (1982).  "PCB Analysis in Transformer Oil by Capillary Column
        Gas Chromatography," Analytical Chemistry, 54, 478.

Mustafa, M. G., Elsayed, N. M., and Faeder, E. J. (1980).  "Biochemical Effects of Oxidant on Animal
        Lungs," Toxicol. Lett. S9, No. 1, 98.

Phalen, R. F., Reischl, P., Faeder, E. J., and Cavender, F. L. (1980).  "Response of the Respiratory Tract
        to Inhaled Pollutants" in Generation of Aerosols and Facilities for Exposure Experiments, K. Willeke
        (ed.), Ann Arbor Science publisher, Ann Arbor, Michigan, pp. 125-140.

Mustafa, M. G., Faeder, E. J., and Lee, S. D. (1979).  "Biochemical Basis of Pulmonary Response to
        Ozone and Nitrogen Dioxide Injury," in Molecular Basis of Environmental Toxicology, R. S. Bhatnager
        (ed.), Ann Arbor Science publisher, Ann Arbor, Michigan, pp. 151-172.

Edward J. Faeder                    Résumé                    Page 11

Chadwick, R. W., Faeder, E. J., King, L. C., Copeland, M. F., Williams, K., and Chuang, L. (1978). "Effect of Acute and Chronic Cd-Exposure on  Lindane Metabolism."  Ecotoxicology and Environmental Safety 2, 301.

Faeder, E. J., Chaney, S. W., King, L. C., Hinners, T. A., Bruce, R., and Fowler, B. A. (1977). "Biochemical and Ultrastructural Changes in Livers of Cd-Treated Rats," Toxicol. Appl. Pharmacol. 39 473.

King, L. C., Clark, V., and Faeder, E. J. (1976).  "Effects of Cadmium Exposure on Rat Kidneys," Bull. Environ. Contamin. Toxicol. 16 572.

Faeder, E. J., Davis, P., and Siegel, L. M. (1974).  "The Role of Flavins in Catalysis by E. coli Sulfite Reductase," J. Biol. Chem. 249, 1599.

Lucier, G. W., McDaniel, O. S., Fowler, B. W., Sanawane, B. R., Hook, G., and Faeder, E. J., (1973). "Studies on TCDD-Induced Change in Rat Liver  Microsomal and Mitochondrial Enzymes," Env. Health Perspectives, Issue No. 5, 199.

Faeder, E. J. and Siegel, L.M., (1973).  "A Rapid Micromethod for Determination of FMN and FAD in Mixtures," Anal. Biochem. 63 322.

Lucier, G. W., McDaniel, O.S., Bend, J. R., and Faeder, E. J. (1972).  "Effects of Hycanthone and Two of its Chlorinated Analogs on Hepatic  Microsomes," J. Pharmacol. and Exp. Therap. 186 416.

Siegel, L. M., Faeder, E. J., and Kamin, H. (1972).  "Flavin Interaction in NADPH Sulfite Reductase," Z. Naturfor. 27 1087.

Faeder, E. J. and Hammes, G. G. (1970).  "Kinetic Sudies of Tryptophan Synthetase.  Interaction of L-Serine,  Indole, and Tryptophan with the Native Enzyme," Biochemistry 10 1941.

Faeder, E. J. and Hammes, G. G., (1970).  "Kinetic Studies of Tryptophan Synthetase.  Interaction of Substrates with the B Subunit," Biochemistry 9, 4043.

Faeder, E. J. (1970).  "A Stopped Flow-Temperature Jump Apparatus: Construction and Application to the Kinetic Studies of Tryptophan Synthetase," Ph.D. Thesis,  Cornell University.

**PRESENTATIONS**

Faeder, E.J. (2013), "Evaluating Potential Risk to Human Health from Nitrosamines at a Museum in Southern California," for a private client, September 5, 2013. Los Angeles,California.

Faeder, E.J. (2011), "Air and Public Health Research Compilation Workshop – Health Risk Assessment and Health Impacts Assessment and their Roles in Siting Public Transportation Routes," participation in a workshop for a private client, April 20, 2011, Pasadena, California.

Faeder, E.J. (2008), "Private School Ice Rink Mold Investigation and Remediation," a formal arbitration presentation describing mold investigations and remediation, and the proper form of such activities for an ice rink, February 29, 2008, Cleveland, Ohio.

Edward J. Faeder                         Résumé                              Page 12

Faeder, E.J. and C. Rubin, (2007), Mold and Indoor Air Quality, Co-opting a potential issue at a local high
    school," confidential briefing for board of education on school litigation issues and mold growth,
    November 7, 2007, southern California.

Faeder, E.J. (2005), "How to Conduct a Bad Mold Investigation and How to Do it Right," invited speaker,
    Orange County Bar Association Construction Law Section, March 17, 2005 Costa Mesa, California.

Faeder, E.J. (2004), and Dr. Mark Fulmer, "Indoor Air Quality Issues – An Introduction," invited
    presentation, as part of the Visalia Unified School District Workshop on Indoor Air Quality Tools for
    Schools, March 16, 2004,  Visalia, California.

Faeder, E.J. (2003), "Health and Safety Issues: Focus on Indoor Air Quality and Hazard Communication,"
    conducted for Visalia Unified School District, August 23, 2003, Visalia, California.

Faeder, E.J. (2003), Windrich, Z., and J. Samaniego "Mold in Apartments," invited presentation to the
    Apartment Association of Greater Los Angeles, Los Angeles, California, January 29, 2003.

Faeder, E.J., (2003) "Indoor Air Quality Issues–An Update for Employees of Visalia Unified School
    District,",January 16, 2003, Visalia, California.

Faeder, E.J. (2002) "Surface Mining in Wyoming: An $NO_2$ Exposure Issue,"presentation to the National
    Advisory Committee on Acute Exposure Guideline Levels, Washington, D.C., December 10, 2002.

Faeder, E.J. (2002) " Nitrogen Dioxide and Human Health – Development of a Short Term Acute Exposure
    Goal for the Eagle Butte Mine, Gillette, Wyoming," invited presentation to the Wyoming Environmental
    Quality Council, Casper, Wyoming, October 22, 2002.

Faeder, E.J. (2002) and Z. Windrich, "Target: Mold in Apartments," invited presentation to the Apartment
    Association of Greater Los Angeles, Los Angeles, California, October 15, 2002.

Faeder, E.J. (2002), "Tools for Schools in Visalia — An Update for 2002." training conducted for Visalia
    Unified School District, May 23, 2002, Visalia, California.

Faeder, E.J., "Indoor Air Quality Issues for Schools – A 'Hands On' Approach," in-service training for
    employees of Visalia Unified School District and invited neighboring local district representatives, May
    22, 2002, Visalia, California.

Faeder, E.J. (2001) "Mold – A Pariah or an Exaggeration," invited speaker, private law firm, continuing
    education series, November 29, 2001, Orange, California.

Faeder, E.J. (2001) "Microbiological Contamination Relating to Homes and Residences," invited
    speaker, regional realty group, October 31,  2001, Diamond Bar, California.

Faeder, E.J. (2001) "Effects of Nitrogen Dioxide on Human Health – Guidance in the Establishment of a
    Short Term, Occasional Exposure Standard to Protect the Public from Mine Blasting Activities," invited
    presentation to the Wyoming Department of Environmental Protection and Wyoming Environmental
    Quality Council, Casper, Wyoming, September 12, 2001.

Edward J. Faeder                              Résumé                                    Page 13


Faeder, E.J. (2001) "Microbiological Contamination Relating to Construction Defect Litigation," invited
    presentation at private insurance carrier's annual construction defect seminar, Gilford, New Hampshire,
    June 25, 26, 2001.

Faeder, E.J. (2001) "Nitrogen Dioxide and Human Health," invited presentation to consortium of mining
    companies, Gillette, Wyoming, June 14, 2001.

Faeder, E.J. (2000) "Indoor Air Quality Program Update – 1/18/00: Results from Testing and
    Interpretation,"report to the Saugus Union School District Governing Board summarizing program data
    and status, January 17, 2000, Santa Clarita, California.

Faeder, E.J. (1999) "Indoor Air Quality Studies in Portable Classrooms in Southern California: Chemical
    and Biological Impacts," invited speaker, presented to the California Inter-Agency Committee on Indoor
    Air Quality, Oakland, California, December 8, 1999.

Faeder, E.J. (1999) " Air Quality Issues in the Castaic Union School District – Results from an Indoor Air
    Quality Program Measuring Selected Chemical and Biological Parameters in Ten Relocatable
    Classrooms," presentation to Castaic Union School District Board, meeting October 21, 1999.

Faeder, E.J. (1999) "Indoor Air Issues Relating to Construction Defect Litigation – Some Observations,"
    invited speaker, private law firm, Orange, California, October, 1999.

Faeder, E.J. (1999) "Saugus Union School District – Indoor Air Quality Program,"invited speaker, 1999 Fall
    School Law and Financing Workshop, Bowie, Arneson, Wiles & Giannone, Ontario, California,
    October, 1999.

Faeder, E.J. (1999) "Evaluation of Indoor Air Quality Issues in the Saugus Union School District –
    Preliminary Results from an Indoor Air Quality Program Addressing Health Effects Issues Raised in
    Relocatable Classrooms," presentation to Santa Clarita Valley physicians, July, 1999.

Faeder, E.J. (1999) "Evaluation of Indoor Air Quality Issues in the Saugus Union School District – Outline
    of an Indoor Air Quality Program to Address Issues Raised in Relocatable Classrooms," presentation
    to Indoor Air Quality Coordinators for the District, July, 1999.

Faeder, E.J. (1999) "Proposition 65 Hazard Warnings for Potential Exposure to Ethylene Oxide," company
    hazard communication supplemental training for a private client, April, 1999.

Faeder, E.J. (1998) "Environmental Compliance with Hazardous Chemical Regulations," company
    regulatory program training for a private client, October - December, 1998.

Faeder, E.J. (1998) "General Health and Safety, Emergency Action and Response, Hazard Communication,
    Respiratory Protection, and Chemical Hygiene Training for the Pharmaceutical Device Manufacturing
    Industry," Pharmacia  Iovision (Pharmacia & Upjohn), March - June, 1998.

Faeder, E.J. (1997) "Environment of Care —  Update in Health Care Practitioner Safety, Occupational
    Health, Requirements for a Medium-size Community Hospital, invited speaker, continuing education

Edward J. Faeder                            Résumé                            Page 14

program, private corporation, August 26, 1997; revised version December 10, 1997 for manager/
preceptor training of all incoming staff.

Faeder, E.J. (1997) "Respiratory Protection Program Training and Certification," development of program
and training/certification of selected Engineering Department personnel in a medium-size community
hospital, October, 1997.

Faeder, E.J. (1997) "Chemical Exposure and Human Health Impacts Related to Litigation," invited speaker,
continuing education program, private law firm, January 27, 1997.

Faeder, E.J. (1996) "Health and Safety Basic Training for New Employees in the Healthcare and Hospital
Industry," orientation training for entering employees in a large, mixed ambulatory treatment/ hospital
organization, January - June.

Faeder, E.J. (1996) "Health and Safety Reorientation Training for New Employees in the Healthcare and
Hospital Industry," annual recurrent update training for employees in a large, mixed ambulatory
treatment/ hospital  organization, January - June.

Faeder, E.J. (1995) "Risk Assessment for Litigation Support: A Panel Presentation and Discussion,"
moderator, speaker Southern California Chapter, Society of Risk Analysis Eighth Annual Workshop,
invited participant, University of Southern California, Los Angeles, California, May 18, 1995.

Faeder, E.J. (1994) "Indoor Risk Asessment," moderator, speaker, session Chair, Southern California
Chapter, Society of Risk Analysis Seventh Annual Workshop, invited participant, University of
Southern California, Los Angeles, California, May 19, 1994.

Faeder, E.J. (1993) "Exposure Assessment as a Key to Litigation Support:  You Can't Have an Injury
Without a Cause, But You Can Believe You're Hurt By What You Don't Understand," New Trends in
Environmental Injury - A Seminar for Attorneys and Claims Professionals, Universal City, California,
Invited Speaker, May 14, 1993.

Faeder, E.J. (1993) " Explaining Health, Safety, and Environmental Issues to Customers," American Water
Works Association, California-Nevada Spring Meeting, Burbank, California, April 15, 1993.

Faeder, E.J. (1993) "Health Protection:  Lessons for the Electric Utility Industry," Electric Power Research
Institute Task Force Meeting, Health Studies Program Committee, San Francisco, California.

Faeder, E.J. (1991) "Environmental, Health and Safety at the Los Angeles Department of Water and
Power:  How are Water and Power Doing?", talk for senior management December 13, 1991.

Faeder, E.J. (1991) "Environmental, Health and Safety Regulatory Issues Affecting the
Toxicologist,"California Association of Toxicologists' Workshop on Environmental Toxicology,
November 1, 1991, San Diego, California.

Faeder, E.J. (1991) "Health and Risk Assessment," session chairman, 1st International Society for the
Advancement of Material and Process Engineering Environmental Conference, May 21-23, San Diego,
California.

Edward J. Faeder                              Résumé                              Page 15

Rock, A., Kelsh, M., and E. Faeder (1991) "Information Management Approach for Databases Required for Hazard Assessment in the Aerospace Industry," 1st International Society for the Advancement of Material and Process Engineering Environmental Conference, May 21-23, San Diego, California.

Faeder, E.J. (1990) "Environmental, Health and Safety Issues in the Aerospace Industry - or - They  Don't Make Airplanes Like (Out of What) They Used To!"  invited speaker, Society of Plastics Engineers Advancements in Materials for Polymer Composites and Special Topics Conference, October 16-18, Los Angeles, California.

Faeder, E.J. (1990) "Environmental Health and Safety Issues in the Aerospace Industry," invited speaker and panel discussant, National Security Industrial Association, Manufacturing Management Committee, October 17-19, 1990, San Diego, California.

Faeder, E. J. (1990) "Contractor Liability for Safety and Health of Subcontractor, Suppliers, and Customer Employees:  Some Concerns," invited speaker, "Developing Contractor-Subcontractor Relationships for Strategic Business Opportunities," sponsored by the Orange County chapters of the National Contract Management Association and the American Bar Association (Public Contract Law Section), May 15, Buena Park, California.

Faeder, E. J., Gurba, P. E., and Rock, A. R.  (1990) "Health Effects in the Aerospace Workplace - Some Concerns," Composites in Manufacturing 9 Symposium, Society of Manufacturing Engineers, January 15-18, 1990, San Diego, California.

Faeder, E. J. (1989).  "Recent OSHA Experiences at Lockheed," Aerospace Industries Association Occupational Safety and Health/Environmental Affairs Fall Meeting, August 28-30, 1989, Boston, Massachusetts.

Faeder, E. J. (1988).  "Risk Assessment," California Aerospace Environmental Association Mid-Winter Conference, February 17, 1988, Long Beach, California.

Faeder, E. J. (1987).  "Evaluating Risk - Regulatory Trends and Impacts:  Air Toxics in the West," organizing chairman, session at the Third Annual Hazardous Materials Management Conference/West, December 1-3, 1987, Long Beach, California.

Sahl, J. D., Crocker, T. T., Saperstein M. D., and Faeder, E. J. (1985).  "Occupational Exposures of Electric Utility Personnel to PCBs - A Case  Study," Electric Power Research Institute PCB Seminar, October 22-25, Seattle, Washington.

Eschenroeder, A. Q. and Faeder, E. J. (1985).  "Human Health Risks from PCB-Contaminated Mineral Oil Transformers," Electric Power Research  Institute PCB Seminar, October 22-25, Seattle, Washington.

Saperstein, M. D. and Faeder, E. J. (1983).  "Statistical Survey of PCB Contamination in Substation and Distribution System Equipment Containing Mineral Oil," Electric Power Research Institute's Symposium on PCBs, December 6-8, Atlanta, Georgia.

EXHIBIT 1

Edward J. Faeder                          Résumé                          Page 16

Bailey, D. A., Lobnitz, M. M., Doyle, C. P., and Faeder, E. J. (1983).  "High-Temperature Fluid-Wall
        Reactor: Permitting Considerations for Commercialization," Second Annual Conference on Municipal,
        Hazardous and Coal Wastes Management (U.S. Department of Energy),  December 5-7, Miami, Florida.

Colucci, A. V. and Faeder, E. J., Brubaker, P. E., and Strieter, R. P. (1982).  "A Unified Format for the
        Use of Human Clinical Data:  Case Study $NO_2$ and $SO_2$," Air Pollution Control Association Annual
        Meeting, June 20-25, New Orleans, Louisiana.

Colucci, A. V. and Faeder, E. J. (1981).  "A Unified Approach to the Use of Human Clinical Data:
        Application to the Establishment of Air Quality  Criteria," Pacific Section, American Association for
        the Advancement of Science, June 15, 16, Eugene, Oregon.

Mustafa, M. G., Elsayed, N. M., and Faeder, E. J. (1980).  "Biochemical Effects of Oxidants in Animal
        Lungs," International Congress on Toxicology, July 6-11, Brussels, Belgium.

Faeder, E. J., Straughan, I. R., and Ellis, E. C. (1979).  "Air Pollution Health Hazards in Southern California:
        Assessing the Role for the  Southern California Edison Company," International Conference on Energy
        Use Management, October 22-26, Los Angeles, California.

Phalen, R. F., Reischl, P., Faeder, E. J., and Cavender, F. L. (1979).  "Response of the Respiratory Tract
        to Inhaled Pollutants," American  Chemical Society/Japan Chemical Society Joint Congress, April 1-6,
        Honolulu, Hawaii.

Faeder, E. J. and Colucci, A. V. (1978).  "The Effects of Sulfate Aerosols on Human Health," American
        Society of Civil Engineers Convention, October 16-20, Chicago, Illinois.

Chadwick, R. C., Faeder, E. J., King, L. C., Copeland, M. F., Williams, K., and Chuang, L. (1978).
        "Effects of Acute and Chronic Cd Exposure on  Lindane Metabolism," Society of Toxicology,
        Seventeenth Annual Meeting, San Francisco, California.

King, L. C., Williams, K., Faeder, E. J., and Chadwick, R. C. (1978).  "Effects of Subacute Dosing on
        Rats Given a Delayed Exposure to Lindane," Society of Toxicology Seventeenth Annual Meeting, San
        Francisco, California.

Hinners, T., Faeder, E. J., and King, L. C. (1975).  "Atomic Absorption Analysis of Unashed Tissue,"
        Fall Meeting, Analytical Chemistry Division of the American Chemical Society, Chicago, Illinois.

Faeder, E. J., Chaney, S. Q.,  King, L. C., and Hinners, T. (1975).  "Cadmium Toxicity in Rats:
        Differential Effects of Chronic and Acute Exposure on Liver and Kidney,"  American Society for
        Pharmacology and Experimental Therapeutics, Fall Meeting, Davis, California.

Chaney, S. Q., Faeder, E. J., King, L. C., and Hinners, T. (1975).  "Protective Role of Liver Metallothionein
        Against Inhibition of Microsomal Proteins in the Rat," Society of Toxicology, Fourteenth Annual
        Meeting, Williamsburg, Virginia.

Faeder, E. J., King, L. C., Chaney, S. Q., Bruce, R., Hinners, T., and Fowler, B. (1975).  "Cadmium
        Chloride Administration in Rats and the Onset of Liver Pathology," Society of Toxicology,  Fourteenth

Edward J. Faeder                              Résumé                              Page 17

Annual Meeting, Williamsburg, Virginia.


**TECHNICAL REPORTS**

Faeder, E.J., "Mitigation of Environmental Contamination Factors at a Large Private Residence," recommendations for private client in purchase of large estate in west Los Angeles, May 5, 2018.

Faeder, E.J., "Support for a Certificate of Merit in A Proposition 65 60-Day Notice Filing," report for a private client, December 12, 2016.

Faeder, E.J., "Assessment of Phthalates and Lead in an Assortment of Commercially Available Furniture, Clothing, and Plumbing Products for Realistic Human Exposure Potential Under Guidelines from Proposition 65," series of four reports for private clients, May 2016 through December 2016.

Faeder, E.J., "Assessment of Moisture Intrusion and Indicators of Fungal Exposure in a Private Residence," report for a private client, March 8, 2016

Faeder, E.J., "Proposition 65 Determination for Lead in Clothing Apparel and User Contact," report for a private client, March 8, 2016.

Faeder, E.J., "Proposition 65 Determination for DEHP in Clothing Apparel and User Contact," report for a private client, February 26, 2016.

Faeder, E.J., "Support for a Certificate of Merit in A Proposition 65 60-Day Notice Filing," report for a private client, December 22, 2015.

Faeder, E.J., "Proposition 65 Determination for DEHP in plastic covering of personal care product and user contact," report for a private client, November 16, 2015.

Faeder, E.J., "Alleged Exposure to Mold in a Commercial Workplace Environment and Illness in an Employee: No Association," an evaluation of reported illnesses in a hotel employee and lack of association with the work environment for a private client - used in a worker's compensation litigation matter; report prepared November 2, 2015.

