**BALABAN & SPIELBERGER, LLP**
11999 San Vicente Blvd., Suite 345
Los Angeles, CA 90049
Tel: (424) 832-7677
Fax: (424) 832-7702
Daniel K. Balaban, SBN 243652
Andrew J. Spielberger, SBN 120231
Vanessa L. Loftus-Brewer, SBN 265213

**LAW OFFICES OF TERESA LI, PC**
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Tel: (415) 423-3377
Fax: (888) 646-5493
Teresa Li, SBN 278779

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual<br><br>Plaintiffs,<br>v.<br><br>PRECISION VALVE & AUTOMATION, Inc., a corporation and DOES 1-20<br><br>Defendants. | Case No.: 2:17-cv-03342<br><br>**NOTICE OF MANUAL FILING AND LODGMENT**<br><br>Date: October 1, 2018<br>Time: 1:30 p.m.<br>Ctrm: 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II |

1

**NOTICE OF MANUAL FILING AND LODGMENT**

1  Plaintiffs hereby file the Notice of Manual of Filing and Lodgment lodging the
2  following documents:
3  1. Exhibit 5 is a true and correct copy of the video of the PVA 350 at
4  https://www.youtube.com/watch?v=w9UpClxLyRo published on August 16, 2012.
5  2. Exhibit 6 is a true and correct copy of the video of the PVA machine at
6  https://vimeo.com/283053359 downloaded on August 16, 2018.
7  3. Exhibit 7 is a true and correct copy of the video of the PVA machine taken
8  on May 6, 2010 at https://www.youtube.com/watch?v=CummunnqWVs.
9  4. Exhibit 8 is a true and correct copy of the PVA Inc. coating Video
10 downloaded on August 16, 2018.
11 5. Exhibit 9 is a true and correct copy of the PVA Inc. video taken on April
12 11, 2012 during the PVA Inc. demonstration.

DATED: SEPTEMBER 10, 2018          **BALABAN & SPIELBERGER, LLP**

/s/ Vanessa L. Loftus-Brewer
Daniel K. Balaban, Esq.
Andrew J. Spielberger, Esq.
Vanessa L. Loftus-Brewer
Attorneys for Plaintiff

2

**NOTICE OF MANUAL FILING AND LODGMENT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 10, 2018, a true and correct copy of **NOTICE OF MANUAL FILING AND LODGMENT** has been served via ECF upon all counsel of record in the Court's electronic filing system.

By: /s/ Drue Balaban









