Teresa Li (Bar No. 278779)
teresa@lawofficesofteresali.com
LAW OFFICES OF TERESA LI, PC
5674 Stoneridge Dr. Suite 107
Pleasanton, California 94588
Telephone:    415.423.3377
Facsimile:     888.646.5493

Attorneys for Plaintiff
Ruben Juarez and Isela Hernandez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RUBEN JUAREZ AND ISELA HERNANDEZ,<br><br>         Plaintiffs,<br><br>     v.<br><br>PRECISION VALVE AUTOMATION, INC.<br><br>         Defendants. | Case No. 2:17-CV-003342<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Judge:        Hon. James Donato |
|---|---|

As of December 13, 2018, my contact information has changed to:

**ADDRESS**:   Law Offices of Teresa Li, PC

5674 Stoneridge Dr. Suite 107

Pleasanton, CA 94588


Date: December 13, 2018          */s/Teresa Li*

                                                 Teresa Li Esq.

NOTICE OF CHANGE OF ADDRESS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 13, 2018, a true and correct copy of the NOTICE OF CHANGE OF ADDRESS has been served via ECF upon all counsel of record in the Court's electronic filing system

By: /s/Mahul Patel

Mahul Patel, Legal Assistant to Teresa Li