Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ an individual and ISELA HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20,<br><br>Defendants. | CASE NO. BC650229<br><br>**NOTICE OF SETTLEMENT** |

-1-
NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

1. The parties to the above-referenced action have reached a settlement agreement to resolve the lawsuit pending in this Court. Settlement paperwork has been exchanged, which the parties expect will be signed shortly.

2. All pending dates including the trial date, hearings or other deadlines that have been set by the Court to date should be vacated. The parties jointly request that the Court allow the parties sixty (60) days to file a stipulation of dismissal in this Court.

Respectfully submitted,

Dated: January 30, 2019

BECHERER KANNETT & SCHWEITZER

By: *Alex Catalona*
Alex P. Catalona
Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

Dated: January 29, 2019

BALABAN & SPIELBERGER, LLC

By: *Vanessa L. Loftus-Brewer*
Vanessa Loftus-Brewer
Attorneys for Plaintiffs
RUBEN JUAREZ and ISELA HERNANDEZ

Becherer Kannett & Schweitzer
1255 Powell St.
Emeryville, CA 94608
510-658-3600

-2-
NOTICE OF SETTLEMENT