1  Susan J. Welde (SBN 205401)
       swelde@murchisonlaw.com
2  Benjamin H. Seal II (SBN 64582)
       bseal@murchisonlaw.com
3  **MURCHISON & CUMMING, LLP**
   801 South Grand Avenue, Ninth Floor
4  Los Angeles, California 90017-4613
   Telephone: (213) 623-7400
5  Facsimile: (213) 623-6336

6  Attorneys for Subrogating Insurer,
   FEDERAL INSURANCE COMPANY

7
              UNITED STATES DISTRICT COURT
8
        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
9

10
11  RUBEN JUAREZ, an individual and         CASE NO. 2:17-cv-03342-ODW-GJS
    ISELA HERNANDEZ, an individual,
12                                          **NOTICE OF LIEN**
            Plaintiffs,
                                            Trial Date:       None Set
13          vs.

14  PRECISION VALVE &
    AUTOMATION, INC., a corporation
15  and DOES 1-20, ,

16          Defendants.

17

18  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

19         PLEASE TAKE NOTICE that Subrogating Insurer, FEDERAL INSURANCE

20  COMPANY, hereby makes a claim and demand against the proceeds of any

21  judgment or settlement of the case of plaintiff, Ruben Juarez, for the following sums

22  which have been paid to date for said plaintiff's workers' compensation benefits, with

23  interest, plus any future benefits to be paid:

24      Medical Benefits                    $ 25,452.00

25      Indemnity Benefits                  $  2,655.00

26
27      TOTAL                               $ 28,107.00

28

1
NOTICE OF LIEN

DATED:  March 11, 2019               **MURCHISON & CUMMING, LLP**

By:      /s/ Susan J. Welde
     Susan J. Welde
     Benjamin H. Seal II
     Attorneys for Subrogating Insurer,
     FEDERAL INSURANCE COMPANY

# PROOF OF SERVICE

## SPACE EXPLORATION TECHNOLOGIES CORP.
### 2:17cv03342-ODW-GJS

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, Ninth Floor, Los Angeles, CA 90017-4613.

On March 11, 2019, I served true copies of the following document(s) described as **NOTICE OF LIEN** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION**: Pursuant to the E-Filing System of the United States District Court, Central District District of California, to the parties at the e-mail addresses on the Court's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 11, 2019, at Los Angeles, California.

/s/ Roxanne Lopez
Roxanne Lopez

NOTICE OF LIEN

# SERVICE LIST
## SPACE EXPLORATION TECHNOLOGIES CORP.
### 2:17cv03342-ODW-GJS

| | |
|---|---|
| Robert Robin, Esq.<br>Robert Robin & Associates<br>825 S. Primrose Ave., Ste C<br>Monrovia, CA 91016<br>Telephone: (626)568-9800<br>Facsimile: (626)408-5967 | Attorney for Plaintiff |
| Andrew J. Spielberger, Esq.<br>Kahren Harutyunyan; Daniel K. Balaban;<br>Vanessa L. Loftus-Brewer<br>Balaban & Spielberger, LLP<br>11999 San Vicente Boulevard<br>Suite 345<br>Los Angeles, CA 90049<br>Telephone: 424-832-7677<br>Facsimile: 424-832-7702 | Attorneys for Plaintiffs, Ruben Juarez and Isela Hernandez |
| Teresa Li, Esq.<br>Law Offices of Teresa Li, PC<br>5674 Stoneridge Dr., Ste 107<br>Pleasanton, CA 94588<br>Telephone: 415-423-3377<br>Facsimile: 888-646-5493 | Attorneys for Plaintiffs, RUBEN JUAREZ and ISELA HERNANDEZ |
| Alex Hernaez, Esq.<br>Tiana R. Harding, Esq.<br>Fox Rothschild, LLP<br>345 California St., Ste 2200<br>San Francisco, CA 94104<br>Telephone: 415-364-5540<br>Facsimile: 415-391-4436 | Attorneys for Defendant, SPACEX |
| Shahrad Milanfar, Esq.<br>Alexander Paul Catalona, Esq.<br>Becherer Kannett and Schweitzer<br>1255 Powell Street<br>Emeryville, CA 94608<br>Telephone: 510-658-3600<br>Facsimile: 510-658-1151 | Attorneys for Defendant, PRECISION VALVE and AUTOMATION, INC. |