# "EXHIBIT "A"



**MURCHISON & CUMMING LLP**

801 South Grand Avenue
Ninth Floor
Los Angeles, CA 90017
213.623.7400 Phone
213.623.6336 Fax

www.murchisonlaw.com

Susan J. Welde
swelde@murchisonlaw.com
213.630.1032 Direct Dial

January 18, 2018

Teresa Li, Esq.
Law Offices of Teresa Li, PC
6701 Koll Center Parkway, Suite 250
Pleasanton, Ca 94566

Alexander Paul Catalona, Esq.
Becherer Kannett & Schweitzer
1255 Powell Street
Emeryville, CA 94608

Re: SPACE EXPLORATION TECHNOLOGIES CORP.
Our File No: 40753

Dear Counsel:

I am writing to update you on the current status of Ruben Juarez's workers' compensation claim and Federal Insurance Company's lien for benefits paid.

To date the following amounts of benefits have been paid:

| | |
|---|---|
| Medical Benefits Paid to Date: | $13,494.96 |
| Indemnity Benefits Paid to Date: | $ 2,655.00 |
| Total Benefits Paid to Date: | $16,149.96 |

If you have any questions regarding the above, I can be reached at (213) 630-1032.

Very truly yours,

MURCHISON & CUMMING, LLP

*Susan Welde*

Susan J. Welde

SJW:RL



LOS ANGELES    IRVINE    SAN DIEGO    SAN FRANCISCO    LAS VEGAS    PALM SPRINGS