**"EXHIBIT "B"**



Benjamin H. Seal II
bseal@murchisonlaw.com
213.630.1008 Direct Dial

November 16, 2018

Vanessal Loftus- Brewer, Esq.
Balaban & Spielberger, LLP
11993 San Vincente Blvd.
Suite 345
Los Angeles, CA 90049

Teresa Li, Esq.
Law Office of Teresa Li, PC
315 Montgomery Street
9th Floor
San Francisco, CA 94104

Re: Reuben Juarez, an Individual and Isela Hernandez, an Individual v. Precision Valve and Automation Inc., et al.  USDC Case No. 2:17-cv-03342

<u>Our Client:</u>  Chubb Group/Federal Insurance Co.  Our File No.: 40753
<u>Your Client:</u>  Reuben Juarez, and Isela Hernandez

## AMENDED NOTICE OF WORKERS' COMPENSATION LIEN

Dear Vanessa:

It was a pleasure speaking with you during our recent telephone conference.

As we discussed, our office represents the Federal Insurance Company in connection with recovery of workers' compensation benefits paid to or costs stemming from Reuben Juarez claim against Space Exploration Technologies Corp.

This letter will update our lien notice letter of January 18, 2018 to attorney Teresa Li (copy attached) to advise you that the current lien is as follows:

| | |
|---|---:|
| Medical Benefits Paid To Date | $25,452.00 |
| Indemnity Benefits Paid to Date | $2,655.00 |
| Total Benefits Paid to Date | $28,107.00 |

M
&C

Teresa Li, Esq.
Vanessal Loftus- Brewer, Esq.
November 16, 2018
Page 2

If you have any questions please do not hesitate to contact me (213) 630-1008 or my associate Susan J. Welde (213) 630-1032.

Very truly yours,

MURCHISON & CUMMING, LLP

Susan J. Welde
Benjamin H. Seal II

BHS:ag

Enclosure:   Lien Letter to Teresa Li – 1/18/18



801 South Grand Avenue
Ninth Floor
Los Angeles, CA 90017
213.623.7400 Phone
213.623.6336 Fax

www.murchisonlaw.com

Susan J. Welde
swelde@murchisonlaw.com
213.630.1032 Direct Dial

January 18, 2018

Teresa Li, Esq.
Law Offices of Teresa Li, PC
6701 Koll Center Parkway, Suite 250
Pleasanton, Ca 94566

Alexander Paul Catalona, Esq.
Becherer Kannett & Schweitzer
1255 Powell Street
Emeryville, CA 94608

Re: SPACE EXPLORATION TECHNOLOGIES CORP.
Our File No: 40753

Dear Counsel:

I am writing to update you on the current status of Ruben Juarez's workers' compensation claim and Federal Insurance Company's lien for benefits paid.

To date the following amounts of benefits have been paid:

| | |
|---|---|
| Medical Benefits Paid to Date: | $13,494.96 |
| Indemnity Benefits Paid to Date: | $ 2,655.00 |
| Total Benefits Paid to Date: | $16,149.96 |

If you have any questions regarding the above, I can be reached at (213) 630-1032.

Very truly yours,

MURCHISON & CUMMING, LLP

Susan Welde

Susan J. Welde

SJW:RL

LOS ANGELES    IRVINE    SAN DIEGO    SAN FRANCISCO    LAS VEGAS    PALM SPRINGS



November 15, 2018

Shahard Milanfar
Alexander Paul Catalona
Becherer, Kannett & Schweitzer
1255 Powell Street
Emeryville, CA 94608

Re: ***Reuben Juarez, an Individual and Isela Hernandez, an Individual v. Precision Valve and Automation Inc., et al.***
USDC Case No. 2:17-cv-03342
Your Client: Precision Valve and Automation Inc.
Our Client: Federal Insurance Company
Our File No: 40753

## AMENDED NOTICE OF WORKERS' COMPENSATION LIEN

Dear Mr. Catalona and Mr. Milanfar:

As you may recall our office is representing the Federal Insurance Company in connection with lien benefits paid to or on behalf of the plaintiff Reuben Juarez stemming from the allegations made against your company in connection with his employment at Space Exploration Technologies.

This is to update you that the current lien status for benefits paid to date is as follows:

| | |
|---|---|
| Medical Benefits Paid To Date | $25,452.00 |
| Indemnity Benefits Paid to Date | $2,655.00 |
| Total Benefits Paid to Date | $28,107.00 |



November 15, 2018
Page 2

If you have any questions please do not hesitate to contact me (213) 630-1008 or my associate Susan J. Welde (213) 630-1032.

                Very truly yours,

                MURCHISON & CUMMING, LLP

                Susan J. Welde
                Benjamin H. Seal II

BHS:ag

