# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>PRECISION VALVE AND AUTOMATION, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:17-cv-03342-ODW-GJS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __3/14/2019__

Document Number(s):   __,88, 89__

Title of Document(s):   __Notice (other) by Federal Insurance Company__

**ERROR(S) WITH DOCUMENT:**

Proposed Document was not submitted as separate attachment.

1) Clerk found filer did not record its attorney of record on docket. Clerk has added attorneys so they will be notified of deficiency. 2) pdf is a Nullification of settlement and includes request to the court should not be dismissed until the workers compensation lien issue has been resolved. The incorrect event does not provide the relief sought. Filer should file appropriate documents seeking and order of court, to which a separate formal order is to be submitted as a separate attachment thereto.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __March 15, 2019__       By:  __/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov__
                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS