1 Shahrad Milanfar (SBN 201126)
  smilanfar@bkscal.com
2 Alex P. Catalona (SBN 200901)
  acatalona@bkscal.com
3 BECHERER KANNETT & SCHWEITZER
  1255 Powell Street
4 Emeryville, CA 94608
  Telephone: (510) 658-3600
5 Facsimile: (510) 658-1151

6 Attorneys for Defendant
  PRECISION VALVE & AUTOMATION, INC.
7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11 RUBEN JUAREZ an individual and ISELA ) CASE NO. 2:17-cv-03342 ODS (GJS)
   HERNANDEZ, an individual,            )
12                                      ) **RESPONSE TO ORDER TO**
                        Plaintiffs,     ) **SHOW CAUSE DATED**
13                                      ) **FEBRUARY 4, 2019 (ECF No. 86)**
   v.                                   )
14                                      )
   PRECISION VALVE & AUTOMATION,        )
15 INC., a corporation and DOES 1-20,   )
                                        )
16                      Defendants.     )

TO THE HONORABLE COURT:

The parties provide the following response to this Court's Order To Show Cause dated February 4, 2019:

1. The parties signed a binding settlement agreement at a mediation held on January 3, 2019. Ruben Juarez, Isela Hernandez and their attorney, Daniel Balaban, and Defendants' attorney, Alex P. Catalona, signed this agreement.
2. A redacted version of this agreement, which redacts the settlement amount, is attached hereto as Exhibit A.
3. As stated in this agreement, plaintiff agreed to "satisfy any and all liens, including but not limited to any Medicare, Medicaid or workers' compensation benefits."
4. The agreed upon amount of the settlement is significantly greater than $28,107.00, the amount of the purported workers' compensation lien asserted by Federal Insurance Company.
5. Plaintiffs and defendants are not currently aware of any other pending liens related to plaintiffs' lawsuit.
6. Plaintiffs' attorneys have been provided with final versions of the settlement documents but have not obtained the signatures from plaintiffs Ruben Juarez and Isela Hernandez.
7. Contrary to Federal Insurance Company's argument, it is plaintiffs and defendant's position that the settlement agreement is not invalid. "Notwithstanding anything to the contrary contained in this chapter, an employee may settle and release any claim he may have against a third party without the consent of the employer." (Labor Code § 3859.)
8. Nonetheless, Plaintiffs' representatives are in contact with the attorneys for Federal Insurance Company and need additional time to resolve that lien which plaintiffs have agreed they will satisfy.

Becherer Kannett & Schweitzer

1255 Powell St.
Emeryville, CA 94608
510-658-3600

-2-
RESPONSE TO ORDER TO SHOW CAUSE

9. The parties agree that this Court may decide the lien rights, if any, by Federal Insurance Company but plaintiffs need additional time to reach agreement with Federal Insurance Company before that will be necessary.

10. Plaintiffs and defendant request that the Court permit the parties an additional ninety (90) days to file a stipulation of dismissal in this Court.

                                              Respectfully submitted,

Dated: March 18, 2019                BECHERER KANNETT & SCHWEITZER

                                    By:    */s/ Alex P. Catalona*
                                             Alex P. Catalona
                                             Attorneys for Defendant
                                             PRECISION VALVE & AUTOMATION, INC.

Dated: March 18, 2019                BALABAN & SPIELBERGER, LLC

                                    By:    */s/ Vanessa Loftus-Brewer*
                                             Vanessa Loftus-Brewer
                                             Attorneys for Plaintiffs
                                             RUBEN JUAREZ and ISELA HERNANDEZ

# EXHIBIT A

| | |
|---|---|
| In the Matter of Mediation between | United States District Court<br>Case No. 2:17-cv-03342 |
| Ruben Juarez, an individual and<br>Isela Hernandez, an individual, | |
| Plaintiffs, | |
| vs. | |
| Precision Valve & Automation, | |
| Defendant. | |

## SETTLEMENT AGREEMENT

Date: January 3, 2019

The mediation of the above-referenced matter having concluded by settlement, with CRAIG NEEDHAM acting as mediator, the undersigned parties hereby evidence that agreement to settle that referenced action on the following terms:

