## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:17-cv-03342-ODW (GJS) | Date | March 27, 2019 |
|-----|-------------------------|------|----------------|
| Title | *Juarez et al. v. Precision Valve & Automation, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|------------------------|--------------------------------------------------|-----|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|-----------------------------------|-----------------------------------|
| Not present | Not present |

**Proceedings:**           **In Chambers**

In light of the parties' response to the Order to Show Cause ("OSC") (ECF No. 91) on why settlement has not been finalized, the Court hereby **CONTINUES** the OSC to **June 3, 2019**. **No hearing will be held.** The Court will discharge this order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

:           00

Initials of Preparer           SE