Susan J. Welde (SBN 205401)
  swelde@murchisonlaw.com
Benjamin H. Seal II (SBN 64582)
  bseal@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336

Attorneys for Subrogating Insurer,
FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20, , <br><br> Defendants. | CASE NO. 2:17-cv-03342-ODW-GJS <br><br> **AMENDED NOTICE OF NULLIFICATION OF SETTLEMENT FOR FAILURE TO NOTIFY WORKERS COMPENSATION EMPLOYER PER CALIFORNIA LABOR CODE 3860(a) AND DECLARATION OF BENJAMIN H. SEAL II, LIEN HOLDER COUNSEL IN SUPPORT OF SAID NOTICE.** <br><br> ([Proposed] Order filed concurrently herewith) <br><br> Trial Date:  None Set |

DECLARATION OF BENJAMIN H. SEAL II

I, Benjamin H. Seal II, declare and state:

I am an attorney-at-law and Of Counsel for the law offices Murchison & Cumming, LLP. who have been retained by Federal Insurance Company to represent it in connection with a workers compensation lien that has been previously served upon the parties to this action and has most recently has been filed with this Court. I am admitted to the practice of law to the Courts in the State of California and have been admitted to this District Court.

2. I am one of the attorneys who has been assigned to this case and I am familiar with the issues involved herein and if called as a witness I would so testify.

3. Federal Insurance Company is the workers compensation carrier for Space Exploration Technologies Inc., a.k.a. "SpaceX" who was the employer of the Ruben Juarez, a plaintiff in a personal injury action transferred to and is presently pending in this Court.

4. Mr. Juarez filed a workers compensation claim with Federal Insurance Company in connection with an alleged "on the job injury". In the course of processing Mr. Juarez' claim, an initial expense of $16,149.96 had been incurred for which both plaintiff and defense counsel were notified on January 18, 2018 of said lien interest. (see attached Exhibit A.)

5. On or about November 2018 the amount had increased to $28,107.00 for which an amended notice workers compensation lien was served on both plaintiff and defense counsel dated November 15, 2018 and November 16, 2018 (see attached Exhibit B)

6. Since that date I have been in touch with the counsel for plaintiff as to the status of settlement negotiations and have expressed my desire to be a part of any mediation proceedings and to be kept abreast as to settlement negotiations, reminding plaintiff counsel of Federal Insurance Company's lien rights.

7. During a recent check of this Court's docket, this Declarant identified a Notice of Settlement from the parties and the docket entry reporting that the case had been settled. My office had not been notified of the mediation or of the settlement let alone been served with the Notice of Settlement which was filed with this Court.

8. California Labor Code section 3860(a) requires that the Plaintiff notify the lien holder of any settlement to avoid prejudicing its lien rights of recovery. Failure to so notify may nullify the validity of the settlement agreement.

///

2

9. California Labor Code section 3860 (a) states as follows:

" (a) No release or settlement under this chapter, with or without suit, is valid or binding as to any party thereto without notice to both the employer and employee with the opportunity to the employer to recover the amount of compensation he has paid or becomes obligated to pay and any special damages to which he may be entitled under Section 3852, and the opportunity to the employee to recover all damages he has suffered and provision for determination of expenses and attorney fees as herein provided."

10. It is submitted that the settlement between the parties is invalid and has not been finalized and that Plaintiff's action should not be dismissed until the workers compensation lien issue has been resolved.

Executed on this 2nd day of April, 2019, at Los Angeles, California.

I declare under penalty of perjury of the State of California that the forgoing statements are true and correct to the best of my knowledge.

                                                   /s/ Benjamin H. Seal, II
Benjamin H. Seal II

"EXHIBIT "A"



801 South Grand Avenue
Ninth Floor
Los Angeles, CA 90017
213.623.7400 Phone
213.623.6336 Fax

www.murchisonlaw.com

Susan J. Welde
swelde@murchisonlaw.com
213.630.1032 Direct Dial

January 18, 2018

Teresa Li, Esq.
Law Offices of Teresa Li, PC
6701 Koll Center Parkway, Suite 250
Pleasanton, Ca 94566

Alexander Paul Catalona, Esq.
Becherer Kannett & Schweitzer
1255 Powell Street
Emeryville, CA 94608

Re: SPACE EXPLORATION TECHNOLOGIES CORP.
Our File No: 40753

Dear Counsel:

I am writing to update you on the current status of Ruben Juarez's workers' compensation claim and Federal Insurance Company's lien for benefits paid.

