1  Susan J. Welde (SBN 205401)
      swelde@murchisonlaw.com
2  Benjamin H. Seal II (SBN 64582)
      bseal@murchisonlaw.com
3  **MURCHISON & CUMMING, LLP**
   801 South Grand Avenue, Ninth Floor
4  Los Angeles, California 90017-4613
   Telephone: (213) 623-7400
5  Facsimile: (213) 623-6336

6  Attorneys for Subrogating Insurer,
   FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual, | CASE NO. 2:17-cv-03342-ODW-GJS |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING LIEN HOLDER FEDERAL INSURANCE COMPANY'S MOTION NOT TO DISMISS UNTIL THE WORKERS' COMPENSATION LIEN ISSUE HAS BEEN RESOLVED.** |
| vs. | |
| PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20, , | |
| Defendants. | Trial Date:    None Set |

Lienholder FEDERAL INSURANCE COMPANY's Motion (request) was submitted to the court without hearing on February 4, 2019 before the Honorable Judge James V. Selna, presiding. After full consideration of the evidence and authorities submitted by counsel, the Court finding good cause, Lienholder FEDERAL INSURANC ECOMPANY's Motion is granted and the previous Order to Show Cause is vacated.

/ / /

/ / /

/ / /

1

Furthermore, this action shall not be dismissed until the workers' compensation lien has been resolved.

DATED: April ___, 2019

_____
Hon. James V. Selna

# PROOF OF SERVICE

## SPACE EXPLORATION TECHNOLOGIES CORP.
## 2:17cv03342-ODW-GJS

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, Ninth Floor, Los Angeles, CA 90017-4613.

On April 3, 2019, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING LIEN HOLDER FEDERAL INSURANCE COMPANY'S MOTION NOT TO DISMISS UNTIL THE WORKERS' COMPENSATION LIEN ISSUE HAS BEEN RESOLVED.** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION**: Pursuant to the E-Filing System of the United States District Court, Central District of California, to the parties at the e-mail addresses on the Court's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 3, 2019, at Los Angeles, California.

_____
Marian R. Wahlquist

| | | |
|---|---|---|
| 1 | **SERVICE LIST** | |
| 2 | **SPACE EXPLORATION TECHNOLOGIES CORP.**<br>**2:17cv03342-ODW-GJS** | |
| 3 | Andrew J. Spielberger, Esq.<br>Kahren Harutyunyan; Daniel K. Balaban; | Attorneys for Plaintiffs, Ruben Juarez<br>and Isela Hernandez |
| 4 | Vanessa L. Loftus-Brewer<br>Balaban & Spielberger, LLP | |
| 5 | 11999 San Vicente Boulevard<br>Suite 345 | |
| 6 | Los Angeles, CA  90049<br>Telephone: 424-832-7677 | |
| 7 | Facsimile: 424-832-7702 | |
| 8 | Teresa Li, Esq.<br>Law Offices of Teresa Li, PC | Attorneys for Plaintiffs, RUBEN<br>JUAREZ and ISELA HERNANDEZ |
| 9 | 5674 Stoneridge Dr., Ste 107<br>Pleasanton, CA  94588 | |
| 10 | Telephone: 415-423-3377<br>Facsimile: 888-646-5493 | |
| 11 | | |
| 12 | Alex Hernaez, Esq.<br>Tiana R. Harding, Esq. | Attorneys for Movant, SPACEX |
| 13 | Fox Rothschild, LLP<br>345 California St., Ste 2200 | |
| 14 | San Francisco, CA  94104<br>Telephone: 415-364-5540 | |
| 15 | Facsimile: 415-391-4436 | |
| 16 | Shahrad Milanfar, Esq.<br>Alexander Paul Catalona, Esq. | Attorneys for Defendant, PRECISION<br>VALVE and AUTOMATION, INC. |
| 17 | Becherer Kannett and Schweitzer<br>1255 Powell Street | |
| 18 | Emeryville, CA  94608<br>Telephone: 510-658-3600 | |
| 19 | Facsimile: 510-658-1151 | |
| 20 | Robert Robin, Esq.<br>Robert Robin & Associates | Courtesy Copy:<br>Attorney for Space Exploration |
| 21 | 825 S. Primrose Ave., Ste C<br>Monrovia, CA  91016 | Technologies Corp.(aka SpaceX) |
| 22 | Telephone: (626)568-9800<br>Facsimile: (626)408-5967 | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |