Susan J. Welde (SBN 205401)
  swelde@murchisonlaw.com
Benjamin H. Seal II (SBN 64582)
  bseal@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336

Attorneys for Subrogating Insurer,
FEDERAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20, ,<br><br>Defendants. | CASE NO. 2:17-cv-03342-ODW-GJS<br><br>**AMENDED NOTICE OF LIEN**<br><br>Trial Date:     None Set |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Subrogating Insurer, FEDERAL INSURANCE COMPANY, hereby *amends* its claim and demand against the proceeds of any judgment or settlement of the case of plaintiff, Ruben Juarez, for the following sums which have been paid to date for said plaintiff's workers' compensation benefits, with interest, plus any future benefits to be paid:

Medical Benefits              $ 26,991.12

Indemnity Benefits          $   2,655.00

TOTAL                              $ 29,646.12

DATED:  April 2, 2019

**MURCHISON & CUMMING, LLP**


By: _____/s/ Benjamin H. Seal II_____
        Susan J. Welde
        Benjamin H. Seal II
        Attorneys for Subrogating Insurer,
        FEDERAL INSURANCE COMPANY

2

## PROOF OF SERVICE

### SPACE EXPLORATION TECHNOLOGIES CORP.
### 2:17cv03342-ODW-GJS

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, Ninth Floor, Los Angeles, CA 90017-4613.

On April 3, 2019, I served true copies of the following document(s) described as **AMENDED NOTICE OF LIEN** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION**: Pursuant to the E-Filing System of the United States District Court, Central District District of California, to the parties at the e-mail addresses on the Court's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 3, 2019, at Los Angeles, California.

Marian R. Wahlquist

1

1

2

**SERVICE LIST**
**SPACE EXPLORATION TECHNOLOGIES CORP.**
**2:17cv03342-ODW-GJS**

3  Andrew J. Spielberger, Esq.              Attorneys for Plaintiffs, Ruben Juarez
   Kahren Harutyunyan;                      and Isela Hernandez
4  Daniel K. Balaban;
   Vanessa L. Loftus-Brewer
5  Balaban & Spielberger, LLP
   11999 San Vicente Boulevard
6  Suite 345
   Los Angeles, CA  90049
7  Telephone: 424-832-7677
   Facsimile: 424-832-7702

8
    Teresa Li, Esq.                         Attorneys for Plaintiffs, RUBEN
9  Law Offices of Teresa Li, PC             JUAREZ and ISELA HERNANDEZ
   5674 Stoneridge Dr., Ste 107
10 Pleasanton, CA  94588
   Telephone: 415-423-3377
11 Facsimile: 888-646-5493

12 Alex Hernaez, Esq.                       Attorneys for Defendant, SPACEX
   Tiana R. Harding, Esq.
13 Fox Rothschild, LLP
   345 California St., Ste 2200
14 San Francisco, CA  94104
   Telephone: 415-364-5540
15 Facsimile: 415-391-4436

16 Shahrad Milanfar, Esq.                   Attorneys for Defendant, PRECISION
   Alexander Paul Catalona, Esq.            VALVE and AUTOMATION, INC.
17 Becherer Kannett and Schweitzer
   1255 Powell Street
18 Emeryville, CA  94608
   Telephone: 510-658-3600
19 Facsimile: 510-658-1151

20 Robert Robin, Esq.                       Courtesy Copy:
   Robert Robin & Associates                Attorney for Space Exploration
21 825 S. Primrose Ave., Ste C              Technologies Corp.(aka SpaceX)
   Monrovia, CA  91016
22 Telephone: (626)568-9800
   Facsimile: (626)408-5967

23

24

25

26

27

28