UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | 2:17-cv-03342-ODW (GJS) | Date | April 3, 2019 |
|---|---|---|---|
| Title | *Ruben Juarez et al. v. Precision Valve & Automation, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**            **In Chambers**

    Non-party Federal Insurance Company's Amended Notice of Nullification of Settlement (ECF No. 94) is hereby **STRICKEN** as improper.  Federal Insurance Company is not a party to this litigation and has not properly moved to intervene in this case pursuant to Federal Rule of Civil Procedure 24.  *See Montgomery v. U.S.*, No. 09-cv-1588 JLS (WVG), 2012 WL 124854, at *2–3 (S.D. Cal. Jan. 12, 2012).

                                                                                     :    00

                                            Initials of Preparer    SE