1 | Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
2 | Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
3 | BECHERER KANNETT & SCHWEITZER
1255 Powell Street
4 | Emeryville, CA 94608
Telephone: (510) 658-3600
5 | Facsimile: (510) 658-1151

6 | Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.
7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10

11 | RUBEN JUAREZ an individual and ISELA HERNANDEZ, an individual,    ) CASE NO. 2:17-cv-03342 ODS (GJS)
)
12 |                                    Plaintiffs,    ) **FURTHER RESPONSE TO ORDER TO SHOW CAUSE DATED FEBRUARY 4, 2019 (ECF No. 86)**
)
13 | v.                                              )
)
14 | PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20,    )
)
15 |                                    Defendants.   )
16 |                                                  )

**Becherer Kannett & Schweitzer**
_____
1255 Powell St.
Emeryville, CA 94608
510-658-3600

-1-
RESPONSE TO ORDER TO SHOW CAUSE

TO THE HONORABLE COURT:

The parties provide the following FURTHER response to this Court's Order To Show Cause dated February 4, 2019. This FURTHER response is given in view of this Court's continued OSC hearing to June 3, 2019.

1. As noted previously, the parties signed a binding settlement agreement at a mediation held on January 3, 2019. Ruben Juarez, Isela Hernandez and their attorney, Daniel Balaban, and Defendants' attorney, Alex P. Catalona, signed this agreement.
2. A redacted version of this agreement was previously provided to the Court.
3. The formal settlement paperwork was recently revised on May 8, 2019 based on considerations of plaintiff Ruben Juarez's workers' compensation attorneys given pending settlement discussions in that case.
4. Plaintiffs' attorneys have been provided with the revised final versions of the settlement documents but have not obtained the signatures from plaintiffs Ruben Juarez and Isela Hernandez.
5. Plaintiffs and defendant request that the Court permit the parties an additional one hundred twenty (120) days to file a stipulation of dismissal in this Court.

Respectfully submitted,

Dated: May 30, 2019  BECHERER KANNETT & SCHWEITZER

By: */s/ Alex P. Catalona*
Alex P. Catalona
Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

Dated: May 30, 2019  BALABAN & SPIELBERGER, LLC

By: */s/ Vanessa Loftus-Brewer*
Vanessa Loftus-Brewer
Attorneys for Plaintiffs
RUBEN JUAREZ and ISELA HERNANDEZ