UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| No. | 2:17-cv-03342-ODW (GJS) | Date | June 3, 2019 |
|---|---|---|---|
| Title | *Juarez et al. v. Precision Valve & Automation, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**  **In Chambers**

In light of the parties' response to the Order to Show Cause ("OSC") (ECF No. 98), the Court hereby **CONTINUES** the OSC to **July 3, 2019**. **No hearing will be held.** The Court will discharge this order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

                                                                                         :    00

Initials of Preparer    SE