Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ an individual and ISELA HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20,<br><br>Defendants. | CASE NO. 2:17-cv-03342 ODS (GJS)<br><br>**FURTHER RESPONSE TO ORDER TO SHOW CAUSE DATED FEBRUARY 4, 2019 (ECF No. 86)** |

TO THE HONORABLE COURT:

Defendant provides the following FURTHER response to this Court's Order To Show Cause dated February 4, 2019. This FURTHER response is given in view of this Court's continued OSC hearing.

1. As noted previously, the parties signed a binding settlement agreement at a mediation held on January 3, 2019. Ruben Juarez, Isela Hernandez and their attorney, Daniel Balaban, and Defendants' attorney, Alex P. Catalona, signed this agreement.
2. A redacted version of this agreement was previously provided to the Court.
3. The formal settlement paperwork was recently revised on May 8, 2019 based on considerations of plaintiff Ruben Juarez's workers' compensation attorneys given pending settlement discussions in that case.
4. Plaintiffs' attorneys have been provided with the revised final versions of the settlement documents but have not obtained the signatures from plaintiffs Ruben Juarez and Isela Hernandez. To date, the signed agreement has not been provided to defense counsel.
5. Defendant requests that the Court permit the parties an additional one hundred twenty (120) days to file a stipulation of dismissal in this Court or work to enforce the settlement.

Respectfully submitted,

Dated: June 26, 2019     BECHERER KANNETT & SCHWEITZER

By:  */s/ Shahrad Milanfar*
Shahrad Milanfar
Alex P. Catalona
Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

**Becherer Kannett & Schweitzer**

1255 Powell St.
Emeryville, CA 94608
510-658-3600

-2-
RESPONSE TO ORDER TO SHOW CAUSE

Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ an individual and ISELA HERNANDEZ, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20, <br><br> Defendants. | CASE NO. 2:17-cv-03342 ODW (GJS) <br><br> [Los Angeles County Superior Court Case No. BC650229] <br><br> **CERTIFICATE OF SERVICE** |

I, Jerry M. Dumlao, declare that I am employed in the County of Alameda, State of California; I am over the age of eighteen (18) years and not a party to the within entitled action; my business address is 1255 Powell Street, Emeryville, California 94608.

On **March 26, 2019**, I caused to be served the foregoing:

**RESPONSE TO ORDER TO SHOW CAUSE DATED FEBRUARY 4, 2019 (ECF No. 86)**

In said action by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as follows:

*Attorneys for Plaintiff*

Teresa Li, Esq.
LAW OFFICES OF TERESA LI, PC
5674 Stoneridge Drive, Suite 107
Pleasanton, CA  94588
Telephone: (415) 423-3377
Facsimile: (888) 646-5493
Email: teresa@lawofficesofteresali.com

-1-
CERTIFICATE OF SERVICE

Mpatel@lawofficesofteresali.com

*Attorneys for Plaintiff*

Vanessa Loftus-Brewer, Esq.
Balaban & Spielberger, LLP
11999 San Vicente Blvd., Suite 345
Los Angeles, CA 90049
Telephone:  (424) 832-7677
Facsimile:  (424) 832-7702
Email:  vanessa@dbaslaw.com

☒ (By Mail) I deposited such envelope with postage thereon fully prepaid to be placed in the United States Mail at Emeryville, California.  I am familiar with the mail collection practices of Becherer Kannett & Schweitzer Attorneys and pursuant to those practices the envelope would be deposited with the United States Postal Service the same day.

☐ (By Personal Delivery)  I caused such envelope to be delivered by hand to the office of the addressee(s).

☐ (Via Facsimile)  I caused said document(s) to be transmitted to the facsimile number(s) of the addressee(s) designated.

☐ (Via Electronic Mail)  I caused said document(s) to be I caused said document(s) to be transmitted to the addressee(s).

☒ **(Electronic Filing)** I am familiar with the United States District Court, Eastern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF will constitute service of the document.

Executed on June 26, 2019.

Jerry M. Dumlao

**Becherer Kannett & Schweitzer**

1255 Powell St.
Emeryville, CA 94608
510-658-3600

-2-
DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S
NOTICE OF REMOVAL (28 U.S.C. § 1441(a))