UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | 2:17-cv-03342-ODW (GJS) | Date | July 1, 2019 |
|---|---|---|---|
| Title | *Juarez et al. v. Precision Valve & Automation, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**          **In Chambers**

In light of the Defendant's response to the Order to Show Cause ("OSC") (ECF No. 100), the Court hereby **CONTINUES** the OSC and orders the parties to submit a **JOINT STATUS REPORT** on or before **August 1, 2019** regarding the status of settlement and why the Court should not set this case for trial. **No hearing will be held**. The Court will discharge this order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

                                                            :   00

Initials of Preparer   SE