Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ an individual and ISELA HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20,<br><br>Defendants. | CASE NO. 2:17-cv-03342 ODS (GJS)<br><br>**FURTHER RESPONSE TO ORDER TO SHOW CAUSE DATED FEBRUARY 4, 2019 (ECF No. 86)** |

**Becherer Kannett & Schweitzer**
―――――
1255 Powell St.
Emeryville, CA 94608
510-658-3600

-1-
RESPONSE TO ORDER TO SHOW CAUSE

TO THE HONORABLE COURT:

Defendant provides the following FURTHER response to this Court's Order To Show Cause dated February 4, 2019. This FURTHER response is given in view of this Court's continued OSC hearing.

1. As noted previously, the parties signed a binding settlement agreement at a mediation held on January 3, 2019. Ruben Juarez, Isela Hernandez and their attorney, Daniel Balaban, and Defendants' attorney, Alex P. Catalona, signed this agreement.
2. A redacted version of this agreement was previously provided to the Court.
3. The formal settlement paperwork was recently revised on May 8, 2019 based on considerations of plaintiff Ruben Juarez's workers' compensation attorneys given pending settlement discussions in that case.
4. Plaintiff' attorneys recently provided signed settlement paperwork to defense counsel but some documents remain to be signed and the settlement amount must be paid before the case can be dismissed.
5. Defendant requests that the Court permit the parties an additional 60 days to file a stipulation of dismissal in this Court.

Respectfully submitted,

Dated: July 31, 2019          BECHERER KANNETT & SCHWEITZER

By:  */s/ Alex P. Catalona*
Shahrad Milanfar
Alex P. Catalona
Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

Dated: July 31, 2019          BALABAN & SPIELBERGER, LLC

By:  */s/ Daniel Balaban*
Daniel Balaban
Attorneys for Plaintiffs
RUBEN JUAREZ and ISELA HERNANDEZ

**Becherer Kannett & Schweitzer**

1255 Powell St.
Emeryville, CA 94608
510-658-3600

| | |
|---|---|
| 1 | Shahrad Milanfar (SBN 201126) |
| | smilanfar@bkscal.com |
| 2 | Alex P. Catalona (SBN 200901) |
| | acatalona@bkscal.com |
| 3 | BECHERER KANNETT & SCHWEITZER |
| | 1255 Powell Street |
| 4 | Emeryville, CA 94608 |
| | Telephone: (510) 658-3600 |
| 5 | Facsimile: (510) 658-1151 |

Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ an individual and ISELA HERNANDEZ, an individual, | CASE NO. 2:17-cv-03342 ODW (GJS) |
| Plaintiffs, | [Los Angeles County Superior Court Case No. BC650229] |
| v. | **CERTIFICATE OF SERVICE** |
| PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20, | |
| Defendants. | |

I, Jerry M. Dumlao, declare that I am employed in the County of Alameda, State of California; I am over the age of eighteen (18) years and not a party to the within entitled action; my business address is 1255 Powell Street, Emeryville, California 94608.

On **July 31, 2019**, I caused to be served the foregoing:

**FURTHER RESPONSE TO ORDER TO SHOW CAUSE DATED FEBRUARY 4, 2019 (ECF No. 86)**

In said action by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as follows:

| | |
|---|---|
| *Attorneys for Plaintiff* | Teresa Li, Esq. |
| | LAW OFFICES OF TERESA LI, PC |
| | 5674 Stoneridge Drive, Suite 107 |
| | Pleasanton, CA  94588 |
| | Telephone: (415) 423-3377 |
| | Facsimile: (888) 646-5493 |
| | Email: teresa@lawofficesofteresali.com |

-1-
CERTIFICATE OF SERVICE

Mpatel@lawofficesofteresali.com

*Attorneys for Plaintiff*

Vanessa Loftus-Brewer, Esq.
Balaban & Spielberger, LLP
11999 San Vicente Blvd., Suite 345
Los Angeles, CA 90049
Telephone: (424) 832-7677
Facsimile: (424) 832-7702
Email: vanessa@dbaslaw.com

☐ (By Mail) I deposited such envelope with postage thereon fully prepaid to be placed in the United States Mail at Emeryville, California. I am familiar with the mail collection practices of Becherer Kannett & Schweitzer Attorneys and pursuant to those practices the envelope would be deposited with the United States Postal Service the same day.

☐ (By Personal Delivery) I caused such envelope to be delivered by hand to the office of the addressee(s).

☐ (Via Facsimile) I caused said document(s) to be transmitted to the facsimile number(s) of the addressee(s) designated.

☐ (Via Electronic Mail) I caused said document(s) to be I caused said document(s) to be transmitted to the addressee(s).

☒ **(Electronic Filing)** I am familiar with the United States District Court, Eastern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document.

Executed on July 31, 2019.

Jerry M. Dumlao

**Becherer Kannett & Schweitzer**

1255 Powell St.
Emeryville, CA 94608
510-658-3600

-2-
DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S
NOTICE OF REMOVAL (28 U.S.C. § 1441(a))