UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:17-cv-03342-ODW (GJS) | Date | August 1, 2019 |
|---|---|---|---|
| Title | *Juarez et al. v. Precision Valve & Automation, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:** **In Chambers**

In light of the parties' joint response to the Order to Show Cause ("OSC") (ECF No. 102), the Court hereby continues the OSC to **September 13, 2019.** **No hearing will be held**. The Court will discharge this order upon the filing of a dismiss that complies with Federal Rule of Civil Procedure 41. However, should the parties not resolve the case, on or before September 13, 2019, the parties shall submit a **JOINT** proposed scheduling order for trial.

**IT IS SO ORDERED.**

: 00

Initials of Preparer   SE