Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ an individual and ISELA HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20,<br><br>Defendants. | CASE NO. 2:17-cv-03342 ODS (GJS)<br><br>**FURTHER RESPONSE TO ORDER TO SHOW CAUSE DATED FEBRUARY 4, 2019 (ECF No. 86) AND RESPONSE TO MINUTE ENTRY DATED AUGUST 1, 2019 (ECF No. 103)** |

TO THE HONORABLE COURT:

Defendant provides the following FURTHER response to this Court's Order To Show Cause ("OSC") dated February 4, 2019 (ECF No. 86) and the Court's minute entry dated August 1, 2019 (ECF No. 103). This FURTHER response is given in view of this Court's continued OSC hearing.

1. As noted previously, the parties signed a binding settlement agreement at a mediation held on January 3, 2019. Ruben Juarez, Isela Hernandez and their attorney, Daniel Balaban, and Defendants' attorney, Alex P. Catalona, signed this agreement.
2. A redacted version of this agreement was previously provided to the Court.
3. The final settlement documents were received by defense counsel on July 31, 2019.
4. Defense counsel plans to mail the settlement amount to plaintiffs' counsel on September 11, 2019.
5. The Court previously ordered the parties to move for the dismissal of this action on or before September 13, 2019.
6. The parties plan to file a stipulation and order to dismiss the case on or before September 13, 2019.
7. On March 11, 2019, third party subrogating insurer Federal Insurance Company filed a lien for recovery of $28,107 in connection with plaintiff Juarez's workers' compensation action. (ECF No. 87).
8. An authorized agent for Mr. Juarez is in contact with attorneys for this lienholder but this lien has not yet been resolved.

Respectfully submitted,

Dated: September 10, 2019    BECHERER KANNETT & SCHWEITZER

By:    */s/ Alex P. Catalona*
Shahrad Milanfar
Alex P. Catalona
Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

Becherer Kannett & Schweitzer
1255 Powell St.
Emeryville, CA 94608
510-658-3600

RESPONSE TO ORDER TO SHOW CAUSE

| | |
|---|---|
| Dated: September 10, 2019 | BALABAN & SPIELBERGER, LLC |
| | By: /s/ *Daniel Balaban* <br> Daniel Balaban <br> Attorneys for Plaintiffs <br> RUBEN JUAREZ and ISELA HERNANDEZ |