UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:17-cv-03342-ODW (GJS) | Date | September 16, 2019 |
|---|---|---|---|
| Title | *Juarez et al. v. Precision Valve & Automation, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**       **In Chambers**

On February 4, 2019, Defendant Precision Valve and Automation, Inc. filed a Notice of Settlement (ECF No. 85) indicating that the parties reached a settlement agreement to resolve the case. The Court then issued a Minute Order ordering the parties to show cause, no later than April 5, 2019, why settlement has not been finalized. (ECF No. 86.) Following numerous continuances, on August 1, 2019, the Court again continued the Order to Show Cause, but informed the parties that should they not resolve the case by **September 13, 2019**, they were required to submit a **joint proposed scheduling order for trial**. (ECF No. 103.) On September 10, 2019, Defendant filed a response to the order to show cause and indicated that the parties planned to file a stipulation and order to dismiss the case. No such dismissal has been filed. Accordingly, **on or before September 20, 2019,** the parties are ordered to file a **JOINT** proposed scheduling order for trial or stipulation for dismissal. Failure to do so may result in dismissal of the case without further notice for lack of prosecution.

**IT IS SO ORDERED.**

                                                                                                                :    00
                                              Initials of Preparer    SE