Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ an individual and ISELA HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20,<br><br>Defendants. | CASE NO. 2:17-cv-03342 ODS (GJS)<br><br>**FURTHER RESPONSE TO ORDER TO SHOW CAUSE DATED FEBRUARY 4, 2019 (ECF No. 86)** |

TO THE HONORABLE COURT:

The parties provide the following FURTHER joint response to this Court's Order To Show Cause dated February 4, 2019. This FURTHER response is given in view of this Court's continued OSC hearing.

1. The case has been settled and the settlement amount has been received. Payment has been deposited with plaintiffs' attorneys' bank. It will take two weeks for this payment to clear. The parties request that the case not be dismissed until this payment clears.

2. The parties request that this court not dismiss the case based on lack of prosecution or set a trial date.

3. As provided in the settlement agreement, the dismissal should be with prejudice instead of based on a lack of prosecution.

4. A formal stipulation for dismissal with prejudice has been prepared and approved, and will be filed on or before October 4, 2019. The case should be dismissed with prejudice at that time.

5. The parties request that the Court permit the parties until October 4, 2019 to file this stipulation of dismissal in this Court.

Respectfully submitted,

Dated: September 19, 2019             BECHERER KANNETT & SCHWEITZER

By: */s/ Alex P. Catalona*
Shahrad Milanfar
Alex P. Catalona
Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

Dated: September 19, 2019             BALABAN & SPIELBERGER, LLC

By: */s/ Daniel Balaban*
Daniel Balaban
Attorneys for Plaintiffs
RUBEN JUAREZ and ISELA HERNANDEZ

Becherer Kannett & Schweitzer
1255 Powell St.
Emeryville, CA 94608
510-658-3600

| | |
|---|---|
| 1 | Shahrad Milanfar (SBN 201126) |
| | smilanfar@bkscal.com |
| 2 | Alex P. Catalona (SBN 200901) |
| | acatalona@bkscal.com |
| 3 | BECHERER KANNETT & SCHWEITZER |
| | 1255 Powell Street |
| 4 | Emeryville, CA 94608 |
| | Telephone: (510) 658-3600 |
| 5 | Facsimile: (510) 658-1151 |
| 6 | Attorneys for Defendant |
| 7 | PRECISION VALVE & AUTOMATION, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ an individual and ISELA HERNANDEZ, an individual, | CASE NO. 2:17-cv-03342 ODW (GJS) |
| Plaintiffs, | [Los Angeles County Superior Court Case No. BC650229] |
| v. | **CERTIFICATE OF SERVICE** |
| PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20, | |
| Defendants. | |

I, Jerry M. Dumlao, declare that I am employed in the County of Alameda, State of California; I am over the age of eighteen (18) years and not a party to the within entitled action; my business address is 1255 Powell Street, Emeryville, California 94608.

On **September 19, 2019**, I caused to be served the foregoing:

**FURTHER RESPONSE TO ORDER TO SHOW CAUSE DATED FEBRUARY 4, 2019 (ECF No. 86)**

In said action by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as follows:

| | |
|---|---|
| *Attorneys for Plaintiff* | Teresa Li, Esq. |
| | LAW OFFICES OF TERESA LI, PC |
| | 5674 Stoneridge Drive, Suite 107 |
| | Pleasanton, CA 94588 |
| | Telephone: (415) 423-3377 |
| | Facsimile: (888) 646-5493 |
| | Email: teresa@lawofficesofteresali.com |

-1-
CERTIFICATE OF SERVICE

Mpatel@lawofficesofteresali.com

*Attorneys for Plaintiff*

Vanessa Loftus-Brewer, Esq.
Balaban & Spielberger, LLP
11999 San Vicente Blvd., Suite 345
Los Angeles, CA 90049
Telephone: (424) 832-7677
Facsimile: (424) 832-7702
Email: vanessa@dbaslaw.com

☐ (By Mail) I deposited such envelope with postage thereon fully prepaid to be placed in the United States Mail at Emeryville, California. I am familiar with the mail collection practices of Becherer Kannett & Schweitzer Attorneys and pursuant to those practices the envelope would be deposited with the United States Postal Service the same day.

☐ (By Personal Delivery) I caused such envelope to be delivered by hand to the office of the addressee(s).

☐ (Via Facsimile) I caused said document(s) to be transmitted to the facsimile number(s) of the addressee(s) designated.

☐ (Via Electronic Mail) I caused said document(s) to be I caused said document(s) to be transmitted to the addressee(s).

☒ **(Electronic Filing)** I am familiar with the United States District Court, Eastern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document.

Executed on September 19, 2019.

Jerry M. Dumlao

**Becherer Kannett & Schweitzer**

1255 Powell St.
Emeryville, CA 94608
510-658-3600

-2-
DEFENDANT PRECISION VALVE & AUTOMATION, INC.'S
NOTICE OF REMOVAL (28 U.S.C. § 1441(a))