UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | 2:17-cv-03342-ODW (GJS) | Date | September 20, 2019 |
|---|---|---|---|
| Title | *Ruben Juarez et al. v. Precision Valve & Automation, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**              **In Chambers**

In light of the Response to the Order to Show Cause (ECF No. 106), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, no later than **October 4, 2019**, why settlement has not been finalized. **No hearing will be held.** The Court discharges its previous Order to Show Cause (ECF No. 105.) All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

: 00

Initials of Preparer    SE