Shahrad Milanfar (SBN 201126)
smilanfar@bkscal.com
Alex P. Catalona (SBN 200901)
acatalona@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
PRECISION VALVE & AUTOMATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, an individual and ISELA HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>PRECISION VALVE & AUTOMATION, INC., a corporation and DOES 1-20,<br><br>Defendants. | Case No. CV17-03342-ODW (GJSX)<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

///

///

///

///

Plaintiffs RUBEN JUAREZ and ISELA HERNANDEZ ("Plaintiffs"), and Defendant PRECISION VALVE & AUTOMATION, INC. ("Defendant") agree and stipulate that pursuant to their confidential settlement agreement, Plaintiffs' lawsuit will be dismissed with prejudice and in its entirety, and that all parties have waived costs. Based upon this stipulation, Plaintiffs and Defendant request this court to enter an order dismissing this lawsuit with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

SO STIPULATED.

Dated: September 10, 2019          BECHERER KANNETT & SCHWEITZER

                                    By:  /s/ Alex P. Catalona
                                         Shahrad Milanfar
                                         Alex P. Catalona
                                         Attorneys for Defendant
                                         PRECISION VALVE & AUTOMATION, INC.

Dated: September 10, 2019          BALABAN & SPIELBERGER, LLC

                                    By:  /s/ Daniel Balaban
                                         Daniel Balaban
                                         Attorneys for Plaintiffs
                                         RUBEN JUAREZ and ISELA HERNANDEZ

BASED ON THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED. PLAINTIFFS' LAWSUIT, CAPTIONED RUBEN JUAREZ AND ISELA HERNANDEZ V. PRECISION VALVE & AUTOMATION, INC., ET AL., CASE NO. CV17-03342-ODW (GJSX) IS DISMISSED WITH PREJUDICE IN ITS ENTIRETY.

DATED:_____

_____
HON. OTIS D. WRIGHT II
United States District Judge

Becherer Kannett & Schweitzer

1255 Powell St.
Emeryville, CA
94608
510-658-3600

3
STIPULATION FOR DISMISSAL OF ENTIRE ACTION