JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| RUBEN JUAREZ, ET AL. | Case № 2:17-cv-03342-ODW (GJSx) |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| PRECISION VALVE & AUTOMATION, INC., ET AL. | |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having considered the parties' Joint Stipulation for Dismissal (ECF No. 108) and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby **DISMISSES WITH PREJUDICE** Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 30, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**