Faeder, E.J., "Evaluation of Electronics Product for Phthalates and Lead Compliance with Proposition 65 Warning Requirements - an Example of No Warning Requirements for a Commercial Product," report prepared for a private client, April 12, 2015.

Faeder, E.J., Report on potential for significant fungal and bacterial exposure in a single family residence from two singular leak and flooding events," report for a private client July 18, 2014.

Faeder, , E.J., "Significance of positive urinary tract trichothecenes within the context of alleged inhalation exposure of fungal spores and hyphal fragments," report for a private client, November 25, 2013

Faeder, E.J., Bruya, J., and Clarke, T.H., "Limited Sampling Indicates the Reasonable Possibility of Ubiquitous Exposure to the Phthalate DEHP in the U.S. Population, Compliance Online, published

EXHIBIT 1

Edward J. Faeder                              Résumé                              Page 18

May 29, 2013.

Faeder, E.J., "Habitability of a Private Residence, With Respect To Cleanup and Remediation After a
    Chemical Release Incident December 17, 2010," report for a private client, October 1, 2012.

Faeder, E.J., Alleged Mold Exposure at a Hospital in Northern California – Considerations of Expert
    Evaluations and Workers' Compensation Claims, With a Focus on Mycotoxin Exposure," four
    reports for a private client, June 25, 2012, July 6, 2012, July 23, 2012, and October 14, 2013
    involved in workers' compensation litigation.

Clarke, T.H., , Faeder, E.J., Bruya, J., "Proposing a Plan for Prop. 65," Law 360, New York, published
    on line September 9, 2011.

Faeder, E.J., "Freon Exposure in a Confined Space, on Board a Marine Fishing Vessel," performed for a
    private client, involved in litigation September 27, 2011.

Faeder, E.J., "Workers' Compensation Work Place Evaluation for Possible Relationship Between Short
    Term Job Performance and Tonsillar Cancer," two reports for company involved in  litigation, May
    24, 2011, and September 9, 2011.

Faeder, E.J., "Evaluation and Expert Opinions Regarding the Site Contamination of Property in South
    Gate, California by Manufacturing Activities Allegedly Releasing Polychlorinated Biphenyls –
    Reconciliation of Historic and Current Measurement Data with an Historic Fire and Release from
    1965," report for a defendant, April 5, 2011.

Faeder, E.J., "Evaluation and Expert Opinions Relative to a Private Home Involved in Litigation Alleging
    Water Infiltration, Mold Infestation and Possible Exposure of the Residents," report for the
    defendants, September 6, 2010,  Las Vegas, Nevada.

Faeder, E.J., "Evaluation of Lead Coming From an Iced Tea Jar," report for a private client relating to the
    need for limiting exposure to products stored in a consumer-purchased tea jar, April 27, 2010.

Faeder, E.J., "Evaluation and Expert Opinions Relative to a Private Home Involved in Litigation Alleging
    Mold Infestation and Health Impacts on the Residents," report for two defendants, March 26, 2010,
    Las Vegas, Nevada.

Faeder, E.J., "Development of Supporting Air Quality Information for Decision Regarding Closure of
    Glendale Unified School District Schools Because of Wild Fires Burning in the Angeles National
    Forest During Late August 2009," report for District Superintendent Dr. Michael Escalante,
    September 3, 2009; closure report November 2, 2009.

Faeder, E.J., "Evaluation and Expert Opinions Relative to a Private Home Involved in Litigation Alleging
    Mold Infestation and Health Impacts on the Residents," report for the defendants, May 13, 2009, Las
    Vegas, Nevada.

Faeder, E.J., "Evaluation and Expert Opinions Relative to a Private residence – The Occurrence of
    Indoor Fungi, the Relative Presence of Outside Fungi, and the Potential for Health Impacts on the

EXHIBIT 1

Edward J. Faeder                          Résumé                          Page 19

Occupants from May 2000 (Move In) Until Their Departure May 31, 2003," technical evaluation in support of litigation, for the defendant in litigation, April 9, 2009, Paducah, Kentucky.

Faeder, E.J., "Silica Dust Sampling at the Perimeter of Remediation for a Building in a High School Complex – No Need for Health Warning under California Proposition 65," technical evaluation of probable crystalline silica exposure and the issue of required warnings for listed compounds, on behalf of a southern California school district, August 2008.

Faeder, E.J., "Shopping Mall Reconstruction: Evaluation of Two Fungal Presence Issues and Proposed Resolution During Building Remodeling," technical evaluation of mold presence for the owner, in Seattle, Washington, July 14, 2008.

Faeder, E.J., "Evaluation of Odor Complaints Relating to Indoor Air Quality and Hydrogen Sulfide at a Restaurant in California,"confidential letter report to an attorney representing the restaurant, based upon inspection and measurements at the restaurant, December 1, 2008.

Faeder, E.J., "Private Academy Ice Skating Rink and Mold," technical evaluation and report of mold growth resulting from humidified air in the support areas of an indoor ice skating rink, prepared for arbitration at the request of counsel, November 2, 2007.

Faeder, E.J., "Hydrogen Sulfide Measurements in an Environmental Laboratory at a Sewage Treatment Facility," technical report evaluating historic toxic gas exposure and risk indoors, prepared at the request of counsel, July 31, 2007.

Faeder, E.J., "Evaluation of Fungal Presence, Cleanup, and Potential Occupant Exposure to Fungi  in a Private Home in Las Vegas, Nevada," expert report prepared in for litigation matter,  April 4, 2007.

Faeder, E.J., "Evaluation of Fungal Presence in a Private Home in the Tucson, Arizona Area," report prepared for a private client March 25, 2007.

Faeder, E.J., "Inspection of Remedial Efforts to Eliminate Water Intrusion and Mold at a private residence, Coronado, California," report prepared for a private client February 1, 2006.

Faeder, E.J., "Inspection of a low income apartment complex in southern California for water intrusion and remediation," report for a private client, June 3, 2005.

Faeder, E.J., "Air Quality Testing at a Private Residence – Inspection, Infra-red Camera, VOC, and Fungal Testing, Results, and Recommendations," report for a private developer client, May 26, 2005.

Faeder, E.J. "Alleged Pesticide Exposure and In Utero Exposure Subsequent to Trench and Treat Application for Termite Control – Can Exposure Cause or Contribute to Reproductive Impacts?," report on the facts of exposure for a private client engaged in litigation, April 10, 2005.

Faeder, E.J., and Gallagher Faeder, S.M., "Review of Facts Contributing to Chemical Explosion Caused by   Improper Mixing of Potassium Thiocyanate and Potassium Iodate and Subsequent Human Exposure to Fumes," report for private client involved in litigation, April 8, 2005.

Edward J. Faeder                              Résumé                              Page 20

Faeder, E.J., "Water Damage at Oak Grove Elementary School – Investigation, Findings,  and
     Recommended Actions," Report addressing potential long term water damage at school under
     construction, prepared for Visalia Unified School District, August 21, 2003.

Faeder, E.J., "Response to Memorandum by Suzanne Wuerthele, Ph.D., and Robert Benson, Ph.D., on
     My December 11, 2001 Report Addressing Short Term Acute Exposure to Nitrogen Dioxide," report
     prepared for industry client and submitted to the Wyoming Department of Environmental Quality as
     part of a permit requirement, May 29, 2002.

Faeder, E.J., "Short Term Acute Exposures to Nitrogen Dioxide," report prepared for industry client and
     submitted to the Wyoming Department of Environmental Quality as part of a permit requirement,
     December 11, 2001.

Faeder, E.J., "Report on the Evaluation of Indoor Air Quality in a Private Home in Nashville,
     Tennessee,"letter report prepared for private clients involving litigation alleging fungal growth as
     causal agent for illness in occupants,"August, 2000.

Faeder, E.J., "Child Care Room, Bouquet Canyon Elementary School – Report on the Chemical and
     Biological Testing of a Classroom with an Odor Problem," final report prepared for a school district
     on a classroom contaminated with a toxigenic mold, May, 2000.

Faeder, E.J., "Indoor Air Quality Chemical and Biological Measurements in Relocatable Classrooms –
     Evaluation of Air Quality in Relocatable Classrooms Used by the Saugus Union School District,"
     final report prepared for the Board of Education, October, 1999.

Faeder, E.J., and B. Piazza,  "Proposition 65 Assessment: Ethylene Oxide Off-Gassing from Sterilized
     Catheters Quarantined and Stored in a Warehouse – Employee and Community Exposures,"
     prepared for a private client, July, 1999.

Faeder, E.J., and others, "Report of Findings – Pilot-Scale Removal of Organic and Inorganic
     Contaminants from Waste Water Stored with Recoverable Oil Resource," evaluation of applicability
     of federal TSCA PCB regulations and general NPDES Order compliance for a novel biological/
     chemical proprietary cleanup process used by a private client, two reports in April and May, 1999.

Faeder, E.J., "Evaluation of Ethylene Oxide Off-Gas Emissions from Sterilized Products Evaluated in an
     Engineering Test Laboratory" prepared for a private client, April, 1999.

Faeder, E.J., "Evaluation of Iron Sponge Contamination of Soil and pH Effects in Sensitive Habitat Area
     at a Southern California Beach," prepared for a private client, March, 1999.

Faeder, E.J., "Site Inspection and Evaluation of Remedial Options for Odor Contamination of a Private
     Residence in Southern California," prepared for a private client, December, 1998.

Faeder, E.J., "Proposition 65 Cancer Risk Analysis of Ethylene Oxide Off-Gas Emissions from Sterilized
     Products," prepared for a private client, December, 1998.

Faeder, E.J., "Proposition 65 Cancer Risk Analysis of 1,4-Dioxane Emissions from an Industrial
     Process," prepared for a private client, December, 1998.

Edward J. Faeder                              Résumé                                    Page 21

Faeder, E.J., "1996 Health Risk Assessment of Film Processing Company," prepared for private client
    and submitted to the South Coast Air Quality Management District, January 26, 1998.

Faeder, E.J., "Radon and Radiation Health Risks in the Area of Highlands Ranch, Colorado," written
    technical opinion in litigation matter before the United States district Court for the Northern District
    of Texas, Dallas Division, August 15, 1997.

Faeder, E.J., "Illness and Chemical Exposure in Sugar Beet Production of Sugar in Minnesota," written
    technical opinion in litigation matter before the United States district Court, District of Minnesota,
    August 14, 1996.

Faeder, E.J., "Analysis of Alleged Chemical Exposure and Potential to Produce Neurological Impacts
    Relating to Utility Pole Fire Emissions," written technical report for private utility client in
    litigation, San Barnardino County Municipal Court, November, 1996.

Faeder, E.J., "The Re-evaluation of PCB Toxicity and Basis for Re-classification of Contaminated Waste
    Oil," report prepared for private utility client, September, 1996.

Faeder, E.J., "Mold Contamination of a Private Residence - An Assessment with Recommendations for
    Further Actions on Behalf of the Occupants," report prepared for private client March, 1996, with
    supplement prepared May, 1996.

Faeder, E.J., and Warner, R.M.,  "Compliance Review of Health and Safety Activities at a Multi-Facility
    Health Care Network and Hospital," final report for a private client employing over 4,500 personnel,
    March, 1996.

Faeder, E.J., "An Activity Profile Analysis of Materials and Inventory Management at the Los Angeles
    Department of Water and Power," final report, July, 1995.

Faeder, E.J., "Activity Profile Analysis: Information Extraction from a Proprietary Data Base," for a
    confidential client, final report June, 1995.

Faeder, E.J., "Review of Health, Safety, and Environmental Issues Relating to a Large Oil Refinery and
    It's Operations, " confidential report for a private client, July, 1994.

Faeder, E.J., "Focused Assessment of A Corporate Facility Evaluating Health Risk from Historic Waste
    Deposition," final report for a client to the L.A. County Fire Department, February, 1994.

Faeder, E.J., "Safety, Health and Environmental Protection:  An Opportunity for Positive Change at a
    Large Municipal Utility," final report for client, March, 1993.

Faeder, E.J., and Lee, T. "Polychlorinated Biphenyl Substitutes in Electric Utility Equipment," final
    report to Electric Power Research Institute, March, 1993 (EPRI TR-10260).

Faeder, E.J., and Lee, T. "Human Health Effects of PCBs:  Critical Review and Evaluation of Toxicity
    Information on PCBs," final report to Electric Power Research Institute, July, 1992.

Faeder, E.J. "Safety, Health and Environmental Protection at a Large Aerospace Manufacturing Compa

EXHIBIT 1

Edward J. Faeder                          Résumé                          Page 22

ny:  What is the Most Efficient Structure for the Corporation?", report to senior management, November, 1991.

White, B.J., and Faeder, E.J. "Report on the Safety and Health Audit of Ames Laboratory," private study for Ames National Laboratory, October, 1991.

Faeder, E.J., and Cassady, M.E., "Safety Inspection of a Secondary Lead Recovery Facility," a pre-operational inspection of a large, state-of-the-art battery lead recovery facility for a private client, July, 1991.

Faeder, E.J., and White, B.J., "Review of Environmental, Health and Safety, and Related Health Protection Activities Within A large Electric Utility," prepared for a private, Fortune 100 corporation, July, 1991.

Faeder, E.J., and White, B.J., "Recommendations to Management Regarding Safety and Health Programs in a Multi-facility Meat Production Company," prepared for a major meat producing company in a Fortune 50 corporation, April, 1991.

White, B.J., and Faeder, E.J., "Recommendations for Management and Operation of Effective Safety and Health Programs in a Paper Mill," prepared for a large private paper manufacturing company, April, 1991.

Faeder, E.J., "Toxic Substances Research at EPRI," prepared as the basis for evaluating multi-divisional toxic substances research conducted by the Electric Power Research Institute, January, 1991.

Faeder, E.J., and Schumacher, R. P. "Initial Workplace Assessment of Facilities for Crystalline Silica," prepared for a multinational cement manufacturer, November, 1990.

Stevens, D. W., and Faeder, E. J. "Need for an Environmental Impact Report:  Los Angeles County Proposed Skyline Trail Extension Project," prepared for Roquemore, Pringle & Moore, December, 1988.

Faeder, E. J. "Air Toxics as a Potential Market," prepared for a private client, April, 1988.

Faeder, E. J. "Environmental Impacts Assessment of Selected Work Practices at San Vallé Tile Kilns, Corona, California," prepared for San Vallé Tile Kilns, February, 1988.

Faeder, E. J. "Health Effects Programmatic Evaluation," prepared for the Environment Division, Electric Power Research Institute, January, 1988.

Faeder, E. J., as part of Nickel Task Force, "Summary Report on Nickel," EPA, 1974.

Winge, D., Krasno, J., Faeder, E. J., and Colucci, A., "Cadmium Accumulation  in Rat Liver: Correlation Between Bound Metal and Pathology," HSL, 1973.

Faeder, E. J., as part of the Pollutant Burden Indicator Team, "Collection of Autopsy Tissue Sets: CHESS Pollutant Burden Protocol," HSL, 1973.

EXHIBIT 1

Edward J. Faeder                                    Résumé                                         Page 23

Faeder, E. J., as part of the Pollutant Burden Indicator Team, "Soil Sampling:  CHESS Pollutant Burden
        Protocol," DHER, 1973.

Faeder, E. J., Goldstein, G., and Colucci, A. V. (1973).  "The Measurement of Carbon Monoxide Bound
        to Human Blood," In-House Technical Report, National Research Center, RTP, NC.

Faeder, E. J., as part of the Pollutant Burden Indicator Team, "Collection of Maternal Blood: Maternal-
        Fetal Tissues Sets," DHER, 1972.

Revised July 23, 2018

EXHIBIT 2

# Trial Testimony and Deposition Testimony Log
## Edward J. Faeder, Ph.D., Q.E.P.
## 2014 - 2018

### Cases in which I have testified at trial:

1   Alan Rader et al., v. TRANE U.S., Inc., et al. Superior Court of the State of California for the County of Los Angeles, West District, Case No. SC119153 – testified for the defendants, TRANE U.S., Inc, and White-Rodgers Division of Emerson Electric Co., July 8, 2014, Santa Monica, California [Attorneys: Michael G. King, Hennelly & Grossfeld, LLP, Brad Bleichner, Esq., Selman Breitman LLP]

2   Watermill Flying Point Trust vs. Ronald Arrache Construction Company, Inc., et al., Superior Court of the State of California for the County of Los Angeles, Case No. BC422563 – testified for the plaintiff, September 2, 2014, Los Angeles, California [Attorneys: R. Gookin, Esq., J. Kabat, , Esq., Russ, August & Kabat, Los Angeles, CA]

3   Buchanan, et al. vs. Twin Rock Partners, et al., Superior Court of the State of California for the County of Riverside, Case No. RIC 1114184 – testified for the defendants, March 23, 2015, Riverside, California [Attorney: Michael Schonbuch, Esq.; Daniels, Fine, Israel, Schonbuch & Lebovits LLP, Los Angeles, CA]

4   Tori Tracy v. Morton's Restaurant, et al., Superior Court of the State of California for the County of Orange, Central Justice Center, Case No. 30-2013-00627495 – testified for the defendant, Morton's, July 22-23, 2015, Santa Ana, California [Attorney: Susan Anderson, Esq., Marshall & French]

5   Terry T. Tao, Mary R. Tao, v. Richelle Arranaga Moodie, et al., Superior Court of the State of California for the County of Orange, Central Justice Center, Case No. 30-2015-008204977-CU-MC-CJC – testified for the plaintiffs, September 26, 2017, Santa Ana, California [Attorney: Scott Sachs, Esq., Atkinson, Andelson Loya, Rudd & Romo]

6   Gerald Seelman, Sally Seelman, Plaintiffs, vs. Coit Services, et al, Defendants, Superior Court of the State of California, County of San Diego, Case No. 37-2015-0003660 – testified for the defendant Coit Services, Inc., November 2, 2017, Vista, California [Attorney Christopher P. Regan, Esq., Law Office of Tracey Lazarus]

### Cases in which I have been deposed as an expert

1.   Alan Rader et al., v. TRANE U.S., Inc., et al. Superior Court of the State of California for the County of Los Angeles, West District, Case No. SC119153 – deposed for the defendants, TRANE U.S., Inc, and White-Rodgers Division of Emerson Electric Co., June 12, 2014, Long Beach, California [Attorneys: Michael G. King, Hennelly & Grossfeld, LLP, Brad Bleichner,

-1-

EXHIBIT  2

Esq., Selman Breitman LLP]

2. Tori Tracy v. Morton's Restaurant, et al., Superior Court of the State of California for the County of Orange, Central Justice Center, Case No. 30-2013-00627495 – deposed for the defendant, Morton's, June 22, 2015, Irvine, California [Attorney: Susan Anderson, Esq., Marshall & French]

3 Lewis et al., v. Federal National Mortgage Association, et al., Superior Court of the State of California for the County of San Bernardino, Case No. CIVDS1403674 – deposed for the defendant, Federal National Mortgage Association, June 23, 2015 [Attorney: Julie Corriveau. Esq., Matthew Learned, Esq., McCarthy & Holthus, LLP]

4 Gerald Seelman, Sally Seelman, Plaintiffs, vs. Coit Services, et al, Defendants, Superior Court of the State of California, County of San Diego, Case No. 37-2015-0003660 – deposed for the defendant Coit Services, Inc., October 24, 2017 [Attorney Christopher P. Regan, Esq., Law Office of Tracey Lazarus]

November 2, 2017

-2-

Page 2 of 2

# EXPERT REPORT OF

# TAMORAH HUNT

# FORMUZIS HUNT & LANNING INC

ECONOMIC CONSULTANTS

October 29, 2018

Daniel Balaban, Esq.
Balaban & Spielberger
11999 San Vincente Blvd., Suite 345
Los Angeles, CA  90049

Re:  Ruben Juarez v. PVA, Inc.

Dear Mr. Balaban:

This report is written to comply with Federal Rules of Civil Procedure Rule 26.

I will testify regarding the economic calculations in Exhibit "A" detailing the plaintiff's loss
of earnings and benefits.

Exhibit "B" cites the sources reviewed in forming my opinions.

Exhibit "C" is my curriculum vita and qualifications.

Exhibit "D" lists other cases in which I have testified as an expert within the past four
years.

The report attached as Exhibit A is subject to change given updated information or
documentation.

My fee for testimony is $475.00 per hour.

If you should have any questions, please contact our office.

Sincerely,

Tamorah Hunt
For The Firm of
Formuzis, Hunt & Lanning, Inc.