1. Defendant will pay plaintiffs the total sum of ▮▮▮▮

2. Plaintiffs will execute a release of all claims, including waiver of Civil Code §1542, in a more comprehensive settlement agreement and file a Request for Dismissal with Prejudice; said release to include a provision for mutual confidentiality as to the facts of the underlying case, the terms and amount of this agreement. This confidentiality includes, but is not limited to, any print, video, internet, or other media of any kind. The confidentiality agreement will not include disclosure to tax or financial advisors or to any disclosures required by law. The inclusion of the confidentiality agreement is not a material term of this settlement and no consideration was offered and/or paid for it. The parties' mutual promises of confidentiality are the sole consideration for this confidentiality provision. Additionally, the release will contain the standard hold harmless, defend and indemnity agreements. The settlement funds will be disbursed within 30 days of defense counsel's receipt of signed release agreement and all related paperwork.

3. Plaintiffs will satisfy any and all liens, including but not limited to any Medicare, Medicaid or workers' compensation benefits. Plaintiffs will execute standard Medicare forms so that lien status can be determined, if any.

4. Each party to bear their own fees and costs.

5. The parties intend that this document be enforceable pursuant to CCP Section 664.6, and that it constitutes a binding contract, and facsimile and/or email signatures are sufficient.

_____
Ruben Juarez
Plaintiff

_____
Isela Hernandez
Plaintiff

_____
Daniel K. Balaban
Attorneys for Plaintiffs
Tax I.D. No. 26 - 4755683

_____
Alex P. Catalona
Attorney for Defendant

Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ an individual and ISELA HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20,<br><br>Defendants. | CASE NO. 2:17-cv-03342 ODW (GJS)<br><br>[Los Angeles County Superior Court Case No. BC650229]<br><br>**CERTIFICATE OF SERVICE** |

I, Jerry M. Dumlao, declare that I am employed in the County of Alameda, State of California; I am over the age of eighteen (18) years and not a party to the within entitled action; my business address is 1255 Powell Street, Emeryville, California 94608.

On **March 18, 2019**, I caused to be served the foregoing:

**RESPONSE TO ORDER TO SHOW CAUSE DATED FEBRUARY 4, 2019 (ECF No. 86)**

In said action by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as follows:

*Attorneys for Plaintiff*

Teresa Li, Esq.
LAW OFFICES OF TERESA LI, PC
5674 Stoneridge Drive, Suite 107
Pleasanton, CA 94588
Telephone: (415) 423-3377
Facsimile: (888) 646-5493
Email: teresa@lawofficesofteresali.com

-1-
CERTIFICATE OF SERVICE

Mpatel@lawofficesofteresali.com

*Attorneys for Plaintiff*

Vanessa Loftus-Brewer, Esq.
Balaban & Spielberger, LLP
11999 San Vicente Blvd., Suite 345
Los Angeles, CA 90049
Telephone: (424) 832-7677
Facsimile: (424) 832-7702
Email: vanessa@dbaslaw.com

☒ **(By Mail)** I deposited such envelope with postage thereon fully prepaid to be placed in the United States Mail at Emeryville, California. I am familiar with the mail collection practices of Becherer Kannett & Schweitzer Attorneys and pursuant to those practices the envelope would be deposited with the United States Postal Service the same day.

☐ **(By Personal Delivery)** I caused such envelope to be delivered by hand to the office of the addressee(s).

☐ **(Via Facsimile)** I caused said document(s) to be transmitted to the facsimile number(s) of the addressee(s) designated.

☐ **(Via Electronic Mail)** I caused said document(s) to be I caused said document(s) to be transmitted to the addressee(s).

☒ **(Electronic Filing)** I am familiar with the United States District Court, Eastern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document.

Executed on March 18, 2019.

_____
Jerry M. Dumlao

Becherer Kannett & Schweitzer
1255 Powell St.
Emeryville, CA 94608
510-658-3600

-2-
DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S
NOTICE OF REMOVAL (28 U.S.C. § 1441(a))