To date the following amounts of benefits have been paid:

| | |
|---|---|
| Medical Benefits Paid to Date: | $13,494.96 |
| Indemnity Benefits Paid to Date: | $ 2,655.00 |
| Total Benefits Paid to Date: | $16,149.96 |

If you have any questions regarding the above, I can be reached at (213) 630-1032.

Very truly yours,

MURCHISON & CUMMING, LLP

Susan Welde

Susan J. Welde

SJW:RL

LOS ANGELES   IRVINE   SAN DIEGO   SAN FRANCISCO   LAS VEGAS   PALM SPRINGS



**"EXHIBIT "B"**

# MURCHISON

Benjamin H. Seal II
bseal@murchisonlaw.com
213.630.1008 Direct Dial

November 16, 2018

Vanessal Loftus- Brewer, Esq.
Balaban & Spielberger, LLP
11993 San Vincente Blvd.
Suite 345
Los Angeles, CA 90049

Teresa Li, Esq.
Law Office of Teresa Li, PC
315 Montgomery Street
9th Floor
San Francisco, CA 94104

Re: Reuben Juarez, an Individual and Isela Hernandez, an Individual v. Precision Valve and Automation Inc., et al. USDC Case No. 2:17-cv-03342

Our Client: Chubb Group/Federal Insurance Co. Our File No.: 40753
Your Client: Reuben Juarez, and Isela Hernandez

## AMENDED NOTICE OF WORKERS' COMPENSATION LIEN

Dear Vanessa:

It was a pleasure speaking with you during our recent telephone conference.

As we discussed, our office represents the Federal Insurance Company in connection with recovery of workers' compensation benefits paid to or costs stemming from Reuben Juarez claim against Space Exploration Technologies Corp.

This letter will update our lien notice letter of January 18, 2018 to attorney Teresa Li (copy attached) to advise you that the current lien is as follows:

| | |
|---|---|
| Medical Benefits Paid To Date | $25,452.00 |
| Indemnity Benefits Paid to Date | $2,655.00 |
| Total Benefits Paid to Date | $28,107.00 |

M&C

Teresa Li, Esq.
Vanessal Loftus- Brewer, Esq.
November 16, 2018
Page 2

If you have any questions please do not hesitate to contact me (213) 630-1008 or my associate Susan J. Welde (213) 630-1032.

Very truly yours,

MURCHISON & CUMMING, LLP

Susan J. Welde
Benjamin H. Seal II

BHS:ag

Enclosure:   Lien Letter to Teresa Li – 1/18/18






**MURCHISON & CUMMING LLP**

801 South Grand Avenue
Ninth Floor
Los Angeles, CA 90017
213.623.7400 Phone
213.623.6336 Fax

www.murchisonlaw.com

Susan J. Welde
swelde@murchisonlaw.com
213.630.1032 Direct Dial

January 18, 2018

Teresa Li, Esq.
Law Offices of Teresa Li, PC
6701 Koll Center Parkway, Suite 250
Pleasanton, Ca 94566

Alexander Paul Catalona, Esq.
Becherer Kannett & Schweitzer
1255 Powell Street
Emeryville, CA 94608

Re: SPACE EXPLORATION TECHNOLOGIES CORP.
Our File No: 40753

Dear Counsel:

I am writing to update you on the current status of Ruben Juarez's workers' compensation claim and Federal Insurance Company's lien for benefits paid.

To date the following amounts of benefits have been paid:

| | |
|---|---|
| Medical Benefits Paid to Date: | $13,494.96 |
| Indemnity Benefits Paid to Date: | $ 2,655.00 |
| Total Benefits Paid to Date: | $16,149.96 |

If you have any questions regarding the above, I can be reached at (213) 630-1032.