TH:jr
Enclosures

Peter Formuzis • Tamorah Hunt • Timothy Lanning • John Robinson • Sandra White • Robert Donald • Justin Klinkenberg • Alex Wong • Erika Hashimoto

1851 E. First Street, Suite 1160, Santa Ana, CA 92705  •  FHLeconomics.com  •  714-542-8853  •  Fax 714-836-6910

EXHIBIT "A"

**FORMUZIS, HUNT & LANNING, INC.**
SUMMARY OF THE ANALYSIS
ECONOMIC LOSSES SUSTAINED BY
**RUBEN JUAREZ**

<u>**PRESENT VALUES**</u>

**I. LOSS OF EARNING CAPACITY**

    **A. PAST LOSS**            ( 03/27/2014 - 03/31/2019 )

      1. UNIMPAIRED EARNING CAPACITY

| | |
|---|---:|
| A. WAGES/SALARY | $376,299 |
| B. HEALTH BENEFITS | 45,955 |
| C. SAVINGS PLAN | 24,083 |
| D. STOCK OPTIONS | *PENDING* |
| | $446,337 |

    **B. FUTURE LOSS**      ( 04/01/2019 - 06/30/2035 )

      1. UNIMPAIRED EARNING CAPACITY

| | |
|---|---:|
| A. WAGES/SALARY | $1,172,620 |
| B. HEALTH BENEFITS | 148,424 |
| C. SAVINGS PLAN | 75,048 |
| D. STOCK OPTIONS | *PENDING* |
| | $1,396,092 |

    **C. TOTAL EARNINGS LOSS (PAST AND FUTURE)**    $1,842,429

**FORMUZIS, HUNT & LANNING, INC.**                                          PAGE 2
SUMMARY OF THE ANALYSIS
ECONOMIC LOSSES SUSTAINED BY
**RUBEN JUAREZ**

| | | | |
|---|---|---|---|
| **PRESENT VALUE START DATE** | | | 04/01/2019 |
| DATE OF BIRTH | | | 01/09/1970 |
| DATE OF INJURY | | | 03/26/2014 |
| AGE AT DATE OF INJURY | 44.2 | YEARS | |
| CURRENT AGE | 49.2 | YEARS | |
| EDUCATION LEVEL | BACHELORS DEGREE | | |
| RETIREMENT DATA | 62.9 [1] | YEARS IN | 11/30/2032 |
| | 66.6 [2] | YEARS IN | 07/31/2036 |
| | 67.0 [3] | YEARS IN | 12/31/2036 |
| PROJECTED RETIREMENT AGE | 65.5 | YEARS IN | 06/30/2035 |
| REMAINING YEARS TO RETIREMENT | 16.3 | YEARS | |
| AGE AT NORMAL LIFE EXPECTANCY (MALE) | 79.7 [4] | YEARS IN | 09/30/2049 |
| YEARS TO NORMAL LIFE EXPECTANCY | 30.5 | YEARS | |

FOOTNOTES:

[1] HUNT, PICKERSGILL AND RUTEMILLER, "RECENT TRENDS IN MEDIAN YEARS TO RETIREMENT AND WORKLIFE EXPECTANCY FOR THE CIVILIAN
U.S. POPULATION," JOURNAL OF FORENSIC ECONOMICS, VOLUME XIV, NUMBER 3, FALL 2001

[2] SKOOG AND CIECKA, "PROBABILITY MASS FUNCTIONS FOR YEARS TO FINAL SEPARATION FROM THE LABOR FORCE INDUCED BY THE MARKOV
MODEL." JOURNAL OF FORENSIC ECONOMICS, VOLUME XVI, NUMBER 1, WINTER 2003.

[3] MERCER HUMAN RESOURCE CONSULTING, INC., "2018 GUIDE TO SOCIAL SECURITY AND MEDICARE."

[4] U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, NATIONAL CENTER FOR HEALTH STATISTICS, "NATIONAL VITAL STATISTICS REPORTS,"
UNITED STATES LIFE TABLES, 2014

**RUBEN JUAREZ**
**EMPLOYMENT DATA**

**EMPLOYMENT PRIOR TO DATE OF INJURY:**

| | |
|---|---|
| EMPLOYER: | SPACE EXPLORATION TECHNOLOGIES |
| POSITION: | TECHNICIAN |
| DATE OF HIRE: | 01/16/2012 |
| DATE LAST WORKED: | 03/26/2014 |
| BENEFITS: | HEALTH INSURANCE, SAVINGS PLAN, STOCK OPTIONS, OVERTIME, BONUS, VACATION |

**EMPLOYMENT SINCE DATE OF INJURY:** NONE

**DATE OF INJURY:**       03/26/2014

**EARNINGS HISTORY:**

| YEAR | EARNINGS | SOURCE | EMPLOYER | "DD" |
|---|---|---|---|---|
| 2012 | $68,769 | W-2 | SPACE EXPLORATION TECHNOLOGIES INC. | $11,688 |

**RUBEN JUAREZ**
**UNIMPAIRED EARNING CAPACITY**

PAGE 4

PENDING ADDITIONAL EARNINGS DOCUMENTATION, MR. JUAREZ' UNIMPAIRED EARNING CAPACITY BEGINNING ON MARCH 27, 2014 WAS CALCULATED BY INCREASING HIS 2012 W-2 EARNINGS WITH SPACE EXPLORATION TECHNOLOGIES, CORP. BY THE CHANGE IN THE HOURLY COMPENSATION INDEX BETWEEN 2012 AND 2018.

## 1. PAST UNIMPAIRED EARNINGS

| TIME PERIOD | HOURLY COMPENSATION INDEX [1] | ANNUAL EARNINGS | NUMBER OF MONTHS | TOTAL EARNINGS |
|---|---|---|---|---|
| 2012 | 106.849 | $68,769 | | |
| 03/27/2014 - 12/31/2014 | 111.250 | $71,601 | 9.2 | $54,894 |
| 01/01/2015 - 12/31/2015 | 114.506 | $73,697 | 12.0 | 73,697 |
| 01/01/2016 - 12/31/2016 | 115.705 | $74,469 | 12.0 | 74,469 |
| 01/01/2017 - 12/31/2017 | 117.445 | $75,588 | 12.0 | 75,588 |
| 01/01/2018 - 03/31/2019 | 121.379 | $78,121 | 15.0 | 97,651 |
| | | | 60.2 | $376,299 |

## 2. PRESENT VALUE OF THE FUTURE UNIMPAIRED EARNING CAPACITY

NET DISCOUNT RATE:     1.0% [2]

NUMBER OF MONTHS:     195

| TIME PERIOD | ANNUAL EARNINGS | MONTHLY EARNINGS |
|---|---|---|
| 04/01/2019 - 06/30/2035 | $78,121 | $6,510 |

PRESENT VALUE:     $1,172,620

FOOTNOTES

[1] U.S. DEPARTMENT OF LABOR, BUREAU OF LABOR STATISTICS, "HOURLY COMPENSATION INDEX."

[2] THE NET DISCOUNT RATE IS THE ANTICIPATED SPREAD BETWEEN THE RATE OF RETURN ON INVESTMENTS AND THE RATE OF INCREASE IN COMPENSATION. THE RATE OF RETURN ON INVESTMENTS IS BASED UPON A MIX OF SHORT AND MEDIUM-TERM U.S. GOVERNMENT SECURITIES. RATES OF RETURN ARE REPORTED BY THE BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM. COMPENSATION GROWTH IS BASED ON THE HOURLY COMPENSATION SERIES PUBLISHED BY THE U.S. DEPARTMENT OF LABOR, BUREAU OF LABOR STATISTICS.

**RUBEN JUAREZ**
**UNIMPAIRED HEALTH BENEFIT**

PENDING INFORMATION REGARDING THE EMPLOYER CONTRIBUTION TO MR. JUAREZ' HEALTH INSURANCE BENEFITS, THE VALUE OF THESE BENEFITS BEGINNING IN APRIL 2014 WAS CALCULATED USING THE AVERAGE EMPLOYER CONTRIBUTION TO HEALTH INSURANCE BENEFITS REPORTED IN THE KAISER FAMILY FOUNDATION AND HEALTH RESEARCH & EDUCATIONAL TRUST, EMPLOYER HEALTH BENEFITS.

**1. PAST HEALTH BENEFIT**

| TIME PERIOD | ANNUAL [1] BENEFIT | MONTHLY BENEFIT | NUMBER OF MONTHS | TOTAL BENEFIT |
|---|---|---|---|---|
| 03/27/2014 - 03/31/2014 |  | $0 | 0.2 | $0 |
| 04/01/2014 - 12/31/2014 | $8,478 | $706 | 9.0 | 6,358 |
| 01/01/2015 - 12/31/2015 | $8,885 | $740 | 12.0 | 8,885 |
| 01/01/2016 - 12/31/2016 | $9,086 | $757 | 12.0 | 9,086 |
| 01/01/2017 - 12/31/2017 | $9,263 | $772 | 12.0 | 9,263 |
| 01/01/2018 - 03/31/2019 | $9,890 | $824 | 15.0 | 12,363 |
|  |  |  | 60.2 | $45,955 |

**2. PRESENT VALUE OF THE FUTURE HEALTH BENEFIT**

NET DISCOUNT RATE:     1.0% [2]

NUMBER OF MONTHS:     195

| TIME PERIOD | ANNUAL BENEFIT | MONTHLY BENEFIT |
|---|---|---|
| 04/01/2019 - 06/30/2035 | $9,890 | $824 |

PRESENT VALUE:     $148,424

FOOTNOTES

[1] THE KAISER FAMILY FOUNDATION AND HEALTH RESEARCH & EDUCATIONAL TRUST, EMPLOYER BENEFITS 2018 ANNUAL SURVEY

[2] THE NET DISCOUNT RATE IS THE ANTICIPATED SPREAD BETWEEN THE RATE OF RETURN ON INVESTMENTS AND THE RATE OF INCREASE IN COMPENSATION. THE RATE OF RETURN ON INVESTMENTS IS BASED UPON A MIX OF SHORT AND MEDIUM-TERM U.S. GOVERNMENT SECURITIES. RATES OF RETURN ARE REPORTED BY THE BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM. COMPENSATION GROWTH IS BASED ON THE HOURLY COMPENSATION SERIES PUBLISHED BY THE U.S. DEPARTMENT OF LABOR, BUREAU OF LABOR STATISTICS.

**RUBEN JUAREZ**
**SAVINGS PLAN BENEFIT**

PAGE 6

PENDING INFORMATION REGARDING THE EMPLOYER CONTRIBUTION TO MR. JUAREZ' SAVINGS PLAN AT SPACE EXPLORATION TECHNOLOGIES, THE VALUE OF THIS BENEFIT WAS CALCULATED USING AVERAGE EMPLOYER CONTRIBUTIONS TO DEFERRED COMPENSATION BENEFITS FOR ALL INDUSTRIES, EQUAL TO 4.7 PERCENT OF EARNINGS.[1]

FOOTNOTE

[1] EXPECTANCY DATA, *EMPLOYER PAID BENEFITS: MARCH 2016,* SHAWNEE MISSION, KANSAS, 2016.

**RUBEN JUAREZ**
**STOCK OPTIONS**

PAGE 7

THROUGH HIS EMPLOYMENT, IT IS REPORTED THAT MR. JUAREZ RECEIVED STOCK OPTIONS. PENDING INFORMATION REGARDING THE VALUE OF THIS BENEFIT, NO LOSS CALCULATION HAS YET BEEN MADE.

EXHIBIT "B"

**EXHIBIT "B"**

**SOURCES AND SUPPORTING DOCUMENTS**

1.  FORMUZIS, HUNT & LANNING, PERSONAL INJURY CHECKLIST

2.  U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, NATIONAL CENTER FOR HEALTH STATISTICS, "NATIONAL VITAL STATISTICS REPORTS." UNITED STATES LIFE TABLES, 2014.

3.  HUNT, PICKERSGILL AND RUTEMILLER, "RECENT TRENDS IN MEDIAN YEARS TO RETIREMENT AND WORKLIFE EXPECTANCY FOR THE CIVILIAN U.S. POPULATION," JOURNAL OF FORENSIC ECONOMICS, VOLUME XIV, NUMBER 3, FALL 2001.

4.  SKOOG AND CIECKA, "PROBABILITY MASS FUNCTIONS FOR YEARS TO FINAL SEPARATION FROM THE LABOR FORCE INDUCED BY THE MARKOV MODEL," JOURNAL OF FORENSIC ECONOMICS, VOLUME XVI, NUMBER 1, WINTER 2003.

5.  MERCER HUMAN RESOURCES CONSULTING, INC., "2018 GUIDE TO SOCIAL SECURITY AND MEDICARE"

6.  HISTORICAL INTEREST RATES, BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM.

7.  CURRENT INTEREST RATES ON U.S. TREASURY BONDS AND NOTES BY MATURITY PER THE *WALL STREET JOURNAL*.

8.  2012 W-2 EARNINGS

9.  U. S. DEPARTMENT OF LABOR, BUREAU OF LABOR STATISTICS, "HOURLY COMPENSATION INDEX."

10. THE KAISER FAMILY FOUNDATION, EMPLOYER HEALTH BENEFITS, 2018 ANNUAL SURVEY.

11. EXPECTANCY DATA, EMPLOYER PAID BENEFITS: MARCH 2016, SHAWNEE MISSION, KANSAS, 2016.

EXHIBIT "C"

# FORMUZIS HUNT & LANNING INC

### ECONOMIC CONSULTANTS

### TAMORAH HUNT, PH.D.

## EMPLOYMENT

Economist and Principal in Formuzis, Hunt and Lanning, Inc.

## EDUCATION

B.A., Economics:  California State University, Fullerton, 1986

M.B.A., Finance:  University of California, Irvine, 1991

M.A., Economics:  Claremont Graduate School, 1994

Ph.D., Economics:  Claremont Graduate School, 1999

## EXPERIENCE

Economic Consultant, Formuzis, Hunt and Lanning, Inc., January 1995

Managing Senior Research Economist, Formuzis & Pickersgill, Inc., June 1990 - December 1994

Senior Research Economist, Formuzis & Pickersgill, Inc., June 1989 - June 1990

Research Economist, Formuzis & Pickersgill, Inc., June 1985 - June 1989

## HONORS AND AWARDS

Highest Honors, California State University, Fullerton, 1986

Phi Kappa Phi, California State University, Fullerton, 1986

Dean's Scholar, University of California, Irvine, 1991

Beta Gamma Sigma, University of California, Irvine, 1991

Claremont Graduate School Fellowship, 1992

Bradley Fellowship, Claremont Graduate School, 1993

Bradley Fellowship, Claremont Graduate School, 1994

Peter Formuzis • Tamorah Hunt • Timothy Lanning • John Robinson • Sandra White • Robert Donald • Justin Klinkenberg • Alex Wong • Erika Hashimoto

1851 E. First Street, Suite 1160, Santa Ana, CA 92705 • FHLeconomics.com • 714-542-8853 • Fax 714-836-6910

## PROFESSIONAL ASSOCIATIONS

National Association of Forensic Economists

Western Economic Association

American Economic Association

Claremont Graduate University, Board of Visitors 2009 - 2011

## PUBLICATIONS & PRESENTATIONS

"Median Years to Retirement and Worklife Expectancy for the Civilian U.S. Population," (Tamorah Hunt, Joyce Pickersgill & Herbert Rutemiller, co-authors), Journal of Forensic Economics, Volume X, Number 2, Spring/Summer 1997.

"Median Years to Retirement," (Tamorah Hunt, Joyce Pickersgill & Herbert Rutemiller, co-authors), in Life and Worklife Expectancies, Hugh Richards, M.S. and Jon R. Abele, Esq., Lawyers & Judges Publishing Company, Inc., 1999.

"The Variation in Present Value of Forecast Earnings Resulting from the Use of Age-Earnings Profiles," Western Economic Association, 71st Annual Conference, 7/96, San Francisco, California.

"Recent Trends in Median Years to Retirement and Worklife Expectancy for the Civilian U.S. Population,"  (Tamorah Hunt, Joyce Pickersgill & Herbert Rutemiller, co-authors), Journal of Forensic Economics, Volume XIV, Number 3, Fall 2001.

"The Calculation and Use of Retirement Age Statistics:  A Recap Since 1970," (Tamorah Hunt, Joyce Pickersgill & Herbert Rutemiller, co-authors), in Developments in Litigation Economics, Contemporary Studies in Economic and Financial Analysis, Volume 87, Patrick A. Gaughan and Robert J. Thornton, Editors, Elsevier, 2005.

"Understanding the Building Blocks of Present Value," Advocate, November 2009.

Peter Formuzis ▪ Tamorah Hunt ▪ Timothy Lanning ▪ John Robinson ▪ Sandra White ▪ Robert Donald ▪ Justin Klinkenberg ▪ Alex Wong ▪ Erika Hashimoto

1851 E. First Street, Suite 1160, Santa Ana, CA 92705 ▪ FHLeconomics.com ▪ 714-542-8853 ▪ Fax 714-836-6910

# FORMUZIS HUNT & LANNING INC
## ECONOMIC CONSULTANTS

### TIMOTHY LANNING

### EMPLOYMENT

Economist and Principal in Formuzis, Hunt & Lanning, Inc., May 2017 - present

Managing Associate Economist, Formuzis, Pickersgill, & Hunt, Inc., July 2003 – April 2017

Senior Research Economist, Formuzis, Pickersgill, & Hunt, Inc., July 1996 - June 2003

Research Economist, Formuzis, Pickersgill, & Hunt, Inc., October 1990 – June 1996

### EDUCATION

B.A., Economics: California State University, Fullerton, 1990

M.A., Economics: Claremont Graduate University, 2002

ABD Economics: Claremont Graduate University

### HONORS AND AWARDS

Highest Honors, California State University, Fullerton, 1990

Claremont Graduate School Fellowship, 1998

George and Patricia Brinton Fellowship, 1999

The John Randolph Haynes and Dora Haynes Foundation Fellowship, 2001

### PROFESSIONAL ASSOCIATIONS

National Association of Forensic Economists

Western Economic Association

### PUBLICATIONS

"Issues in Employment Litigation Analysis," (Thomas Roney and Timothy Lanning, Co-Authors), Chapter 11 in Forensic Economics: Assessing Personal Damages in Civil Litigation, Frank Tinari, Editor, Palgrave MacMillin, 2016.