Very truly yours,

MURCHISON & CUMMING, LLP

Susan Welde

Susan J. Welde

SJW:RL

LOS ANGELES   IRVINE   SAN DIEGO   SAN FRANCISCO   LAS VEGAS   PALM SPRINGS



November 15, 2018

Shahard Milanfar
Alexander Paul Catalona
Becherer, Kannett & Schweitzer
1255 Powell Street
Emeryville, CA 94608

Re: *Reuben Juarez, an Individual and Isela Hernandez, an Individual v. Precision Valve and Automation Inc., et al.*
USDC Case No. 2:17-cv-03342
Your Client: Precision Valve and Automation Inc.
Our Client: Federal Insurance Company
Our File No: 40753

## AMENDED NOTICE OF WORKERS' COMPENSATION LIEN

Dear Mr. Catalona and Mr. Milanfar:

As you may recall our office is representing the Federal Insurance Company in connection with lien benefits paid to or on behalf of the plaintiff Reuben Juarez stemming from the allegations made against your company in connection with his employment at Space Exploration Technologies.

This is to update you that the current lien status for benefits paid to date is as follows:

| | |
|---|---|
| Medical Benefits Paid To Date | $25,452.00 |
| Indemnity Benefits Paid to Date | $2,655.00 |
| Total Benefits Paid to Date | $28,107.00 |

LOS ANGELES    IRVINE    SAN DIEGO    SAN FRANCISCO    LAS VEGAS    PALM SPRINGS



November 15, 2018
Page 2

If you have any questions please do not hesitate to contact me (213) 630-1008 or my associate Susan J. Welde (213) 630-1032.

Very truly yours,

MURCHISON & CUMMING, LLP

Susan J. Welde
Benjamin H. Seal II

BHS:ag

# PROOF OF SERVICE

## SPACE EXPLORATION TECHNOLOGIES CORP.
## 2:17cv03342-ODW-GJS

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, Ninth Floor, Los Angeles, CA 90017-4613.

On April 3, 2019, I served true copies of the following document(s) described as **AMENDED NOTICE OF PLAINTIFF'S FAILURE TO NOTIFY WORKERS COMPENSATION LIEN HOLDER OF SETTLEMENT PER CALIFORNIA LABOR CODE 3860A AND DECLARATION OF BENJAMIN H. SEAL II, LIEN HOLDER COUNSEL IN SUPPORT OF SAID NOTICE.** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION**: Pursuant to the E-Filing System of the United States District Court, Central District District of California, to the parties at the e-mail addresses on the Court's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 3, 2019, at Los Angeles, California.

_____
Marian R. Wahlquist

**SERVICE LIST**
**SPACE EXPLORATION TECHNOLOGIES CORP.**
**2:17cv03342-ODW-GJS**

| | |
|---|---|
| Andrew J. Spielberger, Esq.<br>Kahren Harutyunyan; Daniel K. Balaban;<br>Vanessa L. Loftus-Brewer<br>Balaban & Spielberger, LLP<br>11999 San Vicente Boulevard<br>Suite 345<br>Los Angeles, CA 90049<br>Telephone: 424-832-7677<br>Facsimile: 424-832-7702 | Attorneys for Plaintiffs, RUBEN JUAREZ AND ISELA HERNANDEZ |
| Teresa Li, Esq.<br>Law Offices of Teresa Li, PC<br>5674 Stoneridge Dr., Ste 107<br>Pleasanton, CA 94588<br>Telephone: 415-423-3377<br>Facsimile: 888-646-5493 | Attorneys for Plaintiffs, RUBEN JUAREZ and ISELA HERNANDEZ |
| Alex Hernaez, Esq.<br>Tiana R. Harding, Esq.<br>Fox Rothschild, LLP<br>345 California St., Ste 2200<br>San Francisco, CA 94104<br>Telephone: 415-364-5540<br>Facsimile: 415-391-4436 | Attorneys for Movant, SPACEX |
| Shahrad Milanfar, Esq.<br>Alexander Paul Catalona, Esq.<br>Becherer Kannett and Schweitzer<br>1255 Powell Street<br>Emeryville, CA 94608<br>Telephone: 510-658-3600<br>Facsimile: 510-658-1151 | Attorneys for Defendant, PRECISION VALVE and AUTOMATION, INC. |
| Robert Robin, Esq.<br>Robert Robin & Associates<br>825 S. Primrose Ave., Ste C<br>Monrovia, CA 91016<br>Telephone: (626)568-9800<br>Facsimile: (626)408-5967 | **Courtesy Copy by mail only:**<br><br>Attorney for Space Exploration Technologies Corp.(aka SpaceX) |

2