Peter Formuzis • Tamorah Hunt • Timothy Lanning • John Robinson • Sandra White • Robert Donald • Justin Klinkenberg • Alex Wong • Erika Hashimoto

1851 E. First Street, Suite 1160, Santa Ana, CA 92705 • FHLeconomics.com • 714-542-8853 • Fax 714-836-6910

EXHIBIT "D"

# TAMORAH HUNT

## 2018

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 01/02/18 | DEPOSITION | PINTER-BROWN, LAUREN (M.D.) V. REGENTS OF UNIVERSITY OF CA | BC624838 | SHEGERIAN, CARNEY R. | LOS ANGELES | |
| 01/11/18 | DEPOSITION | GARCIA, RUTH V DYNALECTRIC COMPANY, EMCOR GROUP ET AL | | SHEGERIAN, CARNEY R. | LOS ANGELES | |
| 01/25/18 | TESTIMONY | CHAVARRIA V. MANAGEMENT AND TRAINING CORP. | | STILLWELL, GENIENE B. | SAN DIEGO | 15A |
| 02/05/18 | TESTIMONY | PINTER-BROWN, LAUREN (M.D.) V. REGENTS OF UNIVERSITY OF CA | BC624838 | SHEGERIAN, CARNEY R. | LOS ANGELES | 34 |
| 02/06/18 | TESTIMONY | LENNIG, MATTHEW V. CRST TRUCKING | MC025288 | SCHECHTER, BRUCE LEE | LOS ANGELES | 3 |
| 02/06/18 | TESTIMONY | LENNIG, MICHAEL V. CRST TRUCKING | MC025288 | PANISH, BRIAN | LOS ANGELES | 3 |
| 02/08/18 | DEPOSITION | GENOVIA, MARY V. KOUYOUMDJIAN BEKEREDJIAN,AIVAZIAN DENTAI | BC 648880 | SHEGERIAN, CARNEY R. | FHL | |
| 02/09/18 | DEPOSITION | RUDNICKI, ANDREW  V. FARMERS INSURANCE GROUP | BC 630158 | SHEGERIAN, CARNEY R. | IRVINE | |
| 02/15/18 | DEPOSITION | TAYLOR, ANTHONY V. SAMANTHA SCHILLING | MC026518 | WHEELER, ALEX | FHL | |
| 02/20/18 | TESTIMONY | MATLOW, STEPHANIE V. SETON PARKING, INC. | BC573152 | MC ELROY, STEPHEN K. | SANTA MONICA | G |
| 02/23/18 | DEPOSITION | LIMA-CARNAGHI,  MARIBEL V DIKRIAN UROLOGY | BC562486 | RAMEY, CHRISTA | FHL | |
| 02/26/18 | DEPOSITION | GRAVES, RACHEL V. KAISER FOUNDATION | | HAMMERSTRAND, JOHN | SAN DIEGO | |
| 02/27/18 | TESTIMONY | VASQUEZ (LEON)  V. GEORGE T. BORIS AND HUGHES, M.D. | BC573903 | GELFAND, GARY B. | SANTA MONICA | O |
| 03/01/18 | DEPOSITION | MARTINEZ, MARIA v. RITE AID, INC. | | SHEGERIAN, CARNEY R. | BURBANK | |
| 03/02/18 | DEPOSITION | GARCIA, MARIA VS. LAWRENCE BARNES | BC615275 | HABBAS, SAMER | IRVINE | |
| 03/13/18 | DEPOSITION | MERCADO, JULIAN V. AVO MEHRABIAN, BROADWAY TOWING, INC. | BC615314 | MC ELROY, STEPHEN K. | FHL | |
| 03/14/18 | DEPOSITION | GAMA, JUAN V. GENERAL MILLS | | SHEGERIAN, CARNEY R. | LOS ANGELES | |
| 03/19/18 | TESTIMONY | MARTINEZ, MARIA v. RITE AID, INC. | | SHEGERIAN, CARNEY R. | LOS ANGELES | 68 |
| 03/23/18 | DEPOSITION | BAGHDACHI, ABBAS V. UNITED FABRICARE SUPPLY, INC. ET AL. | | SHEGERIAN, CARNEY R. | LOS ANGELES | |
| 03/29/18 | DEPOSITION | AGUILAR, LUZ V. B.B. & E.J. TRUCKING, ET AL. | BC638208 | LANZETTA, TOBIN | SANTA ANA | |
| 04/10/18 | TESTIMONY | TAYLOR, ANTHONY V. SAMANTHA SCHILLING | | WHEELER, ALEX | LOS ANGELES | 41 |
| 04/12/18 | TESTIMONY | GARCIA, MARIA VS. LAWRENCE BARNES | | HABBAS, SAMER | LOS ANGELES | 73 |
| 04/12/18 | TESTIMONY | GAMA, JUAN V. GENERAL MILLS | | SHEGERIAN, CARNEY R. | LOS ANGELES | 7B |
| 05/01/18 | DEPOSITION | HERRON V. LOS ANGELES COUNTY SHERIFF'S DEPARTMENT | | LUCIEN, DARRYL | FHL | |
| 05/02/18 | DEPOSITION | GOMEZ, ALMA V HENRY MAYO NEWHALL MEMORIAL HOSPITAL | | SHEGERIAN, CARNEY R. | LOS ANGELES | |
| 05/03/18 | DEPOSITION | KAUR, GAGANDEEP, ET AL. V. DESTINATION ANYWHERE, INC., ET AL. | | BOSKOVICH, MARK | OAKLAND | |
| 05/08/18 | DEPOSITION | LOPEZ V. UNITED STATES OF AMERICA, NATIONAL STEEL, ET AL | | EASLEY, PRESTON | ORANGE | |

# TAMORAH HUNT

## 2018

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 05/17/18 | DEPOSITION | LUTTRELL V. SUNIL BHOYRUL, M.D.,OLDE DEL MAR SURGERY CENTI | 29348 | MARTEL, AMY | FHL | |
| 05/22/18 | DEPOSITION | TOMAZIC, VICTORIA DEC'D V CENTRAL BEST PHARMACY | RIC1607117 | LAW, PATRICIA | FHL | |
| 05/23/18 | DEPOSITION | TOEPPE V. CITY OF SAN DIEGO | | BALABAN, DANIEL | FHL | |
| 06/07/18 | TESTIMONY | LIMA-CARNAGHI, MARIBEL V DIKRIAN UROLOGY | BC562486 | RAMEY, CHRISTA | PASADENA | P |
| 06/11/18 | DEPOSITION | LEVITAN, LYNN V. APPLE | BC 622413 | SHEGERIAN, CARNEY R. | LOS ANGELES | |
| 06/13/18 | DEPOSITION | MONTGOMERY V. PACIFIC FAMILY MEDICINE, ET AL. | | MC MAHAN, CARL A. | FHL | |
| 06/14/18 | DEPOSITION | SMITH, PAUL V KAISER | | ERICKSON, JEFF | FHL | |
| 06/18/18 | DEPOSITION | LYLE V. LITTLE COMPANY OF MARY | | DENOVE, JOHN | FHL | |
| 06/20/18 | DEPOSITION | LASARTE, JUAN V ROTAREX NORTH AMERICA ET AL | BC514465 | BALABAN, DANIEL | FHL | |
| 06/25/18 | TESTIMONY | RAEL, CODIE V AXIS SYBRONENGO | | SHEGERIAN, CARNEY R. | LOS ANGELES | 52 |
| 06/28/18 | TESTIMONY | ANTEMATE V ESTENSON LOGISTICS | | SZETO, KITTY | LOS ANGELES | 7D |
| 07/06/18 | DEPOSITION | SANFORD, DAVID V. YRC, INC., YRC FREIGHT AND ALVIN CHILDS | 495376 | MC ELROY, STEPHEN K. | FHL | |
| 07/18/18 | DEPOSITION | LO, JASON V. DOMINICK CONSOLAZIO, SO. CALIFORNIA GAS CO | BC653464 | DUNBAR, DANIEL | FHL | |
| 07/23/18 | TESTIMONY | BIDDLE, KELLY RYAN V SEAVIEW IVA & STEWART BLOOM, MD | | BENNETT, VINCENT | VENTURA | 41 |
| 07/24/18 | TESTIMONY | LASARTE, JUAN V ROTAREX NORTH AMERICA ET AL | BC514465 | BALABAN, DANIEL | LOS ANGELES | 35 |
| 07/27/18 | DEPOSITION | FOLEY, JAMES V. CHEVRON | BC553826 | SHEGERIAN, CARNEY R. | FHL | |
| 07/31/18 | TESTIMONY | SIMONE, ELIJAH POMAIKA V BRUCE JAMESON | 832256 | CULLINS, DOUGLAS | SANTA ANA | 33 |
| 08/02/18 | DEPOSITION | SPANOS V. KAISER | | LAW, PATRICIA | FHL | |
| 08/06/18 | DEPOSITION | SHULHA V. FLORES | BC599770 | GIBSON, ROBERT | SANTA ANA | |
| 08/07/18 | DEPOSITION | MORENO, MARIA V. TOYOTA MOTOR COMPANY, ET AL. | BC640274 | RITSEMA, SCOTT | FHL | |
| 08/10/18 | DEPOSITION | AU, JENNIFER V AMY STERN, ET AL. | 31956 | MC ELFISH, RAY | COAST MESA | |
| 08/23/18 | DEPOSITION | LEE, NICHOLAS (DEC'D) V. CITY OF BEVERLY HILLS | | EHRLICH, JUSTIN | LOS ANGELES | |
| 08/28/18 | DEPOSITION | HURKA-RAMIREZ., TERESA V. THE BOEING COMPANY, INC. | 03347-AB-RAO | STILLWELL, GENIENE B. | LOS ANGELES | |
| 08/29/18 | DEPOSITION | AGUILAR, VILMA V. BLAZE PIZZA LLC | BC651278 | GORDON, MATTHEW | LOS ANGELES | |
| 09/06/18 | TESTIMONY | HERRON V. LOS ANGELES COUNTY SHERIFF'S DEPARTMENT | | LUCIEN, DARRYL | LOS ANGELES | 69 |
| 09/24/18 | DEPOSITION | MEYER, CYNTHIA V FARMERS | BC625867 | SHEGERIAN, CARNEY R. | SHERMAN OAKS | |
| 09/25/18 | DEPOSITION | CORONEL V. QUEST HOMEOWNERS ASSOC., ET AL. | 40028 | PUCHALT, IVAN | FHL | |

## TAMORAH HUNT

### 2018

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 09/26/18 | DEPOSITION | SMITH, ANTHONY V. LA CASA MENTAL HEALTH REHAB. CENTER | BC 634014 | SHEGERIAN, CARNEY R. | LOS ANGELES | |

## TAMORAH HUNT

### 2017

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 01/04/17 | ARBITRATION | TORRES V. PHAM, MD | | MC MAHAN, CARL A. | LOS ANGELES | 250 |
| 01/10/17 | TESTIMONY | BARRERA, BLAS V. MIGUEL MURILLO | BC546676 | ROWELL, JOHN D. | LOS ANGELES | 316 |
| 01/11/17 | TESTIMONY | DE LEON V. FREGOSO, CITY OF NORWALK, ET AL. | BC528572 | DI MONDA, JOSEPH | LOS ANGELES | 96 |
| 01/24/17 | TESTIMONY | WILLIAMS, TROY V. RALPHS | | SHEGERIAN, CARNEY R. | LOS ANGELES | 3 |
| 01/25/17 | TESTIMONY | COYLE V. UC REGENTS AND DALLAS ROVERSTEIN (UC RIVERSIDE) | | PEARLMAN, CASEY | RIVERSIDE | 7 |
| 01/30/17 | DEPOSITION | FIELD V. GLASS, ET AL. | | CLAYTON, ROBERT | FP&H | |
| 01/31/17 | DEPOSITION | KING, BRADLEY V U.S. BANK | | ROBINSON, ROBERT C. | IRVINE | |
| 02/06/17 | DEPOSITION | RUSSOTA, RONIT VS THREE HANDS CORPORATION | | SHEGERIAN, CARNEY R. | LOS ANGELES | |
| 02/07/17 | DEPOSITION | SANCHEZ, CATHERINE V. NATEC INTERNATIONAL, INC. | | WEIDMANN, MARK | SANTA ANA | |
| 02/14/17 | DEPOSITION | UDELL, JOHN V. PAR ELECTRICAL CONTRACTORS | BC554272 | KWASNIEWSKI, GARY | FP&H | |
| 02/22/17 | TESTIMONY | BEGAZO, CYNTHIA V. PASSAGES MALIBU | BC595150 | SHEGERIAN, CARNEY R. | LOS ANGELES | 69 |
| 02/23/17 | TESTIMONY | HERNANDEZ V. FIRST STUDENT, INC. AND SILVER VALLEY USD | | CARLSON, RAY C. | SAN BERNARDINO | S22 |
| 02/23/17 | DEPOSITION | BERNSTEIN, JENNIFER V ROBERT FIELDS, M.D., ET AL | | BUNCH, BRUCE M. | FP&H | |
| 02/24/17 | DEPOSITION | KIAIE V. HUBBLE | 283432-SPC | WHEELER, ALEX | FP&H | |
| 02/28/17 | DEPOSITION | ABOABDO, MUNA V. REGENTS OF THE UNIVERSITY OF CALIFORNIA | 839546 | SHEGERIAN, CARNEY R. | FP&H | |
| 03/29/17 | TESTIMONY | FIELD V. GLASS, ET AL. | | CLAYTON, ROBERT | TORRANCE | 11 |
| 04/04/17 | TESTIMONY | NUNEZ, JOSE V. PAK | BC586700 | SCHECHTER, BRUCE LEE | VAN NUYS | |
| 04/05/17 | DEPOSITION | ANYSENKO, ANTHONY, ET AL. V. U.S. NATIONAL LEASING, ET AL. | | BOSKOVICH, MARK | COSTA MESA | |
| 04/10/17 | DEPOSITION | BARNES, JAY V CONTINENTAL INSURANCE COMPANY | | SHEEHAN, JOHN | FP&H | |
| 04/12/17 | DEPOSITION | BRENNEN, MONSERRAT v. WALMART, ET AL. | BC586742 | SHEGERIAN, CARNEY R. | LOS ANGELES | |
| 04/18/17 | DEPOSITION | SIVARAJAH, MEERA V. JACQUELINE PECK | BC546090 | MC ELROY, STEPHEN | VAN NUYS | |
| 04/26/17 | TESTIMONY | PORTER, ET AL V. WYNER, ET AL. | | WOODLAND, LAUREN | LOS ANGELES | 96 |
| 04/28/17 | TESTIMONY | SANCHEZ, CATHERINE V. NATEC INTERNATIONAL, INC. | | WEIDMANN, MARK | SANTA ANA | C-32 |
| 05/02/17 | TESTIMONY | KING, BRADLEY V U.S. BANK | | ROBINSON, ROBERT C. | SANTA ANA | |
| 05/10/17 | TESTIMONY | LAHIJANI, FLORA V. FARDIN HAKAKIAN | BC579400 | MC ELROY, STEPHEN | VAN NUYS | Q |
| 05/11/17 | TESTIMONY | VERRAZONO, GARY V. GEHL COMPANY, ET AL. | BC540325 | LANZETTA, TOBIN | SANTA ROSA | |
| 05/15/17 | DEPOSITION | SPRADLIN V. SMITH | BC586442 | FOWLER, JASON | FP&H | |

## TAMORAH HUNT

### 2017

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 05/16/17 | DEPOSITION | GARCIA, CANDACE AND SAENZ V. LCK TRUCKING, INC., ET AL. | BC 582701 | CLARK, MATTHEW | FP&H | |
| 05/31/17 | DEPOSITION | VICTORIA, JOHN V. STUART LEVITON AND CITY OF LOS ANGELES | BC 541698 | BALABAN, DANIEL | LOS ANGELES | |
| 06/07/17 | DEPOSITION | RADICH, NICOLE | | BISH, MINDY. S | FP&H | |
| 06/08/17 | DEPOSITION | SANTANA, ELENA ALFONSO V. DR. JERRY KAO, ET AL. | | CHIHAK, CYNTHIA | FP&H | |
| 06/13/17 | TESTIMONY | SIVARAJAH, MEERA V. JACQUELINE PECK | BC546090 | MC ELROY, STEPHEN | SANTA MONICA | I |
| 06/22/17 | DEPOSITION | GOEBEL, CARLY VS ALPERN | BC569720 | WHEELER, ALEX | FP&H | |
| 06/22/17 | TESTIMONY | MOLAND V. McWANE, INC., ET AL. | BC559796 | SHEGERIAN, CARNEY R. | LOS ANGELES | 96 |
| 06/28/17 | DEPOSITION | COBB, JAMES V COUNTY OF LOS ANGELES | | DANIELS, WILLIAM A. | FP&H | |
| 06/29/17 | TESTIMONY | MOLAND V. McWANE, INC., ET AL. | | SHEGERIAN, CARNEY R. | LOS ANGELES | 96 |
| 06/30/17 | DEPOSITION | JONES, KEVIN V. KAISER | BC 630034 | WEIDMANN, MARK | LOS ANGELES | |
| 07/07/17 | DEPOSITION | ESCAMILLA V. COUNTY OF SAN BERNARDINO, ET AL. | | WELLS, JEFF | SANTA MONICA | |
| 07/10/17 | DEPOSITION | WAHEED V. KAISER | ARB 12121 | DRAGANOV, BRON | FP&H | |
| 07/25/17 | DEPOSITION | LENNIG, MATTHEW V. CRST TRUCKING | MC025288 | SCHECHTER, BRUCE | FP&H | |
| 07/25/17 | DEPOSITION | LENNIG, MICHAEL V. CRST TRUCKING | MC025288 | SCHECHTER, BRUCE | FP&H | |
| 08/02/17 | DEPOSITION | MARTINEZ, JOSE ALFREDO V. MICHAELS | | SHEGERIAN, CARNEY R. | FP&H | |
| 08/03/17 | DEPOSITION | GEORGE, DENNIS V. DELTA FABRICATIONS | | SHEEHAN, JOHN | FP&H | |
| 08/03/17 | DEPOSITION | MODAFF, CHARILYN V CARMAX AUTO SUPERSTORE | | DEAN, WARREN | FP&H | |
| 08/09/17 | DEPOSITION | HERRERA, JORGE V. POWER DISTRIBUTION INC, ET AL. | | SMITH, PERRY | LOS ANGELES | |
| 08/14/17 | DEPOSITION | PAUL V. VALDOVINOS | | SAADIAN, BOBBY | FP&H | |
| 08/16/17 | TESTIMONY | COBB, JAMES V COUNTY OF LOS ANGELES | | DANIELS, WILLIAM A. | LOS ANGELES | 76 |
| 08/25/17 | TESTIMONY | ASTORGA, CESAR V SNAP ON | | GRIFFIN, KEITH | LOS ANGELES | |
| 08/30/17 | TESTIMONY | ASTORGA, CESAR V SNAP ON | | GRIFFIN, KEITH | LOS ANGELES | |
| 09/05/17 | TESTIMONY | ESCAMILLA V. COUNTY OF SAN BERNARDINO, ET AL. | | WELLS, JEFF | SAN BERNARDINO | S-31 |
| 09/06/17 | DEPOSITION | CASTILLO, BOBBIE V. ARCH DIOCESE OF LOS ANGELES, ET AL. | BC596624 | SHEGERIAN, CARNEY R. | ENCINO | |
| 09/08/17 | ARBITRATION | WAHEED V. KAISER | | FAGEL, BRUCE | ORANGE | 1400 |
| 09/11/17 | DEPOSITION | DING, YAN & ZOHGHAN WANG V CHINA OVERSEAS TRAVEL GROUP I | BC590677 | SMITH, TAYLOR | FP&H | |
| 09/13/17 | DEPOSITION | KOK V. BRINDERSON LP, ET AL | BCV-15-101112 | COHN, DAVID K. | FP&H | |

## TAMORAH HUNT

### 2017

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 09/20/17 | DEPOSITION | BIDDLE, KELLY RYAN V SEAVIEW IVA & STEWART BLOOM, MD | | BENNETT, VINCENT | FP&H | |
| 09/21/17 | DEPOSITION | MARMONT, LINDSEY V. BERNZOMATIC CORP, ET AL. | | DORDICK, GARY | FP&H | |
| 10/12/17 | DEPOSITION | HO, CHISUNG (GUARDIAN, SEOKHO OH) V LA LAKE LLC, HPG MGMT, | BC610086 | KIM, TAE-YOON | FP&H | |
| 10/17/17 | DEPOSITION | SALEHI, RAY V CITY OF WEST HOLLYWOOD | BC631147 | SHEGERIAN, CARNEY R. | LOS ANGELES | |
| 10/18/17 | DEPOSITION | ROBLES V. LOPEZ | S1500CV283759 | WHEELER, ALEX | LOS ANGELES | |
| 10/24/17 | TESTIMONY | MITCHELL, TALBERT V  SEIU LOCAL #721 | BC575572 | SHEGERIAN, CARNEY R. | LOS ANGELES | 52 |
| 11/01/17 | TESTIMONY | RADICH, NICOLE | | BISH, MINDY. S | VAN NUYS | B |
| 11/03/17 | DEPOSITION | RANGEL, IMER V. LOS ANGELES UNIFIED SCHOOL DISTRICT | BC606357 | KIM, TAE | FP&H | |
| 11/07/17 | DEPOSITION | VASQUEZ, KEVIN V. JACK IN THE BOX, INC. | | BISH, MINDY. S | FP&H | |
| 11/07/17 | DEPOSITION | INDUGULA V. SALESFORCE, ET AL. | | ELLIS, LUKE | COSTA MESA | |
| 11/27/17 | TESTIMONY | MITCHELL, TALBERT V  SEIU LOCAL #721 | | SHEGERIAN, CARNEY R. | LOS ANGELES | 52 |
| 11/28/17 | DEPOSITION | HARVEY, LARRY V GLOBAL TECHNICAL SERVICES | 1-16-CV-0157 | FOLINSKY, MARNI | FP&H | |
| 11/30/17 | DEPOSITION | VASQUEZ, ARLEEN DEC'D V GEORGE T. BORIS | BC573903 | REZNICK, MICHAEL | LOS ANGELES | |
| 12/04/17 | DEPOSITION | MONTOY, MARIA LUISA V. JOSE GOMEZ, ET AL. | BC603562 | MC ELROY, STEPHEN | FP&H | |
| 12/12/17 | DEPOSITION | BURKITT, HOWARD V HA LE, MD  ADILI-KHMAS, MD | 1503563 | RAYNES, JEFFREY | FP&H | |
| 12/19/17 | DEPOSITION | RUIZ, VICENTE V. BARR COMMERCIAL DOOR REPAIR, INC. | | GORDON, ROGER L. | FP&H | |

# TAMORAH HUNT

## 2016

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 01/06/16 | DEPOSITION | ESTATE OF DARWIN HERZOG V AMBITIONS CALIFORNIA INC | BC555654 | STUART, ANTHONY | FP&H | |
| 01/07/16 | DEPOSITION | E. D. AND ANTIONE D. V. COUNTY OF LOS ANGELES, ET AL. | | MASSEY, MARK | LOS ANGELES | |
| 01/13/16 | TESTIMONY | BRIONES, FRANCISCO V. CHRISTOPHER LEE ZINK | 56-2013-00435440 | DORDICK, GARY A. | VENTURA | 40 |
| 01/19/16 | DEPOSITION | ZUEHLSDORF, STEVE VS GORDON TRUCKING INC. | | SHEGERIAN, CARNEY R. | LOS ANGELES | |
| 01/25/16 | DEPOSITION | BRAVO V. UNITED STATES OF AMERICA | | MC MAHAN,  CARL A. | FP&H | |
| 01/26/16 | TESTIMONY | HARRY, TARA V. LOMA LINDA MEDICAL CENTER, ET AL. | | LAW, PATRICIA | SAN BERNARDINO | S-22 |
| 01/27/16 | TESTIMONY | GANTNER, JACQUELINE V. LEMONADE RESTAURANT GROUP, LLC | | SHEGERIAN, CARNEY R. | LOS ANGELES | 36 |
| 02/08/16 | TESTIMONY | FULTON V. CALTRANS | | ESTEY, STEPHEN J. | SAN DIEGO | 74 |
| 02/19/16 | DEPOSITION | ROSALES V TRAFFIKS | | KASSEL, SANFORD | FP&H | |
| 02/22/16 | DEPOSITION | VARGAS, JOSE V FMI INC | | MARTINETTI, RON | FP&H | |
| 02/23/16 | DEPOSITION | SIVARAJAH, MEERA V. JACQUELINE PECK | | ROBERTS, LYSSA | LOS ANGELES | |
| 02/24/16 | DEPOSITION | MOORE, LESLIE V. BUY.COM, INC. | | SHEGERIAN, CARNEY R. | COSTA MESA | |
| 02/25/16 | DEPOSITION | NAVARRO, JACKSON V. DR. BAILONY/SHARP CHULA VISTA MED CTR | | LAW, PATRICIA | FP&H | |
| 02/29/16 | TESTIMONY | DeWITT, TIMOTHY CAMERON V. EDMOND MUSHEGYAN,ET AL. | BC470993 | OSTLER, BRIAN | TORRANCE | 11 |
| 03/03/16 | TESTIMONY | ROTHMAN, CANDICE | | DORDICK, GARY A. | SANTA MONICA | R |
| 03/09/16 | TESTIMONY | STUBBLEFIELD V. FOUR CORNERS INVESTMENTS | | SIMON, BRAD | SANTA MONICA | M |
| 03/10/16 | TESTIMONY | ALCALA, MARIA  V. CITY OF L.A. | | LEBOVITS, MOSES | CHATSWORTH | 47 |
| 03/14/16 | TESTIMONY | NAVARRO, JACKSON V. DR. BAILONY/SHARP CHULA VISTA MED CTR | | LAW, PATRICIA | SAN DIEGO | C-26 |
| 03/15/16 | TESTIMONY | RECINTO, ARMANDO V. EVA DOVER | 669379 | SPELL, SCOTT | SANTA ANA | C-32 |
| 03/16/16 | DEPOSITION | SEARGEANT-BARON  V. UCLA | | SHEGERIAN, CARNEY R. | LOS ANGELES | |
| 03/22/16 | DEPOSITION | REYLEK, BRADLEY AND PAMELA V. MARY KALAFUT, M.D., ET AL. | 0007557CU | NELSON, VIRGINIA | FP&H | |
| 03/23/16 | DEPOSITION | GHAEMI, ARASH V. RALPHS | BC558198 | SHEGERIAN, CARNEY R. | IRVINE | |
| 03/24/16 | DEPOSITION | PLENT, EILEEN V. ALBERTSONS | BC551113 | FRENCH, JESSE | FP&H | |
| 03/30/16 | DEPOSITION | COMPEAN, CYNTHIA V. SEARS, ROEBUCK & CO. | 1220049925 | CHESSUM, LINDSEY | IRVINE | |
| 04/11/16 | DEPOSITION | ALVIOR, CORAZON VS COUNTY OF LOS ANGELES | BC543100 | LONG, GAVIN | FP&H | |
| 04/14/16 | TESTIMONY | PLENT, EILEEN V. ALBERTSONS | BC551113 | FRENCH, JESSE | PASADENA | R |
| 04/15/16 | DEPOSITION | MIRANDA, RAELIN V PETER J ROBINSON M.D. | BC493083 | MC MAHAN,  CARL A. | HERE | |

# TAMORAH HUNT

## 2016

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 04/19/16 | DEPOSITION | MOLINA, ET AL. V. CITY OF VISALIA | 1:13-CV-01991 | FRENCH, JESSE | VISALIA | |
| 04/20/16 | DEPOSITION | ANTHONY E. V. THE COUNTY OF SAN BERNARDINO, ET AL. | CIVDS1112961 | KOSKOFF, RICHARD | FP&H | |
| 04/20/16 | DEPOSITION | RAHEEM O. V. THE COUNTY OF SAN BERNARDINO, ET AL. | CIVDS1112961 | KOSKOFF, RICHARD | FP&H | |
| 04/21/16 | ARBITRATION | COMPEAN, CYNTHIA V. SEARS, ROEBUCK & CO. | 1220049925 | CHESSUM, LINDSEY | ORANGE | |
| 04/22/16 | DEPOSITION | DOMINGOS V. MC JUNKIN RED MAN CORP, ET AL. | | OSBORN, TIMOTHY | FP&H | |
| 04/25/16 | DEPOSITION | DELFIN V. THE COUNTY OF LOS ANGELES | MC024959 | WHEELER, ALEX | FP&H | |
| 04/26/16 | DEPOSITION | SULLIVAN V. TABAR | | ROWELL, JOHN | BURBANK | |
| 04/29/16 | DEPOSITION | BRUMMITT V. ORANGE UNIFIED SCHOOL DISTRICT | | LETIZIA, CLARICE | HUNTINGTON BEACH | |
| 05/04/16 | DEPOSITION | HUERTA V. HOTEL-BEL AIR | BC554145 | SHEGERIAN, CARNEY R. | FP&H | |
| 05/05/16 | DEPOSITION | COATES V. SCANTIBODIES LABORATORIES, ET AL. | | LETIZIA, CLARICE | SAN DIEGO | |
| 05/11/16 | DEPOSITION | LOPEZ V. CITY OF LYNWOOD | | SHEGERIAN, CARNEY R. | | |
| 05/23/16 | DEPOSITION | NUNEZ-AGUIRRE AND ALANIZ V. WHITECAP CONST SUPPLY, INC., ET | 746710 | EDSON, CARLY | FP&H | |
| 05/26/16 | TESTIMONY | HUERTA V. HOTEL-BEL AIR | | SHEGERIAN, CARNEY R. | LOS ANGELES | 72 |
| 05/27/16 | DEPOSITION | WU, EMILY V. TABSH, M.D. | | HINMAN, JOHN | FP&H | |
| 06/06/16 | TESTIMONY | GREY, BRANDON V. AMERICAN MANAGEMENT SERVICES | | SHEGERIAN, CARNEY R. | LOS ANGELES | 19 |
| 06/14/16 | TESTIMONY | GREY, BRANDON V. AMERICAN MANAGEMENT SERVICES (CONT) | | SHEGERIAN, CARNEY R. | LOS ANGELES | 19 |
| 06/17/16 | DEPOSITION | IBRAHIM, SHERIH V. CVS RX SERVICES | 06372-FMO-JC | SHEGERIAN, CARNEY R. | IRVINE | |
| 06/20/16 | DEPOSITION | GUNST, SHEILA V. COAST SURGERY CENTER | BC 556 362 | SHEGERIAN, CARNEY R. | LOS ANGELES | |
| 06/21/16 | DEPOSITION | PORTER, ET AL V. WYNER, ET AL. | | BIBBERO, IRA | LOS ANGELES | |
| 07/06/16 | DEPOSITION | STOKES, JAMES VS MUSCHINSKE | MC025199 | BURUNSUZYAN, MARO | GLENDALE | |
| 07/15/16 | DEPOSITION | DOMINGUEZ V. CYTEC INDUSTRIES, ET AL. | BC533123 | RAMSEY, BRIAN | CERRITOS | |
| 07/20/16 | DEPOSITION | DIETZ, MADELINE V. ADELIN | BC555757 | BRUSAVICH, BRUCE | FP&H | |
| 07/25/16 | DEPOSITION | THOMAS, MICHELLE & ALEXIS V. SHERRY, JOHN GREGORY, ET AL. | | SHAPIRO, DAVID, B | FP&H | |
| 07/27/16 | DEPOSITION | MORGAN, ELLEN AND RICHARD GARCIA V. PRE-CON AND SPILLMAN CO | | CLARK, MATTHEW | LOS ANGELES | |
| 08/17/16 | DEPOSITION | METZ, NICHOLAS (DEC'D) V. LOVE COUNTRY STORES OF CALIFORNI | VCU262573 | RITSEMA, SCOTT A. | FP&H | |
| 08/18/16 | DEPOSITION | DE CASSIA DE SOUZA GUEDES, RITA V. GARO KASSABIAN, MD, ET A | SC114596 | HERZOG, IAN | LOS ANGELES | |
| 08/23/16 | DEPOSITION | PALMA V. RITE AID CORPORATION | | SHEGERIAN, CARNEY R. | LOS ANGELES | |

# TAMORAH HUNT

## 2016

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 08/25/16 | DEPOSITION | PATTERSON V. PEACHY DEVELOPMENT CALIFORNIA | | WHEELER, ALEX | FP&H | |
| 08/29/16 | DEPOSITION | PACHECO, DALILAH  MICAYLA GONZALEZ V HISHMEH ENTERPRISES | 259965 | DUNBAR, DANIEL | FP&H | |
| 08/30/16 | TESTIMONY | WU, EMILY V. TABSH, M.D. | BC116406 | HINMAN, JOHN | LOS ANGELES | 57 |
| 08/31/16 | TESTIMONY | SULLIVAN V. TABAR | | ROWELL, JOHN | BELLFLOWER | 5 |
| 09/08/16 | DEPOSITION | VARGAS V. AL GILBERT COMPANY | MCV069795 | DAVID K. COHN | FP&H | |
| 09/13/16 | DEPOSITION | JIMENEZ, ROBERT V. GENLYTE | 114CV270931 | PAUL B. KEMP | SAN JOSE | |
| 09/15/16 | TESTIMONY | PALMA V. RITE AID CORPORATION | | SHEGERIAN, CARNEY R. | LOS ANGELES | |
| 09/19/16 | DEPOSITION | RODRIGUEZ, MANUEL V. FITNESS INTERNATIONAL & CORE INDUSTR | BC532963 | BEECHER, BRIAN | FP&H | |
| 09/21/16 | TESTIMONY | STOKES, JAMES VS MUSCHINSKE | MC025199 | MARO BURUNSUZYAN | CHATSWORTH | |
| 09/26/16 | DEPOSITION | VELUZ-ABRAHAM V. COUNTY OF LOS ANGELES, ET AL. | BC511286 | SCOTT H. CARR | SANTA MONICA | |
| 10/03/16 | TESTIMONY | VARGAS V. AL GILBERT COMPANY | MCV069795 | DAVID K. COHN | MADERA | |
| 10/04/16 | DEPOSITION | RAUST, KEVIN V. BCI COCA COLA BOTTLING COMPANY OF L.A. | 15CV000087 | MARK BOSKOVICH | SAN JOSE | |
| 10/05/16 | DEPOSITION | WEBB, SYLVIA V. CITY NATIONAL BANK | BC 591196 | SHEGERIAN, CARNEY R. | LOS ANGELES | |
| 10/07/16 | DEPOSITION | EARHART, JEREMY VS AUTOZONE | | CHRIS KANNE | FP&H | |
| 10/17/16 | DEPOSITION | KESHISHYAN, HAIK V HRC FERTILITY | BC544236 | BALABAN, DANIEL | LOS ANGELES | |
| 10/18/16 | DEPOSITION | CUTHBERTSON, MICHAEL V A-1 RECYCLING AND WASTE | HG 14745895 | FOWLER, JASON | FP&H | |
| 10/20/16 | DEPOSITION | OCHOA, JOAQUIN AND IMELDA MORENO V. JESUS F. DERADO | | BOYADZHYAN, ARAKSYA | COSTA MESA | |
| 10/20/16 | DEPOSITION | BAKSH V. KAISER | | LAW, PATRICIA | FP&H | |
| 10/27/16 | DEPOSITION | MUNOZ, ELIAS  V. AMTRAK | | WEIDMANN, MARK | IRVINE | |
| 10/28/16 | DEPOSITION | MASON V. CHEVRON | BC554337 | SHEGERIAN, CARNEY R. | LOS ANGELES | |
| 10/28/16 | DEPOSITION | FOLEY, JAMES V. CHEVRON | BC553826 | SHEGERIAN, CARNEY R. | LOS ANGELES | |
| 10/31/16 | DEPOSITION | SABO, CYNTHIA VS ESTATE OF JANET HAWES | BC512566 | FOWLER, JASON | FP&H | |
| 11/02/16 | ARBITRATION | BAKSH V. KAISER | | LAW, PATRICIA | LOS ANGELES | 4000 |
| 11/08/16 | DEPOSITION | VERRAZONO, GARY V. GEHL COMPANY, ET AL. | BC540325 | LANZETTA, TOBIN | FP&H | |
| 11/08/16 | DEPOSITION | SERENA, ANTHONY V. COUNTY OF LOS ANGELES | BC542772 | CLAYTON, ROBERT | FP&H | |
| 11/10/16 | DEPOSITION | BARRERA, BLAS V. MIGUEL MURILLO | BC546676 | ROWELL, JOHN | GLENDALE | |
| 11/15/16 | DEPOSITION | BOZICH V. FIREMAN'S FUND INSURANCE COMPANY | | HINRICHSEN, PATRICK L. | ROSEVILLE | |

# TAMORAH HUNT

## 2016

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 11/15/16 | DEPOSITION | ISHIBASHI, LAVERNE V. CSAA INSURANCE EXCHANGE | | HINRICHSEN, PATRICK L. | SACRAMENTO | |
| 11/16/16 | DEPOSITION | DELANGE, NANCY V. SILVER OAKS LLC | PC053652 | MILLER, LARRY | FP&H | |
| 11/18/16 | DEPOSITION | CHOJOLAN, JOSE V CALIFORNIA HOSPITAL MEDICAL CENTER | BC 503410 | STERN, GARY N. | IRVINE | |
| 12/01/16 | ARBITRATION | BOZICH V. FIREMAN'S FUND INSURANCE COMPANY | | HINRICHSEN, PATRICK L. | SACRAMENTO | |
| 12/02/16 | DEPOSITION | MITCHELL, TALBERT V  SEIU LOCAL #721 | BC575572 | SHEGERIAN, CARNEY R. | LOS ANGELES | |
| 12/05/16 | DEPOSITION | LUMAN, DAVID V GARRETT STILSON | MC025560 | FOWLER, JASON | FP&H | |
| 12/06/16 | DEPOSITION | BELTRAN, JAIME V HOME DEPOT | 283696-LHB | MC ELROY, STEPHEN | LOS ANGELES | |
| 12/07/16 | DEPOSITION | COYLE V. UC REGENTS AND DALLAS ROVERSTEIN (UC RIVERSIDE) | | HASHMALL, JENNIFER | FP&H | |
| 12/19/16 | DEPOSITION | TORRES V. PHAM, MD | | MC MAHAN,  CARL A. | FP&H | |
| 12/21/16 | DEPOSITION | NUNEZ, JOSE V. PAK | BC586700 | SCHECHTER, BRUCE | FP&H | |

# TAMORAH HUNT

## 2015

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 01/07/15 | DEPOSITION | SHEIKH V. LUFTHANSA | | BURKES, JENNIFER | PASADENA | |
| 01/08/15 | DEPOSITION | TRUMP  V. LAKESIDE MEDICAL GROUP | | CURRAN, ALICIA | LOS ANGELES | |
| 01/14/15 | DEPOSITION | LOMELI, JOSE (McALLISTER)  V. ARROW TRUCKS SALES INC., ET AL. | | SHEGERIAN, CARNEY | LOS ANGELES | |
| 01/14/15 | DEPOSITION | LOMELI, JOSE V. ARROW TRUCKS SALES INC., ET AL. | | SHEGERIAN, CARNEY | LOS ANGELES | |
| 01/15/15 | DEPOSITION | GARCIA, MIGUEL V. THE PEP BOYS MANNY MOE & JACK OF CALIF | BC527421 | FOLINSKY, MARNI | FP&H | |
| 02/03/15 | DEPOSITION | KHALIL, VICTOR V. DEPARTMENT OF CORRECTIONS | 02087SVWSPX | SOREM, EVAN | FP&H | |
| 02/04/15 | DEPOSITION | BILLAL V. ALERE HEALTH, LLC | | STILLWELL, GENIENE | IRVINE | |
| 03/06/15 | DEPOSITION | RODRIGUEZ, KENDRA V. HAMPTON, ET AL. | | RITSEMA, SCOTT | SANTA  ANA | |
| 03/10/15 | DEPOSITION | DE JESUS, JEREMIAH V CVS CORPORATION | BC515624 | SHEGERIAN, CARNEY | IRVINE | |
| 03/11/15 | DEPOSITION | HUERTA, MAGGY V. PACESETTER, INC. | BC526645 | FOLINSKY, MARNI | FP&H | |
| 03/16/15 | DEPOSITION | CORDOVA, CYNTHIA V. LITTLE COMPANY OF MARY HOSPITAL, ET AL | NC 044524 | VAAGE, ROBERT | SAN DIEGO | |
| 03/23/15 | TESTIMONY | LOMELI, JOSE V. ARROW TRUCKS SALES INC., ET AL. | | SHEGERIAN, CARNEY | LOS ANGELES | 39 |
| 03/31/15 | DEPOSITION | GAMMILL, MARGUERITE, ET AL. V. WILLIAM H. DAVIDSON, MD, ET AL | 37-2013-00074031 | GELFAND, GARY | FP&H | |
| 04/03/15 | DEPOSITION | VAZQUEZ V. ATRIUM DOOR AND WINDOW AND GARY HOFFMAN | | SHEGERIAN, CARNEY | LOS ANGELES | |
| 04/13/15 | TESTIMONY | THOMAS V. CITY OF LOS ANGELES | | SHEGERIAN, CARNEY | LOS ANGELES | 31 |
| 04/17/15 | DEPOSITION | SIKORSKI, LENORE VS.  WILL SCHOBERT M.D. | | FRENCH, JESSE | FP&H | |
| 04/20/15 | DEPOSITION | PARRA V. RIVERSIDE TRANSPORTATION AUTHORITY, ET AL | | RITTER, DWIGHT | FP&H | |
| 04/22/15 | DEPOSITION | ANTEMATE V ESTENSON LOGISTICS | | SZETO, KITTY | FP&H | |
| 04/27/15 | DEPOSITION | CARDONA, IRENE V. CORTES | | FOWLER, JASON | FP&H | |
| 04/27/15 | DEPOSITION | CARDONA, JOSE V CORTES | | FOWLER, JASON | FP&H | |
| 04/29/15 | ARBITRATION | SIKORSKI, LENORE VS.  WILL SCHOBERT M.D. | | FRENCH, JESSE | LOS ANGELES | 250 |
| 05/11/15 | DEPOSITION | GARCIA, GUSTAVO VS WILLIAM BOLTHOUSE FARMS | | BEHLING, JEANNE | BAKERSFIELD | |
| 05/27/15 | DEPOSITION | BREWINGTON, STEPHEN V. VA HOSPITAL | | CURRAN, ALICIA | FP&H | |
| 05/27/15 | DEPOSITION | AHMAD, HAZEL V. AMERICAN MEDICAL RESPONSE, INC., ET AL. | RIC1210559 | ALEXANDER, MARY | IRVINE | |
| 05/28/15 | DEPOSITION | WYRICK, BRENT V TOYOTA MOTOR SALES | | SCHUH, JON | FP&H | |
| 06/03/15 | DEPOSITION | TENT, LISA V. MICHAEL ANGER | | MC ELROY, STEPHEN | FP&H | |
| 06/08/15 | TESTIMONY | CARDONA, IRENE V. CORTES | | WHEELER, ALEX | LOS ANGELES | 316 |

## TAMORAH HUNT
### 2015

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 06/08/15 | TESTIMONY | CARDONA, JOSE V CORTES | | WHEELER, ALEX | LOS ANGELES | 316 |
| 06/18/15 | DEPOSITION | KINARD, NIESHA VS HARBOR UCLA MEDICAL CENTER | | WHITE, TWILA | FP&H | |
| 06/22/15 | TESTIMONY | ADAME V. ALCOA | | SHEGERIAN, CARNEY | LOS ANGELES | 31 |
| 06/23/15 | DEPOSITION | LEGGINS, ROBERT V. RITEAID | | SHEGERIAN, CARNEY | LOS ANGELES | |
| 06/25/15 | DEPOSITION | HILL, SIMONE VS NATIONAL RAILROAD PASSENGER CORP | 14-CV-0713 JGB | LIPINSKY, DAREN | LOS ANGELES | |
| 06/26/15 | TESTIMONY | TENT, LISA V. MICHAEL ANGER | | MC ELROY, STEPHEN | VENTURA | 41 |
| 06/30/15 | DEPOSITION | KHOURY, SARKIS V. LISA ANN HAYES | RIC1307965 | SERRANO, JOHN | FP&H | |
| 07/13/15 | TESTIMONY | LEGGINS, ROBERT V. RITEAID | | SHEGERIAN, CARNEY | LOS ANGELES | 62 |
| 07/13/15 | TESTIMONY | CORDOVA, CYNTHIA V. LITTLE COMPANY OF MARY HOSPITAL, ET AL | NC 044524 | VAAGE, ROBERT | LONG BEACH | S29 |
| 07/16/15 | DEPOSITION | HARRIS, DONALD V. HARVEL PLASTICS | CV-278694 | CLARK, MATTHEW | LOS ANGELES | |
| 07/17/15 | TESTIMONY | LEGGINS, ROBERT V. RITEAID | | SHEGERIAN, CARNEY | LOS ANGELES | 62 |
| 07/29/15 | DEPOSITION | CALZADA, MARIO V FAIRFIELD EMERALD TERRACE, TAMARA MARTIN | BC498463 | MC ELROY, STEPHEN | FP&H | |
| 08/05/15 | DEPOSITION | CASTANEDA, RUBEN V. TOMMY ALEJANDRO ALVARADO, ET AL. | | SMITH, MARC | FP&H | |
| 08/05/15 | DEPOSITION | LIGGINS V. ARCHDIOCESE OF LOS ANGELES | BC522726 | SHEGERIAN, CARNEY | FP&H | |
| 08/07/15 | DEPOSITION | CICCARELLI, THOMAS V INLAND VALLEY MEDICAL CENTER | | BUNCH, BRUCE | FP&H | |
| 08/19/15 | DEPOSITION | GANTNER, JACQUELINE V. LEMONADE RESTAURANT GROUP, LLC | | SHEGERIAN, CARNEY | PASADENA | |
| 09/17/15 | TESTIMONY | FISCHMANN V. WESTERN MEDICAL CENTER, ET AL | 602583 | PAOLI, WILLIAM | SANTA ANA | C23 |
| 09/22/15 | DEPOSITION | CHULAREE V. THE COOKSEN CO., MCKENDRY DOOR SALES, ET AL. | | FEANZA, CHRISTOPHER | FP&H | |
| 09/23/15 | DEPOSITION | LUCIO V. LOCKHEAD | | SHEGERIAN, CARNEY | LOS ANGELES | |
| 09/28/15 | TESTIMONY | STANKO V. WASTE MANAGEMENT | | SPELL, SCOTT | MURIETTA | |
| 09/30/15 | TESTIMONY | SIMERS, T.J. V. TRIBUNE COMPANY | | SHEGERIAN, CARNEY | LOS ANGELES | |
| 10/12/15 | DEPOSITION | DeWITT, TIMOTHY CAMERON V. EDMOND MUSHEGYAN, ET AL | | OSTLER, BRIAN | LOS ANGELES | |
| 10/13/15 | DEPOSITION | WILLIAMS, TROY V. RALPHS | | SHEGERIAN, CARNEY | IRVINE | |
| 10/15/15 | DEPOSITION | STUBBLEFIELD V. FOUR CORNERS INVESTMENTS | | SIMON, BRAD | FP&H | |
| 10/16/15 | DEPOSITION | ROTHMAN, CANDICE | | DORDICK, GARY | LOS ANGELES | |
| 10/19/15 | DEPOSITION | MIKALA O. V. THE COUNTY OF RIVERSIDE | | KOSKOFF, RICHARD | FP&H | |
| 10/18/15 | DEPOSITION | MUNDEN V. KAISER | | LAW, PATRICIA | FP&H | |

## TAMORAH HUNT

### 2015

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 11/03/15 | DEPOSITION | ANTEMATE V ESTENSON LOGISTICS | | SZETO, KITTY | FP&H | |
| 11/04/15 | DEPOSITION | LUCERO, DANIEL V. THAIYANANTHAN | | FRENCH, JESSE | FP&H | |
| 11/05/15 | DEPOSITION | ESPARZA, DAVID VS WALSH SHEA | | BYRNES, CRAIG | FP&H | |
| 11/05/15 | DEPOSITION | ASTORGA, CESAR V SNAP ON | | SHEGERIAN, CARNEY | FP&H | |
| 11/06/15 | ARBITRATION | MUNDEN V. KAISER | | LAW, PATRICIA | SANTA ANA | |
| 11/06/15 | DEPOSITION | STRUTZENBERG, ROLF V STORM MANUFACTURING | | SHEGERIAN, CARNEY | NEWPORT BEACH | |
| 11/09/15 | DEPOSITION | SHIN V. THE ROMAN CATHOLIC DIOCESE OF SAN BERNARDINO, ET AL. | | FRENCH, JESSE | FP&H | |
| 11/10/15 | DEPOSITION | DE LEON V. FREGOSO, CITY OF NORWALK, ET AL. | | DI MONDA, JOSEPH | LOS ANGELES | |
| 11/11/15 | DEPOSITION | MARRERO V. CEDAR SINAI MEDICAL CENTER, ET AL. | | BRUSAVICH, BRUCE | FP&H | |
| 11/12/15 | DEPOSITION | ENRIQUEZ, GLENN V. AIRTOUCH CELLULAR | | FARRAR, KIM | LOS ANGELES | |
| 11/18/15 | DEPOSITION | CHULAREE V. THE COOKSEN COMPANY,ET AL. | | FEANZA, CHRISTOPHER | LOS ANGELES | |
| 11/19/15 | TESTIMONY | KHOURY, SARKIS V. LISA ANN HAYES | | SERRANO, JOHN | RIVERSIDE | 7 |
| 11/20/15 | DEPOSITION | GARCIA V. PEEK | | DENOVE, JACK | FP&H | |
| 11/20/15 | DEPOSITION | MC GERR, MICHAEL V. ARC BROADWAY, ET AL. | | STERN, GARY | FP&H | |
| 12/03/15 | DEPOSITION | MENCHU V. CARL KARCHER ENTERPRISES | | SHEGERIAN, CARNEY | NEWPORT BEACH | |
| 12/07/15 | DEPOSITION | FULTON V. CALTRANS | | ESTEY, STEPHEN J. | SAN DIEGO | |
| 12/09/15 | DEPOSITION | HABEKOST V. CABCO, ET AL. | BC540399 | FRENCH, JESSE | FP&H | |
| 12/10/15 | DEPOSITION | VALENZUELA, IGNACIO V. GENERAL MILLS, INC. | | SHEGERIAN, CARNEY | SANTA ANA | |
| 12/16/15 | DEPOSITION | ROJAS, CARLOS V BREK MANUFACTURING | BC542572 | SHEGERIAN, CARNEY | FP&H | |
| 12/18/15 | DEPOSITION | DAVILA, MARCOS, AGUILAR V. AMERICAN BUILDING | | SHEGERIAN, CARNEY | FP&H | |

# TAMORAH HUNT

## 2014

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 01/02/14 | TESTIMONY | ACOBA V. CAL TRANS, ET AL. | | LAW, PATRICIA | SAN BERNARDINO | S35 |
| 01/02/14 | TESTIMONY | LARDIZABAL, ABRAHAM V. STATE OF CALIFORNIA | | DEAN, WARREN | SAN BERNARDINO | S35 |
| 01/08/14 | DEPOSITION | STERN, RITA V KAISER | ADR 11905 | DENOVE, JOHN F. | FP&H | |
| 01/09/14 | DEPOSITION | LE, ANH-TUN V. ORANGE COUNTY TRANSPORTATION AUTHORITY | | CROSBY, WILLIAM | COSTA MESA | |
| 01/14/14 | TESTIMONY | ACOBA V. CAL TRANS, ET AL. | | LAW, PATRICIA | SAN BERNARDINO | S35 |
| 01/16/14 | DEPOSITION | CABANA, APRIL V STRYKER BIOTECH | BC465313 | ARISTEI, J. CLARK | FP&H | |
| 01/22/14 | DEPOSITION | SANCHEZ V. VALASSIS | | SHEGERIAN, CARNEY | LOS ANGELES | |
| 01/23/14 | TESTIMONY | PULIDO V. BLACK | | SPELL, SCOTT | SAN BERNARDINO | |
| 01/24/14 | DEPOSITION | ZINZOW, KEICHA  V  SOS HOTEL | BC 439248 | RUDOLFER, DAVID | LOS ANGELES | |
| 01/27/14 | TESTIMONY | JAKYMYSHYN V. DAP PRODUCTS | | GORDON, ROGER L. | LOS ANGELES | 31 |
| 01/28/14 | DEPOSITION | STYNER V. FUENTES | | LONG, GAVIN | FP&H | |
| 02/03/14 | TESTIMONY | NICKEL V. STAPLES | | SHEGERIAN, CARNEY | LOS ANGELES | 68 |
| 02/07/14 | DEPOSITION | MACIAS, LILIA V. WELLA CORPORATION | BC497993 | SCUDERI, ROBERT | FP&H | |
| 02/13/14 | TESTIMONY | STYNER V. FUENTES | | LONG, GAVIN | RIVERSIDE | 10 |
| 02/18/14 | DEPOSITION | KING V. L.A.J. TRUCKING | | ALDER, C. MICHAEL | IRVINE | |
| 02/21/14 | DEPOSITION | VILLEGAS, ET AL. V. SUBURBAN PROPANE, LP, ET AL. | SCV253159 | OSBORN, TIMOTHY | FP&H | |
| 03/05/14 | ARBITRATION | STERN, RITA V KAISER | ADR 11905 | DENOVE, JOHN F. | LOS ANGELES | 250 |
| 03/06/14 | TESTIMONY | CAMPBELL, GLEN V. NFI INTERACTIVE LOGISTICS, LLC | GC049035 | BURUNSUZYAN, MARO | CHATSWORTH | F46 |
| 03/18/14 | TESTIMONY | BELL V. SIMON PROPERTY GROUP AND ORANGE CITY MILLS, LP | | VOSSELLER, STEVEN | SANTA  ANA | |
| 04/07/14 | DEPOSITION | CASTANEDA V. INDIVIDUAL FOOD SERVICE | BC 500970 | SHEGERIAN, CARNEY | LOS ANGELES | |
| 04/10/14 | TESTIMONY | KING V. L.A.J. TRUCKING | | ALDER, C. MICHAEL | PALM SPRINGS | PS1 |
| 04/11/14 | TESTIMONY | KAHN, BRIAN  V  DEWEY GROUP | BC4544443 | STEELE, EUGENIA L. | LOS ANGELES | 48 |
| 04/28/14 | DEPOSITION | SNELSON V. LIVE OAK COJEN | S1500CV278406 | CLARK, MATTHEW | BAKERSFIELD | |
| 04/30/14 | DEPOSITION | GALAVIZ V. ST. FRANCIS HOSPITAL MEDICAL CENTER, ET AL. | | MC MAHAN, CARL | FP&H | |
| 05/01/14 | TESTIMONY | BARROS V. SIMON PROPERTY GROUP, INC. | | BAXTER, SAM | SANTA  ANA | 10C |
| 05/01/14 | DEPOSITION | WITTENBERG, JOSEPHINE V MOLINA HEALTH CARE INC. | NC057284 | ASHKINADZE, REGINA | COSTA MESA | |
| 05/07/14 | DEPOSITION | SAMPSON, GINN V. PERCY MARES, ET AL. | BC494021 | THALHEIMER, BERNARD | FP&H | |

# TAMORAH HUNT

## 2014

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 05/19/14 | DEPOSITION | CERKONEY V VERIZON | | WHEELER, ALEX | LOS ANGELES | |
| 06/30/14 | DEPOSITION | CAPIL V. HEALTHMARKETS, ET AL. | 110CV188480 | STUART, ANTHONY | LOS ANGELES | |
| 06/30/14 | DEPOSITION | WALLEN V. ALLSTATE INSURANCE CO. | | TAYLOR, JOHN C. | LOS ANGELES | |
| 07/08/14 | DEPOSITION | LANDERS, VICTORIA V. KAISER AND SOUTHWEST WASHINGTON | | ALCH, THOMAS | FP&H | |
| 07/10/14 | DEPOSITION | BROWN, MARIE V LA COUNTY, DEPT OF CHILDREN & FAMILY SERVIC | BC499438 | LYON, GEOFFREY | TARZANA | |
| 07/11/14 | DEPOSITION | PELEG, AMIR V. NEIMAN MARCUS | | SHEGERIAN, CARNEY | SANTA MONICA | |
| 07/16/14 | DEPOSITION | HEDAYATI  V. VAN WYK | | BASSELL, TORSTEN | FP&H | |
| 07/21/14 | TESTIMONY | PETKUS, PAUL V BNSF RAILWAY CO. | CIVBS1100560 | STOLPMAN, THOMAS | SAN BERNARDINO | S24J |
| 07/22/14 | DEPOSITION | MAZZONE, RUTH V. SUSAN QUINN | GC049816 | COUNTS, STEPHEN | FP&H | |
| 07/29/14 | DEPOSITION | HUSTON V. BMI | | SHEGERIAN, CARNEY | LOS ANGELES | |
| 08/01/14 | DEPOSITION | MARTINEZ, MARIA v. RITE AID, INC. | | SHEGERIAN, CARNEY | BURBANK | |
| 08/11/14 | TESTIMONY | BROWN, MARIE V LA COUNTY, DEPT OF CHILDREN & FAMILY SERVICES | | LYON, GEOFFREY | LOS ANGELES | 56 |
| 08/11/14 | TESTIMONY | HEDAYATI  V. VAN WYK | | BASSELL, TORSTEN | SANTA  ANA | CX 105 |
| 08/12/14 | DEPOSITION | GOENAWEIN, BRUCE V JACK'S TIRE AND OIL | 1500-CV-279282 | COHN, DAVID K. | PASADENA | |
| 08/12/14 | DEPOSITION | MASON, MARK V JACK'S TIRE AND OIL | 1500-CV-279282 | COHN, DAVID K. | PASADENA | |
| 08/14/14 | DEPOSITION | ROBINSON, STEPHANIE V. SHARP HEALTH CARE, ET AL. | 37-2013-00029558 | VAAGE, ROBERT | FP&H | |
| 08/21/14 | DEPOSITION | CALDERON V. UNION BANK | | SHEGERIAN, CARNEY | LOS ANGELES | |
| 08/25/14 | DEPOSITION | JONES, LORETTA V. DUSTIN ROBINSON AND WILBERT ELLIS COMPA | S-1500-CV-277681 | FOWLER, JASON | FP&H | |
| 08/29/14 | DEPOSITION | NUCKOLS V. NU CO2 MANAGEMENT | 37-2013-00051593 | GLASSMAN, ROBERT | LONG BEACH | |
| 09/03/14 | TESTIMONY | PELEG, AMIR V. NEIMAN MARCUS | | SHEGERIAN, CARNEY | LOS ANGELES | 31 |
| 09/05/14 | DEPOSITION | MEDINA, RICHARD V. THE DUTRA GROUP | CV13-04667 | EASLEY, PRESTON | FP&H | |
| 09/05/14 | DEPOSITION | PADILLA (RUIZ) V. PAMPLONA | | CURRAN, ALICIA | LOS ANGELES | |
| 09/11/14 | DEPOSITION | PRIDE, BRANDI V. DARL SPENCER | 1500-CV-278493 | DORDICK, GARY | FP&H | |
| 09/15/14 | TESTIMONY | PELEG, AMIR V. NEIMAN MARCUS | | SHEGERIAN, CARNEY | LOS ANGELES | 31 |
| 09/15/14 | TESTIMONY | CORTEZ-SANCHEZ, JIMMY V. WACOLD, INC. ET AL. | EC59442 | GAGLIANO, RICHARD | VAN NUYS | W |
| 09/23/14 | DEPOSITION | APARICIO V. HOME DEPOT | | KRAKOW, MARVIN | COSTA MESA | |
| 09/29/14 | DEPOSITION | CIRILLO, JAKE THOMAS V. CHEROKEE FREIGHT LINES, ET AL. | YC068275 | MARKS, LAWRENCE | LOS ANGELES | |

# TAMORAH HUNT

## 2014

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 09/29/14 | DEPOSITION | INTON, RENATO V BEOLIA | BC502056 | SPELL, SCOTT | FP&H | |
| 10/08/14 | DEPOSITION | SYAL, SANJAY V. LINKES-HUNT | | MC ELROY, STEPHEN | FP&H | |
| 10/14/14 | DEPOSITION | SIMERS, T.J. V. TRIBUNE COMPANY | | SHEGERIAN, CARNEY | GLENDALE | |
| 10/15/14 | TESTIMONY | INTON, RENATO V BEOLIA | | SPELL, SCOTT | LOS ANGELES | 41 |
| 10/21/14 | DEPOSITION | PETROPOULOS V. RADIO SHACK | | SHEGERIAN, CARNEY | LOS ANGELES | |
| 11/03/14 | DEPOSITION | BUFFMAN V. CITY OF LOS ANGELES | | CURRAN, ALICIA | LOS ANGELES | |
| 11/05/14 | DEPOSITION | ZEPEDA V. CENTRO DE SALUD DE LA COMMUNIDAD | | SHEGERIAN, CARNEY | SAN DIEGO | |
| 11/06/14 | DEPOSITION | GARCIA, JOSE LOUIS V TOYOTA | | RITSEMA, SCOTT | FP&H | |
| 11/07/14 | TESTIMONY | HUSTON V. BMI | | SHEGERIAN, CARNEY | LOS ANGELES | 1600 |
| 11/12/14 | TESTIMONY | STRAUSS V. UNITED STATES OF AMERICA | | EASLEY, PRESTON | SAN DIEGO | 5C |
| 11/14/14 | DEPOSITION | HURD, DEBRA V. AMERICAN INCOME LIFE INSURANCE CO., ET AL. | | SHEGERIAN, CARNEY | LOS ANGELES | |
| 11/17/14 | DEPOSITION | TOUNKARA, ABDOULAYE V. SECURITAS SECURITY SERVICES | | FOLINSKY, MARNI | FP&H | |
| 11/19/14 | TESTIMONY | BUFFMAN V. CITY OF LOS ANGELES | | CURRAN, ALICIA | LOS ANGELES | 31 |
| 11/26/14 | TESTIMONY | MARTINEZ, MARIA v. RITE AID, INC. | | SHEGERIAN, CARNEY | LOS ANGELES | 68 |
| 12/02/14 | DEPOSITION | DOE, JANE V. FOLSOM CORDOVA UNIFIED SCHOOL DISTRCT | | ESTEY, STEPHEN | SAN DIEGO | |
| 12/03/14 | DEPOSITION | GREY, BRANDON V. AMERICAN MANAGEMENT SERVICES | | SHEGERIAN, CARNEY | LOS ANGELES | |
| 12/08/14 | DEPOSITION | LOPEZ, BERTHA V. CARLOS DANUELOS, BCI COCA COLA BOTTLING | | MGDESYAN, GEORGE | SHERMAN OAKS | |
| 12/10/14 | DEPOSITION | IGNAT V. YUM! BRANDS, INC. | | ELSON, JOHN | LOS ANGELES | |

# TIMOTHY LANNING
## 2018

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 1/11/2018 | DEPOSITION | THE ESTATE OF GIZELLA BONYHADI V. NIFTY AFTER FIFTY | BC614824 | WAGNER, DENNIS | FHL | |
| 1/18/2018 | TESTIMONY | LEE, KYOUNG V RICHARD TAN & DEPENDABLE HIGHWAY EXPRESS | | DORDICK, GARY A. | LOS ANGELES | 96 |
| 1/24/2018 | TESTIMONY | ARMSTRONG, PENELOPE V COUNTY OF LOS ANGELES | BC528453 | RODRIGUEZ, ROB | COMPTON | A |
| 2/5/2018 | DEPOSITION | MC CORMICK, BETTY V. SAMUAL CARDENES | BC 670746 | BANAFSHEH, SEAN | FHL | |
| 2/8/2018 | DEPOSITION | ARMSTRONG, NANCY V ALEXIS CATHERINE BERNSTAN AND ROLAND | | BULONE, CHRISTOPHER | FHL | |
| 2/15/2018 | DEPOSITION | JOHNSON, KELLY V. NATALIE MUMM | 1469971 | DISKIN, DIANA | BEVERLY HILLS | |
| 2/16/2018 | DEPOSITION | NUNEZ, RUBEN V. BOARD OF TRUSTEES OF THE CALIF STATE UNIVERSI | 1613843 | GARCIA, CHRISTOPHER | FHL | |
| 2/20/2018 | DEPOSITION | WINSTEAD V. RIVERSIDE COMMUNITY HOSPITAL AND DR. WAGNER | | IODICE, MARK | FHL | |
| 2/21/2018 | TESTIMONY | HILL, JAMES V. TERYLYN WALTZ | RIC1411789 | EISNER, ALEX | RIVERSIDE | 3 |
| 3/7/2018 | TESTIMONY | REIS, JOHN V. CITY OF CHINO HILLS, TIME WARNER NY CABLE LLC | 1013457 | CASILLAS, ARNALDO | SAN BERNARDINO | S29 |
| 3/12/2018 | DEPOSITION | COLLETTO V. MONTEREY | | HORTON, PETER | FHL | |
| 3/26/2018 | DEPOSITION | LOPEZ, SALVADOR V. BETTER LIFE, ET AL. | BC636220 | BOYADZHYAN, ARAKSYA | LOS ANGELES | |
| 3/28/2018 | TESTIMONY | ARMSTRONG, NANCY V ALEXIS CATHERINE BERNSTAN AND ROLAND | | DORDICK, GARY A. | VISTA | N-31 |
| 4/11/2018 | DEPOSITION | MALCOLM, ADAM V ROBINSON HELICOPTER | | DEVERS, CYNTHIA | LOS ANGELES | |
| 4/11/2018 | DEPOSITION | BASEL, TIMOTHY V ROBINSON HELICOPTER | | DEVERS, CYNTHIA | LOS ANGELES | |
| 4/12/2018 | TESTIMONY | LOPEZ, SALVADOR V. BETTER LIFE, ET AL. | | BOYADZHYAN, ARAKSYA | VAN NUYS | I |
| 4/26/2018 | DEPOSITION | ALVAREZ, ELODIA V HEMET UNIFIED SCHOOL DISTRICT | BC 560870 | MC ELROY, STEPHEN | LONG BEACH | S29 |
| 5/10/2018 | DEPOSITION | RODRIGUEZ, ANDREW VS WALT DISNEY PARKS AND RESORTS | CV-01314-JLS | AL-CHALATI, DANIELLE | LOS ANGELES | |
| 5/23/2018 | DEPOSITION | RAMIREZ, JOSE V. PATRICIA MORRIS | BC 615448 | LINDEMANN, BLAKE | LONG BEACH | |
| 6/7/2018 | DEPOSITION | VALENCIA, NISSA & VIGIL, MANNY V DOMINGUEZ | | ECHEVERRIA, RICARDO | FHL | |
| 6/18/2018 | DEPOSITION | SWEETIN V. ROBINSON | RIC614860 | WHITLOCK, LYNN | FHL | |
| 6/20/2018 | DEPOSITION | GALICIA V. SOUTHERN CALIFORNIA REGIONAL RAIL AUTHORITY | CV-08020-JFW | CLAYTON, ROBERT | MANHATTAN BEACH | |
| 6/21/2018 | TESTIMONY | NUNEZ, RUBEN V. BOARD OF TRUSTEES OF THE CALIF STATE UNIVERSI | 1613843 | GARCIA, CHRISTOPHER | SAN BERNARDINO | 29 |
| 6/27/2018 | DEPOSITION | HILL V. TEMECULA VALLEY HOSPITAL, ET AL. | MCC1600325 | LAW, PATRICIA | FHL | |
| 7/31/2018 | DEPOSITION | LEON, KIMBERLY V. SHELL GAS STATION | | BOYADZHYAN, ARAKSYA | FHL | |
| 8/9/2018 | DEPOSITION | HONORE, KEITH V. FEDERAL EXPRESS CORP, NANCY HANLON, ET AL. | BC596379 | YUN, EDWARD | IRVINE | |
| 8/14/2018 | DEPOSITION | SHERER V KIM | BC575864 | ABITANTA, SUE | SANTA MONICA | |
| 8/16/2018 | TESTIMONY | HILL V. TEMECULA VALLEY HOSPITAL, ET AL. | MCC1600325 | LAW, PATRICIA | MURRIETA | 302 |
| 8/27/2018 | DEPOSITION | MOLINAR, DESTANY& JIMMY V CITY OF CLOVIS | 17CECG00347 | WATTERS, RICHARD C. | COSTA MESA | |

## TIMOTHY LANNING
### 2018

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 9/6/2018 | DEPOSITION | HOLMES, TERRY | | DORDICK, GARY A. | LOS ANGELES | |
| 9/7/2018 | DEPOSITION | VAVRA, NEALV CARLOMA PARTNERS, MIRA LOMA JC LLC | | KNYPSTRA, BRADLEY | FHL | |
| 9/19/2018 | TESTIMONY | HOLMES, TERRY | | DORDICK, GARY A. | RIVERSIDE | 6 |
| 9/28/2018 | TESTIMONY | MOLINAR, DESTANY& JIMMY V CITY OF CLOVIS | | WATTERS, RICHARD C. | FRESNO | 54 |

# TIMOTHY LANNING
## 2017

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 1/17/2017 | TESTIMONY | GARCIA, JAMES V. CITY OF CHULA VISTA | | GAGE, BRADLEY C. | SAN DIEGO | 61 |
| 1/18/2017 | DEPOSITION | THORNBURG V. FAUNCE, SINGER & OATMAN, ET AL. | RIC1104353 | TETLEY, FRANK | SANTA ANA | |
| 1/23/2017 | DEPOSITION | GINETT, GAIL V. KENTFIELD REHABILITATION HOSPITAL | CIV1402977 | HILLYARD, STEVEN | SAN JOSE | |
| 1/30/2017 | TESTIMONY | NELSON V. SANCHEZ | VS1202206 | BOYADZHYAN, ARAKSYA | SAN BERNARDINO | S 31 |
| 2/3/2017 | DEPOSITION | BRIEN, DAVID | | ROBERTS, LYSSA | LOS ANGELES | |
| 2/10/2017 | ARBITRATION | HIGUERA STOUT, PATRICIA V. DLA PIPER | | MAKI, LISA | LOS ANGELES | 400 |
| 2/15/2017 | DEPOSITION | GORDIN-KAVIANI V. BECKER | | STRID, LAWRENCE | FP&H | |
| 2/17/2017 | DEPOSITION | VITENTE, SOLLIE V. J.R. WELDING | | KRISSMAN, JOEL | LONG BEACH | |
| 2/21/2017 | DEPOSITION | CASTILLOS, AMILCAR MAZARIEGOS V CERTIFIED FREIGHT | | MC CANN, SHAWN | IRVINE | |
| 2/23/2017 | DEPOSITION | PUGA V. KAISER | | DENOVE, JOHN | FP&H | |
| 2/27/2017 | TESTIMONY | SABBAGH, GHADA V. PYRAMID ADVISORS, LLC. | BC505211 | SALEM, EDMOND | VAN NUYS | |
| 3/2/2017 | ARBITRATION | PUGA V. KAISER | | DENOVE, JOHN | LOS ANGELES | 450 |
| 3/13/2017 | TESTIMONY | VITENTE, SOLLIE V. J.R. WELDING | | KRISSMAN, JOEL | TORRANCRE | A |
| 3/30/2017 | DEPOSITION | OLIVAS-DEAN, TONY V AMERICAN MEIZHOU DONGPO GROUP INC. | BC581538 | LYON, GEOFFREY | FP&H | |
| 3/31/2017 | DEPOSITION | WOOD, DONALD V SAN DIEGO METROPOLITAN TRANSIT SYSTEM | 34512 | KARLIN, L. SCOTT | TUSTIN | |
| 4/4/2017 | DEPOSITION | LARUE V. HEALTHNET, ET AL. | | KERN, RENE | HERE | |
| 4/10/2017 | TESTIMONY | OLIVAS-DEAN, TONY V AMERICAN MEIZHOU DONGPO GROUP INC. | | LYON, GEOFFREY | LOS ANGELES | 46 |
| 4/14/2017 | DEPOSITION | DUGGAL V. LENEXPO, INC. AND BEARCAT | 261642 | CORSIGLIA, BRADLEY M | SAN JOSE | |
| 4/17/2017 | DEPOSITION | GUERRERO, MARCOS | | BANAFSHEH, SEAN | FP&H | |
| 4/24/2017 | TESTIMONY | OLIVAS-DEAN, TONY V AMERICAN MEIZHOU DONGPO GROUP INC. | | LYON, GEOFFREY | LOS ANGELES | 46 |
| 4/28/2017 | TESTIMONY | LARUE V. HEALTHNET, ET AL. | | KERN, RENE | LOS ANGELES | 55 |
| 5/3/2017 | DEPOSITION | BROOKS, JAMES V. DR. STEVEN SORENSON AND DR. FORTUNA | | SIMPSON, JAYME | FP&H | |
| 5/4/2017 | DEPOSITION | GREEN, TIMOTHY PATRICK V. CITY OF SOUTH PASADENA | | TAYLOR, MORSE | LOS ANGELES | |
| 5/30/2017 | DEPOSITION | REIS, JOHN V. CITY OF CHINO HILLS, ET AL. | 1013457 | CASILLAS, ARNALDO | IRVINE | |
| 5/30/2017 | DEPOSITION | GOLCHET, PAMELA V. ANDREW HARWOOD | BC537467 | ROBERTS, LYSSA | FP&H | |
| 5/31/2017 | DEPOSITION | BRISENO V. BARLOW HOSPITAL | BC588396 | LYON, GEOFFREY | LOS ANGELES | |
| 6/6/2017 | DEPOSITION | MEIER, STEVEN V. PENNYSAVER USA, ET AL. | RIV1507069 | HOBBS, KRISTIN | FP&H | |
| 6/7/2017 | DEPOSITION | BOLANOS, ANTONIO V. BIG LOTS INC. | BC 556996 | TERAHOVA, EVGENIA | FP&H | |
| 6/12/2017 | DEPOSITION | LUNASCO V. DR. GARCIA, ET AL. | 653823 | BUNCH, BRUCE M. | FP&H | |

## TIMOTHY LANNING
### 2017

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|---|---|---|---|---|---|---|
| 6/15/2017 | DEPOSITION | SAMORA, ARTHUR V. YAHYA ASIMABOUL MUHAMMAD,TOTAL TRANSPORT | | MC ELFISH,RAY | LOS ANGELES | |
| 6/16/2017 | DEPOSITION | ORTIZ, MARIA LUISA SOLIS V. JORGE ALBERTO GIRON, ET AL. | | SMITH, DEAN | FP&H | |
| 6/21/2017 | TESTIMONY | ARANGO V. ARNOLD, ET AL. | 103745 | SALEM, EDMOND | SAN DIEGO | 74 |
| 6/28/2017 | TESTIMONY | MEIER, STEVEN V. PENNYSAVER USA, ET AL. | RIV1507069 | ECHEVERRIA, RICARDO | RIVERSIDE | 10 |
| 6/30/2017 | DEPOSITION | KENWORTHY V, NEW SHOGUN RESTAURANT, ET AL. | 809340 | IVES, ROBERT | COSTA MESA | |
| 7/10/2017 | TESTIMONY | SAMORA, ARTHUR V. YAHYA ASIMABOUL MUHAMMAD,TOTAL TRANSPORT | | MC ELFISH,RAY | LONG BEACH | S10 |
| 7/12/2017 | TESTIMONY | PEARSON, LARRY V. ERIC LIN | | NISSEN, ANDREW | SANTA ANA | |
| 7/17/2017 | DEPOSITION | MARTEL, PHILLIP V MK DIAMOND PRODUCTS, INC | | WAECHTER,ROBERT | FP&H | |
| 7/19/2017 | TESTIMONY | GUERRERO, MARCOS | | BANAFSHEH, SEAN | SAN BERNARDINO | S32 |
| 7/21/2017 | TESTIMONY | ORTIZ, MARIA LUISA SOLIS V. JORGE ALBERTO GIRON, ET AL. | | SMITH, DEAN | PASADENA | R |
| 8/7/2017 | DEPOSITION | WARE, BARRY V. JKM EQUIPMENT INC. & JOHN MITZEL | 30-2015008272 | GARCIA, CHRISTOPHER | CHINO | |
| 8/8/2017 | DEPOSITION | BETKEY V. COUNTY OF LOS ANGELES | CV16-5863 | GAGE, BRADLEY | WOODLAND HILLS | |
| 8/10/2017 | DEPOSITION | CORRAL, MELISSA  V. HOLLYWOOD HEALTH CENTER, ET AL. | BC 595760 | MC MURRAY, RANDY | FP&H | |
| 8/14/2017 | DEPOSITION | HOLLAUER, MARY V. PERMANENTE MEDICAL GROUP, ET AL. | 15CCG02411 | LYON, GEOFFREY | FRESNO | |
| 8/15/2017 | TESTIMONY | LIMA, CHRISTINA V CHRISTOPHER STEFFEY | BC573273 | DORDICK, GARY | LONG BEACH | S10 |
| 8/17/2017 | DEPOSITION | GRUNDFOR V. ATASCADERO STATE HOSPITAL | | GAGE, BRADLEY | LOS ANGELES | |
| 8/21/2017 | DEPOSITION | CARBAJAL, JESS VS COUNTY OF ORANGE | 688237 | BENNETT, GARY | ORANGE | |
| 8/31/2017 | DEPOSITION | GARCIA, ANDREW V. CITY OF GARDEN GROVE | 00154DOC | HENDERSON, KENT | FP&H | |
| 9/6/2017 | DEPOSITION | RODRIGUEZ, JUAN RAMON  VS ELEANOR BARBOUR | BC607161 | IBARRA, STEVEN | LONG BEACH | |
| 9/8/2017 | DEPOSITION | CRUSE, DOUGLASS & IVETA V. JACOB SWIGGER, ET AL. | BC602211 | SEDRISH, LAURA | HERE | |
| 9/18/2017 | DEPOSITION | HUBBARD, LAURA V CORCORAN | | KNYPSTRA, BRADLEY | FP&H | |
| 9/21/2017 | DEPOSITION | MOSLEY, ET AL. V. ROBINSON, ET AL. | 758451 | GOLEH, ARASH | SANTA MONICA | |
| 9/26/2017 | TESTIMONY | GREEN, TIMOTHY PATRICK V. CITY OF SOUTH PASADENA | | MILLER, VINCENT | LOS ANGELES | 45 |
| 9/27/2017 | DEPOSITION | SOSA, CESAR V. DJI TECHNOLOGIES | BC614908 | DORDICK, GARY | LOS ANGELES | |
| 9/27/2017 | TESTIMONY | HUBBARD, LAURA V CORCORAN | | KNYPSTRA, BRADLEY | SANTA ANA | C-23 |
| 10/5/2017 | DEPOSITION | REYNOLDS, JANET, ET AL. V. GRAYBILL MED GROUP, ET AL. | 00004509CU | MARTEL, AMY | SAN DIEGO | |
| 10/10/2017 | TESTIMONY | WARE, BARRY V. JKM EQUIPMENT INC. & JOHN MITZEL | | GARCIA, CHRISTOPHER | SANTA ANA | C-12 |
| 10/12/2017 | DEPOSITION | GARCIA, TERESITA V LA COUNTY | | SIMON, ROBERT | FP&H | |
| 10/17/2017 | DEPOSITION | YOUNG V. ORTIZ | 851039 | WACKER, TED | FP&H | |

# TIMOTHY LANNING
## 2017

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 10/19/2017 | DEPOSITION | ALVAREZ, ELODIA V HEMET UNIFIED SCHOOL DISTRICT | BC 560870 | MC ELROY, STEPHEN K. | FP&H | |
| 10/20/2017 | DEPOSITION | LEVIN, APRIL V. MINACS GROUP USA | 872438 | GROBATY, MICHAEL | IRVINE | |
| 10/23/2017 | DEPOSITION | WARE, BARRY V. JKM EQUIPMENT INC. & JOHN MITZEL | | GARCIA, CHRISTOPHER | CHINO | |
| 10/23/2017 | TESTIMONY | SOSA, CESAR V. DJI TECHNOLOGIES | BC614908 | DORDICK, GARY | LOS ANGELES | 62 |
| 10/24/2017 | TESTIMONY | WARE, BARRY V. JKM EQUIPMENT INC. & JOHN MITZEL | | LYON, GEOFFREY | SANTA ANA | C-12 |
| 10/27/2017 | DEPOSITION | LOVING V. CALIFORNIA DEPARTMENT OF CORRECTIONS | | | LOS ANGELES | |
| 11/2/2017 | TESTIMONY | LOPEZ, JAVIER V. RICHARD OJIMA, MD | BC541689 | HOFFMAN, DAVID | LOS ANGELES | 33 |
| 11/9/2017 | DEPOSITION | BUSCH, ANITA V. ANTHONY PELLICANO | BC316318 | MARSHALL, EVAN | LOS ANGELES | |
| 11/13/2017 | DEPOSITION | FISHER V. CERVANTES | MC 025193 | FOWLER, JASON | FP&H | |
| 11/15/2017 | DEPOSITION | LOOMIS, JONI V. RALPHS GROCERY COMPANY | BC556985 | MC ELROY, STEPHEN K. | PASADENA | |
| 11/20/2017 | DEPOSITION | DUNEK, SANDRA V. BARAG, M.D. AND  THUMATI, M.D., ET AL. | 1504286 | STOUT, DENNIS | FP&H | |
| 11/21/2017 | DEPOSITION | PARK, NICOLAS TAE, ET AL. V. MARTIN | BC597287 | HOLLOMON, MICHAEL | FP&H | |
| 11/27/2017 | DEPOSITION | TROLAN, MICHAEL V. CALIFORNIA CEMETERY AND FUNERAL SERVICES | | LYON, GEOFFREY | LOS ANGELES | |
| 11/29/2017 | TESTIMONY | TROLAN, MICHAEL V. CALIFORNIA CEMETERY AND FUNERAL SERVICES | | LYON, GEOFFREY | LOS ANGELES | 45 |
| 12/1/2017 | TESTIMONY | LUNASCO V. DR. GARCIA, ET AL. | | BUNCH, BRUCE M. | SANTA ANA | C-22 |
| 12/15/2017 | DEPOSITION | HILL, JAMES V. TERYLYN WALTZ | RIC1411789 | EISNER, ALEXANDER | FP&H | |

## TIMOTHY LANNING
### 2016

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|---|---|---|---|---|---|---|
| 1/19/2016 | DEPOSITION | MIGLAS, TOM V. A-ABLE, INC. | BC535908 | BIREN, MATTHEW B.F. | LOS ANGELES | |
| 2/3/2016 | DEPOSITION | SAHOTA, TAAJ MALIK V. LINDSAY CRUZ | 703363 | DORDICK, GARY | IRVINE | |
| 2/10/2016 | DEPOSITION | GIVEHAND, ILDA VS MONTCLAIR HOSPITAL MEDICAL CENTER ET AL | 1305503 | RILEY, TERRENCE | FP&H | |
| 2/17/2016 | DEPOSITION | GODINEZ, ROSIE V ALTA DENA CERTIFIED DAIRY LLC | | FOLINSKY, MARNI | SANTA MONICA | |
| 3/1/2016 | DEPOSITION | HERNANDEZ, MARISA V RANCHO SANTIAGO COMMUNITY COLLEGE | 773691 | SCUDERI, ROBERT | FP&H | |
| 3/7/2016 | TESTIMONY | GIVEHAND, ILDA VS MONTCLAIR HOSPITAL MEDICAL CENTER ET AL | | RILEY, TERRENCE | SAN BERNARDINO | S-33 |
| 3/10/2016 | TESTIMONY | GODINEZ, ROSIE V ALTA DENA CERTIFIED DAIRY LLC | | FOLINSKY, MARNI | LOS ANGELES | 21 |
| 3/18/2016 | DEPOSITION | ROSALES V. FPI MANAGEMENT, INC. AND BARKER MANAGEMENT, INC. | BC551323 | NALBANDYAN, JACOB | LOS ANGELES | |
| 3/21/2016 | DEPOSITION | LOPEZ, JAVIER V. RICHARD OJIMA, MD | BC541689 | HOFFMAN, DAVID | FP&H | |
| 3/30/2016 | DEPOSITION | MARRON, KATHLEEN  V. TOKYO MARINE MANAGEMENT INC. | | VONDRA, PHILLIP | FP&H | |
| 4/7/2016 | DEPOSITION | MUELLER V. CRUZ, ORANGE COUNTY SHERIFF'S DEPT. | | BROWN, ED | SANTA ANA | |
| 4/14/2016 | DEPOSITION | PROFFETT, GARY MD V. ALAN SCHOENGOLD, MD dba SEAVIEW IPA, ET A | 459874 | DOROGI, THOMAS | CAMARILLO | |
| 4/18/2016 | TESTIMONY | MIGLAS, TOM V. A-ABLE, INC. | BC535908 | BIREN, MATTHEW B.F. | LOS ANGELES | 25 |
| 4/29/2016 | DEPOSITION | SABBAGH, GHADA V. PYRAMID ADVISORS, LLC. | BC505211 | SALEM, EDMOND | FP&H | |
| 5/3/2016 | DEPOSITION | ALVAREZ, ERIKA, ET AL. V. AN-WIL, INC., ET AL. | RIC1408964 | KISTLER, HARLAN | IRVINE | |
| 5/4/2016 | DEPOSITION | LOPEZ, SALVADOR | | KIMES, SHAPLEIGH | LOS ANGELES | |
| 5/16/2016 | DEPOSITION | WEAVER V. CERRITOS FORD | JCCP4292 | ETO, GARY | FP&H | |
| 5/17/2016 | DEPOSITION | BOSTICK, DORA V MAUREEN FEDAIL | | WACKER, TED | NEWPORT BEACH | |
| 5/19/2016 | ARBITRATION | MARRON, KATHLEEN  V. TOKYO MARINE MANAGEMENT INC. | | VONDRA, PHILLIP | SANTA ANA | |
| 5/25/2016 | DEPOSITION | JOSEPH, ALFRED V. ANNA DELUCA | PSC1403764 | CLARK, WALTER | RIVERSIDE | |
| 5/26/2016 | DEPOSITION | ORTEGA V. DIGNITY HEALTH DBA COMMUNITY HOSP, SAN BERNARDINO | BC 548153 | MIRROKNIAN, REZA | HERE | |
| 5/31/2016 | DEPOSITION | DAVIS, BARRY V. COUNTY OF LOS ANGELES, ET AL. | BC557070 | DENOVE, JOHN F. | HERE | |
| 6/8/2016 | TESTIMONY | ORTEGA V. DIGNITY HEALTH DBA COMMUNITY HOSP, SAN BERNARDINO | | MIRROKNIAN, REZA | LOS ANGELES | 74 |
| 6/9/2016 | DEPOSITION | SMITH, STEVE & JESSICA V. GUTIERREZ | | OWEN, GREGORY J. | LOS ANGELES | |
| 6/16/2016 | DEPOSITION | BROWN, ERIC V JOAN LANG LASALLE AMERICAS, INC. | | SHERMAN, LISA | LOS ANGELES | |
| 6/17/2016 | TESTIMONY | WEAVER V. CERRITOS FORD | JCCP4292 | ETO, GARY | LOS ANGELES | |
| 6/20/2016 | DEPOSITION | JEMISON, AMANDA AND MALISSA JEMISON V. KESSNER | BC544562 | PARRIS, ASHLEY | FP&H | |
| 6/21/2016 | TESTIMONY | DAVIS, BARRY V. COUNTY OF LOS ANGELES, ET AL. | BC557070 | DENOVE, JOHN F. | SANTA MONICA | G |
| 6/23/2016 | DEPOSITION | GARCIA, HECTOR V REPUBLIC BAG | MCC1400196 | DENIS, DAVID | NEWPORT BEACH | |

# TIMOTHY LANNING
## 2016

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 7/18/2016 | TESTIMONY | JEMISON, AMANDA AND MALISSA JEMISON V. KESSNER | | PARRIS, ASHLEY | LOS ANGELES | 76 |
| 7/19/2016 | DEPOSITION | LOPEZ, ERVIN V. OCHOA | RIC1412693 | QUESADA, EDWARD | FP&H | |
| 7/20/2016 | DEPOSITION | WATERMAN, WINSON V US DEPARTMENT OF THE INTERIOR | 5:15CV0019 | LYON, GEOFFREY | FP&H | |
| 7/28/2016 | TESTIMONY | LITCH, CRAIG V DCOR | 442884 | HAWBECKER, ARIANNA | VENTURA | 43 |
| 8/3/2016 | DEPOSITION | SOLIZ, ORLANDO AND MARIA FERRADAS V. BIG BEAR | 1409268 | DORDICK, GARY | BEVERLY HILLS | |
| 8/18/2016 | DEPOSITION | STARBIRD, WENDY V. CITY OF LONG BEACH | BC541789 | JENKINS, HALEH | BEVERLY HILLS | |
| 8/23/2016 | DEPOSITION | FUQUA, LISA ELAINE V. SANTA MONICA | BC527970 | DORDICK, GARY | FP&H | |
| 8/30/2016 | DEPOSITION | ARANGO V. ARNOLD, ET AL. | 103745 | SALEM, EDMOND | FP&H | |
| 9/1/2016 | DEPOSITION | WASH V. UNITED NATURAL FOODS, INC. | RIC 1408063 | MIRROKNIAN, REZA | FP&H | |
| 9/8/2016 | DEPOSITION | GUSTAFSON, JAMIE V. GLENWOOD VILLAGE HOMEOWNERS ASSOCIATI | RIC1305175 | BIREN, MATTHEW B.F. | LOS ANGELES | |
| 9/15/2016 | TESTIMONY | KIM, SAMUEL V. ARSHAM BALTAYAN, COSTA MESA LINCOLN MERCURY | 527824 | LEE, JAE | SANTA ANA | |
| 9/16/2016 | DEPOSITION | PAWAR, AMARJIT V PATHWAY MEDICAL | 750380 | HOFFMAN, DAVID | FP&H | |
| 9/20/2016 | TESTIMONY | GARCIA, HECTOR V REPUBLIC BAG | MCC1400196 | DENIS, DAVID | RIVERSIDE | 7 |
| 9/21/2016 | TESTIMONY | WASH V. UNITED NATURAL FOODS, INC. | RIC 1408063 | MIRROKNIAN, REZA | PALM SPRINGS | PS2 |
| 9/26/2016 | TESTIMONY | SOLIZ, ORLANDO AND MARIA FERRADAS V. BIG BEAR | 1409268 | DORDICK, GARY | SAN BERNARDINO | S32 |
| 10/3/2016 | TESTIMONY | GARCIA, HECTOR V REPUBLIC BAG | MCC1400196 | DENIS, DAVID | RIVERSIDE | |
| 10/7/2016 | DEPOSITION | ANAYA, DAVID | | DANESH, KEVIN | FP&H | |
| 10/24/2016 | DEPOSITION | GARCIA, JAMES V. CITY OF CHULA VISTA | | GAGE, BRADLEY | FP&H | |
| 10/27/2016 | DEPOSITION | DEFRIES-GARCIA, KRISTIE VS COMPLETE APPAREL SOLUTIONS INC. | | LYON, GEOFFREY | NEWPORT BEACH | |
| 11/8/2016 | DEPOSITION | RIVAS, RAFAEL MARVIN V. UD TRUCK AND JERRDAN | CIV1302666 | EHRLICH, JUSTIN | LOS ANGELES | |
| 11/28/2016 | DEPOSITION | NELSON V. SANCHEZ | CIV1202206 | BOYADZHYAN, ARAKSYA | SHERMAN OAKS | |
| 12/12/2016 | DEPOSITION | HIGUERA STOUT, PATRICIA V. DLA PIPER | | MAKI, LISA | NEWPORT BEACH | |
| 12/13/2016 | TESTIMONY | SMITH, STEVE & JESSICA V. GUTIERREZ | | OWEN, GREGORY J. | LOS ANGELES | 38 |

## TIMOTHY LANNING
### 2015

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|---|---|---|---|---|---|---|
| 1/12/2015 | TESTIMONY | PAPINI V. VAN METER, ET AL. | | PURDY, COURT | SANTA ANA | C-12 |
| 1/18/2015 | DEPOSITION | CAMPA V. CATHOLIC HEALTHCARE WEST | | SCHIAVONE, RANDALL | FP&H | |
| 1/29/2015 | TESTIMONY | CHOBO, AMANDA V. RIVERSIDE COUNTY REGIONAL MEDICAL CENTER | | MAYNES, ROGER | RIVERSIDE | 1 |
| 2/2/2015 | DEPOSITION | VAZQUEZ-RAMOS, ARMANDO V. CITY OF LONG BEACH | | ESTES, RYAN | LONG BEACH | |
| 2/5/2015 | TESTIMONY | AULT V. YAMAHA | | PANCER, IAN | SANTA ANA | CX-104 |
| 3/9/2015 | TESTIMONY | MARCHESINI V. CASSUTO | | DRUCKER, BARRY | LOS ANGELES | 57 |
| 4/6/2015 | DEPOSITION | GALLEGOS, JAMES V. HAVANA HOUSE | BC508561 | GOLDBERG, TERRY | FP&H | |
| 4/8/2015 | DEPOSITION | VALLEJO, CARLOS V BERG ELECTRIC | | KHORSHIDI, OMID | LOS ANGELES | |
| 4/9/2015 | DEPOSITION | CINTURA, WAYNE V. SULLIVAN AUTOMOTIVE GROUP, LLC, ET AL | | SOKOLOFF, STEVEN | FP&H | |
| 4/16/2015 | DEPOSITION | LAVIN/SANDOVAL V. GOODRICH | | FIOLA, DALE | LOS ANGELES | |
| 4/17/2015 | TESTIMONY | MAXWELL, JIM V. COUNTY OF SAN DIEGO, ALPINE FIRE PROTECTION | | THIBODO, TODD | SAN DIEGO | |
| 4/28/2015 | DEPOSITION | MOTAMEDI V. REGENTS OF THE UNIVERSITY OF CALIFORNIA | | MAKI, LISA | FP&H | |
| 4/30/2015 | DEPOSITION | MIDDLETON V. ST. JOSEPHS HOSPITAL AND REBER | | HILLYARD, STEVEN | FP&H | |
| 5/1/2015 | DEPOSITION | HERNANDEZ, JOSE V. BOULEVARD MOTOR CAR COMPANY | | GOLDSTEIN, HOWARD | IRVINE | |
| 5/20/2015 | TESTIMONY | GALLEGOS, JAMES V. HAVANA HOUSE | BC508561 | GOLDBERG, TERRY | BURBANK | B |
| 6/30/2015 | DEPOSITION | LEON V. CITY OF SANTA ANA | | VALENTINE, RENEE | WOODLAND HILLS | |
| 7/6/2015 | DEPOSITION | ADAMS, TIMOTHY V. ANDRADE, WEST COAST TURF, ET AL. | | CLARK, WALTER | FP&H | |
| 7/15/2015 | DEPOSITION | HUERTA, MAGGY V. PACESETTER, INC. | BC526645 | FOLINSKY, MARNI | FP&H | |
| 7/16/2015 | DEPOSITION | FINE, BRIAN V JON WILLEN, M.D. | BC501578 | BUNCH, BRUCE | FP&H | |
| 7/22/2015 | ARBITRATION | CINTURA, WAYNE V. SULLIVAN AUTOMOTIVE GROUP, LLC, ET AL | | SOKOLOFF, STEVEN | LOS ANGELES | 415 |
| 8/14/2015 | TESTIMONY | HUERTA, MAGGY V. PACESETTER, INC. | | FOLINSKY, MARNI | LOS ANGELES | 19 |
| 8/18/2015 | TESTIMONY | GALLEGOS, JAMES V. HAVANA HOUSE | BC508561 | GOLDBERG, TERRY | BURBANK | B |
| 8/28/2015 | DEPOSITION | PEARSON, LARRY V. ERIC LIN | | NISSEN, ANDREW | FP&H | |
| 9/2/2015 | DEPOSITION | ANTUNA, ET AL. V. COUNTY OF LOS ANGELES, ET AL. | | GAGE, BRAD | BURBANK | |
| 9/10/2015 | DEPOSITION | RAZA, FARWA V. WILLIAM D. CONSTANTINO, ET AL. | 30-201300646131 | KOOSHKI, KAM | IRVINE | |
| 9/21/2015 | TESTIMONY | LEON V. CITY OF SANTA ANA | | GALIPO, DALE | SANTA ANA | 10A |
| 9/29/2015 | DEPOSITION | COBAR, DAVID V. WILLIAM HON WAI YONG | BC543195 | OKHOVAT, SASAN | FP&H | |
| 10/13/2015 | DEPOSITION | VIVANCO | | GUIZIN, LARRY | IRVINE | |
| 10/26/2015 | TESTIMONY | MOTAMEDI V. REGENTS OF THE UNIVERSITY OF CALIFORNIA | | MAKI, LISA | SANTA ANA | C-11 |

# TIMOTHY LANNING
## 2015

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|------|-------|------|--------|----------|----------|------|
| 11/3/2015 | DEPOSITION | LITCH, CRAIG V DCOR | 56-2013-00442 | HAWBECKER, ARIANNA | LOS ANGELES | |
| 11/6/2015 | TESTIMONY | TAPIA, FRANCISCO V. SAN GABRIEL TRANSIT, INC., ET AL. | | FOLINSKY, MARNI | LOS ANGELES | 28 |
| 11/20/2015 | TESTIMONY | VIVANCO | | GUIZIN, LARRY | CHATSWORTH | |
| 11/23/2015 | DEPOSITION | VARGAS, ANNA V. DOROTHY KILMAN | 30-2014-00750 | MITCHELL, TIM | FP&H | |
| 12/3/2015 | TESTIMONY | ANTUNA, ET AL. V. COUNTY OF LOS ANGELES, ET AL. | | GAGE, BRAD | LOS ANGELES | |
| 12/4/2015 | DEPOSITION | CUSACK, SHAWN V. L & M TRANSPORTATION LLC | BC547717 | GLASSMAN, ROBERT | FP&H | |
| 12/21/2015 | DEPOSITION | TANAKA V. RHB MANAGEMENT SOLUTIONS, ET AL. | | HAMMOND, DONALD | FP&H | |
| 12/22/2015 | DEPOSITION | HARRIS, KECIA V. I HERB | KC063744 | CLEIDIN, ATANOUS | GLENDALE | |

# TIMOTHY LANNING
## 2014

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|---|---|---|---|---|---|---|
| 1/3/2014 | DEPOSITION | HUDSON, JASON V. NORWALK-LA MIRADA UNIFIED SCHOOL DISTRICT | | LYON, GEOFFREY | FP&H | |
| 1/15/2014 | DEPOSITION | LIZARRAGA V. ALWAN, M.D. | | GEETING, STEVEN | SANTA ANA | |
| 1/24/2014 | DEPOSITION | GARCIA, DOLORES V. LOS ANGELES COUNTY | | RICKS, CECIL | FP&H | |
| 1/29/2014 | DEPOSITION | BYERS, TRACY V. KAISER | | HOVSEPIAN, NORA | FP&H | |
| 2/3/2014 | DEPOSITION | FOLEY-DAVID, MARY V. KAISER | | HEITING, JAMES OTTO | FP&H | |
| 2/5/2014 | DEPOSITION | CAMPAIGNE, MARY ANN V. EGDA RACHOR | | BILLINGS, JEFFREY | FP&H | |
| 3/3/2014 | TESTIMONY | HUMPHREY V. IKON OFFICE SOLUTIONS, INC. | | MAZDA, MARK | LOS ANGELES | |
| 3/3/2014 | DEPOSITION | GILBERT, STEVEN V. REKLUSE MOTOR SPORTS, ET AL. | | OWEN, GREGORY | VALENCIA | |
| 3/5/2014 | DEPOSITION | DRISCOLL V. DAVIS, ET AL. | | JOHNSON, GLENN | FP&H | |
| 3/28/2014 | DEPOSITION | GLG ET AL. V. BURBANK UNIFIED SCHOOL DISTRICT | BC 453234 | LEINBACH, BRIAN | LA CRESCENTA | |
| 4/9/2014 | TESTIMONY | BOSS, PEGGY V. KHALIL | | CLEIDIN, ATANOUS | SANTA ANA | C24 |
| 5/6/2014 | DEPOSITION | SARABIA, BARTOLA V. GARDENER TRUCKING INC. | | DORDICK, GARY | BEVERLY HILLS | |
| 5/7/2014 | DEPOSITION | GALVIN, TERESA V. RONNIE GUTTIEREZ, ET AL. | | WATTERS, RICHARD | ANAHEIM | |
| 5/15/2014 | DEPOSITION | MARCHESINI V. CASSUTO | EC058512 | DRUCKER, BARRY | LOS ANGELES | |
| 5/22/2014 | DEPOSITION | MURILLO, VICTORIA AND DAVID V. LIN, ET AL | VC060989 | MIRROKNIAN, REZA | FP&H | |
| 6/23/2014 | DEPOSITION | WYATT, VICTOR V UNION PACIFIC | | DUPONT, MARK | PASADENA | |
| 6/25/2014 | DEPOSITION | DUNKELBERGER (ZURICH) V. QTS, INC. AND ALLPORT PACKING CORP. | | CAVIOLA, JAMES | FP&H | |
| 6/27/2014 | DEPOSITION | NIEVES, ALEXIS V. CITY OF PALM SPRINGS | 10006795 | CLARK, WALTER | FP&H | |
| 7/10/2014 | DEPOSITION | LATHROP, FRANK V. MICHAEL R. TOLLIDAY CORP. | | WATTERS, RICHARD | ANAHEIM | |
| 7/22/2014 | TESTIMONY | LATHROP, FRANK V. MICHAEL R. TOLLIDAY CORP. | | WATTERS, RICHARD | FRESNO | 503 |
| 7/23/2014 | DEPOSITION | ESPARZA, FELIPE V. DR. PEPPER SNAPPLE GROUP | | LYON, GEOFFREY | LOS ANGELES | |
| 7/28/2014 | DEPOSITION | BAKER-OSMAN, DENISE VS JEPSON | | ROSENBERG, JOHN | FP&H | |
| 7/30/2014 | TESTIMONY | NIEVES, ALEXIS V. CITY OF PALM SPRINGS | | CLARK, WALTER | RIVERSIDE | 3 |
| 8/5/2014 | DEPOSITION | ADAMSON V. CITY OF LONG BEACH | | LYON, GEOFFREY | LONG BEACH | |
| 8/11/2014 | DEPOSITION | SARABIA V. ECOLOGY | | STOLPMAN, THOMAS | FP&H | |
| 8/21/2014 | DEPOSITION | SPITTEL, AARON V. KAISER | | CLEIDIN, ATANOUS | FP&H | |
| 8/25/2014 | DEPOSITION | PHILIPOPOLOUS | | DUPONT, MARK | PASADENA | |
| 8/26/2014 | DEPOSITION | GOLDMAN, LINDA V NOEL LUSTIG, M.D. PSYCHIATRIC MEDICAL GROUP | | BAIRD, ALISON | FP&H | |
| 8/28/2014 | DEPOSITION | AULT V. YAMAHA | | PANCER, IAN | FP&H | |

## TIMOTHY LANNING
### 2014

| DATE | EVENT | CASE | CASE # | ATTORNEY | LOCATION | DEPT |
|---|---|---|---|---|---|---|
| 9/3/2014 | DEPOSITION | KHUNKHUN, JASWANT V. AVTAR GIL DBA GMT TRUCKING | | LONGORIA, HECTOR | FRESNO | |
| 9/8/2014 | ARBITRATION | SPITTEL, AARON V. KAISER | | CLEIDIN, ATANOUS | SANTA ANA | 1600 |
| 9/10/2014 | DEPOSITION | RIVERA V. COSTCO | | SANSANOWICZ, LEONARD | FP&H | |
| 9/25/2014 | TESTIMONY | KHUNKHUN, JASWANT V. AVTAR GIL DBA GMT TRUCKING | | LONGORIA, HECTOR | FRESNO | |
| 9/30/2014 | DEPOSITION | KIBBETT, BRUCE MICHAEL V. WALMART | | HOFFMAN, DAVID | FP&H | |
| 10/6/2014 | TESTIMONY | RIVERA V. COSTCO | | SANSANOWICZ, LEONARD | RIVERSIDE | 10 |
| 10/15/2014 | DEPOSITION | ZERMENO, RICARDO v. COUNTY OF RIVERSIDE SHERIFF'S DEPT., ET AL. | | CARRAZCO, ANGEL | FP&H | |
| 10/24/2014 | DEPOSITION | ESPARZA, FELIPE V. DR. PEPPER SNAPPLE GROUP | | LYON, GEOFFREY | LOS ANGELES | |
| 11/3/2014 | TESTIMONY | IZQUIERDO V. STATE OF CALIFORNIA, ET AL. | | DAMONE, ROBERT | SANTA MONICA | R |
| 11/18/2014 | DEPOSITION | KING, KENNETH V. GATEWAY MEDICAL CENTER | | FIELDS, MICHAEL | FP&H | |
| 12/17/2014 | DEPOSITION | CHOBO, AMANDA V. RIVERSIDE COUNTY REGIONAL MEDICAL CENTER | | MAYNES, RODGER | FP&H | |
| 12/18/2014 | DEPOSITION | CHILSON V. WESTFIELD MALLS | | STEIN, JOHN C. | PASADENA | |

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 11999 San Vicente Boulevard, Suite 345 Los Angeles, CA 90049.

On October 29, 2018, I served the foregoing documents described as: **PLAINTIFFS' SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(A)(1) AND 26(E)1** on the interested parties in this action.

*(See Attached Service List)*

☐   By placing the true copies thereof enclosed in sealed envelopes addresses as stated on the attached mailing list.

☒   **BY MAIL**

☒   As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **BY ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by electronic transmission, I hereby certify that a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Courts system.

☐   **BY OVERNIGHT DELIVERY:**

☒   **BY ELECTRONIC MAIL** to: see attached service list

☐   **BY PERSONAL SERVICE -** I caused to be delivered such envelope by hand per the service list attached.

☐   **BY FACSIMILE -** I faxed a copy of the above-described document to the interested parties as set forth on the attached mailing list.

Executed on October 29, 2018 at Los Angeles, California.

☒   **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Justin Farzadkish    
Name

/s/ Justin Farzadkish    
Signature

**1**
**CERTIFICATE OF SERVICE**

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BOULEVARD, SUITE 345
LOS ANGELES, CALIFORNIA 90049

**SERVICE LIST**

RUBEN JUAREZ , ET AL. v. PRECISION VALVE & AUTOMATION, ET AL.
CASE NO. 2:17-cv-03342

Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151